UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>                    Debtor. | Case No.:  25-30004<br><br>Chapter 11 |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, Red River State Bank is a secured creditor and hereby appears in this bankruptcy proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served, be given and served upon:

Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
cstanley@vogellaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 6<u>th</u> day of January, 2025.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
Email:    cstanley@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK

**Re:** **The Ruins, LLC**
**Case No. 25-30004**

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF CASS | ) | |

Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On January 6, 2025, affiant caused the following document(s):

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

to be served electronically to the following:

*ALL ECF Participants.*

*/s/ Sonie Thompson*
Sonie Thompson

Subscribed and sworn to before me this 6th day of January, 2025.

*Jill Nona*
(SEAL)       Notary Public, Cass County, North Dakota

4900-9787-7261 v.1