```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.
```

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30004<br>DISTRICT OF NORTH DAKOTA<br>FRI JAN 10 6-54-13 PST 2025 | RED RIVER STATE BANK<br>ATTN  CAREN W STANLEY<br>VOGEL  LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | THE RUINS  LLC<br>1405 1ST AVENUE NORTH<br>FARGO  ND 58102-4203 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ | BLACKTAIL INVESTMENTS  LLC<br>PO BOX 628<br>FARGO  ND 58107-0628 | BRIANS GLASS AND DOOR LLC<br>533 1ST AVE NW<br>4<br>WATERTOWN  SD 57201-2213 |
| CP BUSINESS MANAGEMENT  INC<br>1401 1ST AVE N<br>SUITE B<br>FARGO  ND 58102-4203 | CAREN STANLEY  ESQ<br>VOGEL LAW FIRM<br>218 NP AVENUE<br>FARGO  ND 58102-4834 | CODINGTON COUNTY TREASURERS OFFICE<br>14 1ST AVE SE<br>WATERTOWN  SD 57201-3611 |
| CRAIG DEVELOPMENT  LLC<br>1405 1ST AVE N<br>FARGO  ND 58102-4203 | CRAIG HOLDINGS  LLC<br>1405 1ST AVE N<br>FARGO  ND 58102-4203 | CRAIG PROPERTIES  LLC<br>1405 1ST AVE N<br>FARGO  ND 58102-4203 |
| DM INDUSTRIES<br>LOCKBOX 446120<br>BOX 64266<br>SAINT PAUL  MN 55164-0266 | DIAMOND WALL SYSTEMS<br>1960 CLIFF LAKE ROAD<br>STE 129-250<br>SAINT PAUL  MN 55122-2476 | HAMLIN BUILDING CENTER<br>45002 HWY 28<br>PO BOX 200<br>LAKE NORDEN  SD 57248-0200 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JESSE CRAIG<br>PO BOX 426<br>FARGO  ND 58107-0426 | LIMOGES CONSTRUCTION<br>25732 COTTONWOOD AVENUE<br>SIOUX FALLS  SD 57107-6402 |
| PERFORMANCE SPRAY FOAM  LLC<br>48667 SD HWY 28<br>ASTORIA  SD 57213-5837 | RED RIVER STATE BANK<br>114 N MILL ST<br>PO BOX 98<br>FERTILE  MN 56540-0098 | RED RIVER STATE BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 |
| RED RIVER STATE BANK<br>CO DREW J HUSHKA<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE  SD 57501-3100 |
| THE ROOFING COMPANY<br>1222 4TH AVE N 123<br>FARGO  ND 58102-4358 | TOP FINISH CARPENTRY<br>2809 S PRINCETON AVE<br>SIOUX FALLS  SD 57106-4582 | WATERTOWN DEVELOPMENT COMPANY<br>1 EAST KEMP AVENUE<br>WATERTOWN  SD 57201-3606 |

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

XTREME FIRE PROTECTION LLC          CHRISTIANNA A CATHCART              MAURICE VERSTANDIG
4102 N CLIFF AVE                    THE DAKOTA BANKRUPTCY FIRM          THE DAKOTA BANKRUPTCY FIRM
SIOUX FALLS  SD 57104-5514          1630 FIRST AVE N                    1630 1ST AVENUE N
                                    STE B PMB 24                        SUITE B PMB 24
                                    FARGO  ND 58102-4246                FARGO  ND 58102-4246


ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320
```