**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
|    Debtor. | **Chapter 11** |
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
|    Debtor. | **Chapter 11** |
| **The Ruins, LLC,** | **Bankr. No. -30004** |
|    Debtor. | **Chapter 11** |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1. Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference on Thursday, January 16, 2024, at 10:00 a.m. on Motions for Joint Administration (Docs. 5, 5, 5), Motions to Reject Management Agreement (Docs. 11, 11, n/a), Motions for Leave to Use Cash Collateral on an Interim and Final Basis filed by Debtor Generations on 1st LLC (Docs. 12, 12, n/a), and Motions to Utilize FDIC-Insured Depository Accounts filed by Debtor Generations on 1st LLC (Docs. 13, 13, 10).

2. The UST has made an inquiry on an interim cash collateral budget, but does not anticipate other objections to the motions. Therefore, she requests that the Court take into consideration savings in travel time and expenses.

WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: January 14, 2025    MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **In re:** | |
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
| Debtor. | Chapter 11 |
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
| Debtor. | Chapter 11 |
| **The Ruins, LLC,** | **Bankr. No. -30004** |
| Debtor. | Chapter 11 |

**CERTIFICATE OF SERVICE**

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  January 14, 2025

/s/ Sarah J. Wencil
Sarah J. Wencil