Exhibit A

```
Label Matrix for local noticing        Department of the Treasury              Internal Revenue Service
0868-3                                 15th & Pennsylvania                     P.O. Box 7346
Case 25-30004                          Washington, DC 20222-0001               Philadelphia, PA 19101-7346
District of North Dakota
Fargo
Tue Jan 14 08:32:02 CST 2025

Red River State Bank                   Securities & Exchange Commission        The Ruins, LLC
Attn:  Caren W. Stanley                175 W. Jackson Blvd.                    1405 1st Avenue North
Vogel  Law Firm.                       Chicago, IL 60604-2908                  Fargo, ND 58102-4203
PO Box 1389
Fargo, ND 58107-1389


U.S. Attorney                          U.S. BANKRUPTCY COURT                   Blacktail Investments, LLC
655 First Avenue North, Suite 250      655 1ST AVENUE NORTH, SUITE 210         PO Box 628
Fargo, ND 58102-4932                   FARGO, ND 58102-4932                    Fargo, ND 58107-0628


Brian's Glass and Door LLC             CP Business Management, Inc.            Caren Stanley, Esq.
533 1st Ave NW                         1401 1st Ave N                          Vogel Law Firm
4                                      Suite B                                 218 NP Avenue
Watertown, SD 57201-2213               Fargo, ND 58102-4203                    Fargo, ND 58102-4834


Codington County Treasurer?s Office    Craig Development, LLC                  Craig Holdings, LLC
14 1st Ave SE                          1405 1st Ave N                          1405 1st Ave N
Watertown, SD 57201-3611               Fargo, ND 58102-4203                    Fargo, ND 58102-4203


Craig Properties, LLC                  D&M Industries                          Diamond Wall Systems
1405 1st Ave N.                        Lockbox 446120                          1960 Cliff Lake Road
Fargo, ND 58102-4203                   Box 64266                               Ste 129-250
                                       Saint Paul, MN 55164-0266               Saint Paul, MN 55122-2476


Hamlin Building Center                 Jesse Craig                             Limoges Construction
45002 Hwy 28                           PO Box 426                              25732 Cottonwood Avenue
PO Box 200                             Fargo, ND 58107-0426                    Sioux Falls, SD 57107-6402
Lake Norden, SD 57248-0200


Performance Spray Foam, LLC            Red River State Bank                    Red River State Bank
48667 SD HWY 28                        114 N Mill St                           c/o: Caren W. Stanley
Astoria, SD 57213-5837                 PO Box 98                               Vogel Law Firm
                                       Fertile, MN 56540-0098                  P.O. Box 1389
                                                                               Fargo, ND  58107-1389


Red River State Bank                   Sarah J. Wencil                         South Dakota Department of Revenue
c/o: Drew J. Hushka                    Office of the U.S. Trustee              445 E. Capitol Avenue
Vogel Law Firm                         Suite 1015 U.S. Courthouse              Pierre, SD 57501-3100
PO Box 1389                            300 South Fourth Street
Fargo ND  58107-1389                   Minneapolis, MN 55415-1320


The Roofing Company                    Top Finish Carpentry                    Watertown Development Company
1222 4th Ave N 123                     2809 S PRINCETON AVE                    1 East Kemp Avenue
Fargo, ND 58102-4358                   Sioux Falls, SD 57106-4582              Watertown, SD 57201-3606
```

```
Xtreme Fire Protection LLC              Christianna A. Cathcart           Maurice VerStandig
4102 N. Cliff Ave.                      The Dakota Bankruptcy Firm        The Dakota Bankruptcy Firm
Sioux Falls, SD 57104-5514              1630 First Ave N                  1630 1st Avenue N
                                        Ste. B PMB 24                     Suite B PMB 24
                                        Fargo, ND 58102-4246              Fargo, ND 58102-4246


Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(d)Internal Revenue Service             End of Label Matrix
PO Box 7346                             Mailable recipients    33
Philadelphia, PA 19101-7346             Bypassed recipients     1
                                        Total                  34
```