UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                   Bankruptcy No. 25-30004

The Ruins, LLC,

      Debtor.

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO: THE UNITED STATES BANKRUPTCY COURT CLERK:

      Please enter the appearance of John M. Krings, Jr., for D & M Industries, Inc., in the above-referenced case. Pursuant to Federal Rules of Bankruptcy Procedure 9010(b), 2002 and Local Rule 2002-5, the undersigned, on behalf of D & M Industries, Inc., requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following via ECF notification:

      John M. Krings, Jr.
      Kaler Doeling, PLLP
      PO Box 9231
      Fargo, ND  58106-9231
      john@kaler-doeling.com

PLEASE TAKE FURTHER NOTICE that pursuant to the foregoing Section 1109(b) of the Bankruptcy Code this request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also including, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before the Court with respect to this proceeding, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: January 14, 2025

      John M. Krings, Jr. (ND Attorney ID 06845)
      KALER DOELING, PLLP
      PO Box 9231
      Fargo, ND  58106-9231
      (701) 232-8757
      Attorneys for D & M Industries, Inc.