UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Generations on 1st LLC, | Bankr. No. 25-30002 |
| Debtor. | Chapter 11 |
| Parkside Place LLC, | Bankr. No. 25-30003 |
| Debtor. | Chapter 11 |
| The Ruins, LLC, | Bankr. No. 25-30004 |
| Debtor. | Chapter 11 |

MOTION TO APPEAR BY VIDEO CONFERENCE

1) John M. Krings, Jr., attorney for D & M Industries, Inc., respectfully moves this Court to enter an order under Local Rule 5001-2 allowing him to appear by video conference on Thursday, January 16, 2024, at 10:00 a.m. on Motions for Joint Administration (Docs. 5, 5, 5), Motions to Reject Management Agreement (Docs. 11, 11, n/a), Motions for Leave to Use Cash Collateral on an Interim and Final Basis filed by Debtor Generations on 1st LLC (Docs. 12, 12, n/a), and Motions to Utilize FDIC-Insured Depository Accounts filed by Debtor Generations on 1st LLC (Docs. 13, 13, 10).

2) John M. Krings, Jr. requests that the Court take into consideration savings in travel time and expenses.

WHEREFORE, Counsel requests that he be allowed by appear by video conference.

Dated:  January 14, 2025          */s/ John M. Krings, Jr.*
John M. Krings, Jr.  (ND Atty ID 06845)
KALER DOELING, PLLP
3429 Interstate Boulevard South
PO Box 9231
Fargo, ND 58106-9231
Telephone:  (701) 232-8757
Email:  john@kaler-doeling.com
ATTORNEYS FOR D & M INDUSTRIES, INC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Generations on 1st LLC, | Bankr. No. 25-30002 |
| Debtor. | Chapter 11 |
| Parkside Place LLC, | Bankr. No. 25-30003 |
| Debtor. | Chapter 11 |
| The Ruins, LLC, | Bankr. No. 25-30004 |
| Debtor. | Chapter 11 |

CERTIFICATE OF SERVICE

John M. Krings, Jr., Attorney for D & M Industries, Inc., hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: January 14, 2025

/s/ John M. Krings, Jr.
John M. Krings, Jr.  (ND Atty ID 06845)
KALER DOELING, PLLP
3429 Interstate Boulevard South
PO Box 9231
Fargo, ND 58106-9231
Telephone:  (701) 232-8757
Email:  john@kaler-doeling.com
ATTORNEYS FOR D & M INDUSTRIES, INC.