UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 25-30004 |
| | ) | Chapter 11 |
| | ) | |
| The Ruins, LLC, | ) | |
| | ) | |
| Debtor. | ) | NOTICE OF APPEARANCE AND |
| | ) | REQUEST FOR NOTICES AND PAPERS |
| | ) | |

Please take notice that, pursuant to Bankruptcy Rule 9010, Jordan J. Feist of Woods, Fuller, Shultz & Smith P.C. hereby appears for Watertown Development Company in the above-captioned case.  The undersigned requests that notices of, and papers related to, all matters arising in this case, including all matters set forth in Bankruptcy Rule 2002, be served upon:

>Jordan J. Feist
>Woods, Fuller, Shultz & Smith P.C.
>Post Office Box 5027
>Sioux Falls, South Dakota 57117-5027
>E-mail:  Jordan.Feist@woodsfuller.com

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses, but is not limited to, all notices, copies, documents and pleadings referred to in the above-cited rules and sections, as well as in Bankruptcy Rules of Procedure 4001 and 9007, and includes, but is not limited to, all orders, reports, pleadings, motions, applications, petitions, complaints, notices, demands, operating statements, plans, disclosure statements, briefs, petitions, answers, and reply papers pertaining to the above-captioned case.

- 1 -

Case Number: 25-30004
Notice of Appearance and Request for Service of Papers

    Dated this 30th day of January, 2025.

                                        WOODS, FULLER, SHULTZ & SMITH P.C.

                                        By /s/ Jordan J. Feist_____
                                            Jordan J. Feist (#08592)
                                            P.O. Box 5027
                                            300 South Phillips Avenue, Suite 300
                                            Sioux Falls, SD 57117-5027
                                            Phone (605) 336-3890
                                            Fax (605) 339-3357
                                            Jordan.Feist@woodsfuller.com
                                            Attorneys for Watertown Development Company

## CERTIFICATE OF SERVICE

    The undersigned states that on the 30th day of January, 2025, I served a copy of the foregoing Notice of Appearance and Request for Notices and Papers electronically upon all CM/ECF participations in this case.

                                            */s/ Jordan J. Feist*_____
                                            Attorney for Watertown Development Company