# Starion Bank

PO Box 848
Mandan, ND 58554

> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

RUINS LLC
DEBTOR IN POSSESSION CASE 25-30004
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 01/31/2025**

RUINS LLC     Page 1 of 4
Customer Number: 10318699

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | ▬8699 | $100.00 |

## ND STAR CHECKING - 10318699

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Beginning Balance | $0.00 |
|  | 1 Credit(s) This Period | $100.00 |
|  | 0 Debit(s) This Period | $0.00 |
| 01/31/2025 | Ending Balance | $100.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/28/2025 | DEPOSIT — *Jc Cash* | $100.00 |

### Daily Balances

| Date | Amount |
|---|---|
| 01/28/2025 | $100.00 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |



Member FDIC / Equal Housing Lender

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 01/31/2025**

**RUINS LLC**  Page 3 of 4
**Customer Number:** ▮▮▮▮▮

```
091310767                 Start Time: 1:12:46 PM
Branch: 60                Amount: 100.00
Teller: 9501              Account Number: 10318699
                             DDA Credit
                             Deposit

Comments:

     RT: 091310767              TC: 9
```

#0000         01/28/2025                    $100.00



**Cash Flow Statement**  Page 1

Owner = THE RUINS, LLC (all properties)
Month = Jan 2025
Book = Cash

| ACCOUNT | MONTH TO DATE | % | YEAR TO DATE | % |
|---|---|---|---|---|
| **EXPENSES** | | | | |
| Operating Expenses | | | | |
| Insurance | 2,391.39 | 0.00 | 2,391.39 | 0.00 |
| Total Operating Expenses | 2,391.39 | 0.00 | 2,391.39 | 0.00 |
| Total Expenses | 2,391.39 | 0.00 | 2,391.39 | 0.00 |
| **NET INCOME** | **-2,391.39** | **0.00** | **-2,391.39** | **0.00** |
| ADJUSTMENTS | | | | |
| Owner Contribution | 2,491.39 | 0.00 | 2,491.39 | 0.00 |
| TOTAL ADJUSTMENTS | 2,491.39 | 0.00 | 2,491.39 | 0.00 |
| CASH FLOW | 100.00 | 0.00 | 100.00 | 0.00 |

| MONTH TO DATE | BEGINNING BALANCE | ENDING BALANCE | DIFFERENCE |
|---|---|---|---|
| Ruins Apartment DIP Checking | 0.00 | 100.00 | 100.00 |
| **TOTAL CASH** | **0.00** | **100.00** | **100.00** |

| YEAR TO DATE | BEGINNING BALANCE | ENDING BALANCE | DIFFERENCE |
|---|---|---|---|
| Ruins Apartment DIP Checking | 0.00 | 100.00 | 100.00 |
| **TOTAL CASH** | **0.00** | **100.00** | **100.00** |

Sunday, February 16, 2025
07:54 AM

**Owner Statement**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

Owner = THE RUINS, LLC (all properties)
Month = Jan 2025
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | 0.00 |
| 01/28/2025 | cash | THE RUINS, LLC | CRAIG DEVELOPMENT | funds to open checking acct | 100.00 | 0.00 | 100.00 |
| 01/29/2025 | 13890 | THE RUINS, LLC | CRAIG DEVELOPMENT | funds to pay for 1/28 ins prem. RUINS. | 2,391.39 | 0.00 | 2,491.39 |
| 01/29/2025 | 40001 | THE RUINS, LLC | Mindy Craig | jan 28th ins. premium | 0.00 | 2,391.39 | 100.00 |
| | | | | Ending Balance | 2,491.39 | 2,391.39 | 100.00 |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

Sunday, February 16, 2025
07:53 AM

**RUINS DIP APT**  Page 1
Bank Rec Posted Report

| Balance Per Bank Statement as of 02/16/2025 | | | 2,491.39 |
|---|---|---|---|

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 01/29/2025 | 40001 | Mindy Craig | 2,391.39 |
| **Less: Outstanding Checks** | | | **2,391.39** |

| Reconciled Bank Balance | 100.00 |
|---|---|

| Balance per GL as of 02/16/2025 | 100.00 |
|---|---|
| Reconciled Balance Per G/L | 100.00 |

| Difference | 0.00 |
|---|---|

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 02/06/2025 | 40000 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,316.51 | 02/12/2025 |
| **Total Cleared Checks** | | | **2,316.51** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/28/2025 | 4000 | | 100.00 | 01/28/2025 |
| 02/07/2025 | 4001 | | 2,391.39 | 02/07/2025 |
| 02/07/2025 | 4002 | | 2,316.51 | 02/07/2025 |
| **Total Cleared Deposits** | | | **4,807.90** | |

Sunday, February 16, 2025
12:00 PM

# Transaction Report



## Transaction Report for account *8699

Reported on Sun Feb 16 17:27:00 GMT 2025

**Current Ledger** $2,491.39
**Memo Available Balance** $2,491.39

| Date | | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|---|
| 02/12/2025 | 40000 | Debit<br>Check Paid | | 2316.51 | 2491.39 |
| 02/07/2025 | 886220652 | Credit<br>EDEPOSIT | 2391.39 | | 4807.90 |
| 02/07/2025 | 886220902 | Credit<br>EDEPOSIT | 2316.51 | | 2416.51 |
| 01/28/2025 | 764811317 | Credit<br>Deposit | 100.00 | | 100.00 |

Report generated on 02/16/2025 11:58:27 AM CST                                    Page 1 of 1

**THE RUINS, LLC**
DEBTOR IN POSESSION - CASE #25-30004
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2745 Brandt Dr S
Fargo, ND 58104

40000

01/24/25

TO THE ORDER OF   VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID    $V,OID.00

VOID VOID VOID VOID
VOID VOID VOID VOID
VOID VOID VOID VOID
VOID VOID VOID,    00000

**VOID**

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

DATE:01/24/25   CK#:40000   TOTAL:    BANK:RUINS DIP APT(1113)
PAYEE:VOID VOID VOID VOID

| Property Address | Invoice - Date | Description | Amount |
| --- | --- | --- | --- |

**THE RUINS, LLC**
DEBTOR IN POSESSION - CASE #25-30004
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2745 Brandt Dr S
Fargo, ND 58104

40000

01/24/25

TO THE ORDER OF   VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID    $V,OID.00

VOID VOID VOID VOID
VOID VOID VOID VOID
VOID VOID VOID VOID
VOID VOID VOID,    00000

**NON-NEGOTIABLE**

Case 25-30004   Doc 32-5   Filed 10/24/25   Entered 10/24/25 12:29:31   Desc Exhibit
Page 8 of 8

# CODINGTON COUNTY TREASURER
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201
(605) 882-6285

## 2024 TAXES DUE AND PAYABLE IN 2025

2024 - 14082

Record#: 9352

**Legal:**   Sch: 14-4   S/T/R:   Acres/Lots: .00
WATERTOWN CITY  THE RUINS ADD
THE RUINS ADD
315 E KEMP

**Taxes In Name Of**
THE RUINS LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| First Half | 28,530.30 |
| Second Half | 28,530.30 |
| TOTAL | 57,060.60 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 73,096 | 70,465 | 2.525 | 177.92 |
| WATERTOWN SCHOOL Non-Ag | 73,096 | 70,465 | 9.478 | 667.87 |
| WATERTOWN CITY | 73,096 | 70,465 | 1.691 | 119.16 |
| EAST DAKOTA WATER | 73,096 | 70,465 | 0.020 | 1.41 |
| TAX INCREMENT 16 NA | 73,096 | 4,090,290 | 13.714 | 56,094.24 |

NA: 57060.60

**TOTAL:** 57,060.60

\* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

Please detach stubs and return with your payment

**-FIRST PAYMENT-**
CODINGTON Record # 9352
THE RUINS LLC
Prior Year Taxes Are Also Due & Payable

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024- 14082 | 28,530.30 |

**DELINQUENT AFTER APRIL 30th**

**-SECOND PAYMENT-**
CODINGTON Record # 9352
THE RUINS LLC
Prior Year Taxes Are Also Due & Payable

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024- 14082 | 28,530.30 |

**DELINQUENT AFTER OCTOBER 31st**