2/24/2025 11:11 AM

## Payables Report
Period: 01/2025 - 12/2025

As of : 02/15/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Amount Owed | Notes |
|---|---|---|---|---|---|---|---|---|
| **CODINGTON COUNTY TREASURER** | | | | | | | | |
| | 1st installm | RN Expense Acct | 4/30/2025 | 4/30/2025 | 7420 Real Estate Taxes | | 28,530.30 | RE Taxes 1st installment, 2024 due in 2025 |
| | RE Taxes; 2 | RN Expense Acct | 10/31/2025 | 10/31/2025 | 7420 Real Estate Taxes | | 28,530.30 | RE Taxes; 2nd installment, 2024 due in 2025 |
| **CODINGTON COUNTY TREASURER** | | | | | | | **57,060.60** | |
| **LIBERTY MUTUAL INSURANCE** | | | | | | | | |
| | | RN Expense Acct | 2/1/2025 | 2/28/2025 | 7440 Insurance | | 2,323.94 | Insurance premium, due 2/28/2025 |
| **LIBERTY MUTUAL INSURANCE** | | | | | | | **2,323.94** | |
| **City Of Watertown** | | | | | | | | |
| | | RN Expense Acct | 2/3/2025 | 2/28/2025 | 3200 Owner Contribution | | 12,341.50 | Construction permit extension; required prior to allowing permit to be extended and work to be done. |
| **City Of Watertown** | | | | | | | **12,341.50** | |
| **Grand Total** | | | | | | | **71,726.04** | |