IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
|     Debtor. | ) | |
| _____ | ) | |

**NOTES ACCOMPANYING JANUARY**
**<u>MONTHLY OPERATING REPORT: PART 7 -QUESTION G</u>**

On January 28, 2025, the Ruins, LLC (the "Debtor") incurred post-petition indebtedness in the amount of $2,391.39 from Jessie Craig. The funds were specifically borrowed to cover the payment of an insurance premium necessary to maintain coverage for the Debtor's assets and operations.

1