**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

---

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

---

The undersigned hereby gives notice pursuant to Fed. R. Bankr. P. 9010(b) that Jeffrey D. Klobucar, is appearing in the above-captioned bankruptcy case on behalf of Diamond Wall Systems, Inc. Pursuant to Fed. R. Bankr. P. 2002(g) and 2002(i), all notices and all other papers served or filed in this case, including, but not limited to, pleadings, motions, applications, orders, and financial and other reports, should be served upon:

Jeffrey D. Klobucar
**BASSFORD REMELE, P.A.**
100 South Fifth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: jklobucar@bassford.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Fed. R. Bankr. P. 2002(i) and 3017(a), and a request for court-designated service as set forth in Fed. R. Bankr. P. 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019, and to receive CM/ECF notifications in this case. Further, the undersigned attorney expressly consents to service of contested matters under Federal Rules of Bankruptcy Procedure 9014 and 7004 through the Electronic Case Filing system.

This request for notice does not, and is not intended to, constitute consent of the requesting party to the jurisdiction of the Bankruptcy Court or a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, at law or in equity, to which the requesting party may be entitled, including, without limitation, the right to a jury trial in any proceeding so triable herein or in any case, controversy, or proceeding related hereto, or the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal, all of which rights, claims, actions, defenses, setoffs, or recoupments are hereby expressly reserved.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: March 14, 2025     By: */s/ Jeffrey D. Klobucar*
Jeffrey D. Klobucar (ND Bar ID #09689)
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: jklobucar@bassford.com

***Attorneys for Diamond Wall Systems, Inc.***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2025, a copy of the foregoing was served electronically on filing via the ECF System.

By: */s/ Jeffrey D. Klobucar*
Jeffrey D. Klobucar (ND Bar ID #09689)

2