# Kaler Doeling, PLLP

GENE W. DOELING*
KIP M. KALER*
ASA K. BURCK*
JOHN M. KRINGS JR.*
TAYLOR M. KUZNIA*
BRAD A. SINCLAIR - RETIRED
 *LICENSED IN ND AND MN

3429 INTERSTATE BLVD.
P.O. BOX 9231
FARGO, ND 58106
(701) 232-8757
FAX (701) 232-0624

March 17, 2025

Clerk of Bankruptcy Court

Re:   The Ruins, LLC, Bankruptcy No. 25-30004

Dear Clerk:

Please change creditor D&M Industries' address to the following in the above-entitled bankruptcy:

D&M Industries
4205 30th Ave S
Moorhead, MN 56560

If you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

John M. Krings, Jr.
Attorney at Law

JMK/jms