Rev 5/21

# United States Bankruptcy Court
# District of North Dakota

IN RE:

The Ruins, LLC

Debtor(s)

Bankruptcy No: 25-30004
Chapter: 11

## AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**

- [ ] Voluntary Petition
- [x] Summary of Assets and Liabilities
- [x] Schedule A/B – Property
- [ ] Schedule C
- [x] Schedule D
- [x] Schedule E/F
- [ ] Schedule G
- [ ] Schedule H
- [ ] Schedule I
- [ ] Schedule J
- [ ] Declaration Concerning Schedules
- [ ] Statement of Financial Affairs
- [ ] Attorney's Disclosure of Compensation
- [ ] Statement of Intention
- [ ] Statement of Current Monthly Income
- [ ] Other_____

If amending schedules D or E/F, the amendment is to:

- [x] Add new creditor(s) (Notice to Creditors of Amended Schedules must be served and filed)
- [x] Correct or delete information.

Describe changes: (ex. "Added creditor XYZ to Schedule E/F")

Added Watertown Municipal Utilities to Schedule E/F
Corrected 315 E Kemp Ave Current Value.
Corrected Claim amount for Watertown Development on Schedule D
Corrected Claim amount for Codington Treasures Office on Schedule E

## DECLARATION

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

Dated: 3.14.25

_____
Debtor 1 (Signature)

_____
Debtor 2 (Signature)

PRINT                                                                                           RESET

**Fill in this information to identify the case:**

Debtor name: The Ruins, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:25-bk-30004

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ 15,750,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ 12,860.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ 15,762,860.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $ 14,393,923.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 32,563.94

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$ 658,556.26

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                                                      $ 15,085,043.20

Fill in this information to identify the case:

Debtor name: The Ruins, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:25-bk-30004

☒ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. Utility Deposit                                                                 $12,860.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                          $12,860.00

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:   Investments**

13. Does the debtor own any investments?

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor     The Ruins, LLC                                    Case number (If known) 3:25-bk-30004
           Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  315 E Kemp Avenue Watertown, South Dakota 57201 | Fee Simple | $0.00 | | $15,750,000.00 |

56.   **Total of Part 9.**                                                                                                                              $15,750,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Official Form 206A/B             Schedule A/B Assets - Real and Personal Property                                    page 2
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | The Ruins, LLC | Case number (If known) 3:25-bk-30004 |
|---|---|---|
| | Name | |

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Claims for fraud, statutory deceit, constructive fraud, breach of the covenant of good faith and fair dealing, and breach of contract, against Red River State Bank<br>Nature of claim    Tort<br>Amount requested    $0.00 | Unknown |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   The Ruins, LLC
         Name

Case number *(If known)* 3:25-bk-30004

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,860.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................>* | | $15,750,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,860.00  + 91b. | $15,750,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,762,860.00 |

**Fill in this information to identify the case:**

Debtor name: The Ruins, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:25-bk-30004

☒ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A – Amount of claim (Do not deduct the value of collateral.) | Column B – Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Brian's Glass and Door LLC** (Creditor's Name)<br>533 1st Ave NW #4<br>Watertown, SD 57201<br>(Creditor's mailing address)<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Watertown Development Company<br>2. Red River State Bank<br>3. Diamond Wall Systems<br>4. Top Finish Carpentry<br>5. Xtreme Fire Protection LLC<br>6. Performance Spray Foam, LLC<br>7. D&M Industries<br>8. Brian's Glass and Door LLC<br>9. The Roofing Company | **Describe debtor's property that is subject to a lien**<br>315 E Kemp Avenue Watertown, South Dakota 57201<br><br>**Describe the lien**<br>Mechanic's Lien<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,720.00 | $15,750,000.00 |
| **2.2 D&M Industries** (Creditor's Name)<br>Lockbox 446120<br>Box 64266<br>Saint Paul, MN 55164-0266<br>(Creditor's mailing address) | **Describe debtor's property that is subject to a lien**<br>315 E Kemp Avenue Watertown, South Dakota 57201<br><br>**Describe the lien**<br>Mechanic's Lien | $258,473.00 | $15,750,000.00 |

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 5

| Debtor | The Ruins, LLC | Case number (if known) | 3:25-bk-30004 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Diamond Wall Systems | Describe debtor's property that is subject to a lien | $286,700.00 | $15,750,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 315 E Kemp Avenue Watertown, South Dakota 57201 | | |
| | 1960 Cliff Lake Road Ste 129-250 Saint Paul, MN 55122 | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
Mechanic's Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Performance Spray Foam, LLC | Describe debtor's property that is subject to a lien | $151,058.00 | $15,750,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 315 E Kemp Avenue Watertown, South Dakota 57201 | | |
| | 48667 SD HWY 28 Astoria, SD 57213 | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
Mechanic's Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | The Ruins, LLC | Case number (if known) | 3:25-bk-30004 |
|---|---|---|---|
| | Name | | |

### 2.5 Red River State Bank

**Creditor's Name**
114 N Mill St
PO Box 98
Fertile, MN 56540
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
315 E Kemp Avenue Watertown, South Dakota 57201

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

$10,490,000.00     $15,750,000.00

---

### 2.6 Red River State Bank

**Creditor's Name**
114 N Mill St
PO Box 98
Fertile, MN 56540
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
315 E Kemp Avenue Watertown, South Dakota 57201

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

$600,000.00     $15,750,000.00

---

### 2.7 The Roofing Company

**Creditor's Name**
1222 4th Ave N 123
Fargo, ND 58102
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
315 E Kemp Avenue Watertown, South Dakota 57201

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$126,680.00     $15,750,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 5

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | The Ruins, LLC | Case number (if known) | 3:25-bk-30004 |
|---|---|---|---|

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8  Top Finish Carpentry**
Creditor's Name

2809 S PRINCETON AVE
Sioux Falls, SD 57106
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
315 E Kemp AvenueWatertown, South Dakota 57201

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$162,900.00    $15,750,000.00

---

**2.9  Watertown Development Company**
Creditor's Name

1 East Kemp Avenue
Watertown, SD 57201-3606
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
December 13, 2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
315 E Kemp AvenueWatertown, South Dakota 57201

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

$2,275,000.00    $15,750,000.00

---

**2.10  Xtreme Fire Protection LLC**
Creditor's Name

4102 N. Cliff Ave.
Sioux Falls, SD 57104
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
315 E Kemp AvenueWatertown, South Dakota 57201

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No

$25,392.00    $15,750,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 5

| Debtor | The Ruins, LLC | Case number (if known) | 3:25-bk-30004 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $14,393,923.00

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Caren Stanley, Esq.<br>Vogel Law Firm<br>218 NP Avenue<br>Fargo, ND 58102 | Line 2.5 | |
| Caren Stanley, Esq.<br>Vogel Law Firm<br>218 NP Avenue<br>Fargo, ND 58102 | Line 2.6 | |

| Fill in this information to identify the case: |
|---|
| Debtor name: The Ruins, LLC |
| United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA |
| Case number (if known): 3:25-bk-30004 |

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Codington County Treasurer?s Office<br>14 1st Ave SE<br>Watertown, SD 57201 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,563.94 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Real Estate Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | The Ruins, LLC | Case number (if known) | 3:25-bk-30004 |
|---|---|---|---|

**2.3** Priority creditor's name and mailing address
South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00

Date(s) debt was incurred January 2, 2025

Basis for the claim: Loan to Debtor to Pay Bankruptcy Retainer

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
CP Business Management, Inc.
1401 1st Ave N
Suite B
Fargo, ND 58102

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,227.07

Date(s) debt was incurred _

Basis for the claim: Reimbursement for Corporate Expenses

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Hamlin Building Center
45002 Hwy 28
PO Box 200
Lake Norden, SD 57248

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$279,000.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Jesse Craig
PO Box 426
Fargo, ND 58107-0426

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$287,829.19

Date(s) debt was incurred _

Basis for the claim: Reimbursement for Corporate Expenses

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Limoges Construction
25732 Cottonwood Avenue
Sioux Falls, SD 57107

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,500.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | The Ruins, LLC | Case number (if known) | 3:25-bk-30004 |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address<br>Watertown Municipal Utilities<br>901 4th Ave SW<br>Watertown, SD 57201 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 32,563.94 |
| 5b. Total claims from Part 2 | 5b. + $ | 658,556.26 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 691,120.20 |