UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              )
The Ruins, LLC                                      )   Case No. 25-30004
                   Debtor(s)                        )   Chapter 11

**NOTICE TO CREDITOR(S) OF AMENDED SCHEDULE(S)**

You are hereby notified that the debtor has filed the attached amended schedules to include the creditor listed below.

Enclosed is a copy of the Notice of Meeting of Creditors and notification of the full social security number of the debtor(s).

1. **Creditor:**

    Watertown Municipal Utilities
    901 4th Ave SW
    Watertown, SD 57201

2. **Claim Amount:**

    $ Unknown

3. **Trustee:**

    Robert B. Raschke
    Suite 1015 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN 55415

4. **Deadline for filing proofs of claim:**

    The deadline for filing claims is 03/17/2025. Since this claim was added to the schedules within 30 days of its expiration, the creditor shall have 30 days from the date of service below to file a proof of claim. A proof of claim form is available on the court's website at www.ndb.uscourts.gov.

5. **Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727:**

    The deadline for filing complaints objecting to discharge is 04/07/2025. Since this claim was added to the schedules within 30 days of its expiration, the creditor shall have 30 days from the date of service below to file complaints.

*[Signature on following page]*

Date: March 18, 2025   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue North
Suite B, PMB 24
Fargo, ND 58104-4246
Christianna@dakotabankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 18th day of March 2025, I caused a copy of the (1) Amended Cover Sheet and Amended Schedules, (2) Notice to Creditor of Amended Schedules, and (3) Section 341 Meeting Notice, to be served, via U.S. Mail, postage prepaid, on all parties on the following creditor:

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201

Respectfully Submitted,

Date: March 18th, 2025    By:   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart
