UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              )

The Ruins, LLC                                      )   Case No. 25-30004
                    Debtor(s)                       )   Chapter 11

## NOTICE TO CREDITOR(S) OF AMENDED SCHEDULE(S)

You are hereby notified that the debtor has filed the attached amended schedules to reflect an increase in the claim amount for the creditors listed below.

Watertown Development
1 East Kemp Avenue
Watertown, SD 57201-3606
Claim amount: $2,275,000

Codington County Treasurer Office
14 1st Ave SE
Watertown, SD 57201
Claim Amount $32,563.94

Date: March 18, 2025              /s/ Christianna A. Cathcart
                                  Christianna A. Cathcart, Esq.
                                  The Dakota Bankruptcy Firm
                                  1630 1st Ave N
                                  Suite B, PMB 24
                                  Fargo, ND 58104-4246
                                  christianna@dakotabankruptcy.com
                                  *Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March 2025, I caused a copy of the (1) Amended Cover Sheet and Amended Schedules, and (2) Notice to Creditor of Amended Schedules, to be served, via U.S. Mail, postage prepaid, on all parties on the following creditor:

Watertown Development
1 East Kemp Avenue
Watertown, SD 57201-3606

Codington County Treasurer Office
14 1st Avenue SE
Watertown, SD 57201

Respectfully Submitted,

Date: March 18th, 2025     By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart