UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re. THE RUINS, LLC § Case No. 25-30004
§
§
Debtor(s) §
☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2025      Petition Date: 01/06/2025
Months Pending: 3                        Industry Classification: 6 5 1 3
Reporting Method:     Accrual Basis ○    Cash Basis ⦿
Debtor's Full-Time Employees (current): 0
Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mindy Craig                          MINDY CRAIG
Signature of Responsible Party           Printed Name of Responsible Party

04/16/2025                               1405 1ST AVE N
Date                                     FARGO, ND 58102
                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name THE RUINS, LLC    Case No. 25-30004

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $100 | |
| b. Total receipts (net of transfers between accounts) | $6,902 | $14,092 |
| c. Total disbursements (net of transfers between accounts) | $6,902 | $14,092 |
| d. Cash balance end of month (a+b-c) | $100 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $6,902 | $14,092 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $100 |
| e. Total assets | $18,025,100 |
| f. Postpetition payables (excluding taxes) | $26,333 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $57,061 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $83,394 |
| k. Prepetition secured debt | $14,393,923 |
| l. Prepetition priority debt | $32,564 |
| m. Prepetition unsecured debt | $658,556 |
| n. Total liabilities (debt) (j+k+l+m) | $15,168,437 |
| o. Ending equity/net worth (e-n) | $2,856,663 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $6,902 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-6,902 | $-13,992 |

UST Form 11-MOR (12/01/2021)    2

Debtor's Name THE RUINS, LLC                                                                 Case No. 25-30004

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| Debtor's Name | THE RUINS, LLC | | | | Case No. | 25-30004 |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

| Debtor's Name | THE RUINS, LLC | Case No. | 25-30004 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |
| xci |  |  |  |  |  |
| xcii |  |  |  |  |  |
| xciii |  |  |  |  |  |
| xciv |  |  |  |  |  |
| xcv |  |  |  |  |  |
| xcvi |  |  |  |  |  |
| xcvii |  |  |  |  |  |
| xcviii |  |  |  |  |  |
| xcix |  |  |  |  |  |
| c |  |  |  |  |  |
| ci |  |  |  |  |  |

b. Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total*

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | | | | | | |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---|---|---|---|
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |

Debtor's Name  THE RUINS, LLC                                      Case No.  25-30004

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| Debtor's Name | THE RUINS, LLC | | | | Case No. | 25-30004 |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name THE RUINS, LLC                                              Case No. 25-30004

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◉ | No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉ | No ○  N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○ | No ◉ |
| | If yes, are your premiums current? | Yes ○ | No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ | No ○ |
| | If yes, are your premiums current? | Yes ◉ | No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉ | No ○ |
| | If yes, are your premiums current? | Yes ◉ | No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ | No ○ |

UST Form 11-MOR (12/01/2021)                                              8

Debtor's Name  THE RUINS, LLC                                           Case No.  25-30004

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Mindy Craig                                              MINDY CRAIG
Signature of Responsible Party                               Printed Name of Responsible Party

PROPERTY SUPERVISOR                                          04/16/2025
Title                                                         Date


UST Form 11-MOR (12/01/2021)                    9

Debtor's Name THE RUINS, LLC                                   Case No. 25-30004



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name  THE RUINS, LLC                                    Case No.  25-30004

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                        11

Debtor's Name THE RUINS, LLC                                                                 Case No. 25-30004

PageThree

PageFour

4/16/2025 3:04 PM

# Payables Aging Report

Period: -12/2025

As of : 03/31/2025

| Payee Name | Invoice | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notes | | | | | | | | | | | |
| City of Watertown | | | | | | | | | | | | |
| | | RN Expense Acct | 2/3/2025 | 2/28/2025 | 3200 Owner Contribution | | 12,341.50 | 0.00 | 12,341.50 | 0.00 | 0.00 | Construction permit extension; required prior to allowing permit to be extended and work to be done. |
| **City of Watertown** | | | | | | | **12,341.50** | **0.00** | **12,341.50** | **0.00** | **0.00** | |
| CODINGTON COUNTY TREASURER | | | | | | | | | | | | |
| | RE Taxes; 1st inst | RN Expense Acct | 4/30/2025 | 4/30/2025 | 7420 Real Estate Taxes | N/A | 28,530.30 | 0.00 | 0.00 | 0.00 | 0.00 | RE Taxes; 1st installment, 2024 due in 2025 |
| | RE Taxes; 2nd ins | RN Expense Acct | 10/31/2025 | 10/31/2025 | 7420 Real Estate Taxes | N/A | 28,530.30 | 0.00 | 0.00 | 0.00 | 0.00 | RE Taxes; 2nd installment, 2024 due in 2025 |
| **CODINGTON COUNTY TREASURER** | | | | | | | **57,060.60** | **0.00** | **0.00** | **0.00** | **0.00** | |
| CRAIG DEVELOPMENT | | | | | | | | | | | | |
| | | RN Expense Acct | 2/28/2025 | 2/28/2025 | 3200 Owner Contribution | N/A | 2,382.04 | 0.00 | 2,382.04 | 0.00 | 0.00 | REPAY FUNDS FOR FEB 28TH INS |
| | | RN Expense Acct | 2/28/2025 | 2/28/2025 | 3200 Owner Contribution | N/A | 2,316.51 | 0.00 | 2,316.51 | 0.00 | 0.00 | REPAY FUNDS FOR WMU 1/6-1/22 |
| | | RN Expense Acct | 1/28/2025 | 1/28/2025 | 3200 Owner Contribution | N/A | 2,391.39 | 0.00 | 0.00 | 2,391.39 | 0.00 | REPAY FUNDS FOR JAN 28TH INS. |
| | | RN Expense Acct | 3/31/2025 | 3/31/2025 | 3200 Owner Contribution | N/A | 2,323.94 | 2,323.94 | 0.00 | 0.00 | 0.00 | Mar 28th ins prem |
| | | RN Expense Acct | 3/31/2025 | 3/31/2025 | 3200 Owner Contribution | N/A | 474.12 | 474.12 | 0.00 | 0.00 | 0.00 | March staff & sign pro |
| | | RN Expense Acct | 3/31/2025 | 3/31/2025 | 3200 Owner Contribution | N/A | 4,103.74 | 4,103.74 | 0.00 | 0.00 | 0.00 | WMU bills 1/21-2/19 |
| **CRAIG DEVELOPMENT** | | | | | | | **13,991.74** | **6,901.80** | **4,698.55** | **2,391.39** | **0.00** | |
| **Grand Total** | | | | | | | **83,393.84** | **6,901.80** | **17,040.05** | **2,391.39** | **0.00** | |

Page 1 of 1

Balance Sheet                                                                                                              Page 1
Owner = THE RUINS, LLC (all properties)
Month = Mar 2025
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Ruins Apartment DIP Checking | 100.00 |
| **Total DIP Checking Account** | **100.00** |
| | |
| TIF Value | 2,275,000.00 |
| | |
| Property and Equipment | |
| Buildings | 14,620,000.00 |
| Appliances/AC | 280,000.00 |
| Land | 850,000.00 |
| Total Property and Equipment | 15,750,000.00 |
| | |
| **Total Assets** | **18,025,100.00** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Mortgage 1st | 11,052,607.39 |
| TIF Mortgage | 2,275,000.00 |
| CASH ADVANCE BY CRAIG DEVELOPMENT (POST-PETITION) | 14,091.74 |
| Total Liabilities | 13,341,699.13 |
| | |
| Capital | |
| Owner Contribution | 14,091.74 |
| Retained Earnings | 4,669,309.13 |
| Total Capital | 4,683,400.87 |
| | |
| **Total Liabilities & Capital** | **18,025,100.00** |

Wednesday, April 16, 2025
12:57 PM

# Owner Statement

Page 1

Owner =  THE RUINS, LLC (all properties)
Month = Mar 2025
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | 100.00 |
| 03/10/2025 | 13983 | THE RUINS, LLC | CRAIG DEVELOPMENT | WMU bills 1/21-2/19. CPBM chk#40003 pd the bills. | 4,103.74 | 0.00 | 4,203.74 |
| 03/10/2025 | 40003 | THE RUINS, LLC | WMU WATERTOWN MUNICIPAL UTILITIES | RUINS 1/21-2/19 electric charges | 0.00 | 4,103.74 | 100.00 |
| 03/18/2025 | 40004 | THE RUINS, LLC | CP BUSINESS MANAGEMENT | march 28th ins prem. | 0.00 | 2,323.94 | -2,223.94 |
| 03/18/2025 | 13992 | THE RUINS, LLC | Ruins | March 28th Ins. Prem Craig Dev. Check | 2,323.94 | 0.00 | 100.00 |
| 03/31/2025 | 40005 | THE RUINS, LLC | Alexis Burbach | 3/15-3/31 walk throughs, meet security system | 0.00 | 135.41 | -35.41 |
| 03/31/2025 | 40005 | THE RUINS, LLC | Alexis Burbach | snow, walk through, garage door, lock code change | 0.00 | 203.11 | -238.52 |
| 03/31/2025 | 14050 | THE RUINS, LLC | JESSE CRAIG | staff and signpro | 474.12 | 0.00 | 235.60 |
| 03/31/2025 | 40006 | THE RUINS, LLC | JORDAN BERNDT | garage door open, secured, walk building | 0.00 | 60.00 | 175.60 |
| 03/31/2025 | 40007 | THE RUINS, LLC | SIGN PRO | 89000 board | 0.00 | 75.60 | 100.00 |
| | | | | **Ending Balance** | **6,901.80** | **6,901.80** | **100.00** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

Wednesday, April 16, 2025
12:35 PM

4/16/2025 1:15 PM

# Cash Flow Statement

Owner = THE RUINS, LLC (all properties)

Month = Mar 2025

Book = Cash

| ACCOUNT | MONTH TO DATE | % |
|---|---:|---:|
| **EXPENSES** | | |
| Maintenance Expenses | | |
|     Maintenance Staff Costs | 398.52 | 0.00 |
|     Total Maintenance Expenses | 398.52 | 0.00 |
| Operating Expenses | | |
|     Advertising/Marketing | 75.60 | 0.00 |
|     Insurance | 2,323.94 | 0.00 |
|     Electricity-Vacant | 4,103.74 | 0.00 |
|     Total Operating Expenses | 6,503.28 | 0.00 |
|     Total Expenses | 6,901.80 | 0.00 |
| **NET INCOME** | **-6,901.80** | **0.00** |
| ADJUSTMENTS | | |
| Owner Contribution | 6,901.80 | 0.00 |
| TOTAL ADJUSTMENTS | 6,901.80 | 0.00 |
| CASH FLOW | 0.00 | 0.00 |

Page 1 of 1

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**

*RUINS LLC*  Page 1 of 4
*Customer Number.*

RUINS LLC
DEBTOR IN POSSESSION CASE 25-30004
PO BOX 9379
FARGO ND 58106-9379

### Managing Your Accounts

| | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
|---|---|---|
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 599 | $100.00 |

## ND STAR CHECKING - 99

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2025 | Beginning Balance | $100.00 |
| | 2 Credit(s) This Period | $6,427.68 |
| | 2 Debit(s) This Period | $6,427.68 |
| 03/31/2025 | Ending Balance | $100.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/10/2025 | EDEPOSIT | $4,103.74 |
| 03/18/2025 | EDEPOSIT | $2,323.94 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 40003 | 03/14/2025 | $4,103.74 | 40004 | 03/18/2025 | $2,323.94 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/10/2025 | $4,203.74 | 03/14/2025 | $100.00 | 03/18/2025 | $100.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Equal Housing Lender    Member FDIC

**Starion Bank**
PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**
RUINS LLC
Page 3 of 4
Customer Number:

Check #40003 — 03/14/2025 — $4,103.74
THE RUINS, LLC
DEBTOR IN POSSESSION - CASE #25-30004
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2745 Brandt Dr S
Fargo, ND 58104
02/28/25
$4,103.74
**** FOUR THOUSAND ONE HUNDRED THREE AND 74/100 DOLLARS
TO THE ORDER OF
WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

Check #40004 — 03/18/2025 — $2,323.94
THE RUINS, LLC
DEBTOR IN POSSESSION - CASE #25-30004
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2745 Brandt Dr S
Fargo, ND 58104
03/18/25
$2,323.94
**** TWO THOUSAND THREE HUNDRED TWENTY THREE AND 94/100 DOLLARS
TO THE ORDER OF
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,   58106



RUINS DIP APT                                                                                                                Page 1
Bank Rec Posted Report

| Balance Per Bank Statement as of 03/31/2025 | | | 100.00 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 03/31/2025 | | starion 8056 | 474.12 |
| **Plus: Outstanding Deposits** | | | **474.12** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 03/31/2025 | 40005 | Alexis Burbach | 338.52 |
| 03/31/2025 | 40006 | JORDAN BERNDT | 60.00 |
| 03/31/2025 | 40007 | SIGN PRO | 75.60 |
| **Less: Outstanding Checks** | | | **474.12** |

| **Reconciled Bank Balance** | 100.00 |
|---|---|

| Balance per GL as of 03/31/2025 | 100.00 |
|---|---|
| **Reconciled Balance Per G/L** | **100.00** |

| Difference | 0.00 |
|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/10/2025 | 40003 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,103.74 | 03/31/2025 |
| 03/18/2025 | 40004 | CP BUSINESS MANAGEMENT | 2,323.94 | 03/31/2025 |
| **Total Cleared Checks** | | | **6,427.68** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/10/2025 | 4004 | starion 277428716 | 4,103.74 | 03/31/2025 |
| 03/18/2025 | 4005 | starion 278391831 | 2,323.94 | 03/31/2025 |
| **Total Cleared Deposits** | | | **6,427.68** | |

Monday, April 14, 2025
11:49 AM