| Creditor | Class | Claim | Secured | Lien Position | Priority | General Unsecured | Disputed |
|---|---|---|---|---|---|---|---|
| Red River State Bank | 1 | 1 | $11,090,000.00 | 2 | $0.00 | $0.00 | Yes |
| CP Business Management, Inc. | 7 | 2 | $0.00 | n/a | $0.00 | $18,227.07 | No |
| Craig Development, LLC | 7 | 3 | $0.00 | n/a | $0.00 | $550,168.61 | No |
| Schumacher Elevator Company | 6 | 4 | $0.00 | n/a | $0.00 | $35,670.00 | No |
| Codington County Treasurer | 3 | 5 | $91,263.98 | 1 | $91,263.98 | $0.00 | No |
| Internal Revenue Service | 8 | 6 | $0.00 | n/a | $0.00 | $0.00 | Yes |
| Watertown Development Company | 2 | 7 | $2,485,641.14 | 3 | $0.00 | $0.00 | No |
| Watertown Municipal Utilities | 5 | 8 | $0.00 | n/a | $0.00 | $2,641.47 | No |
| Limoges Construction | 6 | 9 | $0.00 | n/a | $0.00 | $132,483.90 | No |
| City of Watertown | 7 | 10 | $0.00 | n/a | $12,341.50 | $0.00 | No |
| Diamond Wall Systems, Inc. | 4 | 11 | $334,142.96 | 4 | $29,330.99 | $0.00 | No |
| First National Bank & Trust | 1 | 12 | $0.00 | n/a | $0.00 | $0.00 | Yes |
| D&M Industries, Inc. | 4 | 13 | $353,300.96 | 6 | $0.00 | $0.00 | No |
| Xtreme Fire Protection, LLC | 6 | 14 | $0.00 | n/a | $0.00 | $32,926.36 | No |
| Watertight, Inc. | 6 | 15 | $0.00 | n/a | $0.00 | $247,176.70 | No |
| B&W Construction | 6 | 16 | $0.00 | n/a | $0.00 | $575,722.27 | No |
| Brian's Glass and Door LLC | 4 | n/a | $17,720.00 | 9 | $0.00 | $0.00 | No |
| Performance Spray Foam, LLC | 4 | n/a | $151,058.00 | 5 | $0.00 | $0.00 | No |
| The Roofing Company | 4 | n/a | $126,680.00 | n/a | $0.00 | $0.00 | No |
| Top Finish Carpentry | 4 | n/a | $162,900.00 | 7 | $0.00 | $0.00 | No |
| Blacktail Investments, LLC | 8 | n/a | $0.00 | n/a | $0.00 | $15,000.00 | No |
| Hamlin Building Center | 6 | n/a | $0.00 | n/a | $0.00 | $279,000.00 | No |