UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| The Ruins, LLC, | Bankruptcy No. 25-30004 |
| Debtor. | Chapter 11 |
| _____/ | |

**ORDER**

On May 6, 2025, Debtor filed a Motion to Extend Exclusivity Period, seeking an Order extending the exclusivity period for Debtor to obtain acceptances of its plan of reorganization, including future amended iterations of the plan. Doc. 42. The Court received no objections to the motion. Upon review of the Motion, the Court finds cause for granting it. **IT IS ORDERED** that the motion is **GRANTED**. The period during which only Debtor may obtain acceptances of its plan of reorganization is extended to January 1, 2026.

Until the Court approves a disclosure statement (which Debtor has not yet filed), it will not schedule a confirmation hearing or set deadlines to vote for or object to a proposed plan. Pursuant to section 1125(b), Debtor may not solicit an acceptance or rejection of a plan until after it serves a written disclosure statement that the Court approved and the plan or summary of the plan. Debtor acknowledges this restriction in its motion.

Dated this 23rd day of May, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court