United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 25-30004-skh |
| The Ruins, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

**Recip ID          Recipient Name and Address**
db           +    The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

**Name                      Email Address**

Caren Stanley
                           on behalf of Creditor Red River State Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com

Christianna A. Cathcart
                           on behalf of Debtor The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

David R. Strait
                           on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Jeffrey Klobucar
                           on behalf of Creditor Diamond Wall Systems  Inc. jklobucar@bassford.com, jlavaque@bassford.com

John M Krings, Jr.
                           on behalf of Creditor D & M Industries  Inc. john@kaler-doeling.com, janae@kaler-doeling.com

Jordan J Feist
                           on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Kesha Tanabe
   on behalf of Creditor Red River State Bank ktanabe@vogellaw.com
   jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
   on behalf of Debtor The Ruins  LLC mac@mbvesq.com,
   mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
   USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
   on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

TOTAL: 10

                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NORTH DAKOTA

In Re:                                      **Jointly Administered**

The Ruins, LLC,                             Bankruptcy No. 25-30004

         Debtor.                            Chapter 11

_____/

                                **ORDER**

On May 6, 2025, Debtor filed a Motion to Extend Exclusivity Period, seeking an Order extending the exclusivity period for Debtor to obtain acceptances of its plan of reorganization, including future amended iterations of the plan. Doc. 42. The Court received no objections to the motion. Upon review of the Motion, the Court finds cause for granting it. **IT IS ORDERED** that the motion is **GRANTED**. The period during which only Debtor may obtain acceptances of its plan of reorganization is extended to January 1, 2026.

Until the Court approves a disclosure statement (which Debtor has not yet filed), it will not schedule a confirmation hearing or set deadlines to vote for or object to a proposed plan. Pursuant to section 1125(b), Debtor may not solicit an acceptance or rejection of a plan until after it serves a written disclosure statement that the Court approved and the plan or summary of the plan. Debtor acknowledges this restriction in its motion.

Dated this 23rd day of May, 2025.

                                /s/ Shon Hastings
                                Shon Hastings, Judge
                                United States Bankruptcy Court