UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                    Bankruptcy No. 25-30004
                                                                          Chapter 11
The Ruins, LLC,
                    Debtor.
_____/

## NOTICE OF TELEPHONIC
## MID DISCOVERY STATUS CONFERENCE

NOTICE IS GIVEN that a Telephonic Mid Discovery Status Conference is scheduled for

**Wednesday, August 6, 2025, at 11:00 a.m.**

*The deadline to file a letter or pleading outlining any concerns related to discovery is **July 30, 2025**.

*The deadline to respond to any pleading outlining discovery concerns is **August 4, 2025**.

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**


Dated: July 10, 2025.                     Kay A. Melquist, Clerk
                                          United States Bankruptcy Court
                                          Quentin N. Burdick United States Courthouse
                                          655 1st Avenue North, Suite 210
                                          Fargo, ND 58102-4932

                                 By:      _/s/ Sharon Horsager_____
                                          Sharon Horsager, Deputy Clerk,

Copy served electronically July 10, 2025, to Electronic Mail Notice List for Case No. 25-30004.