EXHIBIT

A





# THE RUINS MIXED-USE DEVELOPMENT
Watertown, SD

Prepared for Red River State Bank
May 24, 2024

# CONSTRUCTION
# OBSERVATION
# REPORT



May 24th, 2024

Charles Aarestad
Executive Vice President
Red River State Bank
300 2nd Ave West
Halstad, MN 56548

Re:     The Ruins Mixed-use Development
        Watertown, SD

        Project No. 24-020

Dear Mr. Aarestad:

Gehrtz Construction Services (GCS) is pleased to present our independent third-party inspection and report for The Ruins. We understand the subject is an under construction 63-unit mid/high rise property at 315 East Kemp Ave in Watertown, SD. Upon completion, the property will consist of a single, four-story apartment building with on-grade parking and first floor retail/ commercial space occupied by the City of Watertown.

A full and detailed inspection has been created documenting observations made on site April 17th, 2024. GCS personnel arrived on site around 8:00 AM and completed the building inspection by around 3:30 PM. The weather at the beginning of the site inspection was cloudy, windy (22 MPH, Gusting to 30 MPH) and approximately 45 degrees F. Rain and wind had been present in the 12 hours leading up to the site inspection. At the conclusion of the inspection, the weather was sunny, windy (17 MPH, Gusting to 24 MPH) and approximately 55-degree F.

The accounts documented in this report represent the opinion of GCS as the percentage complete of each subcontract. The report is structured to match the sworn construction statement provided by Red River State Bank as a reference for the subcontractors and work packages outstanding. Assumptions made regarding the scope of work for each of the subcontractor packages have been documented throughout the report. Building plans or permit plans were not available at the time of the inspection. The floor plans that were provided did not match the final layout of the building.

Thank you for the opportunity, please do not hesitate to reach out with any questions.

Sincerely,

Matt Gehrtz
Principal Construction Manager

## CONTENTS

Contents ........................................................................................................................................ 2

*Concrete Waterproofing & Insulation* ........................................................................................ 3

*Gypcrete* .................................................................................................................................... 3

*CMU Block* ................................................................................................................................. 4

*Misc. Metals* .............................................................................................................................. 5

*General W&L Rough Carpentry Labor* ...................................................................................... 6

*General W&L Finish Carpentry Labor* ....................................................................................... 7

*Millwork - Cabinets* ................................................................................................................... 8

*Countertops – Kitchen & Bathroom* .......................................................................................... 9

*Bathroom Vanities* .................................................................................................................. 10

*Moisture Protection* ................................................................................................................ 11

*Masonry* .................................................................................................................................. 12

*Metal Siding/Metal Panels* ..................................................................................................... 13

*Commercial Doors/Frames/Hardware* .................................................................................... 14

*Vinyl Windows (Supply Only)* .................................................................................................. 14

*Glass & Glazing* ...................................................................................................................... 14

*Drywall* .................................................................................................................................... 15

*Carpet* ..................................................................................................................................... 16

*Painting/Staining* .................................................................................................................... 17

*Fill nail holes* ........................................................................................................................... 18

*Postal Specialties/Bike rack/Door markers* ........................................................................... 18

*Fire Extinguishers & Cabinets* ................................................................................................ 19

*Ceiling Fans* ............................................................................................................................ 20

*Closet Shelving* ....................................................................................................................... 21

*Toilets and Accessories* .......................................................................................................... 22

*Appliances & AC Units* ........................................................................................................... 23

*Kitchen Sinks/Faucets* ............................................................................................................ 24

*Bath Faucets/Shower Heads* .................................................................................................. 25

*Bathroom Mirrors* .................................................................................................................... 26

*Window Treatments* ................................................................................................................ 27

*Conveying Systems* ................................................................................................................ 27

*Building Sprinkler* .................................................................................................................... 28

*Plumbing* ................................................................................................................................. 29

*HVAC* ...................................................................................................................................... 30

*Electrical/Security System* ...................................................................................................... 31

*Paving and Sidewalks* ............................................................................................................. 32

*Bid Packages Not Applicable for this Site Inspection* ............................................................ 33

*Additional Considerations* ...................................................................................................... 34

*Appendix 1 – Unit Speicific Punch Lists* ................................................................................ 35

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

2

## CONCRETE WATERPROOFING & INSULATION

**Approximate Progress:** 80% Complete
- o No observed spray foam or seal at all AC sleeve penetrations.
- o No observed foam seal at any exterior louvers

**Potential Deficiencies:**
- o Overspray of spray foam observed at the transition from the brick stair to the metal siding at various locations.





Missing Insulation at AC Sleeve     Spray Foam Overspray     Exterior Louver

## GYPCRETE

**Approximate Progress:** 99% Complete
- o Observed all gypcrete completed at floors 3 and 4.
- o In our opinion, the remaining work for this bid package is minor and/or punch list related items.

**Potential Deficiencies:**
- o Bubbles and/or shale/debris observed at the surface of the floor in several areas, resulting in a potential concern with flooring installation.




Observed Gypcrete bubbling in Numerous locations.     Observed hole in floor in 3rd Floor Unit, Living Room.

## CMU BLOCK

***Scope of Work*** Our assumption is this work package performed the work associated with the installation of spray-applied weather barrier on the 1st floor CMU block up to and including the precast plank on 2nd floor.

**Approximate Progress:** 75% Complete

- o The exterior work appeared to be complete at the time of the inspection.
- o In our opinion, it appears that there is still work to be completed in the common/community shared space on 1st floor. The extent of the scope of the work was not able to be determined without a permit set of plans. The current floor plan does not match the construction documents observed on site.

**Potential Deficiencies:**

- o The spray-applied weather barrier at the edges of the precast planks at 2nd floor was not properly completed. As a result, significant moisture penetration along the CMU walls was observed at the time of the inspection.
- o None of the CMU control joints were caulked or sealed prior to the spray-applied weather barrier.
- o In our opinion, there is concern with the transition of the Tyvek weather barrier to the CMU block at the stair towers.


Moisture Observed on North wall, 1st Floor.


Moisture Observed on North wall, 1st Floor.


Moisture Observed on North wall, 1st Floor.


Tyvek to Spray Applied Transition


Precast Plank Ends Exposed

**Building the Future Together.**  510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

4

## MISC. METALS

**Approximate Progress:** 80% Complete
- o   Exterior: Bollards to be supplied and/or set.
- o   1st Floor: Roof Access ladder appeared to be located and stored on the first floor.
- o   2nd Floor: Missing Railing in West Stairwell
- o   4th Floor: Roof access ladder installation incomplete.

**Potential Deficiencies:** None observed.







4th Floor Roof Access Ladder not Installed.

Access Ladder stored on site, 1st Floor.

Handrail Missing, West Stair Tower

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

5

## GENERAL W&L ROUGH CARPENTRY LABOR

**Scope of Work** Our assumption is this work package performed the work associated with the installation of the Tyvek building wrap and residential windows 2nd-4th floors.

**Approximate Progress:** 75% Complete

- o Window installation approximately 90% completed. Missing windows on the south elevation of the building.  One window missing on the north side of the east elevation, 2nd floor.
- o Building wrap installed on all elevations of the building.

**Potential Deficiencies:**

- o Observed various hold down plates not tight to underside of precast.
- o In our opinion, the Tyvek Building Wrap has deteriorated from the time of installation to the time of the inspection. Manufacturer inspection required to determine if current Tyvek building wrap is acceptable for warranty.
- o 3M Flashing Tape used to flash in the jambs and head of the windows. In our opinion, this may be a concern for the warrantability of the building wrap on the entire building since it is not a Tyvek product.
- o Transition from building wrap to masonry block was not terminated properly and could be the source for water penetration in the future.
- o Observed approx. 45-50 windows with moisture penetration on the north and east elevations of the building.
- o Observed approx. 10-15 windows with either broken or missing glass.
- o Observed approx. 12-17 windows with broken or malfunctioning latches and/or cranks.
- o Observed approx. 6-10 window frames that appeared to be warped or not leveled, causing operation


Loose Hold down Plate


Broken Window Pane


Broken Window Pane


Observed Water Damage


Faded Tyvek, 3M Tape on Windows

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

6

## *GENERAL W&L FINISH CARPENTRY LABOR*

**Approximate Progress:** 75% Complete
- o Exterior/Stairs: 50% Complete
  - ▪ Missing door frames in all stair towers.
  - ▪ Frames, doors, and hardware need to be installed.
  - ▪ Top Cap on 4th floor stair wall missing.
- o 1st Floor: 0% Complete
- o 2nd Floor: 90% Complete
  - ▪ The corridor wood base has yet to be installed.
  - ▪ Spring hinges on all unit entry doors need to be adjusted.
- o 3rd Floor: 85% Complete
  - ▪ The corridor wood base has yet to be installed.
  - ▪ Spring hinges on all unit entry doors need to be adjusted.
  - ▪ Missing Door Hardware on a few interior doors throughout the floor
- o 4th Floor: 90% Complete
  - ▪ The corridor wood base has yet to be installed.
  - ▪ Spring hinges on all unit entry doors need to be adjusted.

**Potential Deficiencies:**
- o Observed several damaged unit entry doors.
- o Observed numerous units which had the back of the closet bi-fold doors ripped down to fit the opening.
- o Observed wood base installed prior to unit flooring and no gap between the subsurface and the bottom of the base.
- o Observed no trim/casing around the AC cans. We are unsure how this finish condition should be, but it is an area of potential additional work required.





Back side of Bi-Fold Doors Ripped Down to fit opening.

Stair Frame, Door, and Hardware to be completed.

Hallway Base Missing, 2nd Floor.

**Building the Future Together.** 510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

7

## MILLWORK - CABINETS

**Approximate Progress:** 85% Complete
- o 2nd Floor: 90% Complete
    - Observed 1 unit where cabinet installation was incomplete.
- o 3rd Floor: 75% Complete
    - Observed 17 units with at least one missing upper cabinet.
    - Observed 4 units with all upper and base cabinets installed.
- o 4th Floor: 95% Complete
    - Observed all cabinets to be in place. Only punch list related items to be completed.

**Potential Deficiencies:**
- o Observed locations where cabinet installation did not match countertops or necessary clearance for appliances to fit.



Install all Cabinets, 2nd Floor



2nd Floor Unit



Missing Upper Cabinet, 3rd Floor



Missing Upper Cabinet, 3rd Floor



4th Floor Unit



4th Floor Unit

**Building the Future Together.**    510 4th Avenue North • Fargo, ND 58102 • 701-297-0704 • GehrtzConstructionServices.com

8

## COUNTERTOPS – KITCHEN & BATHROOM

**Approximate Progress:** 90% Complete
- o 2nd Floor: 85% Complete
  - ▪ Observed 2 units where countertop installation was incomplete.
- o 3rd Floor: 95% Complete
  - ▪ Observed all countertops to be in place. Only punch list related items to be completed.
- o 4th Floor: 90% Complete
  - ▪ Observed 1 unit where countertop installation was incomplete.
  - ▪ Observed 20 units where countertops were in place. Only punch list related items to be completed.

**Potential Deficiencies:**
- o Observed numerous locations where the overhangs of the countertops were inconsistent. In some cases, overhang of the countertops will prevent installation of the range.



3rd Floor Unit, Adjustment Required



2nd Floor Unit, Missing Top



2nd Floor Unit, Typical Condition

**Building the Future Together.** 510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

9

## BATHROOM VANITIES

**Approximate Progress:** 90% Complete
- o 2nd Floor: 90% Complete
  - ▪ Observed 2 Units where vanity was not installed.
- o 3rd Floor: 90% Complete
  - ▪ Observed 2 Units where vanity backsplash was not installed. All other vanities have been installed.
  - ▪ Observed 1 vanity with significant damage to the top.
- o 4th Floor: 95% Complete
  - ▪ All vanities have been installed.



4th Floor Unit, Typical Install



4th Floor Unit, Damaged Sink



2nd Floor Unit



3rd Floor Unit, Damaged Top



2nd Floor Unit, Typical Install

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

10

## *MOISTURE PROTECTION*

**Approximate Progress:** 95% Complete
- o All roofing membrane at the high roof and low roof on the west side of the building appeared to be installed. Status of roofing warranty and final inspection documents unknown.
- o Low roof on the southeast corner of the building EPDM completed. The roof cap has not been completed.
- o All roofing detailing, flashing and metal roof cap appeared to be installed at the time of the inspection.
- o No significant ponding of any water on the roof present at the time of the inspection.

**Potential Deficiencies:**
- o Excess materials and dunnage located on the roof to be removed.
- o Observed several locations of soft spots in the roofing surface, possibly due to gaps in the coverboard.
- o Observed several locations of cuts and damage to the low roof on the west side of the building.
- o Observed areas of roof that were not draining properly and was holding approx. 1" of water.





Observed standing water in this location





**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

11

## MASONRY

**Approximate Progress:** 80% Complete.

- ○ North Elevation of the building to be completed. Only 3 courses of brick are currently installed.
- ○ Joint sealant at all control joints to be completed.




**Building the Future Together.**   510 4th Avenue North • Fargo, ND 58102 • 701-297-0704 • GehrtzConstructionServices.com

12

## *METAL SIDING/METAL PANELS*

**Approximate Progress:** 60% Complete.

- o North Elevation of the building to be completed.
- o East Elevation of the building to be completed.
- o Soffit panels missing at west low roof.
- o Flashing and metal returns at all doors and garage openings need to be completed.
- o Observed multiple pallets of metal panels on site on 1st floor, did not perform quantitative analysis to verify enough materials were on site to complete. The approximate percent complete assumes that all materials are on site to complete.

**Potential Deficiencies:**

- o Observed numerous areas where 3M flashing tape was applied to the face of the metal panels. The reasoning for the application of the tape was unable to be determined.
- o Observed panels that were falling off or removed from the building at the interior corner of the west elevation of the building.

 

  

**Building the Future Together.**  510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

13

## COMMERCIAL DOORS/FRAMES/HARDWARE

**Approximate Progress:** 50% Complete.
- o  All door, frame, and hardware at the stair towers need to be installed.
- o  All door, frame, and hardware in the trash rooms needs to be installed.

**Potential Deficiencies:**
- o  A detailed inspection of the components of each of the exterior doors was not completed as a part of this site inspection.

  

## VINYL WINDOWS (SUPPLY ONLY)

**Approximate Progress:** 95% Complete.
- o  Observed 4 windows to be installed.
- o  Observed multiple windows stocked on 1st floor, possibly for replacement of damaged window panes and frames.

**Potential Deficiencies:**
- o  Observed approx. 10-15 windows with either broken or missing glass.
- o  Observed approx. 12-17 windows with broken or malfunctioning latches and/or cranks.
- o  Observed approx. 6-10 window frames that appeared to be warped or not leveled, causing operation issues.

## GLASS & GLAZING

**Approximate Progress:** 95% Complete.
- o  All frames appeared to be installed.

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

14

## *DRYWALL*

**Approximate Progress:** 75% Complete
- 1st Floor:
  - All elevator openings need to be completed.
- 2nd Floor: 75% Complete
  - Observed 2 units where drywall needed to be completed throughout the unit.
  - Observed 1 unit with significant touch ups and repair required.
  - Observed several locations where drywall repair due to other trade activities required.
  - Observed several locations where drywall repair due to water damage is required (see Section GENERAL W&L ROUGH CARPENTRY LABOR for more detail).
- 3rd Floor: 80% Complete
  - Observed 1 unit with significant touch ups and repair required.
  - Observed several locations where drywall repair due to other trade activities required.
  - Observed several locations where drywall repair due to water damage is required (see Section GENERAL W&L ROUGH CARPENTRY LABOR for more detail).
- 4th Floor: 90% Complete
  - Observed several locations where drywall repair due to other trade activities required.
  - Observed several locations where drywall repair due to water damage is required (see Section GENERAL W&L ROUGH CARPENTRY LABOR for more detail).



2nd Floor Unit



2nd Floor Unit



2nd Floor Unit



2nd Floor Unit, Several Locations



4th Floor Unit, Several Locations

**Building the Future Together.**   510 4th Avenue North • Fargo, ND 58102 • 701-297-0704 • GehrtzConstructionServices.com

15

## *CARPET*

**Approximate Progress:** 25% Complete
- o 2nd Floor: 0% Complete
  - ▪ Observed no units with any carpeting installed or stocked within the unit.
- o 3rd Floor: 0% Complete
  - ▪ Observed no units with any carpeting installed or stocked within the unit.
- o 4th Floor: 80% Complete
  - ▪ Observed 2 units without any carpeting installed or stocked within the unit.



4th Floor Unit



4th Floor Unit

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

16

*PAINTING/STAINING*

**Approximate Progress:** 70% Complete

- o 1st Floor: 0% Complete
  - The public restroom area needs to be completed.
  - Stair towers need to be completed.
- o 2nd Floor: 90% Complete
  - Observed 2 units that needed significant painting completed.
  - Most of the units require only small touch ups to complete.
- o 3rd Floor: 90% Complete
  - Observed 1 unit that needed significant painting completed.
  - Most of the units require only small touch ups to complete.
- o 4th Floor: 80% Complete
  - Most of the units require only small touch ups to complete.
  - Lobby and elevator openings need to be completed.


3rd Floor Unit


4th Floor Unit


4th Floor Lobby

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

17

## FILL NAIL HOLES

**Approximate Progress:** Approximately 75% Complete
- o 2nd Floor: 0% Complete,
    - No nail holes have been filled on the floor.
- o 3rd Floor: 95% Complete
    - Observed only a few locations where work was missed or not completed. Only punch List related items remaining
- o 4th Floor: 95% Complete
    - Observed only a few locations where work was missed or not completed. Only punch List related items remaining

## POSTAL SPECIALTIES/BIKE RACK/DOOR MARKERS

**Approximate Progress:**
- o 1st Floor:
    - No postal specialties installed.
    - Materials were stored on site.

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

18

## FIRE EXTINGUISHERS & CABINETS

**Approximate Progress:** 0% Complete – Did not observe any stored materials on site.
- o 1st Floor: 0% Complete
  - ▪ Did not observe storage of any materials on site to be installed.
- o 2nd Floor: 0% Complete
  - ▪ No fire extinguisher or Fire Extinguisher cabinets were installed.
- o 3rd Floor: 0% Complete
  - ▪ No fire extinguisher or Fire Extinguisher cabinets were installed.
- o 4th Floor: 0% Complete
  - ▪ No fire extinguisher or Fire Extinguisher cabinets were installed.

**Potential Deficiencies:**
- o Observed floor to accessibility height of fire extinguishers to be higher than typical. This will need to be reviewed with the local building official to determine if the height will need to be adjusted.
- o Observed fire extinguisher cabinet openings to be absent of sheetrock on the inside of the opening. If standard fire extinguisher cabinets are used, this may need to be sheet rocked to maintain corridor fire rating. Alternatively, fire rated cabinets may be able to be used. Review with local building officials necessary to confirm.



4th Floor Lobby



3rd Floor Lobby

**Building the Future Together.**   510 4th Avenue North • Fargo, ND 58102 • 701-297-0704 • GehrtzConstructionServices.com

19

## CEILING FANS

**Approximate Progress:** 95% Complete
- o  2nd Floor: 95% Complete
  - ▪ Observed ceiling fans installed in all units. Only minor (if any) punch list items remain.
- o  3rd Floor: 95% Complete
  - ▪ Observed ceiling fans installed in all units. Only minor (if any) punch list items remain.
- o  4th Floor: 95% Complete
  - ▪ Observed ceiling fans installed in all units. Only minor (if any) punch list items remain.



3rd Floor Unit



3rd Floor Unit



4th Floor Unit



4th Floor Unit

**Building the Future Together.**    510 4th Avenue North • Fargo, ND 58102 • 701-297-0704 • GehrtzConstructionServices.com

20

## *CLOSET SHELVING*

**Approximate Progress:** 0% Complete

- o 2nd Floor: 0% Complete
  - ▪ Observed none of the shelving installed throughout the floor.
- o 3rd Floor: 0% Complete
  - ▪ Observed none of the shelving installed throughout the floor.
- o 4th Floor: 0% Complete
  - ▪ Observed none of the shelving installed throughout the floor.

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

21

## TOILETS AND ACCESSORIES

**Approximate Progress:** 50% Completed

- o 1st Floor:
  - ▪ Observed toilets stored on site. Did not confirm quantity.
- o 2nd Floor: 0% Complete
  - ▪ No toilets installed throughout the floor in any unit.
- o 3rd Floor: 0% Complete
  - ▪ No toilets installed throughout the floor in any unit.
- o 4th Floor:
  - ▪ No toilets installed throughout the floor in any unit.

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

22

## APPLIANCES & AC UNITS

**Approximate Progress:** 20% Completed
- o 1st Floor:
  - ▪ Did not observe any stored appliances on 1st floor.
- o 2nd Floor: 0% Complete
  - ▪ Observed all AC units missing throughout the floor.
  - ▪ Observed all washer and dryers missing from the units.
  - ▪ Observed all dishwashers missing from the units.
  - ▪ Observed all ranges and refrigerators missing from the units.
- o 3rd Floor: 0% Complete
  - ▪ Observed all AC units missing throughout the floor.
  - ▪ Observed all washer and dryers missing from the units.
  - ▪ Observed all dishwashers missing from the units.
  - ▪ Observed all ranges and refrigerators missing from the units.
- o 4th Floor: 50% Complete
  - ▪ Observed all AC units stocked in each unit, not installed.
  - ▪ Observed all washer and dryers missing from the units.
  - ▪ Observed all dishwashers stocked in each unit, not installed.
  - ▪ Observed all ranges and most refrigerators stocked in each unit, not installed.





2nd Floor Unit, Typical          3rd Floor Unit, Typical          4th Floor Unit, Typical




4th Floor Unit, Typical          4th Floor Unit, Typical

**Building the Future Together.**  510 4th Avenue North • Fargo, ND 58102 • 701-297-0704 • GehrtzConstructionServices.com

23

## KITCHEN SINKS/FAUCETS

**Approximate Progress:** 5% Complete

- o 2nd Floor: 5% Complete
  - ▪ Observed one 1 unit with the sink set in place in the kitchen.
  - ▪ Observed all units without the sinks hooked up.
- o 3rd Floor: 0% Complete
  - ▪ Observed all units without the sinks stocked or hooked up.
- o 4th Floor: 0% Complete
  - ▪ Observed all units without the sinks stocked or hooked up.



4th Floor Unit, Typical



4th Floor Unit, Typical

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

24

## BATH FAUCETS/SHOWER HEADS

**Approximate Progress:** 0% Complete
- o 2nd Floor: 0% Complete
  - ▪ Observed all units where plumbing faucets and shower heads were not installed.
- o 3rd Floor: 0% Complete
  - ▪ Observed all units where plumbing faucets and shower heads were not installed.
- o 4th Floor: 0% Complete
  - ▪ Observed all units where plumbing faucets and shower heads were not installed.


2nd Floor Unit, Typical


3rd Floor Unit, Typical


4th Floor Unit, Typical

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

25

## BATHROOM MIRRORS

**Approximate Progress:**  Approximately 80% Complete
- o   2nd Floor: 75% Complete
  - ▪  Observed 3 units where mirror was not installed.
- o   3rd Floor: 95% Complete
  - ▪  All mirrors throughout the floor have been installed. Only punch list items remain.
- o   4th Floor: 95% Complete
  - ▪  All mirrors throughout the floor have been installed. Only punch list items remain.


2nd Floor Unit


2nd Floor Unit


4th Floor Unit

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

26

## WINDOW TREATMENTS

**Approximate Progress:** 0% Complete
- 2nd Floor: 0% Complete
  - None of the window treatments have been installed.
- 3rd Floor: 0% Complete
  - None of the window treatments have been installed.
- 4th Floor: 0% Complete
  - None of the window treatments have been installed.

## CONVEYING SYSTEMS

**Approximate Progress:** 90% Complete
- 1st Floor:
  - Elevator equipment installed and hooked up. The elevator was not in service at the time of inspection.
- 2nd Floor:
  - The drywall finishes to be completed around elevator door.
- 3rd Floor:
  - The drywall finishes to be completed around elevator door.
- 4th Floor:
  - The drywall finishes to be completed around elevator door.



4th Floor Unit

## BUILDING SPRINKLER

**Approximate Progress:** 90% Complete
- o 1st Floor: 90% Complete
  - Main piping and distribution completed.
  - Riser pipe and valves installed and wired.
  - Final inspection tags not completed.
- o 2nd Floor: 90% Completed with trim out.
  - Observed majority of sprinkler heads trimmed out in the units, a few that were incomplete.
- o 3rd Floor: 90% Completed with trim out.
  - Observed majority of sprinkler heads trimmed out in the units, a few that were incomplete.
- o 4th Floor: 90% Completed with trim out.
  - Observed majority of sprinkler heads trimmed out in the units, a few that were incomplete.


2nd Floor Unit


2nd Floor Unit, Typical


1st Floor Mechanical

**Building the Future Together.** 510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

28

## PLUMBING

**Approximate Progress:** 50% Complete

- o 1st Floor: 5% Complete
  - All PVC needs to be tied in and hooked up to building sanitary.
  - No fire collars have been installed.
  - Plumbing rough in and fixtures need to be completed in the 1st floor common bathroom area.
- o 2nd Floor: 60% Complete
  - Observed 2 units where showers were not installed. They were stocked in units.
  - None of the toilets have been installed.
  - No water to any unit, all rough-in is assumed to be completed and inspected.
- o 3rd Floor: 75% Complete
  - None of the toilets have been installed.
  - No water to any unit, all rough-in is assumed to be completed and inspected.
- o 4th Floor: 75% Complete
  - None of the toilets have been installed.
  - No water to any unit, all rough-in is assumed to be completed and inspected.


2nd Floor Unit


2nd Floor Unit


2nd Floor Unit, Typical Condition


3rd Floor Unit, Typical Condition


1st Floor


1st Floor, Plumbing Chase

**Building the Future Together.** 510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

29

## HVAC

**Approximate Progress:** 75% Complete.

- 1st Floor: 60% Complete
    - Sealant at all exterior louvers needs to be completed.
    - Bathroom HVAC needs to be completed.
- 2nd Floor: 90% Complete
    - Observed all units to be missing the bath fan trim cover.
- 3rd Floor: 90% Complete
    - Observed all units to be missing the bath fan trim cover.
- 4th Floor: 90% Complete
    - Observed all units to be missing the bath fan trim cover.



2nd Floor Unit, Typical Condition



3rd Floor Unit, Typical Condition



1st Floor, HVAC Incomplete

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

30

## *ELECTRICAL/SECURITY SYSTEM*

**Approximate Progress:**  90% Complete
- o  1st Floor: 90% Complete
    - ▪ Observed potential concern with shaft rating for electrical feeder wire.
    - ▪ Observed potential concern with clearance and proximity to fire sprinkler piping.
- o  2nd Floor: 90% Complete
    - ▪ Observed majority electrical devices installed throughout the floor, regardless of finishes.
    - ▪ Panels are labeled but did not have final sign off stamp.
- o  3rd Floor: 90% Complete
    - ▪ Observed majority electrical devices installed throughout the floor, regardless of finishes.
    - ▪ Panels are labeled but did not have final sign off stamp.
- o  4th Floor: 90% Complete
    - ▪ Observed majority electrical devices installed throughout the floor, regardless of finishes.
    - ▪ Panels are labeled but did not have final sign off stamp.



2nd Floor Unit



2nd Floor Unit, Typical Condition



3rd Floor Unit, Typical Condition



3rd Floor Unit, Typical Condition



1st Floor Shaft



1st Floor Electrical Gear

**Building the Future Together.**  510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

31

## PAVING AND SIDEWALKS

**Approximate Progress**: 75% Complete
- o North Elevation: Approximately 95% Complete
  - ▪ Additional work includes pouring the walk door stoop pad and setting bollards at the edges of the garage doors.
- o East Elevation: Scope unknown
- o South Elevation: Approximately 10% Complete
  - ▪ Concrete curb, gutter and sidewalk along E Kemp Avenue needs to be completed.
  - ▪ Asphalt patching from existing street to new curb to be completed.
- o West Elevation: Approximately 95% Complete
  - ▪ All sidewalk and stoop pads have been completed, all concrete in and around the plaza area appears to be completed.

**Potential Deficiencies:**
- o Did not perform detailed inspection of the pavement for chips, cracks, and damage from construction.
- o North Elevation - Elevation of the concrete alley does not match the elevation of the finished floor of the building. Concrete removal and replacement work is necessary to allow for proper transition of grade from building to alley.







**Building the Future Together.**  510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

32

## BID PACKAGES NOT APPLICABLE FOR THIS SITE INSPECTION

The following line items listed on the Sworn Construction Statement do not apply to this site observation report, either due to the inability to observe the completed work, the work was observed to be significantly completed, or not enough information was available to formulate an opinion on the status of the work.

- o   *General Conditions*
- o   *Testing & Inspections*
- o   *Foundation Removal*
- o   *Site Survey/Civil*
- o   *Building Demolition*
- o   *Concrete*
- o   *Asbestos*
- o   *Excavation*
- o   *Precast Concrete – Materials/Erection*
- o   *Move Utilities*
- o   *General W&L Rough Carpentry Materials*

- o   *General W&L Finish Carpentry Materials*
- o   *Wood Components/Trusses*
- o   *Sealants*
- o   *Overhead Garage Doors*
- o   *Accrued Interest*
- o   *Site Fencing/Accessories/Dumpster Enclosure*
- o   *Site Utilities*
- o   *Land*
- o   *Exterior Signage*
- o   *Building Insulation*

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

33

## ADDITIONAL CONSIDERATIONS

**Exterior Conditions**:

- Observed potential roof leaks throughout the low roof due to penetrations and construction damage.
- Observed a few areas where the flashing from the brick to the roof cap and parapet wall could be areas of potential moisture concerns.

**Interior Conditions**:

- Observed the trash chute shaft with only 1 layer of sheet rock on each side of the wood framing. This could be an area of concern due to the possible requirement of a 2-hour rating at this shaft.
- Observed a vertical chase that contained electrical feeder wires, sprinkler piping, and water lines. This is an area of concern regarding the rating of the shaft extending more than 3 floors vertically.
- In our opinion, there is a concern with maintaining the two-hour rating at the stair tower door frames. A large gap was observed from the precast wall panel to the door frame opening.
- In our opinion, there is concern with the condition of the exterior sheathing and in-wall insulation at all locations where moisture was observed at the windows. In our opinion, there is also concern of mold present at these locations, which will need to be addressed.

**Building the Future Together.** 510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

34

*APPENDIX 1 – UNIT SPEICIFIC PUNCH LISTS*

Printed on Thu Apr 25, 2024 at 10:14 am CDT

**gehrtz**
CONSTRUCTION SERVICES

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    **8 Items**

### #581: Complete door hardware

Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #582: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Description:

### #583: Complete flooring

Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #584: Window latch broken



Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #585: Repair water damaged drywall at windows

Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #586: Drywall patch

Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





---

### #587: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #588: Paint touch up

Type:

Location:
**2nd Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Description:

**Fix once drywall is patched**

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**gehrtz**
CONSTRUCTION SERVICES

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**8 Items**

### #691: Masonry infill at elevator door

| | |
|---|---|
| Type: | Location: |
| | **2nd Floor Hallway** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |



Description:

### #692: Paint walls

| | |
|---|---|
| Type: | Location: |
| | **2nd Floor Hallway** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |



Description:

### #693: Electrical incomplete

Type:                         Location:
**2nd Floor Hallway**

 

Date Created:            Due Date:
**04/17/2024**                **04/20/2024**

Priority:                    Status:
**Initiated**



Description:

---

### #694: Window pane broken

Type:                         Location:
**2nd Floor Hallway**



Date Created:            Due Date:
**04/17/2024**                **04/20/2024**

Priority:                    Status:
**Initiated**

Description:

---

### #695: Window missing

Type:                         Location:
**2nd Floor Hallway**

Date Created:            Due Date:
**04/17/2024**                **04/20/2024**

Priority:                    Status:
**Initiated**

Creator:
**Adam LaPlante**

Reference:

Punch Item Manager:
**Adam LaPlante**

Final Approver:
**Adam LaPlante**

Ball in Court:
**Adam LaPlante (Gehrtz Construction Services)**

Assignee Name:

Description:

## #696: Drywall patch

Type:

Location:
**2nd Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:











### #697: Complete base

Type:                          Location:
                               **2nd Floor Hallway**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

Description:

**#698: Complete door hardware**

Type:

Location:
**2nd Floor Hallway**



Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

Printed on Thu Apr 25, 2024 at 10:15 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**5 Items**

### #589: Electrical incomplete

Type:

Location:
**2nd Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

 

Description:

### #590: Fire stopping missing

Type:

Location:
**2nd Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Description:

### #591: Complete door hardware

Type:

Location:
**2nd Floor>Mech/Jan't**



Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

### #592: Complete flooring

Type:

Location:
**2nd Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

### #593: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Mech/Jan't**



Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

Printed on Thu Apr 25, 2024 at 10:15 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**1 Items**

### #618: Drywall patch

Type:

Location:
**2nd Floor>Roof Top Patio**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:





Printed on Thu Apr 25, 2024 at 10:16 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                                  **4 Items**

---

### #577: Complete door hardware

| | |
|---|---|
| Type: | Location: |
| | **2nd Floor>Trash Chute** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |



Description:

---

### #578: Drywall patch

| | |
|---|---|
| Type: | Location: |
| | **2nd Floor>Trash Chute** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |



Description:
**Wall for trash chute doesn't meet 2-hour rating**



### #579: Complete flooring

Type:

Location:
**2nd Floor>Trash Chute**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

**#580: Complete Mech/plumbing trim out**

Type:                              Location:
                                   **2nd Floor>Trash Chute**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**



Description:

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #472: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 200**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #473: Shelving Missing

Type:

Location:
**2nd Floor>Unit 200**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #477: Paint touch up

Type:                          Location:
                               **2nd Floor>Unit 200**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



## #478: Chipped shower surround

Type:                          Location:
                               **2nd Floor>Unit 200**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



## #480: Deliver & Install appliances

Type:                          Location:
                               **2nd Floor>Unit 200**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #481: Complete door hardware

Type:

Location:
**2nd Floor>Unit 200**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #482: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 200**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #483: Complete caulking at countertops & windows

Type:                          Location:
                               **2nd Floor>Unit 200**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #484: Complete Mech/plumbing trim out

Type:                          Location:
                               **2nd Floor>Unit 200**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #485: Complete flooring

Type:                          Location:
                               **2nd Floor>Unit 200**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #489: Drywall patch

Type:

Location:
**2nd Floor>Unit 200**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**gehrtz**
CONSTRUCTION SERVICES

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #486: Electrical incomplete

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 201** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #487: Shelving Missing

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 201** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #488: Window pane broken in bedroom

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #490: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #491: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #492: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #493: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #494: Complete flooring

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

## #495: Drywall patch

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

## #512: Repair water damaged drywall at bedroom window

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #519: Clean up paint

Type:

Location:
**2nd Floor>Unit 201**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 10:08 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #502: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #503: Complete door hardware

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #504: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #505: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #506: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #507: Complete flooring

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #508: Drywall patch

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #516: Shelving Missing

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #517: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Creator:

Reference:

### #518: Paint touch up

Type:

Location:
**2nd Floor>Unit 202**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 10:08 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**12 Items**

### #496: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 203**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #497: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 203**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #498: Complete caulking at countertops & windows

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 203** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

## #499: Complete Mech/plumbing trim out

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 203** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #500: Complete flooring

Type:                          Location:
                               **2nd Floor>Unit 203**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #501: Drywall patch

Type:                          Location:
                               **2nd Floor>Unit 203**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



---

### #509: Electrical incomplete

Type:                          Location:
                               **2nd Floor>Unit 203**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

## #510: Shelving Missing

Type:

Location:
**2nd Floor>Unit 203**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #511: Window pane broken in bedroom

Type:

Location:
**2nd Floor>Unit 203**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #513: Window pane broken

Type:

Location:
**2nd Floor>Unit 203**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #514: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 203**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #515: Shelving Missing

Type:

Location:
**2nd Floor>Unit 203**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Printed on Thu Apr 25, 2024 at 10:08 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #537: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #538: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #539: Shelving Missing

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #540: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





---

### #541: Complete door hardware

Type:                          Location:
                               **2nd Floor>Unit 204**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**





---

### #542: Complete caulking at countertops & windows

Type:                          Location:
                               **2nd Floor>Unit 204**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

Description:

### #543: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #544: Complete flooring

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #545: Drywall patch

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #564: Clean up paint

Type:

Location:
**2nd Floor>Unit 204**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**8 Items**

### #520: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 205**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #521: Shelving Missing

Type:

Location:
**2nd Floor>Unit 205**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #522: Deliver & Install appliances

Type:                           Location:
                                **2nd Floor>Unit 205**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**

### #523: Complete caulking at countertops & windows

Type:                           Location:
                                **2nd Floor>Unit 205**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**

### #524: Complete Mech/plumbing trim out

Type:                           Location:
                                **2nd Floor>Unit 205**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**

### #525: Complete flooring

Type:

Location:
**2nd Floor>Unit 205**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #528: Repair water damaged drywall at living room window

Type:

Location:
**2nd Floor>Unit 205**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #531: Drywall patch

Type:

Location:
**2nd Floor>Unit 205**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 10:09 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #556: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 206**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #557: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 206**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #559: Electrical incomplete

Type:                              Location:
                                   **2nd Floor>Unit 206**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

### #560: Shelving Missing

Type:                              Location:
                                   **2nd Floor>Unit 206**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

### #561: Complete caulking at countertops & windows

Type:                              Location:
                                   **2nd Floor>Unit 206**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

## #562: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 206**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #563: Complete flooring

Type:

Location:
**2nd Floor>Unit 206**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #565: Clean up paint

Type:

Location:
**2nd Floor>Unit 206**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #568: Drywall patch

Type:

Location:
**2nd Floor>Unit 206**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #526: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 207**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #527: Shelving Missing

Type:

Location:
**2nd Floor>Unit 207**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #529: Repair water damaged drywall at living room window

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 207** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



### #530: Deliver & Install appliances

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 207** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #532: Complete door hardware

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 207** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |





## #533: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 207**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #534: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 207**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #535: Complete flooring

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 207** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #536: Drywall patch

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 207** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    **9 Items**

### #627: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 208**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #628: Shelving Missing

Type:

Location:
**2nd Floor>Unit 208**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #630: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 208**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #631: Complete door hardware

Type:

Location:
**2nd Floor>Unit 208**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #632: Complete caulking at countertops & windows

Type:                          Location:
                               **2nd Floor>Unit 208**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #633: Complete Mech/plumbing trim out

Type:                          Location:
                               **2nd Floor>Unit 208**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #634: Complete flooring

Type:                          Location:
                               **2nd Floor>Unit 208**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #635: Complete cabinets, countertops, and trim



Type:

Location:
**2nd Floor>Unit 208**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #640: Drywall patch




Type:

Location:
**2nd Floor>Unit 208**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 10:10 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    11 Items

### #546: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #547: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #548: Complete door hardware

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #549: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

#### #550: Complete Mech/plumbing trim out

Type:                              Location:
                                   **2nd Floor>Unit 209**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

#### #551: Complete flooring

Type:                              Location:
                                   **2nd Floor>Unit 209**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

#### #552: Electrical incomplete

Type:                              Location:
                                   **2nd Floor>Unit 209**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

### #553: Shelving Missing

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #554: Repair water damaged drywall at living room window

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #555: Drywall patch

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #558: Repair water damaged drywall at bedroom window

Type:

Location:
**2nd Floor>Unit 209**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Printed on Thu Apr 25, 2024 at 10:10 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.



Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #640: Shelving Missing

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #645: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #647: Clean up paint

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #649: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #650: Complete door hardware

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #651: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #652: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #653: Complete flooring

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #654: Drywall patch

Type:

Location:
**2nd Floor>Unit 210**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







Printed on Thu Apr 25, 2024 at 10:10 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #566: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #567: Shelving Missing

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #569: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #570: Paint touch up

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #571: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #572: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #573: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #574: Complete flooring

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #575: Clean up paint

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #576: Drywall patch

Type:

Location:
**2nd Floor>Unit 211**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

 



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    8 Items

### #665: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #666: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

#### #667: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

#### #668: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

#### #669: Complete flooring

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #670: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #671: Sprinkler Escutcheons Missing

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #672: Drywall patch

Type:

Location:
**2nd Floor>Unit 212**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 10:11 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    12 Items

### #594: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #595: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #596: Shelving Missing

Type:                          Location:
                               **2nd Floor>Unit 213**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

## #597: Complete caulking at countertops & windows

Type:                          Location:
                               **2nd Floor>Unit 213**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

## #598: Complete Mech/plumbing trim out

Type:                          Location:
                               **2nd Floor>Unit 213**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**





## #599: Complete flooring

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #600: Repair water damaged drywall at both bedroom windows

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





---

### #601: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #602: Complete door hardware

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #603: Install window / window missing

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #604: Paint walls

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:
**Once window is installed and drywall is patched**

## #605: Drywall patch

Type:

Location:
**2nd Floor>Unit 213**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**









Printed on Thu Apr 25, 2024 at 10:12 am CDT

**gehrtz**
CONSTRUCTION SERVICES

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #682: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 214**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #683: Shelving Missing

Type:

Location:
**2nd Floor>Unit 214**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #684: Electrical incomplete

Type:                                  Location:
                                       **2nd Floor>Unit 214**

Date Created:                          Due Date:
**04/17/2024**                         **04/20/2024**

Priority:                              Status:
                                       **Initiated**

### #685: Complete caulking at countertops & windows

Type:                                  Location:
                                       **2nd Floor>Unit 214**

Date Created:                          Due Date:
**04/17/2024**                         **04/20/2024**

Priority:                              Status:
                                       **Initiated**

### #686: Complete Mech/plumbing trim out

Type:                                  Location:
                                       **2nd Floor>Unit 214**

Date Created:                          Due Date:
**04/17/2024**                         **04/20/2024**

Priority:                              Status:
                                       **Initiated**

### #687: Complete flooring

Type:

Location:
**2nd Floor>Unit 214**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #688: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 214**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #689: Window operable pane is warped

Type:

Location:
**2nd Floor>Unit 214**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #690: Drywall patch

Type:

Location:
**2nd Floor>Unit 214**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 10:12 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #606: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #607: Shelving Missing

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #608: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #609: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #610: Complete flooring

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #611: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #612: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #613: Drywall patch

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #614: Repair water damaged drywall at living room window

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #615: Repair water damaged drywall at bedroom window

Type:

Location:
**2nd Floor>Unit 215**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    11 Items

### #616: Shelving Missing

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #617: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #619: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

## #620: Complete door hardware

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

## #621: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #622: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #623: Repair water damaged drywall at bedroom window

Type:

Location:
**2nd Floor>Unit 217**



Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #624: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #625: Complete flooring

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #626: Repair water damaged drywall at living room window

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #629: Drywall patch

Type:

Location:
**2nd Floor>Unit 217**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #636: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 219**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #637: Shelving Missing

Type:

Location:
**2nd Floor>Unit 219**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #638: Repair water damaged drywall at living room window

Type:

Location:
**2nd Floor>Unit 219**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #639: Repair water damaged drywall at bedroom window

Type:

Location:
**2nd Floor>Unit 219**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #641: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 219**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #642: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 219**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #643: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 219**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #644: Complete flooring

Type:                                   Location:
                                        **2nd Floor>Unit 219**

Date Created:                           Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                               Status:
                                        **Initiated**

## #646: Complete cabinets, countertops, and trim

Type:                                   Location:
                                        **2nd Floor>Unit 219**

Date Created:                           Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                               Status:
                                        **Initiated**



## #648: Drywall patch

Type:                                   Location:
                                        **2nd Floor>Unit 219**

Date Created:                           Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                               Status:
                                        **Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #655: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #656: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #657: Complete Mech/plumbing trim out

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #658: Complete flooring

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #659: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #660: Shelving Missing

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #661: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #662: Repair water damaged drywall at living room window

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 221** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



### #663: Drywall patch

| | |
|---|---|
| Type: | Location:<br>**2nd Floor>Unit 221** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |




**#664: Repair water damaged drywall at bedroom window**

Type:

Location:
**2nd Floor>Unit 221**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    10 Items

### #673: Deliver & Install appliances

Type:

Location:
**2nd Floor>Unit 223**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #674: Complete caulking at countertops & windows

Type:

Location:
**2nd Floor>Unit 223**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #675: Complete Mech/plumbing trim out

Type:                          Location:
                               **2nd Floor>Unit 223**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #676: Shelving Missing

Type:                          Location:
                               **2nd Floor>Unit 223**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #677: Complete flooring

Type:                          Location:
                               **2nd Floor>Unit 223**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #678: Electrical incomplete

Type:

Location:
**2nd Floor>Unit 223**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #679: Complete cabinets, countertops, and trim

Type:

Location:
**2nd Floor>Unit 223**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #679: Repair water damaged drywall at bedroom window

Type:

Location:
**2nd Floor>Unit 223**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #680: Repair water damaged drywall at living room window

Type:

Location:
**2nd Floor>Unit 223**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #681: Drywall patch

Type:

Location:
**2nd Floor>Unit 223**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







Printed on Thu Apr 25, 2024 at 11:13 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

---

### #236: Complete flooring

| | |
|---|---|
| Type: | Location: **3rd Floor Hallway** |
| Date Created: **04/17/2024** | Due Date: **04/20/2024** |
| Priority: | Status: **Initiated** |

Description:

---

### #237: Complete caulking at countertops & windows

| | |
|---|---|
| Type: | Location: **3rd Floor Hallway** |
| Date Created: **04/17/2024** | Due Date: **04/20/2024** |
| Priority: | Status: |

Description:

## #238: Complete base

Type:                             Location:
**3rd Floor Hallway**

Date Created:               Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                          Status:
**Initiated**

Description:

---

## #239: Fire Extinguisher Cabinet Missing - verify RO's meet code

Type:                             Location:
**3rd Floor Hallway**



Date Created:               Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                          Status:
**Initiated**



Description:

---

## #241: Electrical incomplete - empty boxes

Type:                             Location:
**3rd Floor Hallway**

Date Created:               Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                          Status:
**Initiated**



Description:

---

### #242: Paint door frame

Type:                                  Location:
                                       **3rd Floor Hallway**

Date Created:                          Due Date:
**04/17/2024**                         **04/20/2024**

Priority:                              Status:
                                       **Initiated**



---

### #243: Light fixture full of water - compromised

Type:                                  Location:
                                       **3rd Floor Hallway**

Date Created:                          Due Date:
**04/17/2024**                         **04/20/2024**

Priority:                              Status:
                                       **Initiated**



**#244: Drywall patch**

Type:

Date Created:
**04/17/2024**

Priority:

Location:
**3rd Floor Hallway**

Due Date:
**04/20/2024**

Status:
**Initiated**









## #245: Sprinkler Escutcheons Missing

Type:

Location:
**3rd Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



**#373: Paint door frame**

Type:

Location:
**3rd Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:13 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**5 Items**

### #364: Complete door hardware

| | | |
|---|---|---|
| Type: | Location:<br>**3rd Floor>Mech/Jan't** | |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** | |
| Priority: | Status: | |



### #366: Complete base

| | | |
|---|---|---|
| Type: | Location:<br>**3rd Floor>Mech/Jan't** | |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** | |
| Priority: | Status:<br>**Initiated** | |



Description:

### #367: Complete Mech/plumbing trim out

Type:                              Location:
                                   **3rd Floor>Mech/Jan't**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**



### #370: Fire caulk penetrations

Type:                              Location:
                                   **3rd Floor>Mech/Jan't**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**



### #371: Complete flooring

Type:                          Location:
                               **3rd Floor>Mech/Jan't**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**2 Items**

### #372: Drywall patch

Type:

Location:
**3rd Floor>Trash Chute**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:
**Wall does not meet 2-hour rating**





### #374: Install sprinkler head in trash chute

Type:

Location:
**3rd Floor>Trash Chute**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Printed on Thu Apr 25, 2024 at 11:13 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #467: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #468: Shelving Missing

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #469: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #470: Complete door hardware

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

 



---

### #471: Missing cover

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #473: Complete cabinets, countertops, and trim

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 300** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



---

### #474: Complete caulking at countertops & windows

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 300** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status: |

### #475: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #476: Complete flooring

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #479: Drywall patch

Type:

Location:
**3rd Floor>Unit 300**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 11:14 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.



Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #455: Shelving Missing

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #456: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #458: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #459: Seal AC can

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #460: Repair water damaged drywall at bedroom window

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #461: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #462: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #463: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #464: Complete flooring

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #465: Repair water damaged drywall at living room window

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #466: Drywall patch

Type:

Location:
**3rd Floor>Unit 301**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:14 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**gehrtz**
CONSTRUCTION SERVICES

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #436: Deliver & Install appliances

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 302** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #437: Electrical incomplete

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 302** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #438: Complete door hardware

Type:                                           Location:
**3rd Floor>Unit 302**

Date Created:                        Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                                        Status:
**Initiated**



### #439: Shelving Missing

Type:                                           Location:
**3rd Floor>Unit 302**

Date Created:                        Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                                        Status:
**Initiated**

### #440: Seal AC can

Type:                                           Location:
**3rd Floor>Unit 302**

Date Created:                        Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                                          Status:
**Initiated**







### #441: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 302**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







### #442: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 302**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #443: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 302**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #444: Complete flooring

Type:

Location:
**3rd Floor>Unit 302**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #445: Drywall patch

Type:

Location:
**3rd Floor>Unit 302**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 11:14 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #446: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #447: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #448: Shelving Missing

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #449: Seal AC can

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #450: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**




### #451: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #452: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #453: Complete flooring

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #454: Repair water damaged drywall at living room window

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



#457: Drywall patch

Type:

Location:
**3rd Floor>Unit 303**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 11:14 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    11 Items

### #402: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #403: Shelving Missing

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #404: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #405: Seal AC can

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**




## #406: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #407: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #408: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #409: Complete flooring

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #410: Window operable frame is warped at bedroom



Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #411: Complete door hardware

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #412: Drywall patch

Type:

Location:
**3rd Floor>Unit 304**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**




Printed on Thu Apr 25, 2024 at 11:14 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**12 Items**

### #424: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #425: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #426: Shelving Missing

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #427: Repair water damaged drywall at living room window

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #428: Window operable frame is warped at living room

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #429: Seal AC can

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #430: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #431: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #432: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #433: Complete flooring

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #434: Paint touch up

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #435: Drywall patch

Type:

Location:
**3rd Floor>Unit 305**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**7 Items**

### #383: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 306**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #385: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 306**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #386: Shelving Missing

Type:

Location:
**3rd Floor>Unit 306**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #387: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 306**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #388: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 306**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #389: Complete flooring

Type:

Location:
**3rd Floor>Unit 306**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #392: Drywall patch

Type:

Location:
**3rd Floor>Unit 306**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 11:15 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                     11 Items

### #413: Electrical incomplete

Type:                                Location:
                                     **3rd Floor>Unit 307**

Date Created:                        Due Date:
**04/17/2024**                       **04/20/2024**

Priority:                            Status:
                                     **Initiated**

### #414: Deliver & Install appliances

Type:                                Location:
                                     **3rd Floor>Unit 307**

Date Created:                        Due Date:
**04/17/2024**                       **04/20/2024**

Priority:                            Status:
                                     **Initiated**

### #415: Shelving Missing

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #416: Seal AC can

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

 



### #417: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #418: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #419: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #420: Complete flooring

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #421: Repair water damaged drywall at living room window

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #422: Paint touch up

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #423: Drywall patch

Type:

Location:
**3rd Floor>Unit 307**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:15 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    11 Items

### #322: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #323: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #324: Complete door hardware

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 308** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

 


### #325: Complete caulking at countertops & windows

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 308** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #326: Shelving Missing

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 308** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #327: Window operable frame is warped at bedroom

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #327: Seal AC can

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

 

### #328: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #329: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #330: Complete flooring

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #331: Drywall patch

Type:

Location:
**3rd Floor>Unit 308**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:15 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #390: Shelving Missing

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #391: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #393: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #394: Repair water damaged drywall at bedroom window

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #395: Seal AC can

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #396: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #397: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #398: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

## #399: Complete flooring

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

## #400: Window frame broken in living room

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #401: Drywall patch

Type:

Location:
**3rd Floor>Unit 309**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**




Printed on Thu Apr 25, 2024 at 11:16 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**gehrtz**
CONSTRUCTION SERVICES

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #300: Shelving Missing

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #301: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #302: Window Pane Broken in living room

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #303: Complete door hardware

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #304: Window latch inoperable at living room

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #305: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #306: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #307: Complete flooring

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #308: Window operable frame is warped at bedrom

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #309: Drywall patch

Type:

Location:
**3rd Floor>Unit 310**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #310: Electrical incomplete

Type:                              Location:
                                   **3rd Floor>Unit 310**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

Printed on Thu Apr 25, 2024 at 11:16 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

---

### #375: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 311**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #376: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 311**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #377: Shelving Missing

Type:

Location:
**3rd Floor>Unit 311**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #378: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 311**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #379: Seal AC can

Type:

Location:
**3rd Floor>Unit 311**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #380: Complete Mech/plumbing trim out

Type:                                Location:
                                     **3rd Floor>Unit 311**

Date Created:                        Due Date:
**04/17/2024**                       **04/20/2024**

Priority:                            Status:
                                     **Initiated**

## #381: Complete flooring

Type:                                Location:
                                     **3rd Floor>Unit 311**

Date Created:                        Due Date:
**04/17/2024**                       **04/20/2024**

Priority:                            Status:
                                     **Initiated**

### #382: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 311**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #384: Drywall patch

Type:

Location:
**3rd Floor>Unit 311**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 11:16 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #278: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 312**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #279: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 312**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #280: Shelving Missing

Type:                          Location:
                               **3rd Floor>Unit 312**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #281: Window latch inoperable at bedroom

Type:                          Location:
                               **3rd Floor>Unit 312**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



---

### #282: Complete cabinets, countertops, and trim

Type:                          Location:
                               **3rd Floor>Unit 312**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**





## #283: Complete door hardware

Type:

Location:
**3rd Floor>Unit 312**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #284: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 312**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #285: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 312**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #286: Seal AC can

Type:

Location:
**3rd Floor>Unit 312**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #287: Complete flooring

Type:

Location:
**3rd Floor>Unit 312**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #288: Drywall patch

Type:

Location:
**3rd Floor>Unit 312**



Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Printed on Thu Apr 25, 2024 at 11:16 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**gehrtz**

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #354: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 313**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #355: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 313**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #356: Complete door hardware

Type:

Location:
**3rd Floor>Unit 313**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #357: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 313**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #358: Seal AC can

Type:

Location:
**3rd Floor>Unit 313**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #359: Complete cabinets, countertops, and trim





| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 313** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #360: Complete Mech/plumbing trim out

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 313** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #361: Complete flooring

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 313** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #363: Drywall patch

Type:                                   Location:
                                        **3rd Floor>Unit 313**

Date Created:                           Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                               Status:
                                        **Initiated**









Printed on Thu Apr 25, 2024 at 11:17 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    10 Items

### #258: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 314**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #259: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 314**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #260: Shelving Missing

Type:

Location:
**3rd Floor>Unit 314**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #261: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 314**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #262: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 314**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #263: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 314**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #264: Complete flooring

Type:

Location:
**3rd Floor>Unit 314**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #265: Window operable frame is warped

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 314** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



### #266: Drywall patch

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 314** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #267: Complete door hardware

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 314** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    15 Items

### #343: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #344: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #345: Shelving Missing

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #346: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #347: Seal AC can

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #348: Window Pane Broken in bedroom

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #349: Repair water damaged drywall at bedroom window

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #350: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #351: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #352: Complete flooring

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #353: Drywall patch

Type:

Location:
**3rd Floor>Unit 315**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #362: Window latch inoperable at living room

Type:                          Location:
                               **3rd Floor>Unit 315**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



---

## #365: Repair water damaged drywall at living room window

Type:                          Location:
                               **3rd Floor>Unit 315**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

 

---

## #368: Repair water damaged drywall at bedroom window

Type:                          Location:
                               **3rd Floor>Unit 315**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

 

### #369: Shelving Missing

Type:                          Location:
                               **3rd Floor>Unit 315**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

Printed on Thu Apr 25, 2024 at 11:17 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    11 Items

### #332: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #333: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #334: Shelving Missing

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #335: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #336: Seal AC can

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #337: Repair water damaged drywall at bedroom window

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #338: Complete cabinets, countertops, and trim

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #339: Complete Mech/plumbing trim out

Type:                            Location:
                                 **3rd Floor>Unit 317**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

---

### #340: Complete flooring

Type:                            Location:
                                 **3rd Floor>Unit 317**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

---

### #341: Repair water damaged drywall at living room window

Type:                            Location:
                                 **3rd Floor>Unit 317**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**



### #342: Drywall patch

Type:

Location:
**3rd Floor>Unit 317**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #311: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 319**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #312: Electrical incomplete

Type:

Location:
**3rd Floor>Unit 319**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #313: Complete caulking at countertops & windows

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 319** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #314: Shelving Missing

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 319** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #315: Repair water damaged drywall at living room window

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 319** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |





## #316: Seal AC can

Type:                          Location:
                               **3rd Floor>Unit 319**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



## #317: Complete cabinets, countertops, and trim

Type:                          Location:
                               **3rd Floor>Unit 319**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



### #318: Complete Mech/plumbing trim out

Type:                            Location:
                                 **3rd Floor>Unit 319**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

### #319: Repair water damaged drywall at bedroom window

Type:                            Location:
                                 **3rd Floor>Unit 319**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

### #320: Complete flooring

Type:                            Location:
                                 **3rd Floor>Unit 319**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

### #321: Drywall patch

Type:

Location:
**3rd Floor>Unit 319**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 11:18 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #289: Deliver & Install appliances

| | |
|---|---|
| Type: | Location: |
| | **3rd Floor>Unit 321** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |

### #290: Shelving Missing

| | |
|---|---|
| Type: | Location: |
| | **3rd Floor>Unit 321** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |

### #291: Electrical incomplete

Type:                          Location:
                               **3rd Floor>Unit 321**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #292: Complete cabinets, countertops, and trim

Type:                          Location:
                               **3rd Floor>Unit 321**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**





### #293: Complete Mech/plumbing trim out

Type:                            Location:
                                 **3rd Floor>Unit 321**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

---

### #294: Repair water damaged drywall at living room window

Type:                            Location:
                                 **3rd Floor>Unit 321**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**



---

### #295: Complete caulking at countertops & windows

Type:                            Location:
                                 **3rd Floor>Unit 321**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

### #296: Repair water damaged drywall at bedroom window

Type:

Location:
**3rd Floor>Unit 321**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #297: Seal AC can

Type:

Location:
**3rd Floor>Unit 321**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #298: Complete flooring

Type:                          Location:
                               **3rd Floor>Unit 321**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #299: Drywall patch

Type:                          Location:
                               **3rd Floor>Unit 321**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

 





Printed on Thu Apr 25, 2024 at 11:18 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #268: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 323**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #269: Shelving Missing

Type:

Location:
**3rd Floor>Unit 323**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #270: Electrical incomplete

Type:                           Location:
                                **3rd Floor>Unit 323**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**

## #271: Complete Mech/plumbing trim out

Type:                           Location:
                                **3rd Floor>Unit 323**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**

## #272: Complete caulking at countertops & windows

Type:                           Location:
                                **3rd Floor>Unit 323**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**

## #273: Complete flooring

Type:                              Location:
                                   **3rd Floor>Unit 323**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

## #274: Repair water damaged drywall at living room window

Type:                              Location:
                                   **3rd Floor>Unit 323**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**



### #275: Seal AC can

Type:

Location:
**3rd Floor>Unit 323**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #276: Repair water damaged drywall at bedroom window

Type:

Location:
**3rd Floor>Unit 323**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #277: Drywall patch

Type:

Location:
**3rd Floor>Unit 323**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







Printed on Thu Apr 25, 2024 at 11:19 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**12 Items**

### #246: Deliver & Install appliances

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #247: Shelving Missing

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #248: Complete Mech/plumbing trim out

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #249: Repair water damaged drywall at living room window

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #250: Complete caulking at countertops & windows

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #251: Window latch inoperable living room

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #252: Seal AC can

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #253: Repair water damaged drywall at bedroom window

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 325** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



## #254: Complete cabinets, countertops, and trim

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 325** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



## #255: Electrical incomplete

| | |
|---|---|
| Type: | Location:<br>**3rd Floor>Unit 325** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

## #256: Complete flooring

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #257: Drywall patch

Type:

Location:
**3rd Floor>Unit 325**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**3 Items**

### #97: Drywall patch

Type:

Location:
**4th Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:
**Wall for trash chute does not meet 2-hour**





## #98: Complete cabinets, countertops, and trim

Type:

Location:
**4th Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #99: Complete flooring

Type:

Location:
**4th Floor>Fitness Center**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Printed on Thu Apr 25, 2024 at 11:32 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**8 Items**

### #218: Complete flooring

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #219: Fire Extinguisher Cabinet Missing - RO too high

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #220: Sprinkler Escutcheons Missing

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #221: Masonry infill at elevator frame - needs 2HR rating

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



**#222: Drywall patch**

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**









---

### #223: Precast stairwell

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #226: Electrical incomplete - empty boxes

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #240: Complete base

Type:

Location:
**4th Floor Hallway**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**7 Items**

---

### #100: Complete flooring

Type:

Location:
**4th Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #101: Complete cabinets, countertops, and trim

Type:

Location:
**4th Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #102: Electrical incomplete

Type:

Location:
**4th Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**




### #103: Complete door hardware

Type:

Location:
**4th Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #104: Fire stopping at penetrations

Type:

Location:
**4th Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #105: Sprinkler Escutcheons Missing

Type:

Location:
**4th Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #106: Paint Door

Type:

Location:
**4th Floor>Mech/Jan't**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**3 Items**

### #128: Complete door hardware

| | | |
|---|---|---|
| Type: | Location:<br>**4th Floor>Storage** | |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** | |
| Priority: | Status:<br>**Initiated** | |



### #129: Complete flooring

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Storage** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

**#130: Drywall patch**

Type:                              Location:
                                   **4th Floor>Storage**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

Printed on Thu Apr 25, 2024 at 11:33 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**1 Items**

### #95: Drywall patch



Type:

Location:
**4th Floor>Trash Chute**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:
**Wall does not meet 2-hour rating.**

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    7 Items

### #1: Install appliances

Type:                                   Location:
                                        **4th Floor>Unit 400**

Date Created:                           Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                               Status:
                                        **Initiated**

### #2: Complete flooring

Type:                                   Location:
                                        **4th Floor>Unit 400**

Date Created:                           Due Date:
**04/17/2024**                          **04/20/2024**

Priority:                               Status:
                                        **Initiated**

### #3: Complete Mech/plumbing trim out

Type:                          Location:
                               **4th Floor>Unit 400**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #4: Drywall patch

Type:                          Location:
                               **4th Floor>Unit 400**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



---

### #5: Shelving Missing

Type:                          Location:
                               **4th Floor>Unit 400**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

 



### #6: Complete door hardware

Type:                          Location:
                               **4th Floor>Unit 400**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #13: Complete caulking at countertops & windows

Type:                          Location:
                               **4th Floor>Unit 400**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                                    **8 Items**

### #7: Shelving Missing

Type:                              Location:
                                   **4th Floor>Unit 401**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

### #8: Complete cabinets and countertops

Type:                              Location:
                                   **4th Floor>Unit 401**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

### #9: Install appliances

Type:

Location:
**4th Floor>Unit 401**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #10: Complete flooring

Type:

Location:
**4th Floor>Unit 401**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #11: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 401**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #12: Complete caulking at countertops & windows

Type:                            Location:
                                 **4th Floor>Unit 401**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**

### #15: Drywall patch

Type:                            Location:
                                 **4th Floor>Unit 401**

Date Created:                    Due Date:
**04/17/2024**                   **04/20/2024**

Priority:                        Status:
                                 **Initiated**





### #16: Paint touch ups

Type:                              Location:
                                  **4th Floor>Unit 401**

Date Created:                     Due Date:
**04/17/2024**                    **04/20/2024**

Priority:                         Status:
                                  **Initiated**

Printed on Thu Apr 25, 2024 at 11:34 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                           11 Items

### #25: Install appliances

Type:                          Location:
                               **4th Floor>Unit 402**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #26: Shelving Missing

Type:                          Location:
                               **4th Floor>Unit 402**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

## #27: Electrical incomplete

Type:

Location:
**4th Floor>Unit 402**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #28: Complete cabinets and countertops

Type:

Location:
**4th Floor>Unit 402**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Description:
**Not enough room for dishwasher**

## #29: Complete door hardware

Type:

Location:
**4th Floor>Unit 402**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #30: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 402**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #31: Complete flooring

Type:

Location:
**4th Floor>Unit 402**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #32: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 402**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #33: Complete bathroom mirror



Type:

Location:
**4th Floor>Unit 402**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #34: Drywall patch

Type:                              Location:
                                   **4th Floor>Unit 402**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

---

## #35: Window latch inoperable



Type:                              Location:
                                   **4th Floor>Unit 402**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

Description:
**Limiter disconnected and latches do not work in both
bedrooms**

Printed on Thu Apr 25, 2024 at 11:35 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**8 Items**

### #17: Shelving Missing

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 403** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #18: Install appliances

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 403** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

#### #19: Complete Mech/plumbing trim out

| | | |
|---|---|---|
| Type: | Location:<br>**4th Floor>Unit 403** | |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** | |
| Priority: | Status:<br>**Initiated** | |




## #20: Complete caulking at countertops & windows

Type:                          Location:
                               **4th Floor>Unit 403**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

## #21: Complete flooring

Type:                          Location:
                               **4th Floor>Unit 403**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

## #22: Repair water damaged drywall at window

Type:

Location:
**4th Floor>Unit 403**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:
**Window leaking at head**

## #23: Complete door hardware

Type:

Location:
**4th Floor>Unit 403**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

**Spring hinges**

---

### #24: Complete bathroom mirror

Type:

Location:
**4th Floor>Unit 403**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #54: Install appliances

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #55: Shelving Missing

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #56: Complete door hardware

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

## #57: Electrical incomplete

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

## #58: Window Pane Broken in living room

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #59: Paint touch ups

| | |
|---|---|
| Type: | Location: |
| | **4th Floor>Unit 404** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |



---

### #60: Complete Mech/plumbing trim out

| | |
|---|---|
| Type: | Location: |
| | **4th Floor>Unit 404** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |

---

### #61: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #62: Complete flooring

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #63: Window latch inoperable

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

### #65: Drywall patch

Type:

Location:
**4th Floor>Unit 404**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:36 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    **9 Items**

### #36: Install appliances

Type:

Location:
**4th Floor>Unit 405**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

### #37: Shelving Missing

Type:

Location:
**4th Floor>Unit 405**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

## #38: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 405**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:

---

## #39: Repair water damaged drywall at living room window

Type:

Location:
**4th Floor>Unit 405**



Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Description:
**Window leaking**

---

## #40: Complete flooring

Type:

Location:
**4th Floor>Unit 405**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #41: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 405**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #42: Repair water damaged drywall at bedroom window

Type:

Location:
**4th Floor>Unit 405**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #43: Drywall patch

Type:                           Location:
                                **4th Floor>Unit 405**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**

---

## #44: Electrical incomplete

Type:                           Location:
                                **4th Floor>Unit 405**

Date Created:                   Due Date:
**04/17/2024**                  **04/20/2024**

Priority:                       Status:
                                **Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #76: Shelving Missing

Type:

Location:
**4th Floor>Unit 406**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #77: Install appliances

Type:

Location:
**4th Floor>Unit 406**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #78: Window Pane Broken in living room



Type:

Location:
**4th Floor>Unit 406**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #79: Complete door hardware

Type:

Location:
**4th Floor>Unit 406**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #80: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 406**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #81: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 406**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #82: Complete flooring

Type:

Location:
**4th Floor>Unit 406**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #83: Drywall patch



| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 406** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #84: Electrical incomplete



| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 406** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #45: Install appliances

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #46: Finish paint & paint touch ups

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #47: Repair water damaged drywall at living room window

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #48: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #49: Complete flooring

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #50: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #51: Window Pane Missing

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



**#52: Drywall patch**

Type:

Date Created:
**04/17/2024**

Priority:

Location:
**4th Floor>Unit 407**

Due Date:
**04/20/2024**

Status:
**Initiated**





---

### #53: Electrical incomplete

Type:

Location:
**4th Floor>Unit 407**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Printed on Thu Apr 25, 2024 at 11:37 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #139: Shelving Missing

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #140: Install appliances

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #141: Electrical incomplete

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #142: Complete door hardware

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #143: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #144: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #145: Complete flooring

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #146: Window latch inoperable in bedroom

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #147: Paint touch ups

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



**#148: Drywall patch**

Type:

Location:
**4th Floor>Unit 408**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







Printed on Thu Apr 25, 2024 at 11:37 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    11 Items

---

### #64: Shelving Missing

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #66: Install appliances

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #67: Paint touch ups

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #68: Repair water damaged drywall at living room window

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #69: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #70: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #71: Clean up paint

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #72: Complete flooring

Type:                          Location:
                               **4th Floor>Unit 409**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #73: Window latch inoperable in bedroom

Type:                          Location:
                               **4th Floor>Unit 409**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

---

### #74: Drywall patch

Type:                          Location:
                               **4th Floor>Unit 409**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**





### #75: Electrical incomplete

Type:

Location:
**4th Floor>Unit 409**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Printed on Thu Apr 25, 2024 at 11:38 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    8 Items

### #159: Install appliances

Type:                          Location:
                               **4th Floor>Unit 410**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #160: Shelving Missing

Type:                          Location:
                               **4th Floor>Unit 410**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #161: Complete caulking at countertops & windows

Type:                                    Location:
                                         **4th Floor>Unit 410**

Date Created:                            Due Date:
**04/17/2024**                           **04/20/2024**

Priority:                                Status:
                                         **Initiated**

### #162: Complete Mech/plumbing trim out

Type:                                    Location:
                                         **4th Floor>Unit 410**

Date Created:                            Due Date:
**04/17/2024**                           **04/20/2024**

Priority:                                Status:
                                         **Initiated**

### #163: Complete flooring

Type:                                    Location:
                                         **4th Floor>Unit 410**

Date Created:                            Due Date:
**04/17/2024**                           **04/20/2024**

Priority:                                Status:
                                         **Initiated**

### #164: Electrical incomplete

Type:

Location:
**4th Floor>Unit 410**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #165: Window Pane Broken in bedroom

Type:

Location:
**4th Floor>Unit 410**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



**#166: Drywall patch**

Type:

Location:
**4th Floor>Unit 410**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**




Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

### #85: Install appliances

Type:

Location:
**4th Floor>Unit 411**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #86: Shelving Missing

Type:

Location:
**4th Floor>Unit 411**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #87: Complete cabinets, countertops, and trim

Type:                        Location:
                             **4th Floor>Unit 411**

Date Created:                Due Date:
**04/17/2024**               **04/20/2024**

Priority:                    Status:
                             **Initiated**



## #88: Complete door hardware

Type:                        Location:
                             **4th Floor>Unit 411**

Date Created:                Due Date:
**04/17/2024**               **04/20/2024**

Priority:                    Status:
                             **Initiated**

## #89: Complete caulking at countertops & windows

Type:                        Location:
                             **4th Floor>Unit 411**

Date Created:                Due Date:
**04/17/2024**               **04/20/2024**

Priority:                    Status:
                             **Initiated**

### #90: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 411**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #91: Complete flooring

Type:

Location:
**4th Floor>Unit 411**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #92: Electrical incomplete

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 411** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



## #93: Drywall patch

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 411** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |







---

### #94: Sprinkler Escutcheons Missing at bathroom



Type:

Location:
**4th Floor>Unit 411**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #96: Permanent roof ladder/stair missing



Type:

Location:
**4th Floor>Unit 411**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                                    11 Items

---

### #177: Install appliances

Type:                              Location:
                                   **4th Floor>Unit 412**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

---

### #178: Shelving Missing

Type:                              Location:
                                   **4th Floor>Unit 412**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

---

## #179: Complete bathroom mirror

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #180: Complete cabinets, countertops, and trim

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #181: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #182: Window binding at living room - will not shut

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #183: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #184: Complete flooring

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #185: Drywall patch

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #186: Window latch inoperable in bedroom

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #187: Electrical incomplete

Type:

Location:
**4th Floor>Unit 412**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:39 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations          **12 Items**

### #107: Install appliances

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 413** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #108: Shelving Missing

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 413** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

#### #109: Paint touch ups

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 413** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

 



---

#### #110: Repair water damaged drywall at living room window

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 413** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



---

#### #111: Complete caulking at countertops & windows

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 413** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |

### #112: Complete Mech/plumbing trim out

Type:                          Location:
                               **4th Floor>Unit 413**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

### #113: Complete flooring

Type:                          Location:
                               **4th Floor>Unit 413**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**

## #114: Electrical incomplete

Type:

Location:
**4th Floor>Unit 413**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

## #115: Complete door hardware

Type:

Location:
**4th Floor>Unit 413**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





---

### #116: Repair water damaged drywall at bedroom window

Type:

Location:
**4th Floor>Unit 413**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**




---

### #117: Window latch inoperable in bedroom

Type:

Location:
**4th Floor>Unit 413**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

**#118: Drywall patch**

Type:

Location:
**4th Floor>Unit 413**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #198: Install appliances

Type:

Location:
**4th Floor>Unit 414**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #199: Shelving Missing

Type:

Location:
**4th Floor>Unit 414**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #200: Window latch inoperable in bedroom

Type:

Location:
**4th Floor>Unit 414**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #201: Complete cabinets, countertops, and trim

Type:

Location:
**4th Floor>Unit 414**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







## #202: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 414**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #203: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 414**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #204: Complete flooring

Type:

Location:
**4th Floor>Unit 414**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #205: Electrical incomplete

Type:                          Location:
                               **4th Floor>Unit 414**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**



### #206: Drywall patch

Type:                          Location:
                               **4th Floor>Unit 414**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**




Printed on Thu Apr 25, 2024 at 11:39 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    **9 Items**

### #119: Install appliances

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #120: Shelving Missing

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #121: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #122: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #123: Complete flooring

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #124: Window crank broken at living room

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #125: Electrical incomplete

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #126: Complete cabinets, countertops, and trim

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #127: Drywall patch

Type:

Location:
**4th Floor>Unit 415**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:39 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**8 Items**

### #131: Shelving Missing

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #132: Install appliances

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #133: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #134: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #135: Electrical incomplete

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #136: Complete flooring

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #137: Seal AC can

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #138: Drywall patch

Type:

Location:
**4th Floor>Unit 417**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    10 Items

### #149: Shelving Missing

| | |
|---|---|
| Type: | Location: |
| | **4th Floor>Unit 419** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |

### #150: Install appliances

| | |
|---|---|
| Type: | Location: |
| | **4th Floor>Unit 419** |
| Date Created: | Due Date: |
| **04/17/2024** | **04/20/2024** |
| Priority: | Status: |
| | **Initiated** |

### #151: Window latch inoperable in living room

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #152: Paint touch ups

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #153: Complete cabinets and countertops

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #154: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #155: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

## #156: Complete flooring

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

## #157: Electrical incomplete

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

## #158: Drywall patch

Type:

Location:
**4th Floor>Unit 419**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**10 Items**

### #167: Shelving Missing

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #168: Install appliances

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #169: Repair water damaged drywall at window

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



Description:
**Window leaking**

### #170: Paint touch ups

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #171: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #172: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #173: Complete flooring

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #174: Window Pane Broken in living room

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #175: Electrical incomplete

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #176: Drywall patch

Type:

Location:
**4th Floor>Unit 421**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





Printed on Thu Apr 25, 2024 at 11:40 am CDT



Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations                    10 Items

### #188: Install appliances

Type:                              Location:
                                   **4th Floor>Unit 423**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

### #189: Shelving Missing

Type:                              Location:
                                   **4th Floor>Unit 423**

Date Created:                      Due Date:
**04/17/2024**                     **04/20/2024**

Priority:                          Status:
                                   **Initiated**

### #190: Window latch inoperable in living room

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #191: Complete cabinets, countertops, and trim

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #192: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #193: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #194: Repair water damaged drywall at window

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





### #195: Complete flooring

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #196: Repair water damaged drywall at AC

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #197: Drywall patch

Type:

Location:
**4th Floor>Unit 423**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**







Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**11 Items**

---

### #207: Install appliances

Type:

Location:
**4th Floor>Unit 425**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

---

### #208: Shelving Missing

Type:

Location:
**4th Floor>Unit 425**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



---

### #209: Window latch inoperable in living room

Type:

Location:
**4th Floor>Unit 425**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #210: Complete caulking at countertops & windows

Type:

Location:
**4th Floor>Unit 425**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #211: Complete Mech/plumbing trim out

Type:

Location:
**4th Floor>Unit 425**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #212: Complete flooring

Type:                        Location:
                             **4th Floor>Unit 425**

Date Created:                Due Date:
**04/17/2024**               **04/20/2024**

Priority:                    Status:
                             **Initiated**

### #213: Repair water damaged drywall at living room window

Type:                        Location:
                             **4th Floor>Unit 425**

Date Created:                Due Date:
**04/17/2024**               **04/20/2024**

Priority:                    Status:
                             **Initiated**



## #214: Electrical incomplete

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 425** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |



## #215: Repair water damaged drywall at bedroom window

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 425** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |




## #216: Drywall patch

| | |
|---|---|
| Type: | Location:<br>**4th Floor>Unit 425** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |




**#217: Complete cabinets, countertops, and trim**



Type:

Location:
**4th Floor>Unit 425**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

Printed on Thu Apr 25, 2024 at 11:41 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

Gehrtz Construction Services
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations    **2 Items**

### #224: ALL Vent pipes are still capped at roof

| | |
|---|---|
| Type: | Location:<br>**Roof** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |




### #225: Roof items

| | |
|---|---|
| Type: | Location:<br>**Roof** |
| Date Created:<br>**04/17/2024** | Due Date:<br>**04/20/2024** |
| Priority: | Status:<br>**Initiated** |


























Printed on Thu Apr 25, 2024 at 11:41 am CDT

Job #: 24-020 The Ruins Observations
315 Kemp Ave E
Watertown South Dakota.

**Gehrtz Construction Services**
510 4th Ave. N
Fargo, North Dakota 58102
United States
(701) 297-0704

## Punch Items for 24-020 - The Ruins Observations

**9 Items**

### #227: Complete flooring

Type:

Location:
**West Stairwell**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**

### #228: Fire caulk joints and penetrations

Type:

Location:
**West Stairwell**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #229: Remove board

Type:

Location:
**West Stairwell**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



## #230: Finish top cap

Type:

Location:
**West Stairwell**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





## #231: Remove adhesive

Type:                          Location:
                               **West Stairwell**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:
                               **Initiated**




## #232: Complete grout at precast panels

Type:                          Location:
                               **West Stairwell**

Date Created:                  Due Date:
**04/17/2024**                 **04/20/2024**

Priority:                      Status:



---

### #233: Paint walls

Type:

Location:
**West Stairwell**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #234: Complete door hardware

Type:

Location:
**West Stairwell**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**



### #235: Railing missing at center stairwell wal

Type:

Location:
**West Stairwell**

Date Created:
**04/17/2024**

Due Date:
**04/20/2024**

Priority:

Status:
**Initiated**





EXHIBIT

**B**



September 27th, 2024

Charles Aarestad
Executive Vice President
Red River State Bank
300 2nd Ave West
Halstad, MN 56548

Re:     The Ruins Mixed-use Development
        Watertown, SD

        Project No. 24-020

Dear Mr. Aarestad:

Gehrtz Construction Services (GCS) is pleased to present our independent third-party follow up inspection and report for The Ruins.  We understand the subject is an under construction 63-unit mid/high rise property at 315 East Kemp Ave in Watertown, SD.  Upon completion, the property will consist of a single, four-story apartment building with on-grade parking and first floor retail/ commercial space occupied by the City of Watertown.

A full and detailed inspection was created documenting observations made on site April 17th, 2024. GCS personnel arrived on site September 24th at 12:30 pm to perform a follow up inspection.  The inspection was completed at 2 pm.

GCS observed no significant advancement in work on the project since the first site inspection on April 17th, 2024. Please reference the previous site inspection report for all details pertaining to work remaining.  In addition, areas that were noted showing signs of water penetration and damage in the previous report appeared to have deteriorated further from the time of original inspection on April 17th, 2024. The following page contains photos showing this deterioration.

Thank you for the opportunity, please do not hesitate to reach out with any questions.

Sincerely,

Matt Gehrtz


4th Floor Unit,
April 17, 2024


4th Floor Unit,
Sept. 24, 2024


4th Floor Unit,
Sept. 24, 2024


4th Floor Hall,
April 17, 2024


4th Floor Hall,
Sept. 24, 2024


4th Floor Unit,
April 17, 2024


4th Floor Unit,
Sept. 24, 2024


4th Floor Unit,
Sept. 24, 2024



4th Floor Unit,
April 17, 2024



4th Floor Unit,
Sept. 24, 2024



4th Floor Unit,
Sept. 24, 2024



4th Floor Unit,
April 17, 2024



4th Floor Unit,
Sept. 24, 2024



4th Floor Unit,
Sept. 24, 2024

**Building the Future Together.**    510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

3



**EXHIBIT**

**C**



June 10th, 2025

Charles Aarestad
Executive Vice President
Red River State Bank
300 2nd Ave West
Halstad, MN 56548

Re:     The Ruins Mixed-use Development
        Watertown, SD

        Project No. 24-020

Dear Mr. Aarestad:

Gehrtz Construction Services (GCS) is pleased to present our independent third-party follow-up inspection and report for our Opinion of Cost to Complete for The Ruins.  We understand the subject is an under construction 63-unit mid/high rise property at 315 East Kemp Ave in Watertown, SD.  Upon completion, the property will consist of a single, four-story apartment building with on-grade parking and first floor retail/ commercial space occupied by the City of Watertown.

A full and detailed inspection was created documenting observations made on site April 17th, 2024. GCS personnel completed a follow-up inspection on September 24th, 2024. GCS personnel completed a second follow-up inspection on May 6th, 2025 to prepare an Opinion of Cost to Complete report.

GCS observed no significant advancement in work on the project since the previous site inspection on September 24th, 2024. At the time of the inspection, work to repair the drywall damage caused by moisture penetration appeared to be ongoing.  However, additional moisture damage was observed at the heads and sills of the windows of areas that were actively being repaired. Since ongoing moisture penetration was observed, GCS engaged Service Master to provide an estimate based on their professional opinion of the cost to test, mitigate and repair any effects of moisture penetration. The Opinion of Cost to Complete as well as the estimate for Water & Mold Mitigation Report are attached for your consideration.

Thank you for the opportunity, please do not hesitate to reach out with any questions.

Sincerely,

Matt Gehrtz

**Building the Future Together.**   510 4th Avenue North · Fargo, ND 58102 · 701-297-0704 · GehrtzConstructionServices.com

1

**Red River State Bank - The Ruins**

Opinion of Cost to Complete

Watertown, SD

May 13, 2025

Project 24-020



| BID PACKAGE | OPINION OF COST TO COMPLETE | ASSUMED SCOPE OF WORK TO COMPLETE |
|---|---|---|
| General Conditions | $ 50,000.00 | |
| Testing & Inspections | $ 39,555.00 | Triple $5m Watertown permit fee |
| Foundation removal | $ - | |
| Site Survey/Civil | $ - | |
| Soil Borings | $ - | |
| Building Demolition | $ - | |
| Concrete | $ 27,000.00 | Re-work garage entry |
| Asbestos | $ - | |
| Concrete - Waterproofing & Insulation | $ - | |
| Excavation | $ - | |
| Precast Concrete - Materials / Erection | $ - | |
| Gypcrete | $ - | |
| CMU Block | $ 50,000.00 | 1,000sf, assumptions on 1st floor |
| Move Utilities | $ - | |
| Misc. Metals | $ 60,000.00 | 300 lf of railin on 2nd roof |
| General W&L Rough Carpentry Labor | $ 10,000.00 | Allowance of 80 hrs |
| General W&L Rough Carpentry Materials | $ - | |
| General W&L Finish Carpentry Labor | $ 12,500.00 | Install 3 units of cabinets, install frames in commercial spaces |
| General W&L Finish Carpentry Materials | $ - | Assuming all materials on site |
| Millwork - Cabinets | $ 9,000.00 | assuming 3 units of cabinets need to be replaced |
| Countertops - Kitchen & Bathroom | $ 6,000.00 | assuming 3 units worth of ct needs to be replaced |
| Bathroom Vanities | $ - | |
| Wood Components / Trusses | $ - | |
| Moisture Protections | $ 80,000.00 | 2000sf pavers |
| Building Insulation | $ - | |
| Masonry | $ 90,000.00 | 2,500sf and mobilization |
| Metal Siding / Metal Panels | $ 195,000.00 | new tyvek, install panels and new tyvek over existing tyvek (13,00) |
| Sealants | $ 182,712.00 | Complete package |
| Commercial Doors, Frames & Hardware | $ 2,500.00 | Assuming all materials on site |
| Residential Wood Doors & Frames | $ - | |
| Overhead Doors | $ 10,000.00 | New door for alley entrance |
| Vinyl Windows | $ 3,000.00 | 5 window replacement, misc. window removable stop repair |
| Glass & Glazing | $ - | |
| Drywall | $ 5,250.00 | Lobby walls on 1st |
| Carpet (Materials) | $ 120,000.00 | Assuming no material on site, 2/3 LVT and 1/3 broadloom carpet |
| Carpet (Install) | $ 50,000.00 | Install 2/3 LVT and 1/3 broadloom |
| Painting / Staining | $ 51,000.00 | Common area painting with 15k allowance for touch ups |
| Fill Nail Holes | $ - | |
| Postal Specialties/Bike Rack/Door Markers | $ 8,700.00 | supply postal boxes |
| Exterior Signage | $ 30,000.00 | Supply install new large building sign |
| Fire Extinguishers & Cabinets | $ 1,000.00 | Install cabinets throughout, assuming all are on site. |
| Ceiling Fans | $ - | |
| Closet Shelving | $ 25,000.00 | Supply and install 63 units of wire shelving |
| Toilets/Accessories | $ 30,000.00 | Supply/install toilet partitions, accesssorie on 1st |
| Appliances & AC Units | $ 160,000.00 | Supply 42 units, install 63 units |
| Kitchen Sinks/Faucets | $ - | |
| Bath Faucets/Shower Heads | $ - | |
| Bathroom Mirrors | $ - | |
| Window Treatments | $ 30,000.00 | Supply 147 blinds |
| Conveying Systems | $ 90,000.00 | complete elevator and testing |
| Building Sprinkler | $ 15,000.00 | fill system, commercial space trim out and minor piping |
| Plumbing | $ 100,000.00 | 63 unit trim out, complete w/v in garage, 2 commerical bathroom trim out |
| HVAC | $ 25,000.00 | Trim out Unit bathrooms, Finish 1st Floor |
| Electrical/Security System | $ 125,000.00 | Per Fusion |
| Accrued Interest | $ - | |
| Paving & Sidewalks | $ 2,750.00 | 1200 lf striping, 1 hc stall |
| Site Fencing / Accessories / Dumpster Enclosure | | No location shown in plans |
| **Total Bid Packages** | **$ 1,695,967.00** | |

Exclusions:
Does not factor any cost associated with water damage mediation and remedies
Does not include current liens on budiling as of May, 2025

Assumptions:
Most materials on site, U.N.O.
extents of 1st floor lobby/bathroom work was assumed based on old plans
all wire pulled, power live into the building
all mechanical and plumbing fixtures for floors 2-4 are on site



# SCOPE OF WORK

servicemasterrestore.com/commercial

SCOPE OF WORK:
"The Ruins"

**Service Address:**
**Project:** Water & Mold Mitigation – The Ruins Apartments
**Location:** 315 Kemp Ave E, Watertown, SD
**Client:** United
**Prepared By:** Derek Moline – ServiceMaster by Moline
**Date:** June 6th 2025

**Submitted to:**
Name: Matt Gehrtz – Gehrtz Construction
Email: mgehrtz@gcs-fm.com
Phone: 701-367-3342

**Submitted By:**
Name:  Derek & Steve Moline
Email:  dmoline@servicemaster-pro.com
Phone:  701-640-7430 (cell)

## <u>INTRODUCTION</u>

Thank you for the opportunity to prepare a detailed restoration plan for your facility. We look forward to working with you and your team as we utilize our specialized restoration resources to limit interruption to your business during the recovery process.

Your business is our business, so rest assured that our team is your team, and we understand the situation at hand. With this in mind, it is our plan to restore your facility, under your direction, as quickly and efficiently as possible, employing industry "Best Practices" and procedures.

Please, do not hesitate to call us with any questions or thoughts you may have regarding the recovery process. Thank you once again, we look forward to working with you and your team.

Respectfully submitted,
Derek & Steve Moline
Owners



# SCOPE OF WORK

servicemasterrestore.com/commercial

## Project Overview

This scope of work outlines the remediation and drying services required on the **north and east sides** of *The Ruins* apartment complex due to water intrusion and potential microbial growth. The objective is to mitigate water damage, prevent mold spread, and restore affected areas to a safe and stable condition.

## Areas Affected

Work will be performed in the following units and common areas:

- **2nd Floor Units:** 201, 203, 205, 207, 209, 211, 213, 215, 217, 219, 221, 223, 225
- **3rd Floor Units:** 303, 305, 307, 309, 311, 313, 315, 317, 319, 321, 323, 325, 310
- **4th Floor Units:** 401, 403, 405, 407, 409, 411, 413, 415, 417, 419, 421, 423, 425
- **Common Areas:** 2nd Floor Hallway, 3rd Floor Hallway, 4th Floor Hallway

## Scope of Work

1. **Containment & Safety Measures**
   o Install containment barriers and implement negative air pressure to prevent cross-contamination.
   o Clearly mark work zones with appropriate signage.
   o Ensure compliance with safety and IICRC standards.
2. **Selective Demolition**
   o Remove affected drywall and insulation on north and east sides of listed units and hallways.
   o Demolition to include only materials verified by moisture readings or visual damage.
3. **Moisture Mapping & Monitoring**
   o Conduct comprehensive moisture inspections of all identified areas.
   o Deploy drying equipment (air movers and dehumidifiers) to achieve dry standard per IICRC guidelines.

# ServiceMASTER Restore

# SCOPE OF WORK

servicemasterrestore.com/commercial

     o Maintain daily moisture logs.
4. **Microbial Remediation (If Required)**
     o Apply antimicrobial treatment to exposed surfaces.
     o Remove and properly dispose of mold-contaminated materials under containment protocol.
     o Perform HEPA vacuuming and detailed cleaning per IICRC S520 standards.
5. **Drying & Filtration Equipment**
     o Utilize HEPA air scrubbers, dehumidifiers, and air movers throughout the drying phase.
     o Equipment will be monitored daily and adjusted as necessary.
6. **Documentation & Reporting**
     o Provide photo documentation before, during, and after work.
     o Maintain detailed job logs, drying logs, and equipment tracking.
     o Final reporting to include verification of dry standard or post-remediation clearance.

## Rough Order of Magnitude (ROM) Estimate

**Total Estimate: $293,951.43**
*This ROM includes labor, equipment, materials, and disposal associated with the outlined mitigation work. Final cost may vary based on actual findings and required scope.*

## Exclusions

- Reconstruction/build-back services
- Environmental lab testing or air clearance unless separately contracted
- Asbestos or lead abatement
- Contents manipulation or pack-out services unless specified

## Estimated Project Duration

Estimated timeline: 22 days, pending site conditions and access.

# SCOPE OF WORK

servicemasterrestore.com/commercial