**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| IN RE:<br><br>The Ruins, LLC | CASE NO: 25-30004<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 58 |

On 7/16/2025, I did cause a copy of the following documents, described below,

Motion for Relief from Stay, Notice of Motion ECF Docket Reference No. 58

Affidavit of Joshua W. Luther in Support of Motion for Relief from Stay 59

Affidavit of Matthew Gehrtz in Support of Motion for Relief from Stay 60

Affidavit of Charles Aarestad in Support of Motion for Relief from Stay 61

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/16/2025

/s/ Kesha L. Tanabe
Kesha L. Tanabe  0387250

Vogel Law Firm
P.O. Box 1389
Fargo, ND  58107-1389
701 237 6983
ktanabe@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 25-30004 |
|---|---|
| The Ruins, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 58 |

On 7/16/2025, a copy of the following documents, described below,

Motion for Relief from Stay, Notice of Motion ECF Docket Reference No. 58

Affidavit of Joshua W. Luther in Support of Motion for Relief from Stay 59

Affidavit of Matthew Gehrtz in Support of Motion for Relief from Stay 60

Affidavit of Charles Aarestad in Support of Motion for Relief from Stay 61

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kesha L. Tanabe
Vogel Law Firm
P.O. Box 1389
Fargo, ND  58107-1389

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| BRIAN'S GLASS AND DOOR LLC<br>ATTN: MANAGING AGENT<br>533 1ST AVE NW<br>SUITE 4<br>WATERTOWN, SD 57201-2213 | PERFORMANCE SPRAY FOAM<br>ATTN: MANAGING AGENT<br>48667 SD HWY 28<br>ASTORIA, SD 57213-5837 | THE ROOFING COMPANY<br>ATTN: MANAGING AGENT<br>1222 4TH AVE N<br>SUITE 123<br>FARGO, ND 58102-4358 |
| TOP FINISH CARPENTRY<br>ATTN: MANAGING AGENT<br>2809 S PRINCETON AVE<br>SIOUX FALLS, SD 57106-4582 | XTREME FIRE PROTECTION<br>ATTN: MANAGING AGENT<br>4102 N. CLIFF AVE<br>SIOUX FALLS, SD 57104-5514 | XTREME FIRE PROTECTION, LLC<br>OGBORN MIHM QUAINTANCE, PLLC<br>140 N PHILLIPS AVE<br>SUITE 203<br>SIOUX FALLS, SD 57104-6710 |
| CODINGTON COUNTY TREASURER<br>ATTN: CAROL LYNN MALONEY<br>14 1ST AVE SE<br>WATERTOWN, SD 57201-3611 | | |