```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING        D M INDUSTRIES   INC                DIAMOND WALL SYSTEMS   INC
NCRS ADDRESS DOWNLOAD                    CO JOHN KRINGS                      CO BASSFORD REMELE   PA
CASE 25-30004                            PO BOX 9231                         100 SOUTH FIFTH STREET   SUITE 1500
DISTRICT OF NORTH DAKOTA                 FARGO   ND 58106-9231               MINNEAPOLIS   MN 55402-1254
THU JUL 17 9-38-15 PST 2025


                                         DEBTOR
RED RIVER STATE BANK                     THE RUINS   LLC                     WATERTOWN DEVELOPMENT COMPANY
ATTN   CAREN W STANLEY                   1405 1ST AVENUE NORTH               1 EAST KEMP AVENUE
VOGEL   LAW FIRM                         FARGO  ND 58102-4203                WATERTOWN   SD 57201-3606
PO BOX 1389
FARGO   ND 58107-1389


EXCLUDE
US BANKRUPTCY COURT                      BW CONSTRUCTION   LLC               BLACKTAIL INVESTMENTS   LLC
655 1ST AVENUE NORTH   SUITE 210         OGBORN MIHM QUAINTANCE   PLLC       PO BOX 628
FARGO   ND 58102-4932                    140 N PHILLIPS AVE   STE 203        FARGO   ND 58107-0628
                                         SIOUX FALLS   SD 57104-6710


                                                                             EXCLUDE
BRIANS GLASS AND DOOR LLC                CP BUSINESS MANAGEMENT   INC        CAREN STANLEY   ESQ
533 1ST AVE NW                           1401 1ST AVE N                      VOGEL LAW FIRM
4                                        SUITE B                             218 NP AVENUE
WATERTOWN   SD 57201-2213                FARGO   ND 58102-4203               FARGO   ND 58102-4834


CITY OF WATERTOWN                        CODINGTON COUNTY TREASURER          CRAIG DEVELOPMENT   LLC
23 2ND STREET NE                         14 1ST AVE SE                       1405 1ST AVE N
PO BOX 910                               WATERTOWN   SD 57201-3611           FARGO   ND 58102-4203
WATERTOWN   SD 57201-0910


CRAIG HOLDINGS   LLC                     CRAIG PROPERTIES   LLC              D M INDUSTRIES   INC
1405 1ST AVE N                           1405 1ST AVE N                      CO JOHN M KRINGS   JR
FARGO   ND 58102-4203                    FARGO   ND 58102-4203               KALER DOELING   PLLP
                                                                             PO BOX 9231
                                                                             FARGO   ND 58106-9231


DM INDUSTRIES                            DIAMOND WALL SYSTEMS                DIAMOND WALL SYSTEMS   INC
4205 30TH AVE S                          1960 CLIFF LAKE ROAD                CO JEFFREY D KLOBUCAR
MOORHEAD   MN 56560-6024                 STE 129-250                         BASSFORD REMELE   PA
                                         SAINT PAUL   MN 55122-2476          100 SOUTH FIFTH STREET   SUITE 1500
                                                                             MINNEAPOLIS   MN 55402-1254


DIAMOND WALL SYSTEMS   INC               FIRST NATIONAL BANK   TRUST         HAMLIN BUILDING CENTER
CO KEN JOHNSON                           BODMAN PLC                          45002 HWY 28
1960 CLIFF LAKE ROAD   SUITE 129-250     ATTN DARREN J BURMANIA              PO BOX 200
EAGAN   MN 55122-2476                    99 MONROE AVE NW   SUITE 300        LAKE NORDEN   SD 57248-0200
                                         GRAND RAPIDS   MI 49503-2639


INTERNAL REVENUE SERVICE                 JESSE CRAIG                         LIMOGES CONSTRUCTION
PO BOX 7346                              PO BOX 426                          25732 COTTONWOOD AVENUE
PHILADELPHIA   PA 19101-7346             FARGO  ND 58107-0426                SIOUX FALLS   SD 57107-6402
```

USPS FIRST CLASS MAILING RECIPIENTS CM/ECF SERVICE
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

```
MIKE OGBORN                            EXCLUDE                                EXCLUDE
OGBORN MIHM QUAINTANCE  PLLC           (D)MIKE OGBORN                         (D)MIKE OGBORN
140 N PHILLIPS AVE  STE 203            OGBORN MIHM QUAINTANCE  PLLC           OGBORN MIHM QUAINTANCE  PLLC
SIOUX FALLS  SD 57104-6710             140 N PHILLIPS AVE  STE 203            140 N PHILLIPS AVENUE  SUITE 203
                                       SIOUX FALLS  SD 57104-6710             SIOUX FALLS  SD 57104-6710


PERFORMANCE SPRAY FOAM  LLC            RED RIVER STATE BANK                   RED RIVER STATE BANK
48667 SD HWY 28                        114 N MILL ST                          CO KESHA L TANABE
ASTORIA  SD 57213-5837                 PO BOX 98                              VOGEL LAW FIRM
                                       FERTILE  MN 56540-0098                 PO BOX 1389
                                                                              FARGO ND  58107-1389


RED RIVER STATE BANK                   RED RIVER STATE BANK                   SARAH J WENCIL
CO CAREN W STANLEY                     CO DREW J HUSHKA                       OFFICE OF THE US TRUSTEE
VOGEL LAW FIRM                         VOGEL LAW FIRM                         SUITE 1015 US COURTHOUSE
PO BOX 1389                            PO BOX 1389                            300 SOUTH FOURTH STREET
FARGO  ND  58107-1389                  FARGO ND  58107-1389                   MINNEAPOLIS  MN 55415-1320


SCHUMACHER ELEVATOR COMPANY            SOUTH DAKOTA DEPARTMENT OF REVENUE     THE ROOFING COMPANY
ONE SCHUMACHER WAY                     445 E CAPITOL AVENUE                   1222 4TH AVE N 123
DENVER  IA 50622                       PIERRE  SD 57501-3100                  FARGO ND 58102-4358


                                                                              EXCLUDE
TOP FINISH CARPENTRY                   WATERTIGHT  INC                        (D)WATERTOWN DEVELOPMENT COMPANY
2809 S PRINCETON AVE                   OGBORN MIHM QUAINTANCE  PLLC           1 EAST KEMP AVENUE
SIOUX FALLS  SD 57106-4582             140 N PHILLIP AVE  STE 203             WATERTOWN  SD 57201-3606
                                       SIOUX FALLS  SD 57104-6710


WATERTOWN DEVELOPMENT COMPANY          WATERTOWN DEVELOPMENT COMPANY          WATERTOWN MUNICIPAL UTILITIES
CO DAVID R STRAIT                      CO JORDAN FEIST                        901 4TH AVE SW
AUSTIN STRAIT BENSON THOLEKOEHN LLP    PO BOX 5027                            WATERTOWN  SD 57201-4106
25 FIRST AVENUE SOUTHWEST              300 SOUTH PHILLIPS AVE  SUITE 300
WATERTOWN  SD 57201-3507               SIOUX FALLS  SD 57104-6322


XTREME FIRE PROTECTION  LLC            XTREME FIRE PROTECTION LLC             CHRISTIANNA A CATHCART
OGBORN MIHM QUAINTANCE  PLLC           4102 N CLIFF AVE                       THE DAKOTA BANKRUPTCY FIRM
140 N PHILLIPS AVE  STE 203            SIOUX FALLS  SD 57104-5514             1630 FIRST AVE N
SIOUX FALLS  SD 57104-6710                                                    STE B PMB 24
                                                                              FARGO  ND 58102-4246


MAURICE VERSTANDIG                     ROBERT B RASCHKE
THE DAKOTA BANKRUPTCY FIRM             ASSISTANT US TRUSTEE
1630 1ST AVENUE N                      SUITE 1015 US COURTHOUSE
SUITE B PMB 24                         300 SOUTH FOURTH STREET
FARGO  ND 58102-4246                   MINNEAPOLIS  MN 55415-1320
```