UNITED STATES BANKRUPTCY COURT
DISTRICK OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30004 |
| | Chapter 11 |
| The Ruins, LLC, | |
| Debtor. | |
| _____/ | |

### ORDER SETTING HEARING

Red River State Bank filed a Motion for Relief from the Automatic Stay on July 15, 2025. (Doc. 58). Debtor filed a response. Pursuant to 11 U.S.C. § 362, the automatic stay expires on August 14, 2025. The Debtor and Red River State Bank consent to scheduling this matter for hearing beyond the expiration of the thirty (30) days. Therefore,

**IT IS ORDERED** that a final hearing on Red River State Bank's Motion for Relief from the Automatic Stay will be held on **Monday, September 29, 2025, at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

*The stay will remain in effect and is extended until the Court has an opportunity to consider the matter at the final hearing*.

Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected by this action. You should read these papers carefully and discuss the matter with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: July 30, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
United States Bankruptcy Court

All times referred to in this Order are Central Standard Time.
Copy served electronically July 30, 2025, to Electronic Mail Notice List for Case No. 25-30004.