**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:                                                Bankruptcy Case No. 25-30004

The Ruins, LLC,                                       Chapter 11

        Debtor.

---

### MOTION TO APPEAR BY VIDEO CONFERENCE

---

1.      Diamond Wall Systems, Inc. ("Diamond"), respectfully moves this Court to enter an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference at the final hearing on the Motion for Relief from the Automatic Stay (the "Motion") filed by Red River State Bank (Docket No. 58) scheduled for September 29, 2025, at 10:00 a.m.

2.      Diamond requests that the Court consider savings in travel time and expenses to attend the Motion hearing in person, given that counsel's office is in Minneapolis, Minnesota.

WHEREFORE, Diamond respectfully requests that it be allowed to appear, through counsel, by video conference at the Motion hearing on September 29, 2025.

           Respectfully submitted,

           **BASSFORD REMELE**
           *A Professional Association*

Dated: August 4, 2025          By:  */s/ Jeffrey D. Klobucar*
              Jeffrey D. Klobucar (ND Bar ID #09689)
              100 South Fifth Street, Suite 1500
              Minneapolis, MN 55402
              Phone: (612) 333-3000
              Fax: (612) 333-8829
              Email: jklobucar@bassford.com

           *Attorneys for Diamond Wall Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:                                                    Bankruptcy Case No. 25-30004

The Ruins, LLC,                                           Chapter 11

              Debtor.

---

**CERTIFICATE OF SERVICE**

---

      I, Jeffrey D. Klobucar, an attorney licensed to practice law in this Court, with an office address of 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402, hereby certifies that the filing of this document caused service via CM/ECF upon all CM/ECF recipients.


Dated: August 4, 2025           By: */s/ Jeffrey D. Klobucar*
                                Jeffrey D. Klobucar