# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> The Ruins, LLC, <br><br> Debtor. | Case No.: 25-30004 <br><br> Chapter 11 |

## CERTIFICATE OF SERVICE

STATE OF NORTH DAKOTA   )
                        )  SS
COUNTY OF CASS          )

    Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

    On August 11, 2025, affiant caused the following document(s):

1. **Notice of Motion;**
2. **Motion to Lift Automatic Stay;**
3. **Affidavit of Charles W. Aarestad in Support of Motion for Relief from Automatic Stay;**
4. **Affidavit of Joshua W. Luther in Support of Motion for Relief from Automatic Stay (with Ex. 1);**
5. **Affidavit of Matthew Gehrtz in Support of Motion for Relief from Stay (with Ex. A, B and C);**
6. **Proposed Order Granting Relief from Stay**

    to be served by United States postal mail on:

*Top Finish Carpentry, LLC*
*Steven G. Haugaard – Registered Agent*
*1601 East 69th Street, Suite 302*
*Sioux Falls, SD 57108*

Case 25-30004   Doc 77   Filed 08/11/25   Entered 08/11/25 13:40:03   Desc Main
Document      Page 2 of 2

                        /s/ Sonie Thompson
                        Sonie Thompson

Subscribed and sworn to before me this 11 day of August, 2025.

                        /s/ Justin Schares
(SEAL)                  Notary Public, Cass County, North Dakota

2