

**Starion Bank**
PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**

RUINS LLC
Customer Number.

Page 1 of 4

>000594 8714774 0001 92855 10Z

RUINS LLC
DEBTOR IN POSSESSION CASE 25-30004
PO BOX 9379
FARGO ND 58106-9379

### Managing Your Accounts

| | | |
|---|---|---|
|  | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | ‏599 | $100.00 |

## ND STAR CHECKING - 99

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2025 | Beginning Balance | $100.00 |
| | 2 Credit(s) This Period | $6,427.68 |
| | 2 Debit(s) This Period | $6,427.68 |
| 03/31/2025 | Ending Balance | $100.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/10/2025 | EDEPOSIT | $4,103.74 |
| 03/18/2025 | EDEPOSIT | $2,323.94 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 40003 | 03/14/2025 | $4,103.74 | 40004 | 03/18/2025 | $2,323.94 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/10/2025 | $4,203.74 | 03/14/2025 | $100.00 | 03/18/2025 | $100.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Member FDIC




**Starion Bank**
PO Box 848
Mandan, ND 58554

*Statement Ending 03/31/2025*

RUINS LLC    Page 3 of 4
Customer Number:

| # | Date | Amount |
|---|------|--------|
| #40003 | 03/14/2025 | $4,103.74 |
| #40004 | 03/18/2025 | $2,323.94 |

Check #40003 — 02/28/25 — $4,103.74
THE RUINS, LLC
DEBTOR IN POSESSION - CASE #25-30004
PO BOX 9379
FARGO, ND 58106
TO THE ORDER OF: **** FOUR THOUSAND ONE HUNDRED THREE AND 74/100 DOLLARS
WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD  57201

Check #40004 — 03/18/25 — $2,323.94
THE RUINS, LLC
DEBTOR IN POSESSION - CASE #25-30004
PO BOX 9379
FARGO, ND 58106
TO THE ORDER OF: **** TWO THOUSAND THREE HUNDRED TWENTY THREE AND 94/100 DOLLARS
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,  58106



RUINS DIP APT                                                                                                                                          Page 1
Bank Rec Posted Report

| Balance Per Bank Statement as of 03/31/2025 | | | 100.00 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 03/31/2025 | 4008 | starion 280208056 | 474.12 |
| **Plus: Outstanding Deposits** | | | **474.12** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 03/31/2025 | 40005 | Alexis Burbach | 338.52 |
| 03/31/2025 | 40006 | JORDAN BERNDT | 60.00 |
| 03/31/2025 | 40007 | SIGN PRO | 75.60 |
| **Less: Outstanding Checks** | | | **474.12** |

| Reconciled Bank Balance | | | 100.00 |
|---|---|---|---|

| Balance per GL as of 03/31/2025 | | | 100.00 |
|---|---|---|---|
| Reconciled Balance Per G/L | | | 100.00 |

| Difference | | | 0.00 |
|---|---|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/10/2025 | 40003 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,103.74 | 03/31/2025 |
| 03/18/2025 | 40004 | CP BUSINESS MANAGEMENT | 2,323.94 | 03/31/2025 |
| **Total Cleared Checks** | | | **6,427.68** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/10/2025 | 4004 | starion 277428716 | 4,103.74 | 03/31/2025 |
| 03/18/2025 | 4005 | starion 278391831 | 2,323.94 | 03/31/2025 |
| **Total Cleared Deposits** | | | **6,427.68** | |

| Balance Sheet | Page 1 |
|---|---|

Owner = THE RUINS, LLC (all properties)
Month = Mar 2025
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---:|
| Ruins Apartment DIP Checking | 100.00 |
| **Total DIP Checking Account** | **100.00** |
| | |
| TIF Value | 2,275,000.00 |
| | |
| Property and Equipment | |
| Buildings | 14,620,000.00 |
| Appliances/AC | 280,000.00 |
| Land | 850,000.00 |
| Total Property and Equipment | 15,750,000.00 |
| | |
| **Total Assets** | **18,025,100.00** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Mortgage 1st | 11,052,607.39 |
| TIF Mortgage | 2,275,000.00 |
| CASH ADVANCE BY CRAIG DEVELOPMENT (POST-PETITION) | 14,091.74 |
| Total Liabilities | 13,341,699.13 |
| | |
| Capital | |
| Owner Contribution | 14,091.74 |
| Retained Earnings | 4,669,309.13 |
| Total Capital | 4,683,400.87 |
| | |
| **Total Liabilities & Capital** | **18,025,100.00** |

Wednesday, April 16, 2025
12:57 PM

4/16/2025 1:15 PM

## Cash Flow Statement

Owner = THE RUINS, LLC (all properties)

Month = Mar 2025

Book = Cash

| ACCOUNT | MONTH TO DATE | % |
|---|---:|---:|
| **EXPENSES** | | |
| Maintenance Expenses | | |
|   Maintenance Staff Costs | 398.52 | 0.00 |
|   Total Maintenance Expenses | 398.52 | 0.00 |
| Operating Expenses | | |
|   Advertising/Marketing | 75.60 | 0.00 |
|   Insurance | 2,323.94 | 0.00 |
|   Electricity-Vacant | 4,103.74 | 0.00 |
|   Total Operating Expenses | 6,503.28 | 0.00 |
|   Total Expenses | 6,901.80 | 0.00 |
| **NET INCOME** | **-6,901.80** | **0.00** |
| ADJUSTMENTS | | |
| Owner Contribution | 6,901.80 | 0.00 |
| TOTAL ADJUSTMENTS | 6,901.80 | 0.00 |
| CASH FLOW | 0.00 | 0.00 |