# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $600,000.00 | 02-17-2023 | 12-30-2023 | 51658 | JN | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** JESSE ROBERT CRAIG (SSN: [redacted]); CRAIG DEVELOPMENT, LLC (TIN: [redacted]); CRAIG HOLDINGS LLC (TIN: [redacted]); CRAIG PROPERTIES LLC (TIN: [redacted]); and THE RUINS LLC (TIN: [redacted])
PO BOX 426
FARGO, ND 58107-0426

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

EXHIBIT
A

**Principal Amount: $600,000.00** **Date of Note: February 17, 2023**

**PROMISE TO PAY.** JESSE ROBERT CRAIG; CRAIG DEVELOPMENT, LLC; CRAIG HOLDINGS LLC; CRAIG PROPERTIES LLC; and THE RUINS LLC ("Borrower") jointly and severally promise to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of Six Hundred Thousand & 00/100 Dollars ($600,000.00), together with interest on the unpaid principal balance from February 20, 2023, until paid in full.

**PAYMENT.** Borrower will pay this loan in accordance with the following payment schedule, which calculates interest on the unpaid principal balances as described in the "INTEREST CALCULATION METHOD" paragraph using the interest rates described in this paragraph: 4 monthly consecutive principal and interest payments of $25,000.00 each, beginning March 31, 2023, with interest calculated on the unpaid principal balances using an interest rate of 7.750% per annum; 5 monthly consecutive principal and interest payments of $87,920.85 each, beginning July 30, 2023, with interest calculated on the unpaid principal balances using an interest rate of 7.750% per annum; and one principal and interest payment of $87,920.84 on December 30, 2023, with interest calculated on the unpaid principal balances using an interest rate of 7.750% per annum. This estimated final payment is based on the assumption that all payments will be made exactly as scheduled; the actual final payment will be for all principal and accrued interest not yet paid, together with any other unpaid amounts under this Note. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. **All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Red River State Bank, PO Box 25 Halstad, MN 56548.**

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged **5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.**

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note, with the final interest rate described in this Note applying after maturity, or after maturity would have occurred had there been no default. However, in no event will the interest rate exceed the maximum interest rate limitations under applicable law.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The dissolution of Borrower (regardless of whether election to continue is made), any member withdraws from Borrower, or any other termination of Borrower's existence as a going business or the death of any member, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan.

**PROMISSORY NOTE**
**(Continued)**

Loan No: 51658            Page 2

---

This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Norman County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by (A) a Commercial Security Agreement dated February 17th, 2023 made and executed between Jesse Robert Craig, Craig Development LLC and Lender on collateral described as: As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

AND

(B) a Commercial Security Agreement dated December 9, 2022 made and executed between Jesse Robert Craig, Craig Holdings LLC, and Craig Development, LLC and Lender on collateral described as: 1st Lien on all accounts receivable regarding a Developer Agreement Proceeds with City of Harrisburg, a Political Subdivision of the State of South Dakota, the Sioux Metro Growth Alliance, a South Dakota Non-Profit Corporation, and Craig Development, LLC, a North Dakota Limited Liability Company, for two properties owned by Sioux Metro Growth Alliance in Downtown Harrisburg, known as 47523 West Willow respectively, and legally described as: TBD with new plat.

Developer Agreement has been outlined to have $1,800,000 paid as Developer Compensation for the Development Project known as 47523 West Willow respectively and will be funded via a Tax Increment Financing (TIF) District for the Project.

AND

(C) a Mortgage dated December 23, 2021 by Craig Holdings, LLC to Lender on real property located in OTTERTAIL County, State of Minnesota.

AND

(C) a Mortgage dated December 9, 2022 by Craig Holdings, LLC to Lender on real property located in OTTERTAIL County, State of Minnesota.

RRSB Ruins 00069

**PROMISSORY NOTE**
**(Continued)**

| Loan No: 51658 | | Page 3 |

---

AND

(D) a Mortgage dated March 9, 2022 by The Ruins, LLC to Lender on real property located in Codington County, State of South Dakota.

AND

(E) a Mortgage dated August 1, 2022 by The Ruins, LLC to Lender on real property located in Codington County, State of South Dakota.

AND

(F) a Assignment of Life Insurance Policy Number H358265 in the amount of $3,000,000 on the life of Jesse Craig, issued by Genworth Life and Annuity Insurance Company

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Each Borrower understands and agrees that, with or without notice to Borrower, Lender may with respect to any other Borrower (a) make one or more additional secured or unsecured loans or otherwise extend additional credit; (b) alter, compromise, renew, extend, accelerate, or otherwise change one or more times the time for payment or other terms of any indebtedness, including increases and decreases of the rate of interest on the indebtedness; (c) exchange, enforce, waive, subordinate, fail or decide not to perfect, and release any security, with or without the substitution of new collateral; (d) apply such security and direct the order or manner of sale thereof, including without limitation, any non-judicial sale permitted by the terms of the controlling security agreements, as Lender in its discretion may determine; (e) release, substitute, agree not to sue, or deal with any one or more of Borrower's sureties, endorsers, or other guarantors on any terms or in any manner Lender may choose; and (f) determine how, when and what application of payments and credits shall be made on any other indebtedness owing by such other Borrower. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes, Section 334.01.

RRSB Ruins 00071

**PROMISSORY NOTE**
**(Continued)**

Loan No: 51658                            Page 4

PRIOR TO SIGNING THIS NOTE, EACH BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. EACH BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X_____
   JESSE ROBERT CRAIG, Individually

CRAIG DEVELOPMENT, LLC

By:_____
   JESSE ROBERT CRAIG, Member of CRAIG DEVELOPMENT, LLC

CRAIG HOLDINGS LLC

By:_____
   JESSE ROBERT CRAIG, Managing Member of CRAIG HOLDINGS LLC

CRAIG PROPERTIES LLC

By:_____
   JESSE ROBERT CRAIG

THE RUINS LLC

By:_____
   JESSE ROBERT CRAIG, Member of THE RUINS LLC

LENDER:

RED RIVER STATE BANK

X_____
   CHARLES AARESTAD, Executive Vice President

LaserPro, Ver. 22.4.0.056 Copr. Finastra USA Corporation 1997, 2023. All Rights Reserved. - MN C:\HARLAND\CFI\LPL\D20.FC TR-6064 PR-5

RRSB Ruins 00070

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $600,000.00 | 02-17-2023 | 12-30-2023 | 51658 | JN | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** JESSE ROBERT CRAIG (SSN: [redacted]); CRAIG DEVELOPMENT, LLC (TIN: [redacted]); CRAIG HOLDINGS LLC (TIN: [redacted]); CRAIG PROPERTIES LLC (TIN: [redacted]); and THE RUINS LLC (TIN: [redacted])
PO BOX 426
FARGO, ND 58107-0426

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

EXHIBIT
B

**LOAN TYPE.** This is a Fixed Rate (7.750% initial rate) Nondisclosable Loan to an Individual and four Limited Liability Companies for $600,000.00 due on December 30, 2023.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

- ☐ Maintenance of Borrower's Primary Residence.
- ☐ Personal, Family or Household Purposes or Personal Investment.
- ☐ Agricultural Purposes.
- ☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: CONSTRUCTION DRAW DOWN LOC.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $600,000.00 as follows:

| | |
|---|---|
| **Amount paid to Borrower directly:**<br>$600,000.00 Lender's Check # VIA CASHIER'S CHECK PAYABLE TO CRAIG DEVELOPMENT LLC for Payable to RUINS Project Costs | $600,000.00 |
| **Note Principal:** | $600,000.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| **Prepaid Finance Charges Paid in Cash:** | $0.00 |
| **Other Charges Paid in Cash:**<br>$1,380.00 Mortgage Registration Tax | $1,380.00 |
| **Total Charges Paid in Cash:** | $1,380.00 |

**FINANCIAL CONDITION. BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED FEBRUARY 17, 2023.**

**DISBURSEMENT REQUEST AND AUTHORIZATION**
**(Continued)**

Loan No: 51658 — Page 2

BORROWER:

X _____[signature]_____
JESSE ROBERT CRAIG, Individually

CRAIG DEVELOPMENT, LLC

By: _____[signature]_____
JESSE ROBERT CRAIG, Member of CRAIG DEVELOPMENT, LLC

CRAIG HOLDINGS LLC

By: _____[signature]_____
JESSE ROBERT CRAIG, Managing Member of CRAIG HOLDINGS LLC

CRAIG PROPERTIES LLC

By: _____[signature]_____
JESSE ROBERT CRAIG

THE RUINS LLC

By: _____[signature]_____
JESSE ROBERT CRAIG, Member of THE RUINS LLC

LaserPro, Ver. 22.4.0.056 Copr. Finastra USA Corporation 1997, 2023. All Rights Reserved. - MN C:\HARLAND\CFI\LPL\I20.FC TR-6064 PR-5

RRSB Ruins 00031

**EXHIBIT C**

## CASHIER'S CHECK - BANK REGISTER COPY

MJW    February 17, 2023    102052    $600,000.00

Purchaser:
The Ruins Project Costs

CREDIT

PAY TO THE ORDER OF:
Craig Development LLC
Fargo, ND 58102

---

## CASHIER'S CHECK - CUSTOMER COPY

MJW    February 17, 2023    102052    $600,000.00

Purchaser:
The Ruins Project Costs

NON NEGOTIABLE

PAY TO THE ORDER OF:
Craig Development LLC
Fargo, ND 58102

Notice to Customer
If this check is lost, destroyed, or stolen, the bank will not accept a replacement request on the check until 90 days after the issue date and then only with the issuance of a "Declaration of Loss" certification.

---

## CASHIER'S CHECK



RED RIVER STATE BANK
PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

Notice to Customer
If this check is lost, destroyed, or stolen, the bank will not accept a replacement request on the check until 90 days after the issue date and then only with the issuance of a "Declaration of Loss" certification.

MJW    February 17, 2023    102052    $600,000.00

Purchaser:
The Ruins Project Costs

Six Hundred Thousand Dollars And 00/100***************************************************

PAY TO THE ORDER OF:
Craig Development LLC
Fargo, ND 58102

Two Signatures Required
Authorized Signature

⑆5199⑆   ⑈2130⑈    RRSB Ruins 02337




```
FP TRANSACTION   02-17-23  14:28:58   MEMBER 71711CR                  1 1715
            FOR CRAIG DEVELOPMENT   AS john
DEPOSIT OF         600000.00 71711-2        SMALL BUSINESS CHECKING
    PREV BAL      216485.15 NEW BAL       816485.15
    NO ENDORESMENT ON CHECK RED RIVER STATE BANK CASHIERS CHECK
RECEIVED          600000.00 IN 1 CHECK
    600000.00
```

RRSB FCCU Subpoena 007657

**First Community Credit Union**
310 10th St SE | PO Box 2180
Jamestown, ND 58401-2180
myFCCU.com

Account Number: *****1711
Statement End Date: 02-28-23
Page: 1 of 4
MC: P

ADDRESS SERVICE REQUESTED

Watch your savings grow with a CD from FCCU! Take advantage of a great rate on our 13 or 27 month CD special before it's too late. Contact your local branch to learn about our current rates. Insured by NCUA.

CRAIG DEVELOPMENT
JESSE R CRAIG
PO BOX 426
FARGO, ND 58107

## Account Summary

| Account | Description | Beginning Balance | Ending Balance | Account | Description | Beginning Balance | Ending Balance |
|---|---|---|---|---|---|---|---|
| 1 | PRIME SHARES | 0.00 | 0.00 | 2 | SMALL BUSINESS CHECKING | 209,406.64 | 286,828.50 |
| 3 | MEMBERSHIP SAVINGS | 5.00 | 5.00 | | | | |

## Account Detail

**PRIME SHARES**  ACCT# **1**   02-01-23 THRU 02-28-23    PREVIOUS BALANCE **0.00**
ENDING BALANCE    **0.00**

**SMALL BUSINESS CHECKING**  ACCT# **2**   02-01-23 THRU 02-28-23    PREVIOUS BALANCE **209,406.64**

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| FEB 01 | EFT ACH Master STARCAPITAL Monthlypmt230130 | -2701.61 | 206705.03 |
| FEB 01 | SHARE DRAFT 11459 TRACE#: 00109440 | -221.38 | 206483.65 |
| FEB 01 | SHARE DRAFT 11498 TRACE#: 00113275 | -443.14 | 206040.51 |
| FEB 01 | SHARE DRAFT 11565 TRACE#: 75300050 | -563.50 | 205477.01 |
| FEB 02 | DEPOSIT | 35000.00 | 240477.01 |
| FEB 02 | SHARE DRAFT 11474 TRACE#: 00104960 | -3902.50 | 236574.51 |
| FEB 03 | WITHDRAWAL-CASH | -750.00 | 235824.51 |
| FEB 03 | SHARE DRAFT 11566 TRACE#: 53100045 | -726.00 | 235098.51 |
| FEB 03 | SHARE DRAFT 11501 TRACE#: 00109800 | -28.00 | 235070.51 |
| FEB 03 | SHARE DRAFT 11531 TRACE#: 00300105 | -4000.00 | 231070.51 |
| FEB 03 | SHARE DRAFT 11564 TRACE#: 80500030 | -4485.33 | 226585.18 |
| FEB 06 | EFT DISCOVER DISCOVER PHONE PAY 230205 | -848.00 | 225737.18 |
| FEB 06 | WITHDRAWAL | -400.00 | 225337.18 |
| FEB 07 | EFT ACH Master XCEL ENERGY-MN XCELENERGY | -961.18 | 224376.00 |
| FEB 07 | SHARE DRAFT 11510 TRACE#: 00118640 | -22.00 | 224354.00 |
| FEB 07 | SHARE DRAFT 11571 TRACE#: 00114430 | -225.00 | 224129.00 |
| FEB 07 | SHARE DRAFT 11490 TRACE#: 00113165 | -1331.49 | 222797.51 |
| FEB 07 | SHARE DRAFT 11588 TRACE#: 00101445 | -1468.91 | 221328.60 |
| FEB 07 | SHARE DRAFT 11550 TRACE#: 00121455 | -3173.14 | 218155.46 |
| FEB 07 | SHARE DRAFT 11411 TRACE#: 00110835 | -5000.00 | 213155.46 |
| FEB 08 | SHARE DRAFT 11513 TRACE#: 00111635 | -84.83 | 213070.63 |
| FEB 08 | SHARE DRAFT 11532 TRACE#: 00114870 | -160.82 | 212909.81 |
| FEB 08 | SHARE DRAFT 11562 TRACE#: 00109695 | -453.38 | 212456.43 |
| FEB 08 | SHARE DRAFT 11563 TRACE#: 00111950 | -557.91 | 211898.52 |
| FEB 08 | SHARE DRAFT 11541 TRACE#: 00113370 | -583.50 | 211315.02 |
| FEB 08 | SHARE DRAFT 11539 TRACE#: 00116535 | -6250.00 | 205065.02 |
| FEB 08 | WITHDRAWAL-CASH | -3300.00 | 201765.02 |
| FEB 09 | DEPOSIT | 35500.00 | 237265.02 |
| FEB 09 | SHARE DRAFT 11470 TRACE#: 00110300 | -673.40 | 236591.62 |
| FEB 09 | SHARE DRAFT 11560 TRACE#: 00108360 | -908.74 | 235682.88 |
| FEB 10 | SHARE DRAFT 11504 TRACE#: 00113540 | -1023.76 | 234659.12 |

- Continued -

RRSB FCCU Subpoena 007949



810 10th St SE | PO Box 2180
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****1711
Statement End Date: 02-28-23
Page: 2 of 4

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| FEB 10 | SHARE DRAFT 11592 TRACE#: 00107870 | -1434.67 | 233224.45 |
| FEB 10 | SHARE DRAFT 11505 TRACE#: 00113545 | -3374.55 | 229849.90 |
| FEB 10 | SHARE DRAFT 11516 TRACE#: 00107625 | -4108.25 | 225741.65 |
| FEB 10 | SHARE DRAFT 11523 TRACE#: 00107805 | -6379.89 | 219361.76 |
| FEB 10 | SHARE DRAFT 1526 TRACE#: 00100765 | -10192.51 | 209169.25 |
| FEB 13 | EFT ACH Master  State Auto - InbVENDOR PMT230210 | -225.03 | 208944.22 |
| FEB 13 | SHARE DRAFT 11558 TRACE#: 00105820 | -13710.52 | 195233.70 |
| FEB 13 | TRANSFER 2   PER JESSE VIA EMAIL | -9000.00 | 186233.70 |
| FEB 13 | SHARE DRAFT 11593 TRACE#: 00113925 | -154.00 | 186079.70 |
| FEB 13 | SHARE DRAFT 11559 TRACE#: 00104185 | -771.17 | 185308.53 |
| FEB 13 | DEPOSIT | 1600.00 | 186908.53 |
| FEB 14 | EFT ACH Master  PROG N WESTERN INS PREM 230213 | -94.81 | 186813.72 |
| FEB 14 | SHARE DRAFT 11529 TRACE#: 00111125 | -850.00 | 185963.72 |
| FEB 15 | EFT GRINNELL MUTUAL  Grinnell Mutual PREM PYMT 021523 | -933.90 | 185029.82 |
| FEB 15 | EFT ACH Master  TCCU TCCU ORIG FEB 15 | -1910.16 | 183119.66 |
| FEB 15 | DEPOSIT | 29000.00 | 212119.66 |
| FEB 15 | SHARE DRAFT 11543 TRACE#: 00208780 | -70.00 | 212049.66 |
| FEB 15 | SHARE DRAFT 1111 TRACE#: 52000055 | -4250.00 | 207799.66 |
| FEB 16 | EFT ACH Master  XCEL ENERGY-MN XCELENERGY | -557.91 | 207241.75 |
| FEB 16 | SHARE DRAFT 11617 TRACE#: 75300025 | -526.75 | 206715.00 |
| FEB 16 | SHARE DRAFT 11443 TRACE#: 00110940 | -15229.85 | 191485.15 |
| FEB 17 | DEPOSIT   CHECK#131957, MOUNTAIN TITLE COMPANY, STOCKMAN BANK | 25000.00 | 216485.15 |
| FEB 17 | DEPOSIT   no endoresment on check red river state bank cashiers check | 600000.00 | 816485.15 |
| FEB 17 | SHARE DRAFT 11522 TRACE#: 50200055 | -893.22 | 815591.93 |
| FEB 17 | SHARE DRAFT 11521 TRACE#: 50200050 | -973.23 | 814618.70 |
| FEB 17 | SHARE DRAFT 11540 TRACE#: 00106950 | -6533.83 | 808084.87 |
| FEB 17 | SHARE DRAFT 11520 TRACE#: 50200065 | -6605.00 | 801479.87 |
| FEB 21 | EFT GRINNELL MUTUAL  Grinnell Mutual PREM PYMT 022123 | -366.75 | 801113.12 |
| FEB 21 | DEPOSIT | 5000.00 | 806113.12 |
| FEB 21 | SHARE DRAFT 11596 TRACE#: 00100485 | -712.21 | 805400.91 |
| FEB 21 | SHARE DRAFT 11609 TRACE#: 00106175 | -788.42 | 804612.49 |
| FEB 21 | SHARE DRAFT 11524 TRACE#: 00100480 | -871.03 | 803741.46 |
| FEB 21 | SHARE DRAFT 11574 TRACE#: 00102225 | -1672.00 | 802069.46 |
| FEB 21 | SHARE DRAFT 11598 TRACE#: 00100475 | -1823.42 | 800246.04 |
| FEB 21 | SHARE DRAFT 11601 TRACE#: 00106185 | -1864.50 | 798381.54 |
| FEB 21 | SHARE DRAFT 11589 TRACE#: 00111875 | -3000.00 | 795381.54 |
| FEB 21 | SHARE DRAFT 1159 TRACE#: 00100490 | -3497.89 | 791883.65 |
| FEB 21 | SHARE DRAFT 1549 TRACE#: 00102220 | -4650.31 | 787233.34 |
| FEB 21 | SHARE DRAFT 11551 TRACE#: 00110860 | -5000.00 | 782233.34 |
| FEB 21 | SHARE DRAFT 11503 TRACE#: 00111880 | -7500.00 | 774733.34 |
| FEB 21 | SHARE DRAFT 11538 TRACE#: 00113210 | -28336.00 | 746397.34 |
| FEB 21 | SHARE DRAFT 11610 TRACE#: 00106180 | -77566.70 | 668830.64 |
| FEB 22 | EFT STATE FARM RO 27  STATE FARM RO 27SFPP | -317.21 | 668513.43 |
| FEB 22 | SHARE DRAFT 11612 TRACE#: 00125840 | -35.00 | 668478.43 |
| FEB 22 | SHARE DRAFT 7110 TRACE#: 00115245 | -75.95 | 668402.48 |
| FEB 22 | SHARE DRAFT 11590 TRACE#: 00117050 | -251.79 | 668150.69 |
| FEB 22 | SHARE DRAFT 11608 TRACE#: 00124955 | -318.00 | 667832.69 |
| FEB 22 | SHARE DRAFT 10565 TRACE#: 00115840 | -360.00 | 667472.69 |
| FEB 22 | SHARE DRAFT 11546 TRACE#: 00100745 | -464.48 | 667008.21 |
| FEB 22 | SHARE DRAFT 11615 TRACE#: 00125335 | -865.79 | 666142.42 |
| FEB 22 | SHARE DRAFT 11620 TRACE#: 00100460 | -20000.00 | 646142.42 |
| FEB 22 | SHARE DRAFT 11530 TRACE#: 00116315 | -31145.50 | 614996.92 |
| FEB 22 | SHARE DRAFT 11142 TRACE#: 00118920 | -367770.95 | 247225.97 |
| FEB 23 | SHARE DRAFT 11611 TRACE#: 00105090 | -69.10 | 247156.87 |
| FEB 23 | SHARE DRAFT 11535 TRACE#: 00106800 | -180.00 | 246976.87 |
| FEB 23 | SHARE DRAFT 11594 TRACE#: 00104880 | -201.75 | 246775.12 |
| FEB 23 | SHARE DRAFT 11600 TRACE#: 00102750 | -843.48 | 245931.64 |
| FEB 23 | SHARE DRAFT 1111 TRACE#: 80300035 | -1443.44 | 244488.20 |
| FEB 23 | SHARE DRAFT 11410 TRACE#: 00100620 | -3956.59 | 240531.61 |
| FEB 24 | SHARE DRAFT 11595 TRACE#: 00102040 | -10.88 | 240520.73 |

- Continued -

RRSB FCCU Subpoena 007950



510 10th St SE | PO Box 2180
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****1711
Statement End Date: 02-28-23
Page: 3 of 4

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| FEB 24 | SHARE DRAFT 11602 TRACE#: 00101145 | -57.85 | 240462.88 |
| FEB 24 | SHARE DRAFT 11599 TRACE#: 00102745 | -384.62 | 240078.26 |
| FEB 24 | SHARE DRAFT 11570 TRACE#: 00106940 | -1105.00 | 238973.26 |
| FEB 24 | SHARE DRAFT 11629 TRACE#: 00106260 | -3695.63 | 235277.63 |
| FEB 24 | DEPOSIT | 9450.00 | 244727.63 |
| FEB 28 | EFT ACH Master  XCEL ENERGY-MN XCELENERGY | -169.59 | 244558.04 |
| FEB 28 | SHARE DRAFT 11542 TRACE#: 00104420 | -607.10 | 243950.94 |
| FEB 28 | SHARE DRAFT 11626 TRACE#: 00103880 | -2000.00 | 241950.94 |
| FEB 28 | SHARE DRAFT 11441 TRACE#: 00105860 | -2284.43 | 239666.51 |
| FEB 28 | SHARE DRAFT 11623 TRACE#: 00109795 | -2583.00 | 237083.51 |
| FEB 28 | SHARE DRAFT 11624 TRACE#: 00106175 | -2583.33 | 234500.18 |
| FEB 28 | SHARE DRAFT 11537 TRACE#: 00109790 | -8187.67 | 226312.51 |
| FEB 28 | DEPOSIT | 68000.00 | 294312.51 |
| FEB 28 | WITHDRAWAL | -3005.00 | 291307.51 |
| FEB 28 | SHARE DRAFT 11554 TRACE#: 00119265 | -438.63 | 290868.88 |
| FEB 28 | SHARE DRAFT 11528 TRACE#: 00109995 | -574.76 | 290294.12 |
| FEB 28 | SHARE DRAFT 11515 TRACE#: 00111365 | -3465.62 | 286828.50 |
| ENDING BALANCE | | | **286,828.50** |

## Check Summary
*\* = break in check sequence*

| SD# | Date | Amount | SD# | Date | Amount |
|---|---|---|---|---|---|
| 1111 | 02-15-23 | 4250.00 | 11529 | 02-14-23 | 850.00 |
| 1111 | 02-23-23 | 1443.44 | 11530 | 02-22-23 | 31145.50 |
| 1159 * | 02-21-23 | 3497.89 | 11531 | 02-03-23 | 4000.00 |
| 1526 * | 02-10-23 | 10192.51 | 11532 | 02-08-23 | 160.82 |
| 1549 * | 02-21-23 | 4650.31 | 11535 * | 02-23-23 | 180.00 |
| 7110 * | 02-22-23 | 75.95 | 11537 * | 02-27-23 | 8187.67 |
| 10565 * | 02-22-23 | 360.00 | 11538 | 02-21-23 | 28336.00 |
| 11142 * | 02-22-23 | 367770.95 | 11539 | 02-08-23 | 6250.00 |
| 11410 * | 02-23-23 | 3956.59 | 11540 | 02-17-23 | 6533.83 |
| 11411 | 02-07-23 | 5000.00 | 11541 | 02-08-23 | 583.50 |
| 11441 * | 02-27-23 | 2284.43 | 11542 | 02-27-23 | 607.10 |
| 11443 * | 02-16-23 | 15229.85 | 11543 | 02-15-23 | 70.00 |
| 11459 * | 02-01-23 | 221.38 | 11546 * | 02-22-23 | 464.48 |
| 11470 * | 02-09-23 | 673.40 | 11550 * | 02-07-23 | 3173.14 |
| 11474 * | 02-02-23 | 3902.50 | 11551 | 02-21-23 | 5000.00 |
| 11490 * | 02-07-23 | 1331.49 | 11554 * | 02-28-23 | 438.63 |
| 11498 * | 02-01-23 | 443.14 | 11558 * | 02-10-23 | 13710.52 |
| 11501 * | 02-03-23 | 28.00 | 11559 | 02-13-23 | 771.17 |
| 11503 * | 02-21-23 | 7500.00 | 11560 | 02-09-23 | 908.74 |
| 11504 | 02-10-23 | 1023.76 | 11562 * | 02-08-23 | 453.38 |
| 11505 | 02-10-23 | 3374.55 | 11563 | 02-08-23 | 557.91 |
| 11510 * | 02-07-23 | 22.00 | 11564 | 02-03-23 | 4485.33 |
| 11513 * | 02-08-23 | 84.83 | 11565 | 02-01-23 | 563.50 |
| 11515 * | 02-28-23 | 3465.62 | 11566 | 02-03-23 | 726.00 |
| 11516 | 02-10-23 | 4108.25 | 11570 * | 02-24-23 | 1105.00 |
| 11520 * | 02-17-23 | 6605.00 | 11571 | 02-07-23 | 225.00 |
| 11521 | 02-17-23 | 973.23 | 11574 * | 02-21-23 | 1672.00 |
| 11522 | 02-17-23 | 893.22 | 11588 * | 02-07-23 | 1468.91 |
| 11523 | 02-10-23 | 6379.89 | 11589 | 02-21-23 | 3000.00 |
| 11524 | 02-21-23 | 871.03 | 11590 | 02-22-23 | 251.79 |
| 11528 * | 02-28-23 | 574.76 | 11592 * | 02-10-23 | 1434.67 |

*- Continued -*

RRSB FCCU Subpoena 007951



5100 10th St SE | PO Box 2180
Jamestown, ND 58401-280
*myFCCU.com*

**Account Number:** *****1711
**Statement End Date:** 02-28-23
**Page:** 4 of 4

## Check Summary
*\* = break in check sequence*

| SD# | Date | Amount |
|---|---|---|
| 11593 | 02-13-23 | 154.00 |
| 11594 | 02-23-23 | 201.75 |
| 11595 | 02-24-23 | 10.88 |
| 11596 | 02-21-23 | 712.21 |
| 11598 * | 02-21-23 | 1823.42 |
| 11599 | 02-24-23 | 384.62 |
| 11600 | 02-23-23 | 843.48 |
| 11601 | 02-21-23 | 1864.50 |
| 11602 | 02-24-23 | 57.85 |
| 11608 * | 02-22-23 | 318.00 |
| 11609 | 02-21-23 | 788.42 |

## Check Summary
*\* = break in check sequence*

| SD# | Date | Amount |
|---|---|---|
| 11610 | 02-21-23 | 77566.70 |
| 11611 | 02-23-23 | 69.10 |
| 11612 | 02-22-23 | 35.00 |
| 11615 * | 02-22-23 | 865.79 |
| 11617 * | 02-16-23 | 526.75 |
| 11620 * | 02-22-23 | 20000.00 |
| 11623 * | 02-27-23 | 2583.00 |
| 11624 | 02-27-23 | 2583.33 |
| 11626 * | 02-27-23 | 2000.00 |
| 11629 * | 02-24-23 | 3695.63 |

### Deposits, Dividends and Other Credits

| Date | Amount |
|---|---|
| 02-02-2023 | 35000.00 |
| 02-09-2023 | 35500.00 |
| 02-13-2023 | 1600.00 |
| 02-15-2023 | 29000.00 |
| 02-17-2023 | 25000.00 |
| 02-17-2023 | 600000.00 |
| 02-21-2023 | 5000.00 |
| 02-24-2023 | 9450.00 |
| 02-28-2023 | 68000.00 |

| | | |
|---|---|---|
| **Total Dividends** | 0 | 0.00 |
| **Total Deposits and Other Credits** | 9 | 808550.00 |

### Withdrawals, Fees and Other Debits

| Date | Amount |
|---|---|
| 02-01-2023 | -2701.61 |
| 02-03-2023 | -750.00 |
| 02-06-2023 | -848.00 |
| 02-06-2023 | -400.00 |
| 02-07-2023 | -961.18 |
| 02-08-2023 | -3300.00 |
| 02-13-2023 | -225.03 |
| 02-13-2023 | -9000.00 |
| 02-14-2023 | -94.81 |
| 02-15-2023 | -933.90 |
| 02-15-2023 | -1910.16 |
| 02-16-2023 | -557.91 |
| 02-21-2023 | -366.75 |
| 02-22-2023 | -317.21 |
| 02-28-2023 | -169.59 |
| 02-28-2023 | -3005.00 |

| | | |
|---|---|---|
| **Total Fees** | 0 | 0.00 |
| **Total withdrawal and Other Debits** | 16 | -25541.15 |

---

| | | | |
|---|---|---|---|
| **MEMBERSHIP SAVINGS** ACCT# 3 | 02-01-23 THRU 02-28-23 | **PREVIOUS BALANCE** | 5.00 |
| **ENDING BALANCE** | | | **5.00** |

### Dividend Summary

| Account Number | New Balance | Dividends YTD |
|---|---|---|
| 1 | 0.00 | 0.00 |
| 2 | 286,828.50 | 0.00 |
| 3 | 5.00 | 0.00 |
| Total Dividends YTD: | **$0.00** | |

*- End of Statement -*

RRSB FCCU Subpoena 007952

Third Ruins Note

EXHIBIT
E-1

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11750

77-7869/2913

**** THENTY FIVE THOUSAND AND 00/100 DOLLARS

TO THE ORDER OF

03/21/23    $25,000.00**

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

Business Account

Authorized Signature

7110

LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

Date 4/17/23   Approved by CBA

CUSTOMER NAME

Jesse Craig

Customer Number    Loan Number    Tran Code
                   51658          09  s    25000.00

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment

Third Ruins Note


EXHIBIT E-2

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

12039

77-7869/2913

**** THENTY FIVE THOUSAND AND 00/100 DOLLARS

06/02/23      $25,000.00**

TO THE ORDER OF
RED RIVER STATE BANK
BOX 25
HALSTAD, MN   56548

Business Account

Authorized Signature

7110

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 6-8-23   APPROVED BY

CUSTOMER NAME

Jesse Robert Craig

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
(09) Regular Payment
Memo

Customer Number    Loan Number    Tran Code
                   51658          09   $   25 000.00

Third Ruins Note

EXHIBIT E-3

**Craig Development, LLC**
PO Box 425
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

12206

77-7869/2913

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

07/20/23         $25,000.00**

TO THE ORDER OF

RED RIVER STATE BANK
BOX 25
HALSTAD, MN   56548

Business Account

Authorized Signature

7110

---

**LOAN DEPARTMENT CREDIT**
UCM 5002 (R 4/10)

Date 7/24/23    Approved by CBR

CUSTOMER NAME

Jesse Craig

Customer Number    Loan Number    Tran Code
                   51658          09    $   25000.00

46 Principal Payment
50 Interest Payment
58 Late Charge
92 Principal Payment (End)
09 Regular Payment

Third Ruins Note



**EXHIBIT E-4**

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7889/2913

12249

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

08/01/23   $25,000.00**

TO THE ORDER OF
RED RIVER STATE BANK
BOX 25
HALSTAD, MN   56548

Business Account
Authorized Signature

7110

---

LOAN DEPARTMENT CREDIT

Date 8.22.23   Approved by CBA

CUSTOMER NAME
Jesse Craig

46 Principal Payment
50 Interest Payment
58 Late Charge
92 Principal Payment (End)
09 Regular Payment

Customer Number | Loan Number | Tran Code
 | 51658 | 09  s   25 000.00

Third Ruins Note


EXHIBIT E-5

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7859/2913

12355

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

08/31/23      $25,000.00**

TO THE ORDER OF

RED RIVER STATE BANK
BOX 25
HALSTAD, MN  56548

Business Account
Authorized Signature

7110

---

**LOAN DEPARTMENT CREDIT**

Date 9.20.23   Approved by CBD

CUSTOMER NAME

Jesse Craig/Ruins

Customer Number   Loan Number   Tran Code
                  51658         09   $ 25000.00

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment

EXHIBIT F

```
10663  JESSE ROBERT CRAIG
       PO BOX 426
       FARGO ND 58107


LOAN #      51658   COLL DESC BLANKET UCC;ORIG BAL    600,000.00  ORIG DATE  2/17/2023  ORIG DISC       0.00  RENW BAL        0.00
                    RENW DATE              TMS EXT  0             LAST MATY 12/30/2023  RATE          .07750  TYPE CODE 4
                    APR OFF    CBA         COLL CODE   JN
```

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/17/2023 | 34 | 600,000.00 | 0 | 0.00 | 02/20/2023 | OPENING ADVANCE | 600,000.00 |
| 04/10/2023 | 94 | 1,250.00 | 0 | 0.00 | | | 600,000.00 |
| 04/17/2023 | 46 | 17,483.56 | 50 | 7,516.44 | | | 582,516.44 |
| 06/08/2023 | 46 | 18,568.38 | 50 | 6,431.62 | | | 563,948.06 |
| 07/10/2023 | 94 | 1,250.00 | 0 | 0.00 | | | 563,948.06 |
| 07/24/2023 | 46 | 19,491.85 | 50 | 5,508.15 | | | 544,456.21 |
| 08/10/2023 | 94 | 1,250.00 | 0 | 0.00 | | | 544,456.21 |
| 08/22/2023 | 46 | 21,647.49 | 50 | 3,352.51 | | | 522,808.72 |
| 09/11/2023 | 94 | 4,396.04 | 0 | 0.00 | | | 522,808.72 |
| 09/20/2023 | 46 | 21,780.79 | 50 | 3,219.21 | | | 501,027.93 |
| 10/10/2023 | 94 | 4,396.04 | 0 | 0.00 | | | 501,027.93 |
| 11/09/2023 | 94 | 4,396.04 | 0 | 0.00 | | | 501,027.93 |
| 12/11/2023 | 94 | 4,396.04 | 0 | 0.00 | | | 501,027.93 |
| 01/09/2024 | 94 | 4,396.04 | 0 | 0.00 | | | 501,027.93 |

RRSB Ruins 02306

## The Third Ruins Note: Payment History and Accrual of Interest + Late Fees

Dated 2/17/23   Claim No. 1   Originating Interest Rate: 7.75% per annum   Affidavit of Charles Aarestad re: Third Ruins Note

| Date | Charge (+) | Total Payment (-) | Interest Pmt. | Principal Pmt. | Description | Per Diem | # of Days | Accrued Interest | (Principal Pmt.) | Interest | Principal | Late Fees | TOTAL | Exhibit No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/17/2023 | | | | | Loan 51658 Account Opened | | | | | $ - | $ - | $ - | | |
| 2/17/2023 | $ 600,000.00 | | | | Opening Advance | $ 127.40 | 0 | $ - | | $ - | $ 600,000.00 | $ - | | |
| 4/10/2023 | $ 1,250.00 | | | | Late Fee Assessed | | | | | | $ 600,000.00 | $ 1,250.00 | | |
| 4/17/2023 | | | | | Interest Calculation | $ 127.40 | 59 | $ 7,516.44 | | $ 7,516.44 | $ 600,000.00 | $ 1,250.00 | | |
| 4/17/2023 | | $ (25,000.00) | $ (7,516.44) | $ (17,483.56) | March 2023 Payment Made | $25,000.00 Payment: | | $ (7,516.44) | $ (17,483.56) | $ (0.00) | $ 582,516.44 | $ 1,250.00 | | E-1 |
| 6/8/2023 | | | | | Interest Calculation | $ 123.68 | 52 | $ 6,431.62 | | $ 6,431.62 | $ 582,516.44 | $ 1,250.00 | | |
| 6/8/2023 | | $ (25,000.00) | $ (6,431.62) | $ (18,568.38) | April 2023 Payment Made | $25,000.00 Payment: | | $ (6,431.62) | $ (18,568.38) | $ (0.00) | $ 563,948.06 | $ 1,250.00 | | E-2 |
| 7/10/2023 | $ 1,250.00 | | | | Late Fee Assessed | | | | | | $ 563,948.06 | $ 2,500.00 | | |
| 7/24/2023 | | | | | Interest Calculation | $ 119.74 | 46 | $ 5,508.15 | | $ 5,508.15 | $ 563,948.06 | $ 2,500.00 | | |
| 7/24/2023 | | $ (25,000.00) | $ (5,508.15) | $ (19,491.85) | May 2023 Payment Made | $25,000.00 Payment: | | $ (5,508.15) | $ (19,491.85) | $ (0.00) | $ 544,456.21 | $ 2,500.00 | | E-3 |
| 8/10/2023 | $ 1,250.00 | | | | Late Fee Assessed | | | | | | $ 544,456.21 | $ 3,750.00 | | |
| 8/22/2023 | | | | | Interest Calculation | $ 115.60 | 29 | $ 3,352.51 | | $ 3,352.51 | $ 544,456.21 | $ 3,750.00 | | |
| 8/22/2023 | | $ (25,000.00) | $ (3,352.51) | $ (21,647.49) | June 2023 Payment Made | $25,000.00 Payment: | | $ (3,352.51) | $ (21,647.49) | $ (0.00) | $ 522,808.72 | $ 3,750.00 | | E-4 |
| 9/11/2023 | $ 4,396.04 | | | | Late Fee Assessed | | | | | | $ 522,808.72 | $ 8,146.04 | | |
| 9/20/2023 | | | | | Interest Calculation | $ 111.01 | 29 | $ 3,219.21 | | $ 3,219.21 | $ 522,808.72 | $ 8,146.04 | | |
| 9/20/2023 | | $ (25,000.00) | $ (3,219.21) | $ (21,780.79) | Partial July 2023 Payment Made | $25,000.00 Payment: | | $ (3,219.21) | $ (21,780.79) | $ (0.00) | $ 501,027.93 | $ 8,146.04 | | E-5 |
| 10/10/2023 | $ 4,396.04 | | | | Late Fee Assessed | | | | | | $ 501,027.93 | $ 12,542.08 | | |
| 11/9/2023 | $ 4,396.04 | | | | Late Fee Assessed | | | | | | $ 501,027.93 | $ 16,938.12 | | |
| 12/11/2023 | $ 4,396.04 | | | | Late Fee Assessed | | | | | | $ 501,027.93 | $ 21,334.16 | | |
| 1/9/2024 | $ 4,396.04 | | | | Late Fee Assessed | | | | | | $ 501,027.93 | $ 25,730.20 | | |
| 1/6/2025 | 1/6/2025 | | | | **BANKRUPTCY PETITION FILED** | $ 106.38 | 474 | $ 50,425.36 | | $ 50,425.36 | $ 501,027.93 | $ 25,730.20 | $ 577,183.49 | |