UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>The Ruins, LLC,<br><br>     Debtor. | Case No.: 25-30004<br><br>Chapter 11 |
|---|---|

**DECLARATION OF KLJ ENGINEERING, LLC CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

STATE OF NORTH DAKOTA )
           ) SS
COUNTY OF __Burleigh__   )

  __Kristin Jensen__, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am the Contract and Insurance Administrative Specialist for KLJ Engineering, LLC ("KLJ") which has a principal place of business located at 400 E. Broadway Ave., Ste. 600, Bismarck, ND 58501.

3. I have been employed by KLJ since __2023__.

4. KLJ's business operations include engineering and surveying services.

5. I am one of KLJ's custodian of records.

6. KLJ provided surveying and engineering services for the construction of Jesse and Mulinda Craig's lake property located at 22587 Knollwood Lane, Pelican Rapids, Minnesota 56572 (the "Craig Lake Home").

7. KLJ was served with a Subpoena Duces Tecum in the lawsuit titled *Red River State Bank v. The Ruins, LLC et. al.*, Codington County Circuit Court, South Dakota (Case No. 14-CIV24-68). KLJ responded to the subpoena.

8. Attached as **Exhibit A** are true and correct copies of KLJ's listing of invoices, the actual invoices, and the executed Professional Services Agreement for the Craig Lake Home.

2

9. The records attached as **Exhibit A** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

10. It was the regular practice of the business activity to make the records attached as **Exhibit A**.

11. The records attached as **Exhibit A** were kept in the regular course of KLJ's business activity.

12. I certify under penalty of perjury that the foregoing is true and correct.

Executed on  18  day of September, 2025.

_____
[NAME]

4897-6076-4777 v.1

2

# Exhibit A
# KLJ Engineering, LLC

# Craig Lake Home Invoices and Professional Services Agreement

| Project Number | Customer | Invoice Currency | Invoice Amount | Balance Due | Bill Through | AR Invoice Number | Invoice Date | Check Number | Application Date |
|---|---|---|---|---|---|---|---|---|---|
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 1,320.00 | $ - | 9/4/2021 | 10158193 | 9/17/2021 | 38783 | 10/15/2021 |
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 1,019.50 | $ - | 10/2/2021 | 10159951 | 10/15/2021 | 39305 | 1/12/2022 |
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 1,781.00 | $ - | 10/30/2021 | 10161460 | 11/10/2021 | 39143 | 12/13/2021 |
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 3,205.00 | $ - | 12/7/2021 | 10162077 | 12/7/2021 | 39330 | 1/31/2022 |
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 106.50 | $ - | 1/1/2022 | 10164187 | 1/13/2022 | 39473 | 3/15/2022 |
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 1,352.00 | $ - | 3/5/2022 | 10166297 | 3/17/2022 | 114 | 4/18/2022 |
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 1,080.00 | $ - | 4/2/2022 | 10167521 | 4/15/2022 | 10280 | 5/16/2022 |
| 2116-01479 | CRAIG HOLDINGS LLC | USD | $ 537.00 | $ - | 6/4/2022 | 10170364 | 6/17/2022 | 10486 | 6/28/2022 |
| | | | $ 10,401.00 | | | | | | |



# Invoice

| | |
|---|---|
| Invoice Number: | 10158193 |
| Invoice Date: | 09/17/2021 |
| Invoice Terms: | NET 30 |

Page 1 of 1

To:
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone: 701.250.5996

Project: 2116-01479    Craig Lake Cabin
Manager: KOLBINGER, SCOTT A
Professional Services for the Period Ending 09/04/2021

Task:  1    **Layout**

Engineer
Project Manager
Project Assistant

Total:    $1,320.00

Billing Total:    $1,320.00

***Current Invoice Amount***    $1,320.00

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.*
*Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0024



# Invoice

| | |
|---|---:|
| Invoice Number: | 10159951 |
| Invoice Date: | 10/15/2021 |
| Invoice Terms: | NET 30 |

Page 1 of 1

To:
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone: 701.250.5996

Project: 2116-01479      Craig Lake Cabin
Manager: KOLBINGER, SCOTT A
Professional Services for the Period Ending 10/02/2021

Task: 1     **Layout**

Engineer
GIS Analyst
Project Manager

Total: $1,019.50

Billing Total: $1,019.50

***Current Invoice Amount***     $1,019.50

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.*
*Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0025



## Invoice

| | |
|---|---|
| Invoice Number: | 10161460 |
| Invoice Date: | 11/10/2021 |
| Invoice Terms: | NET 30 |

Page 1 of 1

To:
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone: 701.250.5996

Project:      2116-01479                        Craig Lake Cabin
Manager:   KOLBINGER, SCOTT A
Professional Services for the Period Ending 10/30/2021

Task:    1               Layout

Engineer
Crew Chief
Project Manager
Professional Land Surveyor

Total:   $1,781.00

Billing Total:   $1,781.00

| ***Current Invoice Amount*** | $1,781.00 |
|---|---|

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.*
*Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0026



## Invoice

| | |
|---|---|
| Invoice Number: | 10162077 |
| Invoice Date: | 12/07/2021 |
| Invoice Terms: | NET 30 |

Page 1 of 1

To:
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone: 701.250.5996

Project:   2116-01479                                    Craig Lake Cabin
Manager:   KOLBINGER, SCOTT A
Professional Services for the Period Ending 12/07/2021

Task:   1          **Layout**

Engineer
Crew Chief
Project Manager
Engineer in Training
Professional Land Surveyor

Total:   $3,205.00

Billing Total:   $3,205.00

| ***Current Invoice Amount*** | $3,205.00 |
|---|---|

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.*
*Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0027



## Invoice

| | |
|---|---:|
| Invoice Number: | 10164187 |
| Invoice Date: | 01/13/2022 |
| Invoice Terms: | NET 30 |

Page 1 of 1

To:
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone:  701.250.5996

Project:      2116-01479                                Craig Lake Cabin
Manager:    KOLBINGER, SCOTT A
Professional Services for the Period Ending 01/01/2022

Task:     1                    **Layout**

Project Manager

Total:          $106.50

Billing Total:    $106.50

| ***Current Invoice Amount*** | $106.50 |
|---|---:|

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.*
*Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0028



## Invoice

| | |
|---|---|
| Invoice Number: | 10166297 |
| Invoice Date: | 03/17/2022 |
| Invoice Terms: | NET 30 |

Page 1 of 1

To:
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone: 701.250.5996

Project:      2116-01479                              Craig Lake Cabin
Manager:      KOLBINGER, SCOTT A
Professional Services for the Period Ending 03/05/2022

Task:   1          **Layout**

Survey Technician
Professional Land Surveyor

Total:    $1,352.00

Billing Total:    $1,352.00

| ***Current Invoice Amount*** | $1,352.00 |
|---|---|

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.*
*Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0029



# Invoice

| | |
|---|---:|
| Invoice Number: | 10167521 |
| Invoice Date: | 04/15/2022 |
| Invoice Terms: | NET 30 |

Page 1 of 1

**To:**
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone: 701.250.5996

Project:     2116-01479            Craig Lake Cabin
Manager:     KOLBINGER, SCOTT A
Professional Services for the Period Ending 04/02/2022

---

**Task:     1              Layout**

Survey Technician
Professional Land Surveyor

Total: $1,080.00

Billing Total: $1,080.00

| ***Current Invoice Amount*** | $1,080.00 |
|---|---:|

---

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.*
*Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0030



# Invoice

| | |
|---|---|
| Invoice Number: | 10170364 |
| Invoice Date: | 06/17/2022 |
| Invoice Terms: | NET 30 |

Page 1 of 1

To:
CRAIG HOLDINGS LLC
PO BOX 426
FARGO, ND US 58107

**Please Remit To**
KLJ Engineering LLC
PO Box 4130
Bismarck, ND 58502
Phone:  701.250.5996

Project:    2116-01479                           Craig Lake Cabin
Manager:    KOLBINGER, SCOTT A
Professional Services for the Period Ending 06/04/2022

Task:   1              **Layout**

Engineer
Project Manager

Total:    $537.00

Billing Total:    $537.00

| ***Current Invoice Amount*** | $537.00 |

*A late charge will be added to any unpaid invoice balance according to contract terms, with a minimum charge of $10.00.
Visit us at www.kljeng.com*

RRSB-KLJ Engineering LLC SD Subpoena 0031



## Miscellaneous Professional Services Agreement

| | | | |
|---|---|---|---|
| KLJ Project # | 2116-01479 | Effective Date | 8/27/2021 |

**Client Information**
| | | | |
|---|---|---|---|
| Name | Craigs Holdings LLC | Home # | - |
| Billing Address | PO Box 426 | Cell # | 701-371-9887 |
| City, State, Zip | Fargo, ND 58107 | Business # | 701-232-1355 |

**Authorized By**
| | | | |
|---|---|---|---|
| Name | Jesse Craig | Home # | jcraig@gmail.com |
| Title | Owner | Cell # | 701-371-9887 |
| | | Business # | 701-232-1355 |

Project Description   Craig Lake Cabin

Detailed Description of Services
Prepare a Site Layout based on files provided by the owner depicting the location of the proposed cabin located at Lot 2, Haugen's Knollwood or 22587 Knollwood Lane, Pelican Rapids. Engineer will also review City/County ordinances for applicable setbacks.

**Project Location**
| | | | | | |
|---|---|---|---|---|---|
| Township | 137 | Range | 42 | Section | 8 |
| City of | - | County | Ottertail | State | MN |
| Lot | 2 | Block | - | Addition | Haugen's Knollwood |

| | |
|---|---|
| Estimated Completion Date of Services | Within 14 calendar days of contract execution and delivery to KLJ. |
| Estimated Fees for Services | $2,000.00   Type   Hourly Rates plus Expenses |

Special Conditions to be considered
Boundary and topographic survey, grading design, utility design, and construction staking are not included, but available as an additional service.

Other Items
None

### TERMS AND CONDITIONS

1. Payment for services is due and payable when billed. Any amount not paid within 30 days will be subject to a late payment charge of 1½% per month. If payment is based upon Hourly Rates plus Expenses and it will be an amount equal to KLJ's Direct Labor Costs times a designated factor for labor, overhead and profit for the services of all KLJ's personnel engaged on the Project, plus Reimbursable Expenses and KLJ's Consultant charges times a factor.

2. Payment for services does not include any agency review fees, submittal fees, filing fees, permit fees, or other such fees. Client will pay all such fees directly.

3. To the fullest extent permitted by law, Client and KLJ (1) waive against each other, and the other's employees, officers, directors, agents, insurers, partners, and consultants, any and all claims for or entitlement to special, incidental, indirect, or consequential damages arising out of, resulting from, or in any way related to the Project, and (2) agree that KLJ's total liability to Client under this Agreement shall be limited to the total amount of compensation received by KLJ.

4. KLJ agrees, to the fullest extent permitted by law, to indemnify and hold harmless the Client, its officers, directors and employees (collectively, Client) against all damages, liabilities or costs, including reasonable attorneys' fees and defense costs, to the extent caused by the KLJ's negligent performance of professional services under this Agreement and that of its consultants or anyone for whom KLJ is legally liable. The Client agrees, to the fullest extent permitted by law, to indemnify and hold harmless the KLJ, its officers, directors, employees and consultants (collectively, KLJ) against all damages, liabilities or costs, including reasonable attorneys' fees and defense costs, to the extent caused by the Client's negligent acts in connection with the Project and the acts of its contractors, subcontractors or anyone for whom the Client is legally liable. Neither the Client nor the KLJ shall be obligated to indemnify the other party in any manner whatsoever for the other party's own negligence.

5. Neither Party shall be considered to be in default of this Agreement if delays in or failure of performance are due to forces beyond the reasonable control of the nonperforming Party, the effect of which the nonperforming Party could not avoid by the exercise of reasonable diligence. Such forces include, but are not limited to: fire, acts of God, flood, earthquake, storm, lightning, tornados, epidemic, war, riot, civil disturbance, sabotage, strike, work slowdown, or other labor disturbances, judicial restraint, action or inaction of any Government entity in either its sovereign or contractual capacity, quarantine restrictions, freight embargoes, delays in long lead time items and severe weather. Any changes to the terms of this agreement impacted by a Force Majeure event shall be documented in an Amendment to the Agreement.

6. The project schedule is dependent upon Client and or agency reviews and comments being received in a timely manner. An initial schedule will be submitted when written notice to proceed is received from the Client. The schedule will be updated during the progression of the services as needed.

7. Any files or data provided by KLJ to Client for use on the project are the intellectual property of KLJ. Client agrees that nothing in this Agreement allows Client to modify or reuse KLJ's intellectual property on any other project or for any other use or purpose without written permission from KLJ. Any such use, reuse or modification of KLJ's intellectual property will be at Consultant's sole risk and without liability or legal exposure to KLJ or its officers, directors, or employees. Client shall defend, indemnify and hold KLJ, its officers, directors and employees harmless from any and all damages, liabilities, claims, demands, and causes of action of every kind and character, including costs of litigation and reasonable attorneys' fees, arising out of or resulting from any use, reuse or modification of KLJ's intellectual property.

8. The standard of care for all services performed or furnished by KLJ under this Agreement will be the care and skill ordinarily used by members of the subject profession practicing under similar circumstances at the same time and in the same locality. KLJ makes no warranties, express or implied, under this Agreement or otherwise, in connection with KLJ's services.

9. The parties to this Agreement agree to attempt to resolve any and all unsettled claims, counterclaims, disputes, and other matters in question arising out of or relating to this Agreement or the breach thereof ("Dispute") through direct negotiations between the appropriate representatives of each party. If, within 30 days, such negotiations are not fully successful the parties agree to submit any outstanding issue to nonbinding mediation conducted in accordance with rules and procedures agreed to by the parties. If the Dispute remains unresolved after the mediation, either party may seek to have the Dispute resolved by a court of competent jurisdiction in the county and state where the project is located. The non-prevailing party in any Dispute shall pay all reasonable expenses, including mediator fees, administrative fees, travel expenses, out-of-pocket expenses such as copying, court costs, witness fess and reasonable attorneys' fees.

10. Neither party to this Agreement shall transfer, sublet or assign any rights under or interest in this Agreement without the prior written consent of the other party.

11. The parties hereto shall comply with applicable laws and regulations.

KLJ #2114-01479
Miscellaneous Professional Services Agreement

Page 2 of 3

Craigs Holdings LLC
Version 12.2018

RRSB-KLJ Engineering LLC SD Subpoena 0033

12. Any notice required to be given hereunder shall be given in writing and either hand-delivered, electronically mailed or mailed with proper postage, prepaid, certified, and return receipt requested. If hand-delivered or electronically mailed any notice shall be effective upon delivery. If mailed, such notice shall be effective on the third business day following mailing. Notices shall be to the attention of the Consultant Contact and KLJ Project Manager listed above.

13. The laws of the state in which the Project is located shall govern this Agreement including the interpretation, and construction thereof. The parties agree that the jurisdiction and venue for any controversy arising out of or relating to this Agreement shall be in the state or federal courts located in the county and state where the project is located.

14. Affirmative Action: KLJ shall abide by the requirements of 41 CFR 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, sexual orientation, gender identity or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status.

15. This Agreement and all attachments hereto constitute the entire agreement of the parties and supersedes any and all prior negotiations or understandings, whether written or oral. No subsequent amendment or modification of this Agreement shall be binding on the parties unless it is in writing and signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this agreement and the Client hereby authorizes the above-described services to be performed by KLJ Engineering LLC under the above terms and conditions set forth.

| | | | |
|---|---|---|---|
| Client | Craigs Holdings LLC | Signature | *[signature]* |
| Date | 8/27/21 | Printed Name | Jesse Craig |
| | | Title | Owner |
| | | | |
| KLJ Engineering LLC | | Signature | *[signature]* |
| Date | 8/30/2021 | Printed Name | Mark Anderson |
| | | Title | Vice President |

KLJ #2114-01479
Miscellaneous Professional Services Agreement

Page 3 of 3

Craigs Holdings LLC
Version 12.2018

RRSB-KLJ Engineering LLC SD Subpoena 0034