# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>Debtor. | Case No.: 25-30004<br><br>Chapter 11 |

## DECLARATION OF RYLAN OJALA (WATERTIGHT, INC.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF SOUTH DAKOTA    )
                         )  S
                         )  S
COUNTY OF CODINGTON      )

Rylan Ojala, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.  I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2.  I am the President of Watertight, Inc. ("Watertight") located in Castlewood South Dakota and have been employed by Watertight since 2015. Watertight provides plumbing goods and labor.

3.  I am the records custodian for Watertight.

4.  I have personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). Watertight provided plumbing goods and labor for the Ruins Project.

5.  I have personal knowledge of the construction of the mixed-use building located at 26 ₜ 1ˢ Ave. Watertown, South Dakota (the "Generations Project"). Watertight provided plumbing goods and labor for the Generations Project.

6.  A true and correct copy of Watertight's Statement of Claim for Mechanic's, Materialman's, or Laborer's Lien dated February 14, 2023 with respect to the Ruins Project (the "Watertight Lien") is attached as **Exhibit A**. True and correct copies of Watertight's payment applications for the Ruins Project are included as exhibits to the Watertight Lien.

7.    True and correct copies of Watertight's Estimate and Invoices for the Ruins Project are attached as **Exhibit B**.

8.    True and correct copies of Watertight's Payment records for the Ruins Project are attached as **Exhibit C**.

9.    True and correct copies of Watertight's Payment Applications for its work performed on the Generations Project are attached as **Exhibit D**.

10.    True and correct copies of Watertight's Estimate and Invoices for work performed on the Generations Project are attached as **Exhibit E**.

11.    True and correct copies of Watertight's Payment records for the Generations Project are attached as **Exhibit F**.

12.    The documents attached as **Exhibits A (Watertight Lien), B (Watertight-Ruins Estimate and Invoices), C (Watertight-Ruins Payments), D (Watertight-Generations Payment Applications), E (Watertight-Generations Estimate and Invoices), and F (Watertight-Generations Payments)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

13.    It was the regular practice of Watertight's business activities to make the records and/or to keep copies from information transmitted by attached as **Exhibits A, B, C, D, E, and F**.

14.    The records attached as **Exhibit A, B, C, D, E, and F** were kept in the regular course of business activity.

15.    I certify under penalty of perjury that the foregoing is true and correct.

Executed on 19 day of September, 2025.

Rylan Ojala

4914-8850-3398 v.1

2

# **Exhibit A**

# **Watertight, Inc.**

# **Watertight Lien**

*This instrument prepared by:*

A.J. Swanson of
ARVID J. SWANSON P.C.
27452 482nd Ave.
Canton, SD 57013
605-743-2070
6351-001 (Ver. F-1)



**INSTRUMENT NO. 202300499 Pages: 30
BOOK: 2023  MECHANICS LIEN
PAGE: 68**

**2/24/2023 10:05:00 AM**

*Ann Rasmussen*

**ANN RASMUSSEN, REGISTER OF DEEDS
CODINGTON COUNTY, SOUTH DAKOTA
Recording Fee: 30.00
Return To: REGISTER OF DEEDS**

---

### STATEMENT OF CLAIM FOR MECHANIC'S, MATERIALMAN'S OR LABORER'S LIEN ON REAL PROPERTY

Notice is hereby given that WATERTIGHT, INC. (South Dakota Secretary of State # DB060253), of 18273 464th Ave., Castlewood, SD 57223 (hereinafter "Claimant ") intends to claim and hold a lien, in the amount herein described, for the value of work now completed as further described in Section 1, together with interest added thereon at the statutory or contract rate (10%, based on Category B, SDCL 53-3-16, from the date of Claimant's submitted but unpaid work progress applications and retainage, arising out of that "estimate," for plumbing goods and labor for installation thereof (the "Plumbing System Work" or "Work"), for supplying and installing such system in accordance with the plans drawn by others and installed within a new 63-unit residential structure being further constructed by others (the "Project") upon the real property herein described, having an address of 315 E. Kemp Ave., Watertown, SD 57201, now owned by "Owner," as named following. The lien described and as herein claimed is presently in the amount of $188,338.35, an amount unpaid and based on current state of completion, plus retainage of $58,838.35 (total of $247,176.70), or in the alternative, in the full amount of $750,235.00 (less the cumulative amounts of the five payments reflected in *Subsections B to F*, inclusive, of Section 1, following), should Claimant be required, or further agrees, to complete the Work.

Section 1 (*Plumbing System Work Performed by Claimant*):

A.      Claimant's Statement of Claim arises from the Plumbing System Work for benefit of the Project, for the estimated cost of $750,235.00, as directed to Craig Properties, LLC (Watertown, SD) as accepted by one Jesse Craig on April 25, 2022 ("Obligor"), a true copy being annexed hereto as "Exhibit A." The proposal is inclusive of both materials and labor, as described, without further differentiation, and further provides that ten (10) percent down is "required within 60 days of signed contract." As Owner and Obligors neither suggested nor required any formal contract, Claimant is of the view the bid – with acceptance by Jesse Craig on April 25, 2022 – is the contract for the Plumbing System Work.

B.      Claimant, by *Payment Application # 1*, dated May 18, 2022, requested payment of $75,023.50 (being 10% of the bid), less retainage of $7,502.35, for net payment due of $67,521.15; a true copy of Payment Application # 1 is annexed hereto as Exhibit B. This amount was paid to and received by Claimant July 20, 2022.

C.      Claimant, by *Payment Application # 2*, dated July 25, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 2 is annexed as Exhibit C. This amount was paid and received by Claimant on August 19, 2022.

D.      On or about August 2, 2022, Obligor Craig Development, LLC, paid Claimant the sum of $75,023.50, although Payment Application # 3 had not yet been prepared or submitted; under the circumstances, Obligor instructed Claimant to not submit # 3; the document annexed as Exhibit D merely recounts the fact of payment and retainage at the time and in the amount described in this Subsection D.

E.      Claimant, by *Payment Application # 4*, dated August 22, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 4 is annexed as <u>Exhibit E</u>. This amount was paid to Claimant on September 27, 2022.

F.      Claimant, by *Payment Application # 5*, dated September 22, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 5 is attached as <u>Exhibit F</u>. This amount was paid to Claimant on December 14, 2022.

G.      Claimant, by *Payment Application # 6*, dated October 19, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 6 is attached as <u>Exhibit G</u>. No amount of Payment Application # 6 has been paid to Claimant as of the date of this Statement.

H.      Claimant, by *Payment Application # 7*, dated November 18, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 7 is attached as <u>Exhibit H</u>. No amount of Payment Application # 7 has been paid to Claimant as of the date of this Statement.

I.      Claimant, by *Payment Application # 8*, dated December 19, 2022, requested payment of $49,500.00, net of retainage; a true copy of Payment Application # 8 is attached as <u>Exhibit I</u>. No amount of Payment Application # 8 has been paid to Claimant as of the date of this Statement.

J.      At the date of this Statement, based on the seven (7) Payment Applications identified above, plus the additional payment described in Subsection D, Claimant has completed Plumbing System Work of the value of $588,383.35, with $58,838.35 being assigned to retainage. Of the balance billed to Obligor thus far (namely, $533,383.00) Claimant, to date, has received payments in the total amount of $345,044.65 (unpaid balance being $188,338.35). Claimant continued to provide Plumbing System Work after the date of Payment Application # 8, with Claimant's last material contribution being on December 1, 2022. On that date, Claimant's wholesale supplier, P&H Wholesale, Sioux Falls, delivered to Owner's site the two (2) large water heaters as are listed on the first page of <u>Exhibit A</u>, under the heading of "mechanical" – these items were included in *Payment Application # 8* (<u>Exhibit I</u>). However, further installation had to be deferred, as the roof over the mechanical room remained unfinished and was not weatherproof; these units were stored in a locked garage on site, under Owner's control. Further, Claimant elected to cease further Plumbing System Work on Owner's Project, due to Owner's or Obligor's unsatisfactory track record. Payments were repeatedly promised, but never received. Claimant is willing and able to return to the Project to complete the work in question, provided a satisfactory, reliable payment system for completing the Plumbing System Work is put in place.

<u>Section 2</u>. *(Summary of Present Claim):* Collectively, Obligors (as identified in Section 3) are indebted to Claimant for the Plumbing System Work in the amount of $188,338.35 (as further referenced in Section 1(J), above), this being the amount due and unpaid for the work completed, plus retainage of $58,838.35.

<u>Section 3</u> *(Identity of Claimant, Obligors, Contribution Dates, Property Description & Owner):*

A.      *The name and post office address of Claimant is:*
        **WATERTIGHT, INC., 18273 464th Ave., Castlewood, SD 57223**

B.      *The name and post office address of the Obligors for whom the Work was furnished are:*
        **PREVAIL LLC, 10 N. Broadway, # 103, Watertown, SD 57201**
        **PREVAIL BUILD, 100 E. Kemp Ave., Suite E, Watertown, SD 57201**
        **BUILD, LLC, 100 E. Kemp Ave., Suite E, Watertown, SD 57201**
        **CRAIG HOLDINGS, LLC., P.O. Box 426, Fargo, ND 58107-0426**
        **CRAIG PROPERTIES, LLC., P.O. Box 426, Fargo, ND 58107-0426**

- 2 -

RRSB Ruins 03595

**CRAIG DEVELOPMENT, LLC., P.O. Box 426, Fargo, ND 58107-0426**

C.    *The date on which the first item of Claimant's contribution for which claim is hereby made was on or about April 25, 2022, with Claimant's last contribution being made on December 1, 2022. The real property to be charged with the lien is now legally described as:*

   **THE RUINS ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA, ACCORDING TO THE RECORDED PLAT THEREOF.**

D.    *That the name and address of the owner of interest ("Owner") in the aforementioned property at the time of making this statement according to the best information Claimant has available is:*

   **THE RUINS, LLC, 10 N. Broadway, # 103, Watertown, SD 57201**

E.    *An itemized statement of the account upon which the lien is claimed is provided in the several invoices, as further referenced above, and being marked as Exhibits B through I, inclusive, each being annexed hereto, and reflecting the unpaid balance (per the original bids for the Work described, of $195,861.85, plus retainage of $58,838.35, said amounts being inclusive of Work all performed to date, but does not include (a) the value of work performed following the date of Payment Application # 8, or (b) any further, future Plumbing System Work to the stage of completion.*

**Acknowledgement:**

Dated: **02/14/2023** .

   WATERTIGHT, INC. (Claimant)
   By: Rylan Ojala, President

**State of South Dakota, County of Codington) ss.**
On date written below, before me, a Notary Public, personally appeared Rylan Ojala, known to me to be the President of WATERTIGHT, INC., as described in and that executed the within instrument (Statement of Claim for Lien) and acknowledged to me that such entity executed the same.

Date: **02/14/2023**

   NOTARY PUBLIC – SOUTH DAKOTA

**My Commission Expires:**
**12/07/2028**                                                                                  (S E A L)

**Verification:**
**State of South Dakota, County of Codington) ss.**
Rylan Ojala, being first duly sworn, states and affirms that he is the President of WATERTIGHT, INC., the lien claimant within the foregoing Statement of Claim for Lien; that he has read said statement and knows the contents thereof; that he has knowledge of all the facts therein stated, and that said statement is in all respects true.

   Rylan Ojala, President
   WATERTIGHT, INC. (Claimant)

Subscribed and sworn to before me this date: **02/14/2023** .

**My Commission Expires:**
**12/07/2028**

   NOTARY PUBLIC – SOUTH DAKOTA

                                                              (S E A L)

- 3 -



*Separate Certificates of Service of this Statement of Claim upon Obligors (by First Class Mail)
and Owner (Certified Mail), following, are completed only for the original instrument recorded
with Register of Deeds, Codington County, South Dakota*

*Certificate of Service as to Obligors (First Class Mail):*
Undersigned certifies that a true copy of the foregoing lien statement (with all identified attachments) was
mailed to each of the Obligors as are identified in Section 3(B), by means of first-class mail, by mailing at
a facility of the U.S. Postal Service at Harrisburg, South Dakota, the date below written:

Date: February 21, 2023                    _Janna Severson_
                                           Janna Severson, Legal Assistant
                                           ARVID J. SWANSON, P.C.
                                           27452 482nd Ave.
                                           Canton, SD 57013
                                           (605) 743-2070

*Certificate of Service as to Owner (Certified Mail, Return Receipt Requested):*
Pursuant to SDCL §44-9-17, the undersigned says that on the date below stated, a true copy of the
foregoing lien statement (with all identified attachments) was mailed to the Owner identified above, at
said Owner's last known address, as listed in Section 3(D), by certified mail, return receipt requested, at a
facility of the U.S. Postal Service at Harrisburg, South Dakota, the post office receipt being affixed
immediately following:



Date: February 21, 2023                    _Janna Severson_
                                           Janna Severson, Legal Assistant
                                           ARVID J. SWANSON P.C.
                                           27452 482nd Ave.
                                           Canton, SD 57013
                                           (605) 743-2070

- 4 -

RRSB Ruins 03597

*Errata Note by Instrument Preparer:*

The reference to the unpaid balance in Section 3E, at page 3, line four, in lieu of $195,861.85, being correctly stated in the opening paragraph and in Section 1J and again in Section 2, is corrected to read:

"$188,338.35, plus retainage of $58,835.35, said amounts being inclusive of all Work performed to date, but does not include(a) the value of work performed following the date of Payment Application # 8, or (b) any further, future Plumbing System Work to the stage of competition."

AJS

RRSB Ruins 03598

# EXHIBIT A

Claimant's Bid for the "Plumbing System Work"
(March 25, 2022), Annexed

$750,235.00

RRSB Ruins 03599

**Watertight Inc.**
18273 464th Ave
Castlewood, SD  57223
(605) 237-1221
watertightcorp@gmail.com



## Estimate

**ADDRESS**
Craig Properties
315 East Kemp
Watertown, SD  57201

| | |
|---|---|
| ESTIMATE | The Ruins /1382 |
| DATE | 03/24/2022 |
| EXPIRATION DATE | 04/25/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **Sales** | | 750,235.00 | 750,235.00 |
| | The Ruins plumbing bid includes: | | | |
| | Apartments: | | | |
| | 2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat. | | | |
| | 72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets. | | | |
| | 2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel. | | | |
| | 2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel. | | | |
| | 84 - Lavatory sink plumbing and installation of customer provided faucets. | | | |
| | 78 - Toilet plumbing and installation of customer provided toilets. | | | |
| | 63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets. | | | |
| | 63 - Clothes washer boxes. | | | |
| | 126 - Stainless basket strainers for kitchen sinks provided by Watertight. | | | |
| | Mechanical: | | | |
| | 2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump | | | |
| | 1 - Floor drain in mechanical room | | | |
| | 1 - Gas piping for Water heaters and parking garage heaters | | | |
| | 1 - Hose bib in the mech room. | | | |
| | Roof Drains: | | | |
| | 20 - Roof drains according to plan. | | | |
| | Parking garage: | | | |
| | 10 - FD-2 floor drains where shown with no traps. | | | |
| | 11 - FD-1 floor drains where shown. | | | |
| | 1 - Striem OS-100 gpm sand/oil separator. | | | |
| | Core drilling for plumbing only is included. | | | |
| | Utility room: | | | |
| | 4 - Mop sink plumbing with chrome faucet. ground floor,2nd floor, 3rd floor, 4th floor. | | | |

RRSB Ruins 03600

1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | | |
|---|---|---|
| 10 percent down required with in 60 days of signed contract. | SUBTOTAL | 750,235.00 |
| THIS BID EXPIRES ON THIS DATE 04/25/2022. | | |
| To go with a OT-500 oil sand separator as spec'd on plans the bid price would go to $760,000. | TAX | 0.00 |
| | **TOTAL** | **$750,235.00** |

Accepted By

Accepted

*accepts by:* Jesse Cy

4-25-22

# EXHIBIT B

Claimant's Payment Application # 1
(May 18, 2022), Annexed

$67,521.15
Net of Retainage

Paid

# PAYMENT APPLICATION

| | | | |
|---|---|---|---|
| TO: Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: **The Ruins**<br>**315 E Kemp**<br>Watertown SD 57201 | Application #   1<br>Period Start   4/25/2022<br>Period End   5/25/2022<br>Application Date   5/18/2022<br>Subcontract #:<br>Date of Contract | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
| FROM: Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | |
| FOR: | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | |
|---|---|---|
| 1 | CONTRACT AMOUNT | $   750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | |
| 3 | CURRENT CONTRACT AMOUNT   (Line 1 + Line 2) | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $   75,023.50 |
| 5 | RETAINAGE: | |
| | a. 10% of completed work<br>(Columns D+E on Continuation Page) | $   7,502.35 |
| | b. 10% of Material Stored<br>(Column F on Continuation Page) | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | $7,502.35 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $67,521.15 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $   - |
| 8 | PAYMENT DUE | $67,521.15 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $682,713.85 |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*                    Date:   5/18/2022

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount   ...........................................   Date:

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures

GENERAL CONTRACTOR:

By:                                        Date:

ARCHITECT:

By:                                        Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

The Ruins Payment Request.xlsx

Payment application containing Contractor's signature is attached.

APPLICATION #     2
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | | $ 75,023.50 | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | | | | | | $ - | | | |
| 03 | | | | | | $ - | | | |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ | | $ | |
| | SUB-TOTALS | $ 750,235.00 | $ - | $ 75,023.50 | $ - | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |

# EXHIBIT C

Claimant's Payment Application # 2
(July 25, 2022), Annexed

$67,500.00
Net of Retainage

Paid

RRSB Ruins 03605

# PAYMENT APPLICATION

| | | | | |
|---|---|---|---|---|
| TO: | Craig Properties | **PROJECT:** | Application # | 2 |
| | 1405 1st Ave N | **The Ruins** | Period Start | 5/25/2022 |
| | Fargo ND 58102 | **315 E Kemp** | Period End | 7/25/2022 |
| | | **Watertown SD 57201** | Application Date | 7/25/2022 |
| FROM: | Watertight, Inc. | | Subcontract #: | |
| | 18273 464th Ave | | Date of Contract | |
| | Castlewood, SD 57223 | | | |
| FOR: | | | | |

Distribution To:
Watertight, Inc
18273 464th Ave
Castlewood, SD 57223

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | |
|---|---|---|
| 1  **CONTRACT AMOUNT** | $ | 750,235.00 |
| 2  **SUM OF ALL CHANGE ORDERS** | | |
| 3  **CURRENT CONTRACT AMOUNT**   (Line 1 + Line 2) | | $750,235.00 |
| 4  **TOTAL COMPLETED AND STORED** | $ | 150,023.50 |
| (Column G on Continuation Page) | | |
| 5  RETAINAGE: | | |
| a.  10%  of completed work | $ | 9,752.35 |
| (Columns D+E on Continuation Page) | | |
| b.  10%  of Material Stored | $5,250.00 | |
| (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or | | |
| column I on Continuation Page) | | $15,002.35 |
| 6  **TOTAL COMPLETED AND STORED LESS RETAINAGE** | | $135,021.15 |
| (Line 4 Minus Line 5 Total) | | |
| 7  **LESS PREVIOUS PAYMENT APPLICATIONS** | $ | 67,521.15 |
| (Line 6 from Prior Application) | | |
| 8  **PAYMENT DUE** | | $67,500.00 |
| 9  **BALANCE TO COMPLETION** | $615,213.85 | |
| (Line 3 Minus Line 6) | | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*        Date:        7/25/2022

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** ...................................................... Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures*

GENERAL CONTRACTOR:

By: _____        Date: _____

ARCHITECT:

By: _____        Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

APPLICATION #    2
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | | | $ 52,500.00 | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | | $ 22,500.00 | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 75,023.50 | $ 22,500.00 | $ 52,500.00 | $ 150,023.50 | 20% | | $ 15,002.35 |

RRSB Ruins 03607

# <u>EXHIBIT D</u>

Obligor Craig Development LLC Paid
Claimant the sum of $67,500.00,
net of 10% Retainage
(August 18, 2022)
(There is no Payment Application # 3)

RRSB Ruins 03608

# EXHIBIT E

Claimant's Payment Application # 4
(August 22, 2022), Annexed

$67,000.00
(Net of Retainage)

Paid

RRSB Ruins 03609

# PAYMENT APPLICATION

| TO: | Craig Properties 1405 1st Ave N Fargo ND 58102 | PROJECT: | The Ruins 315 E Kemp Watertown SD 57201 | | Distribution To: Watertight, Inc 18273 464th Ave Castlewood, SD 57223 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Application # | 4 | |
| Period Start | 7/25/2022 | |
| Period End | 8/25/2022 | |
| Application Date | 8/22/2022 | |
| Subcontract #: | | |
| Date of Contract | | |

FROM:    Watertight, Inc.
18273 464th Ave
Castlewood, SD 57223

FOR:

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | | $ 750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | |
| 3 | CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED (Column G on Continuation Page) | | $ 308,383.00 |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work (Columns D+E on Continuation Page) | | $ 30,838.35 |
| | b. 10% of Material Stored (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $30,838.35 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $277,544.65 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | | $ 210,044.65 |
| 8 | PAYMENT DUE | | $67,500.00 |
| 9 | BALANCE TO COMPLETION (Line 3 Minus Line 6) | | $472,690.35 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*                    Date:                    8/22/2022

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount  ...................................................  Date:

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures*

GENERAL CONTRACTOR:
By: _____  Date: _____

ARCHITECT:
By: _____  Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Ruins 03610

APPLICATION #                    2
DATE OF APPLICATION
Payment application containing Contractor's signature is attached.                    PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | | $ 8,336.00 |
| 06 | Groundwork Labor | | | $ 75,000.00 | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 233,383.00 | $ 75,000.00 | $ - | $ 308,383.00 | | | $ 30,838.35 |

RRSB Ruins 03611

# EXHIBIT F

Claimant's Payment Application # 5
(September 22, 2022), Annexed

$67,000.00
(Net of Retainage)
Paid on December 19, 2022

RRSB Ruins 03612

# PAYMENT APPLICATION

| TO: | Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | The Ruins<br>315 E Kemp<br>Watertown SD 57201 | Application # | 5 | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
|---|---|---|---|---|---|---|
| | | | | Period Start | 8/25/2022 | |
| | | | | Period End | 9/25/2022 | |
| | | | | Application Date | 9/22/2022 | |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Subcontract #: | | |
| | | | | Date of Contract | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| 1 | CONTRACT AMOUNT | | $ 750,235.00 |
|---|---|---|---|
| 2 | SUM OF ALL CHANGE ORDERS | | |
| 3 | CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED | | $ 383,383.00 |
| | (Column G on Continuation Page) | | |

CONTRACTOR:

By: *Chris Serie*   Date: 9/22/2022

5 RETAINAGE:

| a. 10% of completed work | $ 38,338.35 |
|---|---|
| (Columns D+E on Continuation Page) | |
| b. 10% of Material Stored | |
| (Column F on Continuation Page) | |
| Total Retainage (Line 5a + 5b or | |
| column I on Continuation Page) | $38,338.35 |

| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE | $345,044.65 |
|---|---|---|
| | (Line 4 Minus Line 5 Total) | |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS | $ 277,544.65 |
| | (Line 6 from Prior Application) | |
| 8 | PAYMENT DUE | $67,500.00 |
| 9 | BALANCE TO COMPLETION | $405,190.35 |
| | (Line 3 Minus Line 6) | |

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ...................................... Date:

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures*

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB Ruins 03613

APPLICATION #   2
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | | $ 8,336.00 |
| 06 | Groundwork Labor | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | Labor for Rough In | | | $ 75,000.00 | | $ 75,000.00 | | | $ 7,500.00 |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 308,383.00 | $ 75,000.00 | $ - | $ 383,383.00 | | | $ 38,338.35 |

RRSB Ruins 03614

# EXHIBIT G

Claimant's Payment Application # 6
(October 19, 2022), Annexed

$67,000.00
(Net of Retainage)

Not Paid on Date of Statement of Claim

# PAYMENT APPLICATION

| TO: | Craig Properties | PROJECT: | The Ruins | Application # | 6 | Distribution To: |
|---|---|---|---|---|---|---|
| | 1405 1st Ave N | | 315 E Kemp | Period Start | 9/25/2022 | Watertight, Inc |
| | Fargo ND 58102 | | Watertown SD 57201 | Period End | 10/25/2022 | 18273 464th Ave |
| | | | | Application Date | 10/19/2022 | Castlewood, SD 57223 |
| FROM: | Watertight, Inc. | | | Subcontract #: | | |
| | 18273 464th Ave | | | Date of Contract | | |
| | Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 750,235.00 |
| 2 SUM OF ALL CHANGE ORDERS | | |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $750,235.00 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 458,383.00 |
| 5 RETAINAGE: | | |
|    a. 10% of completed work (Columns D+E on Continuation Page) | $ | 45,838.35 |
|    b. 10% of Material Stored (Column F on Continuation Page) | | |
|    Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $45,838.35 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $412,544.65 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 345,044.65 |
| 8 PAYMENT DUE | | $67,500.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | | $337,690.35 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*    Date: 10/19/2022

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount .......................................... Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figure*

GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

APPLICATION #    2

DATE OF APPLICATION

Payment application containing Contractor's signature is attached.

PERIOD THRU

SUBCONTRACT #

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $  750,235.00 | 75023.5 | | | $  75,023.50 | 10% | $  675,211.50 | $  7,502.35 |
| 02 | Showers and rough in materials | | $  52,500.00 | | | $  52,500.00 | | | $  5,250.00 |
| 03 | Groundwork | | $  22,500.00 | | | $  22,500.00 | | $  600,211.50 | $  2,250.00 |
| 05 | Groundwork | | $  83,359.50 | | | $  83,359.50 | | | $  8,336.00 |
| 06 | Groundwork Labor | | $  75,000.00 | | | $  75,000.00 | | | $  7,500.00 |
| 07 | Labor for Rough In | | $  75,000.00 | | | $  75,000.00 | | | $  7,500.00 |
| 08 | Labor for Rough In | | | $  75,000.00 | | $  75,000.00 | | | $  7,500.00 |
| 09 | | | | | | $  - | | $  - | |
| 10 | | | | | | $  - | | $  - | |
| 11 | | | | | | $  - | | $  - | |
| 12 | | | | | | $  - | | $  - | |
| 13 | | | | | | $  - | | $  - | |
| 14 | | | | | | $  - | | $  - | |
| 15 | | | | | | $  - | | $  - | |
| 16 | | | | | | $  - | | $  - | |
| 17 | | | | | | $  - | | $  - | |
| 18 | | | | | | $  - | | $  - | |
| 19 | | | | | | $  - | | $  - | |
| 20 | | | | | | $  - | | $  - | |
| 26 | | | | | | $  - | | $  - | |
| 27 | | | | | | $  - | | $  - | |
| 28 | | | | | | $  - | | $  - | |
| 29 | | | | | | $  - | | $  - | |
| 30 | | | | | | $  - | | $  - | |
| 31 | | | | | | $  - | | $  - | |
| 32 | | | | | | $  - | | $  - | |
| 33 | | | | | | $  - | | $  - | |
| 34 | | | | | | $  - | | $  - | |
| 35 | | | | | | $  - | | $  - | |
| 36 | | | | | | $  - | | $  - | |
| 37 | | | | | | $  - | | $  - | |
| 38 | | | | | | $  - | | $  - | |
| | SUB-TOTALS | $ 750,235.00 | $ 383,383.00 | $  75,000.00 | $  - | $  458,383.00 | | | $  45,838.35 |

RRSB Ruins 03617

# EXHIBIT H

Claimant's Payment Application # 7
(November 18, 2022), Annexed

$67,000.00
(Net of Retainage)

Not Paid on Date of Statement of Claim

# PAYMENT APPLICATION

| TO: | Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | The Ruins<br>315 E Kemp<br>Watertown SD 57201 | Application # | 7 | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
|---|---|---|---|---|---|---|
| | | | | Period Start | 10/26/2022 | |
| | | | | Period End | 11/25/2022 | |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Application Date | 11/18/2022 | |
| | | | | Subcontract #: | | |
| FOR: | | | | Date of Contract | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | **CONTRACT AMOUNT** | | $ 750,235.00 |
| 2 | **SUM OF ALL CHANGE ORDERS** | | |
| 3 | **CURRENT CONTRACT AMOUNT** | (Line 1 + Line 2) | $750,235.00 |
| 4 | **TOTAL COMPLETED AND STORED**<br>(Column G on Continuation Page) | | $ 533,383.00 |
| 5 | **RETAINAGE:** | | |
| | a. 10% of completed work<br>(Columns D+E on Continuation Page) | | $ 53,338.35 |
| | b. 10% of Material Stored<br>(Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $53,338.35 |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE**<br>(Line 4 Minus Line 5 Total) | | $480,044.65 |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS**<br>(Line 6 from Prior Application) | | $ 412,544.65 |
| 8 | **PAYMENT DUE** | | $67,500.00 |
| 9 | **BALANCE TO COMPLETION**<br>(Line 3 Minus Line 6) | | $270,190.35 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitlted to this payment.

CONTRACTOR:

By: *Chris Serie*                    Date: 11/18/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    ....................................    Date:

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures*

GENERAL CONTRACTOR:

By:                    Date:

ARCHITECT:

By:                    Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Payment application containing Contractor's signature is attached.

| | | APPLICATION # | 7 |
|---|---|---|---|
| | | DATE OF APPLICATION | 11/18/2022 |
| | | PERIOD THRU | 11/25/2022 |
| | | SUBCONTRACT # | |

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | | $ 8,336.00 |
| 06 | Groundwork Labor | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | Labor for Rough In | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 08 | Labor for Rough In | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 09 | Labor for Rough In | | | $ 75,000.00 | | $ 75,000.00 | | | $ 7,500.00 |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 458,383.00 | $ 75,000.00 | $ - | $ 533,383.00 | | | $ 53,338.35 |

RRSB Ruins 03620

# EXHIBIT I

Claimant's Payment Application # 8
(December 19, 2022), Annexed

$49,500.00
(Net of Retainage)

Not Paid on Date of Statement of Claim

# PAYMENT APPLICATION

| TO: | Craig Properties | PROJECT: | **The Ruins** | Application # | 8 | Distribution To: |
|---|---|---|---|---|---|---|
| | 1405 1st Ave N | | **315 E Kemp** | Period Start | 11/26/2022 | Watertight, Inc |
| | Fargo ND 58102 | | **Watertown SD 57201** | Period End | 12/25/2022 | 18273 464th Ave |
| | | | | Application Date | 12/19/2022 | Castlewood, SD 57223 |
| FROM: | Watertight, Inc. | | | Subcontract #: | | |
| | 18273 464th Ave | | | Date of Contract | | |
| | Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | | $ 750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | |
| 3 | CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED | | $ 588,383.00 |
| | (Column G on Continuation Page) | | |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work | | $ 58,838.35 |
| | (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored | | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or | | |
| | column I on Continuation Page) | | $58,838.35 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE | | $529,544.65 |
| | (Line 4 Minus Line 5 Total) | | |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS | | $ 535,044.65 |
| | (Line 6 from Prior Application) | | |
| 8 | PAYMENT DUE | | $49,500.00 |
| 9 | BALANCE TO COMPLETION | | $220,690.35 |
| | (Line 3 Minus Line 6) | | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*          Date:          12/19/2022

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    ...........................................    Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures*

GENERAL CONTRACTOR:

By: _____          Date: _____

ARCHITECT:

By: _____          Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| | | | | APPLICATION # | 8 |
| | | | | DATE OF APPLICATION | 12/19/2022 |
| | | | | PERIOD THRU | 12/25/2022 |
| | | | | SUBCONTRACT # | |

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | | $ 8,336.00 |
| 06 | Groundwork Labor | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | Labor for Rough In | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 08 | Labor for Rough In | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 09 | Labor for Rough In | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 10 | Water hearters and piping supplies | | | | $ 55,000.00 | $ 55,000.00 | | | $ 5,500.00 |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 533,383.00 | $ - | $ 55,000.00 | $ 588,383.00 | | | $ 58,838.35 |

RRSB Ruins 03623

# **Exhibit B**

# **Watertight, Inc.**

# **Ruins Estimates and Invoices**

**Watertight Inc.**

18273 464th Ave
Castlewood, SD  57223
(605) 237-1221
watertightcorp@gmail.com



## Estimate

ADDRESS
Craig Properties
315 East Kemp
Watertown, SD  57201

| | | | |
|---|---|---|---|
| ESTIMATE | The Ruins /1382 | | |
| DATE | 03/24/2022 | | |
| EXPIRATION DATE | 04/25/2022 | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | | 750,235.00 | 750,235.00 |

Sales
The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat
and grab bars  with Moen T3558 Brushed Nickel
shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192
Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192
Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192
Brushed Nickel.
84 - Lavatory sink plumbing and installation of
customer provided faucets.
78 - Toilet plumbing and installation of customer
provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and
drain tee and installation of customer provided sinks
and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks
provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with
expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage
heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet. ground
floor,2nd floor, 3rd floor, 4th floor.

If not paid within 30 days there will be a 1.5% per month interest charge

RRSB Ruins 04056

1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for each
floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance
figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by
different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | | |
|---|---|---|
| 10 percent down required with in 60 days of signed contract. | SUBTOTAL | 750,235.00 |
| THIS BID EXPIRES ON THIS DATE 04/25/2022. | TAX | 0.00 |
| To go with a OT-500 oil sand separator as spec'd on plans the bid price would go to $760,000. | | |
| | TOTAL | **$750,235.00** |

Accepted By

Accepted Date

*accepted by:* Jesse Cry

4-25-22

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 2956 |
|---|---|---|---|
| The Ruins | | DATE | 05/25/2022 |
| 315 East Kemp | | DUE DATE | 06/15/2022 |
| Watertown, SD  57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.09 | 750,235.00 | 67,521.15 |
| | The Ruins plumbing bid includes: | | | |
| | Apartments: | | | |
| | 2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat. | | | |
| | 72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets. | | | |
| | 2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel. | | | |
| | 2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel. | | | |
| | 84 - Lavatory sink plumbing and installation of customer provided faucets. | | | |
| | 78 - Toilet plumbing and installation of customer provided toilets. | | | |
| | 63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets. | | | |
| | 63 - Clothes washer boxes. | | | |
| | 126 - Stainless basket strainers for kitchen sinks provided by Watertight. | | | |
| | Mechanical: | | | |
| | 2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump | | | |
| | 1 - Floor drain in mechanical room | | | |
| | 1 - Gas piping for Water heaters and parking garage heaters | | | |
| | 1 - Hose bib in the mech room. | | | |
| | Roof Drains: | | | |
| | 20 - Roof drains according to plan. | | | |
| | Parking garage: | | | |
| | 10 - FD-2 floor drains where shown with no traps. | | | |
| | 11 - FD-1 floor drains where shown. | | | |
| | 1 - Striem OS-100 gpm sand/oil separator. | | | |
| | Core drilling for plumbing only is included. | | | |
| | Utility room: | | | |
| | 4 - Mop sink plumbing with chrome faucet. | | | |

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---:|
| SUBTOTAL | 67,521.15 |
| TAX | 0.00 |
| TOTAL | 67,521.15 |
| PAYMENT | 67,521.15 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

## Estimate Summary

| | |
|---|---:|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 2956 | $0.00 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 3033 |
|---|---|---|---|
| The Ruins | | DATE | 06/25/2022 |
| 315 East Kemp | | DUE DATE | 07/25/2022 |
| Watertown, SD  57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.10 | 750,235.00 | 75,023.50 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| SUBTOTAL | 75,023.50 |
| TAX | 0.00 |
| TOTAL | 75,023.50 |
| PAYMENT | 75,023.50 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

## Estimate Summary

| | |
|---|---:|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| This invoice 3033 | $0.00 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 3032 |
|---|---|---|---|
| The Ruins | | DATE | 07/25/2022 |
| 315 East Kemp | | DUE DATE | 08/24/2022 |
| Watertown, SD  57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |

Sales
The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

If not paid within 30 days there will be a 1.5% per month interest charge.        RRSB Ruins 04064

Page 1 of 3

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| SUBTOTAL | 67,500.00 |
| TAX | 0.00 |
| TOTAL | 67,500.00 |
| PAYMENT | 67,500.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

## Estimate Summary

| | |
|---|---:|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3032 | $0.00 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 3064 |
|---|---|---|---|
| The Ruins | | DATE | 08/25/2022 |
| 315 East Kemp | | DUE DATE | 09/24/2022 |
| Watertown, SD  57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |

Sales
The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | |
|---|---|
| SUBTOTAL | 67,500.00 |
| TAX | 0.00 |
| TOTAL | 67,500.00 |
| PAYMENT | 67,500.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

## Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3064 | $0.00 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 3065 |
|---|---|---|---|
| The Ruins | | DATE | 09/25/2022 |
| 315 East Kemp | | DUE DATE | 10/25/2022 |
| Watertown, SD 57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---:|
| SUBTOTAL | 67,500.00 |
| TAX | 0.00 |
| TOTAL | 67,500.00 |
| PAYMENT | 67,500.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3065 | $0.00 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 3127 |
|---|---|---|---|
| The Ruins | | DATE | 10/25/2022 |
| 315 East Kemp | | DUE DATE | 11/15/2022 |
| Watertown, SD  57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |

Sales
The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | |
|---|---:|
| Late Fee | 1,012.50T |
| 1.5% - Applied on Dec 14, 2022 | |
| Late Fee | 1,028.37T |
| 1.5% - Applied on Jan 14, 2023 | |
| Late Fee | 1,044.49T |
| 1.5% - Applied on Feb 14, 2023 | |
| Late Fee | 1,060.86T |
| 1.5% - Applied on Mar 14, 2023 | |

| | |
|---|---:|
| SUBTOTAL | 71,646.22 |
| TAX | 0.00 |
| TOTAL | 71,646.22 |
| PAYMENT | 67,500.00 |
| **BALANCE DUE** | **$4,146.22** |

## Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3127 | $4,146.22 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 3128 |
|---|---|---|---|
| The Ruins | | DATE | 11/25/2022 |
| 315 East Kemp | | DUE DATE | 12/15/2022 |
| Watertown, SD  57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |
| | The Ruins plumbing bid includes: | | | |
| | Apartments: | | | |
| | 2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat. | | | |
| | 72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets. | | | |
| | 2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel. | | | |
| | 2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel. | | | |
| | 84 - Lavatory sink plumbing and installation of customer provided faucets. | | | |
| | 78 - Toilet plumbing and installation of customer provided toilets. | | | |
| | 63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets. | | | |
| | 63 - Clothes washer boxes. | | | |
| | 126 - Stainless basket strainers for kitchen sinks provided by Watertight. | | | |
| | Mechanical: | | | |
| | 2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump | | | |
| | 1 - Floor drain in mechanical room | | | |
| | 1 - Gas piping for Water heaters and parking garage heaters | | | |
| | 1 - Hose bib in the mech room. | | | |
| | Roof Drains: | | | |
| | 20 - Roof drains according to plan. | | | |
| | Parking garage: | | | |
| | 10 - FD-2 floor drains where shown with no traps. | | | |
| | 11 - FD-1 floor drains where shown. | | | |
| | 1 - Striem OS-100 gpm sand/oil separator. | | | |
| | Core drilling for plumbing only is included. | | | |
| | Utility room: | | | |
| | 4 - Mop sink plumbing with chrome faucet. | | | |

If not paid within 30 days there will be a 1.5% per month interest charge.                    RRSB Ruins 04076

Page 1 of 3

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| Late Fee | 1,012.50T |
| 1.5% - Applied on Dec 21, 2022 | |
| Late Fee | 1,028.37T |
| 1.5% - Applied on Jan 21, 2023 | |
| Late Fee | 1,044.49T |
| 1.5% - Applied on Feb 21, 2023 | |
| Late Fee | 1,060.86T |
| 1.5% - Applied on Mar 21, 2023 | |

| | |
|---|---|
| SUBTOTAL | 71,646.22 |
| TAX | 0.00 |
| TOTAL | 71,646.22 |
| PAYMENT | 67,500.00 |
| **BALANCE DUE** | **$4,146.22** |

Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3033 | 75,023.50 |
| This invoice 3128 | $4,146.22 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

| BILL TO | | INVOICE | 3155 |
|---|---|---|---|
| The Ruins | | DATE | 12/25/2022 |
| 315 East Kemp | | DUE DATE | 01/15/2023 |
| Watertown, SD 57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0659793 | 750,235.00 | 49,500.00 |

Sales
The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| Late Fee | 742.50T |
| 1.5% - Applied on Feb 8, 2023 | |
| Late Fee | 754.14T |
| 1.5% - Applied on Mar 8, 2023 | |
| Late Fee | 765.96T |
| 1.5% - Applied on Apr 8, 2023 | |

| | |
|---|---|
| SUBTOTAL | 51,762.60 |
| TAX | 0.00 |
| TOTAL | 51,762.60 |
| PAYMENT | 51,762.60 |
| BALANCE DUE | **$0.00** |
| | PAID |

## Estimate Summary

| | |
|---|---:|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3155 | $0.00 |
| Total invoiced | 540,099.69 |

# **Exhibit C**

# **Watertight, Inc.**

# **Ruins Payments**

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10451

77-7869/2913

**\*\*\*\* SIXTY SEVEN THOUSAND FIVE HUNDRED TWENTY ONE AND 15/100 DOLLARS**

TO THE
ORDER OF

06/09/22        $67,521.15\*\*

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD   57223

Business Account

Authorized Signature

RRSB Ruins 04049

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

**187**

**** SEVENTY FIVE THOUSAND TWENTY THREE AND 50/100 DOLLARS

TO THE
ORDER OF

07/01/22        $75,023.50**

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

RRSB Ruins 04050



**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

211

\*\*\*\* SIXTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

08/05/22

\*67,500.00\*\*

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD   57223

RRSB Ruins 04051

**Craig Development, LLC**
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10899

77-7869/2913

\*\*\*\* SIXTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD   57223

09/06/22        $67,500.00\*\*

Business Account

_____
Authorized Signature

RRSB Ruins 04052

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 18th Avenue South
Fargo, ND 58103

**11351**

77-7869/2913

**✶✶✶ SIXTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

12/08/22      $67,500.00✶✶

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04053

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11757

77-7869/2913

**\*** FORTY NINE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

03/21/23        $49,500.00**

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04054

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11933

77-7869/2913

**** TWO THOUSAND TWO HUNDRED SIXTY TWO AND 60/100 DOLLARS

TO THE
ORDER OF

05/01/23            $2,262.60***

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04055

# **Exhibit D**

# **Watertight, Inc.**

# **Generations Payment Applications**

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date | 1<br>5/17/2021<br>5/24/2021 | Distribution To: |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Subcontract #:<br>Date of Contract | | |
| FOR: | | | | | | |

| CONTRACTORS SUMMARY OF WORK | | |
|---|---|---|
| Application is made for payment as shown below.<br>Continuation Page is Attached | | Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment. |
| 1 CONTRACT AMOUNT | $ 640,000.00 | |
| 2 SUM OF ALL CHANGE ORDERS | $19,955.00 | CONTRACTOR: |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | $659,955.00 | By:　　　　Chris Serie　　　　Date:　　5/20/2021 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $  65,995.50 | |
| 5 RETAINAGE:<br>a.  10%  of completed work<br>(Columns D+E on Continuation Page) | $    6,599.55 | |
| b.  10% of Material Stored<br>(Column F on Continuation Page) | $0.00 | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | $6,599.55 | |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE | $59,395.95 | **Certification** |
| (Line 4 Minus Line 5 Total) | | The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made. |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS | | |
| (Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | $59,395.95 | |
| 9 BALANCE TO COMPLETION | $600,559.05 | Certified Amount　　　　　　　　Date: |
| (Line 3 Minus Line 6) | | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions | |
|---|---|---|---|
| Total changes approved in previous months | | | (If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)<br>GENERAL CONTRACTOR:<br>By:　　　　　　　　　　　　Date: |
| Total changes approved this month | | | ARCHITECT:<br>By:　　　　　　　　　　　　Date: |
| TOTALS | $0.00 | $0.00 | Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be |
| NET CHANGES | $0.00 | | made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise. |

Page 1

**CONTINUATION PAGE**

APPLICATION #                     4
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| | | | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $  659,955.00 | | $  65,995.50 | | $  65,995.50 | 10% | $  593,959.50 | |
| 02 | | | | | | $  - | #DIV/0! | $  - | |
| 03 | | | | | | $  - | | $  - | |
| 04 | | | | | | $  - | | $  - | |
| 05 | | | | | | $  - | | $  - | |
| 06 | | | | | | $  - | | $  - | |
| 07 | | | | | | $  - | | $  - | |
| 08 | | | | | | $  - | | $  - | |
| 09 | | | | | | $  - | | $  - | |
| 10 | | | | | | $  - | | $  - | |
| 11 | | | | | | $  - | | $  - | |
| 12 | | | | | | $  - | | $  - | |
| 13 | | | | | | $  - | | $  - | |
| 14 | | | | | | $  - | | $  - | |
| 15 | | | | | | $  - | | $  - | |
| 16 | | | | | | $  - | | $  - | |
| 17 | | | | | | $  - | | $  - | |
| 18 | | | | | | $  - | | $  - | |
| 19 | | | | | | $  - | | $  - | |
| 20 | | | | | | $  - | | $  - | |
| 21 | | | | | | $  - | | $  - | |
| 22 | | | | | | $  - | | $  - | |
| 23 | | | | | | $  - | | $  - | |
| 24 | | | | | | $  - | | $  - | |
| 25 | | | | | | $  - | | $  - | |
| 26 | | | | | | $  - | | $  - | |
| 27 | | | | | | $  - | | $  - | |
| 28 | | | | | | $  - | | $  - | |
| 29 | | | | | | $  - | | $  - | |
| 30 | | | | | | $  - | | $  - | |
| 31 | | | | | | $  - | | $  - | |
| 32 | | | | | | $  - | | $  - | |
| 33 | | | | | | $  - | | $  - | |
| 34 | | | | | | $  - | | $  - | |
| 35 | | | | | | $  - | | $  - | |
| 36 | | | | | | $  - | | $  - | |
| 37 | | | | | | $  - | | $  - | |
| 38 | | | | | | $  - | | $  - | |
| | SUB-TOTALS | $  659,955.00 | $  - | $  65,995.50 | $  - | $  65,995.50 | 10% | $  593,959.50 | $  - |

**CONTINUATION PAGE**

PROJECT:          $          -
APPLICATION #
DATE OF APPLICATION
PERIOD THRU
PROJECT #

Payment application containing Contractor's signature is attached.          $          -

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| | | | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 39 | | | | | | $  - | | $  - | |
| 40 | | | | | | $  - | | $  - | |
| 41 | | | | | | $  - | | $  - | |
| 42 | | | | | | $  - | | $  - | |
| 43 | | | | | | $  - | | $  - | |
| 44 | | | | | | $  - | | $  - | |
| 45 | | | | | | $  - | | $  - | |
| 46 | | | | | | $  - | | $  - | |
| 47 | | | | | | $  - | | $  - | |
| 48 | | | | | | $  - | | $  - | |
| 49 | | | | | | $  - | | $  - | |
| 50 | | | | | | $  - | | $  - | |
| 51 | | | | | | $  - | | $  - | |
| 52 | | | | | | $  - | | $  - | |
| 53 | | | | | | $  - | | $  - | |
| 54 | | | | | | $  - | | $  - | |
| 55 | | | | | | $  - | | $  - | |
| 56 | | | | | | $  - | | $  - | |
| 57 | | | | | | $  - | | $  - | |
| 58 | | | | | | $  - | | $  - | |
| 59 | | | | | | $  - | | $  - | |
| 60 | | | | | | $  - | | $  - | |
| 61 | | | | | | $  - | | $  - | |
| 62 | | | | | | $  - | | $  - | |
| 63 | | | | | | $  - | | $  - | |
| 64 | | | | | | $  - | | $  - | |
| 65 | | | | | | $  - | | $  - | |
| 66 | | | | | | $  - | | $  - | |
| 67 | | | | | | $  - | | $  - | |
| 68 | | | | | | $  - | | $  - | |
| 69 | | | | | | $  - | | $  - | |
| 70 | | | | | | $  - | | $  - | |
| 71 | | | | | | $  - | | $  - | |
| 72 | | | | | | $  - | | $  - | |
| 73 | | | | | | $  - | | $  - | |
| 74 | | | | | | $  - | | $  - | |
| 75 | | | | | | $  - | | $  - | |
| 76 | | | | | | $  - | | $  - | |
| | SUB-TOTALS | $  - | $  - | $  - | $  - | $  - | 0% | $  - | $  - |

Generations payment request

RRSB Ruins 03994

1 of

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 1<br>5/17/2021<br>5/24/2021 | Distribution To: |
| FROM: | Watertight, Inc.<br>18273 484th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ | 640,000.00 |
| 2 **SUM OF ALL CHANGE ORDERS** | | | $19,955.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | | $659,955.00 |
| 4 **TOTAL COMPLETED AND STORED**<br>(Column G on Continuation Page) | | $ | 25,000.00 |
| 5 **RETAINAGE:** | | | |
| a. 10% of completed work<br>(Columns D+E on Continuation Page) | | | |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | $2,500.00 | | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | | $2,500.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE**<br>(Line 4 Minus Line 5 Total) | | | $22,500.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS**<br>(Line 6 from Prior Application) | | $ | 59,395.95 |
| 8 **PAYMENT DUE** | | | $22,500.00 |
| 9 **BALANCE TO COMPLETION**<br>(Line 3 Minus Line 6) | | $637,455.00 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| **TOTALS** | $0.00 | $0.00 |
| **NET CHANGES** | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____ Chris Serie _____ Date: _____ 5/20/2021

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____ Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB Ruins 03995

## PAYMENT APPLICATION

| TO: | Generations on 1st | PROJECT: | Generations on 1st | Application # | 3 | Distribution To: |
|---|---|---|---|---|---|---|
| | 1405 1st Ave N | | 26 1st Ave SW | Period Start | 6/24/2021 | |
| | Fargo ND 58102 | | Watertown SD 57201 | Period End | 7/25/2021 | |
| | | | | Application Date | | |
| FROM: | Watertight, Inc. | | | Subcontract #: | | |
| | 18273 464th Ave | | | Date of Contract | | |
| | Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

*Sent 7-25-21*

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 640,000.00 | |
| 2 **SUM OF ALL CHANGE ORDERS** | | $19,955.00 | |
| 3 **CURRENT CONTRACT AMOUNT**   (Line 1 + Line 2) | | $659,955.00 | |
| 4 **TOTAL COMPLETED AND STORED** | $ | 110,000.00 | |
| (Column G on Continuation Page) | | | |
| 5 **RETAINAGE:** | | | |
| a. 10% of completed work | | | |
| (Columns D+E on Continuation Page) | | | |
| b. 10% of Material Stored | $11,000.00 | | |
| (Column F on Continuation Page) | | | |
| Total Retainage (Line 5a + 5b or | | | |
| column I on Continuation Page) | | $11,000.00 | |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** | | $99,000.00 | |
| (Line 4 Minus Line 5 Total) | | | |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** | $ | 29,099.55 | |
| (Line 6 from Prior Application) | | | |
| 8 **PAYMENT DUE** | | $99,000.00 | |
| 9 **BALANCE TO COMPLETION** | $458,959.50 | | |
| (Line 3 Minus Line 6) | | | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____*Chris Serie*_____    Date: _____7/25/2021_____

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____    Date: _____

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures.)

GENERAL CONTRACTOR:

By: _____    Date: _____

ARCHITECT:

By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

Payment application containing Contractor's signature is attached.

APPLICATION #          4
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLET E (G/C) | BALANCE TO COMPLETIO N (C-G) | RETAINAGE |
| | | | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $ 599,955.00 | | $ 65,995.50 | | $ 65,995.50 | 10% | $ 593,959.50 | |
| 02 | Showers stored at Harvester Building | $ 25,000.00 | | | $ 25,000.00 | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | | | $ 110,000.00 | $ 110,000.00 | | | |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 684,955.00 | $ - | $ 65,995.50 | $ 135,000.00 | $ 200,995.50 | 29% | $ 1,162,919.00 | $ 2,500.00 |

*(handwritten notes at left):* pd 59,395.95 / owe ~22,500 sent June 24 / 8-25-21  99,000 ) as of 8-16-21

**CONTINUATION PAGE**

PROJECT:
DATE OF APPLICATION
PERIOD THRU
PROJECT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLET E (G/C) | BALANCE TO COMPLETIO N (C-G) | RETAINAGE |
| | | | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 39 | | | | | | $ - | | $ - | |
| 40 | | | | | | $ - | | $ - | |
| 41 | | | | | | $ - | | $ - | |
| 42 | | | | | | $ - | | $ - | |
| 43 | | | | | | $ - | | $ - | |
| 44 | | | | | | $ - | | $ - | |
| 45 | | | | | | $ - | | $ - | |
| 46 | | | | | | $ - | | $ - | |
| 47 | | | | | | $ - | | $ - | |
| 48 | | | | | | $ - | | $ - | |
| 49 | | | | | | $ - | | $ - | |
| 50 | | | | | | $ - | | $ - | |
| 51 | | | | | | $ - | | $ - | |
| 52 | | | | | | $ - | | $ - | |
| 53 | | | | | | $ - | | $ - | |
| 54 | | | | | | $ - | | $ - | |
| 55 | | | | | | $ - | | $ - | |
| 56 | | | | | | $ - | | $ - | |
| 57 | | | | | | $ - | | $ - | |
| 58 | | | | | | $ - | | $ - | |
| 59 | | | | | | $ - | | $ - | |
| 60 | | | | | | $ - | | $ - | |
| 61 | | | | | | $ - | | $ - | |
| 62 | | | | | | $ - | | $ - | |
| 63 | | | | | | $ - | | $ - | |
| 64 | | | | | | $ - | | $ - | |
| 65 | | | | | | $ - | | $ - | |
| 66 | | | | | | $ - | | $ - | |
| 67 | | | | | | $ - | | $ - | |
| 68 | | | | | | $ - | | $ - | |
| 69 | | | | | | $ - | | $ - | |
| 70 | | | | | | $ - | | $ - | |
| 71 | | | | | | $ - | | $ - | |
| 72 | | | | | | $ - | | $ - | |
| 73 | | | | | | $ - | | $ - | |
| 74 | | | | | | $ - | | $ - | |
| 75 | | | | | | $ - | | $ - | |
| 76 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ - | $ - | $ - | $ - | $ - | 0% | $ - | $ - |

Generations payment request.xlsx

1 of

RRSB Ruins 03997

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | **Generations on 1st**<br>**26 1st Ave SW**<br>**Watertown SD 57201** | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | **4**<br>7/25/2021<br>8/25/2021 | Distribution To:<br>Watertight, Inc. |

FROM:    Watertight, Inc.
18273 464th Ave
Castlewood, SD 57223

FOR:

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | | |
|---|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 640,000.00 | |
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 | |
| 3 | CURRENT CONTRACT AMOUNT   (Line 1 + Line 2) | | $659,955.00 | |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 350,995.50 | |
| 5 | RETAINAGE: | | | |
| | a.  10%  of completed work | $ | 25,099.55 | |
| | (Columns D+E on Continuation Page) | | | |
| | b.  10%  of Material Stored | $10,000.00 | | |
| | (Column F on Continuation Page) | | | |
| | Total Retainage (Line 5a + 5b or | | | |
| | column I on Continuation Page) | | $35,099.55 | |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $315,895.95 | |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 180,895.95 | |
| 8 | PAYMENT DUE | | $135,000.00 | |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $344,059.05 | | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:  _____*Chris Serie*_____    Date:    8/25/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** .................................................... Date: _____

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figu

GENERAL CONTRACTOR:
By: _____    Date: _____

ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Page 1

Generations payment request.xlsx

**CONTINUATION PAGE**

APPLICATION #      4
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | PERCENT COMPLETE (G/C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | | $ 50,000.00 | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | | | $ 100,000.00 | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | | | | | | $ - | | $ | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 200,995.50 | $ 50,000.00 | $ 100,000.00 | $ 350,995.50 | 53% | $ 2,339,797.50 | $ 35,099.55 |

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 5<br>8/26/2021<br>9/25/2021 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 640,000.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $659,955.00 |
| 4 | TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 460,995.50 |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work | $ | 42,599.55 |
| | (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored | $2,500.00 | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $45,099.55 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $415,895.95 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 315,895.95 |
| 8 | PAYMENT DUE | | $100,000.00 |
| 9 | BALANCE TO COMPLETION (Line 3 Minus Line 6) | $244,059.05 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:        _Chris Serie_        Date:        9/25/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount        Date:

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu.

GENERAL CONTRACTOR:

By:        Date:

ARCHITECT:

By:        Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

Generations payment request.xlsx

2 of

**CONTINUATION PAGE**

APPLICATION #      5
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | | | $ 25,000.00 | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | $ 100,000.00 | | | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | Labor for apartments | | | $ 60,000.00 | | $ 60,000.00 | | $ 248,959.50 | $ 6,000.00 |
| 07 | Labor for Senior Center | | | $ 50,000.00 | | $ 50,000.00 | | $ 198,959.50 | $ 5,000.00 |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 325,995.50 | $ 110,000.00 | $ 25,000.00 | $ 460,995.50 | 70% | $ 198,959.50 | $ 46,099.55 |

Generations payment request.xlsx

RRSB Ruins 04001

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 6<br>9/26/2021<br>10/25/2021 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 640,000.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $659,955.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 514,995.50 |
| 5 | RETAINAGE: | | |
| | a.  10%  of completed work<br>(Columns D+E on Continuation Page) | $        51,499.55 | |
| | b.  10% of Material Stored<br>(Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $51,499.55 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $463,495.95 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 415,895.95 |
| 8 | PAYMENT DUE | | $48,600.00 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $196,459.05 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____ *Chris Serie* _____    Date: _____ 10/25/2021

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    ................................. Date: _____

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figu

GENERAL CONTRACTOR:

By: _____    Date: _____

ARCHITECT:

By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB Ruins 04002

**CONTINUATION PAGE**

APPLICATION # 6
DATE OF APPLICATION 10/25/2021
PERIOD THRU
SUBCONTRACT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $  659,955.00 | $    65,995.50 | | | $    65,995.50 | 10% | $  593,959.50 | $    6,599.55 |
| 02 | Showers stored at Harvester Building | | $    25,000.00 | | | $    25,000.00 | | $  568,959.50 | $    2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $  110,000.00 | | | $  110,000.00 | | $  458,959.50 | $  11,000.00 |
| 04 | Labor Senior Center | | $    50,000.00 | | | $    50,000.00 | | $  408,959.50 | $    5,000.00 |
| 05 | Materials for Generations | | $  100,000.00 | | | $  100,000.00 | | $  308,959.50 | $  10,000.00 |
| 06 | Labor for apartments | | $    60,000.00 | | | $    60,000.00 | | $  248,959.50 | $    6,000.00 |
| 07 | Labor for Senior Center | | $    50,000.00 | | | $    50,000.00 | | $  198,959.50 | $    5,000.00 |
| 08 | Labor for Apartments | | | $    54,000.00 | | $    54,000.00 | | $  144,959.50 | $    5,400.00 |
| 09 | | | | | | $             - | | $             - | |
| 10 | | | | | | $             - | | $             - | |
| 11 | | | | | | $             - | | $             - | |
| 25 | | | | | | $             - | | $             - | |
| 26 | | | | | | $             - | | $             - | |
| 27 | | | | | | $             - | | $             - | |
| 28 | | | | | | $             - | | $             - | |
| 29 | | | | | | $             - | | $             - | |
| 30 | | | | | | $             - | | $             - | |
| 31 | | | | | | $             - | | $             - | |
| 32 | | | | | | $             - | | $             - | |
| 33 | | | | | | $             - | | $             - | |
| 34 | | | | | | $             - | | $             - | |
| 35 | | | | | | $             - | | $             - | |
| 36 | | | | | | $             - | | $             - | |
| 37 | | | | | | $             - | | $             - | |
| 38 | | | | | | $             - | | $             - | |
| | SUB-TOTALS | $ 659,955.00 | $ 460,995.50 | $ 54,000.00 | $          - | $ 514,995.50 | 78% | $ 198,959.50 | $  51,499.55 |

RRSB Ruins 04003

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | **Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201** | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | **7**<br>10/26/2021<br>12/25/2021 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 640,000.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $659,955.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 599,995.50 |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work | $ 59,999.55 | |
| | (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored | | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $59,999.55 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $539,995.95 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 463,495.95 |
| 8 | PAYMENT DUE | | $76,500.00 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $119,959.05 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*      Date: 12/25/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application. 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ............................................ Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figu*

GENERAL CONTRACTOR:

By: _____      Date: _____

ARCHITECT:

By: _____      Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB Ruins 04004

**CONTINUATION PAGE**

Payment application containing Contractor's signature is attached.

| | | | | | APPLICATION # | 6 |
| | | | | | DATE OF APPLICATION | 10/25/2021 |
| | | | | | PERIOD THRU | |
| | | | | | SUBCONTRACT # | |

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | $ 100,000.00 | | | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | Labor for apartments | | $ 60,000.00 | | | $ 60,000.00 | | $ 248,959.50 | $ 6,000.00 |
| 07 | Labor for Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 198,959.50 | $ 5,000.00 |
| 08 | Labor for Apartments | | $ 54,000.00 | | | $ 54,000.00 | | $ 144,959.50 | $ 5,400.00 |
| 09 | Labor for Apartments | | | $ 85,000.00 | | $ 85,000.00 | | $ 59,959.50 | $ 8,500.00 |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 514,995.50 | $ 85,000.00 | $ - | $ 599,995.50 | 91% | $ 198,959.50 | $ 59,999.55 |

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | **Generations on 1st**<br>**26 1st Ave SW**<br>**Watertown SD 57201** | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 8<br>12/26/2021<br>1/25/2022 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 640,000.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $659,955.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 634,995.50 |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work | $ 63,499.55 | |
| | (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored | | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $63,499.55 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $571,495.95 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 539,995.95 |
| 8 | PAYMENT DUE | | $31,500.00 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | | $88,459.05 |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*   Date: 1/25/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ................................... Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu*

GENERAL CONTRACTOR:

By: _____   Date: _____

ARCHITECT:

By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB Ruins 04006

**CONTINUATION PAGE**

APPLICATION #     6
DATE OF APPLICATION     10/25/2021
PERIOD THRU
SUBCONTRACT #

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | $ 50,000.00 | | | $ 50,000.00 | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | $ 100,000.00 | | | $ 100,000.00 | $ 308,959.50 | $ 10,000.00 |
| 06 | Labor for apartments | | $ 60,000.00 | | | $ 60,000.00 | $ 248,959.50 | $ 6,000.00 |
| 07 | Labor for Senior Center | | $ 50,000.00 | | | $ 50,000.00 | $ 198,959.50 | $ 5,000.00 |
| 08 | Labor for Apartments | | $ 54,000.00 | | | $ 54,000.00 | $ 144,959.50 | $ 5,400.00 |
| 09 | Labor for Apartments | | $ 85,000.00 | | | $ 85,000.00 | $ 59,959.50 | $ 8,500.00 |
| 10 | Rough in all floors | | | $ 35,000.00 | | $ 35,000.00 | $ (35,000.00) | $ 3,500.00 |
| 11 | | | | | | $ - | $ - | |
| 25 | | | | | | $ - | $ - | |
| 26 | | | | | | $ - | $ - | |
| 27 | | | | | | $ - | $ - | |
| 28 | | | | | | $ - | $ - | |
| 29 | | | | | | $ - | $ - | |
| 30 | | | | | | $ - | $ - | |
| 31 | | | | | | $ - | $ - | |
| 32 | | | | | | $ - | $ - | |
| 33 | | | | | | $ - | $ - | |
| 34 | | | | | | $ - | $ - | |
| 35 | | | | | | $ - | $ - | |
| 36 | | | | | | $ - | $ - | |
| 37 | | | | | | $ - | $ - | |
| 38 | | | | | | $ - | | |
| | SUB-TOTALS | $ 659,955.00 | $ 599,995.50 | $ 35,000.00 | $ - | $ 634,995.50 | $ 198,959.50 | $ 63,499.55 |

Note: Percent Complete (G/C): row 01 = 10%; SUB-TOTALS = 96%

RRSB Ruins 04007

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End | 9<br>1/25/2022<br>4/25/2022 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Application Date<br>Subcontract #:<br>Date of Contract | | |
| FOR: | | | | | | |

| CONTRACTORS SUMMARY OF WORK | | Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment. |
|---|---|---|

Application is made for payment as shown below.

Continuation Page is Attached

| 1 | CONTRACT AMOUNT | $ | 640,000.00 |
|---|---|---|---|
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $659,955.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 659,995.00 |

CONTRACTOR:

By: _____ *Chris Serie* _____ Date: _____ 4/25/2022

5  RETAINAGE:

   a.  10%  of completed work

     (Columns D+E on Continuation Page)

   b.  10%  of Material Stored

     (Column F on Continuation Page)

   Total Retainage (Line 5a + 5b or

   column I on Continuation Page) ................................ $0.00

| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $659,995.00 |
|---|---|---|
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $571,535.95 |
| 8 | PAYMENT DUE | $88,459.05 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $0.00 |

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount  ........................................  Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures)*

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Generations payment request.xlsx

Page 1

RRSB Ruins 04008

## CONTINUATION PAGE

| | | |
|---|---|---|
| APPLICATION # | | 9 |
| DATE OF APPLICATION | | 4/25/2022 |
| PERIOD THRU | | |
| SUBCONTRACT # | | |

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | $ 100,000.00 | | | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | Labor for apartments | | $ 60,000.00 | | | $ 60,000.00 | | $ 248,959.50 | $ 6,000.00 |
| 07 | Labor for Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 198,959.50 | $ 5,000.00 |
| 08 | Labor for Apartments | | $ 54,000.00 | | | $ 54,000.00 | | $ 144,959.50 | $ 5,400.00 |
| 09 | Labor for Apartments | | $ 85,000.00 | | | $ 85,000.00 | | $ 59,959.50 | $ 8,500.00 |
| 10 | Rough in all floors | | $ 35,000.00 | | | $ 35,000.00 | | $ 24,959.50 | $ 3,500.00 |
| 11 | Trim out all floors and finish plumbing | | $ 24,959.50 | | | $ 24,959.50 | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 659,955.00 | $ - | $ - | $ 659,955.00 | 100% | | $ 63,499.55 |

Generations payment request.xlsx

1 of

RRSB Ruins 04009

# **Exhibit E**

# **Watertight, Inc.**

# **Generations Estimate and Invoices**

**Watertight Inc.**
18273 464th Ave
Castlewood, SD  57223
(605) 237-1221
watertightcorp@gmail.com



# Estimate

**ADDRESS**
Jesse Kiihl
100 East Kemp Ave Suite E
Watertown, SD  57201

**ESTIMATE #** Gens/1304
**DATE** 03/11/2021
**EXPIRATION DATE** 04/13/2021

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **Sales** | | 640,000.00 | 640,000.00 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets  Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.

If not paid within 30 days there will be a 1.5% per month interest charge.

RRSB Ruins 04046

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Core drilling for plumbing only is included Utility room. | | | |
| | 2-Mop sink plumbing with chrome faucet. | | | |
| | 1- Plumbing for shut off's in mech room for each floor. | | | |
| | Scope of work. | | | |
| | Labor for plumbing Groundwork, Rough-In, and trim out. | | | |
| | Water lines ran in PEX | | | |
| | Drains and vents ran in PVC. | | | |
| | Not Included. | | | |
| | X-No toilets, sinks, faucets, | | | |
| | X-No floor drains for clothes washers | | | |
| | X.-No ice maker boxes | | | |
| | X-No water or gas meters. | | | |
| | X-No exercise tax, Bonds, or Builders Risk insurance figured. | | | |
| | X-No radon piping or systems. | | | |
| | X-No sump pumps or elevator sump pumps figured. | | | |
| | X-Sewer, Water, and Storm Sewer to be stubbed in by others. | | | |
| | X-Temporary heat, de-watering, and replacing unsuitable soil not included. | | | |
| | X-Soaking tubs for soaking rooms shown on plan | | | |
| | This bid also includes the plumbing and installation of | | | |
| | 1- Ice box | | | |
| | 1- kitchen sink and faucet | | | |
| | 1-Water supply valve and drain tee for Dishwasher. | | | |
| | For residential kitchen. | | | |
| | This bid does not included the ICAP part of the building | | | |
| | **Sales** Bid for Bathrooms in Senior Center Installation of fixtures 7-Floor mount toilets 16-1/2" ADA elongated 7- 1955CTBP 000 White Elongated plastic seat 7- Handle flush valves 3- Trimbrook Urinals with Handle flush valves 8- Delta 501-DST lav faucets 8- Lucerne 20-1/2x 18-1/4x 12-1/4in. 8- 760W-1 1-1/4 17G Offset Gr Drain. This does not include the dividers and grab bars | | 4,655.00 | 4,655.00 |
| | **Sales** Bid for Icap part of generations Drains are ran in pvc Water lines are ran in pex Ground work and rough in and trim out Fixtures are provided by Icap 1- 4 PE GB75 Grease interceptor w/ | | 15,000.00 | 15,000.00 |

If not paid within 30 days there will be a 1.5% per month interest charge.

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in<br>CVR | | | |
| | **Sales**<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | | 300.00 | 300.00 |

**TOTAL**                    **$659,955.00**

Accepted By _____        Accepted Date  5-20-21

If not paid within 30 days there will be a 1.5% per month interest charge.

RRSB Ruins 04048

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2849 |
| 1405 First Ave N | 1405 First Ave N | DATE | 05/24/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 06/23/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0928047 | 640,000.00 | 59,395.00 |

Generations plumbing bid includes.

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets
Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04018

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 59,395.00 |
| TAX | 0.00 |
| TOTAL | 59,395.00 |

RRSB Ruins 04019

| PAYMENT | 59,395.00 |
|---|---|
| BALANCE DUE | **$0.00** |
| | PAID |

### Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2849 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04020

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2769 |
| 1405 First Ave N | 1405 First Ave N | DATE | 06/30/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 07/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0351577 | 640,000.00 | 22,500.95 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04021

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 22,500.95 |
| BALANCE DUE | **$0.00** |

RRSB Ruins 04022

PAID

## Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2769 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04023

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2770 |
| 1405 First Ave N | 1405 First Ave N | DATE | 07/31/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 08/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.1546875 | 640,000.00 | 99,000.00 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets
Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04024

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 99,000.00 |
| BALANCE DUE | **$0.00** |

RRSB Ruins 04025

PAID

### Estimate Summary

| | |
|---|---:|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2770 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04026

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2790 |
| 1405 First Ave N | 1405 First Ave N | DATE | 08/25/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 09/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales<br>Generations plumbing bid includes.<br><br>Apartments.<br>3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212<br>8-White Salo SED160-30<br> showers w/ seats and  Moen Brushed Nickel shower faucets<br>73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets<br>84-Lavatory sink plumbing.<br>84-Toilet plumbing.<br>72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.<br>72-Clothes washer boxes.<br>146- Stainless basket strainers for kitchen sinks<br>3- Rough in plumbing for soaking rooms<br>Mechanical.<br>2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system<br>1-199,000 btu gas high efficiency water heater with expansion tank, recirc system<br>1-Floor drain in mechanical room<br>1-Gas piping for Water heaters and parking garage heaters<br>Roof Drains.<br>32-Roof drains according to plan<br>Parking garage.<br>7-Basic round floor drains where shown with no traps.<br>1-Striem OS-75 gpm sand/oil separator.<br>Core drilling for plumbing only is included<br>Utility room.<br>2-Mop sink plumbing with chrome faucet.<br>1- Plumbing for shut offs in mech room for each floor.<br>Scope of work. | 0.2109375 | 640,000.00 | 135,000.00 |

RRSB Ruins 04027

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | |
|---|---|---|
| This bid also includes the plumbing and installation of
1- Ice box
1- kitchen sink and faucet
 1-Water supply valve and drain tee for Dishwasher.
For residential kitchen. | 0 | 0.00 |
| This bid does not included the ICAP part of the building | 0 | 0.00 |
| Sales
Bid for Bathrooms in Senior Center
Installation of fixtures
7-Floor mount toilets 16-1/2"ADA elongated
7- 1955CTBP 000 White Elongated plastic seat
7- Handle flush valves
3- Trimbrook Urinals with Handle flush valves
8- Delta 501-DST lav faucets
8- Lucerne 20-1/2x 18-1/4x 12-1/4in.
8- 760W-1 1-1/4 17G Offset Gr Drain.
This does not include the dividers and grab bars | 0    4,655.00 | 0.00 |
| Sales
Bid for Icap part of generations
Drains are ran in pvc
Water lines are ran in pex
Ground work and rough in and trim out
Fixtures are provided by Icap
1- 4 PE GB75 Grease interceptor w/ comp cvr
1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0    15,000.00 | 0.00 |
| Sales
Per addendum 6
1- Washer box
Does not included dryer portion | 0    300.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 135,000.00 |
| BALANCE DUE | **$0.00** |

RRSB Ruins 04028

PAID

### Estimate Summary

| | |
|---|---:|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2790 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04029

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2799 |
| 1405 First Ave N | 1405 First Ave N | DATE | 09/21/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 10/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.15625 | 640,000.00 | 100,000.00 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04030

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2"ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 100,000.00 |
| BALANCE DUE | **$0.00** |

RRSB Ruins 04031

PAID

### Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2799 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04032

## Watertight, Inc.

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2834 |
| 1405 First Ave N | 1405 First Ave N | DATE | 10/25/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 11/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **Sales** | 0.0759375 | 640,000.00 | 48,600.00 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04033

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | |
|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | 0.00 |
| This bid does not included the ICAP part of the building | 0 | 0.00 |
| **Sales**<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0    4,655.00 | 0.00 |
| **Sales**<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0    15,000.00 | 0.00 |
| **Sales**<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0    300.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 48,600.00 |
| TAX | 0.00 |
| TOTAL | 48,600.00 |

RRSB Ruins 04034

| | |
|---|---|
| PAYMENT | 48,600.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2834 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04035

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2856 |
| 1405 First Ave N | 1405 First Ave N | DATE | 12/25/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 01/24/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.1195313 | 640,000.00 | 76,500.00 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut off's in mech room for each floor.
Scope of work.

RRSB Ruins 04036

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | |
|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | 0.00 |
| This bid does not included the ICAP part of the building | 0 | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0    4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0    15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0    300.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 76,500.00 |
| TAX | 0.00 |
| TOTAL | 76,500.00 |

RRSB Ruins 04037

| | |
|---|---|
| PAYMENT | 76,500.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2856 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04038

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



# INVOICE

BILL TO
Generations on 1st
1405 First Ave N
Fargo, ND  58102

SHIP TO
Generations on 1st
1405 First Ave N
Fargo, ND  58102

INVOICE    2886
DATE    03/13/2022
DUE DATE    04/12/2022

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **Sales**<br>Generations plumbing bid includes.<br><br>Apartments.<br>3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212<br>8-White Salo SED160-30<br> showers w/ seats and  Moen Brushed Nickel shower faucets<br>73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets<br>84-Lavatory sink plumbing.<br>84-Toilet plumbing.<br>72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.<br>72-Clothes washer boxes.<br>146- Stainless basket strainers for kitchen sinks<br>3- Rough in plumbing for soaking rooms<br>Mechanical.<br>2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system<br>1-199,000 btu gas high efficiency water heater with expansion tank, recirc system<br>1-Floor drain in mechanical room<br>1-Gas piping for Water heaters and parking garage heaters<br>Roof Drains.<br>32-Roof drains according to plan<br>Parking garage.<br>7-Basic round floor drains where shown with no traps.<br>1-Striem OS-75 gpm sand/oil separator.<br>Core drilling for plumbing only is included<br>Utility room.<br>2-Mop sink plumbing with chrome faucet.<br>1- Plumbing for shut offs in mech room for each floor.<br>Scope of work. | 0.0492188 | 640,000.00 | 31,500.00 |

RRSB Ruins 04039

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | |
|---|---|---|
| This bid also includes the plumbing and installation of 1- Ice box 1- kitchen sink and faucet 1-Water supply valve and drain tee for Dishwasher. For residential kitchen. | 0 | 0.00 |
| This bid does not included the ICAP part of the building | 0 | 0.00 |
| **Sales** Bid for Bathrooms in Senior Center Installation of fixtures 7-Floor mount toilets 16-1/2" ADA elongated 7- 1955CTBP 000 White Elongated plastic seat 7- Handle flush valves 3- Trimbrook Urinals with Handle flush valves 8- Delta 501-DST lav faucets 8- Lucerne 20-1/2x 18-1/4x 12-1/4in. 8- 760W-1 1-1/4 17G Offset Gr Drain. This does not include the dividers and grab bars | 0    4,655.00 | 0.00 |
| **Sales** Bid for Icap part of generations Drains are ran in pvc Water lines are ran in pex Ground work and rough in and trim out Fixtures are provided by Icap 1- 4 PE GB75 Grease interceptor w/ comp cvr 1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0    15,000.00 | 0.00 |
| **Sales** Per addendum 6 1- Washer box Does not included dryer portion | 0    300.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 31,500.00 |
| TAX | 0.00 |
| TOTAL | 31,500.00 |

RRSB Ruins 04040

| | |
|---|---|
| PAYMENT | 31,500.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2886 | $0.00 |
| Total invoiced | 660,955.00 |

If not paid within 30 days there will be a 1.5% per month interest charge
Page 3 of 3

RRSB Ruins 04041

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2957 |
| 1405 First Ave N | 1405 First Ave N | DATE | 04/25/2022 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 06/15/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.1070376 | 640,000.00 | 68,504.05 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212
8-White Salo SED160-30  showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04042

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

This bid also includes the plumbing and
installation of
1- Ice box
1- kitchen sink and faucet
 1-Water supply valve and drain tee for
Dishwasher.
For residential kitchen.

This bid does not included the ICAP part of the
building

| Sales | 4,655.00 | 4,655.00 |
|---|---|---|

Bid for Bathrooms in Senior Center
Installation of fixtures
7-Floor mount toilets 16-1/2" ADA elongated
7- 1955CTBP 000 White Elongated plastic seat
7- Handle flush valves
3- Trimbrook Urinals with Handle flush valves
8- Delta 501-DST lav faucets
8- Lucerne 20-1/2x 18-1/4x 12-1/4in.
8- 760W-1 1-1/4 17G Offset Gr Drain.
This does not include the dividers and grab bars

| Sales | 15,000.00 | 15,000.00 |
|---|---|---|

Bid for Icap part of generations
Drains are ran in pvc
Water lines are ran in pex
Ground work and rough in and trim out
Fixtures are provided by Icap
1- 4 PE GB75 Grease interceptor w/ comp cvr
1- FCR2 GRT BSN FLUID CUT RSR 24in CVR

| Sales | 300.00 | 300.00 |
|---|---|---|

Per addendum 6
1- Washer box
Does not included dryer portion

| SUBTOTAL | 88,459.05 |
|---|---|
| TAX | 0.00 |
| TOTAL | 88,459.05 |

RRSB Ruins 04043

| | |
|---|---|
| PAYMENT | 88,459.05 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| This invoice 2957 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04044

# <u>Exhibit F</u>

# Watertight, Inc.

# Generations Payments

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4621 19th Avenue South
Fargo, ND 58103

77-7859/2913

36200

**** FIFTY NINE THOUSAND THREE HUNDRED NINETY FIVE AND 95/100 DOLLARS

06/18/21          $59,395.95**

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04010

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**38670**

77-7869/2913

**\*\*\*\* ONE HUNDRED FIFTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

09/14/21        $157,500.00\*

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04011

**Craig Properties, LLC**
PO Box 434
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38549

77-7869/2913

**\*\*\*\* NINETY NINE THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

08/19/21          $99,000.00\*\*

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04012

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

**First Community Credit Union**
4621 19th Avenue South
Fargo, ND 58103

38827

77-7869/2913

**\*\*\*\* ONE HUNDRED THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

10/08/21          $100,000.00\*

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04013

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4621 19th Avenue South
Fargo, ND 58103

39002

77-7869/2913

**\*\*\*\* FORTY EIGHT THOUSAND SIX HUNDRED AND 00/100 DOLLARS**

11/08/21        $48,600.00\*\*

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

**Craig Properties, LLC**
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39286**

77-7869/2913

**** SEVENTY SIX THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

01/03/22         $76,500.00**

Business Account

Authorized Signature

RRSB Ruins 04015

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39425**

77-7869/2913

**\*\*\*\* THIRTY ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

01/27/22          $31,500.00\*\*

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

_____
Authorized Signature

RRSB Ruins 04016

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

169

**** EIGHTY EIGHT THOUSAND FOUR HUNDRED FIFTY NINE AND 05/100 DOLLARS

06/09/22          $88,459.05**

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

RRSB Ruins 04017