UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>             Debtor. | Case No.: 25-30004<br><br>Chapter 11 |

**DECLARATION OF TERRY STROH (T.L. STROH ARCHITECTS, LTD.)
CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE
902(11)**

STATE OF  Arizona            )
                                     ) SS
COUNTY OF  Maricopa      )

      Terry Stroh, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am the President of T.L. Stroh Architects, Ltd. ("Stroh") located in Fargo, North Dakota and have been employed by Stroh for 36 years. Stroh provides architectural services.

3. I am the records custodian for Stroh.

4. Stroh was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. Stroh responded to the subpoena and provided documents as requested.

5. I have personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). Stroh provided architectural services for the Ruins Project.

6. I have personal knowledge of the construction of the mixed-use building located at 26 1st Ave. Watertown, South Dakota (the "Generations Project"). Stroh provided architectural services for the Generations Project.

7. I have personal knowledge of the construction of the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project"). Stroh provided architectural services for the Parkside Project.

8. True and correct copies of Stroh's account statement and invoices for the Ruins Project are attached as **Exhibit A**.

9. True and correct copies of Stroh's account statement and invoices for the Generations Project are attached as **Exhibit B**.

10. True and correct copies of Stroh's account statement and invoices for the Parkside Project are attached as **Exhibit C**.

11. The documents attached as **Exhibits A (Ruins Account Statement and Invoices), B (Generations Account Statement and Invoices), and C (Parkside Account Statement and Invoices)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

12. It was the regular practice of Stroh's business activities to make the records attached as **Exhibits A, B and C**.

13. The records attached as **Exhibits A, B, and C** were kept in the regular course of business activity.

14. I certify under penalty of perjury that the foregoing is true and correct.

Executed on  22 nd  day of September, 2025.

_____
Terry Stroh

4921-4936-2539 v.1

2

# Exhibit A
## T.L. Stroh Architects, Ltd.

## The Ruins Project
## Account Statement and Invoices

9:52 AM

10/10/24

## T.L. Stroh Architects, Ltd
## All Transactions for Jesse Craig The Ruins 2021.07
### All Transactions

| Type | Num | Date | Account | Amount |
|---|---|---|---|---|
| Invoice | 5254 | 09/06/2022 | 1200 · Accounts Rec... | 21,550.00 |
| Payment | 141 | 05/12/2022 | Bell Bank Savings | 5,325.00 |
| Invoice | 5172 | 04/07/2022 | 1200 · Accounts Rec... | 5,325.00 |
| Payment | 39334 | 03/14/2022 | Bell Bank Savings | 409,450.00 |
| Invoice | 5105 | 12/16/2021 | 1200 · Accounts Rec... | 409,450.00 |
| **Total** | | | | |

 

701.239.4198
701.239.9643

8 Seventh Street N Fargo ND 58102

September 1, 2022

Craig Development
PO Box 426
Fargo, ND 58107

*Re: The Ruins Apt Bldg - Watertown SD*
*Job #2021.07*

| | |
|---|---:|
| *Fixed Fee* | $431,000.00 |
| 100% completed to date | $431,000.00 |
| Less amount billed to date | -$409,450.00 |
| Northern Tech Report  ($5,325  pd) | $0.00 |
| **Total Amount Due** | **$21,550.00** |

Please pay upon receipt.

**Thank you.**

RRSB-T.L. Stroh Architects SD Subpoena 0498

 

April 5, 2022

Craig Development
PO Box 426
Fargo, ND 58107

*Re: The Ruins Apt Bldg - Watertown SD*
*Job #2021.07*

| | |
|---|---:|
| *Fixed Fee* | $431,000.00 |
| 95% completed to date | $409,450.00 |
| Less amount billed to date | -$409,450.00 |
| Northern Tech Report | $5,325.00 |
| **Total Amount Due** | $5,325.00 |

Please pay upon receipt.

Thank you.



3522 4th Avenue South
Fargo, ND 58103
P: 701.232.1827  F: 701.232.7154

www.NTIgeo.com

# INVOICE

Terry Stroh
TL Stroh Architects
8 7th St N
Fargo, ND 58102

March 27, 2020
Project No:   20.FGO09859.000
Invoice No:   34371
Due Date:     April 26, 2020

Total Budget          5,000.00
Project       20.FGO09859.000       Ruins Development
Email Invoice to terrys@tlstroh.com

Geotechnical Exploration and Engineering Review

Fee                                                                 5,000.00

**Taxes**
  South Dakota State Tax          4.50 % of 5,000.00    225.00
  Watertown Local Tax             2.00 % of 5,000.00    100.00
            **Total Taxes**                             325.00      325.00

                            **PAYMENT DUE THIS INVOICE**          $5,325.00

                      Current       Prior    JTD Billings
Project Billings      5,325.00      0.00     5,325.00

pd b/z
TLSA

Project Manager    Daniel Gibson

 

December 16, 2021

Craig Development
PO Box 426
Fargo, ND 58107

*Re: The Ruins Apt Bldg - Watertown SD*
*Job #2021.07*

| | |
|---|---|
| *Fixed Fee* | $431,000.00 |
| 95% completed to date | $409,450.00 |
| Less amount billed to date | $0.00 |
| **Total Amount Due** | **$409,450.00** |

Please pay upon receipt.

**Thank you.**

# Exhibit B
# T.L. Stroh Architects, Ltd.

# Generations Project
# Account Statement and Invoices

9:55 AM
10/10/24

# T.L. Stroh Architects, Ltd
## All Transactions for Jesse Craig Generations 2020.26
### All Transactions

| Type | Num | Date | Account | Amount |
|---|---|---|---|---|
| Payment | 38198 | 06/23/2021 | Alerus (savings) | 52,500.00 |
| Invoice | 4916 | 05/13/2021 | 1200 · Accounts Rec... | 52,500.00 |
| Payment | 37889 | 04/27/2021 | Alerus (savings) | 157,500.00 |
| Payment | 37704 | 03/16/2021 | Alerus (savings) | 87,500.00 |
| Invoice | 4839 | 02/04/2021 | 1200 · Accounts Rec... | 157,500.00 |
| Payment | 37390 | 01/21/2021 | Alerus (savings) | 52,500.00 |
| Invoice | 4823 | 01/04/2021 | 1200 · Accounts Rec... | 87,500.00 |
| Invoice | 4807 | 12/08/2020 | 1200 · Accounts Rec... | 52,500.00 |
| Credit Memo | 4806 | 12/07/2020 | 1200 · Accounts Rec... | -5,000.00 |
| Invoice | 4668 | 06/05/2020 | 1200 · Accounts Rec... | 5,000.00 |
| **Total** | | | | |

May 5, 2021

Billing No. 4 (#2020.26) Generations

Remit to:    T.L. Stroh Architects, Ltd
8 Seventh St. N.
Fargo, ND 58102

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 100% | x | $87,500.00 | $87,500.00 |
| Constr. Documents | 100% | x | $157,500.00 | $157,500.00 |
| Bid/Neg. | 100% | x | $52,500.00 | $52,500.00 |
| Total | | | | $350,000.00 |
| Less billed to date | | | | -$297,500.00 |
| Subtotal | | | | $52,500.00 |

| Additional Services: | | |
|---|---|---|
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | | |
|---|---|---|---|
| Printing of Plans and Specs | | $0.00 | |
| Postage/shipping costs | | $0.00 | |
| Billed to Date | $0.00 | | |
| Subtotal | | | $0.00 |

**TOTAL AMOUNT DUE**      $52,500.00

*Total amount due within 15 days from date of statement.*

STROH

RRSB-T.L. Stroh Architects SD Subpoena 0486

February 3, 2021                                             Remit to:    T.L. Stroh Architects, Ltd
                                                                          8 Seventh St. N.
Billing No. 3 (#2020.26) Generations                                      Fargo, ND 58102

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 100% | x | $87,500.00 | $87,500.00 |
| Constr. Documents | 100% | x | $157,500.00 | $157,500.00 |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 |
| Total | | | | $297,500.00 |
| Less billed to date | | | | -$140,000.00 |
| Subtotal | | | | $157,500.00 |

| Additional Services: | | |
|---|---|---|
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
|---|---|---|
| Printing of Plans and Specs | $0.00 | |
| Postage/shipping costs | $0.00 | |
| Billed to Date | $0.00 | |
| Subtotal | | $0.00 |

TOTAL AMOUNT DUE                                                                $157,500.00

*Total amount due within 15 days from date of statement.*




701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102


RRSB-T.L. Stroh Architects SD Subpoena 0488

January 4, 2021

Remit to:   T.L. Stroh Architects, Ltd
8 Seventh St. N.
Fargo, ND 58102

Billing No. 2 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 100% | x | $87,500.00 | $87,500.00 |
| Constr. Documents | 0% | x | $157,500.00 | $0.00 |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 |
| | Total | | | $140,000.00 |
| | Less billed to date | | | -$52,500.00 |
| Subtotal | | | | $87,500.00 |

| Additional Services: | | | |
|---|---|---|---|
| | Previous Amt Billed | $0.00 | |
| Subtotal | | | $0.00 |

| Reimbursable Expenses: | | | |
|---|---|---|---|
| | Printing of Plans and Specs | $0.00 | |
| | Postage/shipping costs | $0.00 | |
| | Billed to Date | $0.00 | |
| Subtotal | | | $0.00 |

**TOTAL AMOUNT DUE**                                                                 **$87,500.00**

*Total amount due within 15 days from date of statement.*




701.239.4198
701.239.9643

9 Seventh Street N Fargo, ND 58102

RRSB-T.L. Stroh Architects SD Subpoena 0490

December 7, 2020

Billing No. 1 (#2020.26) Generations

Remit to:  T.L. Stroh Architects, Ltd
8 Seventh St. N.
Fargo, ND 58102

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | | |
|---|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 | |
| Design Development | 0% | x | $87,500.00 | $0.00 | |
| Constr. Documents | 0% | x | $157,500.00 | $0.00 | |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 | |
| Total | | | | $52,500.00 | |
| Less billed to date | | | | $0.00 | |
| Subtotal | | | | | $52,500.00 |

| Additional Services: | | |
|---|---|---|
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | | |
|---|---|---|---|
| Printing of Plans and Specs | | $0.00 | |
| Postage/shipping costs | | $0.00 | |
| Billed to Date | $0.00 | | |
| Subtotal | | | $0.00 |

TOTAL AMOUNT DUE                                                   $52,500.00

*Total amount due within 15 days from date of statement.*


701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102


STROH
ARCHITECTS | INTERIORS

RRSB-T.L. Stroh Architects SD Subpoena 0492

# Exhibit C
## T.L. Stroh Architects, Ltd.

## Parkside Project
## Account Statement and Invoices

9:55 AM
10/10/24

# T.L. Stroh Architects, Ltd
## All Transactions for Jesse Craig Watertown Parkside 2020.25
### All Transactions

| Type | Num | Date | Account | Amount |
|---|---|---|---|---|
| Payment | 37389 | 01/21/2021 | Alerus (savings) | 58,450.00 |
| Payment | 36928 | 11/03/2020 | Alerus (savings) | 66,800.00 |
| Payment | 36507 | 10/15/2020 | Alerus (savings) | 41,750.00 |
| Invoice | 4769 | 10/06/2020 | 1200 · Accounts Rec... | 58,450.00 |
| Invoice | 4730 | 08/11/2020 | 1200 · Accounts Rec... | 66,800.00 |
| Invoice | 4669 | 06/09/2020 | 1200 · Accounts Rec... | 41,750.00 |
| **Total** | | | | |

701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



**STROH**
ARCHITECTS | INTERIORS

October 2, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown Parkside*
*(No Const Admin Services in Fee)*
*(Services in September)*

| | |
|---|---|
| Fixed Fee | $167,000.00 |
| 100% completed to date | $167,000.00 |
| Less amount billed to date | -$108,550.00 |
| **Total Amount Due** | **$58,450.00** |

Please pay upon receipt.

Thank you.

| 1-30 days | 31-60 days | 61-90 dys |
|---|---|---|
| | $66,800.00 | $41,750.00 |

701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



STROH
ARCHITECTS | INTERIORS

August 5, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown Parkside*
*Arch/Eng Services*

| | |
|---|---|
| *Fixed Fee* | $167,000.00 |
| *65% completed to date* | $108,550.00 |
| *Less amount billed to date* | -$41,750.00 |
| **Total Amount Due** | **$66,800.00** |

*pd 11/3/20*

Please pay upon receipt.

Thank you.

| 1-30 days | 31-60 days | 61-90 dys |
|---|---|---|
| | $41,750.00 | |

RRSB-T.L. Stroh Architects SD Subpoena 0496

701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102

**STROH**
ARCHITECTS | INTERIORS

June 3, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

***Re: Watertown Parkside***
***Arch/Eng Services***

| | |
|---|---|
| *Fixed Fee* | $167,000.00 |
| *25% completed to date* | $41,750.00 |
| *Less amount billed to date* | <u>$0.00</u> |
| **Total Amount Due** | $41,750.00 |

Please pay upon receipt.

Thank you.

GREAT RELATIONSHIPS produce great buildings

RRSB-T.L. Stroh Architects SD Subpoena 0497