# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re:<br><br>The Ruins, LLC,<br><br>Debtor. | Case No.: 25-30004<br><br>Chapter 11 |
|---|---|

## DECLARATION OF JOSHUA LUTHER CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF SOUTH DAKOTA   )
                                            ) SS
COUNTY OF MINNEHAHA   )

Joshua Luther, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am a Vice President for CBRE Valuation and Advisory Services ("CBRE") and I am located in Sioux Falls, South Dakota.

3. CBRE's business operations include providing the full spectrum of specialized valuation solutions including but not limited to property appraisals, market and feasibility studies, evaluations (alternative valuations), and property condition assessments.

4. I am duly licensed to appraise property in the State of South Dakota. I am an established commercial real estate appraiser, and an MAI designated member of the Appraisal Institute with more than twenty (20) years of professional experience in the region where the subject property is located.

5. I have personal knowledge of the construction of the mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). I visited the Ruins Project on May 6, 2025.

6. I am one of CBRE's custodian of records for property appraisals that I have personally been involved with.

7. Attached as **Exhibit A** is a true and correct copy of an appraisal dated May 13, 2021 of the Ruins Project ("2021 Ruins Appraisal"). I was involved in the creation of the 2021 Ruins Appraisal.

8. Attached as **Exhibit B** is a true and correct copy of an appraisal dated July 20, 2022 of the Ruins Project ("2022 Ruins Appraisal"). I was involved in the creation of the 2022 Ruins Appraisal.

9. Attached as **Exhibit C** is a true and correct copy of an appraisal dated October 24, 2023 of the Ruins Project ("2023 Ruins Appraisal"). I was involved in the creation of the 2023 Ruins Appraisal.

10. The records attached as **Exhibits A, B, and C** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

11. It was the regular practice of the business activity to make the records attached as **Exhibits A, B, and C**.

12. The records attached as **Exhibits A, B, and C** were kept in the regular course of CBRE's business activity.

13. I certify under penalty of perjury that the foregoing is true and correct.

Executed on 22nd day of September, 2025.

_____
Joshua Luther

4921-3753-1481 v.1