# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re:  The Ruins, LLC,  Debtor. | Case No.: 25-30004  Chapter 11 |
|---|---|

### DECLARATION OF CODY MADSEN (TOWN & COUNTRY CREDIT UNION) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF NORTH DAKOTA    )
                         ) SS
COUNTY OF CASS           )

Cody Madsen, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am the Compliance Analyst of Town & Country Credit Union ("TCCU") and work in Fargo, North Dakota. I have been employed by TCCU since October 7, 2024.

3. I am the records custodian for TCCU.

4. TCCU was served with a subpoena for records in the above-titled bankruptcy case in April 2025.

5. TCCU currently holds various bank accounts for Craig Development, LLC, and Jesse Craig, among others.

6. A true and correct copy of Craig Development, LLC's bank account statement for account ending -303 for the period of June 1, 2023 through June 30, 2023 is attached as **Exhibit A**.

7. A true and correct copy of Jesse Craig's bank account statement for account ending -641 for the period of May 4, 2022 through May 31, 2022 is attached as **Exhibit B**.

8. The documents attached as **Exhibit A** (Craig Development, LLC bank account ending -303) and **Exhibit B** (Jesse Craig bank account ending -641) were made at or near the time of the events set forth therein by people with knowledge of those matters.

9. It was the regular practice of TCCU's business activities to make the records attached as **Exhibits A and B**.

10. The records attached as **Exhibits A and B** were kept in the regular course of TCCU's business activity.

11. I certify under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of September, 2025.

_____
Cody Madsen

# Exhibit A
# Town & Country Credit Union

# Craig Development Account Statement
# June 1, 2023 through June 31, 2023

# TOWN & COUNTRY CREDIT UNION

615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

# STATEMENT OF ACCOUNT

www.townandcountry.org

**NOTICE:** CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

611E

Page: 1 of 2

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO ND 58102-4203

| Member Number | Statement Period |
|---|---|
| *******303 | 06/01/23-06/30/23 |

**Account Balances at a Glance**

| | |
|---|---|
| Total Savings: | 5.00 |
| Total Checking: | 0.00 |
| Total Certificates: | 0.00 |
| Total Clubs: | 0.00 |
| Total Closed End Loans: | 103,222.88 |
| Total Open End Loans | 0.00 |
| Total Line of Credit: | 0.00 |

## UPCOMING CHANGE TO FEES

**Effective September 1, 2023,** the following fees will be implemented and may impact your account:

1. **Dormant Account Charge:** $5 per month after 24 months of inactivity
2. **Counter Checks:** $5 per sheet of 4
3. **Member Outgoing Wire Fee:** Increase from $15 to $25
4. **Non-Member Outgoing Wire Fee:** Increase from $25 to $35

If you have any questions about these fees, please contact us at 1-800-872-6358.
Thank you for your membership in Town & Country Credit Union.

### SHARE ID: 0001   ORGANIZATIONAL SAVINGS

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | | Balance Forward | | | 5.00 |
| Jun30 | | Ending Balance | | | 5.00 |

RRSB TCCU Subpoena 000068



**TOWN & COUNTRY CREDIT UNION**
TY Documents Passway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**
www.townandcountry.org

**NOTICE:** CLICK ON THE 'RECONCILIATION FORM & DISCLOSURES' IMAGE ABOVE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED *, AS WELL AS YOUR RIGHT TO DISPUTE ERRORS.

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO ND 58102-4203

611E

Page: 2 of 2

## SHARE ID: 0101  FREE CHECKING

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | | Balance Forward | | | 0.00 |
| Jun30 | | Ending Balance | | | 0.00 |

## LOAN: 0500   COMMERCIAL INSTALLMENT FIXED

| Date | Post | Description | Amount | Principal | Fin. Chg. | Balance |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 37,603.17 |
| Jun06 | Jun06 | Payments Transfer From CRAIG PROPERTIE XXXXXXXXXX Share 0001 | -878.19 | -766.15 | 112.04 | 36,837.02 |
| Jun30 | | Annual Percentage Rate - 3.750% Daily Periodic Rate - .010273% **Ending Balance** | | | | 36,837.02 |

### ACCOUNT DETAILS FOR: 0500 COMMERCIAL INSTALLMENT FIXED

| PAYMENT INFORMATION | | | THIS PERIOD | 2023 |
|---|---|---|---|---|
| DUE DATE | 07/01/23 | INTEREST | 112.04 | 726.53 |
| PAYMENT DUE | 878.08 | FEES/DPD | 0.00 | 0.00 |
| PAST DUE | 0.00 | LATE CHARGES | | 0.00 |
| TOTAL DUE | 878.08 | PRINCIPAL | | 4,542.61 |

## LOAN: 0501   COMMERCIAL INSTALLMENT FIXED

| Date | Post | Description | Amount | Principal | Fin. Chg. | Balance |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 67,457.37 |
| Jun06 | Jun06 | Payments Transfer From CRAIG PROPERTIE XXXXXXXXXX Share 0001 | -1,272.50 | -1,071.51 | 200.99 | 66,385.86 |
| Jun30 | | Annual Percentage Rate - 3.750% Daily Periodic Rate - .010273% **Ending Balance** | | | | 66,385.86 |

### ACCOUNT DETAILS FOR: 0501 COMMERCIAL INSTALLMENT FIXED

| PAYMENT INFORMATION | | | THIS PERIOD | 2023 |
|---|---|---|---|---|
| DUE DATE | 07/01/23 | INTEREST | 200.99 | 1,289.43 |
| PAYMENT DUE | 1,272.50 | FEES/DPD | 0.00 | 0.00 |
| PAST DUE | 0.00 | LATE CHARGES | | 0.00 |
| TOTAL DUE | 1,272.50 | PRINCIPAL | | 6,345.57 |

### YEAR TO DATE TOTALS

| | 2023 |
|---|---|
| INTEREST PAID | 2,015.96 |
| DIVIDENDS PAID | 0.00 |

RRSB TCCU Subpoena 000069

# Exhibit B
# Town & Country Credit Union

# Jesse Craig Account Statement
# May 4, 2022 through May 31, 2022



615 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**

www.townandcountry.org

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED * AS WELL AS YOUR RIGHT TO DISPUTE BILLING ERRORS.

611

Page: 1 of 2

JESSE CRAIG
1405 1ST AVE N
FARGO ND 58102-4203

| Member Number | Statement Period |
|---|---|
| *******641 | 05/04/22-05/31/22 |

**Account Balances at a Glance**

| | |
|---|---:|
| Total Savings: | 5.00 |
| Total Checking: | 0.00 |
| Total Certificates: | 0.00 |
| Total Clubs: | 0.00 |
| Total Closed End Loans: | 85,100.00 |
| Total Open End Loans: | 0.00 |
| Total Line of Credit: | 0.00 |



Don't Miss Out on your next Home — Get Pre-Qualified Today!
NMLS# 704437   Apply Online at townandcountry.org

### SHARE ID: 0001   PRIMARY SAVINGS

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---:|---:|---:|
| | | Balance Forward | | | 0.00 |
| May04 | May04 | **Deposit** Acct 0010010641 Ln 0001 Disbursal | 5.00 | | 5.00 |
| May04 | May04 | **Deposit** Acct 0010010641 Ln 0001 Disbursal | 85,000.00 | | 85,005.00 |
| May04 | May04 | **Withdrawal by Check** Check 01 0000614640 Disbursed 85,000.00 | | -85,000.00 | 5.00 |
| May31 | | **Ending Balance** | | | 5.00 |

**ACCOUNT DETAILS FOR: 0001 PRIMARY SAVINGS**

| DESCRIPTION | QTY | AMOUNT | | 2022 |
|---|---:|---:|---|---:|
| BEGINNING BALANCE | | 0.00 | DIVIDENDS PAID | 0.00 |
| TOTAL DEPOSITS | 2 | 85,005.00 | PENALTIES ASSESSED | 0.00 |
| TOTAL WITHDRAWALS | 1 | -85,000.00 | IRS WITHHOLDING | 0.00 |
| ENDING BALANCE | | 5.00 | STATE WITHHOLDING | 0.00 |

### SHARE ID: 0101   FREE CHECKING

| Date | Post | Description | Deposit | Withdrawal | Balance |
|---|---|---|---:|---:|---:|
| | | Balance Forward | | | 0.00 |
| May31 | | Ending Balance | | | 0.00 |

### LOAN: 0001   2022 FOREST RIVER 35DK5

| Date | Post | Description | Amount | Principal | Fin. Chg. | Balance |
|---|---|---|---:|---:|---:|---:|
| | | Balance Forward | | | | 0.00 |
| May04 | May04 | **New Loan** Annual Percentage Rate - 3.640% Daily Periodic Rate - .009972% | 85,100.00 | 85,100.00 | 0.00 | 85,100.00 |
| May31 | | **Ending Balance** | | | | 85,100.00 |

RRSB TCCU Subpoena 000444

# TOWN & COUNTRY CREDIT UNION

611 South Broadway
P.O. Box 2046
Minot, ND 58702-2046
800-872-6358

**STATEMENT OF ACCOUNT**

www.townandcountry.org

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING EACH LOAN MARKED * AS WELL AS YOUR RIGHT TO DISPUTE BILLING ERRORS.

JESSE CRAIG
1405 1ST AVE N
FARGO ND 58102-4203

611

**Page: 2 of 2**

| ACCOUNT DETAILS FOR: 0001 2022 FOREST RIVER 35DK5 | | | | |
|---|---|---|---|---|
| **PAYMENT INFORMATION** | | | **THIS PERIOD** | **2022** |
| DUE DATE | 06/15/22 | INTEREST | 0.00 | 0.00 |
| PAYMENT DUE | 1,910.16 | FEES/DPD | 0.00 | 0.00 |
| PAST DUE | 0.00 | LATE CHARGES | | 0.00 |
| TOTAL DUE | 1,910.16 | PRINCIPAL | | 0.00 |



RRSB TCCU Subpoena 000445