UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                             Bankruptcy No. 25-30004

The Ruins, LLC,

       Debtor.

_____

**MOTION TO APPEAR BY VIDEO CONFERENCE**

     1.     D&M Industries, Inc. ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference on the Motion for Relief from Stay (Doc #72) scheduled for September 29, 2025, at 10:00 a.m.

     2.     Movant requests that the Court consider savings in travel time and expenses to attend the Motion hearing in person.

     WHEREFORE, Movant requests that its counsel be allowed to appear by video conference at the hearing on the Motion for Relief from Stay, September 29, 2025, at 10:00 a.m.

Dated: September 24, 2025                  */s/ John M. Krings, Jr.*
                                                        John M. Krings, Jr. (ND Attorney #06845)
                                                        Attorneys for Starion Bank
                                                         KD LAW, PLLP
                                                         PO Box 9231
                                                         Fargo, ND 58106-9231
                                                         (701) 232-8757