## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.:  25-30004 |
| | Chapter 11 |
| The Ruins, LLC, | |
| Debtor. | |

## DECLARATION OF ERICA SCHMITT (LIMOGES CONSTRUCTION, INC.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF SOUTH DAKOTA          )
                               )  SS
COUNTY OF MINNEHAHA            )

Erica Schmitt, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2.      I am the Controller of Limoges Construction, Inc. ("Limoges") located in Sioux Falls, South Dakota and have been employed by Limoges since 2012. Limoges provides concrete construction services including building layout, concrete flatwork, rebar fabrication, and construction of foundations.

3.      I am the records custodian for Limoges.

4.      Limoges was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. Limoges responded to the subpoena and provided documents as requested.

5.      Limoges provided concrete construction services for the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project").

6.      Limoges provided concrete construction services for the mixed-use building located at 26 1st Ave. Watertown, South Dakota (the "Generations Project").

7.      Limoges provided concrete construction services for the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project").

8.    Limoges provided concrete construction services for the mixed-use building located at 10 N. Broadway, Watertown, South Dakota (the "Lofts Project").

9.    True and correct copies of Limoges's Proposal, Invoices (102845, 102865, 102874, 102921, 102991, 103006), Payment Applications 1-6, and corresponding lien waivers and payment records for the Ruins Project are attached as **Exhibit A**.

10.    True and correct copies of Limoges's Construction Agreement and Proposal, Invoices (7804, 7819, 7825, 7868, 7896, 102835, 102848, 102864, 102899), Payment Applications 1-8, and corresponding lien waivers and payment records for the Generations Project are attached as **Exhibit B**.

11.    True and correct copies of Limoges's Construction Agreement, Proposal and Change Orders, Invoices (7735, 7782, 7801, 7845, 7897, and 7994), Payment Applications 1-5, and corresponding lien waivers and payment records for the Parkside Project are attached as **Exhibit C**.

12.    True and correct copies of Limoges's Construction Agreement, Proposal and Change Orders, Invoices (7516, 7540, 7554, 7576, 7604, 7618, 7633, 7653, 7672, 7687, 7813), Payment Applications 1-11, and corresponding lien waivers and payment records for the Lofts Project are attached as **Exhibit D**.

13.    The documents attached as **Exhibits A (Ruins), B (Generations), C (Parkside), and D (Lofts)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

14.    It was the regular practice of Limoges's business activities to make the records and/or to keep copies from information transmitted by attached as **Exhibits A, B, C, D**.

15.    The records attached as **Exhibits A, B, C, and D** were kept in the regular course of business activity.

16.    I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____ day of September, 2025.

NAME: _____

4916-7507-9019 v.1

2

# <u>Exhibit A</u>
## Limoges Construction, Inc.

# Ruins Project
## Proposal, Invoices, Payment Applications, Lien Waivers, and Payment Records



# PROPOSAL

Ph.605.543.5959
Fax.605.543.5940
25732 Cottonwood Ave.

TO:   JESSE KIIHL
      PREVAIL
      WATERTOWN SD

DATE:   November 3, 2021
FROM:         Dan Block
EMAIL:
danb@limogesconstruction.com

PROJECT:  THE RUINS

**PLAN REFERENCE:**

This proposal is taken from prints dated 10/29/21. Any variation from
these prints or this proposal may effect this proposed  price.

| DESCRIPTION | | | UNIT | TOTAL |
|---|---|---|---|---|
| FOUNDATION | | | | |
| wall | 3/301 | 16" x 4' | 813 LF | |
| | 14/301 | 20" x 4' | 5 LF | |
| | 6/301 | 16" x 5' | 34 LF | |
| | 7,11/301 | 8" x 4' | 109 LF | |
| | | 8" x 5' | 29 LF | |
| | 10/301 | 12" x 4' | 146 LF | |
| | 8/301 | 8" x 4' | 68 LF | |
| wall ftg | CF 2 | 1' x 2' | 124 LF | |
| | CF 2-6 | 1' x 2'-6" | 666 LF | |
| | CF 3 | 1' x 3' | 134 LF | |
| | CF 3-6 | 1' x 3'-6" | 133 LF | |
| | CF 4 | 1' x 4' | 25 LF | |
| | CF 6 | 1' x 6' | 14 LF | |
| | elevator flr. | x 1' | 145 SF | |
| pad footings | F 5 | 5' x 5' x 1' | 4 | |
| | F 6 | 6' x 6' x 1' | 3 | |
| | F 7-6 | 7'-6" x 7'-6" x 16" | 20 | |
| | F 8-6 | 8'-6" x 8'-6" x 20" | 3 | |
| piers | P 1 | 30" round  x 4' | 23 | |
| | | 36" round  x 4' | 1 | |
| | P 2 | 16" x 16" x 4' | 8 | |

RRSB-Limoges SD Subpoena 0007

INTERIOR

| | | |
|---|---|---|
| ground floor   x 4" w / fiber | 25,147 SF | |
| stoop tops | 142 SF | |
| bollards   6" x 7' | 8 | |
| core topping   x 2" | 22,762 SF | |
| solid floor on roof plank x 14" | 87 SF | |
| x 4" | 82 SF | |
| insulation  x 10" | 48 SF | |
| thickened edge 10" x 16" | 36 LF | **$562,500.00** |

SITE

| | | |
|---|---|---|
| curb & gutter | 144 LF | |
| city walk  x 6" | 1,755 SF | |
| building walk  x 6" | 181 SF | **$21,000.00** |

ADD

Change wall to 4' deep for winter construction

| | | |
|---|---|---|
| 10/301  12" x 4' | 219 LF | |
| 11/301  8" x 4' | 59 LF | **$18,900.00** |

| | |
|---|---|
| **TOTAL OF BASE BID** | **$602,400.00** |

I.      **PRICE INCLUDEDS:**

Labor, Concrete, Fine Grading for Flat Work + or - 1/10',
Floor Poly, Rebar, Sales Tax on Materials

II.     **PRICE _DOES NOT_ INCLUDE:**

Engineering, Concrete or Soil Tests, Survey, Layout,
Snow Removal, Heat, Heat Enclosures, Cold Weather Concrete Additives,
Covering of Concrete Due to Cold Weather, Blankets or Blanket Labor,
Excavation or Back Fill, Fill Sand, Placement of Fill Sand, Dewatering,
Proofing, Drain Tile, Wall or Floor Insulation,  Bolts, Joint Dowels or Assemblies,
Floor Treatments or Sealants, Joint Sealants, Wall Rub Finishes or
Coatings, Surcharge for Lack of Project Access, Disposal of Concrete Wash Out,
Shoring for Steel Decks, Dirt Banks, etc. Curb & Gutter, Excise Tax.

III.    **CONDITIONS of WORK:**

All excavations must be in compliance with OHSA requirements.
Limoges Construction will not accept any other conditions.

Inside of building MUST be clear of all piles of dirt, debris,
building materials, etc., so accurate measurements
can be made and correct installation can be achieved.
There must also be a minimum of 8 feet of access between the
edge of the excavation and any stored soil or material
for our material handling and work space.
Limoges Construction will not accept any other conditions.

For all slab on grade floor placements, the gravel-granular
fill and sub base must be able to support the weight of a fully loaded
concrete truck. This includes the trucks being able to maneuver on this
material with multiple truck passes on this material for the floor
placement. Limoges Construction will not accept any other conditions.

IV.    **CONTRACTING:**

If this proposal is accepted, these inclusions and exclusions need
to be added verbatim to the contract offered to LCI or attach this
proposal as an addendum or exhibit to the contract.

No back charges will be excepted by LCI without prior
written authorization and sign off by LCI

Prices are good for 30 days from date of proposal.

DAN BLOCK                                                                    DATE  11/3/2021
ESTIMATOR FOR LIMOGES CONSTRUCTION, INC.

accepted by:

11/8/21



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2022 | 102845 |

Bill To

| Vendor No. |
|------------|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2135-Ruins |  |  |

| Description | Amount |
|-------------|--------|
| Progress Billing | 40,000.00 |
| Less 10% | –4,000.00 |

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | $36,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $36,000.00 |

RRSB-Limoges SD Subpoena 0010

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
The Ruins

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**APPLICATION NUMBER:** 1

**PERIOD TO:** 1-31-22

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-In-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 601,000.00 |
| 2. NET CHANGES TO CONTRACT: | | - |
| 3. TOTAL CONTRACT AMOUNT: | | 601,000.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 40,000.00 |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 4,000.00 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 4,000.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 36,000.00 |
| 7. LESS PREVIOUS APPLICATIONS: | | - |
| 8. CURRENT PAYMENT DUE: | | **36,000.00** |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 565,000.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | - | - |
| Changes From This Application: | - | - |
| Total: | | |
| Net Changes: | | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____    DATE: 01/25/2022

State: SD    County: Minnehaha

Subscribed & sworn to before me

this 25th day of January

Notary Public Name: _____

Commission Expiration Date: 1-8-27

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____    DATE: _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.PaymentApplication.com

PAYMENT APPLICATION DETAIL

APPLICATION NO: 1
FOR PERIOD ENDING: 1-31-22

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

PROJECT: The Ruins
NO: 2135

| WORK CATEGORY | | | | COMPLETED WORK | | | | | BALANCE TO | RETAINAGE |
| Item No. A | Description B | Scheduled Value C | Prev. App. Value D=Prev. (D+E) | This App. | | | Total | | FINISH | Value (10.0%) |
| | | | | Work In Place E | Stored Mat. F | Value G=D+E+F | % L=G/C | | H=C-G | I |
| ▲ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 556,000 | - | - | - | - | 0% | | 556,000 | - |
| | Rebar | 45,000 | - | 40,000 | - | 40,000 | 89% | | 5,000 | 4,000 |
| | | - | | | | | | | | - |
| | Total Base Contract Work: | 601,000 | - | 40,000 | - | 40,000 | 7% | | 561,000 | 4,000 |
| | Total Extra Work: | - | - | - | - | - | 0% | | - | - |
| | GRAND TOTAL: | 601,000 | - | 40,000 | - | 40,000 | 7% | | 561,000 | 4,000 |

Page 2 of 2

RRSB-Limoges SD Subpoena 0012

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD  57201

Dated this 20ᵗʰ day of July, 2022

AMOUNT: $[Enter Amount]  $36,000.06      [Enter Creditor Name]
[Enter Memo Info]

FULL _____

PARTIAL ___X___

By: _____
Its: Limoges Construction, Inc.
Address: 25732 Cottonwood Ave.
Sioux Falls, SD 57107
Phone Number: 605 543-5954

PLEASE SIGN AND RETURN TO:

Craig Development, LLC
1405 1 Ave N
Fargo, ND  58102

Original
mailed 7-25-22

Craig Development, LLC
PO Box 426
Fargo, ND  58107

Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10429

77-7869/2913

**** ONE HUNDRED FIVE THOUSAND THREE HUNDRED FORTY SIX AND 30/100 DOLLARS

TO THE
ORDER OF

06/01/22          $105,346.30*

LIMOGES CONSTRUCTION
25732 COTTONWOOD AVE
SIOUX FALLS, SD    57107

Business Account

**NON-NEGOTIABLE**

Authorized Signature

*Reins 36,000.00*
*(2101) General @ 9,346.30*

RRSB-Limoges SD Subpoena 0014

Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2022 | 102865 |

Bill To

Vendor No.

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2135-Ruins | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 150,000.00 |
| Winter Charges | 14,204.00 |
| | -16,420.40 |

| | |
|-------------------------|-------------|
| Sales Tax (0.0%) | $0.00 |
| Total | $147,783.60 |
| Payments/Credits | $0.00 |
| Balance Due | $147,783.60 |

RRSB-Limoges SD Subpoena 0015

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
The Ruins

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**APPLICATION NUMBER:** 2

**PERIOD TO:** 2/28/2022

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 601,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 14,204.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 615,204.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 204,204.00 |
| 5. RETAINAGE: | | |
| a.   10.0 % of Completed Work | 20,420.40 | |
| b.   10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 20,420.40 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 183,783.60 |
| 7. LESS PREVIOUS APPLICATIONS: | | 36,000.00 |
| 8. CURRENT PAYMENT DUE: | | **147,783.60** |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 431,420.40 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | - | - |
| Changes From This Application: | 14,204.00 | - |
| Total: | 14,204.00 | |
| Net Changes: | 14,204.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** _Eric Sands_    **DATE:** 2-24-22

State: _SD_    County: _Minnehaha_

Subscribed & sworn to before me

this _24th_ day of _February_

Notary Public Name:

Commission Expiration Date: _1-28-27_

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____    **DATE:** _____

The Amount Certified is payable to the contractor listed above.

Created using Payless for Excel. www.PaymentApplication.com

# PAYMENT APPLICATION DETAIL

APPLICATION NO: 2
FOR PERIOD ENDING: 2/28/2022

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

PROJECT: The Ruins
NO: 2135

| WORK CATEGORY | | | | COMPLETED WORK | | | | | BALANCE TO FINISH | RETAINAGE |
| Item No. A | Description B | Scheduled Value C | Prev. App. Value D=Prev. (D+E) | This App. Work In Place E | Stored Mat. F | Total Value G=D+E+F | % L=G/C | | H=C-G | Value (10.0%) I |
|---|---|---|---|---|---|---|---|---|---|---|
| ▲ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 556,000 | - | 150,000 | - | 150,000 | 27% | | 406,000 | 15,000 |
| | Rebar | 45,000 | 40,000 | - | - | 40,000 | 89% | | 5,000 | 4,000 |
| | | - | | - | - | | | | | - |
| ▲ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 1-27 to 2-18- see attached | 14,204 | - | 14,204 | - | 14,204 | 100% | | - | 1,420 |
| | Total Base Contract Work: | 601,000 | 40,000 | 150,000 | - | 190,000 | 32% | | 411,000 | 19,000 |
| | Total Extra Work: | 14,204 | - | 14,204 | - | 14,204 | 100% | | - | 1,420 |
| | GRAND TOTAL: | 615,204 | 40,000 | 164,204 | - | 204,204 | 33% | | 411,000 | 20,420 |

Created using Payments for Excel. Visit www.PaymentApplication.com for more information

Page 2 of 2

RRSB-Limoges SD Subpoena 0017

# Winter Concrete Charges

**Job Name:** The Ruins

**Date Range:** 1/27/2022 to 2/18/2022

| | Previous Billings | Current Billing |
|---|---|---|
| Cold Weather Additives | | $5,301.69 |
| Blanket Rent | | $828.00 |
| Blanket Labor | | $8,075.00 |
| Snow Removal Labor | | $0.00 |
| Ground Heater Rental | | $0.00 |
| Ground Heater Fuel | | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Price Adjust | | -$0.69 |
| **TOTAL-** | $0.00 | **$14,204.00** |

# Cold Weather Additives

| Date | Yards Poured | Winter Heat w/tax | .5% Accel w/tax | 1% Accel w/tax | 1.5% Accel w/tax | 2% Accel w/tax | 3% Accel w/tax | Total w/tax |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| 1/28/2022 | 30 | $10.65 | | | | $11.72 | | $671.10 |
| 2/1/2022 | 29 | $10.65 | | | | $11.72 | | $648.73 |
| 2/10/2022 | 98 | $10.65 | | | | $11.72 | | $2,192.26 |
| 2/16/2022 | 50 | $10.65 | | | | $11.72 | | $1,118.50 |
| 2/18/2022 | 30 | $10.65 | | | | $11.72 | | $671.10 |
| | | $10.65 | | $5.86 | | | | $0.00 |
| | | $10.65 | $2.93 | | | | | $0.00 |
| | | $10.65 | $2.93 | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 237 | | | | | | | $5,301.69 |

# Blanket Rental

| Days on Site | # of Blankets | Price per Blanket/Day | Total | Dates |
|---|---|---|---|---|
| | | | $0.00 | |
| 6 | 48 | $1.50 | $432.00 | 2-10 to 2-15 |
| 3 | 88 | $1.50 | $396.00 | 2-16 to 2-18 |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | | $0.00 | |
| TOTALS | | | $828.00 | |

RRSB-Limoges SD Subpoena 0020

## Blanket Labor

| Date | | Total Manhours | Labor Rate | Total |
|---|---|---|---|---|
| | | | | |
| 1/27/2022 | | 6 | $47.50 | $285.00 |
| 1/28/2022 | | 9 | $47.50 | $427.50 |
| 1/31/2022 | | 13.5 | $47.50 | $641.25 |
| 2/1/2022 | | 9 | $47.50 | $427.50 |
| 2/7/2022 | | 9 | $47.50 | $427.50 |
| 2/9/2022 | | 4 | $47.50 | $190.00 |
| 2/10/2022 | | 18 | $47.50 | $855.00 |
| 2/11/2022 | | 18 | $47.50 | $855.00 |
| 2/14/2022 | | 16 | $47.50 | $760.00 |
| 2/15/2022 | | 13.5 | $47.50 | $641.25 |
| 2/16/2022 | | 18 | $47.50 | $855.00 |
| 2/17/2022 | | 18 | $47.50 | $855.00 |
| 2/18/2022 | | 18 | $47.50 | $855.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | | |
| | | 170 | | $8,075.00 |

**WAIVER OF LIEN**                                    SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD  57201

Dated this _15th_ day of _March, 2022_, _____.

AMOUNT:  $[Enter Amount]            [Enter Creditor Name]
[Enter Memo Info]

FULL        _____

PARTIAL    ___X_____            By: _Nate Limoges_
                                  Its: _President_
                                  Address:_____
                                  Limoges Construction, Inc
                                  25732 Cottonwood Ave.
                                  Phone Number: _Sioux Falls, SD 57107
                                  (605) 543-5959

### PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND  58102

*Original mailed 3-14-22*

DATE:03/08/22   CK:043660   TOTAL:$147,783.60   BANK:Craig Properties   (03/08/30)
PAYEE:LIMOGES CONSTRUCTION

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 03/08/2022 | | 147,783.60 |
| | | | 147,783.60 |

Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/25/2022 | 102874 |

### Bill To

Craig Properties
1405 1st Ave N
Fargo, ND 58102

| Vendor No. |
|------------|
|            |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2135-Ruins |  |  |

| Description | Amount |
|-------------|--------|
| Progress Billing | 110,000.00 |
| Winter Charges | 14,548.00 |
| 10% | -12,454.80 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $112,093.20 |
| Payments/Credits | $0.00 |
| Balance Due | $112,093.20 |

RRSB-Limoges SD Subpoena 0024

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
The Ruins

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**APPLICATION NUMBER:** 3

**PERIOD TO:** 3/31/2022

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 601,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 28,752.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 629,752.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 328,752.00 |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 32,875.20 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 32,875.20 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 295,876.80 |
| 7. LESS PREVIOUS APPLICATIONS: | | 183,783.60 |
| 8. CURRENT PAYMENT DUE: | | 112,093.20 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 333,875.20 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev. Applications: | 14,204.00 | - |
| Changes From This Application: | 14,548.00 | - |
| Total: | 28,752.00 | - |
| Net Changes: | 28,752.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

DATE: 3/25/2022

CONTRACTOR:

State: SD   County: Minnehaha

Subscribed & sworn to before me
this 25 day of March

Notary Public Name:
Commission Expiration Date: 1-8-21

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

ARCHITECT:   DATE:

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel, www.PaymentApplication.com

RRSB-Limoges SD Subpoena 0025

# PAYMENT APPLICATION DETAIL

APPLICATION NO.: 3
FOR PERIOD ENDING: 3/31/2022

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-In-Place Concrete

PROJECT: The Ruins
NO.: 2135

## WORK CATEGORY

| Item No. | Description | Scheduled Value | Prev. App. Value | COMPLETED WORK | | | Total | | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
| | | | | Work in Place | Stored Mat. | | Value | % | | |
| A | B | C | D=Prev. (D+E) | E | F | | G=D+E+F | L=G/C | H=C-G | I |
| | | | | This App. | | | | | | |
| ▲ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 556,000 | 150,000 | 110,000 | - | | 260,000 | 47% | 296,000 | 26,000 |
| | Rebar | 45,000 | 40,000 | - | - | | 40,000 | 89% | 5,000 | 4,000 |
| | | - | | - | - | | | | | - |
| ▲ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 1-27 to 2-18- see attached | 14,204 | 14,204 | - | - | | 14,204 | 100% | - | 1,420 |
| | Winter Charges- 2-19 to 3-25- see attached | 14,548 | - | 14,548 | - | | 14,548 | 100% | - | 1,455 |
| | Total Base Contract Work: | 601,000 | 190,000 | 110,000 | - | | 300,000 | 50% | 301,000 | 30,000 |
| | Total Extra Work: | 28,752 | 14,204 | 14,548 | - | | 28,752 | 100% | - | 2,875 |
| | GRAND TOTAL: | 629,752 | 204,204 | 124,548 | - | | 328,752 | 52% | 301,000 | 32,875 |

Created using Payman for Excel. Visit www.PaymentApplication.com for more information.

Page 2 of 2

RRSB-Limoges SD Subpoena 0026

# Winter Concrete Charges

**Job Name:**   The Ruins

**Date Range:**   2/19/2022   to   3/25/2022

|  | Previous Billings | Current Billing |
|---|---|---|
| Cold Weather Additives | $5,301.69 | $4,826.33 |
| Blanket Rent | $828.00 | $792.00 |
| Blanket Labor | $8,075.00 | $8,930.00 |
| Snow Removal Labor | $0.00 | $0.00 |
| Ground Heater Rental | $0.00 | $0.00 |
| Ground Heater Fuel | $0.00 | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Price Adjust | -$0.69 | -$0.33 |
| **TOTAL-** | $14,204.00 | **$14,548.00** |

# Cold Weather Additives

| Date | Yards Poured | Winter Heat w/tax | .5% Accel w/tax | 1% Accel w/tax | 1.5% Accel w/tax | 2% Accel w/tax | 3% Accel w/tax | Total w/tax |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| 2/28/2022 | 6 | $10.65 | | | | $11.72 | | $134.22 |
| 3/2/2022 | 50 | $10.65 | | | | $11.72 | | $1,118.50 |
| 3/4/2022 | 38.5 | $10.65 | | | | $11.72 | | $861.25 |
| 3/7/2022 | 5 | $10.65 | | | | $11.72 | | $111.85 |
| 3/10/2022 | 33.5 | $10.65 | | | | $11.72 | | $749.40 |
| 3/14/2022 | 3.5 | $10.65 | | | | $11.72 | | $78.30 |
| 3/15/2022 | 6.5 | $10.65 | | | | $11.72 | | $145.41 |
| 3/16/2022 | 18 | $10.65 | | | | $11.72 | | $402.66 |
| 3/17/2022 | 3.25 | $10.65 | | | | $11.72 | | $72.70 |
| 3/21/2022 | 13.5 | $10.65 | | | | $11.72 | | $302.00 |
| 3/23/2022 | 38 | $10.65 | | | | $11.72 | | $850.06 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 215.75 | | | | | | | $4,826.33 |

# Blanket Rental

| Days on Site | # of Blankets | Price per Blanket/Day | Total | Dates |
|---|---|---|---|---|
| | | | $0.00 | |
| 6 | 88 | $1.50 | $792.00 | 2-19 to 2-25 |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | | $0.00 | |
| TOTALS | | | $792.00 | |

## Blanket Labor

| Date | | Total Manhours | Labor Rate | Total |
|---|---|---|---|---|
| | | | | |
| 2/28/2022 | | 8 | $47.50 | $380.00 |
| 3/2/2022 | | 8 | $47.50 | $380.00 |
| 3/3/2022 | | 10.5 | $47.50 | $498.75 |
| 3/4/2022 | | 8 | $47.50 | $380.00 |
| 3/7/2022 | | 4 | $47.50 | $190.00 |
| 3/8/2022 | | 36 | $47.50 | $1,710.00 |
| 3/9/2022 | | 31.5 | $47.50 | $1,496.25 |
| 3/10/2022 | | 28 | $47.50 | $1,330.00 |
| 3/11/2022 | | 4.5 | $47.50 | $213.75 |
| 3/14/2022 | | 45 | $47.50 | $2,137.50 |
| 3/15/2022 | | 4.5 | $47.50 | $213.75 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | | |
| | | 188 | | $8,930.00 |

**WAIVER OF LIEN**                                    SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

**315 East Kemp, Watertown, SD 57201**

Dated this  11ᵗʰ  day of  April , 2022

AMOUNT:  $[Enter Amount]                    [Enter Creditor Name]
[Enter Memo Info]

FULL  _____

PARTIAL  X _____

By: Nate Limoges
Its: President
Address: 25932 Cottonwood Ave
          Sioux Falls SD 57107
Phone Number: (605) 543 5958

## PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

Original
Mailed 4-11-22

DATE:04/02/22   CHECK 125-30004   ·$112,093.20·   BANK:The Ruins, LLC (ruins
PAYEE:LIMOGES CONSTRUCTION

| Property | Invoice - Date | Description | Amount |
|---|---|---|---|
| P0000001 | 04/02/2022 | | 112,093.20 |
| | | | 112,093.20 |

RRSB-Limoges SD Subpoena 0032



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/24/2022 | 102921 |

**Bill To**

Craig Properties
1405 1st Ave N
Fargo, ND 58102

| | Vendor No. |
|---|---|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2135-Ruins | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 146,000.00 |
| Extra concrete due to camber in the core floor | 4,087.00 |
| Less 10% | -15,008.70 |

| | Sales Tax (0.0%) | $0.00 |
|---|---|---|
| | **Total** | $135,078.30 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $135,078.30 |

RRSB-Limoges SD Subpoena 0033

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
The Ruins

**APPLICATION NUMBER:** 4

**PERIOD TO:** 6/30/2022

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**PROJECT NUMBER:**

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**CONTRACT WORK:** Cast-In-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**DATE:** 12/24/2022

CONTRACTOR: _Uni_____ Minnehaha_

State: _SD_ County: _Minnehaha_

Subscribed & sworn to before me

this _24th_ day of _June_

Notary Public Name: _____

Commission Expiration Date: _1-8-27_

| | ADDITIONS | DELETIONS |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 601,000.00 | |
| 2. NET CHANGES TO CONTRACT: | 32,839.00 | |
| 3. TOTAL CONTRACT AMOUNT: | 633,839.00 | |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 478,839.00 | |
| 5. RETAINAGE: | 47,883.90 | |
| a. _10.0_ % of Completed Work | 47,883.90 | |
| b. _10.0_ % of Stored Material | 0.00 | |
| Total Retainage: | 47,883.90 | |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 430,955.10 | |
| 7. LESS PREVIOUS APPLICATIONS: | 295,876.80 | |
| 8. CURRENT PAYMENT DUE: | 135,078.30 | |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 202,883.90 | |

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

## AMOUNT CERTIFIED:
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____    DATE: _____

The Amount Certified is payable to the contractor listed above.

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 28,752.00 | - |
| Changes From This Application: | 4,087.00 | - |
| Total: | 32,839.00 | |
| Net Changes: | 32,839.00 | |

Created using Paymee for Excel. www.PaymentApplication.com

# PAYMENT APPLICATION DETAIL

APPLICATION NO: 4
FOR PERIOD ENDING: 6/30/2022

PROJECT: The Ruins
NO: 2135

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

| WORK CATEGORY | | | | COMPLETED WORK | | | | | BALANCE TO FINISH | RETAINAGE |
| Item No. | Description | Scheduled Value | Prev. App. Value | This App. | | Total | | | | Value (10.0%) |
| | | | | Work In Place | Stored Mat. | Value | % | | | |
| A | B | C | D=Prev. (D+E) | E | F | G=D+E+F | L=G/C | | H=C-G | I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 556,000 | 260,000 | 146,000 | - | 406,000 | 73% | | 150,000 | 40,600 |
| | Rebar | 45,000 | 40,000 | - | - | 40,000 | 89% | | 5,000 | 4,000 |
| | | - | - | - | - | | | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 1-27 to 2-18- see attached | 14,204 | 14,204 | - | - | 14,204 | 100% | | - | 1,420 |
| | Winter Charges- 2-19 to 3-25- see attached | 14,548 | 14,548 | - | - | 14,548 | 100% | | - | 1,455 |
| | Extra Concrete due to camber in the core floor | 4,087 | - | 4,087 | - | 4,087 | 100% | | - | 409 |
| | Total Base Contract Work: | 601,000 | 300,000 | 146,000 | - | 446,000 | 74% | | 155,000 | 44,600 |
| | Total Extra Work: | 32,839 | 28,752 | 4,087 | - | 32,839 | 100% | | - | 3,284 |
| | GRAND TOTAL: | 633,839 | 328,752 | 150,087 | - | 478,839 | 76% | | 155,000 | 47,884 |

Created using Payment for Look. Visit www.PaymentApplication.com for more information

Created using Paymore for Excel. Download for free at www.PaymentApplication.com

Page 2 of 2

RRSB-Limoges SD Subpoena 0035

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD  57201

Dated this 5th day of *August, 2022*

AMOUNT: $[Enter Amount]
[Enter Memo Info]

[Enter Creditor Name]

FULL

PARTIAL    X

By: *Nate Limoges*
Its: *President*
Address Limoges Construction, Inc.
       26732 Cottonwood Ave,
Phone Number: Sioux Falls, SD 57107
       605-543-5959

PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

*Original Mailed 8.9.22*

```
DATE:07/01/22  CK#:183  TOTAL:$135,078.30*  BANK:The Ruins, LLC(ruins)
PAYEE:LIMOGES CONSTRUCTION
```

| Property | Invoice - Date | Description | Amount |
|----------|----------------|-------------|--------|
| p0000001 | 07/01/2022 | | 135,078.30 |
| | | | 135,078.30 |

RRSB-Limoges SD Subpoena 0037

Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/25/2022 | 102991 |

**Bill To**

Craig Properties
1405 1st Ave N
Fargo, ND 58102

| | Vendor No. |
|--|------------|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2135-Ruins | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 120,000.00 |
| Less 10% | -12,000.00 |

| | |
|--|--|
| Sales Tax (0.0%) | $0.00 |
| Total | $108,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $108,000.00 |

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
The Ruins

**ARCHITECT:**

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**APPLICATION NUMBER:** 5

**PERIOD TO:** 10/31/2022

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 601,000.00 |
| 2. NET CHANGES TO CONTRACT: | 32,839.00 |
| 3. TOTAL CONTRACT AMOUNT: | 633,839.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 598,839.00 |
| 5. RETAINAGE: | |
| a.  10.0 % of Completed Work | 59,883.90 |
| b.  10.0 % of Stored Material | 0.00 |
| Total Retainage: | 59,883.90 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 538,955.10 |
| 7. LESS PREVIOUS APPLICATIONS: | 430,955.10 |
| 8. CURRENT PAYMENT DUE: | **108,000.00** |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 94,883.90 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 32,839.00 | - |
| Changes From This Application: | - | - |
| Total: | 32,839.00 | - |
| Net Changes: | 32,839.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____     DATE: 10/2 5/202

State: SD     County: Minnehaha

Subscribed & sworn to before me
this 25th day of October

Notary Public Name: _____

Commission Expiration Date: 1-8-27

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

ARCHITECT: _____     DATE: _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.PaymentApplication.com

RRSB-Limoges SD Subpoena 0039

PAYMENT APPLICATION DETAIL

APPLICATION NO: 5
FOR PERIOD ENDING: 10/31/2022

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-In-Place Concrete

PROJECT: The Ruins
NO: 2135

| Item No. | Description | Scheduled Value | Prev. App. Value | COMPLETED WORK | | | Total | | Balance to Finish | Retainage Value |
| A | B | C | D=Prev. (D+E) | Work In Place E | This App. Stored Mat. F | | Value G=D+E+F | % L=G/C | H=C-G | (10.0%) I |
| | | | | | | | | | | |
| ▲ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 556,000 | 406,000 | 115,000 | - | | 521,000 | 94% | 35,000 | 52,100 |
| | Rebar | 45,000 | 40,000 | 5,000 | - | | 45,000 | 100% | - | 4,500 |
| | | - | | - | - | | | | | - |
| ▲ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 1-27 to 2-18- see attached | 14,204 | 14,204 | - | - | | 14,204 | 100% | - | 1,420 |
| | Winter Charges- 2-19 to 3-25- see attached | 14,548 | 14,548 | - | - | | 14,548 | 100% | - | 1,455 |
| | Extra Concrete due to camber in the core floor | 4,087 | 4,087 | - | - | | 4,087 | 100% | - | 409 |
| | Total Base Contract Work: | 601,000 | 446,000 | 120,000 | - | | 566,000 | 94% | 35,000 | 56,600 |
| | Total Extra Work: | 32,839 | 32,839 | - | - | | 32,839 | 100% | - | 3,284 |
| | GRAND TOTAL: | 633,839 | 478,839 | 120,000 | - | | 598,839 | 94% | 35,000 | 59,884 |

Created using Pyzmio for Excel. Visit www.Pyzmioapplication.com

Page 2 of 2

RRSB-Limoges SD Subpoena 0040

WAIVER OF LIEN

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD 57201

Dated this 19ᵗʰ day of April, 2023.

AMOUNT: $[Enter Amount]   $50,000°⁰ [Enter Creditor Name]
[Enter Memo Info]

FULL

PARTIAL                  X

By: _Nate Limoges_
Its: _President_
Address: Limoges Construction, Inc.
         _26792 Cottonwood Ave._
Phone Number: Sioux Falls, SD 57107
         (605) 543-5959

PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

_Original_
_posted 4-2023_

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4501 45th Avenue South
Fargo, ND 58104

77-7869/2913

11856

**** FIFTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

04/12/23          $50,000.00**

LIMOGES CONSTRUCTION
25732 COTTONWOOD AVE
SIOUX FALLS, SD    57107

Business Account

NON-NEGOTIABLE

Authorized Signature

---

DATE:04/12/23  CK#:11856  TOTAL:$50,000.00**  BANK:Craig Development, LLC(1125)
PAYEE:LIMOGES CONSTRUCTION

| Property | Invoice - Date | Description | Amount |
|---|---|---|---|
| CRAIG DEVELOPMENT | 04/12/2023 | | 50,000.00 |
| | | | 50,000.00 |

*more coming soon*



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/23/2022 | 103006 |

**Bill To**

Craig Properties
1405 1st Ave N
Fargo, ND 58102

| Vendor No. |
|------------|
|            |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2135-Ruins | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 14,600.00 |
| Less 10% | -1,460.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | $13,140.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $13,140.00 |

RRSB-Limoges SD Subpoena 0043

# APPLICATION FOR PAYMENT

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**OWNER:**
Craig Properties

**PROJECT:**
The Ruins

**APPLICATION NUMBER:** 6

**PERIOD TO:** 11/30/2022

**PROJECT NUMBER:**

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**CONTRACT WORK:** Cast-In-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 601,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 33,439.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 634,439.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 613,439.00 |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 61,343.90 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 61,343.90 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 552,095.10 |
| 7. LESS PREVIOUS APPLICATIONS: | | 538,955.10 |
| 8. CURRENT PAYMENT DUE: | | 13,140.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 82,343.90 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 32,839.00 | - |
| Changes From This Application: | 600.00 | - |
| Total: | 33,439.00 | - |
| Net Changes: | 33,439.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** _(signature)_       **DATE:** 11/23/2022

State: SD  County: Minnehaha

Subscribed & sworn to before me
this 23 rd day of November

Notary Public Name:
Commission Expiration Date: 1-8-27

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____       **DATE:**

The Amount Certified is payable to the contractor listed above.

Created using Payntree for Excel. www.PaymentApplication.com

RRSB-Limoges SD Subpoena 0044

# PAYMENT APPLICATION DETAIL

APPLICATION NO: 6
FOR PERIOD ENDING: 11/30/2022

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

PROJECT: The Ruins
NO: 2135

| WORK CATEGORY | | Scheduled Value | Prev. App. Value | COMPLETED WORK | | | Total | | | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Item No. | Description | | | This App. Work In Place | Stored Mat. | | Value | % | | | |
| A | B | C | D=Prev.(D+E) | E | F | | G=D+E+F | L=G/C | | H=C-G | I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | | |
| | Concrete | 556,000 | 521,000 | 14,000 | - | | 535,000 | 96% | | 21,000 | 53,500 |
| | Rebar | 45,000 | 45,000 | - | - | | 45,000 | 100% | | - | 4,500 |
| | | - | | - | - | | | | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | | |
| | Winter Charges- 1-27 to 2-18- see attached | 14,204 | 14,204 | - | - | | 14,204 | 100% | | - | 1,420 |
| | Winter Charges- 2-19 to 3-25- see attached | 14,548 | 14,548 | - | - | | 14,548 | 100% | | - | 1,455 |
| | Extra Concrete due to camber in the core floor | 4,087 | 4,087 | - | - | | 4,087 | 100% | | - | 409 |
| | Transformer Pad | 600 | - | 600 | 600 | | 600 | 100% | | - | 60 |
| | **Total Base Contract Work:** | 601,000 | 566,000 | 14,000 | - | | 580,000 | 97% | | 21,000 | 58,000 |
| | **Total Extra Work:** | 33,439 | 32,839 | 600 | - | | 33,439 | 100% | | - | 3,344 |
| | **GRAND TOTAL:** | 634,439 | 598,839 | 14,600 | - | | 613,439 | 97% | | 21,000 | 61,344 |

Page 2 of 2

RRSB-Limoges SD Subpoena 0045

# **Exhibit B**
## Limoges Construction, Inc.

# Generations Project
## Construction Agreement and Proposal, Invoices, Payment Applications, Lien Waivers, and Payment Records



# $\text{AIA}^{®}$ Document A132™ – 2009

## Standard Form of Agreement Between Owner and Contractor, Construction Manager as Adviser Edition

**AGREEMENT** made as of the 25th day of January in the year 2021
*(In words, indicate day, month and year.)*

**BETWEEN** the Owner:
*(Name, legal status, address and other information)*

Generations on 1st, LLC
1405 1st Ave. North Fargo, ND 58102

and the Contractor:
*(Name, legal status, address and other information)*

Limoges Construction, Inc
25732 Cottonwood Ave. Sioux Falls, SD 57107

for the following Project:
*(Name, location and detailed description)*

Generations on 1st
26 1st Ave. SW Watertown, SD 57201

The Construction Manager:
*(Name, legal status, address and other information)*

Prevail, LLC
100 East Kemp Ave. Suite E Watertown, SD 57201

The Architect:
*(Name, legal status, address and other information)*

TL Stroh Architects
8 Seventh St. N Fargo, SD 58102

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

This document is intended to be used in conjunction with AIA Documents A232™–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition; B132™–2009, Standard Form of Agreement Between Owner and Architect, Construction Manager as Adviser Edition; and C132™–2009, Standard Form of Agreement Between Owner and Construction Manager as Adviser. ^AIA Document A232™–2009 is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

Init.
/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

1

TABLE OF ARTICLES

1    THE CONTRACT DOCUMENTS

2    THE WORK OF THIS CONTRACT

3    DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

4    CONTRACT SUM

5    PAYMENTS

6    DISPUTE RESOLUTION

7    TERMINATION OR SUSPENSION

8    MISCELLANEOUS PROVISIONS

9    ENUMERATION OF CONTRACT DOCUMENTS

10    INSURANCE AND BONDS

EXHIBIT A    DETERMINATION OF THE COST OF THE WORK

### ARTICLE 1    THE CONTRACT DOCUMENTS
The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement, all of which form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 9.

### ARTICLE 2    THE WORK OF THIS CONTRACT
The Contractor shall fully execute the Work described in the Contract Documents, except as specifically indicated in the Contract Documents to be the responsibility of others.

### ARTICLE 3    DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION
§ 3.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

If, prior to the commencement of the Work, the Owner requires time to file mortgages, mechanics' liens and other security interests, the Owner's time requirement shall be as follows:

§ 3.2 The Contract Time shall be measured from the date of commencement.

§ 3.3 The Contractor shall achieve Substantial Completion of the entire Work not later than    (    ) days from the date of commencement, or as follows:
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. If appropriate, insert requirements for earlier Substantial Completion of certain portions of the Work.)*

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:    (1849043834)

2

RRSB-Limoges SD Subpoena 0236

Portion of the Work                     Substantial Completion Date

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to achieve Substantial Completion on time or for bonus payments for early completion of the Work.)*

### ARTICLE 4   CONTRACT SUM
§ 4.1 The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be one of the following:
*(Check the appropriate box.)*

   [ X ]   Stipulated Sum, in accordance with Section 4.2 below

   [ ]   Cost of the Work plus the Contractor's Fee without a Guaranteed Maximum Price, in accordance with Section 4.3 below

   [ ]   Cost of the Work plus the Contractor's Fee with a Guaranteed Maximum Price, in accordance with Section 4.4 below

*(Based on the selection above, complete Section 4.2, 4.3 or 4.4 below. Based on the selection above, also complete either Section 5.1.4, 5.1.5 or 5.1.6 below.)*

### § 4.2 Stipulated Sum
§ 4.2.1 The Stipulated Sum shall be Six Hundred Sixty Nine Thousand Dollars ($ 669,000.00   ), subject to additions and deletions as provided in the Contract Documents.

§ 4.2.2 The Stipulated Sum is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If the bidding or proposal documents permit the Owner to accept other alternates subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

ADD.s

| | | |
|---|---|---|
| Footings & Foundation Cold Weather Concrete Additives ONLY   billed at cost   approx cost | | $17,525.00 |
| Ground heater rent w/ fuel per heater per week, power supplied by others | per wk. | $3,850.00 |
| Blanket, snow removal & heater labor | per mhr. | $47.50 |
| Blanket Rent    each per week | per week | $13.50 |

§ 4.2.3 Unit prices, if any:

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.
/

3

*(Identify and state the unit price, and state the quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|

**§ 4.2.4** Allowances included in the Stipulated Sum, if any:
*(Identify allowance and state exclusions, if any, from the allowance price.)*

Item
Cold Weather Charges

**Allowance**
Any additional charges and/or Add.s shall be approved in advance.

If blankets are needed the project owner will supply what he can before additional blankets are approved.

**§ 4.3 Cost of the Work Plus Contractor's Fee without a Guaranteed Maximum Price**
**§ 4.3.1** The Contract Sum is the Cost of the Work as defined in Exhibit A, Determination of the Cost of the Work, plus the Contractor's Fee.

**§ 4.3.2** The Contractor's Fee:
*(State a lump sum, percentage of Cost of the Work or other provision for determining the Contractor's Fee.)*

**§ 4.3.3** The method of adjustment of the Contractor's Fee for changes in the Work:

**§ 4.3.4** Limitations, if any, on a Subcontractor's overhead and profit for increases in the cost of its portion of the Work:

**§ 4.3.5** Rental rates for Contractor-owned equipment shall not exceed   percent (  %) of the standard rate paid at the place of the Project.

**§ 4.3.6** Unit prices, if any:
(Identify and state the unit price; state quantity limitations, if any, to which the unit price will be applicable.)

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|

**§ 4.3.7** The Contractor shall prepare and submit to the Construction Manager for the Owner, in writing, a Control Estimate within 14 days of executing this Agreement. The Control Estimate shall include the items in Section A.1 of Exhibit A, Determination of the Cost of the Work.

**§ 4.4 Cost of the Work Plus Contractor's Fee with a Guaranteed Maximum Price**
**§ 4.4.1** The Contract Sum is the Cost of the Work as defined in Exhibit A, Determination of the Cost of the Work, plus the Contractor's Fee.

**§ 4.4.2** The Contractor's Fee:
*(State a lump sum, percentage of Cost of the Work or other provision for determining the Contractor's Fee.)*

**§ 4.4.3** The method of adjustment of the Contractor's Fee for changes in the Work:

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

4

§ **4.4.4** Limitations, if any, on a Subcontractor's overhead and profit for increases in the cost of its portion of the Work:

§ **4.4.5** Rental rates for Contractor-owned equipment shall not exceed   percent (   %) of the standard rate paid at the place of the Project.

§ **4.4.6** Unit Prices, if any:
*(Identify and state the unit price, and state the quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|

§ **4.4.7 Guaranteed Maximum Price**
§ **4.4.7.1** The sum of the Cost of the Work and the Contractor's Fee is guaranteed by the Contractor not to exceed   ($ ), subject to additions and deductions by changes in the Work as provided in the Contract Documents. Such maximum sum is referred to in the Contract Documents as the Guaranteed Maximum Price. Costs which would cause the Guaranteed Maximum Price to be exceeded shall be paid by the Contractor without reimbursement by the Owner.
*(Insert specific provisions if the Contractor is to participate in any savings.)*

§ **4.4.7.2** The Guaranteed Maximum Price is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:

§ **4.4.7.3** Allowances included in the Guaranteed Maximum Price, if any:
*(Identify and state the amounts of any allowances, and state whether they include labor, materials, or both.)*

| Item | Allowance |
|---|---|

§ **4.4.7.4** Assumptions, if any, on which the Guaranteed Maximum Price is based:

## ARTICLE 5   PAYMENTS
§ **5.1 Progress Payments**
§ **5.1.1** Based upon Applications for Payment submitted to the Construction Manager by the Contractor, and upon certification of the Project Application and Project Certificate for Payment or Application for Payment and Certificate for Payment by the Construction Manager and Architect and issuance by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

§ **5.1.2** The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

§ **5.1.3** Provided that an Application for Payment is received by the Construction Manager not later than the 25th   day of a month, the Owner shall make payment of the certified amount in the Application for Payment to the Contractor not later than the last day of the following month. If an Application for Payment is received by the Construction Manager after the application date fixed above, payment shall be made by the Owner not later than sixty ( 60 ) days after the Construction Manager receives the Application for Payment.
*(Federal, state or local laws may require payment within a certain period of time.)*

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved.
The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This
document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for
one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail
copyright@aia.org.
User Notes:                                                                                      (1849042834)

5

RRSB-Limoges SD Subpoena 0239

**§ 5.1.4 Progress Payments Where the Contract Sum is Based on a Stipulated Sum**

**§ 5.1.4.1** Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work and be prepared in such form and supported by such data to substantiate its accuracy as the Construction Manager and Architect may require. This schedule, unless objected to by the Construction Manager or Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

**§ 5.1.4.2** Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

**§ 5.1.4.3** Subject to the provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

.1    Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the total Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ten percent ( 10 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute may be included as provided in Section 7.3.9 of the General Conditions;

.2    Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of ten percent ( 10 %);

.3    Subtract the aggregate of previous payments made by the Owner; and

.4    Subtract amounts, if any, for which the Construction Manager or Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of the General Conditions.

**§ 5.1.4.4** The progress payment amount determined in accordance with Section 5.1.4.3 shall be further modified under the following circumstances:

.1    Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to ninety five percent ( 95 %) of the Contract Sum, less such amounts as the Construction Manager recommends and the Architect determines for incomplete Work and unsettled claims; and

.2    Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Section 9.10.3 of the General Conditions.

**§ 5.1.4.5** Reduction or limitation of retainage, if any, shall be as follows:
*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Sections 5.1.4.3.1 and 5.1.4.3.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)*

**§ 5.1.5 Progress Payments Where the Contract Sum is Based on the Cost of the Work without a Guaranteed Maximum Price**

**§ 5.1.5.1** With each Application for Payment, the Contractor shall submit the cost control information required in Exhibit A, Determination of the Cost of the Work, along with payrolls, petty cash accounts, receipted invoices or invoices with check vouchers attached and any other evidence required by the Owner, Construction Manager or Architect to demonstrate that cash disbursements already made by the Contractor on account of the Cost of the Work equal or exceed (1) progress payments already received by the Contractor; less (2) that portion of those payments attributable to the Contractor's Fee; plus (3) payrolls for the period covered by the present Application for Payment.

**§ 5.1.5.2** Applications for Payment shall show the Cost of the Work actually incurred by the Contractor through the end of the period covered by the Application for Payment and for which the Contractor has made or intends to make actual payment prior to the next Application for Payment.

**§ 5.1.5.3** Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

.1    Take the Cost of the Work as described in Exhibit A, Determination of the Cost of the Work;

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.

/

6

    .2    Add the Contractor's Fee, less retainage of  percent (  %). The Contractor's Fee shall be computed upon the Cost of the Work described in that Section at the rate stated in that Section; or if the Contractor's Fee is stated as a fixed sum, an amount which bears the same ratio to that fixed-sum Fee as the Cost of the Work bears to a reasonable estimate of the probable Cost of the Work upon its completion;

    .3    Subtract retainage of  percent (  %) from that portion of the Work that the Contractor self-performs;

    .4    Subtract the aggregate of previous payments made by the Owner;

    .5    Subtract the shortfall, if any, indicated by the Contractor in the documentation required by Article 5 or resulting from errors subsequently discovered by the Owner's auditors in such documentation; and

    .6    Subtract amounts, if any, for which the Construction Manager or Architect has withheld or withdrawn a Certificate for Payment as provided in Section 9.5 of AIA Document A232™–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition.

§ **5.1.5.4** The Owner, Construction Manager and Contractor shall agree upon (1) a mutually acceptable procedure for review and approval of payments to Subcontractors and (2) the percentage of retainage held on Subcontracts, and the Contractor shall execute subcontracts in accordance with those agreements.

§ **5.1.5.5** In taking action on the Contractor's Applications for Payment, the Construction Manager and Architect shall be entitled to rely on the accuracy and completeness of the information furnished by the Contractor and shall not be deemed to represent that the Construction Manager and Architect have made a detailed examination, audit or arithmetic verification of the documentation submitted in accordance with Article 5 or other supporting data; that the Construction Manager and Architect have made exhaustive or continuous on-site inspections; or that the Construction Manager and Architect have made examinations to ascertain how or for what purposes the Contractor has used amounts previously paid on account of the Contract. Such examinations, audits and verifications, if required by the Owner, will be performed by the Owner's auditors acting in the sole interest of the Owner.

§ **5.1.5.6** Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

§ **5.1.6 Progress Payments Where the Contract Sum is Based on the Cost of the Work with a Guaranteed Maximum Price**

§ **5.1.6.1** With each Application for Payment, the Contractor shall submit payrolls, petty cash accounts, receipted invoices or invoices with check vouchers attached, and any other evidence required by the Owner or Architect to demonstrate that cash disbursements already made by the Contractor on account of the Cost of the Work equal or exceed (1) progress payments already received by the Contractor; less (2) that portion of those payments attributable to the Contractor's Fee; plus (3) payrolls for the period covered by the present Application for Payment.

§ **5.1.6.2** Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work and be prepared in such form and supported by such data to substantiate its accuracy as the Construction Manager and Architect may require. This schedule, unless objected to by the Construction Manager or Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

§ **5.1.6.3** Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment. The percentage of completion shall be the lesser of (1) the percentage of that portion of the Work which has actually been completed; or (2) the percentage obtained by dividing (a) the expense that has actually been incurred by the Contractor on account of that portion of the Work for which the Contractor has made or intends to make actual payment prior to the next Application for Payment by (b) the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values.

§ **5.1.6.4** Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

    .1    Take that portion of the Guaranteed Maximum Price properly allocable to completed Work as determined by multiplying the percentage of completion of each portion of the Work by the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values. Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.10 of AIA Document A232–2009;

**Init.**

**/**

AIA Document A132™ – 2009 (formerly A101™CMa – 1992), Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.

7

User Notes: RRSB-Limoges SD Subpoena 0241

  
.2 Add that portion of the Guaranteed Maximum Price properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work, or if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing;

.3 Add the Contractor's Fee, less retainage of   percent (   %). The Contractor's Fee shall be computed upon the Cost of the Work at the rate stated in Section 4.4.2 or, if the Contractor's Fee is stated as a fixed sum in that Section, shall be an amount that bears the same ratio to that fixed-sum fee as the Cost of the Work bears to a reasonable estimate of the probable Cost of the Work upon its completion;

.4 Subtract retainage of   percent (   %) from that portion of the Work that the Contractor self-performs;

.5 Subtract the aggregate of previous payments made by the Owner;

.6 Subtract the shortfall, if any, indicated by the Contractor in the documentation required by Section 5.1.6.1 to substantiate prior Applications for Payment, or resulting from errors subsequently discovered by the Owner's auditors in such documentation; and

.7 Subtract amounts, if any, for which the Construction Manager or Architect have withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A232–2009.

§ **5.1.6.5** The Owner and the Contractor shall agree upon a (1) mutually acceptable procedure for review and approval of payments to Subcontractors and (2) the percentage of retainage held on Subcontracts, and the Contractor shall execute subcontracts in accordance with those agreements.

§ **5.1.6.6** In taking action on the Contractor's Applications for Payment, the Construction Manager and Architect shall be entitled to rely on the accuracy and completeness of the information furnished by the Contractor and shall not be deemed to represent that the Construction Manager or Architect have made a detailed examination, audit or arithmetic verification of the documentation submitted in accordance with Section 5.1.6.1 or other supporting data; that the Construction Manager or Architect have made exhaustive or continuous on-site inspections; or that the Construction Manager or Architect have made examinations to ascertain how or for what purposes the Contractor has used amounts previously paid on account of the Contract. Such examinations, audits and verifications, if required by the Owner, will be performed by the Owner's auditors acting in the sole interest of the Owner.

§ **5.1.6.7** Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

### § 5.2 Final Payment
§ **5.2.1** Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when

.1 the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2 of AIA Document A232–2009, and to satisfy other requirements, if any, which extend beyond final payment;

.2 the Contractor has submitted a final accounting for the Cost of the Work, pursuant to Exhibit A, Determination of the Cost of the Work when payment is on the basis of the Cost of the Work, with or without a Guaranteed Maximum payment; and

.3 a final Certificate for Payment or Project Certificate for Payment has been issued by the Architect; such final payment shall be made by the Owner not more than 30 days after the issuance of the final Certificate for Payment or Project Certificate for Payment, or as follows:

### ARTICLE 6   DISPUTE RESOLUTION
### § 6.1 Initial Decision Maker
The Architect will serve as Initial Decision Maker pursuant to Section 15.2 of AIA Document A232–2009, unless the parties appoint below another individual, not a party to this Agreement, to serve as Initial Decision Maker.
*(If the parties mutually agree, insert the name, address and other contact information of the Initial Decision Maker, if other than the Architect.)*

**Init.**

**/**

AIA Document A132™ – 2009 (formerly A101 ™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/26/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                          (1849043834)

8

### § 6.2 Binding Dispute Resolution
For any Claim subject to, but not resolved by, mediation pursuant to Section 15.3 of AIA Document A232–2009, the method of binding dispute resolution shall be as follows:
*(Check the appropriate box. If the Owner and Contractor do not select a method of binding dispute resolution below, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, Claims will be resolved by litigation in a court of competent jurisdiction.)*

    [   ]     Arbitration pursuant to Section 15.4 of AIA Document A232–2009.

    [ X ]     Litigation in a court of competent jurisdiction.

    [   ]     Other: *(Specify)*


## ARTICLE 7   TERMINATION OR SUSPENSION
### § 7.1 Where the Contract Sum is a Stipulated Sum
§ 7.1.1 The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A232–2009.

§ 7.1.2 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A232–2009.

### § 7.2 Where the Contract Sum is Based on the Cost of the Work with or without a Guaranteed Maximum Price
§ 7.2.1 Subject to the provisions of Section 7.2.2 below, the Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A232–2009.

§ 7.2.2 The Contract may be terminated by the Owner for cause as provided in Article 14 of AIA Document A232–2009; however, the Owner shall then only pay the Contractor an amount calculated as follows:
    .1    Take the Cost of the Work incurred by the Contractor to the date of termination;
    .2    Add the Contractor's Fee computed upon the Cost of the Work to the date of termination at the rate stated in Sections 4.3.2 or 4.4.2, as applicable, or, if the Contractor's Fee is stated as a fixed sum, an amount that bears the same ratio to that fixed-sum Fee as the Cost of the Work at the time of termination bears to a reasonable estimate of the probable Cost of the Work upon its completion; and
    .3    Subtract the aggregate of previous payments made by the Owner.

§ 7.2.3 If the Owner terminates the Contract for cause when the Contract Sum is based on the Cost of the Work with a Guaranteed Maximum Price, and as provided in Article 14 of AIA Document A232–2009, the amount, if any, to be paid to the Contractor under Section 14.2.4 of AIA Document A232–2009 shall not cause the Guaranteed Maximum Price to be exceeded, nor shall it exceed the amount calculated in Section 7.2.2.

§ 7.2.4 The Owner shall also pay the Contractor fair compensation, either by purchase or rental at the election of the Owner, for any equipment owned by the Contractor that the Owner elects to retain and that is not otherwise included in the Cost of the Work under Section 7.2.1. To the extent that the Owner elects to take legal assignment of subcontracts and purchase orders (including rental agreements), the Contractor shall, as a condition of receiving the payments referred to in this Article 7, execute and deliver all such papers and take all such steps, including the legal assignment of such subcontracts and other contractual rights of the Contractor, as the Owner may require for the purpose of fully vesting in the Owner the rights and benefits of the Contractor under such subcontracts or purchase orders.

§ 7.2.5 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A232–2009; in such case, the Contract Sum and Contract Time shall be increased as provided in Section 14.3.2 of AIA Document A232–2009, except that the term 'profit' shall be understood to mean the Contractor's Fee as described in Sections 4.3.2 and 4.4.2 of this Agreement.

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes: (1849043234)

Init.

/

9

RRSB-Limoges SD Subpoena 0243

## ARTICLE 8   MISCELLANEOUS PROVISIONS

§ 8.1 Where reference is made in this Agreement to a provision of AIA Document A232–2009 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

§ 8.2 Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located. *(Insert rate of interest agreed upon, if any.)*

None  %

§ 8.3 The Owner's representative:
*(Name, address and other information)*

Jesse Craig
Craig Development, LLC
1405 1ˢᵗ Ave. North
Fargo, ND 58102

§ 8.4 The Contractor's representative:
*(Name, address and other information)*

Dan Block
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107
Office: 605-543-5959
Mobile: 605-212-4583

§ 8.5 Neither the Owner's nor the Contractor's representative shall be changed without ten days written notice to the other party.

§ 8.6 Other provisions:

All contractors are expected to clean up after themselves, follow OSHA standards, use safe and reliable equipment, communicate, and work on a timely schedule.

No equipment will be provided by the Owner or the General of the Generations on 1st project. All contractors are expected to provide their own labor and equipment (including lifts) for work performed, shipments, products, material, ect.

## ARTICLE 9   ENUMERATION OF CONTRACT DOCUMENTS

§ 9.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated in the sections below.

§ 9.1.1 The Agreement is this executed AIA Document A132–2009, Standard Form of Agreement Between Owner and Contractor, Construction Manager as Adviser Edition.

§ 9.1.2 The General Conditions are AIA Document A232–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition.

§ 9.1.3 The Supplementary and other Conditions of the Contract:

| Document | Title | Date | Pages |
|---|---|---|---|

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                    (1849043834)

Init.

/

10

§ **9.1.4** The Specifications:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*
 Limoges to supply materials, equipment, labor, forms, headers, flanges, ect. for all concrete shown on plan.
Approximately:

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved.
The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This
document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for
one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail
copyright@aia.org.

Init.

/

**11**

User Notes:

## PLAN REFERENCE:

This proposal is taken from prints dated 12/2/20. Any variation from these prints or this proposal may effect this proposed price.

| DESCRIPTION | | UNIT |
|---|---|---|
| FOUNDATION | | |
| walls 3,13/301 | 16" x 4' | 224 LF |
| | 16" x 4'-8" | 18 LF |
| | 16" x 6' | 53 LF |
| | 16" x 7'-8' | 114 LF |
| | 16" x 8' | 91 LF |
| | 16" x 8'-8" | 91 LF |
| | 16" x 9'-6" | 100 LF |
| 11/301 | 8" x 4' | 91 LF |
| | 12" x 4' | 16 LF |
| | 8" x 4'-4" | 7 LF |
| | 8" x 5' | 50 LF |
| | 8" x 6' | 32 LF |
| | 8" x 7'-8" | 84 LF |
| | 4' x 16" | 47 LF |
| 10/301 | 1' x 4'-4" | 41 LF |
| | 1' x 8' | 5 LF |
| | 2' x 8' | 10 LF |
| 6/301 | floor    x 1' | 128 SF |
| | walls   8" x 5' | 38 LF |
| 8/3012 | 8" x 4' | 89 LF |
| footings CF 2 | 1' x 2' | 453 LF |
| | CF 2-6  1' x 2'-6" | 169 LF |
| | CF 3    1' x 3' | 52 LF |
| | CF 3-6  1' x 3'-6" | 391 LF |

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.

12

RRSB-Limoges SD Subpoena 0246

| pad ftg.s | F 4 | 4' x 4' x 1' | 2 | |
| | F 5 | 5' x 5' x 1' | 3 | |
| | F 6 | 6' x 6' x 14" | 3 | |
| | F 7 | 7' x 7' x 16" | 15 | |
| | F 8 | 8' x 8' x 18" | 22 | |
| | F 9 | 9' x 9' x 22" | 4 | |
| piers wall P 1-4 | 2' x 2' x 7' | | 18 | |
| indedentent | 2' x 2' x 2 | | 10 | |
| | 2' x 2' x 4' | | 11 | |
| | 2' x 2' x 6' | | 11 | |

**INTERIOR**

| floor | x 4" | 30875 SF |
| core topping | | 18750 SF |
| stoop tops | | 240 SF |
| steps @ exterior ramp | | 4 |
| steps at north enterance | | 5 |
| ramp in garage | | 114 SF |
| ramp edge | | 38 LF |

**TOTAL OF BASE BID** — $669,000.00

ADD.s

| Footings & Foundation Cold Weather Concrete Additives ONLY  billed at cost   approx cost | | $17,525.00 |
| Ground heater rent w/ fuel per heater per week, power supplied by others | per wk. | $3,850.00 |
| Blanket, snow removal & heater labor | per mhr. | $47.50 |
| Blanket Rent   each per week | per week | $13.50 |

**PRICE INCLUDEDS:**
Labor, Concrete, Fine Grading for Flat Work + or - 1/10',
Plaine 10 Mill Floor Poly, Rebar, Sales Tax on Materials

**ALL ADD.s MUST BE APPROVED PRIOR TO WORK**

| Section | Title | Date | Pages |

§ 9.1.5 The Drawings:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*
PDF: 2055-5_Compiled Set_2021-01-06 (002)

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.
/

13

RRSB-Limoges SD Subpoena 0247

Revised ftg-found ser – arch dwgs – 01-04-21

(Gage Bros embed location) Generations On 1ˢᵗ – Revision 4

| Number | Title | Date |

§ **9.1.6** The Addenda, if any:

| Number | Date | Pages |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

§ **9.1.7** Additional documents, if any, forming part of the Contract Documents are:
  .1 AIA Document A132™–2009, Exhibit A, Determination of the Cost of the Work, if applicable.
  .2 AIA Document E201™–2007, Digital Data Protocol Exhibit, if completed, or the following:

  .3 AIA Document E202™–2008, Building Information Modeling Protocol Exhibit, if completed, or the following:

  .4 Other documents, if any, listed below:
      *(List here any additional documents which are intended to form part of the Contract Documents. AIA Document A232–2009 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

## ARTICLE 10   INSURANCE AND BONDS

The Contractor shall purchase and maintain insurance and provide bonds as set forth in Article 11 of AIA Document A232–2009.
*(State bonding requirements, if any, and limits of liability for insurance required in Article 11 of AIA Document A232–2009.)*

Type of Insurance or Bond          Limit of Liability or Bond Amount ($0.00)

This Agreement is entered into as of the day and year first written above.

OWNER *(Signature)*                    CONTRACTOR *(Signature)*

*(Printed name and title)*               *(Printed name and title)*

Init.
/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                    (1B49042934)
**14**

RRSB-Limoges SD Subpoena 0248

## *Additions and Deletions Report for*

*AIA® Document A132™ – 2009*

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 17:46:37 ET on 01/25/2021.

PAGE 1

AGREEMENT made as of the 25th day of January in the year 2021

...

Generations on 1st, LLC
1405 1st Ave. North Fargo, ND 58102

...

Limoges Construction, Inc
25732 Cottonwood Ave. Sioux Falls, SD 57107

...

Generations on 1st
26 1st Ave. SW Watertown, SD 57201

...

Prevail, LLC
100 East Kemp Ave. Suite E Watertown, SD 57201

...

TL Stroh Architects
8 Seventh St. N Fargo, SD 58102
PAGE 3

[ X ]    Stipulated Sum, in accordance with Section 4.2 below

...

§ 4.2.1 The Stipulated Sum shall be Six Hundred Sixty Nine Thousand Dollars ($ 669,000.00 ), subject to additions and deletions as provided in the Contract Documents.
PAGE 4

| Cold Weather Charges | Any additional charges and/or Add.s shall be approved in advance. |
| --- | --- |
| | If blankets are needed the project owner will supply what he can before additional blankets are approved. |

PAGE 5

Additions and Deletions Report for AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

1

RRSB-Limoges SD Subpoena 0249

§ **5.1.3** Provided that an Application for Payment is received by the Construction Manager not later than the 25th day of a month, the Owner shall make payment of the certified amount in the Application for Payment to the Contractor not later than the last day of the following month. If an Application for Payment is received by the Construction Manager after the application date fixed above, payment shall be made by the Owner not later than sixty ( 60 ) days after the Construction Manager receives the Application for Payment.
**PAGE 6**

- .1     Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the total Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ten percent ( 10 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute may be included as provided in Section 7.3.9 of the General Conditions;
- .2     Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of ten percent ( 10 %);

...

- .1     Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to ninety five percent ( 95 %) of the Contract Sum, less such amounts as the Construction Manager recommends and the Architect determines for incomplete Work and unsettled claims; and

**PAGE 9**

[ X ]     Litigation in a court of competent jurisdiction.
**PAGE 10**

None %

...

Jesse Craig
Craig Development, LLC
1405 1st Ave. North
Fargo, ND 58102

...

Dan Block
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107
Office: 605-543-5959
Mobile: 605-212-4583

...

All contractors are expected to clean up after themselves, follow OSHA standards, use safe and reliable equipment, communicate, and work on a timely schedule.

No equipment will be provided by the Owner or the General of the Generations on 1st project. All contractors are expected to provide their own labor and equipment (including lifts) for work performed, shipments, products, material, ect.
**PAGE 11**

Additions and Deletions Report for AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

RRSB-Limoges SD Subpoena 0250

<u>Limoges to supply materials, equipment, labor, forms, headers, flanges, ect. for all concrete shown on plan.</u>
Approximately:

## PLAN REFERENCE:

This proposal is taken from prints dated 12/2/20. Any variation from
these prints or this proposal may effect this proposed price.

| DESCRIPTION | | UNIT |
|---|---|---|
| **FOUNDATION** | | |
| walls  3,13/301 | 16" x 4' | 224 LF |
| | 16" x 4'-8" | 18 LF |
| | 16" x 6' | 53 LF |
| | 16" x 7'-8' | 114 LF |
| | 16" x 8' | 91 LF |
| | 16" x 8'-8" | 91 LF |
| | 16" x 9'-6" | 100 LF |
| 11/301 | 8" x 4' | 91 LF |
| | 12" x 4' | 16 LF |
| | 8" x 4'-4" | 7 LF |
| | 8" x 5' | 50 LF |
| | 8" x 6' | 32 LF |
| | 8" x 7'-8" | 84 LF |
| | 4' x 16" | 47 LF |
| 10/301 | 1' x 4'-4" | 41 LF |
| | 1' x 8' | 5 LF |
| | 2' x 8' | 10 LF |
| 6/301 | floor    x 1' | 128 SF |
| | walls    8" x 5' | 38 LF |
| 8/3012 | 8" x 4' | 89 LF |
| footings CF 2 | 1' x 2' | 453 LF |
| | CF 2-6  1' x 2'-6" | 169 LF |
| | CF 3    1' x 3' | 52 LF |
| | CF 3-6  1' x 3'-6" | 391 LF |

Additions and Deletions Report for AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes: 3

| pad ftg.s | F 4 | 4' x 4' x 1' | 2 | |
|---|---|---|---|---|
| | F 5 | 5' x 5' x 1' | 3 | |
| | F 6 | 6' x 6' x 14" | 3 | |
| | F 7 | 7' x 7' x 16" | 15 | |
| | F 8 | 8' x 8' x 18" | 22 | |
| | F 9 | 9' x 9' x 22" | 4 | |
| piers wall P 1-4 | 2' x 2' x 7' | | 18 | |
| indedentent | 2' x 2' x 2 | | 10 | |
| | 2' x 2' x 4' | | 11 | |
| | 2' x 2' x 6' | | 11 | |

INTERIOR

| floor | x 4" | 30875 SF |
|---|---|---|
| core topping | | 18750 SF |
| stoop tops | | 240 SF |
| steps @ exterior ramp | | 4 |
| steps at north enterance | | 5 |
| ramp in garage | | 114 SF |
| ramp edge | | 38 LF |

| TOTAL OF BASE BID | $669,000.00 |
|---|---|

ADD.s

| Footings & Foundation Cold Weather Concrete Additives ONLY   billed at cost   approx cost | | $17,525.00 |
|---|---|---|
| Ground heater rent w/ fuel per heater per week, power supplied by others | per wk. | $3,850.00 |
| Blanket, snow removal & heater labor | per mhr. | $47.50 |
| Blanket Rent   each per week | per week | $13.50 |

PRICE INCLUDEDS:
    Labor, Concrete, Fine Grading for Flat Work + or - 1/10',
    Plaine 10 Mill Floor Poly, Rebar, Sales Tax on Materials

**ALL ADD.s MUST BE APPROVED PRIOR TO WORK**
PAGE 13

PDF: 2055-5_Compiled Set_2021-01-06 (002)

Revised ftg-found ser – arch dwgs – 01-04-21

(Gage Bros embed location) Generations On 1st – Revision 4

Additions and Deletions Report for AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

4

RRSB-Limoges SD Subpoena 0252

## *Certification of Document's Authenticity*
*AIA® Document D401™ – 2003*

I,   , hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 17:46:37 ET on 01/25/2021 under Order No. 1850904501 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document A132™ – 2009, Standard Form of Agreement Between Owner and Contractor, Construction Manager as Adviser Edition, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.

_____
*(Signed)*

_____
*(Title)*

_____
*(Dated)*

**AIA Document D401™ – 2003.** Copyright © 1992 and 2003 by The American Institute of Architects. **All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission.** This document was produced by AIA software at 17:46:37 ET on 01/25/2021 under Order No.1850904501 which expires on 01/25/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes: (1849043834)

**1**

RRSB-Limoges SD Subpoena 0253

Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2021 | 7804 |

Bill To

Vendor No.

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 70,000.00 |
| Less 10% | -7,000.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | $63,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $63,000.00 |

# APPLICATION FOR PAYMENT

| | |
|---|---|
| **OWNER:**<br>Craig Properties | **PROJECT:**<br>Generations on 1st |

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**APPLICATION NUMBER:** 1

**PERIOD TO:** 1-31-21

**PROJECT NUMBER:**

**CONTRACTOR:**
Limoges Construction, Inc.
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY No:** 3300

Created with Paymee. www.Paymee.com

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 669,000.00 |
| 2. NET CHANGES TO CONTRACT: | - |
| 3. TOTAL CONTRACT AMOUNT: | 669,000.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 70,000.00 |
| 5. RETAINAGE: | |
| a.    10.0 % of Completed Work | 7,000.00 |
| b.    10.0 % of Stored Material | 0.00 |
| Total Retainage: | 7,000.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 63,000.00 |
| 7. LESS PREVIOUS APPLICATIONS: | - |
| 8. CURRENT PAYMENT DUE: | **63,000.00** |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 606,000.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | - | - |
| Changes From This Application: | - | - |
| Total | - | - |
| Net Changes: | | - |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** _Jim Goers_                          **DATE:** 1/26/202_

State: _SD_        County: _Minnehaha_

Subscribed & sworn to before me

this _26th_ day of _January_

Notary Public Name: _[signature]_

Commission Expiration Date: _1-8-27_

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____        **DATE:** _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

# PAYMENT APPLICATION DETAIL

**FROM:** Limoges Construction, Inc
**WORK:** 3300 - Cast-in-Place Concrete

**APPLICATION NO:** 1
**FOR PERIOD ENDING:** 1-31-21

**PROJECT:** Generations on 1st
**NO:** 2101

| WORK CATEGORY | | Scheduled Value | Prev. App. Value | COMPLETED WORK | | | Total | | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Item No. | Description | | | This App. Work In Place | Stored Mat. | | Value | % | | |
| A | B | C | D=Prev. (D+E) | E | F | | G=D+E+F | L=G/C | H=C-G | I |
| ▲ BASE CONTRACT SECTION | | | | | | | | | | Created using Paytrak for Excel. Visit www.Paytrak.com for more information. |
| | Concrete | 669,000 | - | 70,000 | - | | 70,000 | 10% | 599,000 | 7,000 |
| | | - | | | | | | | | - |
| | | - | | | | | | | | - |
| | **Total Base Contract Work:** | 669,000 | - | 70,000 | - | | 70,000 | 10% | 599,000 | 7,000 |
| | **Total Extra Work:** | - | - | - | - | | - | 0% | - | - |
| | **GRAND TOTAL:** | 669,000 | - | 70,000 | - | | 70,000 | 10% | 599,000 | 7,000 |

Created using Paytrak for Excel. Download for free at: www.Paytrak.com

Page 2 of 2

RRSB-Limoges SD Subpoena 0256

WAIVER OF LIEN                                                    SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title –
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby
waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the
undersigned to file mechanics' liens or claims on account of labor or services performed at or materials
furnished or delivered to the real property below described, or any building, construction, or improvement
thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon
the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 18th day of March, 2021

AMOUNT: $ 63,000.00          Paid to:

Limoges Construction, Inc.
25732 Cottonwood Ave,
Sioux Falls, SD 57107

FULL _____

PARTIAL ___X___

By: Nate Limoges
Its: President
Address: 25732 Cottonwood Ave
Sioux Falls, SD 57107
Phone Number: (605) 543-5953

PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102

Original
Received 3-23-21



Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2021 | 7819 |

Bill To

Vendor No.

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 80,000.00 |
| Winter Charges | 7,500.00 |
| Less 10% | -8,750.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $78,750.00 |
| Payments/Credits | $0.00 |
| Balance Due | $78,750.00 |

RRSB-Limoges SD Subpoena 0258



DATE:06/01/22   CK#:10429   TOTAL:$105,346.30*   BANK:Craig Development, LLC(1125)
PAYEE:LIMOGES CONSTRUCTION
Property

Invoice - Date        Description                                         Amount

06/01/2022                                                              105,346.30
                                                                        _____
                                                                        105,346.30

1405

The Ruins   36,000. &
Generations  69,346.30

RRSB-Limoges SD Subpoena 0259

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
Generations on 1st

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**APPLICATION NUMBER:** 2

**PERIOD TO:** 2/28/2021

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-In-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 669,000.00 |
| 2. NET CHANGES TO CONTRACT: | 7,500.00 |
| 3. TOTAL CONTRACT AMOUNT: | 676,500.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 157,500.00 |
| 5. RETAINAGE: | |
|   a.  10.0 % of Completed Work | 15,750.00 |
|   b.  10.0 % of Stored Material | 0.00 |
|   Total Retainage: | 15,750.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 141,750.00 |
| 7. LESS PREVIOUS APPLICATIONS: | 63,000.00 |
| 8. CURRENT PAYMENT DUE: | **78,750.00** |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 534,750.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 7,500.00 | - |
| Changes From This Application: | - | - |
| Total: | 7,500.00 | |
| Net Changes: | 7,500.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____    DATE: 2/25/2021

State: SD    County: Minnehaha

Subscribed & sworn to before me,

this 25th day of February

Notary Public Name: _____

Commission Expiration Date: 7-8-21

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

ARCHITECT: _____    DATE: _____

The Amount Certified is payable to the contractor listed above.

Created with Paymee. www.Paymee.com

DISTRIBUTION:
CONTRACTOR ✔
ARCHITECT ✔
File ✔

Created using Paymee for Excel. www.Paymee.com

# PAYMENT APPLICATION DETAIL

**APPLICATION NO:** 2
**FOR PERIOD ENDING:** 2/28/2021

**PROJECT:** Generations on 1st
**NO:** 2101

**FROM:** Limoges Construction, Inc
**WORK:** 3300 - Cast-in-Place Concrete

| WORK CATEGORY | | | | COMPLETED WORK | | | | | | BALANCE TO | RETAINAGE |
| Item No. A | Description B | Scheduled Value C | Prev. App. Value D=Prev. (D+E) | Work In Place E | This App. Stored Mat. F | Total Value G=D+E+F | % L=G/C | FINISH H=C-G | Value (10.0%) I |
|---|---|---|---|---|---|---|---|---|---|
| ▶ BASE CONTRACT SECTION | | | | | | | | | |
| | Concrete | 669,000 | 70,000 | 80,000 | - | 150,000 | 22% | 519,000 | 15,000 |
| | | - | | - | - | - | | - | - |
| | | - | | - | - | - | | - | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | |
| | Winter Charges- 1-10 to 2-13- See attached | 7,500 | - | 7,500 | - | 7,500 | 100% | - | 750 |
| | **Total Base Contract Work:** | 669,000 | 70,000 | 80,000 | - | 150,000 | 22% | 519,000 | 15,000 |
| | **Total Extra Work:** | 7,500 | - | 7,500 | - | 7,500 | 100% | - | 750 |
| | **GRAND TOTAL:** | 676,500 | 70,000 | 87,500 | - | 157,500 | 23% | 519,000 | 15,750 |

Created using Paymax for Excel. Visit www.Paymax.com for more information

Pag.   of 2

RRSB-Limoges SD Subpoena 0261

# Winter Concrete Charges

**Job Name:**    Generations on 1st

**Date Range:**    1/10/2021    to    2/13/2021

|  | Previous Billings | Current Billing |  |
|---|---|---|---|
| Cold Weather Additives |  | $2,488.32 | <-- $17,525 max |
| Blanket Rent |  | $0.00 |  |
| Blanket Labor |  | $5,011.25 |  |
| Snow Removal Labor |  | $0.00 |  |
| Ground Heater Rental |  | $0.00 |  |
| Ground Heater Fuel |  | $0.00 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Price Adjust |  | $0.43 |  |
| **TOTAL-** | $0.00 | **$7,500.00** |  |

# Cold Weather Additives

| Date | Yards Poured | Winter Heat w/tax | .5% Accel w/tax | 1% Accel w/tax | 1.5% Accel w/tax | 2% Accel w/tax | 3% Accel w/tax | Total w/tax |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| 1/19/2021 | 58 | $10.65 | | | $8.79 | | | $1,127.52 |
| 1/28/2021 | 70 | $10.65 | | | $8.79 | | | $1,360.80 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 128 | | | | | | | $2,488.32 |

## Blanket Labor

| Date | # of workers | Total Manhours | Labor Rate | Total |
|------|-------------|----------------|------------|-------|
| | | | | |
| 1/12/2021 | 6 | 7.5 | $47.50 | $356.25 |
| 1/13/2021 | 6 | 9 | $47.50 | $427.50 |
| 1/18/2021 | 4 | 8 | $47.50 | $380.00 |
| 1/19/2021 | 10 | 15 | $47.50 | $712.50 |
| 1/20/2021 | 10 | 12.5 | $47.50 | $593.75 |
| 1/22/2021 | 4 | 8 | $47.50 | $380.00 |
| 1/25/2021 | 4 | 4 | $47.50 | $190.00 |
| 1/26/2021 | 4 | 4 | $47.50 | $190.00 |
| 1/28/2021 | 10 | 25 | $47.50 | $1,187.50 |
| 2/1/2021 | 3 | 4.5 | $47.50 | $213.75 |
| 2/5/2021 | 8 | 8 | $47.50 | $380.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | $47.50 | $0.00 |
| | | | | |
| | | 105.5 | | $5,011.25 |

WAIVER OF LIEN                                             SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

　　　　　For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby
waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the
undersigned to file mechanics' liens or claims on account of labor or services performed at or materials
furnished or delivered to the real property below described, or any building, construction, or improvement
thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon
the real property situated in the County of Codington, State of South Dakota described as:

　　　　Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South
　　　　Dakota, according to the recorded plat thereof.

　　　　26 1st Ave SW, Watertown, SD  57201

Dated this _18th_ day of _March_, _2021_

AMOUNT: $ _78,750.00_

Paid to:  Limoges Construction, Inc.
　　　　　25732 Cottonwood Ave.
　　　　　Sioux Falls, SD  57107

FULL _____

PARTIAL ____X____

By: _Nate Limoges_
Its: _President_
Address: _25732 Cottonwood Dr._
　　　　　_Sioux Falls, SD 57107_
Phone Number: _(605) 643-5959_

PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND  58102

_Original_
_mailed 3-22-21_

```
DATE:03/16/21   CK#:37700   TOTAL:$141,750.00*   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)
```

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 78,750.00 |
| 0824 | 6200 | | | 63,000.00 |
| | | | | 141,750.00 |

RRSB-Limoges SD Subpoena 0266

Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|---|---|
| 3/26/2021 | 7825 |

| Bill To |
|---|
| |

| Vendor No. |
|---|
| |

| Project | Subcontract Agreement No. | Project No. |
|---|---|---|
| 2101-Generations on 1st | | |

| Description | Amount |
|---|---|
| Progress Billing | 255,000.00 |
| winter charges | 13,133.00 |
| Less 10% | -26,813.30 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $241,319.70 |
| Payments/Credits | $0.00 |
| **Balance Due** | $241,319.70 |

RRSB-Limoges SD Subpoena 0267

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
Generations on 1st

**ARCHITECT:**

**APPLICATION NUMBER:** 3

**PERIOD TO:** 3/31/2021

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-In-Place Concrete

**WORK CATEGORY NO:** 3300

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

Created with Paymee. www.Paymee.com

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | ADDITIONS | DELETIONS |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 669,000.00 | |
| 2. NET CHANGES TO CONTRACT: | 20,633.00 | |
| 3. TOTAL CONTRACT AMOUNT: | 689,633.00 | |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 425,633.00 | |
| 5. RETAINAGE: | | |
| a.  10.0 % of Completed Work | 42,563.30 | |
| b.  10.0 % of Stored Material | 0.00 | |
| Total Retainage: | 42,563.30 | |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 383,069.70 | |
| 7. LESS PREVIOUS APPLICATIONS: | 141,750.00 | |
| 8. CURRENT PAYMENT DUE: | 241,319.70 | |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 306,563.30 | |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 7,500.00 | - |
| Changes From This Application: | 13,133.00 | - |
| Total: | 20,633.00 | - |
| Net Changes: | 20,633.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**DATE:** 3/25/2021

CONTRACTOR: _Eric Sutter_

State: _SD_  County: _Minnehaha_

Subscribed & sworn to before me

this _25th_ day of _March_

Notary Public Name:

Commission Expiration Date: _1-8-24_

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____  DATE: _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

**PAYMENT APP  ATION DETAIL**

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

APPLICATION NO: 3
FOR PERIOD ENDING: 3/31/2021

PROJECT: Generations on 1st
NO: 2101

| WORK CATEGORY | | | | COMPLETED WORK | | | | | | BALANCE TO FINISH | RETAINAGE |
| | | | | | This App. | | Total | | | | |
| Item No. | Description | Scheduled Value | Prev. App. Value | Work In Place | Stored Mat. | | Value | % | | | Value (10.0%) |
| A | B | C | D=Prev. (D+E) | E | F | | G=D+E+F | L=G/C | | H=C-G | I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | | |
| | Concrete | 669,000 | 150,000 | 255,000 | - | | 405,000 | 61% | | 264,000 | 40,500 |
| | | - | | - | - | | | | | - | - |
| | | - | | - | - | | | | | - | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | | |
| | Winter Charges- 1-10 to 2-13- See attached | 7,500 | 7,500 | - | - | | 7,500 | 100% | | - | 750 |
| | Winter Charges- 2-14 to 3-20- See attached | 13,133 | - | 13,133 | - | | 13,133 | 100% | | - | 1,313 |
| | **Total Base Contract Work:** | 669,000 | 150,000 | 255,000 | - | | 405,000 | 61% | | 264,000 | 40,500 |
| | **Total Extra Work:** | 20,633 | 7,500 | 13,133 | - | | 20,633 | 100% | | - | 2,063 |
| | **GRAND TOTAL:** | 689,633 | 157,500 | 268,133 | - | | 425,633 | 62% | | 264,000 | 42,563 |

Created using Payless for Excel. Visit www.Payless.com for more information

Page 2 of 2

RRSB-Limoges SD Subpoena 0269

# Winter Concrete Charges

**Job Name:**   Generations on 1st

**Date Range:**   2/14/2021   to   3/20/2021

| | Previous Billings | Current Billing | |
|---|---|---|---|
| Cold Weather Additives | $2,488.32 | $7,741.59 | <-- $17,525 max |
| Blanket Rent | | $0.00 | |
| Blanket Labor | $5,011.25 | $5,391.25 | |
| Snow Removal Labor | | $0.00 | |
| Ground Heater Rental | | $0.00 | |
| Ground Heater Fuel | | $0.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Price Adjust | $0.43 | $0.16 | |
| **TOTAL-** | $7,500.00 | **$13,133.00** | |

# Cold Weather Additives

| Date | Yards Poured | Winter Heat w/tax | .5% Accel w/tax | 1% Accel w/tax | 1.5% Accel w/tax | 2% Accel w/tax | 3% Accel w/tax | Total w/tax |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| 2/19/2021 | 10 | $10.65 | | | $8.79 | | | $194.40 |
| 2/19/2021 | 53 | $10.65 | | | | $11.72 | | $1,185.61 |
| 2/23/2021 | 2.5 | $10.65 | | | | $11.72 | | $55.93 |
| 2/24/2021 | 31 | $10.65 | | $5.86 | | | | $511.81 |
| 2/25/2021 | 18 | $10.65 | | $5.86 | | | | $297.18 |
| 3/2/2021 | 93 | $10.65 | | $5.86 | | | | $1,535.43 |
| 3/3/2021 | 12.5 | $10.65 | $2.93 | | | | | $169.75 |
| 3/4/2021 | 31 | $10.65 | $2.93 | | | | | $420.98 |
| 3/8/2021 | 50 | $10.65 | | | | | | $532.50 |
| 3/9/2021 | 23 | $10.65 | | $5.85 | | | | $379.50 |
| 3/10/2021 | 18 | $10.65 | | $5.85 | | | | $297.00 |
| 3/12/2021 | 75 | $10.65 | | $5.85 | | | | $1,237.50 |
| 3/16/2021 | 5 | $10.65 | | $5.85 | | | | $82.50 |
| 3/17/2021 | 28 | $10.65 | | $5.85 | | | | $462.00 |
| 3/18/2021 | 23 | $10.65 | | $5.85 | | | | $379.50 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 473 | | | | | | | $7,741.59 |

# Blanket Labor

| Date | # of workers | Total Manhours | Labor Rate | Total |
|------|------|------|------|------|
| 2/19/2021 | 11 | 22 | $47.50 | $1,045.00 |
| 2/22/2021 | 7 | 7 | $47.50 | $332.50 |
| 2/23/2021 | 7 | 7 | $47.50 | $332.50 |
| 2/24/2021 | 10 | 7.5 | $47.50 | $356.25 |
| 2/26/2021 | 10 | 8 | $47.50 | $380.00 |
| 3/1/2021 | 7 | 4.5 | $47.50 | $213.75 |
| 3/2/2021 | 5 | 2.5 | $47.50 | $118.75 |
| 3/5/2021 | 10 | 10 | $47.50 | $475.00 |
| 3/9/2021 | 10 | 10 | $47.50 | $475.00 |
| 3/10/2021 | 6 | 6 | $47.50 | $285.00 |
| 3/11/2021 | 6 | 6 | $47.50 | $285.00 |
| 3/12/2021 | 11 | 8 | $47.50 | $380.00 |
| 3/16/2021 | 11 | 8.5 | $47.50 | $403.75 |
| 3/17/2021 | 4 | 4 | $47.50 | $190.00 |
| 3/18/2021 | 5 | 2.5 | $47.50 | $118.75 |
|  |  |  | $47.50 | $0.00 |
|  |  |  | $47.50 | $0.00 |
|  |  |  | $47.50 | $0.00 |
|  |  |  | $47.50 | $0.00 |
|  |  |  | $47.50 | $0.00 |
|  |  |  | $47.50 | $0.00 |
|  |  |  | $47.50 | $0.00 |
|  |  |  |  |  |
|  |  | 113.5 |  | $5,391.25 |

WAIVER OF LIEN

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this _29th_ day of _April, 2021_

AMOUNT: $ _241,319.70_

Paid to: Limoges Construction, Inc.
25732 Cottonwood Ave.
Sioux Falls, SD 57107

_Nate Limoges_

FULL _____

PARTIAL __X__

By: _Nate Limoges_
Its: _President_
Address: _____

Phone Number: _(605) 543-5959_

PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102

_Original_
_(mailed) 4.29.21_

DATE:04/26/21   CK#:37887   TOTAL:$241,319.70*   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 241,319.70 |
| | | | | 241,319.70 |

RRSB-Limoges SD Subpoena 0274



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|---|---|
| 5/25/2021 | 7868 |

**Bill To**

| Vendor No. |
|---|
| |

| Project | Subcontract Agreement No. | Project No. |
|---|---|---|
| 2101-Generations on 1st | | |

| Description | Amount |
|---|---|
| Progress Billings | 90,000.00 |
| Less 10% | -9,000.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $81,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $81,000.00 |

RRSB-Limoges SD Subpoena 0275

# APPLICATION FOR PAYMENT

| OWNER: | PROJECT: |
|---|---|
| Craig Properties | Generations on 1st |

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**APPLICATION NUMBER:** 4

**PERIOD TO:** 5/31/2021

**PROJECT NUMBER:**

| CONTRACTOR: | ARCHITECT: |
|---|---|
| Limoges Construction, Inc | |
| 25732 Cottonwood Ave | |
| Sioux Falls, SD 57107 | |

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

*Created with Paymee  www.Paymee.com*

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

### CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 669,000.00 |
| 2. NET CHANGES TO CONTRACT: | 20,633.00 |
| 3. TOTAL CONTRACT AMOUNT: | 689,633.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 515,633.00 |
| 5. RETAINAGE: | |
| a.   10.0 % of Completed Work | 51,563.30 |
| b.   10.0 % of Stored Material | 0.00 |
| Total Retainage: | 51,563.30 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 464,069.70 |
| 7. LESS PREVIOUS APPLICATIONS: | 383,069.70 |
| 8. CURRENT PAYMENT DUE: | 81,000.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 225,563.30 |

**DATE:** 5/25/2021

CONTRACTOR: _____

State: SD   County: Minnehaha

Subscribed & sworn to before me
this 25 day of May
Notary Public Name: _____
Commission Expiration Date: 1-8-27

### ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____   DATE: _____

The Amount Certified is payable to the contractor listed above.

*Created using Paymee for Excel  www.Paymee.com*

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 20,633.00 | - |
| Changes From This Application: | - | - |
| Total: | 20,633.00 | - |
| Net Changes: | 20,633.00 | |

**PAYMENT APPLICATION DETAIL**

APPLICATION NO: 4
FOR PERIOD ENDING: 5/31/2021

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

PROJECT: Generations on 1st
NO: 2101

| WORK CATEGORY | | Scheduled Value | Prev. App. Value | COMPLETED WORK | | | Total | | BALANCE TO FINISH | RETAINAGE |
| Item No. | Description | | | Work In Place | This App. | Stored Mat. | Value | % | | Value (10.0%) |
| A | B | C | D=Prev. (D+E) | E | F | | G=D+E+F | L=G/C | H=C-G | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 669,000 | 405,000 | 90,000 | - | - | 495,000 | 74% | 174,000 | 49,500 |
| | | - | | | - | - | - | | | - |
| | | - | | | - | - | - | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 1-10 to 2-13- See attached | 7,500 | 7,500 | - | - | - | 7,500 | 100% | - | 750 |
| | Winter Charges- 2-14 to 3-20- See attached | 13,133 | 13,133 | - | - | - | 13,133 | 100% | - | 1,313 |
| | Total Base Contract Work: | 669,000 | 405,000 | 90,000 | - | - | 495,000 | 74% | 174,000 | 49,500 |
| | Total Extra Work: | 20,633 | 20,633 | - | - | - | 20,633 | 100% | - | 2,063 |
| | GRAND TOTAL: | 689,633 | 425,633 | 90,000 | - | - | 515,633 | 75% | 174,000 | 51,563 |

RRSB-Limoges SD Subpoena 0277

## WAIVER OF LIEN

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 24ᵗʰ day of June, 2021

AMOUNT: $ 81,000.00

Paid to:

Limoges Construction, Inc.
25732 Cottonwood Ave.
Sioux Falls, SD 57107

FULL _____

PARTIAL __X__

By: Nate Limoges
Its: President
Address: 25732 Cottonwood Ave
Sioux Falls, SD 57107
Phone Number: (605) 543-5955

## PLEASE SIGN AND RETURN TO:
### Craig Development
1405 1st Ave N
Fargo, ND 58102

Original
Mailed
mailed 7-21-21
Jesse, Kim @1.?

RRSB-Limoges SD Subpoena 0278

DATE:06/18/21   CK#:38195   TOTAL:$81,000.00**   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 81,000.00 |
| | | | | 81,000.00 |

RRSB-Limoges SD Subpoena 0279

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title .
Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

    Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

    26 1st Ave SW, Watertown, SD 57201

Dated this 24ᵗʰ day of June, 2021, _____

AMOUNT: $ 81,000.00

Paid to: _____

...imoges Construction, Inc.
25732 Cottonwood Ave.
Sioux Falls, SD 57107

FULL _____

PARTIAL ✗

By: Nate Limoges
Its: President
Address: 25732 Cottonwood Ave
Sioux Falls, SD 57107
Phone Number: (605) 543-5959

PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102

*Original mailed 7-20-2021*

RRSB-Limoges SD Subpoena 0280

**LCI** Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/2021 | 7896 |

Bill To

| Vendor No. |
|------------|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st |  |  |

| Description | Amount |
|-------------|--------|
| Progress Billing | 80,000.00 |
| Less 10% | -8,000.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $72,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $72,000.00 |

# APPLICATION FOR PAYMENT

| | | DISTRIBUTION: |
|---|---|---|
| **OWNER:** | **PROJECT:** | CONTRACTOR ▼ |
| Craig Properties | Generations on 1st | ARCHITECT ▼ |
| | | File ▼ |

**APPLICATION NUMBER:** 5

**PERIOD TO:** 6/30/2021

**PROJECT NUMBER:**

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY

Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 669,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 20,633.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 689,633.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 595,633.00 |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 59,563.30 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 59,563.30 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 536,069.70 |
| 7. LESS PREVIOUS APPLICATIONS: | | 464,069.70 |
| 8. CURRENT PAYMENT DUE: | | 72,000.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 153,563.30 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 20,633.00 | - |
| Changes From This Application: | - | - |
| Total: | 20,633.00 | |
| Net Changes: | 20,633.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____ DATE: 6/25/2021

State: SD County: Minnehaha

Subscribed & sworn to before me
this 25 day of June

Notary Public Name: _____

Commission Expiration Date: 1-8-22

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**

Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

ARCHITECT: _____ DATE: _____

The Amount Certified is payable to the contractor listed above.

## PAYMENT APPLICATION DETAIL

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

APPLICATION NO: _
FOR PERIOD ENDING: 6/30/2021

PROJECT: Generations on 1st
NO: 2101

| WORK CATEGORY | | Scheduled Value | Prev. App. Value | COMPLETED WORK | | Total | | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
| Item No. | Description | | | Work In Place | Stored Mat. | Value | % | | |
| A | B | C | D=Prev.(D+E) | E | F | G=D+E+F | L=G/C | H=C-G | I |
|---|---|---|---|---|---|---|---|---|---|
| ▶ BASE CONTRACT SECTION | | | | | | | | | |
| | Concrete | 669,000 | 495,000 | 80,000 | - | 575,000 | 86% | 94,000 | 57,500 |
| | | - | | - | - | | | | - |
| | | - | | - | - | | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | |
| | Winter Charges- 1-10 to 2-13- See attached | 7,500 | 7,500 | | - | 7,500 | 100% | - | 750 |
| | Winter Charges- 2-14 to 3-20- See attached | 13,133 | 13,133 | | - | 13,133 | 100% | - | 1,313 |
| | Total Base Contract Work: | 669,000 | 495,000 | 80,000 | - | 575,000 | 86% | 94,000 | 57,500 |
| | Total Extra Work: | 20,633 | 20,633 | - | - | 20,633 | 100% | - | 2,063 |
| | GRAND TOTAL: | 689,633 | 515,633 | 80,000 | - | 595,633 | 86% | 94,000 | 59,563 |

Page 2 of 2

RRSB-Limoges SD Subpoena 0283

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title ‑ Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 2nd day of September, 2021

AMOUNT: $ 72,000.00

Paid to: Limoges Construction Inc.

Nate Limoges

By: Nate Limoges
Its: President
Address Limoges Construction, Inc.
25732 Cottonwood Ave.
Phone Number Sioux Falls, SD 57107
(605) 543-5959

FULL _____

PARTIAL ___X___

PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102



DATE:07/21/21  CK#:38386  TOTAL:$72,000.00**  BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION (limoges)

Property  Account         Invoice        Description                    Amount

0824   6200                                                          72,000.00
                                                                   ─────────────
                                                                     72,000.00

RRSB-Limoges SD Subpoena 0285

Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/22/2021 | 102835 |

Bill To

Vendor No.

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 50,000.00 |
| Less 10% | -5,000.00 |

| | |
|-----------------------|------------|
| Sales Tax (0.0%) | $0.00 |
| Total | $45,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $45,000.00 |

RRSB-Limoges SD Subpoena 0286

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
Generations on 1st

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**APPLICATION NUMBER:** 6

**PERIOD TO:** 12/31/2021

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY

Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 669,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 20,633.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 689,633.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 645,633.00 |
| 5. RETAINAGE: | | |
| a.   10.0 % of Completed Work | 64,563.30 | |
| b.   10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 64,563.30 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 581,069.70 |
| 7. LESS PREVIOUS APPLICATIONS: | | 536,069.70 |
| 8. CURRENT PAYMENT DUE: | | 45,000.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 108,563.30 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 20,633.00 | - |
| Changes From This Application: | - | - |
| Total: | 20,633.00 | |
| Net Changes: | 20,633.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____   DATE: 12/23/2021

State: SD   County: Minnehaha

Subscribed & sworn to before me
this 23rd day of December

Notary Public Name: _____

Commission Expiration Date: 1-8-27

### ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

AMOUNT CERTIFIED:
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____   DATE: _____

The Amount Certified is payable to the contractor listed above.

PAYMENT APPLICATION DETAIL

APPLICATION NO: 6
FOR PERIOD ENDING: 12/31/2021

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

PROJECT: Generations on 1st
NO: 2101

| WORK CATEGORY | | | | COMPLETED WORK | | | Total | | | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Description | Scheduled Value | Prev. App. Value | This App. | | Stored Mat. | | | | | Value (10.0%) |
| | | | | Work In Place | | | Value | % | | | |
| A | B | C | D=Prev./(D+E) | E | | F | G=D+E+F | L=G/C | H=C-G | I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | | |
| | Concrete | 669,000 | 575,000 | 50,000 | | - | 625,000 | 93% | 44,000 | 62,500 |
| | | - | | - | | - | | | | - |
| | | - | | - | | - | | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | | |
| | Winter Charges- 1-10 to 2-13- See attached | 7,500 | 7,500 | - | | - | 7,500 | 100% | | 750 |
| | Winter Charges- 2-14 to 3-20- See attached | 13,133 | 13,133 | - | | - | 13,133 | 100% | | 1,313 |
| | Total Base Contract Work: | 669,000 | 575,000 | 50,000 | | - | 625,000 | 93% | 44,000 | 62,500 |
| | Total Extra Work: | 20,633 | 20,633 | - | | - | 20,633 | 100% | - | 2,063 |
| | GRAND TOTAL: | 689,633 | 595,633 | 50,000 | | - | 645,633 | 94% | 44,000 | 64,563 |

Page 2 of 2

RRSB-Limoges SD Subpoena 0288

*Original Mailed 1-14-22*

**WAIVER OF LIEN**

SD2029750.0

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title –
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 11th day of January, 2022

Limoges Construction, Inc.
26732 Cottonwood Ave.
Sioux Falls, SD 57107

AMOUNT: $ 45,000.00

Paid to: _____

FULL

PARTIAL  ☒

By: Noah Limoges
Its: President
Address: 26732 Cottonwood
Phone Number: (605) 543-5959

PLEASE SIGN AND RETURN TO:

Craig Development
1405 1st Ave N
Fargo, ND 58102



DATE:01/03/22   CK#:39282   TOTAL:$45,000.00**   BANK:Craig Properties, LLC(1120)
PAYEE:LIMOGES CONSTRUCTION

Property Address

Craig Properties

Invoice - Date

01/03/2022

Description

Amount

45,000.00

45,000.00

RRSB-Limoges SD Subpoena 0290



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2022 | 102848 |

Bill To

| Vendor No. |
|------------|
|            |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billings | 43,000.00 |
| Winter Charges | 3,830.00 |
| Less 10% | -4,683.00 |

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | $42,147.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $42,147.00 |

RRSB-Limoges SD Subpoena 0291

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties

**PROJECT:**
Generations on 1st

**APPLICATION NUMBER:** 7

**PERIOD TO:** 1/31/2022

**PROJECT NUMBER:**

**ARCHITECT:**

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | ADDITIONS | DELETIONS |
|---|---|---|

| 1. ORIGINAL CONTRACT AMOUNT: | 669,000.00 |
|---|---|
| 2. NET CHANGES TO CONTRACT: | 24,463.00 |
| 3. TOTAL CONTRACT AMOUNT: | 693,463.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 692,463.00 |
| 5. RETAINAGE: | |
| a.  10.0 % of Completed Work | 69,246.30 |
| b.  10.0 % of Stored Material | 0.00 |
| Total Retainage: | 69,246.30 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 623,216.70 |
| 7. LESS PREVIOUS APPLICATIONS: | 581,069.70 |
| 8. CURRENT PAYMENT DUE: | 42,147.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 70,246.30 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 20,633.00 | - |
| Changes From This Application: | 3,830.00 | - |
| Total: | 24,463.00 | - |
| Net Changes: | 24,463.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____   DATE: 1/25/2022

State: SD   County: Minnehaha

Subscribed & sworn to before me
this 25th day of January

Notary Public Name: _____
Commission Expiration Date: 1-8-27

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____   DATE: _____

The Amount Certified is payable to the contractor listed above.

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

# PAYMENT APPLICATION DETAIL

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

APPLICATION NO: 7
FOR PERIOD ENDING: 1/31/2022

PROJECT: Generations on 1st
NO: 2101

| Item No. A | Description B | Scheduled Value C | Prev. App. Value D=Prev./(D+E) | Completed Work | | Total | | Balance to Finish H=C-G | Retainage Value (10.0%) I |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Work In Place E | This App. Stored Mat. F | Value G=D+E+F | % L=G/C | | |
| ▶ **BASE CONTRACT SECTION** | | | | | | | | | |
| | Concrete | 669,000 | 625,000 | 43,000 | - | 668,000 | 100% | 1,000 | 66,800 |
| | | - | - | - | - | | | | - |
| | | - | - | - | - | | | | - |
| ▶ **EXTRA WORK SECTION 1** | | | | | | | | | |
| | Winter Charges- 1-10 to 2-13- See attached | 7,500 | 7,500 | - | - | 7,500 | 100% | - | 750 |
| | Winter Charges- 2-14 to 3-20- See attached | 13,133 | 13,133 | - | - | 13,133 | 100% | - | 1,313 |
| | Winter Charges- 12-22 to 1-11- See attached | 3,830 | - | 3,830 | - | 3,830 | 100% | - | 383 |
| | **Total Base Contract Work:** | 669,000 | 625,000 | 43,000 | - | 668,000 | 100% | 1,000 | 66,800 |
| | **Total Extra Work:** | 24,463 | 20,633 | 3,830 | - | 24,463 | 100% | - | 2,446 |
| | **GRAND TOTAL:** | 693,463 | 645,633 | 46,830 | - | 692,463 | 100% | 1,000 | 69,246 |

Page 2 of 2

RRSB-Limoges SD Subpoena 0293

# Winter Concrete Charges

**Job Name:**    Generations on 1st

**Date Range:**    12/22/2021    to    1/11/2022

| | Previous Billings | Current Billing |
|---|---|---|
| Cold Weather Additives | $10,229.91 | $3,830.32 |
| Blanket Rent | | $0.00 |
| Blanket Labor | $10,402.50 | $0.00 |
| Snow Removal Labor | | $0.00 |
| Ground Heater Rental | | $0.00 |
| Ground Heater Fuel | | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Price Adjust | $0.59 | -$0.32 |
| **TOTAL-** | $20,633.00 | **$3,830.00** |

RRSB-Limoges SD Subpoena 0294

# Cold Weather Additives

| Date | Yards Poured | Winter Heat w/tax | .5% Accel w/tax | 1% Accel w/tax | 1.5% Accel w/tax | 2% Accel w/tax | 3% Accel w/tax | Total w/tax |
|---|---|---|---|---|---|---|---|---|
| 12/22/2021 | 97 | $10.65 | | $5.86 | | | | $0.00 |
| 1/4/2022 | 80 | $10.65 | | $5.86 | | | | $1,601.47 |
| 1/11/2022 | 55 | $10.65 | | $5.86 | | | | $1,320.80 |
| | | $10.65 | | $5.86 | | | | $908.05 |
| | | $10.65 | | $5.86 | | | | $0.00 |
| | | $10.65 | | $5.86 | | | | $0.00 |
| | | $10.65 | $2.93 | | | | | $0.00 |
| | | $10.65 | $2.93 | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | $5.85 | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | $10.65 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 232 | | | | | | | $3,830.32 |

RRSB-Limoges SD Subpoena 0295

**WAIVER OF LIEN**                                          SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD  57201

Dated this _14th_ day of _March_, _2022_.

**AMOUNT:  $[Enter Amount]**
[Enter Memo Info]

FULL           _____

PARTIAL    __X_____

[Enter Creditor Name]

By: _Nate Limoges_
Its: _President_
Address:  Limoges Construction, Inc
            25732 Cottonwood Ave.
Phone Number:  Sioux Falls, SD 57107
            (605) 543-5959

**PLEASE SIGN AND RETURN TO:**
Craig Development, LLC
1405 1 Ave N
Fargo, ND  58102

_Original mailed 3-14-22_

DATE:02/07/22   CK#:39476   TOTAL:$42,147.00**   BANK:Craig Properties, LLC(1120)
PAYEE:LIMOGES CONSTRUCTION

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 02/07/2022 | | 42,147.00 |
| | | | 42,147.00 |

RRSB-Limoges SD Subpoena 0297



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2022 | 102864 |

**Bill To**

**Vendor No.**

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 1,000.00 |
| less 10% | -100.00 |

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | $900.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $900.00 |

RRSB-Limoges SD Subpoena 0298

# APPLICATION FOR PAYMENT

| OWNER: | PROJECT: |
| --- | --- |
| Craig Properties | Generations on 1st |

| CONTRACTOR: | ARCHITECT: |
| --- | --- |
| Limoges Construction, Inc | |
| 25732 Cottonwood Ave | |
| Sioux Falls, SD 57107 | |

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

**APPLICATION NUMBER:** 8

**PERIOD TO:** 2/28/2022

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | |
| --- | --- |
| 1. ORIGINAL CONTRACT AMOUNT: | 669,000.00 |
| 2. NET CHANGES TO CONTRACT: | 24,463.00 |
| 3. TOTAL CONTRACT AMOUNT: | 693,463.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 693,463.00 |
| 5. RETAINAGE: | |
| a.  10.0 % of Completed Work | 69,346.30 |
| b.  10.0 % of Stored Material | 0.00 |
| Total Retainage: | 69,346.30 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 624,116.70 |
| 7. LESS PREVIOUS APPLICATIONS: | 623,216.70 |
| 8. CURRENT PAYMENT DUE: | **900.00** |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 69,346.30 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
| --- | --- | --- |
| Changes From Prev Applications: | 24,463.00 | - |
| Changes From This Application: | - | - |
| Total: | 24,463.00 | - |
| Net Changes: | 24,463.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _Jim Smit_   DATE: _2-2-4-22_

State: _SD_   County: _Minnehaha_

Subscribed & sworn to before me,

this _24th_ day of _February_

Notary Public Name: _[signature]_

Commission Expiration Date: _1-8-27_

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

ARCHITECT: _____   DATE:

The Amount Certified is payable to the contractor listed above.

PAYMENT APPLICATION DETAIL

APPLICATION NO: 8
FOR PERIOD ENDING: 2/28/2022

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

PROJECT: Generations on 1st
NO: 2101

| WORK CATEGORY | | | | COMPLETED WORK | | | | | BALANCE TO | RETAINAGE |
| | | | | | | | Total | | FINISH | Value |
| Item No. | Description | Scheduled Value | Prev. App. Value | This App. | | | | | | (10.0%) |
| A | B | C | D=Prev. (D+E) | Work In Place E | Stored Mat. F | Value G=D+E+F | % L=G/C | H=C-G | | I |

| WORK CATEGORY | | | | COMPLETED WORK | | | | | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. / A | Description / B | Scheduled Value / C | Prev. App. Value / D=Prev. (D+E) | Work In Place / E | Stored Mat. / F | Total Value / G=D+E+F | % / L=G/C | H=C-G | | Value (10.0%) / I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 669,000 | 668,000 | 1,000 | - | 669,000 | 100% | - | | 66,900 |
| | | - | | - | - | | | | | - |
| | | - | | - | - | | | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 1-10 to 2-13- See attached | 7,500 | 7,500 | - | - | 7,500 | 100% | - | | 750 |
| | Winter Charges- 2-14 to 3-20- See attached | 13,133 | 13,133 | - | - | 13,133 | 100% | - | | 1,313 |
| | Winter Charges- 12-22 to 1-11- See attached | 3,830 | 3,830 | - | - | 3,830 | 100% | - | | 383 |
| | Total Base Contract Work: | 669,000 | 668,000 | 1,000 | - | 669,000 | 100% | - | | 66,900 |
| | Total Extra Work: | 24,463 | 24,463 | - | - | 24,463 | 100% | - | | 2,446 |
| | GRAND TOTAL: | 693,463 | 692,463 | 1,000 | - | 693,463 | 100% | - | | 69,346 |

RRSB-Limoges SD Subpoena 0300



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2022 | 102899 |

**Bill To**

Generations on 1st
1405 1st avenue
North Fargo,ND 58102

| | Vendor No. |
|---|---|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Final Retainage | 69,346.30 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $69,346.30 |
| Payments/Credits | $0.00 |
| **Balance Due** | $69,346.30 |

RRSB-Limoges SD Subpoena 0301

# Exhibit C
## Limoges Construction, Inc.

# Parkside Project
## Construction Agreement, Proposal, and Change Orders,
## Invoices, Payment Applications, Lien Waivers, and Payment Records

 **Document A132™ – 2009**

**Standard Form of Agreement Between Owner and Contractor,** Construction Manager as Adviser Edition

**AGREEMENT** made as of the 31st  day of August  in the year  2020
*(In words, indicate day, month and year.)*

**BETWEEN** the Owner:
*(Name, legal status, address and other information)*

Parkside Place, LLC
1405 1st Ave. North Fargo, ND 58102

and the Contractor:
*(Name, legal status, address and other information)*

Limoges Construction, Inc
25732 Cottonwood Ave. Sioux Falls, SD 57107

for the following Project:
*(Name, location and detailed description)*

Parkside Place
8 2nd St NE Watertown, SD 57201

The Construction Manager:
*(Name, legal status, address and other information)*

Prevail, LLC
100 East Kemp Ave. Suite E Watertown, SD 57201

The Architect:
*(Name, legal status, address and other information)*

TL Stroh Architects
8 Seventh St. N Fargo, SD 58102

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

This document is intended to be used in conjunction with AIA Documents A232™–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition; B132™–2009, Standard Form of Agreement Between Owner and Architect, Construction Manager as Adviser Edition; and C132™–2009, Standard Form of Agreement Between Owner and Construction Manager as Adviser. ^AIA Document A232™–2009 is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The 'American Institute of Architects,' "AIA," the AIA Logo, and 'AIA Contract Documents" are registered tradamarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                          (1858610018)

1

RRSB-Limoges SD Subpoena 0128

TABLE OF ARTICLES

| | |
|---|---|
| 1 | THE CONTRACT DOCUMENTS |
| 2 | THE WORK OF THIS CONTRACT |
| 3 | DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION |
| 4 | CONTRACT SUM |
| 5 | PAYMENTS |
| 6 | DISPUTE RESOLUTION |
| 7 | TERMINATION OR SUSPENSION |
| 8 | MISCELLANEOUS PROVISIONS |
| 9 | ENUMERATION OF CONTRACT DOCUMENTS |
| 10 | INSURANCE AND BONDS |

EXHIBIT A    DETERMINATION OF THE COST OF THE WORK

### ARTICLE 1    THE CONTRACT DOCUMENTS
The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement, all of which form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 9.

### ARTICLE 2    THE WORK OF THIS CONTRACT
The Contractor shall fully execute the Work described in the Contract Documents, except as specifically indicated in the Contract Documents to be the responsibility of others.

### ARTICLE 3    DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION
§ 3.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

If, prior to the commencement of the Work, the Owner requires time to file mortgages, mechanics' liens and other security interests, the Owner's time requirement shall be as follows:

§ 3.2 The Contract Time shall be measured from the date of commencement.

§ 3.3 The Contractor shall achieve Substantial Completion of the entire Work not later than    (   ) days from the date of commencement, or as follows:
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. If appropriate, insert requirements for earlier Substantial Completion of certain portions of the Work.)*

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.

/

2

| Portion of the Work | Substantial Completion Date |
|---|---|
| Concrete Footings | 10-2-2020 |
| 2nd Floor Slab | 12-31-2020 |
| 1st Floor Slab | 4-15-2020 |

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to achieve Substantial Completion on time or for bonus payments for early completion of the Work.)*

~~Delays would constitute monetary consequences~~

### ARTICLE 4   CONTRACT SUM

§ 4.1 The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be one of the following:
*(Check the appropriate box.)*

[ X ]   Stipulated Sum, in accordance with Section 4.2 below

[ ]   Cost of the Work plus the Contractor's Fee without a Guaranteed Maximum Price, in accordance with Section 4.3 below

[ ]   Cost of the Work plus the Contractor's Fee with a Guaranteed Maximum Price, in accordance with Section 4.4 below

*(Based on the selection above, complete Section 4.2, 4.3 or 4.4 below. Based on the selection above, also complete either Section 5.1.4, 5.1.5 or 5.1.6 below.)*

### § 4.2 Stipulated Sum

§ 4.2.1 The Stipulated Sum shall be Three Hundred Nineteen Thousand Dollars ($ 319,000.00   ), subject to additions and deletions as provided in the Contract Documents.

§ 4.2.2 The Stipulated Sum is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If the bidding or proposal documents permit the Owner to accept other alternates subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

§ 4.2.3 Unit prices, if any:
*(Identify and state the unit price, and state the quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|

§ 4.2.4 Allowances included in the Stipulated Sum, if any:
*(Identify allowance and state exclusions, if any, from the allowance price.)*

| Item | Allowance |
|---|---|
| Cold Weather Charges | Any additional charges shall be approved in advance. |
| | If blankets are needed the project owner will supply what he can before additional blankets are approved. |

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.

Init.

/

User Notes:   (1979278028)

RRSB-Limoges SD Subpoena 0130

3

**§ 4.3 Cost of the Work Plus Contractor's Fee without a Guaranteed Maximum Price**
§ 4.3.1 The Contract Sum is the Cost of the Work as defined in Exhibit A, Determination of the Cost of the Work, plus the Contractor's Fee.

§ 4.3.2 The Contractor's Fee:
*(State a lump sum, percentage of Cost of the Work or other provision for determining the Contractor's Fee.)*

§ 4.3.3 The method of adjustment of the Contractor's Fee for changes in the Work:

§ 4.3.4 Limitations, if any, on a Subcontractor's overhead and profit for increases in the cost of its portion of the Work:

§ 4.3.5 Rental rates for Contractor-owned equipment shall not exceed    percent (    %) of the standard rate paid at the place of the Project.

§ 4.3.6 Unit prices, if any:
(Identify and state the unit price; state quantity limitations, if any, to which the unit price will be applicable.)

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|

§ 4.3.7 The Contractor shall prepare and submit to the Construction Manager for the Owner, in writing, a Control Estimate within 14 days of executing this Agreement. The Control Estimate shall include the items in Section A.1 of Exhibit A, Determination of the Cost of the Work.

**§ 4.4 Cost of the Work Plus Contractor's Fee with a Guaranteed Maximum Price**
§ 4.4.1 The Contract Sum is the Cost of the Work as defined in Exhibit A, Determination of the Cost of the Work, plus the Contractor's Fee.

§ 4.4.2 The Contractor's Fee:
*(State a lump sum, percentage of Cost of the Work or other provision for determining the Contractor's Fee.)*

§ 4.4.3 The method of adjustment of the Contractor's Fee for changes in the Work:

§ 4.4.4 Limitations, if any, on a Subcontractor's overhead and profit for increases in the cost of its portion of the Work:

§ 4.4.5 Rental rates for Contractor-owned equipment shall not exceed    percent (    %) of the standard rate paid at the place of the Project.

§ 4.4.6 Unit Prices, if any:
*(Identify and state the unit price, and state the quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                                    (18)

RRSB-Limoges SD Subpoena 0131

## § 4.4.7 Guaranteed Maximum Price

§ 4.4.7.1 The sum of the Cost of the Work and the Contractor's Fee is guaranteed by the Contractor not to exceed   ($ ), subject to additions and deductions by changes in the Work as provided in the Contract Documents. Such maximum sum is referred to in the Contract Documents as the Guaranteed Maximum Price. Costs which would cause the Guaranteed Maximum Price to be exceeded shall be paid by the Contractor without reimbursement by the Owner. *(Insert specific provisions if the Contractor is to participate in any savings.)*

§ 4.4.7.2 The Guaranteed Maximum Price is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:

§ 4.4.7.3 Allowances included in the Guaranteed Maximum Price, if any:
*(Identify and state the amounts of any allowances, and state whether they include labor, materials, or both.)*

Item                              Allowance

§ 4.4.7.4 Assumptions, if any, on which the Guaranteed Maximum Price is based:

## ARTICLE 5   PAYMENTS
### § 5.1 Progress Payments

§ 5.1.1 Based upon Applications for Payment submitted to the Construction Manager by the Contractor, and upon certification of the Project Application and Project Certificate for Payment or Application for Payment and Certificate for Payment by the Construction Manager and Architect and issuance by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

§ 5.1.2 The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

§ 5.1.3 Provided that an Application for Payment is received by the Construction Manager not later than the 25th   day of a month, the Owner shall make payment of the certified amount in the Application for Payment to the Contractor not later than the last day of the following month. If an Application for Payment is received by the Construction Manager after the application date fixed above, payment shall be made by the Owner not later than sixty   ( 60 ) days after the Construction Manager receives the Application for Payment.
*(Federal, state or local laws may require payment within a certain period of time.)*

### § 5.1.4 Progress Payments Where the Contract Sum is Based on a Stipulated Sum

§ 5.1.4.1 Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work and be prepared in such form and supported by such data to substantiate its accuracy as the Construction Manager and Architect may require. This schedule, unless objected to by the Construction Manager or Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

§ 5.1.4.2 Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

§ 5.1.4.3 Subject to the provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

RRSB-Limoges SD Subpoena 0132

> .1 Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the total Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ten percent ( 10 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute may be included as provided in Section 7.3.9 of the General Conditions;
>
> .2 Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of ten percent ( 10 %);
>
> .3 Subtract the aggregate of previous payments made by the Owner; and
>
> .4 Subtract amounts, if any, for which the Construction Manager or Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of the General Conditions.

**§ 5.1.4.4** The progress payment amount determined in accordance with Section 5.1.4.3 shall be further modified under the following circumstances:

> .1 Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to ninety five percent ( 95 %) of the Contract Sum, less such amounts as the Construction Manager recommends and the Architect determines for incomplete Work and unsettled claims; and
>
> .2 Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Section 9.10.3 of the General Conditions.

**§ 5.1.4.5** Reduction or limitation of retainage, if any, shall be as follows:

*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Sections 5.1.4.3.1 and 5.1.4.3.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)*

**§ 5.1.5 Progress Payments Where the Contract Sum is Based on the Cost of the Work without a Guaranteed Maximum Price**

**§ 5.1.5.1** With each Application for Payment, the Contractor shall submit the cost control information required in Exhibit A, Determination of the Cost of the Work, along with payrolls, petty cash accounts, receipted invoices or invoices with check vouchers attached and any other evidence required by the Owner, Construction Manager or Architect to demonstrate that cash disbursements already made by the Contractor on account of the Cost of the Work equal or exceed (1) progress payments already received by the Contractor; less (2) that portion of those payments attributable to the Contractor's Fee; plus (3) payrolls for the period covered by the present Application for Payment.

**§ 5.1.5.2** Applications for Payment shall show the Cost of the Work actually incurred by the Contractor through the end of the period covered by the Application for Payment and for which the Contractor has made or intends to make actual payment prior to the next Application for Payment.

**§ 5.1.5.3** Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

> .1 Take the Cost of the Work as described in Exhibit A, Determination of the Cost of the Work;
>
> .2 Add the Contractor's Fee, less retainage of percent ( %). The Contractor's Fee shall be computed upon the Cost of the Work described in that Section at the rate stated in that Section; or if the Contractor's Fee is stated as a fixed sum, an amount which bears the same ratio to that fixed-sum Fee as the Cost of the Work bears to a reasonable estimate of the probable Cost of the Work upon its completion;
>
> .3 Subtract retainage of percent ( %) from that portion of the Work that the Contractor self-performs;
>
> .4 Subtract the aggregate of previous payments made by the Owner;
>
> .5 Subtract the shortfall, if any, indicated by the Contractor in the documentation required by Article 5 or resulting from errors subsequently discovered by the Owner's auditors in such documentation; and
>
> .6 Subtract amounts, if any, for which the Construction Manager or Architect has withheld or withdrawn a Certificate for Payment as provided in Section 9.5 of AIA Document A232™–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition.

Init.

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                           (1866610018)

6

RRSB-Limoges SD Subpoena 0133

§ **5.1.5.4** The Owner, Construction Manager and Contractor shall agree upon (1) a mutually acceptable procedure for review and approval of payments to Subcontractors and (2) the percentage of retainage held on Subcontracts, and the Contractor shall execute subcontracts in accordance with those agreements.

§ **5.1.5.5** In taking action on the Contractor's Applications for Payment, the Construction Manager and Architect shall be entitled to rely on the accuracy and completeness of the information furnished by the Contractor and shall not be deemed to represent that the Construction Manager and Architect have made a detailed examination, audit or arithmetic verification of the documentation submitted in accordance with Article 5 or other supporting data; that the Construction Manager and Architect have made exhaustive or continuous on-site inspections; or that the Construction Manager and Architect have made examinations to ascertain how or for what purposes the Contractor has used amounts previously paid on account of the Contract. Such examinations, audits and verifications, if required by the Owner, will be performed by the Owner's auditors acting in the sole interest of the Owner.

§ **5.1.5.6** Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

§ **5.1.6 Progress Payments Where the Contract Sum is Based on the Cost of the Work with a Guaranteed Maximum Price**
§ **5.1.6.1** With each Application for Payment, the Contractor shall submit payrolls, petty cash accounts, receipted invoices or invoices with check vouchers attached, and any other evidence required by the Owner or Architect to demonstrate that cash disbursements already made by the Contractor on account of the Cost of the Work equal or exceed (1) progress payments already received by the Contractor; less (2) that portion of those payments attributable to the Contractor's Fee; plus (3) payrolls for the period covered by the present Application for Payment.

§ **5.1.6.2** Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work and be prepared in such form and supported by such data to substantiate its accuracy as the Construction Manager and Architect may require. This schedule, unless objected to by the Construction Manager or Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

§ **5.1.6.3** Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment. The percentage of completion shall be the lesser of (1) the percentage of that portion of the Work which has actually been completed; or (2) the percentage obtained by dividing (a) the expense that has actually been incurred by the Contractor on account of that portion of the Work for which the Contractor has made or intends to make actual payment prior to the next Application for Payment by (b) the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values.

§ **5.1.6.4** Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:
  .1   Take that portion of the Guaranteed Maximum Price properly allocable to completed Work as determined by multiplying the percentage of completion of each portion of the Work by the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values. Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.10 of AIA Document A232–2009;
  .2   Add that portion of the Guaranteed Maximum Price properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work, or if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing;
  .3   Add the Contractor's Fee, less retainage of   percent (   %). The Contractor's Fee shall be computed upon the Cost of the Work at the rate stated in Section 4.4.2 or, if the Contractor's Fee is stated as a fixed sum in that Section, shall be an amount that bears the same ratio to that fixed-sum fee as the Cost of the Work bears to a reasonable estimate of the probable Cost of the Work upon its completion;
  .4   Subtract retainage of   percent (   %) from that portion of the Work that the Contractor self-performs;
  .5   Subtract the aggregate of previous payments made by the Owner;
  .6   Subtract the shortfall, if any, indicated by the Contractor in the documentation required by Section 5.1.6.1 to substantiate prior Applications for Payment, or resulting from errors subsequently discovered by the Owner's auditors in such documentation; and

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                     RRSB-Limoges SD Subpoena 0134

7

.7 Subtract amounts, if any, for which the Construction Manager or Architect have withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A232–2009.

§ **5.1.6.5** The Owner and the Contractor shall agree upon a (1) mutually acceptable procedure for review and approval of payments to Subcontractors and (2) the percentage of retainage held on Subcontracts, and the Contractor shall execute subcontracts in accordance with those agreements.

§ **5.1.6.6** In taking action on the Contractor's Applications for Payment, the Construction Manager and Architect shall be entitled to rely on the accuracy and completeness of the information furnished by the Contractor and shall not be deemed to represent that the Construction Manager or Architect have made a detailed examination, audit or arithmetic verification of the documentation submitted in accordance with Section 5.1.6.1 or other supporting data; that the Construction Manager or Architect have made exhaustive or continuous on-site inspections; or that the Construction Manager or Architect have made examinations to ascertain how or for what purposes the Contractor has used amounts previously paid on account of the Contract. Such examinations, audits and verifications, if required by the Owner, will be performed by the Owner's auditors acting in the sole interest of the Owner.

§ **5.1.6.7** Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

§ **5.2 Final Payment**
§ **5.2.1** Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when

.1 the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2 of AIA Document A232–2009, and to satisfy other requirements, if any, which extend beyond final payment;

.2 the Contractor has submitted a final accounting for the Cost of the Work, pursuant to Exhibit A, Determination of the Cost of the Work when payment is on the basis of the Cost of the Work, with or without a Guaranteed Maximum payment; and

.3 a final Certificate for Payment or Project Certificate for Payment has been issued by the Architect; such final payment shall be made by the Owner not more than 30 days after the issuance of the final Certificate for Payment or Project Certificate for Payment, or as follows:

## ARTICLE 6 DISPUTE RESOLUTION
§ **6.1 Initial Decision Maker**
The Architect will serve as Initial Decision Maker pursuant to Section 15.2 of AIA Document A232–2009, unless the parties appoint below another individual, not a party to this Agreement, to serve as Initial Decision Maker.
*(If the parties mutually agree, insert the name, address and other contact information of the Initial Decision Maker, if other than the Architect.)*

§ **6.2 Binding Dispute Resolution**
For any Claim subject to, but not resolved by, mediation pursuant to Section 15.3 of AIA Document A232–2009, the method of binding dispute resolution shall be as follows:
*(Check the appropriate box. If the Owner and Contractor do not select a method of binding dispute resolution below, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, Claims will be resolved by litigation in a court of competent jurisdiction.)*

[ ] Arbitration pursuant to Section 15.4 of AIA Document A232–2009.

[ X ] Litigation in a court of competent jurisdiction.

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

8

[ ]    Other: *(Specify)*

## ARTICLE 7    TERMINATION OR SUSPENSION
### § 7.1 Where the Contract Sum is a Stipulated Sum
§ 7.1.1 The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A232–2009.

§ 7.1.2 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A232–2009.

### § 7.2 Where the Contract Sum is Based on the Cost of the Work with or without a Guaranteed Maximum Price
§ 7.2.1 Subject to the provisions of Section 7.2.2 below, the Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A232–2009.

§ 7.2.2 The Contract may be terminated by the Owner for cause as provided in Article 14 of AIA Document A232–2009; however, the Owner shall then only pay the Contractor an amount calculated as follows:
   .1   Take the Cost of the Work incurred by the Contractor to the date of termination;
   .2   Add the Contractor's Fee computed upon the Cost of the Work to the date of termination at the rate stated in Sections 4.3.2 or 4.4.2, as applicable, or, if the Contractor's Fee is stated as a fixed sum, an amount that bears the same ratio to that fixed-sum Fee as the Cost of the Work at the time of termination bears to a reasonable estimate of the probable Cost of the Work upon its completion; and
   .3   Subtract the aggregate of previous payments made by the Owner.

§ 7.2.3 If the Owner terminates the Contract for cause when the Contract Sum is based on the Cost of the Work with a Guaranteed Maximum Price, and as provided in Article 14 of AIA Document A232–2009, the amount, if any, to be paid to the Contractor under Section 14.2.4 of AIA Document A232–2009 shall not cause the Guaranteed Maximum Price to be exceeded, nor shall it exceed the amount calculated in Section 7.2.2.

§ 7.2.4 The Owner shall also pay the Contractor fair compensation, either by purchase or rental at the election of the Owner, for any equipment owned by the Contractor that the Owner elects to retain and that is not otherwise included in the Cost of the Work under Section 7.2.1. To the extent that the Owner elects to take legal assignment of subcontracts and purchase orders (including rental agreements), the Contractor shall, as a condition of receiving the payments referred to in this Article 7, execute and deliver all such papers and take all such steps, including the legal assignment of such subcontracts and other contractual rights of the Contractor, as the Owner may require for the purpose of fully vesting in the Owner the rights and benefits of the Contractor under such subcontracts or purchase orders.

§ 7.2.5 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A232–2009; in such case, the Contract Sum and Contract Time shall be increased as provided in Section 14.3.2 of AIA Document A232–2009, except that the term 'profit' shall be understood to mean the Contractor's Fee as described in Sections 4.3.2 and 4.4.2 of this Agreement.

## ARTICLE 8    MISCELLANEOUS PROVISIONS
§ 8.1 Where reference is made in this Agreement to a provision of AIA Document A232–2009 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

§ 8.2 Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located. *(Insert rate of interest agreed upon, if any.)*

None  %

§ 8.3 The Owner's representative:
*(Name, address and other information)*

Jesse Craig

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.

9

RRSB-Limoges SD Subpoena 0136

Limoges to supply materials, equipment, labor, forms, headers, flanges, ect. for all concrete shown on plan.
Approximately:

| | | | | |
|---|---|---|---|---|
| walls 3/301 | 16" x 4' | | | 554 LF |
| 12/301 | 8" x 4' | | | 57 LF |
| 5/301 | 8" x 4' | | | 61 LF |
| 7/3.1 elevator floor x 1' | | | | 136 SF |
| walls | 8" x 4' | | | 32 LF |
| ftg 9/301 | CR 2-0 | 1' x 2' | | 26 LF |
| 10/301 | CF 3-6 | 1' x 3'-6" | | 152 LF |
| wall ftg.s | CF2 | 1' x 2' | | 279 LF |
| | CF 2.6 | 1' x 2'-6" | | 161 LF |
| | CF 3 | 1' x 3' | | 132 LF |
| | CF3.6 | 14" x 3'-6" | | 92 LF |
| | CF 5.6 | 16" x 5'-6" | | 107 LF |
| pad ftgs. | F 6 | 6' x 6' x 1' | | 4 |
| | F 6-6 | 6'-6" x 6'-6" x 14" | | 8 |
| | F 7-6 | 7'-6" x 7'-6" x 16" | | 2 |
| | F 8-6 | 8'-6" x 8'-6" x 18" | | 4 |
| piers 8/301 | 30" R x 2' | | | 18 |
| | 30" R x 4' | | | 11 |

## INTERIOR

| | | | |
|---|---|---|---|
| 1st floor x 4" sog | | | 17245 SF |
| 2nd floor core topping | | | 16230 SF |
| | CF 2A | 1' x 2' | 22 LF |
| stoop tops | | | 182 SF |

| Section | Title | Date | Pages |
|---|---|---|---|

§ 9.1.5 The Drawings:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*
PDF: PARKVIEW CRAIG PROPERTIES CD PRICING SET 09.01.20 FLATTENED Dated September 1st 2020

| Number | Title | Date |
|---|---|---|

§ 9.1.6 The Addenda, if any:

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved.
The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This
document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for
one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail
copyright@aia.org.

Init.

/

User Notes:

11

| Number | Date | Pages |
|---|---|---|

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

§ 9.1.7 Additional documents, if any, forming part of the Contract Documents are:
  .1    AIA Document A132™–2009, Exhibit A, Determination of the Cost of the Work, if applicable.
  .2    AIA Document E201™–2007, Digital Data Protocol Exhibit, if completed, or the following:

  .3    AIA Document E202™–2008, Building Information Modeling Protocol Exhibit, if completed, or the following:

  .4    Other documents, if any, listed below:
        *(List here any additional documents which are intended to form part of the Contract Documents. AIA Document A232–2009 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

**ARTICLE 10   INSURANCE AND BONDS**
The Contractor shall purchase and maintain insurance and provide bonds as set forth in Article 11 of AIA Document A232–2009.
*(State bonding requirements, if any, and limits of liability for insurance required in Article 11 of AIA Document A232–2009.)*

Type of Insurance or Bond                  Limit of Liability or Bond Amount ($0.00)

This Agreement is entered into as of the day and year first written above.

OWNER *(Signature)*                          CONTRACTOR *(Signature)*

Nate Limoges, President
*(Printed name and title)*                     *(Printed name and title)*

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale. is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

Init.

/

12

# *Additions and Deletions Report for*

*AIA® Document A132™ – 2009*

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 19:01:43 ET on 09/07/2020.

## PAGE 1

**AGREEMENT** made as of the 31st  day of August  in the year  2020

...

Parkside Place, LLC
1405 1st Ave. North Fargo, ND 58102

...

Limoges Construction, Inc
25732 Cottonwood Ave. Sioux Falls, SD 57107

...

Parkside Place
8 2nd St NE Watertown, SD 57201

...

Prevail, LLC
100 East Kemp Ave. Suite E Watertown, SD 57201

...

TL Stroh Architects
8 Seventh St. N Fargo, SD 58102
## PAGE 3

| Concrete Footings | 10-2-2020 |
|---|---|
| 2nd Floor Slab | 12-31-2020 |
| 1st Floor Slab | 4-15-2020 |

...

Delays would constitute monetary consequences

...

[ X ]    Stipulated Sum, in accordance with Section 4.2 below

Additions and Deletions Report for AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                          (                )

1

...

§ **4.2.1** The Stipulated Sum shall be Three Hundred Nineteen Thousand Dollars (\$ 319,000.00   ), subject to additions and deletions as provided in the Contract Documents.

...

Cold Weather Charges                    Any additional charges shall be approved in advance.

                                        If blankets are needed the project owner will supply what he
                                        can before additional blankets are approved.

**PAGE 5**

§ **5.1.3** Provided that an Application for Payment is received by the Construction Manager not later than the 25th  day of a month, the Owner shall make payment of the certified amount in the Application for Payment to the Contractor not later than the last day of the following month. If an Application for Payment is received by the Construction Manager after the application date fixed above, payment shall be made by the Owner not later than sixty  ( 60 ) days after the Construction Manager receives the Application for Payment.

**PAGE 6**

.1    Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the total Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ten  percent ( 10 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute may be included as provided in Section 7.3.9 of the General Conditions;

.2    Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of ten  percent ( 10 %);

...

.1    Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to ninety five  percent ( 95 %) of the Contract Sum, less such amounts as the Construction Manager recommends and the Architect determines for incomplete Work and unsettled claims; and

**PAGE 8**

[ X ]    Litigation in a court of competent jurisdiction.

**PAGE 9**

None  %

...

Jesse Craig
Craig Development, LLC
1405 1ˢᵗ Ave. North
Fargo, ND 58102
**PAGE 10**

Dan Block
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107
Office: 605-543-5959
Mobile: 605-212-4583

Additions and Deletions Report for AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:

**2**

...

All contractors are expected to clean up after themselves, follow OSHA standards, use safe and reliable equipment, communicate, and work on a timely schedule.

No equipment will be provided by the Owner or the General of the Parkside Place project. All contractors are expected to provide their own labor and equipment (including lifts) for work performed, shipments, products, material, ect.
PAGE 11

Limoges to supply materials, equipment, labor, forms, headers, flanges, ect. for all concrete shown on plan. Approximately:

| | | | | |
|---|---|---|---|---|
| walls | 3/301 | 16" x 4' | | 554 LF |
| | 12/301 | 8" x 4' | | 57 LF |
| | 5/301 | 8" x 4' | | 61 LF |
| | 7/3.1 | elevator floor x 1' | | 136 SF |
| | | walls | 8" x 4' | 32 LF |
| ftg | 9/301 | CR 2-0 | 1' x 2' | 26 LF |
| | 10/301 | CF 3-6 | 1' x 3'-6" | 152 LF |
| wall ftg.s | CF2 | 1' x 2' | | 279 LF |
| | CF 2.6 | 1' x 2'-6" | | 161 LF |
| | CF 3 | 1' x 3' | | 132 LF |
| | CF3.6 | 14" x 3'-6" | | 92 LF |
| | CF 5.6 | 16" x 5'-6" | | 107 LF |
| pad ftgs. | F 6 | 6' x 6' x 1' | | 4 |
| | F 6-6 | 6'-6" x 6'-6" x 14" | | 8 |
| | F 7-6 | 7'-6" x 7'-6" x 16" | | 2 |
| | F 8-6 | 8'-6" x 8'-6" x 18" | | 4 |
| piers 8/301 | 30" R x 2' | | | 18 |
| | 30" R x 4' | | | 11 |

INTERIOR

| | | |
|---|---|---|
| 1st floor x 4" sog | | ~17245 SF |
| 2nd floor core topping | | 16230 SF |
| | CF 2A   1' x 2' | 22 LF |
| stoop tops | | 182 SF |

...

PDF: PARKVIEW CRAIG PROPERTIES CD PRICING SET 09.01.20 FLATTENED Dated September 1st 2020

Additions and Deletions Report for AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes:                                                                                      (3B9ADA18)

RRSB-Limoges SD Subpoena 0141

## *Certification of Document's Authenticity*
*AIA® Document D401™ – 2003*

I, , hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 19:01:43 ET on 09/07/2020 under Order No. 5403286327 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document A132™ – 2009, Standard Form of Agreement Between Owner and Contractor, Construction Manager as Adviser Edition, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.


_____
*(Signed)*


_____
*(Title)*


_____
*(Dated)*

AIA Document D401™ – 2003. Copyright © 1992 and 2003 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
User Notes: (1866510018)

1

RRSB-Limoges SD Subpoena 0142

Craig Development, LLC
1405 1st Ave. North
Fargo, ND 58102

§ 8.4 The Contractor's representative:
*(Name, address and other information)*

Dan Block
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107
Office: 605-543-5959
Mobile: 605-212-4583

§ 8.5 Neither the Owner's nor the Contractor's representative shall be changed without ten days written notice to the other party.

§ 8.6 Other provisions:

All contractors are expected to clean up after themselves, follow OSHA standards, use safe and reliable equipment, communicate, and work on a timely schedule.

No equipment will be provided by the Owner or the General of the Parkside Place project. All contractors are expected to provide their own labor and equipment (including lifts) for work performed, shipments, products, material, ect.

## ARTICLE 9   ENUMERATION OF CONTRACT DOCUMENTS
§ 9.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated in the sections below.

§ 9.1.1 The Agreement is this executed AIA Document A132–2009, Standard Form of Agreement Between Owner and Contractor, Construction Manager as Adviser Edition.

§ 9.1.2 The General Conditions are AIA Document A232–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition.

§ 9.1.3 The Supplementary and other Conditions of the Contract:

| Document | Title | Date | Pages |
|----------|-------|------|-------|

§ 9.1.4 The Specifications:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*                    ES

Additional exhibit   attached — LCI proposal

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:01:43 ET on 09/07/2020 under Order No.5403286327 which expires on 09/07/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.

Init.

/

User Notes:

RRSB-Limoges SD Subpoena 0143



# PROPOSAL

Ph.605.543.5959
Fax.605.543.5940
25732 Cottonwood Ave.

TO: JESSE CRAIG /JESSE KIIHL
CRAIG PROPERTIES

DATE: August 24, 2020
FROM: Dan Block
EMAIL: danb@alliancecom.net

PROJECT: PARKVIEW MIXED USE

### PLAN REFERENCE:

This proposal is taken from prints dated 8/18/20. Any variation from
these prints or this proposal may effect this proposed price.

| DESCRIPTION | | | UNIT | TOTAL |
|---|---|---|---|---|
| walls 3/301 | 16" x 4' | | 554 LF | |
| 12/301 | 8" x 4' | | 57 LF | |
| 5/301 | 8" x 4' | | 61 LF | |
| 7/3.1 elevator floor x 1' | | | 136 SF | |
| walls | 8" x 4' | | 32 LF | |
| ftg 9/301 | CR 2-0 1' x 2' | | 26 LF | |
| 10/301 | CF 3-6 1' x 3'-6" | | 152 LF | |
| wall ftg.s | CF2 | 1' x 2' | 279 LF | |
| | CF 2.6 | 1' x 2'-6" | 161 LF | |
| | CF 3 | 1' x 3' | 132 LF | |
| | CF3.6 | 14" x 3'-6" | 92 LF | |
| | CF 5.6 | 16" x 5'-6" | 107 LF | |
| pad ftgs. | F 6 | 6' x 6' x 1' | 4 | |
| | F 6-6 | 6'-6" x 6'-6" x 14" | 8 | |
| | F 7-6 | 7'-6" x 7'-6" x 16" | 2 | |
| | F 8-6 | 8'-6" x 8'-6" x 18" | 4 | |
| piers 8/301 | 30" R x 2' | | 18 | |
| | 30" R x 4' | | 11 | |
| INTERIOR | | | | |
| 1st floor x 4" sog | | | 17245 SF | |
| 2nd floor core topping | | | 16230 SF | |
| | CF 2A | 1' x 2' | 22 LF | |
| stoop tops | | | 182 SF | |

TOTAL OF BASE BID    $319,000.00

RRSB-Limoges SD Subpoena 0144

**Alt. Adds** DECLINED

| | | |
|---|---|---|
| Add walls to footings 9,10/301 & extent piers 8/301 | 190 LF | |
| to 4' for winter construction | 18 | $12,000.00 |
| **Alt. Adds** DECLINED | | |
| Outer Edge horizontal floor insulation 2" x 4' | 554 LF | $4,450.00 |

**Clarification**

As per the spec's the core topping is to be reinforced with Macro Fibers.
It is LCI's experience that these fibers can leave
unsightly mark in the rooms with no or vinyl floor covering
especially at the edges and where the weight of a power trowel
can not be used. LCI will  do there best to make these floors look good
but will not except liability for the fiber marks or exposed fibers left behind.
LCI Highly recommends that these floors are cast with wire mesh
or rebar as reinforcement.

I.    **PRICE INCLUDEDS:**

Labor, Concrete, Fine Grading for Flat Work + or - 1/10',
Floor Poly, Rebar, Sales Tax on Materials

II.   **PRICE *DOES NOT* INCLUDE:**

Engineering, Concrete or Soil Tests, Survey, Layout,
Snow Removal, Heat, Heat Enclosures, Cold Weather Concrete Additives,
Covering of Concrete Due to Cold Weather, Blankets or Blanket Labor,
Excavation or Back Fill, Fill Sand, Placement of Fill Sand, Dewatering, Water Proofing,
Drain Tile, Wall or Floor Insulation,  Bolts, Joint Dowels or
Assemblies, Floor Treatments or Sealants, Joint Sealants, Wall Rub Finishes or
Coatings, Surcharge for Lack of Project Access, Disposal of Concrete Wash Out,
Shoring for Steel Decks, Dirt Banks, etc. Any Exterior Concrete Work, Curb & Gutter,
Excise Tax,

III.  **CONDITIONS of WORK:**

All excavations must be in compliance with OHSA requirements.
Limoges Construction will not accept any other conditions.

Inside of building MUST be clear of all piles of dirt, debris,
building materials, etc., so accurate measurements
can be made and correct installation can be achieved.
There must also be a minimum of 8 feet of access between the
edge of the excavation and any stored soil or material
for our material handling and work space.
Limoges Construction will not accept any other conditions.

RRSB-Limoges SD Subpoena 0145

For all slab on grade floor placements, the gravel-granular
fill and sub base must be able to support the weight of a fully loaded
concrete truck. This includes the trucks being able to maneuver on this
material with multiple truck passes on this material for the floor
placement. Limoges Construction will not accept any other conditions.

IV.   **CONTRACTING:**

If this proposal is accepted, these inclusions and exclusions need
to be added verbatim to the contract offered to LCI or attach this
proposal as an addendum or exhibit to the contract.

No back charges will be excepted by LCI without prior
written authorization and sign off by LCI

Prices are good for 30 days from date of proposal.

_____        _____8/24/2020_____
DAN BLOCK                                                                  DATE
ESTIMATOR FOR LIMOGES CONSTRUCTION, INC.
If you accept this proposal, please sign below and return

_____        _____
                                                                                  DATE



# Prime Contractor's Exemption Certification

**South Dakota Department of Revenue**
445 E Capitol Ave, Pierre, SD 57501

**Instructions:**

* An exemption certificate may not be used by an owner of a project or a government entity. Improper issuance of this certificate by anyone that is not a prime contractor will incur a penalty of 10% of the tax due.

* A prime contractor may not issue a prime contractor's exemption certificate for a qualified utility (QU) project. On a QU project, the prime contractor and all subcontractors owe the 2% contractor's excise tax on their gross receipts.

* An exemption certificate may not be given for the purchase of materials, equipment, product or sales taxable service. Prime contractors must pay sales tax to the service provider on sales taxable services. Examples of sales taxable services are: engineering, architecture, surveying, gravel crushing, snow removal, drapery installation, roto-rooting, locksmith, construction management, cleaning and calibration, and installation of flooring. The installation of tile, terrazzo, and marble are subject to contractor's excise tax.

RETENTION OF THIS CERTIFICATE RELIEVES THE SUBCONTRACTOR FROM LIABILITY FOR CONTRACTOR'S EXCISE TAX
SPECIFICALLY FOR THE PROJECT LISTED BELOW.

| PRIME CONTRACTOR NAME | | EXCISE TAX LICENSE NUMBER | | |
|---|---|---|---|---|
| Parkside Place, LLC | | 1035-2448-ET | | |
| STREET ADDRESS | CITY | | STATE | ZIP CODE |
| 1405 1st avenue north | fargo | | North | 58102 |
| CONTRACTOR EMAIL ADDRESS | | | | |
| jcraig@craigprop.com | | | | |
| SUBCONTRACTOR NAME | | EXCISE TAX LICENSE NUMBER | | |
| Limoges Construction, Inc. | | | | |
| STREET ADDRESS | CITY | | STATE | ZIP CODE |
| 25732 Cottonwood Ave | Sioux Falls | | SD | 57104 |
| SUBCONTRACTOR EMAIL ADDRESS | | | | |
| | | | | |
| PROJECT DESCRIPTION | | | | |
| 36 plex multi family apartment | | | | |
| PROJECT LOCATION | | | | |
| 8 2nd St N, Watertown, SD | | | | |
| PRIME CONTRACTOR'S SIGNATURE | | DATE | | |
| | | 1-6-21 | | |

Form: 1346



# PROPOSAL

Ph.605.543.5959
Fax.605.543.5940
25732 Cottonwood Ave.

TO:    JESSE CRAIG /JESSE KIIHL
CRAIG PROPERTIES

DATE:    August 24, 2020
FROM:    Dan Block
EMAIL:    danb@alliancecom.net

PROJECT: PARKVIEW MIXED USE

## PLAN REFERENCE:

This proposal is taken from prints dated 8/18/20. Any variation from these prints or this proposal may effect this proposed  price.

| DESCRIPTION | UNIT | TOTAL |
|---|---|---|
| walls 3/301  16" x 4' | 554 LF | |
| 12/301  8" x 4' | 57 LF | |
| 5/301  8" x 4' | 61 LF | |
| 7/3.1 elevator floor x 1' | 136 SF | |
| walls    8" x 4' | 32 LF | |
| ftg    9/301    CR 2-0  1' x 2' | 26 LF | |
| 10/301    CF 3-6  1' x 3'-6" | 152 LF | |
| wall ftg.s    CF2    1' x 2' | 279 LF | |
| CF 2.6  1' x 2'-6" | 161 LF | |
| CF 3    1' x 3' | 132 LF | |
| CF3.6    14" x 3'-6" | 92 LF | |
| CF 5.6    16" x 5'-6" | 107 LF | |
| pad ftgs.    F 6    6' x 6' x 1' | 4 | |
| F 6-6    6'-6" x 6'-6" x 14" | 8 | |
| F 7-6    7'-6" x 7'-6" x 16" | 2 | |
| F 8-6    8'-6" x 8'-6" x 18" | 4 | |
| piers 8/301    30" R x 2' | 18 | |
| 30" R x 4' | 11 | |
| | | |
| INTERIOR | | |
| 1st floor  x 4" sog | 17245 SF | |
| 2nd floor core topping | 16230 SF | |
| CF 2A    1' x 2' | 22 LF | |
| stoop tops | 182 SF | |

TOTAL OF BASE BID

$319,000.00

RRSB-Limoges SD Subpoena 0148

**Alt. Adds**

| | | |
|---|---|---|
| Add walls to footings 9,10/301 & extent piers 8/301 | 190 LF | |
| to 4' for winter construction | 18 | $12,000.00 |
| Outer Edge horizontal floor insulation 2" x 4' | 554 LF | $4,450.00 |

**Clarification**

As per the spec's the core topping is to be reinforced with Macro Fibers.
It is LCI's experience that these fibers can leave
unsightly mark in the rooms with no or vinyl floor covering
especially at the edges and where the weight of a power trowel
can not be used. LCI will  do there best to make these floors look good
but will not except liability for the fiber marks or exposed fibers left behind.
LCI Highly recommends that these floors are cast with wire mesh
or rebar as reinforcement.

I.   **PRICE INCLUDEDS:**

  Labor, Concrete, Fine Grading for Flat Work + or - 1/10',
  Floor Poly, Rebar, Sales Tax on Materials

II.   **PRICE _DOES NOT_ INCLUDE:**

  Engineering, Concrete or Soil Tests, Survey, Layout,
  Snow Removal, Heat, Heat Enclosures, Cold Weather Concrete Additives,
  Covering of Concrete Due to Cold Weather, Blankets or Blanket Labor,
  Excavation or Back Fill, Fill Sand, Placement of Fill Sand, Dewatering, Water Proofing,
  Drain Tile, Wall or Floor Insulation,  Bolts, Joint Dowels or
  Assemblies, Floor Treatments or Sealants, Joint Sealants, Wall Rub Finishes or
  Coatings, Surcharge for Lack of Project Access, Disposal of Concrete Wash Out,
  Shoring for Steel Decks, Dirt Banks, etc. Any Exterior Concrete Work, Curb & Gutter,
  Excise Tax,

III.   **CONDITIONS of WORK:**

  All excavations must be in compliance with OHSA requirements.
  Limoges Construction will not accept any other conditions.

  Inside of building MUST be clear of all piles of dirt, debris,
  building materials, etc., so accurate measurements
  can be made and correct installation can be achieved.
  There must also be a minimum of 8 feet of access between the
  edge of the excavation and any stored soil or material
  for our material handling and work space.
  Limoges Construction will not accept any other conditions.

For all slab on grade floor placements, the gravel-granular
fill and sub base must be able to support the weight of a fully loaded
concrete truck. This includes the trucks being able to maneuver on this
material with multiple truck passes on this material for the floor
placement. Limoges Construction will not accept any other conditions.

IV.   **CONTRACTING:**

If this proposal is accepted, these inclusions and exclusions need
to be added verbatim to the contract offered to LCI or attach this
proposal as an addendum or exhibit to the contract.

No back charges will be excepted by LCI without prior
written authorization and sign off by LCI

Prices are good for 30 days from date of proposal.

DAN BLOCK                                                          8/24/2020
ESTIMATOR FOR LIMOGES CONSTRUCTION, INC.                          DATE
If you accept this proposal, please sign below and return

                                                                  8/28/20
                                                                  DATE

Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2020 | 7735 |

Bill To

| | Vendor No. |
|---|---|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2034-Parkside Place Apartments | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 160,000.00 |
| Change Order #1 | 3,725.00 |
| Less 10% Retainage | -16,372.50 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $147,352.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $147,352.50 |

RRSB-Limoges SD Subpoena 0151

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties/Parkside Place LLC

**PROJECT:**
Parkside Place

**APPLICATION NUMBER:** 1

**PERIOD TO:** 10-31-20

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

Created with Paymee. www.Paymee.com

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | ADDITIONS | DELETIONS |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 319,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 3,725.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 322,725.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 163,725.00 |
| 5. RETAINAGE: | | |
| a.  10.0 % of Completed Work | 16,372.50 | |
| b.  10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 16,372.50 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 147,352.50 |
| 7. LESS PREVIOUS APPLICATIONS: | | - |
| 8. CURRENT PAYMENT DUE: | | 147,352.50 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 175,372.50 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | - | - |
| Changes From This Application: | 3,725.00 | - |
| Total: | 3,725.00 | - |
| Net Changes: | 3,725.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** _Jim Ave_   **DATE:** 10/23/2020

State: _SD_   County: _Minnehaha_

Subscribed & sworn to before me

this _23rd_ day of _October_

Notary Public Name:

Commission Expiration Date: _1-8-21_

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____   **DATE:** _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

PAYMENT APPLICATION DETAIL

**APPLICATION NO:** 1
**FOR PERIOD ENDING:** 10-31-20

**FROM:** Limoges Construction, Inc
**WORK:** 3300 - Cast-in-Place Concrete

**PROJECT:** Parkside Place
**NO:** 2034

| WORK CATEGORY | | Scheduled Value | Prev. App. Value | COMPLETED WORK | | | Total | | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Item No. | Description | | | This App. Work In Place | Stored Mat. | | Value | % | | |
| A | B | C | D=Prev. (D+E) | E | F | | G=D+E+F | L=G/C | H=C-G | I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | |
| | Foundation | 160,000 | - | 160,000 | - | | 160,000 | 100% | - | 16,000 |
| | Floors | 159,000 | - | - | - | | - | 0% | 159,000 | - |
| | | - | | | | | | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | CO #1 Wall Height Increase | 3,725 | - | 3,725 | - | | 3,725 | 100% | - | 373 |
| | **Total Base Contract Work:** | 319,000 | - | 160,000 | - | | 160,000 | 50% | 159,000 | 16,000 |
| | **Total Extra Work:** | 3,725 | - | 3,725 | - | | 3,725 | 100% | - | 373 |
| | **GRAND TOTAL:** | 322,725 | - | 163,725 | - | | 163,725 | 51% | 159,000 | 16,373 |

Created using Paymee for Excel. Visit www.Paymee.com for more information

Created using Paymee for Excel. Download for free at www.Paymee.com

Page 2 of 2

RRSB-Limoges SD Subpoena 0153

**WAIVER OF LIEN**                                            SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title –

Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

      **Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South**
      **Dakota, according to the recorded plat thereof.**

Dated this _23rd_ day of _November  2020_

                            Limoges Construction, Inc.
                            25732 Cottonwood Ave.
AMOUNT: $ _147,352.50_    Paid to: _____ Sioux Falls, SD 57107

FULL     _____

PARTIAL  __X___

                            _Nate Limoges_
                            By: _Nate Limoges_
                            Its: _President_
                            Address: _25732 Cottonwood Ave_
                                    _Sioux Falls, SD 57107_
                            Phone Number: _(605) 543-5959_

**PLEASE SIGN AND RETURN TO:**
               Craig Development
               1405 1st Ave N
               Fargo, ND  58102

_Original Mailed 11-23-20_

RRSB-Limoges SD Subpoena 0154

```
DATE:10/27/20   CK#:36922   TOTAL:$147,352.50*   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)
```

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 147,352.50 |
| | | | | 147,352.50 |



Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/23/2020 | 7782 |

Bill To

Vendor No.

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2034-Parkside Place Apartments | | |

| Description | Amount |
|-------------|--------|
| Winter Charges | 2,922.00 |
| Less 10% | -292.20 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $2,629.80 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,629.80 |

RRSB-Limoges SD Subpoena 0156

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties/Parkside Place LLC

**PROJECT:**
Parkside Place

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**APPLICATION NUMBER:** 2

**PERIOD TO:** 12/31/2020

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

Created with Paymee. www.Paymee.com

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | ADDITIONS | DELETIONS |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 319,000.00 | |
| 2. NET CHANGES TO CONTRACT: | 6,647.00 | |
| 3. TOTAL CONTRACT AMOUNT: | 325,647.00 | |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 166,647.00 | |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 16,664.70 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | 16,664.70 | |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 149,982.30 | |
| 7. LESS PREVIOUS APPLICATIONS: | 147,352.50 | |
| 8. CURRENT PAYMENT DUE: | 2,629.80 | |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 175,664.70 | |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 3,725.00 | - |
| Changes From This Application: | 2,922.00 | - |
| Total: | 6,647.00 | |
| Net Changes: | 6,647.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____ DATE: 12/23/2020

State: S O County: Minehaha

Subscribed & sworn to before me

this 23rd day of December

Notary Public Name: _____

Commission Expiration Date: 1-8-2 26

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____ DATE: _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

# PAYMENT APPLICATION DETAIL

APPLICATION NO: 2
FOR PERIOD ENDING: 12/31/2020

**FROM:** Limoges Construction, Inc
**WORK:** 3300 - Cast-in-Place Concrete

**PROJECT:** Parkside Place
**NO:** 2034

| WORK CATEGORY | | | | COMPLETED WORK | | Total | | BALANCE TO | RETAINAGE |
| Item No. | Description | Scheduled Value | Prev. App. Value | This App. Work In Place | Stored Mat. | Value | % | FINISH | Value (10.0%) |
| A | B | C | D=Prev. (D-E) | E | F | G=D+E+F | L=G/C | H=C-G | I |
|---|---|---|---|---|---|---|---|---|---|
| ▶ BASE CONTRACT SECTION | | | | | | | | | |
| | Foundation | 160,000 | 160,000 | - | - | 160,000 | 100% | - | 16,000 |
| | Floors | 159,000 | - | - | - | - | 0% | 159,000 | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | |
| | CO #1 Wall Height Increase | 3,725 | 3,725 | - | - | 3,725 | 100% | - | 373 |
| | Winter Charges- 12-16 & 12-17- see attached | 2,922 | - | 2,922 | - | 2,922 | 100% | - | 292 |
| | **Total Base Contract Work:** | 319,000 | 160,000 | - | - | 160,000 | 50% | 159,000 | 16,000 |
| | **Total Extra Work:** | 6,647 | 3,725 | 2,922 | - | 6,647 | 100% | - | 665 |
| | **GRAND TOTAL:** | 325,647 | 163,725 | 2,922 | - | 166,647 | 51% | 159,000 | 16,665 |

Created using Paymee for Excel. Visit www.Paymee.com for more information

Page 2 of 2

RRSB-Limoges SD Subpoena 0158

# Winter Concrete Charges

**Job Name:**   Parkside

**Date Range:**   12/16/2020   to   12/17/2020

| | Previous Billings | Current Billing |
|---|---|---|
| Cold Weather Additives | $0.00 | $2,250.00 |
| Blanket Rent | $0.00 | $0.00 |
| Blanket Labor | $0.00 | $672.00 |
| Snow Removal Labor | $0.00 | $0.00 |
| Ground Heater Rental | $0.00 | $0.00 |
| Ground Heater Fuel | $0.00 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Price Adjust | | |
| **TOTAL-** | $0.00 | **$2,922.00** |

RRSB-Limoges SD Subpoena 0159

# Cold Weather Additives

| Date | Yards Poured | Per Yard | | | | | | Total w/tax |
|------|------|------|---|---|---|---|---|------|
| | | | | | | | | $0.00 |
| 12/17/2020 | 75 | $30.00 | | | | | | $2,250.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 75 | | | | | | | $2,250.00 |

# Blanket Labor

| Date | # of workers | Total Manhours | Labor Rate | Total |
|---|---|---|---|---|
| | | | | $0.00 |
| 12/16/2020 | 4 | 4 | $42.00 | $168.00 |
| 12/17/2020 | 8 | 12 | $42.00 | $504.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $40.00 | $0.00 |
| | | | | $0.00 |
| | | 16 | | $672.00 |

WAIVER OF LIEN                                              SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

8 2nd Street Northeast, Watertown, SD  57201

Dated this _18th_ day of _March, 2021_ .

AMOUNT: $ _2,629.80_

FULL _____

PARTIAL ___X___

Paid to:

Limoges Construction, Inc.
25732 Cottonwood Ave.
~~Sioux Falls, SD 57107~~

By: _Matt Limoges_
Its: _President &_
Address: _25732 Cottonwood Do1_
         _Sioux Falls SD 57107_
Phone Number: _(605) 543-5959_

PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102

_Original_
_Mailed 3-23-21_

RRSB-Limoges SD Subpoena 0162

DATE:03/16/21  CK#:37685  TOTAL:$61,129.80**  BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824     | 8100    |         |             | 2,629.80 |
| 0824     | 6200    |         |             | 58,500.00 |
|          |         |         |             | 61,129.80 |

RRSB-Limoges SD Subpoena 0163



Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2021 | 7801 |

Bill To

| | Vendor No. |
|---|---|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2034-Parkside Place Apartments | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 65,000.00 |
| Less 10% | -6,500.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $58,500.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $58,500.00 |

RRSB-Limoges SD Subpoena 0164

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties/Parkside Place LLC

**PROJECT:**
Parkside Place

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

Created with Paymee. www.Paymee.com

**APPLICATION NUMBER:** 3

**PERIOD TO:** 1/31/2021

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | ADDITIONS | DELETIONS |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 319,000.00 | |
| 2. NET CHANGES TO CONTRACT: | 6,647.00 | |
| 3. TOTAL CONTRACT AMOUNT: | 325,647.00 | |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 231,647.00 | |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 23,164.70 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | 23,164.70 | |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 208,482.30 | |
| 7. LESS PREVIOUS APPLICATIONS: | 149,982.30 | |
| 8. CURRENT PAYMENT DUE: | 58,500.00 | |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 117,164.70 | |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 6,647.00 | - |
| Changes From This Application: | - | - |
| Total: | 6,647.00 | |
| Net Changes: | 6,647.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____   **DATE:** 1/25/2021

State: SD  County: Minnehaha

Subscribed & sworn to before me

this 25th day of January

Notary Public Name: _____

Commission Expiration Date: 1-8-27

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____   **DATE:**

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

# PAYMENT APPLICATION DETAIL

APPLICATION NO: 3
FOR PERIOD ENDING: 1/31/2021

PROJECT: Parkside Place
NO: 2034

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-In-Place Concrete

| Item No. | Description | Scheduled Value | Prev. App. Value | Work In Place | This App. Stored Mat. | Total Value | % | Balance To Finish | Retainage Value (10.0%) |
|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D=Prev. (D+E) | E | F | G=D+E+F | L=G/C | H=C-G | I |
| **BASE CONTRACT SECTION** | | | | | | | | | |
| | Foundation | 160,000 | 160,000 | - | - | 160,000 | 100% | - | 16,000 |
| | Floors | 159,000 | - | 65,000 | - | 65,000 | 41% | 94,000 | 6,500 |
| | | - | | - | - | | | | - |
| **EXTRA WORK SECTION 1** | | | | | | | | | |
| | CO #1 Wall Height Increase | 3,725 | 3,725 | - | - | 3,725 | 100% | - | 373 |
| | Winter Charges- 12-16 & 12-17- see attached | 2,922 | 2,922 | - | - | 2,922 | 100% | - | 292 |
| | **Total Base Contract Work:** | 319,000 | 160,000 | 65,000 | - | 225,000 | 71% | 94,000 | 22,500 |
| | **Total Extra Work:** | 6,647 | 6,647 | - | - | 6,647 | 100% | - | 665 |
| | **GRAND TOTAL:** | 325,647 | 166,647 | 65,000 | - | 231,647 | 71% | 94,000 | 23,165 |

Page 2 of 2

RRSB-Limoges SD Subpoena 0166

**WAIVER OF LIEN**                                                          SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

      Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
      Dakota, according to the recorded plat thereof.

      8 2nd Street Northeast, Watertown, SD  57201

Dated this _18th_ day of _March, 2021_ .

AMOUNT: $ _58,500.00_

FULL _____

PARTIAL __X__

Paid to: **Limoges Construction, Inc.**
25732 Cottonwood Ave.
Sioux Falls, SD 57107

By: _Nate LiMore_
Its: _President_
Address: _25732 Cottonwood Ave_
_Sioux Falls, SD 57107_
Phone Number: ( _605_ ) _543-5959_

**PLEASE SIGN AND RETURN TO:**
Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102

Original Mailed 3-23-21

Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|---|---|
| 4/26/2021 | 7845 |

Bill To

| Vendor No. |
|---|
| |

| Project | Subcontract Agreement No. | Project No. |
|---|---|---|
| 2034-Parkside Place Apartments | | |

| Description | Amount |
|---|---|
| Progress Billing | 10,000.00 |
| Less 10% | -1,000.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $9,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $9,000.00 |

RRSB-Limoges SD Subpoena 0168

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties/Parkside Place LLC

**PROJECT:**
Parkside Place

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**APPLICATION NUMBER:** 4

**PERIOD TO:** 4/30/2021

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-In-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 319,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 6,647.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 325,647.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 241,647.00 |
| 5. RETAINAGE: | | |
| a.  10.0 % of Completed Work | 24,164.70 | |
| b.  10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 24,164.70 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 217,482.30 |
| 7. LESS PREVIOUS APPLICATIONS: | | 208,482.30 |
| 8. CURRENT PAYMENT DUE: | | 9,000.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 108,164.70 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 6,647.00 | - |
| Changes From This Application: | - | - |
| Total: | 6,647.00 | - |
| Net Changes: | 6,647.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**DATE:** 4/26/2021

**CONTRACTOR:** _[signature]_

State: SD   County: Minnehaha

Subscribed & sworn to before me
this 26th day of Apr

Notary Public Name: _[signature]_

Commission Expiration Date: 1-28-27

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____   **DATE:** _____

The Amount Certified is payable to the contractor listed above.

Created with Paymee. www.Paymee.com

Created using Paymee for Excel. www.Paymee.com

PAYMENT APPLICATION DETAIL

APPLICATION NO: 4
FOR PERIOD ENDING: 4/30/2021

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

PROJECT: Parkside Place
NO: 2034

| WORK CATEGORY | | | | COMPLETED WORK | | | | | RETAINAGE |
| Item No. | Description | Scheduled Value | Prev. App. Value | This App. | | Total | | BALANCE TO FINISH | Value (10.0%) |
| | | | | Work In Place | Stored Mat. | Value | % | | |
| A | B | C | D=Prev. (D+E) | E | F | G=D+E+F | L=G/C | H=C-G | I |
|---|---|---|---|---|---|---|---|---|---|
| ▶ BASE CONTRACT SECTION | | | | | | | | | |
| | Foundation | 160,000 | 160,000 | - | - | 160,000 | 100% | - | 16,000 |
| | Floors | 159,000 | 65,000 | 10,000 | - | 75,000 | 47% | 84,000 | 7,500 |
| | | - | | - | - | | | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | |
| | CO #1 Wall Height Increase | 3,725 | 3,725 | - | - | 3,725 | 100% | - | 373 |
| | Winter Charges- 12-16 & 12-17- see attached | 2,922 | 2,922 | - | - | 2,922 | 100% | - | 292 |
| | Total Base Contract Work: | 319,000 | 225,000 | 10,000 | - | 235,000 | 74% | 84,000 | 23,500 |
| | Total Extra Work: | 6,647 | 6,647 | - | - | 6,647 | 100% | - | 665 |
| | GRAND TOTAL: | 325,647 | 231,647 | 10,000 | - | 241,647 | 74% | 84,000 | 24,165 |

Created using Paymate for Excel. Visit www.Paymate.com for more information.

Page 2 of 2

RRSB-Limoges SD Subpoena 0170

DATE:05/26/21   CK#:38020   TOTAL:$9,000.00***   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 9,000.00 |
| | | | | 9,000.00 |

RRSB-Limoges SD Subpoena 0171

**WAIVER OF LIEN**                                                    SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby
waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the
undersigned to file mechanics' liens or claims on account of labor or services performed at or materials
furnished or delivered to the real property below described, or any building, construction, or improvement
thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon
the real property situated in the County of Codington, State of South Dakota described as:

Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

8 2nd Street Northeast, Watertown, SD 57201

Dated this 1st day of June, 2021 , ___.          **Limoges Construction, Inc.**
                                                 25732 Cottonwood Ave.
                                                 Sioux Falls, SD 57107
AMOUNT: $ 9,000.00
                                        Paid to: _____

FULL _____

PARTIAL ___X___

                                        By: Nate Limoges
                                        Its: President
                                        Address: 25732 Cottonwood Ave
                                                 Sioux Falls, SD 57107
                                        Phone Number: (605) 543-5959

### PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102

*Original mailed 6-3-2021*



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/2021 | 7897 |

Bill To

Vendor No.

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2034-Parkside Place Apartments | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 84,000.00 |
| CO#2 Stairwell Floor deduct | -3,932.00 |
| Less 10% | -8,006.80 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | $72,061.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $72,061.20 |

RRSB-Limoges SD Subpoena 0173

# APPLICATION FOR PAYMENT

**OWNER:**
Craig Properties/Parkside Place LLC

**PROJECT:**
Parkside Place

**CONTRACTOR:**
Limoges Construction, Inc
25732 Cottonwood Ave
Sioux Falls, SD 57107

**ARCHITECT:**

**APPLICATION NUMBER:** 5

**PERIOD TO:** 6/30/2021

**PROJECT NUMBER:**

**CONTRACT WORK:** Cast-in-Place Concrete

**WORK CATEGORY NO:** 3300

## APPLICATION FOR PAYMENT - SUMMARY
Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 319,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 2,715.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 321,715.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 321,715.00 |
| 5. RETAINAGE: | | |
| a.   10.0 % of Completed Work | 32,171.50 | |
| b.   10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 32,171.50 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 289,543.50 |
| 7. LESS PREVIOUS APPLICATIONS: | | 217,482.30 |
| 8. CURRENT PAYMENT DUE: | | 72,061.20 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 32,171.50 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 6,647.00 | - |
| Changes From This Application: | - | 3,932.00 |
| Total: | 6,647.00 | 3,932.00 |
| Net Changes: | 2,715.00 | |

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____   DATE: 6/25/2021

State: SD   County: M. Minnehaha

Subscribed & sworn to before me

this 25th day of June

Notary Public Name: _____

Commission Expiration Date: 1-8-27

## ARCHITECT'S CERTIFICATION:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____   DATE:

The Amount Certified is payable to the contractor listed above.

**DISTRIBUTION:**
CONTRACTOR ▼
ARCHITECT ▼
File ▼

RRSB-Limoges SD Subpoena 0174

**PAYMENT AF _ICATION DETAIL**

APPLICATION NO: .
FOR PERIOD ENDING: 6/30/2021

PROJECT: Parkside Place
NO: 2034

FROM: Limoges Construction, Inc
WORK: 3300 - Cast-in-Place Concrete

| WORK CATEGORY | | | | COMPLETED WORK | | | | | | BALANCE TO FINISH | RETAINAGE |
| | | | | This App. | | | Total | | | | |
| Item No. A | Description B | Scheduled Value C | Prev. App. Value D=Prev. (D+E) | Work In Place E | Stored Mat. F | | Value G=D+E+F | % L=G/C | | H=C-G | Value (10.0%) I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▲ BASE CONTRACT SECTION | | | | | | | | | | | |
| | Foundation | 160,000 | 160,000 | - | - | | 160,000 | 100% | | - | 16,000 |
| | Floors | 159,000 | 75,000 | 84,000 | - | | 159,000 | 100% | | - | 15,900 |
| | | - | | - | - | | | | | | - |
| ▲ EXTRA WORK SECTION 1 | | | | | | | | | | | |
| | CO #1 Wall Height Increase | 3,725 | 3,725 | - | - | | 3,725 | 100% | | - | 373 |
| | Winter Charges- 12-16 & 12-17- see attached | 2,922 | 2,922 | - | - | | 2,922 | 100% | | - | 292 |
| | CO #2 Stairwell Floors | (3,932) | - | (3,932) | - | | (3,932) | 100% | | - | (393) |
| | **Total Base Contract Work:** | 319,000 | 235,000 | 84,000 | - | | 319,000 | 100% | | - | 31,900 |
| | **Total Extra Work:** | 2,715 | 6,647 | (3,932) | - | | 2,715 | 100% | | - | 272 |
| | **GRAND TOTAL:** | 321,715 | 241,647 | 80,068 | - | | 321,715 | 100% | | - | 32,172 |

Page 2 of 2

RRSB-Limoges SD Subpoena 0175

**WAIVER OF LIEN**                                                SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

　　　　For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

　　　　**Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
　　　　Dakota, according to the recorded plat thereof.**

　　　　8 2nd Street Northeast, Watertown, SD  57201

Dated this _2nd_ day of _September, 2021_

AMOUNT: $ _72,061.20_          Paid to: _Limoges Construction Ins._

                                        _Nate Limoges_

FULL _____                    By: _Nate Limoges_
                                  Its: _President_
PARTIAL _X_                       Address: Limoges Construction, Inc.
                                        25732 Cottonwood Ave.
                                  Phone Number Sioux Falls, SD  57107
                                        _(605) 543-5959_

**PLEASE SIGN AND RETURN TO:**
Craig Development, LLC
1405 1st Avenue North
Fargo, ND  58102

_Original
mailed 9-2-21_

RRSB-Limoges SD Subpoena 0176

DATE:07/21/21   CK#:38371   TOTAL:$72,061.20**   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 72,061.20 |
| | | | | 72,061.20 |

Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2021 | 7994 |

**Bill To**

Craig Properties

| | Vendor No. |
|--|-----------|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2034-Parkside Place Apartments | | |

| Description | Amount |
|-------------|--------|
| Final Retainage | 32,171.50 |

| | |
|--|--|
| Sales Tax (0.0%) | $0.00 |
| Total | $32,171.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $32,171.50 |

DATE:12/07/21   CK#:39132   TOTAL:$32,171.50**   BANK:Craig Properties, LLC(1120)
PAYEE:LIMOGES CONSTRUCTION

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 12/07/2021 | | 32,171.50 |
| | | | 32,171.50 |

RRSB-Limoges SD Subpoena 0179

WAIVER OF LIEN

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 13th day of December, 2021

AMOUNT: $ 32,171.50

Paid to: Limoges Construction, Inc.
25732 Cottonwood Ave.
Sioux Falls, SD 57107

FULL _____

PARTIAL    X   _____

By: Nate Limoges
Its: President
Address: _____

Phone Number: (605) 543-5959

PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102

Original
mailed
12-14-21



# C/O PROPOSAL # 2

Ph.605.543.5959
Fax.605.543.5940
25732 Cottonwood Ave.

TO: JESSE KIIHL
PREVAIL LLC.

DATE: December 21, 2020
FROM: Dan Block
EMAIL: danb@alliancecom.net

PROJECT: PARKVIEW MIXED USE

### PLAN REFERENCE:

This proposal is taken from prints dated 8/18/20 and a conversation with Jesse Kiihl. Any
variation from these prints or this proposal may effect this proposed price.

| DESCRIPTION | UNIT | TOTAL |
|---|---|---|
| **DEDUCT**<br>stair well floors   x 4" | 749 SF | |
| **TOTAL OF CHANGE ORDER # 2** | | -$3,932.00 |

**Clarifications**
As per our conversation with Jesse Kiihl

I   **PRICE INCLUDEDS:**
  Labor, Concrete, Fine Grading for Flat Work + or - 1/10',
  Floor Poly, Rebar, Sales Tax on Materials

II   **PRICE *DOES NOT* INCLUDE:**
  Engineering, Concrete or Soil Tests, Survey, Layout,
  Snow Removal, Heat, Heat Enclosures, Cold Weather Concrete Additives,
  Covering of Concrete Due to Cold Weather, Blankets or Blanket Labor,
  Excavation or Back Fill, Fill Sand, Placement of Fill Sand, Dewatering, Water Proofing,
  Drain Tile, Wall or Floor Insulation,  Bolts, Joint Dowels or
  Assemblies, Floor Treatments or Sealants, Joint Sealants, Wall Rub Finishes or
  Coatings, Surcharge for Lack of Project Access, Disposal of Concrete Wash Out,
  Shoring for Steel Decks, Dirt Banks, etc. Any Exterior Concrete Work, Curb & Gutter,
  Excise Tax,

III   **CONDITIONS of WORK:**
  All excavations must be in compliance with OHSA requirements.
  Limoges Construction will not accept any other conditions.

RRSB-Limoges SD Subpoena 0181

Inside of building MUST be clear of all piles of dirt, debris,
building materials, etc., so accurate measurements
can be made and correct installation can be achieved.
There must also be a minimum of 8 feet of access between the
edge of the excavation and any stored soil or material
for our material handling and work space.
Limoges Construction will not accept any other conditions.

For all slab on grade floor placements, the gravel-granular
fill and sub base must be able to support the weight of a fully loaded
concrete truck. This includes the trucks being able to maneuver on this
material with multiple truck passes on this material for the floor
placement. Limoges Construction will not accept any other conditions.

IV.     CONTRACTING:

If this proposal is accepted, these inclusions and exclusions need
to be added verbatim to the contract offered to LCI or attach this
proposal as an addendum or exhibit to the contract.

No back charges will be excepted by LCI without prior
written authorization and sign off by LCI

Prices are good for 30 days from date of proposal.

_____          _____12/21/2020_____
DAN BLOCK                                                    DATE
ESTIMATOR FOR LIMOGES CONSTRUCTION, INC.
If you accept this proposal, please sign below and return


_____          ____12/21/2020____
JESSE KIIHL                                                   DATE
PREVAIL LLC.



# C/O PROPOSAL # 1

Ph.605.543.5959
Fax.605.543.5940
25732 Cottonwood Ave.

TO:   JESSE KIIHL
      PREVAIL LLC.

DATE:    October 2, 2020
FROM:    Dan Block
EMAIL:   danb@alliancecom.net

PROJECT: PARKVIEW MIXED USE

## PLAN REFERENCE:

This proposal is taken from prints dated 8/18/20 and a conversation with Jesse Kiihl. Any
variation from these prints or this proposal may effect this proposed price.

| DESCRIPTION | UNIT | TOTAL |
|---|---|---|
| change back wall from 4' to 5' tall | 162 LF | |

| TOTAL OF CHANGE ORDER # 1 | $3,725.00 |
|---|---|

**Clarifications**
As per our conversation with Jesse Kiihl there
is to be No brick ledge installed on this foundation.

I.   **PRICE INCLUDEDS:**
     Labor, Concrete, Fine Grading for Flat Work + or - 1/10',
     Floor Poly, Rebar, Sales Tax on Materials

II.  **PRICE _DOES NOT_ INCLUDE:**
     Engineering, Concrete or Soil Tests, Survey, Layout,
     Snow Removal, Heat, Heat Enclosures, Cold Weather Concrete Additives,
     Covering of Concrete Due to Cold Weather, Blankets or Blanket Labor,
     Excavation or Back Fill, Fill Sand, Placement of Fill Sand, Dewatering, Water Proofing,
     Drain Tile, Wall or Floor Insulation, Bolts, Joint Dowels or
     Assemblies, Floor Treatments or Sealants, Joint Sealants, Wall Rub Finishes or
     Coatings, Surcharge for Lack of Project Access, Disposal of Concrete Wash Out,
     Shoring for Steel Decks, Dirt Banks, etc. Any Exterior Concrete Work, Curb & Gutter,
     Excise Tax,

III. **CONDITIONS of WORK:**
     All excavations must be in compliance with OHSA requirements.
     Limoges Construction will not accept any other conditions.

Inside of building MUST be clear of all piles of dirt, debris,
building materials, etc., so accurate measurements
can be made and correct installation can be achieved.
There must also be a minimum of 8 feet of access between the
edge of the excavation and any stored soil or material
for our material handling and work space.
Limoges Construction will not accept any other conditions.

For all slab on grade floor placements, the gravel-granular
fill and sub base must be able to support the weight of a fully loaded
concrete truck. This includes the trucks being able to maneuver on this
material with multiple truck passes on this material for the floor
placement. Limoges Construction will not accept any other conditions.

IV.     **CONTRACTING:**

If this proposal is accepted, these inclusions and exclusions need
to be added verbatim to the contract offered to LCI or attach this
proposal as an addendum or exhibit to the contract.

No back charges will be excepted by LCI without prior
written authorization and sign off by LCI

Prices are good for 30 days from date of proposal.

_____          _____10/2/2020_____
DAN BLOCK                                          DATE
ESTIMATOR FOR LIMOGES CONSTRUCTION, INC.
If you accept this proposal, please sign below and return

_____          _____
JESSE KIIHL                                        DATE
PREVAIL LLC.

Jesse Craig
Craig   Davlymt                                    10-4-2020
                                                   Date

# Exhibit D
## Limoges Construction, Inc.

## Lofts Project
## Construction Agreement, Proposal, and Change Orders,
## Invoices, Payment Applications, Lien Waivers, and Payment Records



# AIA® Document A132™ – 2009

## Standard Form of Agreement Between Owner and Contractor, Construction Manager as Adviser Edition

**AGREEMENT** made as of the Fifteenth day of October in the year Two Thousand Nineteen
*(In words, indicate day, month and year.)*

**BETWEEN** the Owner:
*(Name, legal status, address and other information)*

The Lofts LLC
1405 1st Avenue North
Fargo, ND 58102

and the Contractor:
*(Name, legal status, address and other information)*

Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

for the following Project:
*(Name, location and detailed description)*

Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

Project No. 19030

The Construction Manager:
*(Name, legal status, address and other information)*

Heilman Homes, Inc.
507 11th St SE
Watertown, SD 57201

The Architect:
*(Name, legal status, address and other information)*

Mutchler Bartram Architects, PC
505 North Broadway, Suite 201
Fargo, ND 58102

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

This document is intended to be used in conjunction with AIA Documents A232™–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition; B132™–2009, Standard Form of Agreement Between Owner and Architect, Construction Manager as Adviser Edition; and C132™–2009, Standard Form of Agreement Between Owner and Construction Manager as Adviser. ^AIA Document A232™–2009 is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

Init.

/

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No.2560567086 which expires on 02/20/2020, and is not for resale.
User Notes:                                                                (1818965871)

1

## TABLE OF ARTICLES

1      THE CONTRACT DOCUMENTS

2      THE WORK OF THIS CONTRACT

3      DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

4      CONTRACT SUM

5      PAYMENTS

6      DISPUTE RESOLUTION

7      TERMINATION OR SUSPENSION

8      MISCELLANEOUS PROVISIONS

9      ENUMERATION OF CONTRACT DOCUMENTS

10     INSURANCE AND BONDS

EXHIBIT A   DETERMINATION OF THE COST OF THE WORK

## ARTICLE 1   THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement, all of which form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 9.

## ARTICLE 2   THE WORK OF THIS CONTRACT

The Contractor shall fully execute the Work described in the Contract Documents, except as specifically indicated in the Contract Documents to be the responsibility of others.

Bid Package 3A Concrete

## ARTICLE 3   DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

§ 3.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

If, prior to the commencement of the Work, the Owner requires time to file mortgages, mechanics' liens and other security interests, the Owner's time requirement shall be as follows:

§ 3.2 The Contract Time shall be measured from the date of commencement.

§ 3.3 The Contractor shall achieve Substantial Completion of the entire Work not later than  December 31, 2019
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. If appropriate, insert requirements for earlier Substantial Completion of certain portions of the Work.)*

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No.6540370699 which expires on 11/18/2019, and is not for resale.
User Notes:                                                                                                    (1818965871)

Init.

/

RRSB Limoges SD Subpoena 0959

2

| Portion of the Work | Substantial Completion Date |
|---|---|

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to achieve Substantial Completion on time or for bonus payments for early completion of the Work.)*

### ARTICLE 4   CONTRACT SUM
**§ 4.1** The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be one of the following:
*(Check the appropriate box.)*

[ X ]   Stipulated Sum, in accordance with Section 4.2 below

[   ]   Cost of the Work plus the Contractor's Fee without a Guaranteed Maximum Price, in accordance with Section 4.3 below

[   ]   Cost of the Work plus the Contractor's Fee with a Guaranteed Maximum Price, in accordance with Section 4.4 below

*(Based on the selection above, complete Section 4.2, 4.3 or 4.4 below. Based on the selection above, also complete either Section 5.1.4, 5.1.5 or 5.1.6 below.)*

**§ 4.2 Stipulated Sum**
**§ 4.2.1** The Stipulated Sum shall be Six Hundred Eighty-Nine Thousand Dollars ($ 689,000.00  ), subject to additions and deletions as provided in the Contract Documents.

**§ 4.2.2** The Stipulated Sum is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If the bidding or proposal documents permit the Owner to accept other alternates subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

| Base Bid | $ 689,000.00 |
|---|---|
| Total Contract Amount | $ 689,000.00 |

**§ 4.2.3** Unit prices, if any:
*(Identify and state the unit price, and state the quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|

**§ 4.2.4** Allowances included in the Stipulated Sum, if any:
*(Identify allowance and state exclusions, if any, from the allowance price.)*

| Item | Allowance |
|---|---|

**§ 4.3 Cost of the Work Plus Contractor's Fee without a Guaranteed Maximum Price – N/A**

*(Paragraph deleted)*

**AIA Document A132™ – 2009** (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. **WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No. 1610944088 which expires on 08/08/2020, and is not for resale.
**User Notes:**                                                                                                      (1818965871)

Init.

/

RRSB-Limoges SD Subpoena 0360

3

*(Table deleted)*
*(Paragraphs deleted)*
**§ 4.4 Cost of the Work Plus Contractor's Fee with a Guaranteed Maximum Price – N/A**

*(Paragraphs deleted)*
*(Table deleted)*
*(Paragraphs deleted)*
*(Table deleted)*
*(Paragraphs deleted)*
**ARTICLE 5   PAYMENTS**
**§ 5.1 Progress Payments**
**§ 5.1.1** Based upon Applications for Payment submitted to the Construction Manager by the Contractor, and upon certification of the Project Application and Project Certificate for Payment or Application for Payment and Certificate for Payment by the Construction Manager and Architect and issuance by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

**§ 5.1.2** The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

**§ 5.1.3** Provided that an Application for Payment is received by the Construction Manager not later than the 25th day of a month, the Owner shall make payment of the certified amount in the Application for Payment to the Contractor not later than the last day of the following month. If an Application for Payment is received by the Construction Manager after the application date fixed above, payment shall be made by the Owner not later than sixty ( 60 ) days after the Construction Manager receives the Application for Payment.
*(Federal, state or local laws may require payment within a certain period of time.)*

**§ 5.1.4 Progress Payments Where the Contract Sum is Based on a Stipulated Sum**
**§ 5.1.4.1** Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work and be prepared in such form and supported by such data to substantiate its accuracy as the Construction Manager and Architect may require. This schedule, unless objected to by the Construction Manager or Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

**§ 5.1.4.2** Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

**§ 5.1.4.3** Subject to the provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:
.1    Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the total Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ten percent ( 10 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute may be included as provided in Section 7.3.9 of the General Conditions;
.2    Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of ten percent ( 10 %);
.3    Subtract the aggregate of previous payments made by the Owner; and
.4    Subtract amounts, if any, for which the Construction Manager or Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of the General Conditions.

**§ 5.1.4.4** The progress payment amount determined in accordance with Section 5.1.4.3 shall be further modified under the following circumstances:

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No. 4600000611 which expires on 09/27/2020, and is not for resale.
User Notes:                                                                                        (1818965871)

Init.

/

4

RRBB-Imhoges SD Subpoena 0361

.1    Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to
ninety-five  percent ( 95 %) of the Contract Sum, less such amounts as the Construction Manager
recommends and the Architect determines for incomplete Work and unsettled claims; and

.2    Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor,
any additional amounts payable in accordance with Section 9.10.3 of the General Conditions.

**§ 5.1.4.5** Reduction or limitation of retainage, if any, shall be as follows:
*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the
percentages inserted in Sections 5.1.4.3.1 and 5.1.4.3.2 above, and this is not explained elsewhere in the Contract
Documents, insert here provisions for such reduction or limitation.)*


**§ 5.1.5 Progress Payments Where the Contract Sum is Based on the Cost of the Work without a Guaranteed Maximum
Price – N/A**


*(Paragraphs deleted)*
**§ 5.1.6 Progress Payments Where the Contract Sum is Based on the Cost of the Work with a Guaranteed Maximum
Price – N/A**

*(Paragraphs deleted)*
**§ 5.2 Final Payment**
**§ 5.2.1** Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the
Contractor when

.1    the Contractor has fully performed the Contract except for the Contractor's responsibility to correct
Work as provided in Section 12.2 of AIA Document A232–2009, and to satisfy other requirements, if
any, which extend beyond final payment;

.2    the Contractor has submitted a final accounting for the Cost of the Work, pursuant to Exhibit A,
Determination of the Cost of the Work when payment is on the basis of the Cost of the Work, with or
without a Guaranteed Maximum payment; and

.3    a final Certificate for Payment or Project Certificate for Payment has been issued by the Architect; such
final payment shall be made by the Owner not more than 30 days after the issuance of the final
Certificate for Payment or Project Certificate for Payment, or as follows:


**ARTICLE 6   DISPUTE RESOLUTION**
**§ 6.1 Initial Decision Maker**
The Architect will serve as Initial Decision Maker pursuant to Section 15.2 of AIA Document A232–2009, unless the
parties appoint below another individual, not a party to this Agreement, to serve as Initial Decision Maker.
*(If the parties mutually agree, insert the name, address and other contact information of the Initial Decision Maker, if
other than the Architect.)*


**§ 6.2 Binding Dispute Resolution**
For any Claim subject to, but not resolved by, mediation pursuant to Section 15.3 of AIA Document A232–2009, the
method of binding dispute resolution shall be as follows:
*(Check the appropriate box. If the Owner and Contractor do not select a method of binding dispute resolution below,
or do not subsequently agree in writing to a binding dispute resolution method other than litigation, Claims will be
resolved by litigation in a court of competent jurisdiction.)*

[   ]    Arbitration pursuant to Section 15.4 of AIA Document A232–2009.

AIA Document A132™– 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights
reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of
this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under
the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No. 1560567066 which expires on 03/09/2020, and is not for
resale.
User Notes:                                                                                                                          (1818965871)

5

RRSB-Limoges SD Subpoena 0362

[ X ]    Litigation in a court of competent jurisdiction.

[    ]    Other: *(Specify)*

## ARTICLE 7   TERMINATION OR SUSPENSION
### § 7.1 Where the Contract Sum is a Stipulated Sum
**§ 7.1.1** The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A232–2009.

**§ 7.1.2** The Work may be suspended by the Owner as provided in Article 14 of AIA Document A232–2009.

### § 7.2 Where the Contract Sum is Based on the Cost of the Work with or without a Guaranteed Maximum Price
**§ 7.2.1** Subject to the provisions of Section 7.2.2 below, the Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A232–2009.

**§ 7.2.2** The Contract may be terminated by the Owner for cause as provided in Article 14 of AIA Document A232–2009; however, the Owner shall then only pay the Contractor an amount calculated as follows:
   .1    Take the Cost of the Work incurred by the Contractor to the date of termination;
   .2    Add the Contractor's Fee computed upon the Cost of the Work to the date of termination at the rate stated in Sections 4.3.2 or 4.4.2, as applicable, or, if the Contractor's Fee is stated as a fixed sum, an amount that bears the same ratio to that fixed-sum Fee as the Cost of the Work at the time of termination bears to a reasonable estimate of the probable Cost of the Work upon its completion; and
   .3    Subtract the aggregate of previous payments made by the Owner.

**§ 7.2.3** If the Owner terminates the Contract for cause when the Contract Sum is based on the Cost of the Work with a Guaranteed Maximum Price, and as provided in Article 14 of AIA Document A232–2009, the amount, if any, to be paid to the Contractor under Section 14.2.4 of AIA Document A232–2009 shall not cause the Guaranteed Maximum Price to be exceeded, nor shall it exceed the amount calculated in Section 7.2.2.

**§ 7.2.4** The Owner shall also pay the Contractor fair compensation, either by purchase or rental at the election of the Owner, for any equipment owned by the Contractor that the Owner elects to retain and that is not otherwise included in the Cost of the Work under Section 7.2.1. To the extent that the Owner elects to take legal assignment of subcontracts and purchase orders (including rental agreements), the Contractor shall, as a condition of receiving the payments referred to in this Article 7, execute and deliver all such papers and take all such steps, including the legal assignment of such subcontracts and other contractual rights of the Contractor, as the Owner may require for the purpose of fully vesting in the Owner the rights and benefits of the Contractor under such subcontracts or purchase orders.

**§ 7.2.5** The Work may be suspended by the Owner as provided in Article 14 of AIA Document A232–2009; in such case, the Contract Sum and Contract Time shall be increased as provided in Section 14.3.2 of AIA Document A232–2009, except that the term 'profit' shall be understood to mean the Contractor's Fee as described in Sections 4.3.2 and 4.4.2 of this Agreement.

## ARTICLE 8   MISCELLANEOUS PROVISIONS
**§ 8.1** Where reference is made in this Agreement to a provision of AIA Document A232–2009 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

**§ 8.2** Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*

**§ 8.3** The Owner's representative:
*(Name, address and other information)*

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No. . . . which expires on . . . , and is not for resale.
User Notes:                                                                                                                                      (1818965871)

Init.

/

RRSB - Limoges 8 D Subpoena  0363

Jesse Craig
The Lofts LLC
1405 1st Avenue North
Fargo, ND 58102

§ 8.4 The Contractor's representative:
*(Name, address and other information)*

Dan Block
Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107
Telephone:        605-543-5959
Fax:              605-543-5940

§ 8.5 Neither the Owner's nor the Contractor's representative shall be changed without ten days written notice to the other party.

§ 8.6 Other provisions:


## ARTICLE 9   ENUMERATION OF CONTRACT DOCUMENTS
§ 9.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated in the sections below.

§ 9.1.1 The Agreement is this executed AIA Document A132–2009, Standard Form of Agreement Between Owner and Contractor, Construction Manager as Adviser Edition.

§ 9.1.2 The General Conditions are AIA Document A232–2009, General Conditions of the Contract for Construction, Construction Manager as Adviser Edition.

§ 9.1.3 The Supplementary and other Conditions of the Contract:

| Document | | Title | Date | Pages |
|---|---|---|---|---|
| 0700 | - | General Conditions | | 1 |
| 0710 | - | Article 16. Supplementary Conditions | | 1 - 5 |

§ 9.1.4 The Specifications: dated July 19, 2019
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*

| Section | | Title | Date | Pages |
|---|---|---|---|---|
| DIVISION 0 - CONDITIONS OF THE CONTRACT | | | | |
| 0110 | - | Invitation for Bids | | 1 |
| 0200 | - | Information to Bidders | | 1 - 3 |
| 0300 | - | Proposal Form | | 1 - 2 |
| 0500 | - | Owner Contractor Agreement Form | | 1 |
| | | | | |
| DIVISION 1 - GENERAL REQUIREMENTS | | | | |
| 1030 | - | Alternates | | 1 |
| 1035 | - | Change Order Procedure | | 1 - 2 |
| 1040 | - | Project Coordination | | 1 - 2 |
| 1200 | - | Project Meetings | | 1 - 3 |

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No.xxxxxxxxxxxx which expires on xx/xx/xxxx, and is not for resale.
User Notes:                                                                            (1818965871)

Init.

/

7

RRSB-Limoges SD Subpoena 0364

| | | | |
|---|---|---|---|
| 1300 | - | Submittals | 1 - 4 |
| 1400 | - | Testing & Inspections | 1 - 3 |
| 1500 | - | Temporary Facilities | l - 5 |
| 1600 | - | Materials and Equipment | 1 - 3 |
| 1631 | - | Substitutions | 1 |
| 1710 | - | Cleaning | 1 - 2 |
| 1720 | - | Project Record Documents | 1 |
| 1730 | - | Operation and Maintenance Data | 1 - 2 |
| 1850 | - | Project Construction Schedule | 1 |

**DIVISION 2 - SITE WORK**

| | | | |
|---|---|---|---|
| 2010 | - | Subsurface Exploration | 1 |
| | - | Geotechnical Exploration and Engineering Review | 1 - 45 |
| 2300 | - | Earthwork | 1 - 6 |
| 2501 | - | Subdrainage | 1 - 2 |

**DIVISION 3 - CONCRETE**

| | | | |
|---|---|---|---|
| 3100 | - | Concrete Forming and Accessories | 1 - 3 |
| 3200 | - | Concrete Reinforcing | 1 - 2 |
| 3300 | - | Cast-in-Place Concrete | 1 - 9 |
| 3400 | - | Precast Structural Concrete | 1 - 5 |
| 3410 | - | Precast Concrete Hollow Core Planks | 1 - 5 |

**DIVISION 5 - METALS**

| | | | |
|---|---|---|---|
| 5500 | - | Metal Fabrications | 1 - 4 |
| 5510 | - | Metal Stairs | 1 - 6 |

**DIVISION 7 - THERMAL AND MOISTURE PROTECTION**

| | | | |
|---|---|---|---|
| 7140 | - | Fluid-Applied Waterproofing | 1 - 4 |
| 7225 | - | Foundation Insulation | 1 - 3 |

**DIVISION 14 - CONVEYING SYSTEMS**

| | | | |
|---|---|---|---|
| 14240 | - | Passenger Elevators | 1 - 8 |

**§ 9.1.5** The Drawings:  Dated July 19, 2019
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

| Number | Title |
|---|---|
| ACOVER | Title Sheet, Site Plan |
| A3.0 | Basement Floor Plan |
| A3.1 | First Floor Plan |
| A3.2 | Second Floor Plan |
| A4.1 | Exterior Elevations |
| A4.2 | Exterior Elevations |
| A4.3 | Building Sections |
| A4.4 | Wall Sections |
| A4.5 | Stair & Elevator Sections |
| S0.1 | General Structural Notes |
| S1.1 | Footing & Foundation Plan |
| S2.1 | Main Floor Framing Plan |
| S2.2 | Second Floor Framing Plan |
| S2.3 | Thirst & Fourth Floor Framing Plan |
| S3.1 | Footing & Foundation Details |
| S4.1 | Footing & Foundation Details |

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No.2560367080 which expires on 08/20/2020, and is not for resale.
User Notes:                                                                                                                               (1818965871)

Init.

/

8

**§ 9.1.6** The Addenda, if any:

| Number | Date | Pages |
|---|---|---|
| Addendum No. 1 | July 26, 2019 | 1 - 4 |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

**§ 9.1.7** Additional documents, if any, forming part of the Contract Documents are:

    .1    AIA Document A132™–2009, Exhibit A, Determination of the Cost of the Work, if applicable.

    .2    AIA Document E201™–2007, Digital Data Protocol Exhibit, if completed, or the following:
        N/A

    .3    AIA Document E202™–2008, Building Information Modeling Protocol Exhibit, if completed, or the following:
        N/A

    .4    Other documents, if any, listed below:
        *(List here any additional documents which are intended to form part of the Contract Documents. AIA Document A232–2009 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

## ARTICLE 10   INSURANCE AND BONDS

The Contractor shall purchase and maintain insurance and provide bonds as set forth in Article 11 of AIA Document A232–2009.
*(State bonding requirements, if any, and limits of liability for insurance required in Article 11 of AIA Document A232–2009.)*

| Type of Insurance or Bond | Limit of Liability or Bond Amount ($0.00) |
|---|---|

This Agreement is entered into as of the day and year first written above.

| OWNER *(Signature)* | CONTRACTOR *(Signature)* |
|---|---|
| Jesse Cy | Nate Limoges, President |
| *(Printed name and title)* | *(Printed name and title)* |

AIA Document A132™ – 2009 (formerly A101™CMa – 1992). Copyright © 1975, 1980, 1992 and 2009 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:36:01 ET on 10/21/2019 under Order No. ......... which expires on ........., and is not for resale.
User Notes:                                                                                                                       (1818965871)

Knob Hill Exhibit – Subpoena 0366

11/22/2019  12:23  Remote ID  Remote ID                                          2/2

 ACORD® | **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YYYY)
11/22/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER  Holmes Murphy & Assoc-SF  1-605-336-1090  5120 S. Solberg Ave  Sioux Falls, SD 57109 | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): | FAX (A/C, No): | |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| | INSURER A : Allied Insurance | | |
| INSURED  Limoges Construction Inc.  25732 Cottonwood Ave  Sioux Falls, SD 57107 | INSURER B : First Dakota Indemnity | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**   CERTIFICATE NUMBER: 57834907   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY  ☐ CLAIMS-MADE  X OCCUR | | | CP7222419764 | 12/01/18 | 12/01/19 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:  X POLICY  ☐ PRO-JECT  ☐ LOC  OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY  ☐ ANY AUTO  ☐ OWNED AUTOS ONLY  X HIRED AUTOS ONLY  ☐ SCHEDULED AUTOS  X NON-OWNED AUTOS ONLY | | | CP7222419764 | 12/01/18 | 12/01/19 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB  X OCCUR  ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | CP7222419764 | 12/01/18 | 12/01/19 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y / N  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [Y] (Mandatory in NH)  If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WC02000361952018 | 12/01/18 | 12/01/19 | X PER STATUTE  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: Watertown Mixed Use 10 N. Broadway St Watertown, SD Project No: 19030
The Lofts, LLC, Mutchler Bartram Architects P.C., and Heilman Homes, Inc.  are included as additional insureds on the General Liability, Auto Liability and Umbrella Liability when required by written contract, per policy terms and conditions.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Heilman Homes, Inc  The Lofts, LLC  ____th St. SE  Watertown, SD 57201         USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

evensf
34907

RRSB-Limoges SD Subpoena 0367



# Prime Contractor's Exemption Certification

South Dakota Department of Revenue

445 E Capitol Ave, Pierre, SD 57501

**Instructions:**

* An exemption certificate may not be used by an owner of a project or a government entity. Improper issuance of this certificate by anyone that is not a prime contractor will incur a penalty of 10% of the tax due.

* A prime contractor may not issue a prime contractor's exemption certificate for a qualified utility (QU) project. On a QU project, the prime contractor and all subcontractors owe the 2% contractor's excise tax on their gross receipts.

* An exemption certificate may not be given for the purchase of materials, equipment, product or sales taxable service. Prime contractors must pay sales tax to the service provider on sales taxable services. Examples of sales taxable services are: engineering, architecture, surveying, gravel crushing, snow removal, drapery installation, roto-rooting, locksmith, construction management, cleaning and calibration, and installation of flooring. The installation of tile, terrazzo, and marble are subject to contractor's excise tax.

RETENTION OF THIS CERTIFICATE RELIEVES THE SUBCONTRACTOR FROM LIABILITY FOR CONTRACTOR'S EXCISE TAX SPECIFICALLY FOR THE PROJECT LISTED BELOW.

| PRIME CONTRACTOR NAME | | EXCISE TAX LICENSE NUMBER | | |
|---|---|---|---|---|
| The Lofts, LLC | | 1035-2448-ET | | |

| STREET ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|
| 1405 1st avenue north | fargo | | North | 58102 |

| CONTRACTOR EMAIL ADDRESS |
|---|
| jcraig@craigprop.com |

| SUBCONTRACTOR NAME | | EXCISE TAX LICENSE NUMBER | | |
|---|---|---|---|---|
| Limoges Construction, Inc | | | | |

| STREET ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|
| 25732 Cottonwood Ave | Sioux Falls | | SD | 57107 |

| SUBCONTRACTOR EMAIL ADDRESS |
|---|
| |

| PROJECT DESCRIPTION |
|---|
| 39 plex multi family apartment |

| PROJECT LOCATION |
|---|
| 10 N Broadway, Watertown, SD |

| PRIME CONTRACTOR'S SIGNATURE | DATE |
|---|---|
| | 8 -25-20 |

Form: 1346

RRSB-Limoges SD Subpoena 0368

505 North Broadway
Suite 201
Fargo, North Dakota 58102

(701) 235-5563 Telephone
(701) 235-5435 Fax

| M | B | A |

Architecture                    Interior Design                    Construction Management

October 15, 2019

Limoges Construction, Inc.
25732 Cottonwood Ave
Sioux Falls, SD 57107
ATTENTION:  Dan Block

RE:    Watertown Mixed Use
       10 North Broadway Street
       Watertown, South Dakota
       MBA Project No.  19030

On behalf of the Owner, The Lofts LLC, this is your Notice to Proceed on the above referenced project for Bid
Packages **3A - Concrete**.  Also, enclosed are four (4) copies of the Agreement Between Owner and Contractor.
Please sign and return all four (4) copies to our office for further processing along with the following required
documentation:

1. Certificate of Insurance as noted in Article 11 of the General & Supplementary Conditions. **The Owner,
   Architect and Construction Manager shall be named as additional insured.**
2. Certificate of Workmen's Compensation Insurance for the **State of South Dakota**.
3. List of major suppliers and manufacturers of products to be used on this project.
4. W-9 Form (copy attached for your use) ✓

**Site Conditions** - Please make every effort to keep the site and building area clean of debris and unnecessary
construction materials.

**Project Weekly Meeting** – Weekly meetings will be held to coordinate the work as well as provide a time when
we know all parties involved will be at the jobsite. Please have a representative from your company present at
these meetings. Day & time yet to be determined.

**Application & Certificate for Payment and Release of Lien Forms**
- Pay applications must be submitted (in triplicate) on the attached form
- Release of Lien (copy attached ) to be submitted with each pay application
- We appreciate your attention to these details or pay applications will be rejected

**Construction Management** - It is the primary responsibility of the Construction Manager, Heilman Homes, to
coordinate the work of all the contractors on the job so that the construction schedule will be maintained and the
building work completed on time.  They will also provide as much assistance as possible to aid in meeting the
work schedule, by timely processing of shop drawings & early responses to questions.  We ask for your
cooperation in working with Heilman Homes and our office, as well as the other contractors on the job.

Please call if you have any questions.  We look forward to working with you on this project.

Sincerely,

Greg Oakland
Associate Architect
Mutchler Bartram Architects, PC
GO/sn
Enclosure

MBA=atth:Gregoakland

RRSB-Limoges SD Subpoena 0369

505 North Broadway
Suite 201
Fargo, North Dakota 58102

(701) 235-5563 Telephone
(701) 235-5435 Fax



| M | B | A |

Architecture                Interior Design                Construction Management

December 2, 2019

Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

RE:   Watertown Mixed Use
      10 North Broadway Street
      Watertown, South Dakota

      Project No.  19030

Enclosed is your signed copy of the Standard Form of Agreement Between Owner and
Contractor for the above referenced project.

If you have any questions please feel free to call.

Sincerely,

Greg Oakland
GO/srk

Enclosure
cc:  Heilman Homes

RRSB-Limoges SD Subpoena 0370



Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/25/2019 | 7516 |

| Bill To |
|---------|
| The Lofts LLC<br>1405 1st Ave N<br>Fargo, ND 58102 |

| | Vendor No. |
|--|------------|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use | | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing | 120,000.00 |
| Less 10% Retainage | -12,000.00 |

| | |
|--|--|
| Sales Tax (0.0%) | $0.00 |
| Total | $108,000.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $108,000.00 |

RRSB-Limoges SD Subpoena 0371

# APPLICATION FOR PAYMENT

**DISTRIBUTION:**
Contractor ▼
Architect ▼
File ▼

**TO OWNER:**
The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

**PROJECT:**
Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

**APPLICATION NUMBER:** 1

**PERIOD TO:** 10-31-19

**PROJECT NUMBER:** 19030

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P.C.

VIA CONSTRUCTION MANAGER:

**CONTRACT DATE:** 10/15/19

HEILMAN HOMES, INC

## CONTRACTOR'S APPLICATION FOR PAYMENT
Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | | - |
| 3. TOTAL CONTRACT AMOUNT: | | 689,000.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 120,000.00 |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 12,000.00 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 12,000.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 108,000.00 |
| 7. LESS PREVIOUS APPLICATIONS: | | - |
| 8. CURRENT PAYMENT DUE: | | 108,000.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 581,000.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | - | - |
| Changes From This Application: | - | - |
| Total: | - | - |
| Net Changes: | - | |

Form 702G

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____ DATE: 10/25/19

State: SD County: Minnehaha

Subscribed & sworn to before me
this 25th day of October
Notary Public Name: _____
Commission Expiration Date: 1-8-21

### ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

AMOUNT CERTIFIED:
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____ DATE: _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

RRSB-Limoges SD Subpoena 0372

PAYMENT APPLICATION DETAIL

APPLICATION NO: 1
FOR PERIOD ENDING: 10-31-19

**FROM:** Limoges Construction
**WORK:** 3300 - Cast-in-Place Concrete

**PROJECT:** Watertown Mixed Use
**NO:** 19030

| WORK CATEGORY | | | | COMPLETED WORK | | | Total | | | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Description | Scheduled Value | Prev. App. Value | This App. Work In Place | Stored Mat. | | Value | | % | | Value (10.0%) |
| A | B | C | D=Prev. (D+E) | E | F | | G=D+E+F | L=G/C | % | H=C-G | I |
| **► BASE CONTRACT SECTION** | | | | | | | | | | | |
| | Concrete | 689,000 | - | 120,000 | - | | 120,000 | 17% | | 569,000 | 12,000 |
| | | - | - | - | - | | - | 0% | | - | - |
| | | - | - | - | - | | - | 0% | | - | - |
| | **Total Base Contract Work:** | 689,000 | - | 120,000 | - | | 120,000 | 17% | | 569,000 | 12,000 |
| | **Total Extra Work** | - | - | - | - | | - | 0% | | - | - |
| | **GRAND TOTAL:** | 689,000 | - | 120,000 | - | | 120,000 | 17% | | 569,000 | 12,000 |

Created using Payrec for Excel. Visit www.Payrec.com for more information

Page 2 of 2

RRSB-Limoges SD Subpoena 0373

DRAW# 1

WAIVER OF LIEN AND

TO:   CRAIG DEVELOPMENT,LLC;
AND TO ALL HOLDERS OF AN
**RELEASE OF RIGHTS**                   EQUITABLE INTEREST IN THE
FOLLOWING DESCRIBED PROPERTY.

RE:   PROPERTY ADDRESS: <u>10 North Broadway, Watertown, SD 57201</u>
LEGAL DESCRIPTION: <u>LOT ONE OF CRAIG ADDITION</u>
<u>IN THE COUNTY OF CODDINGTON AND THE STAE OF SOUTH DAKOTA</u>

OWNER: <u>THE LOFTS, LLC</u>

In consideration for payment in the amount of $ _108,000_ , by attached check number _35522_ , dated _11/6/19_ , the receipt and sufficiency of which is hereby acknowledged, the undersigned hereby warrants, acknowledges, affirms and represents, as to the above described premises, THAT:

1.   Payment delivered herewith is payment in full for all labor, skill, services, material, machinery, fixtures and apparatus furnished or performed by undersigned, or at the direction of the undersigned by others, to the date of the invoice, draw or demand paid herewith;

2.   Any claim or right to claim a lien for labor, skill services, material, machinery, fixtures and apparatus furnished or performed for the improvement of the above described premises prior to the date of the invoice, draw or demand paid herewith, is waived and relinquished.

3.   any individual or business hired, contracted, engaged or employed, in writing or verbally, by the undersigned to furnish or perform labor, skill, services, material, machinery, fixtures and apparatus for the improvement of the above described premises is paid in full as of the date of the invoice, draw or demand paid herewith;

4.   Documented and verifiable evidence of all payments made pursuant to statement 3 above are in my/our possession and will be provided upon request to Plains Commerce Bank and/or any party with an equitable interest in the above described premises;

5.   The individual signing this Wavier of Lien and Release of Rights has the authority to do so and Plains Commerce Bank and/or any other party with an equitable interest in the above described premises is entitled rely upon the truth and validity the statements herein made.

DATED:

_Noah Craig_

Enter signer's capacity or title
(e.g. President/Partner/Sole Proprietor)    ITS: _President_

<u>SIGN & RETURN TO:</u>
Craig Development, LLC
PO Box 426
Fargo, ND  58107

_original mailed 11/2019_

RRSB-Limoges SD Subpoena 0374

DATE:11/06/19   CK#:35522   TOTAL:$108,000.00*
PAYEE:Limoges Construction(Limoges)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6200 | | BANK:1120 - Craig Properties, LLC | 108,000.00 |
| | | | | 108,000.00 |

# Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2019 | 7540 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND  58102

| Vendor No. |
|------------|
|            |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use | | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing | 140,000.00 |
| Winter Charges | 11,120.00 |
| less 10% | -15,112.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $136,008.00 |
| Payments/Credits | $0.00 |
| Balance Due | $136,008.00 |

# APPLICATION FOR PAYMENT

**TO OWNER:**
The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

**PROJECT:**
Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

**DISTRIBUTION:**
Contractor ▼
Architect ▼
File ▼

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P.C.

VIA CONSTRUCTION MANAGER:

**APPLICATION NUMBER:** 2

**PERIOD TO:** 11/30/2019

**PROJECT NUMBER:** 19030

**CONTRACT DATE:** 10/15/19

HEILMAN HOMES, INC

## CONTRACTOR'S APPLICATION FOR PAYMENT
Refer to continuation sheets attached for detailed breakdown.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | 11,120.00 |
| 3. TOTAL CONTRACT AMOUNT: | 700,120.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 271,120.00 |
| 5. RETAINAGE: | |
| a. 10.0 % of Completed Work | 27,112.00 |
| b. 10.0 % of Stored Material | 0.00 |
| Total Retainage: | 27,112.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 244,008.00 |
| 7. LESS PREVIOUS APPLICATIONS: | 108,000.00 |
| 8. CURRENT PAYMENT DUE: | 136,008.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 456,112.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | - | - |
| Changes From This Application: | 11,120.00 | - |
| Total: | 11,120.00 | - |
| Net Changes: | 11,120.00 | |

Form 702G

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**DATE:** 11 2 5 16

CONTRACTOR: _____

State: SD    County: Minnehaha

Subscribed & sworn to before me
this 25th day of November
Notary Public Name: _____
Commission Expiration Date: 1-8-21

## ARCHITECT'S CERTIFICATE FOR PAYMENT:
The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

ARCHITECT: _____    DATE:

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

PAYMENT APPL ATION DETAIL

**APPLICATION NO:** 2
**FOR PERIOD ENDING:** 11/30/2019

**FROM:** Limoges Construction
**WORK:** 3300 - Cast-in-Place Concrete

**PROJECT:** Watertown Mixed Use
**NO:** 19030

| WORK CATEGORY | | | | COMPLETED WORK | | | | | | BALANCE TO FINISH | RETAINAGE |
| Item No. | Description | Scheduled Value | Prev. App. Value | | This App. | | Total | | | | Value (10.0%) |
| | | | | Work In Place | Stored Mat. | | Value | % | | | |
| A | B | C | D=Prev.(D+E) | E | F | | G=D+E+F | L=G/C | H=C-G | | I |
| | | | | | | | | | Created using Paymee for Excel - Visit www.Paymee.com for more information | | |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | | |
| | Concrete | 689,000 | 120,000 | 140,000 | - | | 260,000 | 38% | 429,000 | | 26,000 |
| | | - | - | - | - | | - | 0% | - | | - |
| | | - | - | - | - | | - | 0% | - | | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | | |
| | Winter Charges- 10-25 to 11-23.- See attached | 11,120 | - | 11,120 | - | | 11,120 | 100% | - | | 1,112 |
| | **Total Base Contract Work:** | 689,000 | 120,000 | 140,000 | - | | 260,000 | 38% | 429,000 | | 26,000 |
| | **Total Extra Work** | 11,120 | - | 11,120 | - | | 11,120 | 100% | - | | 1,112 |
| | **GRAND TOTAL:** | 700,120 | 120,000 | 151,120 | - | | 271,120 | 39% | 429,000 | | 27,112 |
| | | | | | | | | | Created using Paymee for Excel - Download for free at: www.Paymee.com | | |

Page 2 of 2

RRSB-Limoges SD Subpoena 0378

# Winter Concrete Charges

**Job Name:**   Watertown Mixed Use

**Date Range:**   10/25/2019   to   11/23/2019

|  | Previous Billings | Current Billing |
|---|---|---|
| Cold Weather Additives | $0.00 | $4,807.50 |
| Blanket Rent | $0.00 | $2,280.00 |
| Blanket Labor | $0.00 | $4,032.00 |
| Snow Removal Labor | $0.00 | $0.00 |
| Ground Heater Rental | $0.00 | $0.00 |
| Ground Heater Fuel | $0.00 | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Price Adjust | $0.00 | $0.50 |
| **TOTAL-** | $0.00 | **$11,120.00** |

# Cold Weather Additives

| Date | Yards Poured | Per Yard | | | | | | Total w/tax |
|------|--------|----------|--|--|--|--|--|-------------|
| | | | | | | | | $0.00 |
| 11/7/2019 | 80 | $30.00 | | | | | | $2,400.00 |
| 11/19/2019 | 78 | $30.00 | | | | | | $2,340.00 |
| 11/21/2019 | 2.25 | $30.00 | | | | | | $67.50 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 160.25 | | | | | | | $4,807.50 |

# Blanket Rental

| Days on Site | # of Blankets | Price per Blanket/Day | Total | Dates |
|---|---|---|---|---|
| | | | $0.00 | |
| 19 | 80 | $1.50 | $2,280.00 | 11-5 to 11-23 |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | | $0.00 | |
| TOTALS | | | $2,280.00 | |

## Blanket Labor

| Date | # of workers | Total Manhours | Labor Rate | Total |
|------|------|------|------|------|
| | | | | $0.00 |
| 11/4/2019 | 2 | 4 | $42.00 | $168.00 |
| 11/5/2019 | 2 | 4 | $42.00 | $168.00 |
| 11/6/2019 | 7 | 15 | $42.00 | $630.00 |
| 11/7/2019 | 7 | 23 | $42.00 | $966.00 |
| 11/19/2019 | 7 | 31 | $42.00 | $1,302.00 |
| 11/20/2019 | 7 | 12 | $42.00 | $504.00 |
| 11/22/2019 | 7 | 7 | $42.00 | $294.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $40.00 | $0.00 |
| | | | | $0.00 |
| | | 96 | | $4,032.00 |

**WAIVER OF LIEN**                                                    SD19269171

TO WHOM IT MAY CONCERN AND TO Dacotah Bank and First Dakota Title - Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

      **Lot 1 of Craig Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

      1 tbd, Watertown, SD  57201

Dated this 17th day of _December_, 2019

AMOUNT: $136008.00                          Limoges Construction Inc

FULL _____

PARTIAL ____X____

By: _Nate Limoges_
Its: _President_
Address: _25732 Cottonwood Ave_
_Sioux Falls SD 57106_
Phone Number: _(605) 543-5759_

## PLEASE SIGN AND RETURN TO:
First Dakota Title - Watertown
168 North Broadway
Watertown, SD  57201
Fax Number -- (605)886-1041

*Original signed 12-17-19*

FIRST DAKOTA TITLE - WATERTOWN ● GREAT WESTERN BANK ● ESCROW ACCOUNT ● 168 NORTH BROADWAY ● WATERTOWN, SD 57201

16950

16950

DATE: 12/11/2019

BUYER: The Lofts, LLC

PROPERTY ADDRESS: 1 tbd, Watertown, SD 57201

PAYEE: Limoges Construction, Inc.

FILE: SD19269171

CHECK AMOUNT: $136,008.00

SETTLEMENT DATE:

12/11/2019: Disbursement to Limoges Construction, Inc.: 7540

$136,008.00

RRSB-Limoges SD Subpoena 0384



Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/23/2019 | 7554 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

| Vendor No. |
|------------|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use |  | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing | 75,000.00 |
| Winter Charges | 7,640.00 |
| Less 10% | -8,264.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $74,376.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $74,376.00 |

RRSB-Limoges SD Subpoena 0385

# APPLICATION FOR PAYMENT

| | | **DISTRIBUTION:** |
|---|---|---|
| **TO OWNER:** | **PROJECT:** | Contractor ▾ |
| The Lofts LLC | Watertown Mixed Use | Architect ▾ |
| 1405 1st Ave N | 10 North Broadway Street | File ▾ |
| Fargo, ND 58102 | Watertown, South Dakota | |

| | |
|---|---|
| | **APPLICATION NUMBER:** 3 |
| | **PERIOD TO:** 12/31/2019 |
| | **PROJECT NUMBER:** 19030 |

| **FROM CONTRACTOR:** | **ARCHITECT:** |
|---|---|
| Limoges Construction | Mutchler Bartram Architects, P.C. |
| 25732 Cottonwood Ave | |
| Sioux Falls, SD 57107 | **CONTRACT DATE:** 10/15/19 |
| BID PACKAGE NO. 3A Concrete | VIA CONSTRUCTION MANAGER: |
| | HEILMAN HOMES, INC |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 18,760.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 707,760.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 353,760.00 |
| 5. RETAINAGE: | | |
| a. 10.0 % of Completed Work | 35,376.00 | |
| b. 10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 35,376.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 318,384.00 |
| 7. LESS PREVIOUS APPLICATIONS: | | 244,008.00 |
| 8. CURRENT PAYMENT DUE: | | 74,376.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 389,376.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 11,120.00 | - |
| Changes From This Application: | 7,640.00 | - |
| Total: | 18,760.00 | |
| Net Changes: | 18,760.00 | |

Form 703G

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** _(signature)_   **DATE:** 12/23/19

State: SD   County: Minnehaha

Subscribed & sworn to before me

this 23rd day of December

Notary Public Name: _(signature)_

Commission Expiration Date: 1-8-21

## ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**

Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____   **DATE:** _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel  www.Paymee.com

PAYMENT APPL. ATION DETAIL

APPLICATION NO: 3
FOR PERIOD ENDING: 12/31/2019

FROM: Limoges Construction
WORK: 3300 - Cast-in-Place Concrete

PROJECT: Watertown Mixed Use
NO: 19030

| WORK CATEGORY | | Scheduled Value | Prev. App. | COMPLETED WORK | | | Total | | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Description | | | This App. | | Stored Mat. | | | | Value (10.0%) |
| | | | Value | Work In Place | | | Value | % | | |
| A | B | C | D=Prev.(D+E) | E | | F | G=D+E+F | L=G/C | H=C-G | I |
| ▲ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 689,000 | 260,000 | 75,000 | | - | 335,000 | 49% | 354,000 | 33,500 |
| | | - | - | - | | - | - | 0% | - | - |
| | | - | - | - | | - | - | 0% | - | - |
| ▲ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | - | | - | 11,120 | 100% | - | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | - | 7,640 | | - | 7,640 | 100% | - | 764 |
| | Total Base Contract Work: | 689,000 | 260,000 | 75,000 | | - | 335,000 | 49% | 354,000 | 33,500 |
| | Total Extra Work | 18,760 | 11,120 | 7,640 | | - | 18,760 | 100% | - | 1,876 |
| | GRAND TOTAL: | 707,760 | 271,120 | 82,640 | | - | 353,760 | 50% | 354,000 | 35,376 |

Created using Paymee for Excel. Visit www.Paymee.com for more information

Page 2 of 2

RRSB-Limoges SD Subpoena 0387

# Winter Concrete Charges

**Job Name:**  Watertown Mixed Use

**Date Range:**  11/24/2019  to  12/14/2019

| | Previous Billings | Current Billing |
|---|---|---|
| Cold Weather Additives | $4,807.50 | $3,120.00 |
| Blanket Rent | $2,280.00 | $2,640.00 |
| Blanket Labor | $4,032.00 | $1,879.50 |
| Snow Removal Labor | $0.00 | $0.00 |
| Ground Heater Rental | $0.00 | $0.00 |
| Ground Heater Fuel | $0.00 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Price Adjust | $0.50 | $0.50 |
| **TOTAL-** | $11,120.00 | **$7,640.00** |

# Cold Weather Additives

| Date | Yards Poured | Per Yard | | | | | | Total w/tax |
|------|------|------|---|---|---|---|---|------|
| | | | | | | | | $0.00 |
| 12/3/2019 | 70 | $30.00 | | | | | | $2,100.00 |
| 12/6/2019 | 34 | $30.00 | | | | | | $1,020.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 104 | | | | | | | $3,120.00 |

# Blanket Rental

| Days on Site | # of Blankets | Price per Blanket/Day | Total | Dates |
|---|---|---|---|---|
| | | | $0.00 | |
| | | $1.50 | $0.00 | |
| 22 | 80 | $1.50 | $2,640.00 | 11-24 to 12-14 |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | $1.50 | $0.00 | |
| | | | $0.00 | |
| TOTALS | | | $2,640.00 | |

RRSB-Limoges SD Subpoena 0390

## Blanket Labor

| Date | # of workers | Total Manhours | Labor Rate | Total |
|---|---|---|---|---|
| | | | | $0.00 |
| 11/25/2019 | 7 | 7 | $42.00 | $294.00 |
| 12/3/2019 | 8 | 12 | $42.00 | $504.00 |
| 12/4/2019 | 11 | 13.75 | $42.00 | $577.50 |
| 12/6/2019 | 9 | 8.5 | $42.00 | $357.00 |
| 12/12/2019 | 7 | 3.5 | $42.00 | $147.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $40.00 | $0.00 |
| | | | | $0.00 |
| | | 44.75 | | $1,879.50 |

 **WAIVER OF LIEN**                                         SD19269171

TO WHOM IT MAY CONCERN AND TO Dacotah Bank and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

**Lot 1 of Craig Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

1 tbd, Watertown, SD 57201

Dated this 9th day of January, 2020

AMOUNT: $74376.00                          Limoges Construction, Inc

FULL _____                           By: Nate Limoges
PARTIAL ___X___                            Its: President
                                           Address: 25732 Cottonwood Ave
                                                    Sioux Falls SD 57107
                                           Phone Number: (605) 543-5959

**PLEASE SIGN AND RETURN TO:**
First Dakota Title - Watertown
168 North Broadway
Watertown, SD 57201
Fax Number -- (605)886-1041

Original mailed 1-15-20

RRSB-Limoges SD Subpoena 0392

FIRST DAKOTA TITLE - WATERTOWN ○ GREAT WESTERN BANK • ESCROW ACCOUNT • 188 NORTH BROADWAY • WATERTOWN, SD 57201

17562
17562

DATE: 1/6/2020

BUYER: The Lofts, LLC

PROPERTY ADDRESS: 1 tbd, Watertown, SD 57201

PAYEE: Limoges Construction, Inc.

1/6/2020: Disbursement to Limoges Construction, Inc.

FILE: SD19269171

CHECK AMOUNT: $74,376.00
SETTLEMENT DATE:

$74,376.00

RRSB-Limoges SD Subpoena 0393



Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/24/2020 | 7576 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

*emailed*

| Vendor No. |
|------------|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use |  | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing | 30,000.00 |
| winter charges | 4,875.00 |
| Retainage | -3,487.50 |

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | $31,387.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $31,387.50 |

# APPLICATION FOR PAYMENT

| | | DISTRIBUTION: |
|---|---|---|
| **TO OWNER:** | **PROJECT:** | Contractor ▼ |
| The Lofts LLC | Watertown Mixed Use | Architect ▼ |
| 1405 1st Ave N | 10 North Broadway Street | File ▼ |
| Fargo, ND 58102 | Watertown, South Dakota | |

**APPLICATION NUMBER:** 4

**PERIOD TO:** 1/31/2020

**PROJECT NUMBER:** 19030

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P.C.

VIA CONSTRUCTION MANAGER:

**CONTRACT DATE:** 10/15/19

**HEILMAN HOMES, INC**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Refer to continuation sheets attached for detailed breakdown.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | | 23,635.00 |
| 3. TOTAL CONTRACT AMOUNT: | | 712,635.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | | 388,635.00 |
| 5. RETAINAGE: | | |
| a.   10.0 % of Completed Work | 38,863.50 | |
| b.   10.0 % of Stored Material | 0.00 | |
| Total Retainage: | | 38,863.50 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | | 349,771.50 |
| 7. LESS PREVIOUS APPLICATIONS: | | 318,384.00 |
| 8. CURRENT PAYMENT DUE: | | **31,387.50** |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | | 362,863.50 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 18,760.00 | - |
| Changes From This Application: | 4,875.00 | - |
| Total: | 23,635.00 | - |
| Net Changes: | 23,635.00 | |

Form 702G

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his/her knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____   **DATE:** 1/24/2020

State: SD   County: Minnehaha

Subscribed & sworn to before me

this 24th day of January

Notary Public Name: _____

Commission Expiration Date: 1-8-21

## ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____   **DATE:** _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. www.Paymee.com

RRSB-Limoges SD Subpoena 0395

PAYMENT APPLICATION DETAIL

**FROM:** Limoges Construction
**WORK:** 3300 - Cast-in-Place Concrete

**APPLICATION NO:** 4
**FOR PERIOD ENDING:** 1/31/2020

**PROJECT:** Watertown Mixed Use
**NO:** 19030

| WORK CATEGORY | | Scheduled Value | Prev. App. Value | COMPLETED WORK | | | Total | | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | This App. | | Stored Mat. | | | | |
| Item No. | Description | | | Work In Place | | | Value | % | | |
| A | B | C | D=Prev.(D+E) | E | | F | G=D+E+F | L=G/C | H=C-G | I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | | |
| | Concrete | 689,000 | 335,000 | 30,000 | | - | 365,000 | 53% | 324,000 | 36,500 |
| | | - | - | - | | - | - | 0% | - | - |
| | | - | - | - | | - | - | 0% | - | - |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | - | | - | 11,120 | 100% | - | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | 7,640 | - | | - | 7,640 | 100% | - | 764 |
| | Winter Charges- 12-15 to 1-15- See attached | 4,875 | - | 4,875 | | - | 4,875 | 100% | - | 488 |
| | **Total Base Contract Work:** | 689,000 | 335,000 | 30,000 | | - | 365,000 | 53% | 324,000 | 36,500 |
| | **Total Extra Work** | 23,635 | 18,760 | 4,875 | | - | 23,635 | 100% | - | 2,364 |
| | **GRAND TOTAL:** | 712,635 | 353,760 | 34,875 | | - | 388,635 | 55% | 324,000 | 38,864 |

Created using Paymee for Excel. Visit www.Paymee.com for more information.

Created using Paymee for Excel. Download for free at: www.Paymee.com

Page 2 of 2

RRSB-Limoges SD Subpoena 0396

# Winter Concrete Charges

**Job Name:** Watertown Mixed Use

**Date Range:** 12/15/2019 to 1/15/2020

| | Previous Billings | Current Billing | |
|---|---|---|---|
| Cold Weather Additives | $7,927.50 | $2,895.00 | |
| Blanket Rent | $4,920.00 | $1,896.00 | <---With this, you own the blankets on site |
| Blanket Labor | $5,911.50 | $84.00 | |
| Snow Removal Labor | $0.00 | $0.00 | |
| Ground Heater Rental | $0.00 | $0.00 | |
| Ground Heater Fuel | $0.00 | $0.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Price Adjust | $1.00 | | |
| **TOTAL-** | $18,760.00 | $4,875.00 | |

# Cold Weather Additives

| Date | Yards Poured | Per Yard | | | | | | Total w/tax |
|------|--------------|----------|--|--|--|--|--|-------------|
| | | | | | | | | $0.00 |
| 1/6/2020 | 54 | $30.00 | | | | | | $1,620.00 |
| 1/9/2020 | 42.5 | $30.00 | | | | | | $1,275.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 96.5 | | | | | | | $2,895.00 |

# Blanket Labor

| Date | # of workers | Total Manhours | Labor Rate | Total |
|---|---|---|---|---|
| | | | | $0.00 |
| 1/2/2020 | 4 | 2 | $42.00 | $84.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $42.00 | $0.00 |
| | | | $40.00 | $0.00 |
| | | | | $0.00 |
| | | 2 | | $84.00 |

**WAIVER OF LIEN**                                          SD19269171

TO WHOM IT MAY CONCERN AND TO Dacotah Bank and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

**Lot 1 of Craig Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

**1 tbd, Watertown, SD  57201**

Dated this 6th day of February, 2020.

AMOUNT: **$31,387.50**                    Limoges Construction Inc

FULL _____

PARTIAL ___X___

By: Nate Limoges
Its: President
Address: 25732 Cottonwood Ave
Sioux Falls SD 57107
Phone Number: (605) 543-5959

## PLEASE SIGN AND RETURN TO:
**First Dakota Title - Watertown**
**168 North Broadway**
**Watertown, SD  57201**
**Fax Number -- (605)886-1041**

faxed 2-11-2020

**FIRST DAKOTA TITLE - WATERTOWN** ● GREAT WESTERN BANK ● ESCROW ACCOUNT ● 168 NORTH BROADWAY ● WATERTOWN, SD 57201

**DATE:** 2/4/2020

**BUYER: The Lofts, LLC**

**PROPERTY ADDRESS:** 1 tbd, Watertown, SD 57201

**PAYEE:** Limoges Construction, Inc.

**FILE:** SD19269171

**CHECK AMOUNT:** $31,387.50

**SETTLEMENT DATE:**

**18199**

2/4/2020: Disbursement to Limoges Construction, Inc.  $31,387.50

Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/25/2020 | 7604 |

| Bill To |
|---------|
| The Lofts LLC
1405 1st Ave N
Fargo, ND 58102 |

| Vendor No. |
|------------|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use |  | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing
Winter Charges
Less 10% | 100,000.00
2,730.00
-10,273.00 |

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | $92,457.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $92,457.00 |

RRSB-Limoges SD Subpoena 0402

# APPLICATION FOR PAYMENT

**TO OWNER:**
The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

**PROJECT:**
Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

**APPLICATION NUMBER:** 5

**PERIOD TO:** 3/31/2020

**PROJECT NUMBER:** 19030

**DISTRIBUTION:**
Contractor ▼
Architect ▼
File ▼

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P.C.

VIA CONSTRUCTION MANAGER:

**CONTRACT DATE:** 10/15/19

**HEILMAN HOMES, INC**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Refer to continuation sheets attached for detailed breakdown.

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | 26,365.00 |
| 3. TOTAL CONTRACT AMOUNT: | 715,365.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 491,365.00 |
| 5. RETAINAGE: | |
| a. 10.0 % of Completed Work | 49,136.50 |
| b. 10.0 % of Stored Material | 0.00 |
| Total Retainage: | 49,136.50 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 442,228.50 |
| 7. LESS PREVIOUS APPLICATIONS: | 349,771.50 |
| 8. CURRENT PAYMENT DUE: | 92,457.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 273,136.50 |

**CONTRACTOR:** Jia Salon

**DATE:** 3/25/2020

State: SD    County: Minnehaha

Subscribed & sworn to before me

this 25 day of March

Notary Public Name: _____

Commission Expiration Date: 1-8-21

## ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**

Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____    **DATE:** _____

The Amount Certified is payable to the contractor listed above.

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 23,635.00 | - |
| Changes From This Application: | 2,730.00 | - |
| Total: | 26,365.00 | - |
| Net Changes: | 26,365.00 | |

Form 702G

Created using Payvee for Excel  www.Payvee.com

# PAYMENT APPLICATION DETAIL

**FROM:** Limoges Construction
**WORK:** 3300 - Cast-in-Place Concrete

**APPLICATION NO:** 5
**FOR PERIOD ENDING:** 3/31/2020

**PROJECT:** Watertown Mixed Use
**NO:** 19030

| WORK CATEGORY | | | | COMPLETED WORK | | | Total | | BALANCE TO FINISH | RETAINAGE |
| Item No. | Description | Scheduled Value | Prev. App. Value | This App. Work In Place | Stored Mat. | | Value | % | | Value (10.0%) |
| A | B | C | D=Prev. (D+E) | E | F | | G=D+E+F | L=G/C | H=C-G | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ▲ **BASE CONTRACT SECTION** | | | | | | | | | | |
| | Concrete | 689,000 | 365,000 | 100,000 | - | | 465,000 | 67% | 224,000 | 46,500 |
| | | - | - | - | - | | - | 0% | - | - |
| | | - | - | - | - | | - | 0% | - | - |
| ▲ **EXTRA WORK SECTION 1** | | | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | - | - | | 11,120 | 100% | | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | 7,640 | - | - | | 7,640 | 100% | - | 764 |
| | Winter Charges- 12-15 to 1-15- See attached | 4,875 | 4,875 | - | - | | 4,875 | 100% | - | 488 |
| | Winter Charges- 1-16 to 3-20- See attached | 2,730 | - | 2,730 | - | | 2,730 | 100% | - | 273 |
| | **Total Base Contract Work:** | 689,000 | 365,000 | 100,000 | - | | 465,000 | 67% | 224,000 | 46,500 |
| | **Total Extra Work** | 26,365 | 23,635 | 2,730 | - | | 26,365 | 100% | - | 2,637 |
| | **GRAND TOTAL:** | 715,365 | 388,635 | 102,730 | - | | 491,365 | 69% | 224,000 | 49,137 |

Created using Paytrea for Excel. Visit www.Paytrea.com for more information

Page 2 of 2

RRSB-Limoges SD Subpoena 0404

# Winter Concrete Charges

**Job Name:**    Watertown Mixed Use

**Date Range:**    1/16/2020    to    3/20/2020

| | Previous Billings | Current Billing | |
|---|---|---|---|
| Cold Weather Additives | $10,882.50 | $2,730.00 | |
| Blanket Rent | $6,816.00 | $0.00 | <---With this, you own the blankets on site |
| Blanket Labor | $5,995.50 | $0.00 | |
| Snow Removal Labor | $0.00 | $0.00 | |
| Ground Heater Rental | $0.00 | $0.00 | |
| Ground Heater Fuel | $0.00 | $0.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Price Adjust | $1.00 | | |
| **TOTAL-** | $23,695.00 | $2,730.00 | |

# Cold Weather Additives

| Date | Yards Poured | Per Yard | | | | | | Total w/tax |
|------|------|------|------|------|------|------|------|------|
| | | | | | | | | $0.00 |
| 1/24/2020 | 11 | $30.00 | | | | | | $330.00 |
| 3/4/2020 | 80 | $30.00 | | | | | | $2,400.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 91 | | | | | | | $2,730.00 |

**WAIVER OF LIEN**                                                    SD19269171

TO WHOM IT MAY CONCERN AND TO Dacotah Bank and First Dakota Title - Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

      **Lot 1 of Craig Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

      1 tbd, Watertown, SD  57201

Dated this 13ᵗʰ day of _April_ _2020_

AMOUNT: $92457.00                                    Limoges Construction Inc

FULL _____

PARTIAL _____X_____

By: _Nate Limoges_
Its: _President_
Address: _25982 Cottonwood Ave_
_Sioux Falls SD 57107_
Phone Number: _(605) 543-5858_

### PLEASE SIGN AND RETURN TO:
First Dakota Title - Watertown
168 North Broadway
Watertown, SD  57201
Fax Number — (605)886-1041

_Original_
_Mailed_
_4-21-2020_

**FIRST DAKOTA TITLE - WATERTOWN**  ◦  **GREAT WESTERN BANK** • **ESCROW ACCOUNT** • 168 NORTH BROADWAY • WATERTOWN, SD 57201

19854
19854

**DATE:** 4/9/2020                          **FILE:** SD19269171                          **CHECK AMOUNT:** $92,457.00
**BUYER: The Lofts, LLC**                                                        **SETTLEMENT DATE:**
**PROPERTY ADDRESS:**  1 tbd, Watertown, SD  57201
**PAYEE:**  Limoges Construction, Inc.

4/9/2020: Disbursement to Limoges Construction, Inc.                                     $92,457.00

Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/24/2020 | 7618 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND  58102

| Vendor No. |
|------------|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use |  | 19030 |

| Description | Amount |
|-------------|--------|
| Winter Charges | 2,625.00 |
| Less 10% | -262.50 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $2,362.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,362.50 |

# APPLICATION FOR PAYMENT

**TO OWNER:**
The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

**PROJECT:**
Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

**APPLICATION NUMBER:** 6

**PERIOD TO:** 4/30/2020

**PROJECT NUMBER:** 19030

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P.C.

VIA CONSTRUCTION MANAGER:

**CONTRACT DATE:** 10/15/19

**HEILMAN HOMES, INC**

DISTRIBUTION:
Contractor ▼
Architect ▼
File ▼

Created with Paymee. www.Paymee.com

## CONTRACTOR'S APPLICATION FOR PAYMENT
Refer to continuation sheets attached for detailed breakdown.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | 28,990.00 |
| 3. TOTAL CONTRACT AMOUNT: | 717,990.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 493,990.00 |
| 5. RETAINAGE: | |
| a.   10.0 % of Completed Work | 49,399.00 |
| b.   10.0 % of Stored Material | 0.00 |
| Total Retainage: | 49,399.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 444,591.00 |
| 7. LESS PREVIOUS APPLICATIONS: | 442,228.50 |
| 8. CURRENT PAYMENT DUE: | 2,362.50 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 273,399.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 26,365.00 | - |
| Changes From This Application: | 2,625.00 | - |
| Total: | 28,990.00 | - |
| Net Changes: | 28,990.00 | |

Form 702/3

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____    DATE: 4/24/2020

State: _SD_   County: _Minnehaha_

Subscribed & sworn to before me
this _24th_ day of _April_

Notary Public Name: _____

Commission Expiration Date: _1-8-24_

## ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

AMOUNT CERTIFIED: _____

Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____    DATE:

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. Free download at: www.Paymee.com

RRSB-Limoges SD Subpoena 0410

# PAYMENT APPLICATION DETAIL

APPLICATION NO: 6
FOR PERIOD ENDING: 4/30/2020

**FROM:** Limoges Construction
**WORK:** 3300 - Cast-in-Place Concrete

**PROJECT:** Watertown Mixed Use
**NO:** 19030

## WORK CATEGORY

| Item No. | Description | Scheduled Value | Prev. App. Value | COMPLETED WORK This App. Work In Place | COMPLETED WORK This App. Stored Mat. | Total Value | Total % | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D=Prev.(D+E) | E | F | G=D+E+F | L=G/C | H=C-G | I |
| ▲ | **BASE CONTRACT SECTION** | | | | | | | | |
| | Concrete | 689,000 | 465,000 | - | - | 465,000 | 67% | 224,000 | 46,500 |
| | | - | - | - | - | - | 0% | - | - |
| | | - | - | - | - | - | 0% | - | - |
| ▲ | **EXTRA WORK SECTION 1** | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | - | - | 11,120 | 100% | - | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | 7,640 | - | - | 7,640 | 100% | - | 764 |
| | Winter Charges- 12-15 to 1-15- See attached | 4,875 | 4,875 | - | - | 4,875 | 100% | - | 488 |
| | Winter Charges- 1-16 to 3-20- See attached | 2,730 | 2,730 | - | - | 2,730 | 100% | - | 273 |
| | Winter Charges- 3-21 to 4-25- See attached | 2,625 | - | 2,625 | - | 2,625 | 100% | - | 263 |
| | **Total Base Contract Work:** | 689,000 | 465,000 | - | - | 465,000 | 67% | 224,000 | 46,500 |
| | **Total Extra Work:** | 28,990 | 26,365 | 2,625 | - | 28,990 | 100% | - | 2,889 |
| | **GRAND TOTAL:** | 717,990 | 491,365 | 2,625 | - | 493,990 | 69% | 224,000 | 49,399 |

Created using Pigmeo for Excel.  Download for free at www.Pigmeo.com

Page 2 of 2

RRSB-Limoges SD Subpoena 0411

# Winter Concrete Charges

**Job Name:**   Watertown Mixed Use

**Date Range:**   3/21/2020   to   4/25/2020

| | Previous Billings | Current Billing | |
|---|---|---|---|
| Cold Weather Additives | $13,610.50 | $2,625.00 | |
| Blanket Rent | $6,816.00 | $0.00 | <---With this, you own the blankets on site |
| Blanket Labor | $5,995.50 | $0.00 | |
| Snow Removal Labor | $0.00 | $0.00 | |
| Ground Heater Rental | $0.00 | $0.00 | |
| Ground Heater Fuel | $0.00 | $0.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Price Adjust | $1.00 | | |
| **TOTAL-** | $26,423.00 | **$2,625.00** | |

# Cold Weather Additives

| Date | Yards Poured | Per Yard | | | | | | Total w/tax |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| 3/31/2020 | 80 | $30.00 | | | | | | $2,400.00 |
| 4/1/2020 | 7.5 | $30.00 | | | | | | $225.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | $30.00 | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | 87.5 | | | | | | | $2,625.00 |

**WAIVER OF LIEN**                                      SD19269171

TO WHOM IT MAY CONCERN AND TO Dacotah Bank and First Dakota Title - Watertown

       For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

       **Lot 1 of Craig Addition to the City of Watertown, Codington County, South Dakota, according to
the recorded plat thereof.**

       **1 tbd, Watertown, SD  57201**

Dated this _12th_ day of _May_ _2022_.

AMOUNT: $2362.50                          Limoges Construction Inc

FULL _____

PARTIAL _____X_____

By: _Nate Limoges_
Its: _President_
Address: _25732 Cottonwood Ave._
_Sioux Falls, SD 57107_
Phone Number: _(605) 543-5959_

### PLEASE SIGN AND RETURN TO:
**First Dakota Title - Watertown**
**168 North Broadway**
**Watertown, SD  57201**
**Fax Number --- (605)886-1041**

_Original Required 5-12-2020_

**FIRST DAKOTA TITLE - WATERTOWN** ∘ **GREAT WESTERN BANK** • **ESCROW ACCOUNT** • 168 NORTH BROADWAY • WATERTOWN, SD 57201

21330
21330

**DATE:** 5/7/2020        **FILE:** SD19269171       **CHECK AMOUNT:** $2,362.50
**BUYER: The Lofts, LLC**                                             **SETTLEMENT DATE:**
**PROPERTY ADDRESS:** 1 tbd, Watertown, SD 57201
**PAYEE:** Limoges Construction, Inc.

5/7/2020: Disbursement to Limoges Construction, Inc.                                          $2,362.50

Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/26/2020 | 7633 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND  58102

| | Vendor No. |
|---|---|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use | | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing | 27,000.00 |
| 10% Retainage | -2,700.00 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $24,300.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $24,300.00 |

# APPLICATION FOR PAYMENT

**TO OWNER:**
The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

**PROJECT:**
Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

**APPLICATION NUMBER:** 7

**PERIOD TO:** 5/31/2020

**PROJECT NUMBER:** 19030

**DISTRIBUTION:**
Contractor ▼
Architect ▼
File ▼

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P.C.

VIA CONSTRUCTION MANAGER:

**CONTRACT DATE:** 10/15/19

**HEILMAN HOMES, INC**

Created with Paymee. www.Paymee.com

## CONTRACTOR'S APPLICATION FOR PAYMENT

Refer to continuation sheets attached for detailed breakdown.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | 28,990.00 |
| 3. TOTAL CONTRACT AMOUNT: | 717,990.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 520,990.00 |
| 5. RETAINAGE: | |
| a. 10.0 % of Completed Work | 52,099.00 |
| b. 10.0 % of Stored Material | 0.00 |
| Total Retainage: | 52,099.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 468,891.00 |
| 7. LESS PREVIOUS APPLICATIONS: | 444,591.00 |
| 8. CURRENT PAYMENT DUE: | 24,300.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 249,099.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 28,990.00 | - |
| Changes From This Application: | - | - |
| Total: | 28,990.00 | - |
| Net Changes: | 28,990.00 | |

Form 702G

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _Jim Silver_   DATE: 5/26/2020

State: _SD_   County: _Minnehaha_

Subscribed & sworn to before me

this _26th_ day of _May_

Notary Public Name: _By ___ 1-8-24_

Commission Expiration Date:

## ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____   DATE: _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel  Free download at: www.Paymee.com

RRSB-Limoges SD Subpoena 0417

PAYMENT APPLICATION DETAIL

APPLICATION NO: 7
FOR PERIOD ENDING: b.../2020

FROM: Limoges Construction
WORK: 3300 - Cast-in-Place Concrete

PROJECT: Watertown Mixed Use
NO: 19030

| WORK CATEGORY | | Scheduled Value | COMPLETED WORK | | | | | BALANCE TO FINISH | RETAINAGE Value (10.0%) |
| Item No. | Description | | Prev. App. Value | This App. Work In Place | Stored Mat. | Total Value | % | | |
| A | B | C | D=Prev. (D+E) | E | F | G=D+E+F | L=G/C | H=C-G | I |
|---|---|---|---|---|---|---|---|---|---|
| ▲ BASE CONTRACT SECTION | | | | | | | | | |
| | Concrete | 689,000 | 465,000 | 27,000 | - | 492,000 | 71% | 197,000 | 49,200 |
| | | - | - | - | - | - | 0% | - | - |
| | | - | - | - | - | - | 0% | - | - |
| ▲ EXTRA WORK SECTION 1 | | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | - | - | 11,120 | 100% | | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | 7,640 | - | - | 7,640 | 100% | | 764 |
| | Winter Charges- 12-15 to 1-15- See attached | 4,875 | 4,875 | - | - | 4,875 | 100% | | 488 |
| | Winter Charges- 1-16 to 3-20- See attached | 2,730 | 2,730 | - | - | 2,730 | 100% | | 273 |
| | Winter Charges- 3-21 to 4-25- See attached | 2,625 | 2,625 | - | - | 2,625 | 100% | | 263 |
| | **Total Base Contract Work:** | 689,000 | 465,000 | 27,000 | - | 492,000 | 71% | 197,000 | 49,200 |
| | **Total Extra Work:** | 28,990 | 28,990 | - | - | 28,990 | 100% | - | 2,899 |
| | **GRAND TOTAL:** | 717,990 | 493,990 | 27,000 | - | 520,990 | 73% | 197,000 | 52,099 |

Created using Pngrree for Excel. Visit www.Pngrree.com for more information.

Page 2 of 2

RRSB-Limoges SD Subpoena 0418

**WAIVER OF LIEN**                                                SD19269171

TO WHOM IT MAY CONCERN AND TO Dacotah Bank and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lot 1 of Craig Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

1 tbd, Watertown, SD  57201

Dated this _8th_ day of _June_____, _2020_

AMOUNT: $24300.00                       Limoges Construction Inc

FULL      _____

PARTIAL   _X___

By: _Nate Limoges_
Its: _President_
Address: _25732 Cottonwood Ave_
_Sioux Falls, SD  57107_
Phone Number: _(605) 543-5959_

**PLEASE SIGN AND RETURN TO:**
First Dakota Title - Watertown
168 North Broadway
Watertown, SD  57201
Fax Number -- (605)886-1041

*Original mailed 6-8-20*

RRSB-Limoges SD Subpoena 0419

**FIRST DAKOTA TITLE - WATERTOWN** ° **GREAT WESTERN BANK** • **ESCROW ACCOUNT** • 168 NORTH BROADWAY • WATERTOWN, SD 57201

22406
22406

**DATE:** 6/4/2020                        **FILE:** SD19269171          **CHECK AMOUNT:** $24,300.00
**BUYER: The Lofts, LLC**                                          **SETTLEMENT DATE:**
**PROPERTY ADDRESS:** 1 tbd, Watertown, SD  57201
**PAYEE:** Limoges Construction, Inc.

6/4/2020: Disbursement to Limoges Construction, Inc.                               $24,300.00



Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/2020 | 7653 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

| Vendor No. |
|------------|
|            |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use | | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing | 63,000.00 |
| Less 10% | -6,300.00 |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $56,700.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $56,700.00 |

# APPLICATION FOR PAYMENT

**TO OWNER:**
The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

**PROJECT:**
Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

**APPLICATION NUMBER:** 8

**PERIOD TO:** 6/30/2020

**PROJECT NUMBER:** 19030

**DISTRIBUTION:**
Contractor ▼
Architect ▼
File ▼

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P. C.

VIA CONSTRUCTION MANAGER:

**CONTRACT DATE:** 10/15/19

HEILMAN HOMES, INC

Created with Paymee. www.Paymee.com

## CONTRACTOR'S APPLICATION FOR PAYMENT
Refer to continuation sheets attached for detailed breakdown.

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT: | 689,000.00 |
| 2. NET CHANGES TO CONTRACT: | 28,990.00 |
| 3. TOTAL CONTRACT AMOUNT: | 717,990.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE: | 583,990.00 |
| 5. RETAINAGE: | |
| a.  10.0 % of Completed Work | 58,399.00 |
| b.  10.0 % of Stored Material | 0.00 |
| Total Retainage: | 58,399.00 |
| 6. TOTAL COMPLETED LESS RETAINAGE: | 525,591.00 |
| 7. LESS PREVIOUS APPLICATIONS: | 468,891.00 |
| 8. CURRENT PAYMENT DUE: | 56,700.00 |
| 9. BALANCE TO FINISH INCLUDING RETAINAGE: | 192,399.00 |

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 28,990.00 | - |
| Changes From This Application: | - | - |
| Total: | 28,990.00 | - |
| Net Changes: | 28,990.00 | |

Form 702G

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____  **DATE:** 6/25/2020

State: SD  County: Minnehaha

Subscribed & sworn to before me
this 25th day of June

Notary Public Name: _____

Commission Expiration Date: 1-8-21

## ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below:

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

ARCHITECT: _____  **DATE:** _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel  Free download at: www.Paymee.com

PAYMENT AF  ICATION DETAIL

APPLICATION NO:
FOR PERIOD ENDING: 6/30/2020

FROM: Limoges Construction
WORK: 3300 - Cast-in-Place Concrete

PROJECT: Watertown Mixed Use
NO: 19030

| WORK CATEGORY | | | | COMPLETED WORK | | | | BALANCE TO | RETAINAGE |
| Item No. | Description | Scheduled Value | Prev. App. Value | Work In Place | This App. Stored Mat. | Total | | FINISH | Value (10.0%) |
| | | | | | | Value | % | |  |
| A | B | C | D=Prev. (D+E) | E | F | G=D+E+F | L=G/C | H=C-G | I |
| ▶ BASE CONTRACT SECTION | | | | | | | | | |
| | Footings and Foundation | 336,000 | 314,200 | 18,000 | - | 332,200 | 99% | 3,800 | 33,220 |
| | Flatwork | 254,000 | 78,800 | 45,000 | - | 123,800 | 49% | 130,200 | 12,380 |
| | Rebar and Floor Poly | 99,000 | 99,000 | - | - | 99,000 | 100% | - | 9,900 |
| ▶ EXTRA WORK SECTION 1 | | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | - | - | 11,120 | 100% | - | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | 7,640 | - | - | 7,640 | 100% | - | 764 |
| | Winter Charges- 12-15 to 1-15- See attached | 4,875 | 4,875 | - | - | 4,875 | 100% | - | 488 |
| | Winter Charges- 1-16 to 3-20- See attached | 2,730 | 2,730 | - | - | 2,730 | 100% | - | 273 |
| | Winter Charges- 3-21 to 4-25- See attached | 2,625 | 2,625 | - | - | 2,625 | 100% | - | 263 |
| | Total Base Contract Work: | 689,000 | 492,000 | 63,000 | - | 555,000 | 81% | 134,000 | 55,500 |
| | Total Extra Work: | 28,990 | 28,990 | - | - | 28,990 | 100% | - | 2,889 |
| | GRAND TOTAL: | 717,990 | 520,990 | 63,000 | - | 583,990 | 81% | 134,000 | 58,399 |

Created using Paymee for Excel. Visit www.Paymee.com for more information.

Page 2 of 2

RRSB-Limoges SD Subpoena 0423

```
DATE:07/13/20   CK#:36476   TOTAL:$56,700.00**   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)
```

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 56,700.00 |
| | | | | 56,700.00 |

Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2020 | 7672 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

| Vendor No. | |
|------------|--|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use | | 19030 |

| Description | Amount |
|-------------|--------|
| Progress Billing | 121,200.00 |
| Less 10% Retainage | -12,120.00 |

| | | |
|--|--|--|
| | Sales Tax (0.0%) | $0.00 |
| | Total | $109,080.00 |
| | Payments/Credits | $0.00 |
| | **Balance Due** | $109,080.00 |

# APPLICATION FOR PAYMENT

**DISTRIBUTION:**
Contractor ▼
Architect ▼
File ▼

**TO OWNER:**
The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

**PROJECT:**
Watertown Mixed Use
10 North Broadway Street
Watertown, South Dakota

**APPLICATION NUMBER:** 9

**PERIOD TO:** 7/31/2020

**PROJECT NUMBER:** 19030

**FROM CONTRACTOR:**
Limoges Construction
25732 Cottonwood Ave
Sioux Falls, SD 57107
BID PACKAGE NO. 3A Concrete

**ARCHITECT:**
Mutchler Bartram Architects, P.C.

VIA CONSTRUCTION MANAGER:

**CONTRACT DATE:** 10/15/19

**HEILMAN HOMES, INC**

Created with Paymee  www.Paymee.com

## CONTRACTOR'S APPLICATION FOR PAYMENT
Refer to continuation sheets attached for detailed breakdown.

## CONTRACTOR'S CERTIFICATION:

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** _____  **DATE:** 7-24-20

| | |
|---|---|
| 1. **ORIGINAL CONTRACT AMOUNT:** | 689,000.00 |
| 2. **NET CHANGES TO CONTRACT:** | 28,990.00 |
| 3. **TOTAL CONTRACT AMOUNT:** | 717,990.00 |
| 4. **TOTAL COMPLETED AND STORED TO DATE:** | 705,190.00 |
| 5. **RETAINAGE:** | |
| a.   10.0 % of Completed Work | 70,519.00 |
| b.   10.0 % of Stored Material | 0.00 |
| Total Retainage: | 70,519.00 |
| 6. **TOTAL COMPLETED LESS RETAINAGE:** | 634,671.00 |
| 7. **LESS PREVIOUS APPLICATIONS:** | 525,591.00 |
| 8. **CURRENT PAYMENT DUE:** | 109,080.00 |
| 9. **BALANCE TO FINISH INCLUDING RETAINAGE:** | 83,319.00 |

State: SD     County: Minnehaha
Subscribed & sworn to before me
this 24th day of July
Notary Public Name: _____
Commission Expiration Date: 1-8-21

## ARCHITECT'S CERTIFICATE FOR PAYMENT:
The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:**
Provide explanation below or attached if amount certified does not match this application amount.
Initial all figures & markups to agree with certified amount.

**ARCHITECT:** _____     **DATE:** _____

The Amount Certified is payable to the contractor listed above.

| EXTRA WORK SUMMARY | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 28,990.00 | - |
| Changes From This Application: | - | - |
| Total: | 28,990.00 | - |
| Net Changes: | 28,990.00 | |

Form 702G

Created using Paymee for Excel   Free download at: www.Paymee.com

RRSB-Limoges SD Subpoena 0426

**PAYMENT APPLICATION DETAIL**

APPLICATION NO: 9
FOR PERIOD ENDING: 7/31/2020

PROJECT: Watertown Mixed Use
NO: 19030

FROM: Limoges Construction
WORK: 3300 - Cast-in-Place Concrete

| Item No. A | Description B | Scheduled Value C | Prev. App. Value D=Prev.(D+E) | Completed Work — Work In Place This App. E | Completed Work — Stored Mat. F | Total Value G=D+E+F | Total % L=G/C | Balance To Finish H=C-G | Retainage Value (10.0%) I |
|---|---|---|---|---|---|---|---|---|---|
| **▲ BASE CONTRACT SECTION** | | | | | | | | | |
| | Footings and Foundation | 336,000 | 332,200 | - | - | 332,200 | 99% | 3,800 | 33,220 |
| | Flatwork | 254,000 | 123,800 | 121,200 | - | 245,000 | 96% | 9,000 | 24,500 |
| | Rebar and Floor Poly | 99,000 | 99,000 | - | - | 99,000 | 100% | - | 9,900 |
| **▲ EXTRA WORK SECTION 1** | | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | | | 11,120 | 100% | - | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | 7,640 | | | 7,640 | 100% | - | 764 |
| | Winter Charges- 12-15 to 1-15- See attached | 4,875 | 4,875 | | | 4,875 | 100% | - | 488 |
| | Winter Charges- 1-16 to 3-20- See attached | 2,730 | 2,730 | | | 2,730 | 100% | - | 273 |
| | Winter Charges- 3-21 to 4-25- See attached | 2,625 | 2,625 | | | 2,625 | 100% | - | 263 |
| | **Total Base Contract Work:** | 689,000 | 555,000 | 121,200 | - | 676,200 | 98% | 12,800 | 67,620 |
| | **Total Extra Work:** | 28,990 | 28,990 | - | - | 28,990 | 100% | - | 2,899 |
| | **GRAND TOTAL:** | 717,990 | 583,990 | 121,200 | - | 705,190 | 98% | 12,800 | 70,519 |

Created using Payman for Excel. Visit www.Payman.com for more information.

Page 2 of 2

RRSB-Limoges SD Subpoena 0427

DATE:10/04/20   CK#:36864   TOTAL:$109,080.00*   BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6200 | | | 109,080.00 |
| | | | | 109,080.00 |

RRSB-Limoges SD Subpoena 0428



**Limoges Construction, Inc.**
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/25/2020 | 7687 |

| | Vendor No. |
|--|------------|

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use | | 19030 |

| Description | Amount |
|-------------|--------|
| Footings/Foundation | 3,800.00 |
| | 9,000.00 |
| | 1,800.00 |
| | -437.00 |
| | -1,416.30 |

| | |
|--|--|
| Sales Tax (0.0%) | $0.00 |
| Total | $12,746.70 |
| Payments/Credits | $0.00 |
| Balance Due | $12,746.70 |

# APPLICATION FOR PAYMENT

| | | |
|---|---|---|
| **TO OWNER:** | **PROJECT:** | **APPLICATION NUMBER:** 10 |
| The Lofts LLC | Watertown Mixed Use | |
| 1405 1st Ave N | 10 North Broadway Street | **PERIOD TO:** 8/31/2020 |
| Fargo, ND 58102 | Watertown, South Dakota | |

**DISTRIBUTION:**
Contractor ▲
Architect ▲
File ▲

| | | |
|---|---|---|
| **FROM CONTRACTOR:** | **ARCHITECT:** | **PROJECT NUMBER:** 19030 |
| Limoges Construction | Mutchler Bartram Architects, P.C. | |
| 25732 Cottonwood Ave | | **CONTRACT DATE:** 10/15/19 |
| Sioux Falls, SD 57107 | VIA CONSTRUCTION MANAGER: | |
| BID PACKAGE NO. 3A Concrete | | **HEILMAN HOMES, INC** |

Created with Paymee www.Paymee.com

## CONTRACTOR'S APPLICATION FOR PAYMENT

Refer to continuation sheets attached for detailed breakdown.

## CONTRACTOR'S CERTIFICATION:

| | | ADDITIONS | DELETIONS |
|---|---|---|---|
| **1. ORIGINAL CONTRACT AMOUNT:** | | | 689,000.00 |
| **2. NET CHANGES TO CONTRACT:** | | | 30,353.00 |
| **3. TOTAL CONTRACT AMOUNT:** | | | 719,353.00 |
| **4. TOTAL COMPLETED AND STORED TO DATE:** | | | 719,353.00 |
| **5. RETAINAGE:** | | | |
| a. | 10.0 % of Completed Work | | 71,935.30 |
| b. | 10.0 % of Stored Material | | 0.00 |
| | Total Retainage: | | 71,935.30 |
| **6. TOTAL COMPLETED LESS RETAINAGE:** | | | 647,417.70 |
| **7. LESS PREVIOUS APPLICATIONS:** | | | 634,671.00 |
| **8. CURRENT PAYMENT DUE:** | | | 12,746.70 |
| **9. BALANCE TO FINISH INCLUDING RETAINAGE:** | | | 71,935.30 |

### EXTRA WORK SUMMARY

| | ADDITIONS | DELETIONS |
|---|---|---|
| Changes From Prev Applications: | 28,990.00 | - |
| Changes From This Application: | 1,800.00 | 437.00 |
| Total: | 30,790.00 | 437.00 |
| Net Changes: | 30,353.00 | |

Form 702G

The undersigned Contractor to the best of his knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to him for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _____ DATE: 8/25/20

State: SD County: Minnehaha

Subscribed & sworn to before me

this 25 day of August

Notary Public Name: _____

Commission Expiration Date: 1-8-21

### ARCHITECT'S CERTIFICATE FOR PAYMENT:

The Architect hereby confirms that based on site observations & to the best of his/her knowledge, this payment application accurately reflects the progression of work and that this work meets contract requirements sufficient enough to justify payment in the amount certified below.

**AMOUNT CERTIFIED:** _____

Provide explanation below or attached if amount certified does not match this application amount. Initial all figures & markups to agree with certified amount.

ARCHITECT: _____ DATE: _____

The Amount Certified is payable to the contractor listed above.

Created using Paymee for Excel. Free download at www.Paymee.com

RRSB-Limoges SD Subpoena 0430

## PAYMENT APPLICATION DETAIL

APPLICATION NO: 10
FOR PERIOD ENDING: 8/31/2020

**FROM:** Limoges Construction
**WORK:** 3300 - Cast-in-Place Concrete

**PROJECT:** Watertown Mixed Use
**NO:** 19030

| Item No. (A) | Description (B) | Scheduled Value (C) | Prev. App. Value (D=Prev. (D+E)) | Completed Work — Work In Place (E) | Completed Work — This App. Stored Mat. (F) | Total Value (G=D+E+F) | Total % (I=G/C) | Balance to Finish (H=C-G) | Retainage Value (10.0%) (I) |
|---|---|---|---|---|---|---|---|---|---|
| ▶ | **BASE CONTRACT SECTION** | | | | | | | | |
| | Footings and Foundation | 336,000 | 332,200 | 3,800 | - | 336,000 | 100% | - | 33,600 |
| | Flatwork | 254,000 | 245,000 | 9,000 | - | 254,000 | 100% | - | 25,400 |
| | Rebar and Floor Poly | 99,000 | 99,000 | - | - | 99,000 | 100% | - | 9,900 |
| ▶ | **EXTRA WORK SECTION 1** | | | | | | | | |
| | Winter Charges- 10-25 to 11-23- See attached | 11,120 | 11,120 | | | 11,120 | 100% | - | 1,112 |
| | Winter Charges- 11-24 to 12-14- See attached | 7,640 | 7,640 | | | 7,640 | 100% | - | 764 |
| | Winter Charges- 12-15 to 1-15- See attached | 4,875 | 4,875 | | | 4,875 | 100% | - | 488 |
| | Winter Charges- 1-16 to 3-20- See attached | 2,730 | 2,730 | | | 2,730 | 100% | - | 273 |
| | Winter Charges- 3-21 to 4-25- See attached | 2,625 | 2,625 | | | 2,625 | 100% | - | 263 |
| | Added Curb | 1,800 | - | 1,800 | | 1,800 | 100% | - | 180 |
| | Stoop Deduct, 1" extra concrete on deck | (437) | - | (437) | | (437) | 100% | - | (44) |
| | **Total Base Contract Work:** | 689,000 | 676,200 | 12,800 | - | 689,000 | 100% | - | 68,900 |
| | **Total Extra Work:** | 30,353 | 28,990 | 1,363 | - | 30,353 | 100% | - | 3,035 |
| | **GRAND TOTAL:** | 719,353 | 705,190 | 14,163 | - | 719,353 | 100% | - | 71,935 |

Created using Paymee for Excel. Visit www.Paymee.com for more information

Page 2 of 2

RRSB-Limoges SD Subpoena 0431



## C/O PROPOSAL
### July 24, 2020

Ph.605.543.5959
Fax.605.543.5940
25732 Cottonwood Ave.

TO:     JESSE CRAIG
        CRAIG DEVELOPMENTS
        FARGO ND

PROJECT:   MIXED USE BUILDING

This proposal is taken from a conversation with Jesse Kiihl. Any variation from this proposal may effect this proposed price.

| DESCRIPTION | UNIT | TOTAL |
|---|---|---|
| ADD curb @ ramp dog house on west & south sides approx. 6" tall and 6" wide pinned to the paving | 101 LF | |

| TOTAL OF BASE BID | $1,800.00 |
|---|---|

No back charges will be excepted by LCI without prior written authorization and sign off by LCI

Price Includes: Labor, Concrete, Rebar, Sales Tax on Materials.

Price does NOT include: Engineering, Concrete or Soil Tests, Snow Removal, Heat, Heat Enclosures, Enclosures, Cold Weather Concrete Additives, Covering of Concrete Due to Cold Weather, Blankets, Fill Sand, Placement of Fill Sand, Bolts, Dewatering, Wall or Floor Insulation, Excavation or Backfill, Survey, Layout, Water Proofing, Drain Tile, Surcharge for Lack of Project Access, Floor Sealants, Shoring for Steel Decks, Dirt Banks, Suspended Floors etc., Joint Sealants, Disposal of Concrete Wash Out, Curb & Gutter, Joint Dowels or Assemblies, Excise Tax.

RRSB-Limoges SD Subpoena 0432

If this proposal is excepted, these inclusions and
exclusions need to be added verbatim to the
contract offered to LCI or attach this proposal
as an addendum or exhibit to the contract.

**NOTE:** Prices are good for 30 days from date of proposal.

7/24/2020

DAN BLOCK                                          DATE
ESTIMATOR FOR LIMOGES CONSTRUCTION, INC.
If you accept this proposal, please sign below and return

7/24/20

JESSE CRAIG                                         DATE
CRAIG DEVELOPMENTS
FARGO ND

RRSB-Limoges SD Subpoena 0433

WAIVER OF LIEN                                          SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

       For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

       Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

Dated this _2&#95;_ day of _November, 2020_

AMOUNT: $ _12,746.70_

FULL _____

PARTIAL __X__

       **Limoges Construction, Inc.**
       25732 Cottonwood Ave.
       Sioux Falls, SD 57107

Paid to: _____

By: _Nate Limoges_
Its: _President_
Address: _25732 Cottonwood Ave_
_Sioux Falls SD 57107_
Phone Number: _(605) 593-5555_

PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102

*Original Mailed 11-3-2020*



# C/O PROPOSAL
**August 25, 2020**

Ph.605.543.5959
Fax.605.543.5940
25732 Cottonwood Ave.

TO:      JESSE CRAIG
         CRAIG DEVELOPMENTS
         FARGO ND

PROJECT:   MIXED USE BUILDING

This proposal is taken from prints dated 7/19/19. Any variation from
these prints or this proposal may effect this proposed price.

| DESCRIPTION | UNIT | TOTAL |
|---|---|---|
| DEDUCT<br>6- stoop walls & tops | 6 | -$3,450.00 |
| ADD<br>1" to parking deck topping | 23 CY.S | $3,013.00 |

**TOTAL OF BASE BID**                                             -$437.00

**No back charges will be excepted by LCI without prior
written authorization and sign off by LCI**

**Price Includes:** Labor, Concrete, Rebar, Sales Tax on Materials.

**Price does NOT include:** Engineering, Concrete or Soil Tests, Snow Removal, Heat,
Heat Enclosures, Enclosures, Cold Weather Concrete Additives, Covering of Concrete
Due to Cold Weather, Blankets, Fill Sand, Placement of Fill Sand,
Bolts, Dewatering, Wall or Floor Insulation, Excavation or Backfill,
Survey, Layout, Water Proofing, Drain Tile, Surcharge for Lack of Project Access,
Floor Sealants, Shoring for Steel Decks, Dirt Banks, Suspended Floors etc.,
Joint Sealants, Disposal of Concrete Wash Out, Curb & Gutter, Joint Dowels or
Assemblies, Excise Tax.

If this proposal is excepted, these inclusions and exclusions need to be added verbatim to the contract offered to LCI or attach this proposal as an addendum or exhibit to the contract.

**NOTE:**  Prices are good for 30 days from date of proposal.

_____                    _____8/25/2020_____
DAN BLOCK                                                                                    DATE
ESTIMATOR FOR LIMOGES CONSTRUCTION, INC.
If you accept this proposal, please sign below and return

_____                    _____
JESSE CRAIG                                                                                DATE
CRAIG DEVELOPMENTS
FARGO ND

RRSB-Limoges SD Subpoena 0436

DATE:04/05/21  CK#:37812  TOTAL:$71,935.30**  BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 71,935.30 |
| | | | | 71,935.30 |

DATE:10/27/20  CK#:36932  TOTAL:$12,746.70**  BANK:1120 - Craig Properties, LLC
PAYEE:LIMOGES CONSTRUCTION(limoges)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 12,746.70 |
| | | | | 12,746.70 |



Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/15/2021 | 7813 |

**Bill To**

The Lofts LLC
1405 1st Ave N
Fargo, ND 58102

| | Vendor No. |
|--|-----------|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 1922-Watertown Mixed Use | | 19030 |

| Description | Amount |
|-------------|--------|
| Less 10% | 71,935.30 |

$689,000 + 11,120 + 180

draw

6 - (11-19)  $238,000 ✓

7 - (12-19)  $136,008 ✓

$74,376 ✓

Retainage  $31,367.50 ✓

INVOICE  $92,457 ✓

$23,625 ✓

$24,300 ✓

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | $71,935.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $71,935.30 |

RRSB-Limoges SD Subpoena 0438

WAIVER OF LIEN                                          SD19260724

TO WHOM IT MAY CONCERN and First Dakota Title -Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 15-16 BLK 2 ORIGINAL PLAT WAIEBIOWN, City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

Dated this _16th_ day of _October, 2020_

AMOUNT: $[Enter Amount]                    [Enter Creditor Name]
[Enter Memo Info]

FULL     _____

PARTIAL  ___X_____

By: _Nate Limoges_
Its: _President_
Address: _25732 Cottonwood Ave_
_Sioux Falls, SD 57107_
Phone Number: _(605) 543-5959_

## PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102

_Original & mailed 10-23-2020_