# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>Debtor. | Case No.: 25-30004<br><br>Chapter 11 |

### RED RIVER STATE BANK'S WITNESS LIST (RE: LIFT STAY)

Creditor Red River State Bank hereby provides the following Witness List with respect to the Lift Stay Hearing set for **September 29-30, 2025:**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | Will Call | Loan Documents, amounts owing by Debtor, Draw Requests, etc. |
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | May Call | Loan Documents, amounts owing by Debtor, etc. |
| Jesse Craig<br>Fargo, ND | Will Call | Loan Documents, amounts owing by Debtor, etc. |
| Mulinda Craig<br>Fargo, ND | May Call | Loan Documents, amounts owing by Debtor, etc. |
| Josh Luther<br>CBRE Valuation and Advisory Services<br>7405 S. Bitteroot Place, #114<br>Sioux Falls, SD 57108 | Will Call | Appraisals, valuation for Ruins property |

| | | |
|---|---|---|
| Matt Gehrtz<br>Gehrtz Construction Services<br>510 4th Ave N.<br>Fargo, ND 58102 | Will Call | Condition of Ruins property |
| Cody Madsen<br>Town & Country Credit Union | May Call | Business Records |
| Clay Greenwood<br>First Community Credit Union | May Call | Business Records |

Dated this 25th day of September, 2025.

**VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

2

**Re:** The Ruins LLC
Case No. 25-30004

| | | | |
|---|---|---|---|
| STATE OF | ) | | |
| | ) SS | **CERTIFICATE OF SERVICE** | |
| COUNTY OF | ) | | |

Lila Stanley, being first duly sworn, does depose and say: she is a resident of Moorhead, Minnesota, of legal age and not a party to or interested in the above-entitled matter.

On September 25, 2025, affiant caused the following document(s):

**RED RIVER STATE BANK BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

　　　　　　　　　　　　　　　　/s/ Lila Stanley
　　　　　　　　　　　　　　　　Lila Stanley

Subscribed and sworn to before me this 25th day of September, 2025.

　　　　　　　　　　　　　　　　/s/ Sonie Thompson
(SEAL)　　　　　　　　　　　　Notary Public,  County, North Dakota

4934-0506-3769 v.1

3