UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30004 |
|---|---|
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

### RED RIVER STATE BANK'S EXHIBIT LIST

Creditor Red River State Bank hereby provides the following Exhibit List with respect to the Lift Stay Hearings set for **September 29-30, 2025:**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | § OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Amended Proof of Claim No 1 (Ruins) filed on 9/12/2025 | W | | | | | | | | |
| ECF 84 | | | Affidavit of Charles Aarestad re: First Ruins Note [**ECF 84**] | W | | | | | | | | |
| ECF 85 | | | Affidavit of Charles Aarestad re: Second Ruins Note [**ECF 85**] | W | | | | | | | | |
| ECF 86 | | | Affidavit of Charles Aarestad re: Third Ruins Note [**ECF 86**] | W | | | | | | | | |
| ECF 59 | | | Affidavit of Joshua Luther and Appraisal Report [**ECF 59**]<br><br>Exhibit 1 – Appraisal Report dated July 2, 2025 | W | | | | | | | | |
| ECF | | | Affidavit of Matthew Gehrtz [**ECF 60**] | W | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | | | Exhibit A – Initial GCS Report dated 5/24/24<br>Exhibit B – Second GCS Report dated 9/27/24<br>Exhibit C – Current GCS Report dated 6/10/25 | | | | | | | |
| ECF 87 | | | Declaration of Daniel Otto (President, D&M Industries) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 87**]<br><br>Exhibit A – Recorded Statement of Claim for Mechanic's, Materialmen's or Laborer's Lien on Real Property dated 2/14/2023<br>Exhibit B –Payment Records, Invoices, Payment Applications, and Lien Waivers for the Ruins Project [RRSB Ruins 03688-03758]]<br>Exhibit C – Payment Records, Invoices, Payment Applications, and Lien Waivers for the Generations Project [RRSB Ruins 06048-06139]<br>Exhibit D – Payment Records, Invoices, Payment Applications, and Lien Waivers for the Craig Lake Home [RRSB Ruins 03811-03917] | W | | | | | | |
| ECF 88 | | | Declaration of Kristin Jensen (KLJ Engineering, LLC) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 88**]<br><br>Exhibit A - Craig Lake Home Invoices and Professional Services Agreement [RRSB-KLJ Engineering LLC SD Subpoena 0007, 0024-0034] | W | | | | | | |
| ECF 89 | | | Declaration of Roland Clausen (Clausen Construction) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 89**]<br><br>Exhibit A –Estimate and Invoices for Ruins [RRSB Clausen SD Subpoena 0007-0017]<br>Exhibit B –Invoices for Generations [RRSB Clausen SD Subpoena 0025-0031]<br>Exhibit C – Estimate and Invoices for Parkside [RRSB Clausen SD Subpoena 0018-0024, 0035-0037]<br>Exhibit D – Estimate and Invoices for Lofts [RRSB Clausen SD Subpoena 0032-0034]<br>Exhibit E – Invoice for Craig Lake Property [RRSB Clausen SD Subpoena 0038] | W | | | | | | |
| ECF 90 | | | Declaration of Rylan Ojala (Watertight, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 90**] | W | | | | | | |

2

| | | | | |
|---|---|---|---|---|
| | | Exhibit A – Recorded Lien and Payment Applications 1-8 for Ruins [RRSB Ruins 03594-03623]<br>Exhibit B – Estimates and Invoices for Ruins [RRSB Ruins 04056-04081]<br>Exhibit C – Payments for Ruins [RRSB Ruins 04049-04055]<br>Exhibit D – Payment Applications 1-9 for Generations [RRSB Ruins 03993-04009]<br>Exhibit E – Estimates and Invoices for Generations [RRSB Ruins 04046-04044]<br>Exhibit F – Payments for Generations [RRSB Ruins 04010-04017] | | |
| ECF 91 | | Declaration of Terry Stroh (T. L. Stroh Architects, Ltd.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 91**]<br><br>Exhibit A – Account Statement and Invoices for Ruins [RRSB-T.L. Stroh Architects SD Subpoena 0091, 0498, 0500, 0501, 0503]<br>Exhibit B – Account Statement and Invoices for Generations [RRSB-T.L. Stroh Architects SD Subpoena 0399, 0486, 0488, 0490, 0492]<br>Exhibit C – Account Statement and Invoices for Parkside [RRSB-T.L. Stroh Architects SD Subpoena 0306, 0494, 0496, 0497] | W | |
| ECF 95 | | Declaration of Joshua Luther (CBRE) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 95**]<br><br>Exhibit A – 2021 Ruins Appraisal<br>Exhibit B – 2022 Ruins Appraisal<br>Exhibit C – 2023 Ruins Appraisal | W | |
| ECF 96 | | Declaration of Sara J. Mueller (Hebron Brick Supply Co.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 96**]<br><br>Exhibit A – List and Ruins Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007-0019]<br>Exhibit B – List and Craig Lake Home Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0067-0075]<br>Exhibit C – List and Generations Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0031-0047]<br>Exhibit D – List and Parkside Project Invoices | W | |

3

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0020-0030]<br>Exhibit E – List and Lofts Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0065-0066] | | | | | | | |
| ECF 98 | | | Declaration of Clay Greenwood (Town & Country Credit Union) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 98**]<br><br>Exhibit A – Craig Development, LLC Bank Account Statements for Account ending -7110 for the period of Jan. 2020 to April 2025<br>Exhibit B – Craig Properties LLC Bank Account Statements for Account ending -4695 for the period of Jan. 2020 to April 2025<br>Exhibit C – Jesse Craig Bank Account Statements for Account ending -7124 for the period of January 2020 through March 2025 | W | | | | | | |
| ECF 101 | | | Declaration of Erica Schmitt (Limoges Construction, Inc). Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 101**]<br><br>Exhibit A - RRSB-Limoges SD Subpoena 0007-0045 (Ruins)<br>Exhibit B - RRSB-Limoges SD Subpoena 0235-0301 (Generations)<br>Exhibit C – RRSB-Limoges SD Subpoena 0128-0184 (Parkside)<br>Exhibit D – RRSB-Limoges SD Subpoena 0358-0439) (Lofts) | W | | | | | | |
| ECF 102 | | | Declaration of Charles Aarestad (Red River State Bank) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 102**]<br>Exhibits 1 - Ruins Draw #1 [RRSB Ruins 02338, 02340-02352]<br>Exhibit 2 – Ruins Draw #2 {RRSB Ruins 02339]<br>Exhibit 3 - Ruins Draw #3 [RRSB Ruins 02353-02364]<br>Exhibit 4 - Ruins Draw #4 [RRSB Ruins 02365-02377]<br>Exhibit 5 - Ruins Draw #5 [RRSB Ruins 02378-02404]<br>Exhibit 6 - Ruins Draw #6 [RRSB Ruins 02405-02445]<br>Exhibit 7 - Ruins Draw #7 [RRSB Ruins 02446-02456] | W | | | | | | |

4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Exhibit 8 - Ruins Draw #8 [RRSB Ruins 02457-02499]<br>Exhibit 9 - Ruins Draw #9 [RRSB Ruins 02500-02534]<br>Exhibit 10 - Ruins Draw #10 [RRSB Ruins 02535-02561]<br>Exhibit 11 - Ruins Draw #11 [RRSB Ruins 02562-02593]<br>Exhibit 12 - Ruins Draw #12 [RRSB Ruins 02594-02609]<br>Exhibit 13 - Ruins Draw #13 [RRSB Ruins 02610-02615]<br>Exhibit 14 - Ruins Draw #14 [RRSB Ruins 02616-02624] | | | | | | | |
| ECF 32 | | | Ruins MOR for period ending 1/31/2025 [**ECF 32**] | M | | | | | | |
| ECF 78 | | | Ruins Amended MOR for period ending 02/28/2025 [**ECF 78**] | M | | | | | | |
| ECF 79 | | | Ruins Amended MOR for period ending 03/31/2025 [**ECF 79**] | M | | | | | | |
| ECF 80 | | | Ruins Amended MOR for period ending 4/30/2025 [**ECF 80**] | M | | | | | | |
| ECF 81 | | | Ruins Amended MOR for period ending 5/31/2025 [**ECF 81**] | M | | | | | | |
| ECF 82 | | | Ruins Amended MOR for period ending 6/30/2025 [**ECF 82**] | M | | | | | | |
| ECF 83 | | | Ruins Amended MOR for period ending 7/31/2025 [**ECF 83**] | M | | | | | | |
| ECF 84 | | | Ruins MOR for period ending 8/30/2025 [**ECF 84**] | M | | | | | | |
| RR 1 | | | Email from Jesse Craig to Charles Aarestad 7/27/2022 re: Verification of Liquid assets (Cash & Checking) [RRSB Ruins 02790-02797] | W | | | | | | |
| RR 2 | | | Email from Jesse Craig to Charles Aarestad 8/15/2023 re: PFS [RRSB Ruins 03367-03395] | W | | | | | | |
| RR 3 | | | The Ruins, LLC Answers to Interrogatories and Request for Production of Documents (Set I) | M | | | | | | |

5

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | dated 9/22/2025 | | | | | | | | |
| RR 4 | | | Promissory Note dated 7.14.22 to Jesse Craig *et. al.*; Loan Agreement between Jesse Craig, *et. al* and Charles Aarestad dated 4/17/2023; Loan Restructure Agreement dated 6/29/2023; and check for $400,000 | M | | | | | | | |
| RR 5 | | | Promissory Note dated 12/09/2022 to Craig Holdings, LLC; Loan Agreement between Jesse Craig et. al. and Randall Aarestad; Loan Restructure Agreement dated 6/29/2023; and check for $600,000 | M | | | | | | | |
| RR 6 | | | Certified Copy of State Court Complaint (S.D. Court File No. 14CIV24-000068) | M | | | | | | | |
| RR 7 | | | Certified Copy of State Court Motion for Partial Summary Judgment (S.D. Court File No. 14CIV24-000068) | M | | | | | | | |
| RR 8 | | | Certified Copy of State Court Motion for Appointment of Receiver and Request for Expedited Hearing (S.D. Court File No. 14CIV24-000068) | M | | | | | | | |
| RR 9 | | | Certified Copy of State Court Docket (S.D. Court File No. 14CIV24-000068) | M | | | | | | | |
| RR 10 | | | Certified Copy of Order Appointing Receiver (S.D. Court File Nos. 14CIV24-000064 & 14-CIV24-000065) | M | | | | | | | |
| RR 11 | | | Summary of Draw Request Invoices vs. Original Invoices | | | | | | | | |
| RR 12 | | | Transcript of Deposition of Jesse Craig taken 9/23/2025 – to be provided | M | | | | | | | |
| RR 13 | | | Transcript of Deposition of Mulinda Craig taken 9/24/2025 – to be provided | M | | | | | | | |

\*  - O - Original Record & Authenticity Only

\*  - A - Admitted into Evidence for all purposes

§  - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

6

Dated this 25th day of September, 2025.

**VOGEL LAW FIRM**

BY: <u>*/s/ Caren W. Stanley*</u>
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

7

**Re:** The Ruins LLC
Case No. 25-30004

| | | |
|---|---|---|
| STATE OF | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | |

Lila Stanley, being first duly sworn, does depose and say: she is a resident of Moorhead, Minnesota, of legal age and not a party to or interested in the above-entitled matter.

On September 25th, 2025, affiant caused the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Lila Stanley
Lila Stanley

Subscribed and sworn to before me this 25th day of September, 2025.

/s/ Sonie J Thompson
(SEAL)      Notary Public, County, North Dakota

4899-3473-5449 v.1 -

8