UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>      Debtor. | Bankruptcy No. 25-30004<br><br>Chapter 11 |

**ORDER**

Debtor filed an Objection to Claims of Red River State Bank (RRSB). Doc. 43. RRSB timely filed a response to the claim objection. Doc. 44. RRSB supplemented its response by filing several affidavits detailing the loan history between Debtor and RRSB. Docs. 84-86. On September 25, 2025, RRSB filed the parties' Stipulation to Resolve Claim Objection. Doc. 103. After reviewing the claim objection, response, affidavits, stipulation and other documents filed in the case, the Court finds cause for approving the stipulation and allowing the claims pursuant to the parties' agreement. Accordingly, IT IS ORDERED:

Debtor's Objection to Claim of Red River State Bank is sustained in part and overruled in part. RRSB's claim is allowed as follows:

1. The claim of RRSB against Ruins shall be allowed in the amount of $11,658,331.25, pursuant to 11 U.S.C. § 502.

2. Debtor reserves all rights to assert an offset against RRSB's allowed claim pending the outcome of Adversary Proceeding No. 25-7009.

3. The parties agree that the stipulated allowance of claims for the purpose of plan solicitation and confirmation shall not bind Debtor or RRSB for any

1

other purpose in these cases, including without limitation motions for adequate protection or relief from the stay.

4. The parties agree that the stipulated allowance of claims for the purpose of plan solicitation and confirmation shall not bind Debtor or RRSB for any other purpose in these cases, including without limitation motions for adequate protection or relief from the stay.

5. The hearing on the Objection to Claims of Red River State Bank scheduled for September 29 and 30, 2025, is cancelled.

Dated: September 26, 2025.

Shon Hastings, Judge
United States Bankruptcy Court