IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| THE RUINS, LLC | ) | Chapter 11 |
| Debtor | ) | |

**Motion to Sell Substantially All Assets of the Debtor, Free and Clear of All Liens**

Comes now The Ruins, LLC (the "Ruins" or the "Debtor"), by and through undersigned counsel, pursuant to Section 363 of Title 11 of the United States Code, and moves this Honorable Court to authorize a sale of substantially all assets of the Debtor, through duly noticed public auction, at a time and place to be established at a hearing upon this motion, and in support thereof states as follows:

The Ruins, as part of a global settlement discussion, intends to pursue a sale of substantially all of the Debtor's assets. The details of such a sale, alongside a lengthier memorandum in support of this motion, will be docketed prior to a hearing on this motion.

The foregoing notwithstanding, should the parties fail to reach a definitive agreement on plans of reorganization in two related (but not jointly administered) matters on or before October 14, 2025, the Debtor reserves its right to withdraw this motion.

*[Signature on Following Page]*

1

|  |  |  | Respectfully Submitted, |
|---|---|---|---|
| Dated: | September 28, 2025 | By: | /s/ Maurice B. VerStandig |

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig