UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC                                                          Bankr. No. 25-30004

    Debtor.                                                           Chapter 11

## MOTION TO APPEAR BY TELEPHONE

1. Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone on Monday September 29, 2025 at 10:00 a.m. on the Motion to Convert Case. The UST requests that the Court waive the 48 hour notice period on the basis that the motion was filed on the afternoon of September 26, 2025, which is less than a business day before the hearing.

2. The UST has not taken a position on the hearing and wishes to monitor the hearing. Travel for such a limited purpose would be burdensome and expensive and impossible, given the short notice of the hearing.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: September 29, 2025                    MARY R. JENSEN
                                                             ACTING U.S. TRUSTEE REGION 12

                                                             /s/ Sarah J. Wencil
                                                             Sarah J. Wencil
                                                             Office of the U.S. Trustee
                                                             Suite 1015 U.S. Courthouse
                                                             300 South Fourth St.
                                                             Minneapolis, MN 55415
                                                             Telephone: (612) 334-1366
                                                             Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

| | |
|---|---|
| **The Ruins, LLC** | **Bankr. No. 25-30004** |
| Debtor. | Chapter 11 |

**CERTIFICATE OF SERVICE**

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the MOTION was electronically transmitted via CM/ECF.

Dated:   September 29, 2025

/s/ Sarah J. Wencil
Sarah J. Wencil