UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>                Debtor. | Bankr. No. 25-30004<br><br>Chapter 11 |

**MOTION TO APPEAR BY PHONE OR VIDEOCONFERENCE**

      1.      Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rules 5001-1 and 5001-2 for an order allowing his appearance at the hearing set for Monday, September 29, 2025, at 10:00 a.m. in this matter by telephone or video conference.  Undersigned counsel recognizes the requirement to file such a request more than 48 hours prior to the hearing.  However, due to filings occurring in this case on the afternoon of September 26, 2025, and over the weekend, counsel now wishes to monitor and observe the hearing.  WDC does not intend to offer any evidence, and due to the timing of the hearing, travel would be impractical and expensive under the circumstances.

      WHEREFORE, undersigned counsel respectfully requests permission to appear at this morning's hearing by telephone or video conference.

      Dated this 29th day of September, 2025.

                                  WOODS, FULLER, SHULTZ & SMITH P.C.

                              By /s/ Jordan J. Feist
                                 Jordan J. Feist (#08592)
                                 P.O. Box 5027
                                 300 South Phillips Avenue, Suite 300
                                 Sioux Falls, SD 57117-5027
                                 Phone (605) 336-3890
                                 Fax (605) 339-3357
                                 Jordan.Feist@woodsfuller.com
                                 Attorneys for Watertown Development Company

**CERTIFICATE OF SERVICE**

The undersigned states that on the 29th day of September, 2025, I served a copy of the foregoing Motion to Appear by Phone or Video Conference electronically upon all CM/ECF participations in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company