UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30004 |
| | ) | Chapter 11 |
| The Ruins, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING MOTION TO EXPEDITE HEARING**

Red River State Bank filed a Motion for Expedited Hearing, seeking to be heard on its Expedited Motion to Convert Case to Chapter 7 filed on September 26, 2025. Doc. 109. The Court held a hearing on this motion on September 29, 2025. At the hearing, the parties agreed to a mutually convenient date for the hearing on Red River State Bank's Expedited Motion to Convert Case to Chapter 7. The hearing on the Motion to Convert will take place on October 20, 2025, which is after the standard notice period. Accordingly, Red River State Bank's Motion for Expedited Hearing is denied.

Dated: September 29, 2025.

Shon Hastings, Judge
United States Bankruptcy Court