UNITED STATES BANKRUPTCY COURT
DISTRICK OF NORTH DAKOTA

In Re:                                                                 Bankruptcy No. 25-30004
                                                                              Chapter 11
The Ruins, LLC,

              Debtor.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Red River State Bank filed a Motion for Relief from the Automatic Stay on July 15, 2025. Doc. 58. Debtor filed a response in opposition, but it withdrew its opposition on September 25, 2025.  D&M Industries, Inc. and Diamond Wall Systems, Inc. also opposed relief from stay but consented to an order granting relief from the automatic stay at the hearing held on September 29, 2025.  No other party opposed the motion.

**IT IS ORDERED** that Red River State Bank filed a Motion for Relief from the Automatic Stay [Doc. 58] is granted.  Its request for waiver of the stay imposed under FRBP 4001(a)(4) is also granted.

Dated: September 29, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
United States Bankruptcy Court