UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: <br><br> The Ruins, LLC, <br><br>           Debtor. | Bankr. No. 25-30004 <br><br> Chapter 11 |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

     1.     Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance at the hearings set for Monday, October 20, 2025, at 9:30 a.m. in this matter by video conference.

     2.     An appearance by video conference will allow WDC to save on travel time and expenses related to an in-person appearance at the hearing. Undersigned counsel's office is in Sioux Falls, South Dakota.

     WHEREFORE, undersigned counsel respectfully requests permission to appear at the upcoming hearing by video conference.

     Dated this 7th day of October, 2025.

                                         WOODS, FULLER, SHULTZ & SMITH P.C.


                                         By /s/ Jordan J. Feist
                                              Jordan J. Feist (#08592)
                                              P.O. Box 5027
                                              300 South Phillips Avenue, Suite 300
                                              Sioux Falls, SD 57117-5027
                                              Phone (605) 336-3890
                                              Fax (605) 339-3357
                                              Jordan.Feist@woodsfuller.com
                                              Attorneys for Watertown Development Company

## CERTIFICATE OF SERVICE

The undersigned states that on the 7th day of October, 2025, I served a copy of the foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company