UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re: | Bankr. No. 25-30004 |
|---|---|
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

**JOINDER REGARDING MOTION TO CONVERT CASE TO CHAPTER 7**

1. Watertown Development Company ("WDC"), through its undersigned counsel, hereby joins Red River State Bank's Motion to Convert Case to Chapter 7 (doc. 109) and asks that the Court convert this case to a case under Chapter 7.

2. WDC reserves the right to supplement this filing prior to the hearing on the motion and to request further relief from the Court.

WHEREFORE, WDC respectfully requests that the Court enter an order converting this case to a Chapter 7 case.

Dated this 10th day of October, 2025.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ Jordan J. Feist
Jordan J. Feist (#08592)
P.O. Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
Jordan.Feist@woodsfuller.com
Attorneys for Watertown Development Company

**CERTIFICATE OF SERVICE**

The undersigned states that on the 10th day of October, 2025, I served a copy of the foregoing Joinder Regarding Motion to Convert Case to Chapter 7 electronically upon all CM/ECF participations in this case.

/s/ Jordan J. Feist
Attorney for Watertown Development Company