## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>          Debtor. | Case No.:  25-30002<br><br>Chapter 11<br><br>(Main Case) |
| In Re:<br><br>Parkside Place, LLC,<br><br>          Debtor. | Case No.:  25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |
| In Re:<br><br>The Ruins, LLC,<br><br>          Debtor. | Case No.:  25-30004<br><br>Chapter 11 |

## DECLARATION OF BEAU KOOPAL (INFRASTRUCTURE DESIGN GROUP, INC.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

| STATE OF SOUTH DAKOTA | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF MINNEHAHA | ) | |

_Beau Koopal_____, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2.    I am the _Vice President___ of Infrastructure Design Group, Inc. ("IDG") located in Sioux Falls, South Dakota and have been employed by IDG since __2013____. IDG provides civil engineering, site designing, and land surveying services.

3.     I am the records custodian for IDG.

4.     IDG was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. IDG responded to the subpoena and provided documents as requested.

5.     I have personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). IDG provided civil engineering and land surveying services for the Ruins Project.

6.     I have personal knowledge of the construction of the mixed-use building located at 26 1st Ave. SW, Watertown, South Dakota (the "Generations Project"). IDG provided civil engineering and land surveying services for the Generations Project.

7.     I have personal knowledge of the construction of the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project"). IDG provided civil engineering and land surveying services for the Parkside Project.

8.     I have personal knowledge of the construction of the mixed-use building located at 10 N. Broadway, Watertown, South Dakota (the "Lofts Project"). IDG provided civil engineering and land surveying services for the Lofts Project.

9.     True and correct copies of IDG's Account Statement, Invoices, payment records, and lien waivers for the Ruins Project are attached as **Exhibit A**.

10.    True and correct copies of IDG's Account Statement, Invoices, payment records, and lien waivers for the Generations Project are attached as **Exhibit B**.

11.    True and correct copies of IDG's Professional Services Agreement with Craig Development, LLC, Account Statement, Invoices, payment records, and lien waivers for the Parkside Project are attached as **Exhibit C**.

12.    True and correct copies of IDG's Account Statement, Invoices, payment records, and lien waivers for the Lofts Project are attached as **Exhibit D**.

13.    The documents attached as **Exhibits A (Ruins), B (Generations), C (Parkside), and D (Lofts)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

14.    It was the regular practice of IDG's business activities to make the records and/or to keep copies from information transmitted by the records attached as **Exhibits A, B, C, and D**.

15.    The records attached as **Exhibits A, B, C, and D** were kept in the regular course of business activity.

16.    I certify under penalty of perjury that the foregoing is true and correct.

4914-5038-1425 v.1

2

Executed on _14th_ day of October, 2025.

Beau Kopal

Name

# <u>Exhibit A</u>

# Infrastructure Design Group, Inc.

## Ruins Project
### Account Statement
### Invoices
### Payment Records
### Lien Waivers

**Statement**

Infrastructure Design Group, Inc.
116 West 69th Street, Suite 200
Sioux Falls, SD 57108
605-271-5527

Craig Properties                                                    Statement date: 11/25/2024
1405 1st Ave N
Fargo, ND 58102

| | Invoice Number | Invoice Date | Receipt | Receipt Date | Receipt Method | Amount |
|---|---|---|---|---|---|---|
| **Craig Properties** | | | | | | |
| **21016 - The Ruins Development** | | | | | | |
| | 21257 | 7/26/2021 | | | | 4,825.06 |
| | | | 38664 | 9/16/2021 | Check | -4,825.06 |
| | | | | | **Invoice Total** | 0.00 |
| | 21597 | 11/16/2021 | | | | 25,323.38 |
| | | | 39650 | 3/15/2022 | Check | -25,323.38 |
| | | | | | **Invoice Total** | 0.00 |
| | 21717 | 12/16/2021 | | | | 1,517.60 |
| | | | 39329 | 1/31/2022 | Check | -1,517.60 |
| | | | | | **Invoice Total** | 0.00 |
| | 21791 | 1/21/2022 | | | | 1,573.62 |
| | | | 39471 | 3/15/2022 | Check | -1,573.62 |
| | | | | | **Invoice Total** | 0.00 |
| | 21905 | 3/4/2022 | | | | 411.47 |
| | | | 112 | 4/11/2022 | Check | -411.47 |
| | | | | | **Invoice Total** | 0.00 |
| | 22084 | 5/13/2022 | | | | 489.91 |
| | | | 156 | 6/16/2022 | Check | -489.91 |
| | | | | | **Invoice Total** | 0.00 |
| | | | | | **Client Outstanding** | 0.00 |

| Craig Properties | | | | | | | Prepayment |
|---|---|---|---|---|---|---|---|
| **Outstanding** | **Current** | **31-60 Days** | **61-90 Days** | **91-120 Days** | **121+ Days** | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

# in**f**r**A**structure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | |
|---|---|
| Craig Properties | Invoice number 21257 |
| 1405 1st Ave N | Date 07/26/2021 |
| Fargo, ND 58102 | |
| Jesse Craig | Project **21016 - The Ruins Development** |

For Professional Services Through 07/17/2021

---

**2016.01 - Survey**
Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Beau M. Koopal | 5.50 | 130.00 | 715.00 |
| Brian T. Carter | 5.50 | 95.00 | 522.50 |
| Ericka L. Stormo | 0.50 | 70.00 | 35.00 |
| Phase subtotal | | | 1,272.50 |

**21016.02 - Design**
Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Beau M. Koopal | 8.50 | 130.00 | 1,105.00 |
| Chad M. Hanisch | 5.50 | 205.00 | 1,127.50 |
| Nicholas J. Poor | 9.00 | 95.00 | 855.00 |
| Vanessa L. Victor | 1.00 | 170.00 | 170.00 |

Reimbursables

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Mileage | 1.00 | 0.56 | 0.56 |
| Phase subtotal | | | 3,258.06 |

| | |
|---|---|
| Invoice subtotal | 4,530.56 |
| Taxable Sales | 294.50 |
| **Invoice total** | **4,825.06** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

---

RRSB-Infrastructure Design Group Inc. SD Subpoena 0008

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | |
|---|---|
| Craig Properties | Invoice number    21597 |
| 1405 1st Ave N | Date    11/16/2021 |
| Fargo, ND 58102 | |
| Jesse Craig | Project  **21016 - The Ruins Development** |

For Professional Services Through 11/12/2021

**2016.01 - Survey**
Professional Fees

| | | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| Beau M. Koopal | | 5.00 | 170.00 | 850.00 |
| Brian T. Carter | | 2.50 | 95.00 | 237.50 |
| | | 4.50 | 105.00 | 472.50 |
| | Subtotal | 7.00 | | 710.00 |

Reimbursables

| | | Units | Rate | Billed Amount |
|---|---|---|---|---|
| Electronic Survey Equipment | | 2.00 | 55.00 | 110.00 |
| Mileage Survey Vehicle No. 6 | | 2.00 | 0.85 | 1.70 |
| | Phase subtotal | | | 1,671.70 |

**21016.02 - Design**
Professional Fees

| | | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| Andrew J. Purintun | | 98.50 | 105.00 | 10,342.50 |
| Beau M. Koopal | | 15.00 | 135.00 | 2,025.00 |
| | | 25.00 | 170.00 | 4,250.00 |
| | Subtotal | 40.00 | | 6,275.00 |
| Chad M. Hanisch | | 1.50 | 210.00 | 315.00 |
| | | 8.00 | 185.00 | 1,480.00 |
| | Subtotal | 9.50 | | 1,795.00 |
| Nicholas J. Poor | | 37.00 | 95.00 | 3,515.00 |

Reimbursables

| | | Units | Rate | Billed Amount |
|---|---|---|---|---|
| Mileage Vehicle No. 12 | | 210.00 | 0.85 | 178.50 |
| | Phase subtotal | | | 22,106.00 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0009 Page 1 of 2

# in**fr**structure
## design group, inc.

| | | |
|---|---|---|
| Craig Properties | Invoice number | 21597 |
| Project **21016 - The Ruins Development** | Date | 11/16/2021 |

| | |
|---|---|
| Invoice subtotal | 23,777.70 |
| Taxable Sales | 1,545.68 |
| **Invoice total** | **25,323.38** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | |
|---|---|
| Craig Properties | Invoice number    21717 |
| 1405 1st Ave N | Date    12/16/2021 |
| Fargo, ND 58102 | |
| Jesse Craig | Project  **21016 - The Ruins Development** |

For Professional Services Through 12/04/2021

**21016.05 Staking**
  Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Brian T. Carter | 3.00 | 105.00 | 315.00 |

**21016.02 - Design**
  Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Chad M. Hanisch | 6.00 | 185.00 | 1,110.00 |

| | |
|---|---|
| Invoice subtotal | 1,425.00 |
| Taxable Sales | 92.60 |
| **Invoice total** | **1,517.60** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

RRSB-Infrastructure Design Group Inc. SD Subpoena 0011

# infrastructure

design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | |
|---|---|
| Craig Properties | **Invoice number**    21791 |
| 1405 1st Ave N | **Date**    01/21/2022 |
| Fargo, ND 58102 | |
| Jesse Craig | **Project**   **21016 - The Ruins Development** |

For Professional Services Through 01/15/2022

**21016.05 Staking**

Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Brian T. Carter | 13.00 | 105.00 | 1,365.00 |

Reimbursables

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Electronic Survey Equipment | 2.00 | 55.00 | 110.00 |
| Mileage Survey Vehicle No. 6 | 3.00 | 0.85 | 2.55 |
| Phase subtotal | | | 1,477.55 |

| | |
|---|---|
| Invoice subtotal | 1,477.55 |
| Taxable Sales | 96.07 |
| **Invoice total** | **1,573.62** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

# infrastructure
## design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102
Jesse Craig

| | |
|---|---|
| Invoice number | 21905 |
| Date | 03/04/2022 |

Project  **21016 - The Ruins Development**

For Professional Services Through 02/26/2022

---

**21016.01 - Survey**
Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Beau M. Koopal | 1.00 | 178.00 | 178.00 |
| Brian T. Carter | 1.00 | 115.00 | 115.00 |
| Phase subtotal | | | 293.00 |

**21016.04 - Additional Services**
Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Chad M. Hanisch | 0.50 | 185.00 | 92.50 |

Reimbursables

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Mileage Survey Vehicle No. 6 | 1.00 | 0.85 | 0.85 |
| Phase subtotal | | | 93.35 |

| | |
|---|---|
| Invoice subtotal | 386.35 |
| Taxable Sales | 25.12 |
| **Invoice total** | **411.47** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at (605) 271-5527. This invoice may not include expenses incurred but not yet billed to us.  Balances due which are not paid within thirty days will be charged interest at the rate of eighteen percent (18%) per annum.*

*\*\*\* We now accept credit cards.  Please call our office at (605) 271-5527 to make a credit card payment.  Note all credit card payments will incur a 3% service charge.\*\*\**

# infr△structure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | | |
|---|---|---|
| Craig Properties | Invoice number | 22084 |
| 1405 1st Ave N | Date | 05/13/2022 |
| Fargo, ND 58102 | | |
| Jesse Craig | Project | **21016 - The Ruins Development** |

For Professional Services Through 05/07/2022

---

**21016.05 Staking**
Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Brian T. Carter | 4.00 | 115.00 | 460.00 |
| | | Invoice subtotal | 460.00 |
| | | Taxable Sales | 29.91 |
| | | **Invoice total** | **489.91** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at (605) 271-5527.
This invoice may not include expenses incurred but not yet billed to us.  Balances due which are not paid within thirty days will be
charged interest at the rate of eighteen percent (18%) per annum.*

*\*\*\* We now accept credit cards.  Please call our office at (605) 271-5527 to make a credit card payment.  Note all credit card payments
will incur a 3.5% service charge.\*\*\**

DATE:09/14/21   CK#:38664   TOTAL:$37,076.36**   BANK:1120 - Craig Properties, LLC
PAYEE:INFRASTRUCTURE DESIGN GROUP(infrastr)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 37,076.36 |
| | | | | 37,076.36 |



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38664

77-7869/2913

**** THIRTY SEVEN THOUSAND SEVENTY SIX AND 36/100 DOLLARS

09/14/21          $37,076.36**

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD    57108

Business Account

Authorized Signature

⑈69571⑈

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39329

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED SEVENTEEN AND 60/100 DOLLARS

01/18/22　　　$1,517.60***

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241　E BISON TRAIL
SIOUX FALLS, SD　57108

Business Account

Authorized Signature

6957

```
DATE:02/07/22  CK#:39471  TOTAL:$2,271.19***  BANK:Craig Properties, LLC(1120)
PAYEE:INFRASTRUCTURE DESIGN GROUP
```

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 02/07/2022 | | 2,271.19 |
| | | | 2,271.19 |

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39471

77-7869/2913

\*\*\*\* TWO THOUSAND TWO HUNDRED SEVENTY ONE AND 19/100 DOLLARS

TO THE
ORDER OF

02/07/22          $2,271.19\*\*\*

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD   57108

Business Account

Authorized Signature

⑈ ⅋ ⑆ ⑇ ⅂⑈

RRSB-Infrastructure Design Group Inc. SD Subpoena 0217

DATE:03/08/22   CK#:39650   TOTAL:$28,332.01      BANK:Craig Properties, LLC(1120)
PAYEE:INFRASTRUCTURE DESIGN GROUP

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 03/08/2022 | | 28,332.01 |
| | | | 28,332.01 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0029

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

39650

Gate City Bank / Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**** TWENTY EIGHT THOUSAND THREE HUNDRED THIRTY TWO AND 01/100 DOLLARS

TO THE
ORDER OF

03/08/22          $28,332.01**

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD   57108

Business Account

Authorized Signature

6957

RRSB-Infrastructure Design Group Inc. SD Subpoena 0218

Amount

411.47

411.47

Property | Invoice - Date | Description

DATE:04/02/22  CK#:112  TOTAL:$411.47*****  BANK:The Ruins, LLC(ruins)
PAYEE:INFRASTRUCTURE DESIGN GROUP

p0000001 | 04/02/2022



**The Ruins, LLC**
1405 1st Ave N

112

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

**** FOUR HUNDRED ELEVEN AND 47/100 DOLLARS

TO THE
ORDER OF

04/02/22        $411.47*****

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD    57108

RRSB-Infrastructure Design Group Inc. SD Subpoena 0219

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN  56548

156

\*\*\*\* FOUR HUNDRED EIGHTY NINE AND 91/100 DOLLARS

06/01/22          $489.91\*\*\*\*\*

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD    57108

⑈■████████████ ⅜ ⅞⅛ ⅖⑈

RRSB-Infrastructure Design Group Inc. SD Subpoena 0220

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date ~~hereof~~ *on the invoice* upon the real property situated in the County of Codington, State of South Dakota described as:

**315 East Kemp, Watertown, SD 57201**

Dated this _17th_ day of _June_, _2022_.

**AMOUNT: $[Enter Amount]**
[Enter Memo Info]

**[Enter Creditor Name]**

FULL _$489.91_

PARTIAL _____

_Infrastructure Design Group_
By: _Beau Kapal_
Its: _Vice President_
Address: _3241 E. Bism Trail_
_Sioux Falls, SD 57108_
Phone Number: _605-680-4156_

## PLEASE SIGN AND RETURN TO:

### Craig Development, LLC
### 1405 1 Ave N
### Fargo, ND 58102

DATE:06/01/22  CK#:156  TOTAL:$489.91*****  BANK:The Ruins, LLC(ruins)
PAYEE:INFRASTRUCTURE DESIGN GROUP

| Property | Invoice - Date | Description | Amount |
|---|---|---|---|
| p0000001 | 06/01/2022 | | 489.91 |
| | | | 489.91 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0022

**WAIVER OF LIEN**                                         SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon *the invoice*

the real property situated in the County of Codington, State of South Dakota described as:

    **315 East Kemp, Watertown, SD 57201**

Dated this _15_ day of _March_ , _2022_

**AMOUNT:** $[Enter Amount]                    [Enter Creditor Name]
[Enter Memo Info]

FULL _____

PARTIAL ____✓____

By: _Beau Koepel_
Its: _Vice President_
Address: _3241 E. Bison Trail_
_Sioux Falls, SD 57108_
Phone Number: _605-271-5827_

## PLEASE SIGN AND RETURN TO:
### Craig Development, LLC
#### 1405 1 Ave N
#### Fargo, ND 58102

RRSB-Infrastructure Design Group Inc. SD Subpoena 0015

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon *on the invoice* the real property situated in the County of Codington, State of South Dakota described as:

**315 East Kemp, Watertown, SD 57201**

Dated this 12ᵗʰ day of _April_____ , 2022.

**AMOUNT:** $411.47
$[Enter Amount]
[Enter Memo Info]

FULL        X

PARTIAL _____

[Enter Creditor Name]

_Infrastructure Design Group, Inc._
By: _Beau Kopsel_
Its: _Vice President_
Address: _3241 E. Bison Trail_
_Sioux Falls, SD 57108_
Phone Number: _605-680-4156_

PO $411.47
Acct# 112
4-11-22
BK

## PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

RRSB-Infrastructure Design Group Inc. SD Subpoena 0019

2016.01
2003i.05
2003i.04
2016.3.01
2016.3.02
2016.3.03

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

**Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.**

**26 1st Ave SW, Watertown, SD 57201**

Dated this 24 day of September 2021 .

AMOUNT: $_____          Paid to: _____

FULL          _____

PARTIAL          _____

By: _Beau  Koopal_
Its: _Owner_
Address: _3241 E. Bison Trl._
_Sioux Falls  SD 57108_
Phone Number: _680- 4156_

## PLEASE SIGN AND RETURN TO:
**Craig Development
1405 1st Ave N
Fargo, ND 58102**

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon *— the invoice* the real property situated in the County of Codington, State of South Dakota described as:

**315 East Kemp, Watertown, SD 57201**

Dated this _18th_ day of _March_ , _2022_

**AMOUNT: $[Enter Amount]**
[Enter Memo Info]

FULL _____

PARTIAL _____

[Enter Creditor Name]

By: _Beau Kogel_
Its: _Vice President_
Address: _3241 E Bison Trail_
_Sioux Falls SD 57108_
Phone Number: _605-271-5527_

# PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

# <u>Exhibit B</u>

# Infrastructure Design Group, Inc.

## Generations Project
### Account Statement
### Invoices
### Payment Records
### Lien Waivers

**Statement**

Infrastructure Design Group, Inc.
116 West 69th Street, Suite 200
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102

Statement date: 11/25/2024

| | Invoice Number | Invoice Date | Receipt | Receipt Date | Receipt Method | Amount |
|---|---|---|---|---|---|---|
| **Craig Properties** | | | | | | |
| **20042 - Generations on 1st** | | | | | | |
| | 20404 | 11/2/2020 | | | | 1,224.75 |
| | | | 37699 | 3/23/2021 | Check | -1,224.75 |
| | | | | | **Invoice Total** | 0.00 |
| | 20403 | 11/2/2020 | | | | 6,496.50 |
| | | | 37699 | 3/23/2021 | Check | -6,496.50 |
| | | | | | **Invoice Total** | 0.00 |
| | | | | | **Client Outstanding** | 0.00 |

| Craig Properties | | | | | | | Prepayment |
|---|---|---|---|---|---|---|---|
| Outstanding | Current | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

**Statement**

Infrastructure Design Group, Inc.
116 West 69th Street, Suite 200
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102

Statement date: 11/25/2024

| | Invoice Number | Invoice Date | Receipt | Receipt Date | Receipt Method | Amount |
|---|---|---|---|---|---|---|
| **Craig Properties** | | | | | | |
| **20163 - Generations On 1st Site Design** | | | | | | |
| | 21255 | 7/26/2021 | | | | 27,690.00 |
| | | | 38664 | 9/16/2021 | Check | -27,690.00 |
| | | | | | **Invoice Total** | 0.00 |
| | 21503 | 9/30/2021 | | | | 3,874.36 |
| | | | 181 | 8/8/2022 | Check | -3,874.36 |
| | | | | | **Invoice Total** | 0.00 |
| | 21585 | 11/16/2021 | | | | 1,358.03 |
| | | | 39276 | 1/10/2022 | Check | -1,358.03 |
| | | | | | **Invoice Total** | 0.00 |
| | 21726 | 12/21/2021 | | | | 745.50 |
| | | | 39276 | 1/10/2022 | Check | -745.50 |
| | | | | | **Invoice Total** | 0.00 |
| | 22539 | 9/14/2022 | | | | 855.58 |
| | | | 10952 | 10/17/2022 | Check | -855.58 |
| | | | | | **Invoice Total** | 0.00 |
| | | | | | **Client Outstanding** | 0.00 |

| Craig Properties | | | | | | | Prepayment |
|---|---|---|---|---|---|---|---|
| Outstanding | Current | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days | | Prepayment |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

**infrastructure**

design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| Invoice number | 20404 |
| Date | 11/02/2020 |

Project  20042 - GENERATIONS ON 1ST

For Professional Services Through 11/02/2020

| Description | Current Billed |
|---|---:|
| **20042.03 - Platting** | 1,150.00 |
| Total | 1,150.00 |

| | |
|---|---:|
| Invoice subtotal | 1,150.00 |
| Taxable Sales | 74.75 |
| Invoice total | 1,224.75 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

# infrastructure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| Invoice number | 20403 |
| Date | 11/02/2020 |

Project  20042 - GENERATIONS ON 1ST

For Professional Services Through 11/02/2020

| Description | Current Billed |
|---|---|
| **20042.01 - Topographic Survey** | 6,100.00 |
| Total | 6,100.00 |

| | |
|---|---|
| Invoice subtotal | 6,100.00 |
| Taxable Sales | 396.50 |
| Invoice total | 6,496.50 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

# in**f**rastructure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | | |
|---|---|---|
| Craig Properties | Invoice number | 21255 |
| 1405 1st Ave N | Date | 07/26/2021 |
| Fargo, ND 58102 | | |
| Jesse Craig | Project | 20163 - GENERATIONS ON 1ST SITE DESIGN |

For Professional Services Through 07/17/2021

| Description | Current Billed |
|---|---|
| **20163.01 - Design** | 23,000.00 |
| **20163.02 - Construction Staking** | 2,000.00 |
| **20163.03 - Additional Services** | 1,000.00 |
| Total | 26,000.00 |

| | |
|---|---|
| Invoice subtotal | 26,000.00 |
| Taxable Sales | 1,690.00 |
| Invoice total | 27,690.00 |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

# infrastructure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | |
|---|---|
| Craig Properties | Invoice number   21503 |
| 1405 1st Ave N | Date   09/30/2021 |
| Fargo, ND 58102 | |
| Jesse Craig | Project   20163 - GENERATIONS ON 1ST SITE DESIGN |

For Professional Services Through 09/25/2021

## Professional Fees

| | | Date | Hours | Billed Amount |
|---|---|---|---|---|
| Technician II | | | | |
| Brian T. Carter | | | | |
| | | 11/03/2020 | 4.00 | 380.00 |
| | | 11/06/2020 | 1.00 | 95.00 |
| | | 11/30/2020 | 3.00 | 285.00 |
| | Subtotal | | 8.00 | 760.00 |
| Technician III | | | | |
| Brian T. Carter | | | | |
| | | 09/08/2021 | 2.00 | 210.00 |
| | | 09/09/2021 | 2.00 | 210.00 |
| | | 09/13/2021 | 3.50 | 367.50 |
| | | 09/15/2021 | 2.00 | 210.00 |
| | | 09/17/2021 | 1.00 | 105.00 |
| | | 09/20/2021 | 4.00 | 420.00 |
| | | 09/22/2021 | 3.00 | 315.00 |
| | | 09/24/2021 | 1.50 | 157.50 |
| | Subtotal | | 19.00 | 1,995.00 |
| | Professional Fees subtotal | | 27.00 | 2,755.00 |

## Reimbursables

| | | Units | Rate | Billed Amount |
|---|---|---|---|---|
| Electronic Survey Equipment | | 15.00 | 55.00 | 825.00 |
| Mileage Survey Vehicle No. 6 | | 68.00 | 0.85 | 57.80 |
| | Reimbursables subtotal | | | 882.80 |

| | |
|---|---|
| Invoice subtotal | 3,637.80 |
| Taxable Sales | 236.56 |
| Invoice total | 3,874.36 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0474

**infrastructure**

design group, inc.

| | | | |
|---|---|---|---|
| Craig Properties | | Invoice number | 21503 |
| Project | 20163 - GENERATIONS ON 1ST SITE DESIGN | Date | 09/30/2021 |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

# infr▲structure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102
Jesse Craig

| | |
|---|---|
| Invoice number | 21585 |
| Date | 11/16/2021 |
| Project | 20163 - GENERATIONS ON 1ST SITE DESIGN |

For Professional Services Through 11/12/2021

**Professional Fees   - Construction Staking**

| | Date | Hours | Billed Amount |
|---|---|---|---|
| Technician III | | | |
| Brian T. Carter | | | |
| | 09/27/2021 | 2.50 | 262.50 |
| | 09/28/2021 | 1.50 | 157.50 |
| | 09/29/2021 | 0.50 | 52.50 |
| | 10/05/2021 | 1.00 | 105.00 |
| | 10/06/2021 | 1.00 | 105.00 |
| | 10/07/2021 | 1.50 | 157.50 |
| | 10/18/2021 | 1.50 | 157.50 |
| Nicholas J. Poor | | | |
| | 09/30/2021 | 0.50 | 52.50 |
| Subtotal | | 10.00 | 1,050.00 |
| Professional Fees subtotal | | 10.00 | 1,050.00 |

**Reimbursables**

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Electronic Survey Equipment | 4.00 | 55.00 | 220.00 |
| Mileage Survey Vehicle No. 6 | 6.00 | 0.85 | 5.10 |
| Reimbursables subtotal | | | 225.10 |

| | |
|---|---|
| Invoice subtotal | 1,275.10 |
| Taxable Sales | 82.93 |
| Invoice total | 1,358.03 |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

**infrastructure**

design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | | |
|---|---|---|
| Craig Properties | Invoice number | 21726 |
| 1405 1st Ave N | Date | 12/21/2021 |
| Fargo, ND 58102 | | |
| Jesse Craig | **Project** | **20163 - Generations On 1st Site Design** |

For Professional Services Through 12/04/2021

20163.04 - Garage Staking

| | |
|---|---|
| Invoice subtotal | 700.00 |
| Taxable Sales | 45.50 |
| **Invoice total** | **745.50** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

# infrastructure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102
Jesse Craig

| | |
|---|---|
| Invoice number | 22539 |
| Date | 09/14/2022 |

Project **20163 - Generations On 1st Site Design**

For Professional Services Through 09/10/2022

**20163.03 - Additional Services**

Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Brian T. Carter | 6.50 | 115.00 | 747.50 |

Reimbursables

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Electronic Survey Equipment | 1.00 | 55.00 | 55.00 |
| Mileage Survey Vehicle No. 6 | 1.00 | 0.85 | 0.85 |
| Phase subtotal | | | 803.35 |

| | |
|---|---|
| Invoice subtotal | 803.35 |
| Taxable Sales | 52.23 |
| **Invoice total** | **855.58** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at (605) 271-5527. This invoice may not include expenses incurred but not yet billed to us.  Balances due which are not paid within thirty days will be charged interest at the rate of eighteen percent (18%) per annum.*

*\*\*\* We now accept credit cards.  Please call our office at (605) 271-5527 to make a credit card payment.  Note all credit card payments will incur a 3.5% service charge.\*\*\**

RRSB-Infrastructure Design Group Inc. SD Subpoena 0478

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37699

77-7869/2913

\*\*\*\* SEVEN THOUSAND SEVEN HUNDRED TWENTY ONE AND 25/100 DOLLARS

03/16/21       $7,721.25\*\*\*

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD   57108

Business Account

Authorized Signature

⑈██████████████ 6957⑈

RRSB-Infrastructure Design Group Inc. SD Subpoena 0605

DATE:09/14/21   CK#:38664   TOTAL:$37,076.36**   BANK:1120 - Craig Properties, LLC
PAYEE:INFRASTRUCTURE DESIGN GROUP(infrastr)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 37,076.36 |
| | | | | 37,076.36 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0483



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38664

77-7869/2913

**\*\*\*\* THIRTY SEVEN THOUSAND SEVENTY SIX AND 36/100 DOLLARS**

TO THE
ORDER OF

09/14/21        $37,076.36\*\*

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD    57108

Business Account

Authorized Signature

6957

DATE:07/01/22  CK#:181  TOTAL:$3,874.36***  BANK:The Ruins, LLC(ruins)
PAYEE:INFRASTRUCTURE DESIGN GROUP

| Property | Invoice - Date | Description | Amount |
|---|---|---|---|
| p0000001 | 07/01/2022 | | 3,874.36 |
| | | | 3,874.36 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0481

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

181

**** THREE THOUSAND EIGHT HUNDRED SEVENTY FOUR AND 36/100 DOLLARS

07/01/22    $3,874.36***

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241 E BISON TRAIL
SIOUX FALLS, SD 57108

```
DATE:01/03/22  CK#:39276  TOTAL:$4,027.67***  BANK:Craig Properties, LLC(1120)
  PAYEE:INFRASTRUCTURE DESIGN GROUP
```

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 01/03/2022 | | 4,027.67 |
| | | | 4,027.67 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0488

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39276

77-7869/2913

**** FOUR THOUSAND TWENTY SEVEN AND 67/100 DOLLARS

01/03/22          $4,027.67***

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD   57108

Business Account

Authorized Signature

�串⑆          ⑥⑨⑤⑦⑅⑆

RRSB-Infrastructure Design Group Inc. SD Subpoena 0607

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10952

77-7869/2913

**** ONE THOUSAND ONE HUNDRED EIGHTY NINE AND 19/100 DOLLARS

10/02/22        $1,189.19***

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD   57108

Business Account

Authorized Signature

⑈ ?⏧10⑈

RRSB-Infrastructure Design Group Inc. SD Subpoena 0604

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon *the invoice date*

the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD 57201

Dated this 8th day of August 2022, ___.

**AMOUNT:** $3874.36 [Enter Amount]
[Enter Memo Info]

FULL ✓ for Inv # 21503

PARTIAL _____

[Enter Creditor Name]

By: Bran Keopal
Its: VP
Address: 3241 E. Bison Trail
SF, SD 57108
Phone Number: 605. 271. 5527

## PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

2016.01
2031.05
2031.04
2016.01
2016.02
2016.03

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 24 day of September 2021.

AMOUNT: $_____          Paid to: _____

FULL    _____

PARTIAL    _____

By: _Beau Koopal_
Its: _Owner_
Address: _3241 E. Bison Trl._
_Sioux Falls  SD 57108_
Phone Number: _680-4156_

**PLEASE SIGN AND RETURN TO:**
**Craig Development**
**1405 1st Ave N**
**Fargo, ND 58102**

RRSB-Infrastructure Design Group Inc. SD Subpoena 0482

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this _10_ day of _January_ _2022_

AMOUNT: $ _4027.67_          Paid to: _Infrastructure Design Group, Inc._

FULL _____X_____

PARTIAL _____

By: _Beau Koopat_
Its: _Owner_
Address: _3241 E. Bison Trail_
_Sioux Falls, SD 57108_
Phone Number: _605-271-5527_

## PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102

# Exhibit C

# Infrastructure Design Group, Inc.

# Parkside Project
## Professional Services Agreement
## Account Statement
## Invoices
## Payment Records
## Lien Waivers

# SHORT FORM OF AGREEMENT
# BETWEEN OWNER AND ENGINEER
# FOR PROFESSIONAL SERVICES

This is an Agreement between **[Craig Development, LLC]** (Owner) and **[Infrastructure Design Group, Inc.]** (Engineer). Owner's Project, of which Engineer's services under this Agreement are a part, is generally identified as **[Parkside Place Development and Site Improvements]** (Project). Engineer's services under this Agreement (Services) are generally identified as **[See Attachment A]**.

Owner and Engineer further agree as follows:

1.01    Services of Engineer

    A.    Engineer shall provide or furnish the Services set forth in this Agreement, Attachment A, and any Additional Services authorized by Owner and consented to by Engineer.

2.01    Owner's Responsibilities

    A.    Owner shall provide Engineer with existing Project-related information and data in Owner's possession and needed by Engineer for performance of Engineer's Services. Owner will advise the Engineer of Project-related information and data known to Owner but not in Owner's possession. Engineer may use and rely upon Owner-furnished information and data in performing its Services, subject to any express limitations applicable to the furnished items.

        1.    Following Engineer's assessment of initially-available Project information and data, and upon Engineer's request, Owner shall obtain, furnish, or otherwise make available (if necessary through retention of specialists or consultants) such additional Project-related information and data as is reasonably required to enable Engineer to complete its Services; or, with consent of Engineer, Owner may authorize the Engineer to obtain or provide all or part of such additional information and data as Additional Services.

    B.    Owner shall provide necessary direction and make decisions, including prompt review of Engineer's submittals, and carry out its other responsibilities in a timely manner so as not to delay Engineer's performance. Owner shall give prompt notice to Engineer whenever Owner observes or otherwise becomes aware of (1) any relevant, material defect or nonconformance in Engineer's Services, or (2) any development that affects the scope or time of performance of Engineer's Services.

3.01    Schedule for Rendering Services

    A.    Engineer shall complete its Services within the following specific time period: **[    ]**. If no specific time period is indicated, Engineer shall complete its Services within a reasonable period of time.

    B.    If, through no fault of Engineer, such periods of time or dates are changed, or the orderly and continuous progress of Engineer's Services is impaired, or Engineer's Services are delayed or suspended, then the time for completion of Engineer's Services, and the rates and amounts of Engineer's compensation, shall be adjusted equitably.

EJCDC® E-520, Short Form of Agreement Between Owner and Engineer for Professional Services.
Copyright ©2020 National Society of Professional Engineers, American Council of Engineering Companies,
and American Society of Civil Engineers. All rights reserved.
Agreement, Page 1

4.01    Invoices and Payments

A.    Invoices: Engineer shall prepare invoices in accordance with its standard invoicing practices and submit the invoices to Owner on a monthly basis. Invoices are due and payable within 30 days of receipt.

B.    Payment: As compensation for Engineer providing or furnishing Services and Additional Services, Owner shall pay Engineer as set forth in this Paragraph 4.01, Invoices and Payments. If Owner disputes an invoice, either as to amount or entitlement, then Owner shall promptly advise Engineer in writing of the specific basis for doing so, may withhold only that portion so disputed, and must pay the undisputed portion.

C.    Failure to Pay: If Owner fails to make any payment due Engineer for Services, Additional Services, and expenses within 30 days after receipt of Engineer's invoice, then (1) the amounts due Engineer will be increased at the rate of 1.0% per month (or the maximum rate of interest permitted by law, if less) from said thirtieth day; (2) in addition Engineer may, after giving 7 days' written notice to Owner, suspend Services under this Agreement until Engineer has been paid in full all amounts due for Services, Additional Services, expenses, and other related charges, and in such case Owner waives any and all claims against Engineer for any such suspension; and (3) if any payment due Engineer remains unpaid after 90 days, Engineer may terminate the Agreement for cause pursuant to Paragraph 5.01.A.2.

D.    Reimbursable Expenses: Engineer is entitled to reimbursement of expenses only if so indicated in Paragraph 4.01.E or 4.01.F. If so entitled, and unless expressly specified otherwise, the amounts payable to Engineer for reimbursement of expenses will be the Project-related internal expenses actually incurred or allocated by Engineer, plus all invoiced external expenses allocable to the Project, including Engineer's subcontractor and subconsultant charges, with the external expenses multiplied by a factor of **[10%]**.

E.    Basis of Payment

1.    Hourly Rates. Owner shall pay Engineer for Services as follows:

a.    An amount equal to the cumulative hours charged to the Project by Engineer's employees times standard hourly rates for each applicable billing class, plus reimbursement of expenses incurred in connection with providing the Services.

b.    Engineer's Standard Hourly Rates are available upon request.

c.    The total compensation for Services and reimbursement of expenses is estimated to be $**[20,630.00]**.

F.    Additional Services: For Additional Services, Owner shall pay Engineer an amount equal to the cumulative hours charged in providing the Additional Services by Engineer's employees, times standard hourly rates for each applicable billing class; plus reimbursement of expenses incurred in connection with providing the Additional Services.

5.01    Termination

A.    Termination for Cause

EJCDC® E-520, Short Form of Agreement Between Owner and Engineer for Professional Services.
Copyright ©2020 National Society of Professional Engineers, American Council of Engineering Companies,
and American Society of Civil Engineers. All rights reserved.
Agreement, Page 2

RRSB-Infrastructure Design Group Inc. SD Subpoena 0225

1. Either party may terminate the Agreement for cause upon 30 days' written notice in the event of substantial failure by the other party to perform in accordance with the terms of the Agreement, through no fault of the terminating party.

   a. Notwithstanding the foregoing, this Agreement will not terminate under Paragraph 5.01.A.1 if the party receiving such notice begins, within 7 days of receipt of such notice, to correct its substantial failure to perform and proceeds diligently to cure such failure within no more than 30 days of receipt thereof; provided, however, that if and to the extent such substantial failure cannot be reasonably cured within such 30-day period, and if such party has diligently attempted to cure the same and thereafter continues diligently to cure the same, then the cure period provided for herein will extend up to, but in no case more than, 60 days after the date of receipt of the notice.

2. In addition to its termination rights in Paragraph 5.01.A.1, Engineer may terminate this Agreement for cause upon 7 days' written notice (a) if Owner demands that Engineer furnish or perform services contrary to Engineer's responsibilities as a licensed professional, (b) if Engineer's services for the Project are delayed or suspended for more than 90 days for reasons beyond Engineer's control, (c) if payment due Engineer remains unpaid for 90 days, as set forth in Paragraph 4.01.C, or (d) as the result of the presence at the Site of undisclosed Constituents of Concern as set forth in Paragraph 6.01.I.

3. Engineer will have no liability to Owner on account of any termination by Engineer for cause.

B. Termination for Convenience: Owner may terminate this Agreement for convenience, effective upon Engineer's receipt of notice from Owner.

C. Payments Upon Termination: In the event of any termination under Paragraph 5.01, Engineer will be entitled to invoice Owner and to receive full payment for all services performed or furnished in accordance with this Agreement, and to reimbursement of expenses incurred through the effective date of termination. Upon making such payment, Owner will have the limited right to the use of all deliverable documents, whether completed or under preparation, subject to the provisions of Paragraph 6.01.F, at Owner's sole risk.

1. If Owner has terminated the Agreement for cause and disputes Engineer's entitlement to compensation for services and reimbursement of expenses, then Engineer's entitlement to payment and Owner's rights to the use of the deliverable documents will be resolved in accordance with the dispute resolution provisions of this Agreement or as otherwise agreed in writing.

2. If Owner has terminated the Agreement for convenience, or if Engineer has terminated the Agreement for cause, then Engineer will be entitled, in addition to the payments identified above, to invoice Owner and receive payment of a reasonable amount for services and expenses directly attributable to termination, both before and after the effective date of termination, such as reassignment of personnel, costs of terminating contracts with Engineer's subcontractors or subconsultants, and other related close-out costs, using methods and rates for Additional Services as set forth in Paragraph 4.01.F.

EJCDC® E-520, Short Form of Agreement Between Owner and Engineer for Professional Services.
Copyright ©2020 National Society of Professional Engineers, American Council of Engineering Companies,
and American Society of Civil Engineers. All rights reserved.
Agreement, Page 3

RRSB-Infrastructure Design Group Inc. SD Subpoena 0226

6.01   General Considerations

A.   The standard of care for all professional engineering and related services performed or furnished by Engineer under this Agreement will be the care and skill ordinarily used by members of the subject profession practicing under similar circumstances at the same time and in the same locality. Engineer makes no warranties, express or implied, under this Agreement or otherwise, in connection with any services performed or furnished by Engineer. Subject to the foregoing standard of care, Engineer may use or rely upon design elements and information ordinarily or customarily furnished by others, including, but not limited to, specialty contractors, manufacturers, suppliers, and the publishers of technical standards.

B.   Engineer shall not at any time supervise, direct, control, or have authority over any Constructor's work, nor will Engineer have authority over or be responsible for the means, methods, techniques, sequences, or procedures of construction selected or used by any Constructor, or the safety precautions and programs incident thereto, for security or safety at the Project site, nor for any failure of a Constructor to comply with laws and regulations applicable to that Constructor's furnishing and performing of its work. Engineer shall not be responsible for the acts or omissions of any Constructor.

C.   Engineer neither guarantees the performance of any Constructor nor assumes responsibility for any Constructor's failure to furnish and perform its work.

D.   Engineer's opinions of probable construction cost (if any) are to be made on the basis of Engineer's experience, qualifications, and general familiarity with the construction industry. However, because Engineer has no control over the cost of labor, materials, equipment, or services furnished by others, or over contractors' methods of determining prices, or over competitive bidding or market conditions, Engineer cannot and does not guarantee that proposals, bids, or actual construction cost will not vary from opinions of probable construction cost prepared by Engineer. If Owner requires greater assurance as to probable construction cost, then Owner agrees to obtain an independent cost estimate.

E.   Engineer shall not be responsible for any decision made regarding the construction contract requirements, or any application, interpretation, clarification, or modification of the construction contract documents, other than those made by Engineer.

F.   All documents prepared or furnished by Engineer are instruments of service, and Engineer retains an ownership and property interest (including the copyright and the right of reuse) in such documents, whether or not the Project is completed. Engineer grants to Owner a limited license to use the deliverable documents on the Project, extensions of the Project, and for related uses of the Owner, subject to receipt by Engineer of full payment due and owing for all Services and Additional Services relating to preparation of the deliverable documents, and subject to the following limitations:

1.   Owner acknowledges that such documents are not intended or represented to be suitable for use on the Project unless completed by Engineer, or for use or reuse by Owner or others on extensions of the Project, on any other project, or for any other use or purpose, without written verification or adaptation by Engineer;

2.   any such use or reuse, or any modification of the documents, without written verification, completion, or adaptation by Engineer, as appropriate for the specific

RRSB-Infrastructure Design Group Inc. SD Subpoena 0227

purpose intended, will be at Owner's sole risk and without liability or legal exposure to Engineer or to its officers, directors, members, partners, agents, employees, and subconsultants;

3.  Owner shall indemnify and hold harmless Engineer and its officers, directors, members, partners, agents, employees, and subconsultants from all claims, damages, losses, and expenses, including attorneys' fees, arising out of or resulting from any use, reuse, or modification of the documents without written verification, completion, or adaptation by Engineer; and

4.  such limited license to Owner shall not create any rights in third parties.

G.  Owner and Engineer agree to transmit, and accept, Project-related correspondence, documents, text, data, drawings, information, and graphics, in electronic media or digital format, either directly, or through access to a secure Project website, in accordance with a mutually agreeable protocol.

H.  Waiver of Damages; Limitation of Liability: To the fullest extent permitted by law, Owner and Engineer (1) waive against each other, and the other's officers, directors, members, partners, agents, employees, subconsultants, and insurers, any and all claims for or entitlement to special, incidental, indirect, or consequential damages arising out of, resulting from, or in any way related to this Agreement or the Project, from any cause or causes, and (2) agree that Engineer's total liability to Owner under this Agreement shall be limited to $10,000 or the total amount of compensation received by Engineer, whichever is greater.

I.  The parties acknowledge that Engineer's Services do not include any services related to unknown or undisclosed Constituents of Concern. If Engineer or any other party encounters, uncovers, or reveals an unknown or undisclosed Constituent of Concern, then Engineer may, at its option and without liability for consequential or any other damages, suspend performance of Services on the portion of the Project affected thereby until such portion of the Project is no longer affected, or terminate this Agreement for cause if it is not practical to continue providing Services.

J.  Owner and Engineer agree to negotiate each dispute between them in good faith during the 30 days after notice of dispute. If negotiations are unsuccessful in resolving the dispute, then the dispute will be mediated. If mediation is unsuccessful, then the parties may exercise their rights at law.

K.  This Agreement is to be governed by the laws of the state in which the Project is located.

L.  Engineer's Services do not include: (1) serving as a "municipal advisor" for purposes of the registration requirements of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act (2010) or the municipal advisor registration rules issued by the Securities and Exchange Commission; (2) advising Owner, or any municipal entity or other person or entity, regarding municipal financial products or the issuance of municipal securities, including advice with respect to the structure, timing, terms, or other similar matters concerning such products or issuances; (3) providing surety bonding or insurance-related advice, recommendations, counseling, or research, or enforcement of construction insurance or surety bonding requirements; or (4) providing legal advice or representation.

---

RRSB-Infrastructure Design Group Inc. SD Subpoena 0228

7.01    Definitions

    A.    Constructor—Any person or entity (not including the Engineer, its employees, agents, representatives, subcontractors, and subconsultants), performing or supporting construction activities relating to the Project, including but not limited to contractors, subcontractors, suppliers, Owner's work forces, utility companies, construction managers, testing firms, shippers, and truckers, and the employees, agents, and representatives of any or all of them.

    B.    Constituent of Concern—Asbestos, petroleum, radioactive material, polychlorinated biphenyls (PCBs), lead based paint (as defined by the HUD/EPA standard), hazardous waste, and any substance, product, waste, or other material of any nature whatsoever that is or becomes listed, regulated, or addressed pursuant to laws and regulations regulating, relating to, or imposing liability or standards of conduct concerning, any hazardous, toxic, or dangerous waste, substance, or material.

8.01    Successors, Assigns, and Beneficiaries

    A.    Successors and Assigns

        1.    Owner and Engineer are hereby bound and the successors, executors, administrators, and legal representatives of Owner and Engineer (and to the extent permitted by Paragraph 8.01.A.2 the assigns of Owner and Engineer) are hereby bound to the other party to this Agreement and to the successors, executors, administrators, and legal representatives (and said assigns) of such other party, in respect of all covenants, agreements, and obligations of this Agreement.

        2.    Neither Owner nor Engineer may assign, sublet, or transfer any rights under or interest (including, but without limitation, money that is due or may become due) in this Agreement without the written consent of the other party, except to the extent that any assignment, subletting, or transfer is mandated by law. Unless specifically stated to the contrary in any written consent to an assignment, no assignment will release or discharge the assignor from any duty or responsibility under this Agreement.

    B.    Beneficiaries: Unless expressly provided otherwise, nothing in this Agreement shall be construed to create, impose, or give rise to any duty owed by Owner or Engineer to any Constructor, other third-party individual or entity, or to any surety for or employee of any of them. All duties and responsibilities undertaken pursuant to this Agreement will be for the sole and exclusive benefit of Owner and Engineer and not for the benefit of any other party.

9.01    Total Agreement

    A.    This Agreement (including any expressly incorporated attachments), constitutes the entire agreement between Owner and Engineer and supersedes all prior written or oral understandings. This Agreement may only be amended, supplemented, modified, or canceled by a duly executed written instrument.

Attachments: Attachment A – Scope of Services

EJCDC® E-520, Short Form of Agreement Between Owner and Engineer for Professional Services.
Copyright ©2020 National Society of Professional Engineers, American Council of Engineering Companies,
and American Society of Civil Engineers. All rights reserved.

RRSB-Infrastructure Design Group Inc. SD Subpoena 0229

This Agreement's Effective Date is **[June 23, 2020]**.

| Owner: | Engineer: |
|---|---|
| Craig Development, LLC | Infrastructure Design Group, Inc. |
| (name of organization) | (name of organization) |
| By: | By: |
| (authorized individual's signature) | (authorized individual's signature) |
| Date: 6-29-20 | Date: June 23, 2020 |
| (date signed) | (date signed) |
| Name: Jesse Cuy | Name: Chad Hanisch |
| (typed or printed) | (typed or printed) |
| Title: President | Title: President |
| (typed or printed) | (typed or printed) |

Owner Address for giving notices:

Box 426

Fargo, ND   58107

Engineer Address for giving notices:

20 S. Maple Street

Watertown, SD  57201

| Designated Representative: | Designated Representative: |
|---|---|
| Name: | Name: Vanessa Victor |
| (typed or printed) | (typed or printed) |
| Title: | Title: Watertown Office Manager |
| (typed or printed) | (typed or printed) |
| Address: | Address: |
| | 20 S. Maple Street |
| | Watertown, SD  57201 |
| Phone: | Phone: 605-271-5527 |
| Email: | Email: VanessaV@InfrastructureDG.com |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0230

Infrastructure Design Group, Inc.
116 West 69th Street, Suite 200
Sioux Falls, SD 57108
605-271-5527

Craig Properties                                                    Statement date: 11/25/2024
1405 1st Ave N
Fargo, ND 58102

| | Invoice Number | Invoice Date | Receipt | Receipt Date | Receipt Method | Amount |
|---|---|---|---|---|---|---|
| **Craig Properties** | | | | | | |
| **20031 - Parkside Place** | | | | | | |
| | 20402 | 11/2/2020 | | | | 1,599.31 |
| | | | 37382 | 2/2/2021 | Check | -1,599.31 |
| | | | | | **Invoice Total** | 0.00 |
| | 20400 | 11/2/2020 | | | | 6,283.50 |
| | | | | 9/28/2021 | Credit Memo | -0.45 |
| | | | 37382 | 2/2/2021 | Check | -6,283.05 |
| | | | | | **Invoice Total** | 0.00 |
| | 20401 | 11/2/2020 | | | | 21,970.95 |
| | | | 37382 | 2/2/2021 | Check | -21,970.95 |
| | | | | | **Invoice Total** | 0.00 |
| | 21256 | 7/26/2021 | | | | 4,561.30 |
| | | | 38664 | 9/16/2021 | Check | -4,561.30 |
| | | | | | **Invoice Total** | 0.00 |
| | 21691 | 12/7/2021 | | | | 1,924.14 |
| | | | 39276 | 1/10/2022 | Check | -1,924.14 |
| | | | | | **Invoice Total** | 0.00 |
| | | | | | **Client Outstanding** | 0.00 |

| Craig Properties | | | | | | | Prepayment |
|---|---|---|---|---|---|---|---|
| Outstanding | Current | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| Invoice number | 20402 |
| Date | 11/02/2020 |

Project  20031 - BANQUET HALL - THE PALACE SURVEY

For Professional Services Through 11/02/2020

| Description | | Current Billed |
|---|---|---|
| **20031.04 - Construction Staking** | **Parkside Place** | 1,501.70 |
| | Total | 1,501.70 |

| | |
|---|---|
| Invoice subtotal | 1,501.70 |
| Taxable Sales | 97.61 |
| Invoice total | 1,599.31 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

# infrastructure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| Invoice number | 20400 |
| Date | 11/02/2020 |

Project   20031 - BANQUET HALL - THE PALACE
SURVEY

For Professional Services Through 11/02/2020

| Description | Current Billed |
|---|---:|
| **20031 - Banquet Hall - The Palace Survey** | 5,900.00 |
| Total | 5,900.00 |

| | |
|---|---:|
| Invoice subtotal | 5,900.00 |
| Taxable Sales | 383.50 |
| Invoice total | 6,283.50 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

# infrastructure

### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| Invoice number | 20401 |
| Date | 11/02/2020 |

Project   20031 - BANQUET HALL - THE PALACE SURVEY

For Professional Services Through 11/02/2020

| Description | Current Billed |
|---|---:|
| **20031.03 Parkside Place Site Design** | 20,630.00 |
| Total | 20,630.00 |

| | |
|---|---:|
| Invoice subtotal | 20,630.00 |
| Taxable Sales | 1,340.95 |
| Invoice total | 21,970.95 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

RRSB-Infrastructure Design Group Inc. SD Subpoena 0235

# in**f**r**Δ**structure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102
Jesse Craig

| | |
|---|---|
| Invoice number | 21256 |
| Date | 07/26/2021 |
| | |
| Project | 20031 - PARKSIDE PALACE |

For Professional Services Through 07/17/2021

| Description | Current Billed |
|---|---:|
| **20031.05 - Construction Staking Block Layers** | 266.70 |
| **20031.04 - Construction Staking** | 2,388.70 |
| **20031.01 - Banquet Hall - The Palace  Additional Services** | 1,627.50 |
| Total | 4,282.90 |

| | |
|---|---:|
| Invoice subtotal | 4,282.90 |
| Taxable Sales | 278.40 |
| Invoice total | 4,561.30 |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

RRSB-Infrastructure Design Group Inc. SD Subpoena 0233

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | |
|---|---|
| Craig Properties | Invoice number 21691 |
| 1405 1st Ave N | Date 12/07/2021 |
| Fargo, ND 58102 | |
| Jesse Craig | Project  20031 - PARKSIDE PLACE |

For Professional Services Through 12/04/2021

| Description | Current Billed |
|---|---|
| **20031.01 - Parkside Place Additional Services** | 1,806.70 |
| Total | 1,806.70 |

| | |
|---|---|
| Invoice subtotal | 1,806.70 |
| Taxable Sales | 117.44 |
| Invoice total | 1,924.14 |

Services Provided:

1. Alley Re-design
2. Alley Staking
3. Plat Revisions

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

DATE:09/14/21   CK#:38664   TOTAL:$37,076.36**   BANK:1120 - Craig Properties, LLC
PAYEE:INFRASTRUCTURE DESIGN GROUP(infrastr)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 37,076.36 |
| | | | | 37,076.36 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0239



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38664

77-7869/2913

**** THIRTY SEVEN THOUSAND SEVENTY SIX AND 36/100 DOLLARS

09/14/21        $37,076.36**

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD   57108

Business Account

Authorized Signature

RRSB-Infrastructure Design Group Inc. SD Subpoena 0462

```
DATE:01/03/22  CK#:39276  TOTAL:$4,027.67***  BANK:Craig Properties, LLC(1120)
  PAYEE:INFRASTRUCTURE DESIGN GROUP
```

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 01/03/2022 | | 4,027.67 |
| | | | 4,027.67 |

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39276

77-7869/2913

**** FOUR THOUSAND TWENTY SEVEN AND 67/100 DOLLARS

01/03/22        $4,027.67***

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD   57108

Business Account

Authorized Signature

ᵇ⁹⁵⁷ʵ

RRSB-Infrastructure Design Group Inc. SD Subpoena 0465

DATE:01/ /21  25130004  TOTAL:$37,847. aid $7N01/14/25  C IL PRoper 14s  11C
PAYEE:INFRASTRUCTURE DESIGN GROUP (Infrastr

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 37,847.95 |
| | | | | 37,847.95 |

10225

20398

20401

20402

20400

RRSB-Infrastructure Design Group Inc. SD Subpoena 0464

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37382

77-7869/2913

**** THIRTY SEVEN THOUSAND EIGHT HUNDRED FORTY SEVEN AND 95/100 DOLLARS

01/18/21        $37,847.95**

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP

Business Account

Authorized Signature

6957

RRSB-Infrastructure Design Group Inc. SD Subpoena 0463

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

**Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

8 2nd Street Northeast, Watertown, SD  57201

Dated this __25th__ day of __January__, __2021__.

**AMOUNT:** $ __37,847.95__          Paid to: __Infrastructure Design Group__

FULL _____

PARTIAL ___X___

By: __Beau Koopal__
Its: __Owner__
Address: __20 S. Maple St.__
__Watertown, SD  57201__
Phone Number: __878-2120__

Invoice
20398
10225
20400
20401
20402

**PLEASE SIGN AND RETURN TO:**
First Dakota Title - Watertown
168 North Broadway
Watertown, SD  57201
Fax Number — (605)886-1041

2016.01
2003.05
2003.04
2016.01
2016.02
2016.03

## WAIVER OF LIEN

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title – Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 24 day of September 2021.

AMOUNT: $_____          Paid to: _____

FULL  _____

PARTIAL _____

By: _Beau Koopal_
Its: _Owner_
Address: _3241 E. Bison Trl._
_Sioux Falls SD 57108_
Phone Number: _680-4156_

## PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND 58102

RRSB-Infrastructure Design Group Inc. SD Subpoena 0238

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title –
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 10 day of January 2022

AMOUNT: $ 4027.67          Paid to: Infrastructure Design Group, Inc.

FULL        X

PARTIAL _____

By: Dean Koopal
Its: Owner
Address: 3241 E. Bison Trail
Sioux Falls, SD 57108
Phone Number: 605-271-5527

**PLEASE SIGN AND RETURN TO:**
Craig Development
1405 1st Ave N
Fargo, ND 58102

RRSB-Infrastructure Design Group Inc. SD Subpoena 0243

# <u>Exhibit D</u>

# Infrastructure Design Group, Inc.

## Lofts Project
### Account Statement
### Invoices
### Payment Records
### Lien Waivers

**Statement**

Infrastructure Design Group, Inc.
116 West 69th Street, Suite 200
Sioux Falls, SD 57108
605-271-5527

Craig Properties                                                          Statement date: 11/25/2024
1405 1st Ave N
Fargo, ND 58102

| | Invoice Number | Invoice Date | Receipt | Receipt Date | Receipt Method | Amount |
|---|---|---|---|---|---|---|
| **Craig Properties** | | | | | | |
| **19120 - Craig Properties Downtown Dev Sur** | | | | | | |
| | 10226 | 11/17/2019 | | | | 1,688.03 |
| | | | 16952 | 12/20/2019 | Check | -1,688.03 |
| | | | | | **Invoice Total** | 0.00 |
| | 10225 | 11/17/2019 | | | | 5,545.99 |
| | | | 37382 | 2/2/2021 | Check | -5,545.99 |
| | | | | | **Invoice Total** | 0.00 |
| | 10224 | 11/17/2019 | | | | 19,055.73 |
| | | | 16952 | 12/20/2019 | Check | -19,055.73 |
| | | | | | **Invoice Total** | 0.00 |
| | 20398 | 11/2/2020 | | | | 2,448.65 |
| | | | 37382 | 2/2/2021 | Check | -2,448.65 |
| | | | | | **Invoice Total** | 0.00 |
| | 21002 | 5/17/2021 | | | | 266.25 |
| | | | 38370 | 9/14/2021 | Check | -266.25 |
| | | | | | **Invoice Total** | 0.00 |
| | | | | | **Client Outstanding** | 0.00 |

| Craig Properties | | | | | | | Prepayment |
|---|---|---|---|---|---|---|---|
| Outstanding | Current | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0619

**Infrastructure Design Group, Inc.**
1111 N. Lake Avenue
Sioux Falls, SD 57104
605-271-5527

Craig Properties
Fargo, ND 58102

| | |
|---|---|
| Invoice number | 10226 |
| Date | 11/17/2019 |

Project   19120 - CRAIG PROPERTIES
DOWNTOWN DEV SUR

For Professional Services Through 11/18/2019

**Professional Fees**

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| Professional Land Surveyor | | | | |
| Beau M. Koopal | | | | |
| | 09/16/2019 | 3.50 | 125.00 | 437.50 |
| Survey Technician I | | | | |
| Brian T. Carter | | | | |
| | 09/18/2019 | 5.00 | 85.00 | 425.00 |
| | 09/27/2019 | 6.00 | 85.00 | 510.00 |
| | 10/07/2019 | 2.50 | 85.00 | 212.50 |
| Subtotal | | 13.50 | | 1,147.50 |
| Professional Fees subtotal | | 17.00 | | 1,585.00 |
| | | | Invoice subtotal | 1,585.00 |
| | | | Taxable Sales | 103.03 |
| | | | Invoice total | 1,688.03 |

Approved by:


Rebecca J. Schuurmans
Office Manager


*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

RRSB-Infrastructure Design Group Inc. SD Subpoena 0625

**Infrastructure Design Group, Inc.**
1111 N. Lake Avenue
Sioux Falls, SD 57104
605-271-5527

| | |
|---|---|
| Craig Properties | Invoice number     10225 |
| Fargo, ND 58102 | Date     11/17/2019 |

Project   19120 - CRAIG PROPERTIES
DOWNTOWN DEV SUR

For Professional Services Through 11/18/2019

**Professional Fees**

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| **Professional Engineer II** | | | | |
| Krista A. May | | | | |
| | 08/05/2019 | 4.00 | 145.00 | 580.00 |
| | 08/06/2019 | 4.00 | 145.00 | 580.00 |
| | 08/07/2019 | 4.00 | 145.00 | 580.00 |
| | 08/08/2019 | 3.00 | 145.00 | 435.00 |
| | 08/09/2019 | 4.00 | 145.00 | 580.00 |
| | 08/12/2019 | 0.50 | 145.00 | 72.50 |
| | 08/16/2019 | 1.00 | 145.00 | 145.00 |
| | 08/22/2019 | 2.00 | 145.00 | 290.00 |
| | 08/28/2019 | 3.00 | 145.00 | 435.00 |
| | 08/29/2019 | 3.00 | 145.00 | 435.00 |
| | 09/13/2019 | 4.00 | 145.00 | 580.00 |
| | Subtotal | 32.50 | | 4,712.50 |
| **Project Manager** | | | | |
| Vanessa L. Victor | | | | |
| | 09/30/2019 | 1.00 | 165.00 | 165.00 |
| | 10/04/2019 | 1.00 | 165.00 | 165.00 |
| | 10/07/2019 | 1.00 | 165.00 | 165.00 |
| | Subtotal | 3.00 | | 495.00 |
| | Professional Fees subtotal | 35.50 | | 5,207.50 |
| | | | Invoice subtotal | 5,207.50 |
| | | | Taxable Sales | 338.49 |
| | | | Invoice total | 5,545.99 |

Approved by:


Rebecca J. Schuurmans
Office Manager

RRSB-Infrastructure Design Group Inc. SD Subpoena 0623

Craig Properties
Project   19120 - CRAIG PROPERTIES DOWNTOWN DEV SUB

Invoice number   10225
Date              11/17/2019

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

**Infrastructure Design Group, Inc.**
1111 N. Lake Avenue
Sioux Falls, SD 57104
605-271-5527

Craig Properties
Fargo, ND 58102

| | |
|---|---|
| Invoice number | 10224 |
| Date | 11/17/2019 |

Project   19120 - CRAIG PROPERTIES
DOWNTOWN DEV SUR

For Professional Services Through 11/18/2019

## Professional Fees

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| **Regular** | | | | |
| Beau M. Koopal | | | | |
| | 06/18/2019 | 1.00 | 125.00 | 125.00 |
| | 06/25/2019 | 1.00 | 125.00 | 125.00 |
| | 06/26/2019 | 1.50 | 125.00 | 187.50 |
| | 06/27/2019 | 1.50 | 125.00 | 187.50 |
| | 07/09/2019 | 1.00 | 125.00 | 125.00 |
| | 07/10/2019 | 6.50 | 125.00 | 812.50 |
| | 07/15/2019 | 1.00 | 125.00 | 125.00 |
| | 07/17/2019 | 1.00 | 125.00 | 125.00 |
| Brian T. Carter | | | | |
| | 06/25/2019 | 9.50 | 85.00 | 807.50 |
| | 06/26/2019 | 9.50 | 85.00 | 807.50 |
| | 06/28/2019 | 6.00 | 85.00 | 510.00 |
| | 07/11/2019 | 2.00 | 85.00 | 170.00 |
| | 07/12/2019 | 1.00 | 85.00 | 85.00 |
| | 07/19/2019 | 6.00 | 85.00 | 510.00 |
| Krista A. May | | | | |
| | 06/26/2019 | 4.00 | 145.00 | 580.00 |
| | 07/03/2019 | 3.00 | 145.00 | 435.00 |
| | 07/12/2019 | 5.00 | 145.00 | 725.00 |
| | 07/17/2019 | 2.00 | 145.00 | 290.00 |
| | 07/18/2019 | 7.00 | 145.00 | 1,015.00 |
| | 07/19/2019 | 8.00 | 145.00 | 1,160.00 |
| Kyle S. Vongroven | | | | |
| | 07/03/2019 | 0.50 | 90.00 | 45.00 |
| Vanessa L. Victor | | | | |
| | 06/27/2019 | 1.00 | 165.00 | 165.00 |
| | Subtotal | 79.00 | | 9,117.50 |
| **Professional Land Surveyor** | | | | |
| Beau M. Koopal | | | | |
| | 07/24/2019 | 1.00 | 125.00 | 125.00 |
| | 07/26/2019 | 1.00 | 125.00 | 125.00 |
| | 08/30/2019 | 1.50 | 125.00 | 187.50 |

| | | |
|---|---|---|
| Craig Properties | Invoice number 10224 | Invoice date 11/17/2019 |

Craig Properties
Project   19120 - CRAIG PROPERTIES DOWNTOWN DEV SUR

Invoice number  10224
Date                11/17/2019

## Professional Fees

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| | Subtotal | 3.50 | | 437.50 |

Sr. Professional Land Surveyor
  Robert D. Kummer

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| | 09/18/2019 | 0.50 | 145.00 | 72.50 |

Administrative Assitant II
  Rebecca J. Schuurmans

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| | 07/24/2019 | 0.50 | 75.00 | 37.50 |

Professional Engineer II
  Krista A. May

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| | 07/22/2019 | 6.25 | 145.00 | 906.25 |
| | 07/23/2019 | 6.50 | 145.00 | 942.50 |
| | 07/24/2019 | 1.50 | 145.00 | 217.50 |
| | 07/25/2019 | 5.00 | 145.00 | 725.00 |
| | 08/05/2019 | 4.00 | 145.00 | 580.00 |
| | 08/06/2019 | 4.00 | 145.00 | 580.00 |
| | 08/07/2019 | 3.00 | 145.00 | 435.00 |
| | 08/08/2019 | 4.00 | 145.00 | 580.00 |
| | 08/09/2019 | 4.00 | 145.00 | 580.00 |
| | Subtotal | 38.25 | | 5,546.25 |

Project Manager
  Vanessa L. Victor

| | Date | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| | 08/09/2019 | 1.50 | 165.00 | 247.50 |
| | 08/12/2019 | 0.50 | 165.00 | 82.50 |
| | 08/30/2019 | 2.00 | 165.00 | 330.00 |
| | 09/09/2019 | 1.00 | 165.00 | 165.00 |
| | 09/10/2019 | 2.00 | 165.00 | 330.00 |
| | 09/11/2019 | 2.00 | 165.00 | 330.00 |
| | 09/12/2019 | 1.00 | 165.00 | 165.00 |
| | 09/13/2019 | 1.00 | 165.00 | 165.00 |
| | Subtotal | 11.00 | | 1,815.00 |
| | Professional Fees subtotal | 132.75 | | 17,026.25 |

## Reimbursables

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Electronic Survey Equipment | 17.00 | 50.00 | 850.00 |
| Mileage Survey Vehicle No. 6 | 17.00 | 0.85 | 14.45 |
| Printing/Copyin (Expense) | 2.00 | 1.00 | 2.00 |
| Reimbursables subtotal | | | 866.45 |

| | |
|---|---|
| Invoice subtotal | 17,892.70 |
| Taxable Sales | 1,163.03 |
| Invoice total | 19,055.73 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0621

Craig Properties
Project   19120 - CRAIG PROPERTIES DOWNTOWN DEV SUR

Case 25-30004   Doc 133   Filed 10/14/25   Entered 10/14/25 10:04:35   Desc Main
Document      Page 80 of 88

Invoice number   10224
Date             11/17/2019

Approved by:

Rebecca J. Schuurmans

Office Manager

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

# in**▲**structure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102

| | |
|---|---|
| Invoice number | 20398 |
| Date | 11/02/2020 |

Project  19120 - CRAIG PROPERTIES
DOWNTOWN DEV SUR

For Professional Services Through 11/05/2020

| Description | Current Billed |
|---|---|
| **19120.02 - Construction Staking The Lofts** | 2,299.20 |
| Total | 2,299.20 |

| | |
|---|---|
| Invoice subtotal | 2,299.20 |
| Taxable Sales | 149.45 |
| Invoice total | 2,448.65 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

RRSB-Infrastructure Design Group Inc. SD Subpoena 0626

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102

| | |
|---|---|
| Invoice number | 21002 |
| Date | 05/17/2021 |

Project **19120 - Craig Properties Downtown Dev Sur - The Lofts**

For Professional Services Through 04/10/2021

**19120.03 - Parking Easement Exhibit**

Professional Fees

| | Billed Amount |
|---|---|
| Beau M. Koopal | 250.00 |
| Invoice subtotal | 250.00 |
| Taxable Sales | 16.25 |
| **Invoice total** | **266.25** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com.*
*For billing questions, please contact our office at 605-271-5527.*

**FIRST DAKOTA TITLE - WATERTOWN**
ESCROW ACCOUNT
168 NORTH BROADWAY
WATERTOWN, SD 57201
605-886-5139

GREAT WESTERN BANK
78-873/914

16952

16952

December 11, 2019

$20,743.76

Twenty Thousand Seven Hundred Forty Three and 76/100 ************************************************************* Dollars

Infrastructure Design Group, Inc.
1111 North Lake Avenue
Sioux Falls, SD 57104

SD19269171

VOID AFTER 90 DAYS

*Nancy Aas*

AUTHORIZED SIGNATURE

7088

---

**FIRST DAKOTA TITLE - WATERTOWN** • GREAT WESTERN BANK • ESCROW ACCOUNT • 168 NORTH BROADWAY • WATERTOWN, SD 57201   16952
16952

**DATE:** 12/11/2019
**BUYER: The Lofts, LLC**
**PROPERTY ADDRESS:** 1 tbd, Watertown, SD 57201
**PAYEE:** Infrastructure Design Group, Inc.

**FILE:** SD19269171

**CHECK AMOUNT:** $20,743.76
**SETTLEMENT DATE:**

| | |
|---|---|
| 12/11/2019: Disbursement to Infrastructure Design Group, Inc.: 10224 | $19,055.73 |
| 12/11/2019: Disbursement to Infrastructure Design Group, Inc.: 10226 | $1,688.03 |

RRSB-Infrastructure Design Group Inc. SD Subpoena 0741

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37382

77-7869/2913

**** THIRTY SEVEN THOUSAND EIGHT HUNDRED FORTY SEVEN AND 95/100 DOLLARS

01/18/21          $37,847.95**

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP

Business Account

Authorized Signature

6957

RRSB-Infrastructure Design Group Inc. SD Subpoena 0739

**Craig Properties, LLC**
P O Box 426
Fargo, ND 58107

58570

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**** TWO HUNDRED SIXTY SIX AND 25/100 DOLLARS

07/21/21      $266.25*****

TO THE
ORDER OF

INFRASTRUCTURE DESIGN GROUP
3241  E BISON TRAIL
SIOUX FALLS, SD    57108

Business Account

Authorized Signature

69571

RRSB-Infrastructure Design Group Inc. SD Subpoena 0740

DATE:07/21/21  CK#:38370  TOTAL:$266.25*****  BANK:1120 - Craig Properties, LLC
PAYEE:INFRASTRUCTURE DESIGN GROUP(infrastr)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 266.25 |
| | | | | 266.25 |

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

**Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

8 2nd Street Northeast, Watertown, SD 57201

Dated this 25th day of January, 2021.

AMOUNT: $ 37,847.95

Paid to: *Infrastructure Design Group*

FULL _____

PARTIAL ___X___

Invoice
20398
10225
20400
20401
20402

By: Beau Koopal
Its: Owner
Address: 20 S. Maple St.
Watertown, SD 57201
Phone Number: 878-2120

**PLEASE SIGN AND RETURN TO:**
First Dakota Title - Watertown
168 North Broadway
Watertown, SD 57201
Fax Number — (605)886-1041

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

8 2nd Street Northeast, Watertown, SD 57201

Dated this 15th day of September, 2021.

AMOUNT: $ 2006.25          Paid to: Infrastructure Design Group, Inc.

FULL      X

PARTIAL _____

By: Beau Koppal
Its: Owner
Address: 3241 E. Bison Trail
Sioux Falls SD 57108
Phone Number: 605 - 271 - 5527

PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102

RRSB-Infrastructure Design Group Inc. SD Subpoena 0629