# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st, LLC, <br><br> Debtor. | Case No.:  25-30002 <br><br> Chapter 11 <br><br> (Main Case) |
| In Re: <br><br> Parkside Place, LLC, <br><br> Debtor. | Case No.:  25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |
| In Re: <br><br> The Ruins, LLC, <br><br> Debtor. | Case No.:  25-30004 <br><br> Chapter 11 |

## DECLARATION OF RICHARD KLOOS (KLOOS ELECTRIC, LLC) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF SOUTH DAKOTA    )
                         )  SS
COUNTY OF CODINGTON      )

I, RICHARD "RICK" KLOOS, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2.    I am the owner of Kloos Electric LLC ("Kloos") located in Watertown, South Dakota. Kloos provides electrical services, materials, and labor.

3.    I am the records custodian for Kloos.

4.    Kloos was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. Kloos responded to the subpoena and provided documents as requested.

5.    I have some personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). Kloos provided electrical services, materials, and labor for the Ruins Project.

6.    I have personal knowledge of the construction of the mixed-use building located at 26 1st Ave. SW, Watertown, South Dakota (the "Generations Project"). Kloos provided electrical services, materials, and labor for the Generations Project.

7.    I have personal knowledge of the construction of the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project"). Kloos provided electrical services, materials, and labor for the Parkside Project.

8.    I have personal knowledge of the construction of the mixed-use building located at 10 N. Broadway, Watertown, South Dakota (the "Lofts Project"). Kloos provided electrical services, materials, and labor for the Lofts Project.

9.    True and correct copies of Kloos's Estimate, Invoices, and payment records for the Ruins Project are attached as **Exhibit A**.

10.   True and correct copies of Kloos's Payment Applications, Estimates and Invoices, payment records, and lien waivers for the Generations Project are attached as **Exhibit B**.

11.   True and correct copies of Kloos's Payment Applications, Estimates and Invoices, payment records, and lien waiver for the Parkside Project are attached as **Exhibit C**.

12.   True and correct copies of Kloos's Payment Applications, Estimates and Invoices, and payment records for the Lofts Project are attached as **Exhibit D**.

13.   The documents attached as **Exhibits A (Ruins), B (Generations), C (Parkside), and D (Lofts)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

14.   It was the regular practice of Kloos's business activities to make the records and/or to keep copies from information transmitted by the records attached as **Exhibits A, B, C, and D**.

15.   The records attached as **Exhibit A, B, C, and D** were kept in the regular course of business activity.

16.    I certify under penalty of perjury that the foregoing is true and correct.


Executed on 10/15/2025 _____ day of October, 2025.


Signed by:

_____
515290EF9DEB4CA...
Richard "Rick" Kloos

# <u>Exhibit A</u>

# Kloos Electric LLC

# Ruins Project
## Estimate, Invoices, and Payment Records



KLOOS ELECTRIC
311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

**Estimate:** Ruins

**Date:**      6/22/2022

Trench 160' from transition cabinet next to city transformer to building
main 1600A circuit breaker.
Install 6 3" pvc conduits.
Pull wire from Transition cabinet to main breaker.

|  |  |  |
|---|---|---|
| Subtotal: | $ | 19,575.30 |
| Tax: | $ | 391.51 |
| Total: | $ | 19,966.81 |

6-24-2022

*Please note that all estimates are good for a period of 7 days, after that time the original estimate will be re-accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.*

RRSB-Kloos Electric SD Subpoena 0028



**KLOOS ELECTRIC**
311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

**Invoice:** Ruins

**Date:** 7/19/2022

Trench 210' from transition cabinet next to city transformer to building
main 1600A circuit breaker.
Install 6 3" pvc conduits.
Pull wire from Transition cabinet to main breaker.

| | | |
|---|---|---|
| Subtotal: | $ | 28,509.78 |
| Tax: | $ | 570.20 |
| Total: | $ | 29,079.98 |

7-19-22

*All ivoices are due within a period of 15 days.*

RRSB-Kloos Electric SD Subpoena 0029



# Kloos Electric

311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

**Invoice:**  **Ruins**

**Date:**    **7/19/2022**

Trench 210' from transition cabinet next to city transformer to building
main 1600A circuit breaker.
Install 6 3" pvc conduits.
Pull wire from Transition cabinet to main breaker.

| | |
|---|---|
| Subtotal: | $ 28,509.78 |
| Tax: | $ 570.20 |
| Total: | $ 29,079.98 |
| Due: | $ 15,000.00 |

*All ivoices are due within a period of 15 days*

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
(605) 881-5859
klooselectric@outlook.com



# INVOICE

BILL TO
Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND  58102

| INVOICE | 1555 |
|---|---|
| DATE | 08/09/2022 |
| TERMS | Net 15 |
| DUE DATE | 08/24/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/09/2022 | Labor<br>ruins service | 0.5261 | 28,509.78 | 14,999.00T |

| | |
|---|---|
| SUBTOTAL | 14,999.00 |
| TAX (0.02) | 299.98 |
| TOTAL | 15,298.98 |
| PAYMENT | 15,000.00 |
| **BALANCE DUE** | **$298.98** |

All invoices are due within 15 days, after that a two percent interest rate will
Page 1 of 1

RRSB-Kloos Electric SD Subpoena 0027

DATE:10/25/22  CK#:11077  TOTAL:$15,000.00  BANK:Craig Development, LLC(1125)
PAYEE:KLOOS ELECTRIC

| Property | Invoice - Date | Description | Amount |
|----------|----------------|-------------|--------|
| 1405 | 10/25/2022 | | 15,000.00 |
| | | | 15,000.00 |

Craig Development, LLC
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11077

77-7869/2913

\*\*\*\* FIFTEEN THOUSAND AND 00/100 DOLLARS

10/25/22        $15,000.00\*\*

TO THE
ORDER OF

KLOOS ELECTRIC
311 27TH ST NW
WATERTOWN, SD   57201

Business Account

NON-NEGOTIABLE

Authorized Signature

RRSB-Kloos Electric SD Subpoena 0026

# Exhibit B

# Kloos Electric LLC

# Generations Project
## Payment Applications
## Estimates and Invoices
## Payment Records
## Lien Waivers

# Kloos Electric LLC

| Type | | | | Status | | Delivery Method | | Date | | Customer |
|------|--|--|--|--------|--|-----------------|--|------|--|----------|
| Invoices | | | | All statuses | | Any | | All | | All |

| Date | Type | No. | From / To | Memo | Amount | Status |
|------|------|-----|-----------|------|--------|--------|
| 9/19/22 | Invoice | 1558 | Jesse Craig:Generations | | $51,884.14 | Overdue on 10/4/22 Partially paid, $134.14 due |
| 3/24/22 | Invoice | 1536 | Jesse Craig:Generations | | $116,994.23 | Paid |
| 2/24/22 | Invoice | 1532 | Jesse Craig:Generations | | $90,250.79 | Paid |
| 1/25/22 | Invoice | 1531 | Jesse Craig:Generations | | $94,957.77 | Paid |
| 1/3/22 | Invoice | 1529 | Jesse Craig:Generations | | $113,998.06 | Paid |
| 12/26/21 | Invoice | 1528 | Jesse Craig:Generations | | $28,505.07 | Paid |
| 11/18/21 | Invoice | 1524 | Jesse Craig:Generations | | $28,499.98 | Paid |
| 10/18/21 | Invoice | 1516 | Jesse Craig:Generations | | $108,000.00 | Paid |
| 9/22/21 | Invoice | 1514 | Jesse Craig:Generations | | $67,500.00 | Paid |
| 7/26/21 | Invoice | 1499 | Jesse Craig:Generations | | $58,500.00 | Paid |
| 6/1/21 | Invoice | 1497 | Jesse Craig:Generations | | $116,968.75 | Paid |

1-11 of 11

# PAYMENT APPLICATION

| TO: | Generations on 1st. | PROJECT: | Generations | Application # | 4 | Distribution To: |
| | 26 1st. Ave. N | | 26 1st Ave. SW. | Period Start | 6/1/2021 | ☑ Owner |
| | Fargo, ND 58102 | | Watertown, SD 57201 | Period End | | ☐ Accounting |
| | | | | Application Date | 9/14/2022 | ☐ Architect |
| FROM: | Kloos Electric | | | Subcontract # | | ☐ Owner's Rep. |
| | 311 27th St. NW | | | Date of Contract | 4/5/2021 | |
| | Watertown, SD 57201 | | | | | |
| | | VIA CONTRUCTION MANAGER: | | Prevail, LLC | | |
| FOR: | | VIA ARCHITECT: | | TL Stroh Architect | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entilted to this payment.

| 1 CONTRACT AMOUNT | $ 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | $30,911.48 |
| 3 CURRENT CONTRACT AMOUNT   (Line 1 + Line 2) | $875,994.23 |
| 4 TOTAL COMPLETED AND STORED   (Column G on Continuation Page) | $ 875,994.23 |

CONTRACTOR:                    Kloos Electric

By: _[signature]_                    Date: 9-14-22

5 RETAINAGE:
  a.  5%  of completed work    $   -
    (Columns D+E on Continuation Page)
  b.  10% of Material Stored    $   -
    (Column F on Continuation Page)
  Total Retainage (Line 5a + 5b or
    column I on Continuation Page)    $   -

| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE   (Line 4 Minus Line 5 Total) | $ 824,244.23 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS   (Line 6 from Prior Application) | $ 824,244.23 |
| 8 PAYMENT DUE | $ 51,750.00 |
| 9 BALANCE TO COMPLETION   (Line 3 Minus Line 6) | $ - |

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
| --- | --- | --- |
| Total changes approved in previous months | $30,911.48 | |
| Total changes approved this month | | |
| TOTALS | $30,911.48 | $0.00 |
| NET CHANGES | $30,911.48 | |

RRSB Kloos Electric SD Subpoena 0331

Page 1

# PAYMENT APPLICATION

| | | | | |
|---|---|---|---|---|
| TO: | Generations on 1st.<br>26 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | **Generations**<br>**26 1st Ave. SW.**<br>**Watertown, SD 57201** | |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | |

| | |
|---|---|
| Application # | 4 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 2/24/2022 |
| Subcontract #: | |
| Date of Contract | 4/5/2021 |

Distribution To:
- [✓] Owner
- [ ] Accounting
- [ ] Architect
- [ ] Owner's Rep.

FOR:

VIA CONTRUCTION MANAGER:    Prevail, LLC
VIA ARCHITECT:    TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | $30,911.48 |
| 3 CURRENT CONTRACT AMOUNT   (Line 1 + Line 2) | | $875,994.23 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 875,994.23 |
| 5 RETAINAGE:<br>a.  5%  of completed work<br>(Columns D+E on Continuation Page) | $ | 4,750.00 |
| b.  10% of Material Stored<br>(Column F on Continuation Page) | $ | - |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | $ | 51,750.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $ | 824,244.23 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 707,250.00 |
| 8 PAYMENT DUE | $ | 116,994.23 |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $ | - |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:    Kloos Electric

By: _____    Date: 3-28-22

### Certification    [ ] Required    [ ] Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____    Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____    Date: _____

ARCHITECT:

By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $30,911.48 | |
| Total changes approved this month | | |
| TOTALS | $30,911.48 | $0.00 |
| NET CHANGES | $30,911.48 | |

RRSB Kloos Electric SD Subpoena 0332

Page 1

# PAYMENT APPLICATION

| TO: | Generations on 1st. 26 1st. Ave. N Fargo, ND 58102 | PROJECT: | **Generations** **26 1st Ave. SW.** **Watertown, SD 57201** | Application # | 4 | Distribution To: |
|---|---|---|---|---|---|---|
| | | | | Period Start | 6/1/2021 | ☑ Owner |
| | | | | Period End | | ☐ Accounting |
| FROM: | Kloos Electric 311 27th St. NW Watertown, SD 57201 | | | Application Date | 2/24/2022 | ☐ Architect |
| | | | | Subcontract #: | | ☐ Owner's Rep. |
| | | | | Date of Contract | 4/5/2021 | |
| FOR: | | VIA CONTRUCTION MANAGER: | | Prevail, LLC | | |
| | | VIA ARCHITECT: | | TL Stroh Architect | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | $30,911.48 |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $875,994.23 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 759,000.00 |
| 5 RETAINAGE: | | |
| a.  5%  of completed work (Columns D+E on Continuation Page) | $          4,750.00 | |
| b.  10% of Material Stored (Column F on Continuation Page) | $             - | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | $ | 51,750.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 707,250.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 617,000.00 |
| 8 PAYMENT DUE | $ | 90,250.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $168,744.23 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $30,911.48 | |
| Total changes approved this month | | |
| TOTALS | $30,911.48 | $0.00 |
| NET CHANGES | $30,911.48 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:                    Kloos Electric

By:                                                    Date: 2-24-22

### Certification          ☐ Required          ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount                                    Date:

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By:                                                    Date:
ARCHITECT:
By:                                                    Date:

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Kloos Electric SD Subpoena 0337

Page 1

# PAYMENT APPLICATION

| | | |
|---|---|---|
| TO: | Generations on 1st.<br>26 1st. Ave. N<br>Fargo, ND 58102 | |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | |
| FOR: | | |

**PROJECT:** Generations
26 1st Ave. SW.
Watertown, SD 57201

| | |
|---|---|
| Application # | 4 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 1/25/2022 |
| Subcontract # | |
| Date of Contract | 4/5/2021 |

VIA CONTRUCTION MANAGER:   Prevail, LLC
VIA ARCHITECT:   TL Stroh Architect

**Distribution To:**
- [✓] Owner
- [ ] Accounting
- [ ] Architect
- [ ] Owner's Rep.

RRSB Kloos Electric SD Subpoena 0038

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | | $30,911.48 |
| 3 CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | | $875,994.23 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $ | 664,000.00 |
| 5 RETAINAGE: | | | |
| a. 5% of completed work<br>(Columns D+E on Continuation Page) | | | |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | | $ | - |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $ | 47,000.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $ | 617,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | | $ | 522,000.00 |
| 8 PAYMENT DUE | | $ | 95,000.00 |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | | $258,994.23 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $30,911.48 | |
| Total changes approved this month | | |
| TOTALS | $30,911.48 | $0.00 |
| NET CHANGES | $30,911.48 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:    Kloos Electric

By: _____    Date: 1-25-22

### Certification    [ ] Required    [ ] Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____    Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

# PAYMENT APPLICATION

| TO: | Generations on 1st. | PROJECT: | **Generations** | Application # | 4 | Distribution To: |
| | 26 1st. Ave. N | | **26 1st Ave. SW.** | Period Start | 6/1/2021 | ☑ Owner |
| | Fargo, ND 58102 | | **Watertown, SD 57201** | Period End | | ☐ Accounting |
| | | | | Application Date | 12/26/2021 | ☐ Architect |
| FROM: | Kloos Electric | | | Subcontract # | | ☐ Owner's Rep. |
| | 311 27th St. NW | | | Date of Contract | 4/5/2021 | |
| | Watertown, SD 57201 | | | | | |
| | | | VIA CONTRUCTION MANAGER: | Prevail, LLC | | |
| FOR: | | | VIA ARCHITECT: | TL Stroh Architect | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | $30,911.48 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $875,994.23 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 564,000.00 |
| 5 RETAINAGE: | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ | - |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | $ | 42,000.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 522,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 414,000.00 |
| 8 PAYMENT DUE | $ | 114,000.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $353,994.23 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $30,911.48 | |
| Total changes approved this month | | |
| TOTALS | $30,911.48 | $0.00 |
| NET CHANGES | $30,911.48 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entilted to this payment.

CONTRACTOR:     Kloos Electric

By:     Date: 12-26-21

### Certification     ☐ Required     ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _ _ _ _ _ _ _ _ _ _ _ _ Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____ Date: _____

ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Kloos Electric SD Subpoena 0343

Page 1

# PAYMENT APPLICATION

| TO: | Generations on 1st. | PROJECT: | **Generations** | Application # | 4 |
| | 26 1st. Ave. N | | **26 1st Ave. SW.** | Period Start | 6/1/2021 |
| | Fargo, ND 58102 | | **Watertown, SD 57201** | Period End | |
| | | | | Application Date | 11/30/2021 |
| FROM: | Kloos Electric | | | Subcontract #: | |
| | 311 27th St. NW | | | Date of Contract | 4/5/2021 |
| | Watertown, SD 57201 | | | | |

VIA CONTRUCTION MANAGER:   Prevail, LLC
FOR:   VIA ARCHITECT:   TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations incurred under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | | $0.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | | $845,082.75 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | | $ | 450,000.00 |

CONTRACTOR:   Kloos Electric

By: _[signature]_   Date: 11-30-21

5 RETAINAGE:
a. 5% of completed work   $   1,500.00
   (Columns D+E on Continuation Page)
b. 10% of Material Stored   $   -
   (Column F on Continuation Page)
Total Retainage (Line 5a + 5b or
   column I on Continuation Page)   $34,500.00

| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 414,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | $ | 28,500.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $ | 395,082.75 |

## Certification   ☐ Required   ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _ _ _ _ _ _ _ _ _   Date: _ _ _ _ _ _

_(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)_

GENERAL CONTRACTOR:
By: _____   Date: _____
ARCHITECT:
By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB Kloos Electric SD Subpoena 0344

Page 1

# PAYMENT APPLICATION

| TO: | Generations on 1st. 26 1st. Ave. N Fargo, ND 58102 | PROJECT: | Generations 26 1st Ave. SW. Watertown, SD 57201 | Application # | 4 |
|---|---|---|---|---|---|
| | | | | Period Start | 6/1/2021 |
| | | | | Period End | |
| FROM: | Kloos Electric 311 27th St. NW Watertown, SD 57201 | | | Application Date | 10/27/2021 |
| | | | | Subcontract #: | |
| | | | | Date of Contract | 4/5/2021 |

Distribution To:
- [x] Owner
- [ ] Accounting
- [ ] Architect
- [ ] Owner's Rep.

| FOR: | | VIA CONTRUCTION MANAGER: | Prevail, LLC |
|---|---|---|---|
| | | VIA ARCHITECT: | TL Stroh Architect |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| 1 CONTRACT AMOUNT | | $ | 845,082.75 |
|---|---|---|---|
| 2 SUM OF ALL CHANGE ORDERS | | | $0.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | | $845,082.75 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | | $ | 420,000.00 |

5 RETAINAGE:
| a. 5% of completed work (Columns D+E on Continuation Page) | $ | 1,500.00 |
|---|---|---|
| b. 10% of Material Stored (Column F on Continuation Page) | $ | - |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | |
| | | $34,500.00 |

| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 385,500.00 |
|---|---|---|
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | $ | 28,500.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $ 425,082.75 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Kloos Electric

By: _[signature]_     Date: 10-27-21

### Certification   [ ] Required   [ ] Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____ Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB-Kloos Electric SD Subpoena 0361

RRSB Kloos Electric SD Subpoena 0367

| TO: | Generations on 1st.<br>26 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | Generations<br>**26 1st Ave. SW.**<br>**Watertown, SD 57201** | Application # | 4 | Distribution To: |
|---|---|---|---|---|---|---|
| | | | | Period Start | 6/1/2021 | ☑ Owner |
| | | | | Period End | | ☐ Accounting |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | Application Date | 9/21/2021 | ☐ Architect |
| | | | | Subcontract # | | ☐ Owner's Rep. |
| | | | | Date of Contract | 4/5/2021 | |

FOR:

VIA CONTRUCTION MANAGER:    Prevail, LLC
VIA ARCHITECT:    TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 845,082.75 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $0.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $845,082.75 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 390,000.00 |
| 5 **RETAINAGE:** | | |
| a.  5% of completed work (Columns D+E on Continuation Page) | $ | 6,000.00 |
| b.  10% of Material Stored (Column F on Continuation Page) | $ | - |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $33,000.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | $ | 357,000.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | | |
| 8 **PAYMENT DUE** | $ | 108,000.00 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $ | 455,082.75 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:    Kloos Electric

By: _____    Date: 9-21-21

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____    Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

# PAYMENT APPLICATION

| TO: | Generations on 1st. 26 1st. Ave. N Fargo, ND 58102 | PROJECT: | **Generations 26 1st Ave. SW. Watertown, SD 57201** | | |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Application # | 1 | | Distribution To: | |
| Period Start | 6/1/2021 | | ☑ Owner | |
| Period End | | | ☐ Accounting | |
| Application Date | 8/26/2021 | | ☐ Architect | |
| Subcontract # | | | ☐ Owner's Rep. | |
| Date of Contract | 4/5/2021 | | | |

FROM: Kloos Electric
311 27th St. NW
Watertown, SD 57201

FOR:

VIA CONTRUCTION MANAGER:     Prevail, LLC
VIA ARCHITECT:     TL Stroh Architect

*(right margin vertical text)* RRSB Kloos Electric SD Subpoena 0368

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ | 845,082.75 |
| 2 **SUM OF ALL CHANGE ORDERS** | | | $0.00 |
| 3 **CURRENT CONTRACT AMOUNT**  (Line 1 + Line 2) | | | $845,082.75 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | | $ | 270,000.00 |
| 5 **RETAINAGE:** | | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | $ | - | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ | 7,500.00 | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | | $27,000.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $ | 243,000.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | | | |
| 8 **PAYMENT DUE** | | $ | 67,500.00 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | | $ | 575,082.75 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entilted to this payment.

CONTRACTOR: _Kloos Electric_

By: _(signature)_      Date: 8-26-21

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _ _ _ _ _ _ _ _ _ _ _ _ _ _   Date: _ _ _ _ _ _

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

# PAYMENT APPLICATION

| | | |
|---|---|---|
| TO: | Generations on 1st.<br>26 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | |
| FOR: | | |

**Generations**
**26 1st Ave. SW.**
**Watertown, SD 57201**

| | |
|---|---|
| Application # | 1 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 7/26/2021 |
| Subcontract #: | |
| Date of Contract | 4/5/2021 |

**Distribution To:**
- [✓] Owner
- [ ] Accounting
- [ ] Architect
- [ ] Owner's Rep.

VIA CONTRUCTION MANAGER:    Prevail, LLC
VIA ARCHITECT:    TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ 845,082.75 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $0.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $845,082.75 |
| 4 **TOTAL COMPLETED AND STORED**<br>(Column G on Continuation Page) | | $ 195,000.00 |
| 5 **RETAINAGE:** | | |
| a. 5% of completed work<br>(Columns D+E on Continuation Page) | $ | - |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | $ 6,500.00 | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $19,500.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE**<br>(Line 4 Minus Line 5 Total) | | $ 175,500.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS**<br>(Line 6 from Prior Application) | | |
| 8 **PAYMENT DUE** | | $ 58,500.00 |
| 9 **BALANCE TO COMPLETION**<br>(Line 3 Minus Line 6) | $ 650,082.75 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:    Kloos Electric

By: _____    Date: 7-26-21

### Certification    [ ] Required    [ ] Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____    Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB-Kloos Electric SD Subpoena 0369

| TO: | Generations on 1st.<br>1405 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | Generations<br>26 1st Ave. SW.<br>Watertown, SD 57201 | | |
|---|---|---|---|---|---|

**FROM:** Kloos Electric
311 27th St. NW
Watertown, SD 57201

**FOR:**

| | |
|---|---|
| Application # | 1 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 4/28/2021 |
| Subcontract #: | |
| Date of Contract | 4/5/2021 |

**Distribution To:**
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

VIA CONTRUCTION MANAGER:  Prevail, LLC
VIA ARCHITECT:  TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | $0.00 |
| 3 CURRENT CONTRACT AMOUNT  (Line 1 + Line 2) | | $845,082.75 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | |
| 5 RETAINAGE: | | |
| a.  5% of completed work<br>(Columns D+E on Continuation Page) | $ | - |
| b.  10% of Material Stored<br>(Column F on Continuation Page) | $ | 13,000.00 |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $ | 13,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | | $117,000.00 |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $ | 715,082.75 |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entiltled to this payment.

CONTRACTOR:   Kloos Electric

By: _____    Date: 5-10-21

### Certification   ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _ _ _ _ _ _ _ _ _ _ _ _    Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initall all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSR-Kloos Electric SD Subpoena 0370

Payment application containing Contractor's signature is attached.

| APPLICATION # | 1 |
|---|---|
| DATE OF APPLICATION | |
| PERIOD THRU | 11/24/2020 |
| SUBCONTRACT # | |

| A | B | C | D | E | F | G | PERCENT COMPLETE (G/C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Deposit | $ 845,082.75 | $ - | $ - | $ 130,000.00 | $ 130,000.00 | 15% | $ 715,082.75 | $ 13,000.00 |
| 02 | | | | | | $ - | | $ - | |
| 03 | | | | | | $ - | | $ - | |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | | $ - | $ - | $ 130,000.00 | $ 130,000.00 | 0% | $ 715,082.75 | $ 13,000.00 |

Generations payment request

RRSB-Kloos-Electric-SD-Subpoena-0371



**KLOOS ELECTRIC**

311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

## Estimate:  Generations on 1st

## Date:        4/5/2021

| | |
|---|---|
| 3 | 800A main breaker meter banks. |
| | two for residential units. |
| | one for house panel and senior center panels |
| 1 | Elevator with 200A three phase service disconnect with shunt trip. |
| 72 | 150A panels for each apartment. |
| 1 | Fire alarm system |
| 1 | 16 channel camera system. |
| 1 | State electrical certificate |

Apartments will include baseboard heat, wall AC outlet, stove, microwave, washer and dryer.
Outlets and lighting to NEC code.
No ceiling fans or remotes will be provided. Any and all other lighting will be provided.

|  |  |
|---|---|
| | $    780,518.47 |

Alternate 1:    Wire Kitchen area.
Pipe and install 200A three phase panel. Wire outlets, lights,
hoods, walkin cooler, freezer, roof vents and roof ac units.          $      30,911.48

Aleternate 2:   Wire common areas. Install lights
Install 200A three phase panel. Wire outlet, lights, exit lights, secondary
kitchen, game rooms, and bath rooms.                               $      64,564.28

Total:    $    875,994.23

accepted by:                                8/4/21

*This estimate is confidential and shall not be shared with competitors.*
*This estimate is base on pricing as of 3/8/21 during COVID-19 crisis. Prices of material may increase prior*
*to commencement of project. Pricing will be accessed, reevaluated and adjusted accordingly.*

RRSB-Kloos Electric SD Subpoena 0345



## KLOOS ELECTRIC
311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

**Estimate: Generations on 1st**
**Door control**
**Date:        1/16/2022**

Safe-N-Secure estimate based on conversations with Mindy Craig.
**4-Total door controlers.** (N. entry door, N. stairwell door from lobby, N. door to
garage, and Door control keypad in elevator to gain access to apartment floors)
Electrical conduit and material included.
Electrical labor included.

Total:                $        12,223.73

*Please note that all estimates are good for a period of 7 days, after that time the original estimate will be re-
accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.*
RRSB-Kloos Electric SD Subpoena 0377

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
(605) 881-5859
klooselectric@outlook.com



## INVOICE

BILL TO
Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| INVOICE | 1524 |
| DATE | 11/18/2021 |
| TERMS | Net 15 |
| DUE DATE | 12/03/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/05/2021 | Materials<br>wire generations apartments | 0.0325329 | 780,518.47 | 25,392.53 |
| 04/05/2021 | Materials<br>Alt # 1<br>Wire kitchen area. | 0.032547 | 30,911.48 | 1,006.08 |
| 04/05/2021 | Materials<br>Alt # 2<br>Wire common areas of senior center | 0.032547 | 64,564.28 | 2,101.37 |

| | |
|---|---|
| PAYMENT | 28,499.98 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

# Kloos Electric LLC

| | Type | | | Status | | Delivery Method | Date | Customer |
|---|---|---|---|---|---|---|---|---|
| | Money received | | | All statuses | | | All | All |

| Date | Type | No. | From / To | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 1/3/23 | Payment | 11144 | Jesse Craig:Generations | | $51,750.00 | Closed |
| 4/11/22 | Payment | 115 | Jesse Craig:Generations | | $116,994.23 | Paid $38.33 credit |
| 3/14/22 | Payment | 39474 | Jesse Craig:Generations | | $95,000.00 | Closed |
| 3/14/22 | Payment | 39652 | Jesse Craig:Generations | | $90,250.00 | Closed |
| 1/3/22 | Payment | 39279 | Jesse Craig:Generations | | $114,000.00 | Closed |
| 12/17/21 | Payment | 39130 | Jesse Craig:Generations | | $28,500.00 | Closed |
| 11/18/21 | Payment | 38994 | Jesse Craig:Generations | | $28,500.00 | Closed |
| 10/18/21 | Payment | 388.15 | Jesse Craig:Generations | | $108,000.00 | Closed |
| 9/15/21 | Payment | 38665 | Jesse Craig:Generations | | $67,500.00 | Closed |
| 9/14/21 | Payment | 38541 | Jesse Craig:Generations | | $58,500.00 | Closed |
| 6/23/21 | Payment | | Jesse Craig:Generations | | $116,968.75 | Closed |

1-11 of 11

DATE:1
PAYEE:KLOOS ELECTRIC
BANK:Craig Development LLC(1125)

Property

| Invoice - Date | Description | Amount |
|---|---|---|
| 11/01/2022 | | 51,750.00 |
| | | 51,750.00 |

1405

---

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11144

77-7869/2913

\*\*\*\* FIFTY ONE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

11/01/22        $51,750.00\*\*

TO THE
ORDER OF

KLOOS ELECTRIC
311 27TH ST NW
WATERTOWN, SD    57201

Business Account

**NON-NEGOTIABLE**

_____
Authorized Signature

RRSB-Kloos Electric SD Subpoena 0349

DATE:12/07/21  CK#:39130  TOTAL:$28,500.00**  BANK:Craig Properties, LLC(1120)
PAYEE:KLOOS ELECTRIC

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 12/07/2021 | | 28,500.00 |
| | | | 28,500.00 |

DATE:11/08/21   CK#:38994   TOTAL:$28,500.00**   BANK:1120 - Craig Properties, LLC
PAYEE:KLOOS ELECTRIC(kloos)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 28,500.00 |
| | | | | 28,500.00 |

RRSB-Kloos Electric SD Subpoena 0354

DATE:02/07/22   CK#:39474   TOTAL:$95,000.00*   BANK:Craig Properties, LLC(1120)
PAYEE:KLOOS ELECTRIC

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 02/07/2022 | | 95,000.00 |
| | | | 95,000.00 |

DATE:01/03/22   CK#:39279   TOTAL:$114,000.00*   BANK:Craig Properties, LLC(1120)
PAYEE:KLOOS ELECTRIC

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 01/03/2022 | | 114,000.00 |
| | | | 114,000.00 |

DATE:03/08/22
PAYEE:KLOOS ELECTRIC

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 03/08/2022 | | 90,250.00 |
| | | | 90,250.00 |

DATE:04/02/22   CK#:115   TOTAL:$116,994.23*   BANK:The Ruins, LLC(ruins)
PAYEE:KLOOS ELECTRIC

| Property | Invoice - Date | Description | Amount |
|---|---|---|---|
| p0000001 | 04/02/2022 | | 116,994.23 |
| | | | 116,994.23 |

RRSB-Kloos Electric SD Subpoena 0357

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD 57201

Dated this 14 day of March , 22.

**AMOUNT: $[Enter Amount]**
[Enter Memo Info]

[Enter Creditor Name]

FULL _____

PARTIAL _____X_____

Kloos Electric LLC
By: _____
Its: owner
Address: 311 27th St NW
Watertown, SD 57201
Phone Number: 605-881-5839

## PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

RRSB-Kloos Electric SD Subpoena 0335

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

**315 East Kemp, Watertown, SD  57201**

Dated this __14__ day of __March__ , __22__.

**AMOUNT:  $[Enter Amount]**
**[Enter Memo Info]**

[Enter Creditor Name]

FULL _____

PARTIAL ___X___

Kloos Electric LLC
By: _Paul_
Its: owner
Address: 311 27th St NW
Watertown, SD 57201
Phone Number: 605-881-5859

## PLEASE SIGN AND RETURN TO:
**Craig Development, LLC**
**1405 1 Ave N**
**Fargo, ND  58102**

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD  57201

Dated this _16_ day of _December_, _2021_

AMOUNT: $ _28,500_

Paid to: _Kloos Electric_

FULL _____

PARTIAL _X_

By: _____
Its: _owner Rick Kloos_
Address: _311 27th St NW_
_Watertown, SD 57201_
Phone Number: _605-881-5350_

**PLEASE SIGN AND RETURN TO:**
Craig Development
1405 1st Ave N
Fargo, ND 58102

RRSB-Kloos Electric SD Subpoena 0352

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 18 day of october, 21.

AMOUNT: $ 108,000                    Paid to: Kloos Electric

FULL _____

PARTIAL ___X___

By: Kloos electric
Its: owner
Address: 311 27th St NW
watertown, SD 57201
Phone Number: 605-881-5859

**PLEASE SIGN AND RETURN TO:**
Craig Development
1405 1st Ave N
Fargo, ND 58102

mailed 11/1/21

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 18 day of November , 2021

AMOUNT: $ 28,800.00

Paid to: _____

FULL _____

PARTIAL ✓

By: Rick Kloos
Its: Owner
Address: 311 27th St NW
Watertown, SD 57201
Phone Number: 605-351-8669

**PLEASE SIGN AND RETURN TO:**
Craig Development
1405 1st Ave N
Fargo, ND 58102

RRSB-Kloos Electric SD Subpoena 0360

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title .
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 18 day of November 2021

AMOUNT: $28,800.00

Paid to: _____

FULL _____

PARTIAL ___✓___

By: Rick Kloos
Its: Owner
Address: 311 27th St NW
Watertown, SD 57201
Phone Number: 605-881-8669

**PLEASE SIGN AND RETURN TO:**
Craig Development
1405 1st Ave N
Fargo, ND 58102

RRSB-Kloos Electric SD Subpoena 0375

# **<u>Exhibit C</u>**

# **Kloos Electric LLC**

# **Parkside Project**
## **Payment Applications**
## **Estimate and Invoices**
## **Payment Records**
## **Lien Waiver**

# PAYMENT APPLICATION

| TO: | Parkside Place LLC<br>1405 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | **Parkside Place**<br>**8 2nd St NE**<br>**Watertown, SD 57201** | Application # | 1 | Distribution To: |
|---|---|---|---|---|---|---|
| | | | | Period Start | 11/24/2020 | ☑ Owner |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | Period End | | ☐ Accounting |
| | | | | Application Date | 7/26/2021 | ☐ Architect |
| | | | | Subcontract #: | | ☐ Owner's Rep. |
| | | | | Date of Contract | 11/24/2020 | |

| FOR: | | VIA CONTRUCTION MANAGER: | Prevail, LLC |
|---|---|---|---|
| | | VIA ARCHITECT: | TL Stroh Architect |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| 1 CONTRACT AMOUNT | $ 275,000.00 |
|---|---|
| 2 SUM OF ALL CHANGE ORDERS | $0.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | $275,000.00 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ 275,000.00 |

CONTRACTOR:  Kloos Electric

By: _[signature]_     Date: 11-13-21

5 RETAINAGE:
a. 5% of completed work    $  -
(Columns D+E on Continuation Page)
b. 10% of Material Stored    $  -
(Column F on Continuation Page)
Total Retainage (Line 5a + 5b or
column I on Continuation Page)

| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ 275,000.00 |
|---|---|
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | |
| 8 PAYMENT DUE | $5,000.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $0.00 |

**Certification**   ☐ Required   ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount  _____  Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____  Date: _____
ARCHITECT:
By: _____  Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB-Kloos Electric SD Subpoena 0106

Page 1

# PAYMENT APPLICATION

| TO: | Parkside Place LLC<br>1405 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | **Parkside Place**<br>**8 2nd St NE**<br>**Watertown, SD 57201** | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 1<br>11/24/2020<br><br>7/26/2021<br><br>11/24/2020 | Distribution To:<br>☑ Owner<br>☐ Accounting<br>☐ Architect<br>☐ Owner's Rep. |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | | | |
| FOR: | | VIA CONTRUCTION MANAGER:<br>VIA ARCHITECT: | | Prevail, LLC<br>TL Stroh Architect | | |

RR-SB-Kloos Electric SD Subpoena 0107

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ 275,000.00 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $0.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $275,000.00 |
| 4 **TOTAL COMPLETED AND STORED**<br>(Column G on Continuation Page) | | $ 275,000.00 |
| 5 **RETAINAGE:** | | |
| a. 5% of completed work<br>(Columns D+E on Continuation Page) | $ - | |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | $ - | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $5,000.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE**<br>(Line 4 Minus Line 5 Total) | | $ 270,000.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS**<br>(Line 6 from Prior Application) | | |
| 8 **PAYMENT DUE** | | $57,375.01 |
| 9 **BALANCE TO COMPLETION**<br>(Line 3 Minus Line 6) | $5,000.00 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous<br>months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that:
(1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Kloos Electric

By: _[signature]_ Date: 7-26-21

### Certification ☐ Required ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** — — — — — — — — — — Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

# PAYMENT APPLICATION

| | | |
|---|---|---|
| TO: | Parkside Place LLC<br>1405 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | |
| FOR: | | |

**PROJECT:** Parkside Place<br>**8 2nd St NE**<br>Watertown, SD 57201

| | |
|---|---|
| Application # | 1 |
| Period Start | 11/24/2020 |
| Period End | |
| Application Date | 11/24/2020 |
| Subcontract #: | |
| Date of Contract | 11/24/2020 |

**Distribution To:**
- [✓] Owner
- [ ] Accounting
- [ ] Architect
- [ ] Owner's Rep.

VIA CONTRUCTION MANAGER:    Prevail, LLC
VIA ARCHITECT:    TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ 275,000.00 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $0.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $275,000.00 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | | $ 236,250.00 |
| 5 **RETAINAGE:** | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | $ - | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ 9,000.00 | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $23,625.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $ 212,625.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | | |
| 8 **PAYMENT DUE** | | $81,000.00 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $62,375.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entilted to this payment.

CONTRACTOR:    Kloos Electric

By:    Date: 4-18-21

### Certification    [ ] Required    [ ] Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    Date:

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By:    Date:
ARCHITECT:
By:    Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| **TOTALS** | $0.00 | $0.00 |
| **NET CHANGES** | $0.00 | |

RRSR Kloos Electric SD Subpoena 0109

Payment application containing Contractor's signature is attached.

APPLICATION # 1
DATE OF APPLICATION
PERIOD THRU 11/24/2020
SUBCONTRACT #

RRSB-Kloos Electric SD-Subpoena 0110

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Down payment | $ 275,000.00 | $ - | $ - | $ 41,250.00 | $ 41,250.00 | 15% | $ 233,750.00 | $ 4,125.00 |
| 02 | materials purchased and labor | $ 233,750.00 | | | $ 75,000.00 | $ 75,000.00 | | $ 158,750.00 | $ 7,500.00 |
| 03 | materials purchased and labor | $ 158,750.00 | | | $ 30,000.00 | $ 30,000.00 | | $ 128,750.00 | $ 3,000.00 |
| 04 | materials purchased and labor | $ 143,375.00 | | | $ 90,000.00 | $ 90,000.00 | | $ 53,375.00 | $ 9,000.00 |
| 05 | | | | | | $ - | | $ - | $ - |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | | $ - | $ - | $ 236,250.00 | $ 236,250.00 | 0% | $ 574,625.00 | $ 23,625.00 |

Parkside payment request

# PAYMENT APPLICATION

| TO: | Parkside Place LLC<br>1405 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | **Parkside Place**<br>**8 2nd St NE**<br>**Watertown, SD 57201** |
|---|---|---|---|

| | |
|---|---|
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 |

| | |
|---|---|
| Application # | 1 |
| Period Start | 11/24/2020 |
| Period End | |
| Application Date | 11/24/2020 |
| Subcontract #: | |
| Date of Contract | 11/24/2020 |

**Distribution To:**
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

FOR:

VIA CONTRUCTION MANAGER:   Prevail, LLC
VIA ARCHITECT:   TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 275,000.00 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $0.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $275,000.00 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 146,250.00 |
| 5 **RETAINAGE:** | | |
|    a. 5% of completed work (Columns D+E on Continuation Page) | $ | - |
|    b. 10% of Material Stored (Column F on Continuation Page) | | |
|    Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $14,625.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $131,625.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | | |
| 8 **PAYMENT DUE** | | $27,000.00 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $143,375.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entilted to this payment.

CONTRACTOR: _Kloos Electric_

By: _[signature]_     Date: 3-25-21

### Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____    Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB-Kloos Electric SD Subpoena 0115

Payment application containing Contractor's signature is attached.

| | | | APPLICATION # | 1 |
| | | | DATE OF APPLICATION | 11/24/2020 |
| | | | PERIOD THRU | |
| | | | SUBCONTRACT # | |

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Down payment | $ 275,000.00 | $ - | $ - | $ 41,250.00 | $ 41,250.00 | 15% | $ 233,750.00 | $ 4,125.00 |
| 02 | materials purchased and labor | $ 233,750.00 | | | $ 75,000.00 | $ 75,000.00 | | $ 158,750.00 | $ 7,500.00 |
| 03 | materials purchased and labor | | | | $ 30,000.00 | $ 30,000.00 | | $ (30,000.00) | $ 3,000.00 |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | | $ - | $ - | $ 146,250.00 | $ 146,250.00 | 0% | $ 362,500.00 | $ 14,625.00 |

Parkside payment request

RRSB-Kloos Electric Subpoena 0116

# PAYMENT APPLICATION

| TO: | Parkside Place LLC<br>1405 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | **Parkside Place**<br>**8 2nd St NE**<br>**Watertown, SD 57201** | Application # | 2 | Distribution To: |
|---|---|---|---|---|---|---|
| | | | | Period Start | | ☑ Owner |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | Period End | | ☐ Accounting |
| | | | | Application Date | 2/10/2021 | ☐ Architect |
| | | | | Subcontract #: | | ☐ Owner's Rep. |
| | | | | Date of Contract | 11/24/2020 | |
| FOR: | | VIA CONTRUCTION MANAGER: | Prevail, LLC | | | |
| | | VIA ARCHITECT: | TL Stroh Architect | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| | | | |
|---|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ 275,000.00 | |
| 2 **SUM OF ALL CHANGE ORDERS** | | $0.00 | |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $275,000.00 | |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | | $ 116,250.00 | |

CONTRACTOR:  Kloos Electric

By: _____    Date: 2-10-21

5 **RETAINAGE:**
 a. 5% of completed work    $    -
    (Columns D+E on Continuation Page)
 b. 10% of Material Stored    $  11,625.00
    (Column F on Continuation Page)
 Total Retainage (Line 5a + 5b or
 column I on Continuation Page)    $11,625.00

6 **TOTAL COMPLETED AND STORED LESS RETAINAGE**    $104,625.00
 (Line 4 Minus Line 5 Total)

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

7 **LESS PREVIOUS PAYMENT APPLICATIONS**
 (Line 6 from Prior Application)

8 **PAYMENT DUE**    $ 67,500.00

9 **BALANCE TO COMPLETION**    $ 158,750.00
 (Line 3 Minus Line 6)

**Certified Amount** _____    Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB-Kloos Electric SD Subpoena-0118

Page 1

Payment application containing Contractor's signature is attached.

APPLICATION #  1
DATE OF APPLICATION  11/24/2020
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Down payment | $ 275,000.00 | $     - | $     - | $ 41,250.00 | $ 41,250.00 | 15% | $ 233,750.00 | $ 4,125.00 |
| 02 | Material purchase and Labor | $ 233,750.00 | | | $ 75,000.00 | $ 75,000.00 | 32% | $ 158,750.00 | $ 7,500.00 |
| 03 | | | | | | $ - | | $ - | $ - |
| 04 | | | | | | $ - | | $ - | $ - |
| 05 | | | | | | $ - | | $ - | $ - |
| 06 | | | | | | $ - | | $ - | $ - |
| 07 | | | | | | $ - | | $ - | $ - |
| 08 | | | | | | $ - | | $ - | $ - |
| 09 | | | | | | $ - | | $ - | $ - |
| 10 | | | | | | $ - | | $ - | $ - |
| 11 | | | | | | $ - | | $ - | $ - |
| 12 | | | | | | $ - | | $ - | $ - |
| 13 | | | | | | $ - | | $ - | $ - |
| 14 | | | | | | $ - | | $ - | $ - |
| 15 | | | | | | $ - | | $ - | $ - |
| 16 | | | | | | $ - | | $ - | $ - |
| 17 | | | | | | $ - | | $ - | $ - |
| 18 | | | | | | $ - | | $ - | $ - |
| 19 | | | | | | $ - | | $ - | $ - |
| 20 | | | | | | $ - | | $ - | $ - |
| 21 | | | | | | $ - | | $ - | $ - |
| 22 | | | | | | $ - | | $ - | $ - |
| 23 | | | | | | $ - | | $ - | $ - |
| 24 | | | | | | $ - | | $ - | $ - |
| 25 | | | | | | $ - | | $ - | $ - |
| 26 | | | | | | $ - | | $ - | $ - |
| 27 | | | | | | $ - | | $ - | $ - |
| 28 | | | | | | $ - | | $ - | $ - |
| 29 | | | | | | $ - | | $ - | $ - |
| 30 | | | | | | $ - | | $ - | $ - |
| 31 | | | | | | $ - | | $ - | $ - |
| 32 | | | | | | $ - | | $ - | $ - |
| 33 | | | | | | $ - | | $ - | $ - |
| 34 | | | | | | $ - | | $ - | $ - |
| 35 | | | | | | $ - | | $ - | $ - |
| 36 | | | | | | $ - | | $ - | $ - |
| 37 | | | | | | $ - | | $ - | $ - |
| 38 | | | | | | $ - | | $ - | $ - |
| | SUB-TOTALS | | $     - | $     - | $ 116,250.00 | $ 116,250.00 | 0% | $ 158,750.00 | $ 11,625.00 |

RRSB-Kloos Electric SD Subpoena 0119

Copy of Parkside payment request(14934)

1 of 1

# PAYMENT APPLICATION

| TO: | Parkside Place LLC<br>1405 1st. Ave. N<br>Fargo, ND 58102 | PROJECT: | Parkside Place<br>8 2nd St NE<br>Watertown, SD 57201 | Application # | 1 |
|---|---|---|---|---|---|
| | | | | Period Start | 11/24/2020 |
| | | | | Period End | |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | Application Date | 11/24/2020 |
| | | | | Subcontract #: | |
| | | | | Date of Contract | 11/24/2020 |

Distribution To:
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

VIA CONTRUCTION MANAGER:  Prevail, LLC
VIA ARCHITECT:  TL Stroh Architect

FOR:

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 275,000.00 |
| 2 SUM OF ALL CHANGE ORDERS | | $0.00 |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $275,000.00 |
| 4 TOTAL COMPLETED AND STORED    (Column G on Continuation Page) | $ | 41,250.00 |
| 5 RETAINAGE: | | |
| a.  5%  of completed work    (Columns D+E on Continuation Page) | $ | - |
| b.  10% of Material Stored    (Column F on Continuation Page) | $ | 4,125.00 |
| Total Retainage (Line 5a + 5b or    column I on Continuation Page) | | $4,125.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE    (Line 4 Minus Line 5 Total) | | $37,125.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS    (Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | | $37,125.00 |
| 9 BALANCE TO COMPLETION    (Line 3 Minus Line 6) | $237,875.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:                                   Kloos Electric

By: _____          Date: 11-24-20

### Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount                              Date:

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____          Date:
ARCHITECT:
By: _____          Date:

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Kloos Electric SD Subpoena 0121

Page 1

Payment application containing Contractor's signature is attached.

| | APPLICATION # | 1 |
|---|---|---|
| | DATE OF APPLICATION | 11/24/2020 |
| | PERIOD THRU | |
| | SUBCONTRACT # | |

RRSB-Kloos Electric SD Subpoena-0122

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Down payment | $ 275,000.00 | $ - | $ - | $ 41,250.00 | $ 41,250.00 | 15% | $ 233,750.00 | $ 4,125.00 |
| 02 | | | | | | $ - | | $ - | |
| 03 | | | | | | $ - | | $ - | |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 275,000.00 | $ - | $ - | $ 41,250.00 | $ 41,250.00 | 15% | $ 233,750.00 | $ 4,125.00 |

Payment request form

1 of 1



**KLOOS ELECTRIC LLC.**

311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

## Estimate: Parkside Place

## Date:      11/23/2020

Wire new 36 plex apartment building with parking garage per engineered specs.
(Nothing to commercial units at this time.)

| | |
|---|---|
| 2 | 800A 120V-208V three phase service |
| 1 | Elevator with 175A three phase service disconnect with shunt trip |
| 1 | 400A three phase house meter |
| 1 | 200A sub panel off of house meter |
| 36 | 150A panels for apartments |
| 1 | Electrical State wiring certificate |
| 1 | Fire alarm system. |
| 1 | 16 channel camera system |
| 1 | Keypad for west door entry system |

Parking garage to include, 29 LED light fixtures, 2 gas furnace hook ups, 2 OH door wiring.
Wiring of $CO_2$ sensors.
Apartments will include LED lights, stove, microwave, washer, and dryer. All outlets and lighting
to meet NEC guidelines.

Total:      $ 275,000.00

See additional pages of agreement for additional terms and conditions.
Customer Acknowledges that he/she has read this agreement and its entirety and understands the terms
and conditions.

This is your authorization to proceeed as outlined above.
Acceptance signed by: _____ Date: _11-23-20_
Printed Name: ___Jesse Cray_____

When both parties sign this proposal, this instrument constitutes as a legal and binding contract
between parties.

*Please note that all estimates are good for a period of 60 days, after that time the original estimate will be re
accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.*



# KLOOS ELECTRIC LLC.

311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

## Estimate:  Parkside Place

## Date:        11/23/2020

Wire new 36 plex apartment building with parking garage per engineered specs.
(Nothing to commercial units at this time.)

| | |
|---|---|
| 2 | 800A 120V-208V three phase service |
| 1 | Elevator with 175A  three phase service disconnect with shunt trip |
| 1 | 400A three phase house meter |
| 1 | 200A sub panel off of house meter |
| 36 | 150A  panels for  apartments |
| 1 | Electrical State wiring certificate |
| 1 | Fire alarm system. |
| 1 | 16 channel camera system |
| 1 | Keypad for west door entry system |

Parking garage to include, 29 LED light fixtures, 2 gas furnace hook ups, 2 OH door wiring.
Wiring of CO2 sensors.
Apartments will include LED lights, stove, microwave, washer, and dryer. All outlets and lighting
to meet NEC guidelines.

Total:        $  275,000.00

See additional pages of agreement for additional terms and conditions.
Customer Acknowledges that he/she has read this agreement and its entirety and understands the terms
and conditions.

This is your authorization to proceeed as outlined above.
Acceptance signed by: _____ Date: _____
Printed Name:_____

When both parties sign this proposal, this instrument constitutes as a legal and binding contract
between parties.

*Please note that all estimates are good for a period of 60 days, after that time the original estimate will be re-
accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.*

RRSB-Kloos Electric SD Subpoena 0204



## KLOOS ELECTRIC

311 2
Watertow
klooselectric@o

## Estimate:  Parkside Place

## Date:        10/26/2020

Wire new 36 plex apartment building with parking garage per engineered specs.
(Nothing to commercial units at this time.)

| | |
|---|---|
| 2 | 800A 120V-208V three phase service |
| 1 | Elevator with 175A  three phase service disconnect with shunt trip |
| 1 | 400A three phase house meter |
| 1 | 200A sub panel off of house meter |
| 36 | 150A  panels for  apartments |
| 1 | Electrical State wiring certificate |
| 1 | Fire alarm system with area of refuge call stations. |
| 1 | 16 channel camera system |
| 5 | Keypads for door entry system |

Parking garage to include, 29 LED light fixtures, 6 gas furnace hook ups, 2 OH door wiring.
Wiring of CO2 sensors.
Apartments will include LED lights, stove, microwave, washer, and dryer. All outlets and lighting
to meet NEC guidelines.

Total:     $    275,000.00

See additional pages of agreement for additional terms and conditions.
Customer Acknowledges that he/she has read this agreement and its entirety and understands th
and conditions.

This is your authorization to proceeed as outlined above.
Acceptance signed by: _____ Date: _____
Printed Name:_____

When both parties sign this proposal, this instrument constitutes as a legal and binding conti
between parties.

*Please note that all estimates are good for a period of 60 days, after that time the original estimate will be re-accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.*

RRSB-Kloos Electric SD Subpoena 0128



311 27th St. NW
Watertown, SD 57201
(605)881-5859
klooselectric@outlook.com

# Kloos Electric LLC.

**Engineer notes and changes.**

- Remove motion switches/sensors for all hall, common areas, janitor closets, and apartment laundry room.
- Remove ceiling fan switch control for all apartments.
- Remove wall sconce by all apartment doors.
- Remove hall and stairwell baseboard heaters.
- Add unit heater in both stairwells.
- Remove "Area of Refuge"
- Remove TV and outlets in high locations of bedrooms and living rooms in apartments.
- Replace smoke and carbon combination smoke detectors with smoke only detectors.
- Replace USB outlets in all bedrooms with outlet.
- Remove garbage disposal outlet, switch, and circuit.
- Replace bathroom fan forced heater with 208V 3' baseboard heater.
- 2 CtS in dining room
- 2 CtS in Living room
- 1 - 8' BB in Hall on 2.3 +4.
- eliminate door Keypad

**Signed:** _____

**Date:** _____ 11-23-20

3rd Floor mez. 2 wallpack

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
(605) 881-5859
klooselectric@outlook.com



## INVOICE

BILL TO
Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND  58102

| | | |
|---|---|---|
| INVOICE | 1525 | |
| DATE | 11/19/2021 | |
| TERMS | Net 15 | |
| DUE DATE | 12/04/2021 | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/12/2021 | Retainage<br>New 36 unit apartment (parkside) | 0 | 0.00 | 5,000.00 |

BALANCE DUE **$5,000.00**

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
+16058815859
klooselectric@outlook.com



# INVOICE

BILL TO

Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| INVOICE | 1498 |
| DATE | 07/26/2021 |
| TERMS | Net 15 |
| DUE DATE | 08/10/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/12/2021 | Materials<br>New 36 plex apartment building | 0 | | 57,375.01 |

| | |
|---|---|
| PAYMENT | 57,375.01 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

All invoices are due within 15 days, after that a two percent interest rate will be applied. After 30 days another b...

RRSB-Kloos Electric SD Subpoena 0108

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
+16058815859
klooselectric@outlook.com



## INVOICE

BILL TO
Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| INVOICE | 1493 |
| DATE | 04/18/2021 |
| TERMS | Net 30 |
| DUE DATE | 05/18/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/12/2021 | Materials<br>New 36 plex apartment building | 0 | | 81,000.00 |

| | |
|---|---|
| PAYMENT | 81,000.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
+16058815859
klooselectric@outlook.com



# INVOICE

BILL TO
Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND  58102

| INVOICE | 1492 |
| --- | --- |
| DATE | 03/30/2021 |
| TERMS | Net 15 |
| DUE DATE | 04/14/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 01/12/2021 | Materials<br>New 36 plex apartment building | | | 27,000.00 |

| | |
| --- | --- |
| PAYMENT | 27,000.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
+16058815859
klooselectric@outlook.com



# INVOICE

BILL TO
Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| INVOICE | 1491 |
| DATE | 03/16/2021 |
| TERMS | Net 15 |
| DUE DATE | 03/31/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/12/2021 | Materials<br>New 36 plex apartment building | | | 67,499.99 |

| | |
|---|---|
| PAYMENT | 67,499.99 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

All invoices are due within 15 days, after that a two percent interest rate will be applied. After 30 days credit....

Page 1 of 1     RRSB-Kloos Electric SD Subpoena 0117

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD 57201-2416 US
+16058815859
klooselectric@outlook.com



# INVOICE

BILL TO
Jesse Craig
Craig Properties
1405 1st Ave N
Fargo, ND 58102

| | | |
|---|---|---|
| INVOICE | 1484 | |
| DATE | 01/01/2021 | |
| TERMS | Net 15 | |
| DUE DATE | 01/16/2021 | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Materials<br>New 36 plex apartment building | 0 | | 37,125.00 |

| | |
|---|---|
| PAYMENT | 37,125.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

RRSB-Kloos Electric SD Subpoena 0120

# Kloos Electric LLC

| | Type | | Status | Delivery Method | | Date | Customer |
|---|---|---|---|---|---|---|---|
| | Money received | | All statuses | | | All | All |

| Date | Type | No. | From / To | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 1/3/22 | Payment | 39165 | Jesse Craig:Parkside Place | | $5,000.00 | Closed |
| 9/14/21 | Payment | 38525 | Jesse Craig:Parkside Place | | $57,375.00 | Closed |
| 5/28/21 | Payment | | Jesse Craig:Parkside Place | | $81,000.00 | Closed |
| 4/28/21 | Payment | 37879 | Jesse Craig:Parkside Place | | $27,000.00 | Closed |
| 3/16/21 | Payment | 37684 | Jesse Craig:Parkside Place | | $67,500.00 | Closed |
| 1/21/21 | Payment | | Jesse Craig:Parkside Place | | $37,125.00 | Closed |

1-6 of 6

RRSB-Kloos Electric SD Subpoena 0102

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

8 2nd Street Northeast, Watertown, SD 57201

Dated this 28 day of April , 21

AMOUNT: $27,000          Paid to: Kloos Electric

FULL _____

PARTIAL ___X___

By: Rick Kloos
Its: Owner
Address: 311 27th St NW
Watertown, SD 57201
Phone Number: 605-881-5859

PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102

RRSB-Kloos Electric SD Subpoena 0113

# **<u>Exhibit D</u>**

# **Kloos Electric LLC**

# **Lofts Project**
## **Payment Applications**
## **Estimate and Invoices**
## **Payment Records**

RRSB-Kloos Electric SD Subpoena-0653

# PAYMENT APPLICATION

| TO: | The Lofts LLC<br>1405 1st Ave N.<br>Fargo, ND 58102 | PROJECT: | Watertown Mixed Use<br>10 N. Broadway<br>Watertown, SD 57201 | Application # | 1 |
|---|---|---|---|---|---|
| | | | | Period Start | |
| FROM: | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | Period End | |
| | | | | Application Date | 12/13/2020 |
| | | | | Subcontract #: | |
| | | | | Date of Contract | |

Distribution To:
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

VIA CONTRUCTION MANAGER:   Prevail, LLC
VIA ARCHITECT:

FOR:

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | | $ | 242,819.20 |
| 2 SUM OF ALL CHANGE ORDERS | | | $5,000.00 |
| 3 CURRENT CONTRACT AMOUNT   (Line 1 + Line 2) | | | $247,819.20 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $ | 247,819.20 |
| 5 RETAINAGE: | | | |
| a. 5% of completed work<br>(Columns D+E on Continuation Page) | $ | - | |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | $ | - | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | | $0.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | | $247,819.20 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | | $ | 237,819.20 |
| 8 PAYMENT DUE | | | $10,000.00 |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | | $0.00 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $5,000.00 | |
| Total changes approved this month | | |
| TOTALS | $5,000.00 | $0.00 |
| NET CHANGES | $5,000.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:   Kloos Electric

By: _____   Date: 12-13-20

## Certification   ☐ Required   ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____   Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____   Date: _____

ARCHITECT:
By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

Payment application containing Contractor's signature is attached.

| APPLICATION # | 1 |
| DATE OF APPLICATION | 11/24/2020 |
| PERIOD THRU | |
| SUBCONTRACT # | |

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Final payment request | $ 247,819.20 | $ 237,819.20 | $ - | $ 10,000.00 | $ 247,819.20 | 100% | $ - | $ - |
| 02 | | | | | | $ - | #DIV/0! | $ - | |
| 03 | | | | | | $ - | #DIV/0! | $ - | |
| 04 | | | | | | $ - | #DIV/0! | $ - | |
| 05 | | | | | | $ - | #DIV/0! | $ - | |
| 06 | | | | | | $ - | #DIV/0! | $ - | |
| 07 | | | | | | $ - | #DIV/0! | $ - | |
| 08 | | | | | | $ - | #DIV/0! | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 247,819.20 | $237,819.20 | $ - | $ 10,000.00 | $ 247,819.20 | 100% | $ - | $ - |

Payment request form

1 of 1

RRSB-Kloos Electric SD Subpoena 0654

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702/CMa*

## CONSTRUCTION MANAGER-ADVISER EDITION

PAGE ONE OF          PAGES

| TO OWNER: | PROJECT: | APPLICATION NO: _____ | Distribution to: |
|---|---|---|---|
| **The Lofts LLC** | **Watertown Mixed Use** | | ☐ OWNER |
| 1405 1st Ave N | 10 North Broadway Street | PERIOD TO: _____ | ☐ CONSTRUCTION MANAGER |
| Fargo, ND 58102 | Watertown, South Dakota | PROJECT NO: 19030 | ☐ ARCHITECT |
| FROM CONTRACTOR: | | CONTRACT DATE: 11/25/2019 | ☐ CONTRACTOR |

**BID PACKAGE NO.**

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

Heilman Homes, Inc.
Mutchler Bartram Architects, P.C.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM                           $ 242,819.20
2. Net change by Change Orders                     $ 5,000.00
3. CONTRACT SUM TO DATE (Line 1 ± 2)               $ 247,819.20
4. TOTAL COMPLETED & STORED TO DATE                $
   (Column G on G703)
5. RETAINAGE:
   a. _____ % of Completed Work         $ _____
      (Column D + E on G703)
   b. _____ % of Stored Material        $ _____
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703)               $ _____
6. TOTAL EARNED LESS RETAINAGE                     $ _____
   (Line 4 less Line 5 Total)                      $ _____
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate)         $ 31,879.46
8. CURRENT PAYMENT DUE                             $ 25,000.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE    $ _____
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | 5,000 | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: _____     Date: 8-28-20

State of:                          County of:
Subscribed and sworn to before me this          day of
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED                   $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

**CONSTRUCTION MANAGER:**

By: _____     Date: _____
**ARCHITECT:**

By: _____     Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

RRSB-Kloos Electric SD Subpoena 0655

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO: 19030

RRSB-Kloos Electric SD Subpoena 0656

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | Change order | 5,000 | | | | | | | |
| | | | | | | | | | |
| | **GRAND TOTALS** | | | | | | | | |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

RRSB-Kloos Electric SD Subpoena 0657

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF     PAGES

| | |
|---|---|
| TO OWNER:<br>**The Lofts LLC**<br>**1405 1st Ave N**<br>**Fargo, ND 58102**<br>FROM CONTRACTOR: | PROJECT:<br>**Watertown Mixed Use**<br>**10 North Broadway Street**<br>**Watertown, South Dakota** |

APPLICATION NO: _____

PERIOD TO: _____

PROJECT NO: 19030

CONTRACT DATE: 11/25/2019

Distribution to:
☐ OWNER
☐ CONSTRUCTION
☐ MANAGER
☐ ARCHITECT
☐ CONTRACTOR

VIA CONSTRUCTION MANAGER: Heilman Homes, Inc.

**BID PACKAGE NO.**    VIA ARCHITECT: Mutchler Bartram Architects, P.C.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM                                    $ *242,819.20*
2. Net change by Change Orders                              $ *7,121.37*
3. CONTRACT SUM TO DATE (Line 1 ± 2)                        $ *249,940.57*
4. TOTAL COMPLETED & STORED TO DATE                         $ _____
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work        $ _____
      (Column D + E on G703)
   b. ____ % of Stored Material       $ _____
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703)                            $ _____
6. TOTAL EARNED LESS RETAINAGE                              $ _____
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR                           $ *31,879.46*
   PAYMENT (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE                                      $ *39001.2*
9. BALANCE TO FINISH, INCLUDING RETAINAGE    $ _____
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | *7,121.37* | |
| TOTALS | *7,121.37* | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: *[signature]*                          Date: *8-28-20*

State of:                    County of:
Subscribed and sworn to before me this        day of
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED                    $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

CONSTRUCTION MANAGER:

By: _____ Date: _____
ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292                                   G702/CMa-1992

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO: 19030

RRSB-Kloos Electric SD Subpoena 0658

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Upgrade From dial thermostat to digital | $1571.01 | | | | | | | |
| 2 | Elevator sized changed From 150A (bid) to 250A actual | $4,17.01 | | | | | | | |
| 3 | Temp power to run Elevator - Could not do permandut power because back fill was not completed | $1,402.88 | | | | | | | |
| 4 | Final payment | | | | | | | | |
| | **GRAND TOTALS** | | | | | | | | |

**Users may obtain validation of this document by requesting the license a completed AIA Document D401 - Certification of Document's Authenticity**

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

**G703-1992**

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF     PAGES

TO OWNER:

**The Lofts LLC**

**1405 1st Ave N**

**Fargo, ND 58102**

FROM CONTRACTOR:

PROJECT:

**Watertown Mixed Use**

**10 North Broadway Street**

**Watertown, South Dakota**

APPLICATION NO: _____

PERIOD TO: _____

PROJECT NO: 19030

CONTRACT DATE: 11/25/2019

Distribution to:

☐ OWNER

☐ CONSTRUCTION MANAGER

☐ ARCHITECT

☐ CONTRACTOR

VIA CONSTRUCTION MANAGER:

VIA ARCHITECT:

**BID PACKAGE NO.**

Heilman Homes, Inc.

Mutchler Bartram Architects, P.C.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 242,819.20 |
| 2. Net change by Change Orders | $ | 0 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 242,819.20 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ | |
| (Column G on G703) | | |

5. RETAINAGE:

| | | | |
|---|---|---|---|
| a. | _____ % of Completed Work | $ | _____ |
| | (Column D + E on G703) | | |
| b. | _____ % of Stored Material | $ | _____ |
| | (Column F on G703) | | |
| | Total Retainage (Lines 5a + 5b or | | |
| | Total in Column I of G703) | $ | _____ |

| | | |
|---|---|---|
| 6. TOTAL EARNED LESS RETAINAGE | $ | |
| (Line 4 less Line 5 Total) | $ | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 90,939.74 |
| 8. CURRENT PAYMENT DUE | $ | 60,000 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 30,939.74 |
| (Line 3 less Line 6) | | 31,879.46 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: _____     Date: 7-23-20

State of:

Subscribed and sworn to before me this

Notary Public:

My Commission expires:

County of:

day of

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED     $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

**CONSTRUCTION MANAGER:**

By: _____     Date: _____

**ARCHITECT:**

By: _____     Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292     G702/CMa-1992

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

RRSB-Kloos Electric SD Subpoena 0659

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE  OF  PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO: 19030

RRSB-Kloos Electric SD Subpoena 0660

| A | B | C | D | E | F | G | % (G ÷ C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | materials | 25,000 | | | | | | | |
| | labor | 35,000 | | | | | | | |
| | **GRAND TOTALS** | 60,000 | | | | | | | |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

## CONSTRUCTION MANAGER-ADVISER EDITION

PAGE ONE OF        PAGES

RRSB-Kloos Electric SD Subpoena 0661

| TO OWNER: | PROJECT: | APPLICATION NO: _____ | Distribution to: |
|---|---|---|---|
| **The Lofts LLC** | **Watertown Mixed Use** | | ☐ OWNER |
| **1405 1st Ave N** | **10 North Broadway Street** | **PERIOD TO:** _____ | ☐ CONSTRUCTION MANAGER |
| **Fargo, ND 58102** | **Watertown, South Dakota** | **PROJECT NO: 19030** | |
| FROM CONTRACTOR: | | | ☐ ARCHITECT |
| | | **CONTRACT DATE: 11/25/2019** | ☐ CONTRACTOR |

|  | VIA CONSTRUCTION MANAGER: | Heilman Homes, Inc. |
|---|---|---|
| **BID PACKAGE NO.** | VIA ARCHITECT: | Mutchler Bartram Architects, P.C. |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ....................... $ 242,819.20
2. Net change by Change Orders ..................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ........ $ 242,819.20
4. TOTAL COMPLETED & STORED TO DATE ... $
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work $ _____
      (Column D + E on G703)
   b. ____ % of Stored Material $ _____
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703) ..................... $ _____

6. TOTAL EARNED LESS RETAINAGE ........... $ _____
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR ........ $ 120,939.74
   PAYMENT (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ........................... $ 30,000
9. BALANCE TO FINISH, INCLUDING RETAINAGE $ 90,939.74
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: _____  Date: 6-23-20

State of:                              County of:
Subscribed and sworn to before me this          day of
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED                      $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

**CONSTRUCTION MANAGER:**

By: _____  Date: _____

**ARCHITECT:**

By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292                      G702/CMa-1992

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO: 19030

RRSB-Kloos Electric SD Subpoena 0662

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | Payroll | 10,000 | | | 20,000 | | | | |
| | | | | | | | | | |
| | **GRAND TOTALS** | | | | | | | | |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

**G703-1992**

RRSB-Kloos Electric SD Subpoena 0663

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF _____ PAGES

| | |
|---|---|
| TO OWNER: | PROJECT: |
| **The Lofts LLC** | **Watertown Mixed Use** |
| **1405 1st Ave N** | **10 North Broadway Street** |
| **Fargo, ND 58102** | **Watertown, South Dakota** |
| FROM CONTRACTOR: | |

**APPLICATION NO:** _____

**PERIOD TO:** _____

**PROJECT NO: 19030**

**CONTRACT DATE: 11/25/2019**

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

**BID PACKAGE NO.**

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

Heilman Homes, Inc.
Mutchler Bartram Architects, P.C.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM                           $ 242,819.20
2. Net change by Change Orders                     $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2)               $ 242,819.20
4. TOTAL COMPLETED & STORED TO DATE                $
   (Column G on G703)
5. RETAINAGE:
   a. _____ % of Completed Work        $ _____
      (Column D + E on G703)
   b. _____ % of Stored Material       $ _____
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703)       $ _____
6. TOTAL EARNED LESS RETAINAGE                     $ _____
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate)         $ 100,939.74
8. CURRENT PAYMENT DUE                             $ 20,000
9. BALANCE TO FINISH, INCLUDING RETAINAGE          $ 121,879.46
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: _[signature]_                          Date: 5-22-20

State of:                                  County of:
Subscribed and sworn to before me this _____ day of _____
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED                  $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

**CONSTRUCTION MANAGER:**

By: _____  Date: _____
**ARCHITECT:**

By: _____  Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292                                    G702/CMa-1992

**Users may obtain validation of this document by requesting from the license a completed AIA Document D401 - Certification of Document's Authenticity**

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO: 19030

RRSB-Kloos Electric SDE Subpoena 0664

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | materials + pay roll | $20,000 | | | | | | | |
| | | | | | | | | | |
| | **GRAND TOTALS** | | | | | | | | |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF        PAGES

| TO OWNER: | PROJECT: | APPLICATION NO: _____ | Distribution to: |
|---|---|---|---|
| **The Lofts LLC** | **Watertown Mixed Use** | | ☐ OWNER |
| **1405 1st Ave N** | **10 North Broadway Street** | PERIOD TO: _____ | ☐ CONSTRUCTION |
| **Fargo, ND 58102** | **Watertown, South Dakota** | **PROJECT NO: 19030** | MANAGER |
| FROM CONTRACTOR: | | | ☐ ARCHITECT |
| | | **CONTRACT DATE: 11/25/2019** | ☐ CONTRACTOR |

**BID PACKAGE NO.**

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

Heilman Homes, Inc.
Mutchler Bartram Architects, P.C.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: _(signature)_                        Date: 4-27-20

1. ORIGINAL CONTRACT SUM                              $ 242,819.70
2. Net change by Change Orders                          $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2)                    $ 242,819.70
4. TOTAL COMPLETED & STORED TO DATE                    $
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work          $ _____
      (Column D + E on G703)
   b. ____ % of Stored Material         $ _____
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703)                        $ _____
6. TOTAL EARNED LESS RETAINAGE                         $ _____
   (Line 4 less Line 5)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate)             $ 80,939.74
8. CURRENT PAYMENT DUE                                 $ 20,000
9. BALANCE TO FINISH, INCLUDING RETAINAGE              $ 196,530.13
   (Line 3 less Line 6)

State of:
Subscribed and sworn to before me this
Notary Public:
My Commission expires:

County of:
day of

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED                        $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

**CONSTRUCTION MANAGER:**

By: _____ Date: _____

**ARCHITECT:**

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

RRSB-Kloos Electric SD Subpoena 0665

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO: 19030

RRSB-Kloos Electric SD Chippewa 0666

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Materials Stored | $20,000 | | | | | | | |
| | **GRAND TOTALS** | | | | | | | | |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF          PAGES

| | |
|---|---|
| TO OWNER:<br>**The Lofts LLC**<br>**1405 1st Ave N**<br>**Fargo, ND 58102**<br>FROM CONTRACTOR: | PROJECT:<br>**Watertown Mixed Use**<br>**10 North Broadway Street**<br>**Watertown, South Dakota** |

APPLICATION NO: _____

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

PERIOD TO: _____

PROJECT NO: 19030

CONTRACT DATE: 11/25/2019

**BID PACKAGE NO.**

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

Heilman Homes, Inc.
Mutchler Bartram Architects, P.C.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................ $ 242,819.20
2. Net change by Change Orders ...................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ............ $ 242,819.20
4. TOTAL COMPLETED & STORED TO DATE ....... $
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work        $ _____
      (Column D + E on G703)
   b. ____ % of Stored Material        $ _____
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703) .................... $ _____
6. TOTAL EARNED LESS RETAINAGE ............... $ _____
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ...... $ 40,469.87
8. CURRENT PAYMENT DUE ........................... $ 40,469.87
9. BALANCE TO FINISH, INCLUDING RETAINAGE  $ 161,530.13
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved<br>in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: _____     Date: 4-15-20

State of:                          County of:
Subscribed and sworn to before me this          day of
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................... $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

CONSTRUCTION MANAGER:

By: _____     Date: _____
ARCHITECT:

By: _____     Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

RRSB-Kloos Electric SD Subpoena 0667

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF        PAGES

| | |
|---|---|
| TO OWNER:<br>**The Lofts LLC**<br>**1405 1st Ave N**<br>**Fargo, ND 58102**<br>FROM CONTRACTOR: | PROJECT:<br>**Watertown Mixed Use**<br>**10 North Broadway Street**<br>**Watertown, South Dakota** |

**APPLICATION NO:** 1

**PERIOD TO:** _____

**PROJECT NO:** 19030

**CONTRACT DATE: 11/25/2019**

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

**BID PACKAGE NO.**

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

Heilman Homes, Inc.
Mutchler Bartram Architects, P.C.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 242,819.20 |
| 2. Net change by Change Orders | $ | 0 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 242,819.20 |
| 4. TOTAL COMPLETED & STORED TO DATE<br>   (Column G on G703) | $ | 0 |
| 5. RETAINAGE: | | |
| a. _____ % of Completed Work<br>   (Column D + E on G703) | $ | _____ |
| b. _____ % of Stored Material<br>   (Column F on G703) | $ | _____ |
| Total Retainage (Lines 5a + 5b or<br>   Total in Column I of G703) | $ | _____ |
| 6. TOTAL EARNED LESS RETAINAGE<br>   (Line 4 less Line 5 Total) | $ | _____ |
| 7. LESS PREVIOUS CERTIFICATES FOR<br>   PAYMENT (Line 6 from prior Certificate) | $ | _____ |
| 8. CURRENT PAYMENT DUE | $ | 40,469.87 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE<br>   (Line 3 less Line 6) | $ | 202,349.33 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: *Kloos Electric*

By: _____  Date: 3-17-20

State of:
Subscribed and sworn to before me this        County of:
Notary Public:                                      day of
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED        $ _____

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

**CONSTRUCTION MANAGER:**

By: _____  Date: _____

**ARCHITECT:**

By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved<br>in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

RRSB-Kloos Electric SD Subpoena 0668

# CONTINUATION SHEET

*AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

PAGE  OF  PAGES

APPLICATION NO:
APPLICATION DATE: 3-17-20
PERIOD TO: 3-31-20
ARCHITECT'S PROJECT NO: 19030

RRSB-Kloos Electric Subpoena 0669

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | G % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Down Payment | 340,469.87 | 0 | 0 | 0 | | 0 | 202,349.33 | 0 |
| | **GRAND TOTALS** | 40,469.87 | 0 | 0 | 0 | | 0 | 202,349.35 | 0 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

# PAYMENT APPLICATION

RRSB-Kloos Electric SD Subpoena 0719

**TO:**

**The Lofts LLC**
1405 1st Ave N.
Fargo, ND 58102

**FROM:**

Kloos Electric
311 27th St. NW
Watertown, SD 57201

**FOR:**

**PROJECT:**

**Watertown Mixed Use**
**10 N. Broadway**
**Watertown, SD 57201**

| | |
|---|---|
| Application # | 1 |
| Period Start | |
| Period End | |
| Application Date | 12/13/2020 |
| Subcontract #: | |
| Date of Contract | |

**Distribution To:**
- [✓] Owner
- [ ] Accounting
- [ ] Architect
- [ ] Owner's Rep.

**VIA CONTRUCTION MANAGER:**          Prevail, LLC
**VIA ARCHITECT:**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 242,819.20 |
| 2 SUM OF ALL CHANGE ORDERS | | $5,000.00 |
| 3 CURRENT CONTRACT AMOUNT     (Line 1 + Line 2) | | $247,819.20 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 247,819.20 |

5 RETAINAGE:
a.   5%  of completed work      $                -
  (Columns D+E on Continuation Page)
b.  10% of Material Stored      $                -
  (Column F on Continuation Page)
Total Retainage (Line 5a + 5b or
  column I on Continuation Page)                    $0.00

| | | |
|---|---|---|
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $247,819.20 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 237,819.20 |
| 8 PAYMENT DUE | | $10,000.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $0.00 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $5,000.00 | |
| Total changes approved this month | | |
| TOTALS | $5,000.00 | $0.00 |
| NET CHANGES | $5,000.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:          Kloos Electric

By: _____          Date: 12-13-20

### Certification          [ ] Required          [ ] Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _ _ _ _ _ _ _ _ _ _ _ _          Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____          Date: _____
ARCHITECT:
By: _____          Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

# KLOOS ELECTRIC LLC.

311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

**Estimate: Jesse Craig**                                    **The Loft**

**Date:**        11/15/2019

Wire new mixed use building, with underground
parking, 1st floor retail, and 39 appartments.

| | |
|---|---|
| 1 | 1600A 120V-208V three pahse service |
| 1 | Elevator with 150A  three phase service disconnect with shunt trip |
| 1 | 1-400A three phase house meter |
| 39 | 100A apartment panels for apartments |
| 4 | 200A three phase tenant meters |
| 1 | Electrical State wiring certificate |
| 1 | Camera system with a 16 channel NVR, 6 bullet cameras, and 10 dome cameras. |
| 1 | Fire alarm system per ABC and wiring certificate. |
| 1 | Entry system with 5 door stations, locks and codes. |

Parking garage to include, 32 LED light fixtures, 2 gas funace hook ups, 1 OH door wiring.
Retail area to have 8 temp LED light fixtures, temp outlets, exterior LED wallpack.
Apartments will include LED lights, baseboard heat, wall AC unit, stove, microwave, washer, and dryer.

Total:                $      242,819.20

See additional pages of agreement for additional terms and conditions.
Customer Acknowledges that he/she has read this agreement and its entirety and understands the terms
and conditions.

This is your authorizations to complete the work as outlined above.
Acceptance signed by: _____    Date: __11-16-19__
Printed Name: _Jesse Crg_____

When both parties sign this proposal, this instrument constitutes as a legal and binding contract
between parties.

*Please note that all estimates are good for a period of 60 days* RRSB-Kloos Electric SD Subpoena 0746
*accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.*



# KLOOS ELECTRIC LLC.

311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

**Estimate: Jesse Craig**                                   **The Loft**

**Date:        11/15/2019**

Wire new mixed use building, with underground
parking, 1st floor retail, and 39 appartments.

| | | |
|---|---|---|
| 1 | 1600A 120V-208V three pahse service | |
| 1 | Elevator with 150A three phase service disconnect with shunt trip | |
| 1 | 1-400A three phase house meter | |
| 39 | 100A apartment panels for apartments | |
| 4 | 200A three phase tenant meters | |
| 1 | Electrical State wiring certificate | |
| 1 | Camera system with a 16 channel NVR, 6 bullet cameras, and 10 dome cameras. | |
| 1 | Fire alarm system per ABC and wiring certificate. | |
| 1 | Entry system with 5 door stations, locks and codes. | |

Parking garage to include, 32 LED light fixtures, 2 gas funace hook ups, 1 OH door wiring.
Retail area to have 8 temp LED light fixtures, temp outlets, exterior LED wallpack.
Apartments will include LED lights, baseboard heat, wall AC unit, stove, microwave, washer, and dryer.

|  |  |  |
|---|---|---|
| Total: | $ | 242,819.20 |

See additional pages of agreement for additional terms and conditions.
Customer Acknowledges that he/she has read this agreement and its entirety and understands the terms
and conditions.

This is your authorizations to complete the work as outlined above.

Acceptance signed by: _____ Date: _____

Printed Name:_____

When both parties sign this proposal, this instrument constitutes as a legal and binding contract
between parties.

*Please note that all estimates are good for a period of 60 days, after that time the original estimate will be re-accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.*



**KLOOS ELECTRIC**
311 27th St. NW
Watertown, SD 57201
klooselectric@outlook.com

**Invoice:**    **The Loft**

**Date:**    **8/24/2020**

Elevator extra cost.

| | | |
|---|---|---|
| Original bid amount. | $ | 2,351.47 |
| | | |
| Actual: | | |
| Material upsize. | $ | 3,707.70 |
| Labor | $ | 2,100.00 |
| | | |
| Total: | $ | 5,807.70 |
| | | |
| Total extra cost: | $ | 3,456.23 |
| MU% | | |
| Total: | $ | 4,147.48 |

Material upsize includes sizing up wire and conduit to elevator disconnect.

Please note that all estimates are good for a period of 60 days, after that time the original estimate will be re-accessed and may be altered. Any alterations to this estimate will be subject to change of the original estimate.

RRSB-Kloos Electric SD Subpoena 0756

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
+16058815859
klooselectric@outlook.com



## INVOICE

BILL TO
Dale Heilman
Heilman Homes
507 11th St. SE Suite 2
Watertown, SD  57201

| | |
|---|---|
| INVOICE | 1447 |
| DATE | 05/14/2020 |
| TERMS | Net 15 |
| DUE DATE | 05/29/2020 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Materials<br>The Loft estimate per estimate on 11/5/19 | | | 242,819.20 |

| | |
|---|---|
| PAYMENT | 242,819.20 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
(605) 881-5859
klooselectric@outlook.com



**KLOOS**
**KR**
EST. 2016
**ELECTRIC**
(605)-881-5859

# INVOICE

| BILL TO | | INVOICE | 1447 |
|---|---|---|---|
| Dale Heilman | | DATE | 05/14/2020 |
| Heilman Homes | | TERMS | Net 15 |
| 507 11th St. SE Suite 2 | | DUE DATE | 05/29/2020 |
| Watertown, SD  57201 | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Materials | | | 242,819.20 |
| PAYMENT | | | 60,469.87 |
| BALANCE DUE | | | **$182,349.33** |

---

**FIRST DAKOTA TITLE - WATERTOWN** • GREAT WESTERN BANK • ESCROW ACCOUNT • 168 NORTH BROADWAY • WATERTOWN, SD 57201

21331
**21331**

**DATE:** 5/7/2020          **FILE:** SD19269171          **CHECK AMOUNT:** $60,469.87
**BUYER:** The Lofts, LLC                                          **SETTLEMENT DATE:**
**PROPERTY ADDRESS:**  1 tbd, Watertown, SD  57201
**PAYEE:** Kloos Electric

5/7/2020: Disbursement to Kloos Electric                                    $60,469.87

---

# Kloos Electric LLC

| | Type | | Status | | Delivery Method | | Date | Customer |
|---|---|---|---|---|---|---|---|---|
| | Money received | | All statuses | | | | All | All |

| Date | Type | No. | From / To | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 12/31/20 | Payment | 37246 | Dale Heilman:The Loft | | $10,000.00 | Closed |
| 9/14/20 | Payment | 36643 | Dale Heilman:The Loft | | $25,000.00 | Closed |
| 8/6/20 | Payment | 25136 | Dale Heilman:The Loft | | $60,000.00 | Closed |
| 7/28/20 | Payment | 36475 | Dale Heilman:The Loft | | $20,000.00 | Closed |
| 7/9/20 | Payment | 23677 | Dale Heilman:The Loft | | $30,000.00 | Closed |
| 5/7/20 | Payment | 21331 | Dale Heilman:The Loft | | $60,469.87 | Closed |

1-6 of 6

Loft payments.
project total                    242,819.20
Payments made total      210,939.74
Change orders                 - 7121 .37
remainder.                        39,001.

RRSB-Kloos Electric SD Subpoena 0672