## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>     Debtor. | Case No.:  25-30002<br><br>Chapter 11<br><br>(Main Case) |
| In Re:<br><br>Parkside Place, LLC,<br><br>     Debtor. | Case No.:  25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |
| In Re:<br><br>The Ruins, LLC,<br><br>     Debtor. | Case No.:  25-30004<br><br>Chapter 11 |

**DECLARATION OF** _Joe Binkers_ **(GAGE BROS. CONCERTE PRODUCTS, INC.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

STATE OF SOUTH DAKOTA   )
           ) SS
COUNTY OF MINNEHAHA    )

_Joe Binkers_ , pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am the _President_ of Gage Bros. Concrete Products, Inc. ("<u>Gage Bros.</u>") located in Sioux Falls, South Dakota and have been employed by Gage Bros. since _1999_ . Gage Bros. provides precast concrete materials and labor.

3.      I am the records custodian for Gage Bros.

4.      Gage Bros. was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. Gage Bros. responded to the subpoena and provided documents as requested.

5.      I have personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). Gage Bros. provided precast concrete materials and labor for the Ruins Project.

6.      I have personal knowledge of the construction of the mixed-use building located at 26 1st Ave. SW, Watertown, South Dakota (the "Generations Project"). Gage Bros. provided precast concrete materials and labor for the Generations Project.

7.      I have personal knowledge of the construction of the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project"). Gage Bros. provided precast concrete materials and labor for the Parkside Project.

8.      True and correct copies of Gage Bros's Payment Applications, payment records, Proposal, and lien waivers for the Ruins Project are attached as **Exhibit A**.

9.      True and correct copies of Gage Bros's Payment Applications, payment records, and lien waivers for the Generations Project are attached as **Exhibit B**.

10.     True and correct copies of Gage Bros's Payment Applications, payment records, and lien waivers for the Parkside Project are attached as **Exhibit C**.

11.     The documents attached as **Exhibits A (Ruins), B (Generations), and C (Parkside)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

12.     It was the regular practice of Gage Bros's business activities to make the records and/or to keep copies from information transmitted by the records attached as **Exhibits A, B, and C**.

13.     The records attached as **Exhibit A, B, and C** were kept in the regular course of business activity.

14.     I certify under penalty of perjury that the foregoing is true and correct.

        Executed on 15th day of October, 2025.


                                        _____
                                        Name:

# Exhibit A

# Gage Bros. Concrete Products, Inc.

## Ruins Project
### Payment Applications
### Payment Records
### Proposal
### Lien Waivers

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE ONE OF    TWO    PAGES

| | |
|---|---|
| TO CONTRACTOR: | PROJECT: The Ruins |
| Prevail Build | Watertown, SD |
| 100 East Kemp Ave, Suite E | |
| Watertown, SD 57201 | |
| FROM SUBCONTRACTOR: | VIA: |
| Gage Bros. Concrete Prod. Inc. | |
| 2810 North Bahnson Avenue | |
| Sioux Falls, SD 57104 | |
| CONTRACT FOR: Concrete Products | |

APPLICATION NO: 1

PERIOD TO: 2/28/2022

PROJECT NOS:
JOB NO:
CONTRACT DATE: 9/16/2021

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

**Invoice # 1911192**
Gage Job # 21-11505

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ | 1,089,897.00 |
| 2. Net change by Change Orders | | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $ | 1,089,897.00 |
| 4. TOTAL COMPLETED & STORED TO | | $ | 74,702.89 |
|    DATE   (Column G on G703) | | | |
| 5. RETAINAGE: | | | |
|   a.   0% of Completed Work  $ | 0.00 | | |
|      (Column D + E on G703) | | | |
|   b.   0% of Stored Material  $ | 0.00 | | |
|      (Column F on G703) | | | |
|      Total Retainage (Lines 5a + 5b or | | | |
|      Total in Column I of G703) | | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | | $ | 74,702.89 |
|    (Line 4 Less Line 5 Total) | | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | | |
|    PAYMENT (Line 6 from prior Certificate) | | $ | 0.00 |
| 8. CURRENT PAYMENT DUE | | $ | 74,702.89 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | $ | 1,015,194.11 |
|    (Line 3 less Line 6) | | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____    Date: 2/23/2022

State of: South Dakota    County of: Minnehaha
Subscribed and sworn to before me this    23rd day of February 2022
Notary Public: _____
My Commission expires: 2/2/2028

*GINA HILLERS*
*NOTARY PUBLIC*
*SOUTH DAKOTA*

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0007

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE 2 OF 2 PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

| APPLICATION NO: | 1 |
|---|---|
| APPLICATION DATE: | 2/23/22 |
| PERIOD TO: | 2/28/22 |
| ARCHITECT'S PROJECT NO: | 0 |
| GAGE JOB NO: | 21-11505 |

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Drafting/Mobilization/Engineering | $ 38,000.00 | - | 38,000.00 | - | 38,000.00 | 100.00% | - | - |
|  | **8" COREFLOOR** |  |  |  |  |  |  |  |  |
| 2 | Materials including Sales Tax | $ 94,987.34 | - | - | - | - |  | 94,987.34 | - |
| 3 | Freight | $ 9,376.00 | - | - | - | - |  | 9,376.00 | - |
|  | **12" COREFLOOR** |  |  |  |  |  |  |  |  |
| 4 | Materials including Sales Tax | $ 66,011.62 | - | - | - | - |  | 66,011.62 | - |
| 5 | Freight | $ 7,032.00 | - | - | - | - |  | 7,032.00 | - |
|  | **12" HEAVY COREFLOOR** |  |  |  |  |  |  |  |  |
| 6 | Materials including Sales Tax | $ 96,550.59 | - | - | - | - |  | 96,550.59 | - |
| 7 | Freight | $ 11,134.00 | - | - | - | - |  | 11,134.00 | - |
|  | **SMOOTH GREY PANELS** |  |  |  |  |  |  |  |  |
| 8 | Materials including Sales Tax | $ 247,145.28 | - | - | - | - |  | 247,145.28 | - |
| 9 | Freight | $ 18,166.00 | - | - | - | - |  | 18,166.00 | - |
|  | **BEAMS** |  |  |  |  |  |  |  |  |
| 10 | Materials including Sales Tax | $ 191,654.33 | - | 19,165.43 | - | 19,165.43 | 10.00% | 172,488.90 | - |
| 11 | Freight | $ 7,032.00 | - | - | - | - |  | 7,032.00 | - |
|  | **COLUMNS** |  |  |  |  |  |  |  |  |
| 12 | Materials including Sales Tax | $ 70,149.84 | - | 17,537.46 | - | 17,537.46 | 25.00% | 52,612.38 | - |
| 13 | Freight | $ 1,758.00 | - | - | - | - |  | 1,758.00 | - |
| 14 | Hired Erection | $ 230,900.00 | - | - | - | - |  | 230,900.00 | - |
|  | **GRAND TOTALS** | $1,089,897.00 | $0.00 | $74,702.89 | $0.00 | $74,702.89 | 6.85% | $1,015,194.11 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*  PAGE ONE OF  TWO  PAGES

TO CONTRACTOR:  PROJECT: The Ruins

Prevail Build  Watertown, SD
100 East Kemp Ave, Suite E
Watertown, SD 57201

FROM SUBCONTRACTOR:  VIA:

Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104

CONTRACT FOR: Concrete Products

| | | |
|---|---|---|
| APPLICATION NO: | 2 | |
| PERIOD TO: | 2/28/2022 | |
| PROJECT NOS: | | |
| JOB NO: | | Invoice # 1911219 |
| CONTRACT DATE: 9/16/2021 | | Gage Job # 21-11505 |

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ | 1,089,897.00 |
| 2. Net change by Change Orders | | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $ | 1,089,897.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | | $ | 455,654.82 |
| 5. RETAINAGE: | | | |
| a. 0% of Completed Work (Column D + E on G703) | $ | 0.00 | |
| b. 0% of Stored Material (Column F on G703) | $ | 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | | $ | 455,654.82 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $ | 74,702.89 |
| 8. CURRENT PAYMENT DUE | | $ | 380,951.93 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | | $ | 634,242.18 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: *(signature)*  Date: 3/24/2022

State of: South Dakota  County of: Minnehaha
Subscribed and sworn to before me this 24th day of March, 202...
Notary Public: *(signature)*
My Commission expires: 2/2/2028

GINA HILLERS
NOTARY PUBLIC
SOUTH DAKOTA

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATION FOR PAYMENT - 1992 EDITION - AIA - ©1992  THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE 2 OF 2 PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 2
APPLICATION DATE: 3/24/22
PERIOD TO: 2/28/22
ARCHITECT'S PROJECT NO: 0
GAGE JOB NO: 21-11505

| A<br>ITEM<br>NO. | B<br>DESCRIPTION OF WORK | C<br>SCHEDULED<br>VALUE | D<br>WORK COMPLETED<br>FROM PREVIOUS<br>APPLICATION<br>(D + E) | E<br>WORK COMPLETED<br>THIS PERIOD | F<br>MATERIALS<br>PRESENTLY<br>STORED<br>(NOT IN<br>D OR E) | G<br>TOTAL<br>COMPLETED<br>AND STORED<br>TO DATE<br>(D+E+F) | %<br>(G ÷ C) | H<br>BALANCE<br>TO FINISH<br>(C - G) | I<br>RETAINAGE<br>(IF VARIABLE<br>RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Drafting/Mobilization/Engineering | $  38,000.00 | 38,000.00 | - | - | 38,000.00 | 100.00% | - | - |
|  | **8" COREFLOOR** | | | | | | | | |
| 2 | Materials including Sales Tax | $  94,987.34 | - | - | - | - | | 94,987.34 | - |
| 3 | Freight | $  9,376.00 | - | - | - | - | | 9,376.00 | - |
|  | **12" COREFLOOR** | | | | | | | | |
| 4 | Materials including Sales Tax | $  66,011.62 | - | 23,104.07 | - | 23,104.07 | 35.00% | 42,907.55 | - |
| 5 | Freight | $  7,032.00 | - | - | - | - | | 7,032.00 | - |
|  | **12" HEAVY COREFLOOR** | | | | | | | | |
| 6 | Materials including Sales Tax | $  96,550.59 | - | - | - | - | | 96,550.59 | - |
| 7 | Freight | $  11,134.00 | - | - | - | - | | 11,134.00 | - |
|  | **SMOOTH GREY PANELS** | | | | | | | | |
| 8 | Materials including Sales Tax | $  247,145.28 | - | 185,358.96 | - | 185,358.96 | 75.00% | 61,786.32 | - |
| 9 | Freight | $  18,166.00 | - | - | - | - | | 18,166.00 | - |
|  | **BEAMS** | | | | | | | | |
| 10 | Materials including Sales Tax | $  191,654.33 | 19,165.43 | 172,488.90 | - | 191,654.33 | 100.00% | | - |
| 11 | Freight | $  7,032.00 | - | - | - | - | | 7,032.00 | - |
|  | **COLUMNS** | | | | | | | | |
| 12 | Materials including Sales Tax | $  70,149.84 | 17,537.46 | - | - | 17,537.46 | 25.00% | 52,612.38 | - |
| 13 | Freight | $  1,758.00 | - | - | - | - | | 1,758.00 | - |
| 14 | Hired Erection | $  230,900.00 | - | - | - | - | | 230,900.00 | - |
|  | **GRAND TOTALS** | $1,089,897.00 | $74,702.89 | $380,951.93 | $0.00 | $455,654.82 | 41.81% | $634,242.18 | $0.00 |

Users may obtain validation of this document by requesting the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C.  20006-5232

G703-1992

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE ONE OF    TWO    PAGES

| TO CONTRACTOR: | PROJECT: The Ruins |
|---|---|
| Prevail Build | Watertown, SD |
| 100 East Kemp Ave, Suite E | |
| Watertown, SD 57201 | |
| FROM SUBCONTRACTOR: | VIA: |
| Gage Bros. Concrete Prod. Inc. | |
| 2810 North Bahnson Avenue | |
| Sioux Falls, SD 57104 | |
| CONTRACT FOR:  Concrete Products | |

APPLICATION NO:    3

PERIOD TO:    4/30/2022

PROJECT NOS:

JOB NO:    **Invoice # 1911255**

CONTRACT DATE: 9/16/2021    Gage Job # 21-11505

Distribution to:
OWNER
ARCHITECT
CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,089,897.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,089,897.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | 804,499.00 |
|     DATE    (Column G on G703) | | |
| 5. RETAINAGE: | | |
|   a.   0% of Completed Work   $ | 0.00 | |
|     (Column D + E on G703) | | |
|   b.   0% of Stored Material   $ | 0.00 | |
|     (Column F on G703) | | |
|     Total Retainage (Lines 5a + 5b or | | |
|     Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 804,499.00 |
|     (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
|     PAYMENT (Line 6 from prior Certificate) | $ | 455,654.82 |
| 8. CURRENT PAYMENT DUE | $ | 348,844.18 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 285,398.00 |
|     (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By:    Date:    4/26/2022

State of:    South Dakota    County of: Minnehaha
Subscribed and sworn to before me this    26th day of April, 20__
Notary Public:
My Commission expires:

GINA HILLERS
(SEAL)    NOTARY PUBLIC    (SEAL)
SOUTH DAKOTA

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By:    Date:

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992    THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

# CONTINUATION SHEET   *AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 3
APPLICATION DATE: 4/26/22
PERIOD TO: 4/30/22
ARCHITECT'S PROJECT NO: 0
GAGE JOB NO: 21-11505

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Drafting/Mobilization/Engineering | $ 38,000.00 | 38,000.00 | - | - | 38,000.00 | 100.00% | - | - |
|  | 8" COREFLOOR |  |  |  |  |  |  |  |  |
| 2 | Materials including Sales Tax | $ 94,987.34 | - | 94,987.34 | - | 94,987.34 | 100.00% | - | - |
| 3 | Freight | $ 9,376.00 | - | - | - | - |  | 9,376.00 | - |
|  | 12" COREFLOOR |  |  |  |  |  |  |  |  |
| 4 | Materials including Sales Tax | $ 66,011.62 | 23,104.07 | 42,907.55 | - | 66,011.62 | 100.00% | - | - |
| 5 | Freight | $ 7,032.00 | - | - | - | - |  | 7,032.00 | - |
|  | 12" HEAVY COREFLOOR |  |  |  |  |  |  |  |  |
| 6 | Materials including Sales Tax | $ 96,550.59 | - | 96,550.59 | - | 96,550.59 | 100.00% | - | - |
| 7 | Freight | $ 11,134.00 | - | - | - | - |  | 11,134.00 | - |
|  | SMOOTH GREY PANELS |  |  |  |  |  |  |  |  |
| 8 | Materials including Sales Tax | $ 247,145.28 | 185,358.96 | 61,786.32 | - | 247,145.28 | 100.00% | - | - |
| 9 | Freight | $ 18,166.00 | - | - | - | - |  | 18,166.00 | - |
|  | BEAMS |  |  |  |  |  |  |  |  |
| 10 | Materials including Sales Tax | $ 191,654.33 | 191,654.33 | - | - | 191,654.33 | 100.00% | - | - |
| 11 | Freight | $ 7,032.00 | - | - | - | - |  | 7,032.00 | - |
|  | COLUMNS |  |  |  |  |  |  |  |  |
| 12 | Materials including Sales Tax | $ 70,149.84 | 17,537.46 | 52,612.38 | - | 70,149.84 | 100.00% | - | - |
| 13 | Freight | $ 1,758.00 | - | - | - | - |  | 1,758.00 | - |
| 14 | Hired Erection | $ 230,900.00 | - | - | - | - |  | 230,900.00 | - |
|  | **GRAND TOTALS** | $1,089,897.00 | $455,654.82 | $348,844.18 | $0.00 | $804,499.00 | 73.81% | $285,398.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0014

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE ONE OF    TWO    PAGES

TO CONTRACTOR:    PROJECT: The Ruins

Prevail Build
100 East Kemp Ave, Suite E    Watertown, SD
Watertown, SD 57201

FROM SUBCONTRACTOR:    VIA:

Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104
CONTRACT FOR: Concrete Products

APPLICATION NO:    4

Distribution to:
OWNER
ARCHITECT
CONTRACTOR

PERIOD TO:    5/31/2022

PROJECT NOS:
JOB NO:    **Invoice # 1911298**
CONTRACT DATE: 9/16/2021    Gage Job # 21-11505

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,089,897.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,089,897.00 |
| 4. TOTAL COMPLETED & STORED TO DATE    (Column G on G703) | $ | 1,062,791.00 |
| 5. RETAINAGE: | | |
| a.    0% of Completed Work    $    0.00 | | |
| (Column D + E on G703) | | |
| b.    0% of Stored Material    $    0.00 | | |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 1,062,791.00 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 804,499.00 |
| 8. CURRENT PAYMENT DUE | $ | 258,292.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 27,106.00 |
| (Line 3 less line 6) | | |

CONTRACTOR:

By:                                        Date:    5/26/2022

State of:    South Dakota    County of: Minnehaha
Subscribed and sworn to before me this    26th day of May, 2022
Notary Public: Gena Hillers    **GINA HILLERS**
My Commission expires:    2/21/2028    SEAL    NOTARY PUBLIC    SEAL
SOUTH DAKOTA

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By:                                        Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992    THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE 2 OF 2 PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

| | |
|---|---|
| APPLICATION NO: | 4 |
| APPLICATION DATE: | 5/26/22 |
| PERIOD TO: | 5/31/22 |
| ARCHITECT'S PROJECT NO: | 0 |
| GAGE JOB NO: | 21-11505 |

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Drafting/Mobilization/Engineering | $ 38,000.00 | 38,000.00 | - | - | 38,000.00 | 100.00% | - | - |
| | **8" COREFLOOR** | | | | | | | | |
| 2 | Materials including Sales Tax | $ 94,987.34 | 94,987.34 | - | - | 94,987.34 | 100.00% | - | - |
| 3 | Freight | $ 9,376.00 | - | 9,376.00 | - | 9,376.00 | 100.00% | - | - |
| | **12" COREFLOOR** | | | | | | | | |
| 4 | Materials including Sales Tax | $ 66,011.62 | 66,011.62 | - | - | 66,011.62 | 100.00% | - | - |
| 5 | Freight | $ 7,032.00 | - | 7,032.00 | - | 7,032.00 | 100.00% | - | - |
| | **12" HEAVY COREFLOOR** | | | | | | | | |
| 6 | Materials including Sales Tax | $ 96,550.59 | 96,550.59 | - | - | 96,550.59 | 100.00% | - | - |
| 7 | Freight | $ 11,134.00 | - | 11,134.00 | - | 11,134.00 | 100.00% | - | - |
| | **SMOOTH GREY PANELS** | | | | | | | | |
| 8 | Materials including Sales Tax | $ 247,145.28 | 247,145.28 | - | - | 247,145.28 | 100.00% | - | - |
| 9 | Freight | $ 18,166.00 | - | 18,166.00 | - | 18,166.00 | 100.00% | - | - |
| | **BEAMS** | | | | | | | | |
| 10 | Materials including Sales Tax | $ 191,654.33 | 191,654.33 | - | - | 191,654.33 | 100.00% | - | - |
| 11 | Freight | $ 7,032.00 | - | 7,032.00 | - | 7,032.00 | 100.00% | - | - |
| | **COLUMNS** | | | | | | | | |
| 12 | Materials including Sales Tax | $ 70,149.84 | 70,149.84 | - | - | 70,149.84 | 100.00% | - | - |
| 13 | Freight | $ 1,758.00 | - | 1,758.00 | - | 1,758.00 | 100.00% | - | - |
| 14 | Hired Erection | $ 230,900.00 | - | 230,900.00 | - | 230,900.00 | 100.00% | - | - |
| 15 | Revised Scope (5/19/22) | $ (27,106.00) | - | (27,106.00) | - | (27,106.00) | 100.00% | - | - |
| | **GRAND TOTALS** | $1,062,791.00 | $804,499.00 | $258,292.00 | $0.00 | $1,062,791.00 | 100.00% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0018

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*      PAGE ONE OF      TWO      PAGES

| | | |
|---|---|---|
| TO CONTRACTOR: | PROJECT: The Ruins | APPLICATION NO: 4 *Revised* |
| Prevail Build | Watertown, SD | |
| 100 East Kemp Ave, Suite E | | Distribution to: |
| Watertown, SD 57201 | | ☐ OWNER |
| FROM SUBCONTRACTOR: | VIA: | ☐ ARCHITECT |
| Gage Bros. Concrete Prod. Inc. | | ☐ CONTRACTOR |
| 2810 North Bahnson Avenue | | PERIOD TO: 5/31/2022 |
| Sioux Falls, SD 57104 | | PROJECT NOS: |
| CONTRACT FOR: Concrete Products | | JOB NO: **Invoice # 1911298** |
| | | CONTRACT DATE: 9/16/2021   Gage Job # 21-11505 |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,089,897.00 |
| 2. Net change by Change Orders | $ | (18,063.50) |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,071,833.50 |
| 4. TOTAL COMPLETED & STORED TO | $ | 1,071,833.50 |
| DATE     (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a.    0% of Completed Work     $ | 0.00 | |
| (Column D + E on G703) | | |
| b.    0% of Stored Material     $ | 0.00 | |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 1,071,833.50 |
| (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 804,499.00 |
| 8. CURRENT PAYMENT DUE | $ | 267,334.50 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 0.00 |
| (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | $18,063.50 |
| TOTALS | $0.00 | $18,063.50 |
| NET CHANGES by Change Order | ($18,063.50) | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____     Date: 09/09/2022 ~~5/26/2022~~

State of: South Dakota     County of: Minnehaha
Subscribed and sworn to before me this 26th day of May 2022
Notary Public: Gina Hillers
My Commission expires: 7/2/2025

GINA HILLERS
NOTARY PUBLIC
SEAL     SOUTH DAKOTA     SEAL

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____     Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992     THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0019

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE 2 OF 2 PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:          4
APPLICATION DATE:    5/26/22
PERIOD TO:    5/31/22
ARCHITECT'S PROJECT NO:          0
GAGE JOB NO:  21-11505

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Drafting/Mobilization/Engineering | $ 38,000.00 | 38,000.00 | - | - | 38,000.00 | 100.00% | - | - |
| | 8" COREFLOOR | | | | | | | | |
| 2 | Materials including Sales Tax | $ 94,987.34 | 94,987.34 | - | - | 94,987.34 | 100.00% | - | - |
| 3 | Freight | $ 9,376.00 | - | 9,376.00 | - | 9,376.00 | 100.00% | - | - |
| | 12" COREFLOOR | | | | | | | | |
| 4 | Materials including Sales Tax | $ 66,011.62 | 66,011.62 | - | - | 66,011.62 | 100.00% | - | - |
| 5 | Freight | $ 7,032.00 | - | 7,032.00 | - | 7,032.00 | 100.00% | - | - |
| | 12" HEAVY COREFLOOR | | | | | | | | |
| 6 | Materials including Sales Tax | $ 96,550.59 | 96,550.59 | - | - | 96,550.59 | 100.00% | - | - |
| 7 | Freight | $ 11,134.00 | - | 11,134.00 | - | 11,134.00 | 100.00% | - | - |
| | SMOOTH GREY PANELS | | | | | | | | |
| 8 | Materials including Sales Tax | $ 247,145.28 | 247,145.28 | - | - | 247,145.28 | 100.00% | - | - |
| 9 | Freight | $ 18,166.00 | - | 18,166.00 | - | 18,166.00 | 100.00% | - | - |
| | BEAMS | | | | | | | | |
| 10 | Materials including Sales Tax | $ 191,654.33 | 191,654.33 | - | - | 191,654.33 | 100.00% | - | - |
| 11 | Freight | $ 7,032.00 | - | 7,032.00 | - | 7,032.00 | 100.00% | - | - |
| | COLUMNS | | | | | | | | |
| 12 | Materials including Sales Tax | $ 70,149.84 | 70,149.84 | - | - | 70,149.84 | 100.00% | - | - |
| 13 | Freight | $ 1,758.00 | - | 1,758.00 | - | 1,758.00 | 100.00% | - | - |
| 14 | Hired Erection | $ 230,900.00 | - | 230,900.00 | - | 230,900.00 | 100.00% | - | - |
| 15 | Revised Scope (5/19/22) | $ (27,106.00) | - | (27,106.00) | - | (27,106.00) | 100.00% | - | - |
| 16 | Misc Welding by Wysan | $5,101.25 | | $5,101.25 | | $5,101.25 | 100.00% | | |
| 17 | W/O #2 (AB Columns) | $1,218.25 | | $1,218.25 | | $1,218.25 | 100.00% | | |
| 18 | Precast at SE Stair Tower | $4,500.00 | | $4,500.00 | | $4,500.00 | 100.00% | | |
| 19 | Additional Topping | ($1,777.00) | | ($1,777.00) | | ($1,777.00) | 100.00% | | |
| | **GRAND TOTALS** | $1,071,833.50 | $804,499.00 | $267,334.50 | $0.00 | $1,071,833.50 | 100.00% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0020

Gage Bros Concrete Products Inc

10-09-2024          Page 1
System Date: 10-09-2024
System Time:  3:15 pm

# Deposits with Cash Receipts

| Cash Receipt ID | | Cash Receipt Type | Invoice | Contract | Description | Amount |
|---|---|---|---|---|---|---|
| GW - Opper | 03-14-2022 | 031422DEP   Checking | | | | |
| 39648 | | 604250   PREVAIL, LLC | | | | |
| | | Invoice cash receipt | 1911192 | 2111505 | | 74,702.89- |
| | | | | | Cash Receipt 39648 Total: | 74,702.89-* |
| | | | | | Deposit 031422DEP on 3-14-2022 Total: | 74,702.89-* |
| | 04-11-2022 | 041122DEP   Checking | | | | |
| 110 | | 604250   PREVAIL, LLC | | | | |
| | | Invoice cash receipt | 1911219 | 2111505 | | 380,951.93- |
| | | | | | Cash Receipt 110 Total: | 380,951.93-* |
| | | | | | Deposit 041122DEP on 4-11-2022 Total: | 380,951.93-* |
| | 05-12-2022 | 051222DEP   Checking | | | | |
| 131 | | 604250   PREVAIL, LLC | | | | |
| | | Invoice cash receipt | 1911255 | 2111505 | | 348,844.18- |
| | | | | | Cash Receipt 131 Total: | 348,844.18-* |
| | | | | | Deposit 051222DEP on 5-12-2022 Total: | 348,844.18-* |
| | 11-21-2022 | 112122CONCChecking | | | | |
| 11143 | | 604250   PREVAIL, LLC | | | | |
| | | Invoice cash receipt | 1911298 | 2111505 | | 258,292.00- |
| | | | | | Cash Receipt 11143 Total: | 258,292.00-* |
| | | | | | Deposit 112122CONC on 11-21-2022 Total: | 258,292.00-* |
| | 06-06-2024 | 060624CON   Checking | | | | |
| 12593 | | 604250   PREVAIL, LLC | | | | |
| | | Invoice cash receipt | 1911449 | 2111505 | | 9,042.50- |
| | | | | | Cash Receipt 12593 Total: | 9,042.50-* |
| | | | | | Deposit 060624CON on 6-06-2024 Total: | 9,042.50-* |
| | | | | | GW - Opper Total: | 1,071,833.50-* |
| | | | | | Report Total: | 1,071,833.50-* |

Gage Bros Concrete Products Inc

AR Inquiry - By Customer

Payment Detail for Closed Items 1/2/22

Page 1
System Date: 10-09-24
System Time:  3:33 pm
Record Security: Disabled

| Activity Type | Activity Status | Invoice | Activity Date | Amount | Retainage Held | Retainage Billed | Finance Charge Amount |
|---|---|---|---|---|---|---|---|
| Invoice | Posted | 1911192 | 02-23-2022 | 74,702.89 | | | |
| Cash receipt | Posted | 1911192 | 03-14-2022 | 74,702.89- | | | |
| Invoice | Posted | 1911219 | 03-24-2022 | 380,951.93 | | | |
| Cash receipt | Posted | 1911219 | 04-11-2022 | 380,951.93- | | | |
| Invoice | Posted | 1911255 | 04-26-2022 | 348,844.18 | | | |
| Cash receipt | Posted | 1911255 | 05-12-2022 | 348,844.18- | | | |
| Invoice | Posted | 1911298 | 05-26-2022 | 258,292.00 | | | |
| Cash receipt | Posted | 1911298 | 11-21-2022 | 258,292.00- | | | |
| Invoice | Posted | 1911449 | 09-23-2022 | 9,042.50 | | | |
| Cash receipt | Posted | 1911449 | 06-06-2024 | 9,042.50- | | | |
| Report Totals: | | | | .00* | .00* | .00* | .00* |

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0027

DATE:04/30/22  CK#:131  TOTAL:$348,844.18*  BANK:The Ruins, LLC(Full2)
PAYEE:GAGE BROS. CONCRETE PROD INC

| Property | Invoice - Date | Amount |
|---|---|---|
| p0000001 | N/A - 04/30/2022 | 348,844.18 |
| | | 348,844.18 |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN  56548

131

**** THREE HUNDRED FORTY EIGHT THOUSAND EIGHT HUNDRED FORTY FOUR AND 18/100 DOLLARS

TO THE
ORDER OF

04/30/22        $348,844.18*

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD    57104

CUST # 604250
inv # 1911255
job # 21-11505

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11143

77-7869/2913

\*\*\*\* TWO HUNDRED FIFTY EIGHT THOUSAND TWO HUNDRED NINETY TWO AND 00/100 DOLLARS

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD    57104

11/01/22        $258,292.00*

Business Account

NON-NEGOTIABLE

_____

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11143

77-7869/2913

\*\*\*\* TWO HUNDRED FIFTY EIGHT THOUSAND TWO HUNDRED NINETY TWO AND 00/100 DOLLARS

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD    57104

11/01/22        $258,292.00*

Business Account

Authorized Signature

DATE:11/01/22  CK#:11143  TOTAL:$258,292.00*  BANK:Craig Development, LLC(1125)
PAYEE:GAGE BROS. CONCRETE PROD INC

| Property | Invoice - Date | Description | Amount |
|---|---|---|---|
| 1405 | 11/01/2022 | | 258,292.00 |
| | | | 258,292.00 |

PreVail LLC
Inv #是 1911298

**Deposit Detail Report**

**Online Business Deposit**

Report Created on 3/14/2022 11:58:49 AM by Karen

| Presenter: Gage Bros. Concrete Products, Inc | Date Range: 3/14/2022 - 3/14/2022 |
|---|---|
| Location(s): Gage Bros. Concrete Products, Inc | Account(s): 13430946 |

| Research ID | Aux On Us | Transit Routing | Account Number | Process Control | Amount |
|---|---|---|---|---|---|
| Location: Gage Bros. Concrete Products, Inc ~ Acct: Gage Bros Concrete (13430946) | | | | | |
| User: Karen ~ Item Count: 3 ~ Deposit Amount: $1,774,372.71 | | | | | |
| Processed: 3/14/2022 ~ Acknowledged: 3/14/2022 11:58 AM ~ Posted: 3/14/2022 | | | | | |
| 3-1 | | 091408734 | | 11 | $1,774,372.71 |
| 3-2 | 031429 | 091400554 | | | ($1,699,669.82) |
| 3-3 | | 291378693 | | | ($74,702.89) |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39648

77-7869/2913

**** SEVENTY FOUR THOUSAND SEVEN HUNDRED TWO AND 89/100 DOLLARS

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD  57104

03/08/22                    $74,702.89**

Business Account

Authorized Signature

DATE:03/08/22  CK#:39648  TOTAL:$74,702.89**  BANK:Craig Properties, LLC(1120)
PAYEE:GAGE BROS. CONCRETE PROD INC

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Craig Properties | 03/08/2022 | | 74,702.89 |
| | | | 74,702.89 |

Cust # 604250
inv # 1911192
job # 21-11505

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0025

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN  56548

110

**** THREE HUNDRED EIGHTY THOUSAND NINE HUNDRED FIFTY ONE AND 93/100 DOLLARS

TO THE
ORDER OF

04/02/22        $380,951.93*

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD   57104

⸫ 7B 2⸫

DATE:04/02/22  CK#:110  TOTAL:$380,951.93*  BANK:The Ruins, LLC(ruins)
PAYEE:GAGE BROS. CONCRETE PROD INC

| Property | Invoice - Date | Description | Amount |
|---|---|---|---|
| p0000001 | 04/02/2022 | | 380,951.93 |
| | | | 380,951.93 |

Cust # 604250
inv # 1911219
job # 21-11505

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0026

**SCOPE OF WORK**

*PROPOSAL SUBMITTED TO*



Prevail Build
100 East Kemp Ave, Suite E
Watertown, SD 57201
Attn: Jesse Kiihl
jesse.kiihl@prevailbuild.com

| | | | |
|---|---|---|---|
| Date: 9/16/2021 | | | |
| Project: The Ruins | | Location: Watertown, SD, USA | |
| Bid Date: 9/16/2021 | | Specification section(s): NA | |

Gage Bros. Concrete Products, Inc. is pleased to provide you this <u>Proposal</u> as follows for the precast concrete materials for <u>The Ruins</u> per drawings dated <u>9/7/2021</u> with the following scope of work, standard exclusions, general clarifications, and standard conditions. *Pricing is only applicable for 10 days unless noted otherwise. Schedule subject to change. Final schedule to be confirmed at time of order.*

**A. SCOPE OF WORK:**

**Base Bid:**

1. 8" x 48" Corefloor ~ approximately 166 pieces or 11,621 SF
2. 12" x 48" Regular Corefloor ~ approximately 75 pieces or 6,436 SF
3. 12" x 48" Heavy Corefloor ~ approximately 92 pieces or 8,932 SF
4. Solid Wetcast Slabs 12" thick ~ approximately 7 pieces or 921 SF
5. Precast Beams ~ approximately 36 pieces or 808 LF
6. Precast Columns ~ approximately 30 pieces or 365 LF
7. 8" Precast Panels at elevator and stairway shafts (grey as cast finish) ~ approximately 30 pieces 7,481 SF
8. Precast to precast connection hardware. Primed connections included.  Additional cost to be added for galvanized or stainless-steel hardware.
9. Precast erection. One mobilization included

The above Base Bid materials furnished and installed for a lump sum of **$1,089,897.00** which includes all applicable sales tax (6.5%).

| | |
|---|---|
| Accepted By: | Gage Bros. Concrete Products, Inc. |
| Title: _printed_ | *Alex Vogel* |
| Date: 9/16/21 | Alex Vogel<br>Bid Coordinator |

2810 N. Bahnson Ave.  |  Sioux Falls, S.D. 57104  |  Main Office 605.336.1180
gagebrothers.com

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0028

The Ruins
Watertown, SD

### B. STANDARD EXCLUSIONS:

1. On-site testing.
2. Overtime.
3. Liquidated and/or Consequential Damages.
4. Excise Tax.
5. **Loose steel plates, channels, angles, etc. for support of other construction or finishes.**
6. **Galvanized or stainless-steel hardware.**
7. Multiple Mobilizations (added cost if more than one mobilization is required)
8. Any bond cost.
9. Verification of on-site dimensions and/or conditions.
10. **Cleaning, wash down, waterproofing, caulking, and sealing;** including necessary materials.
11. Embedded items for subsequent construction.
12. Removal and/or patching of erection loops and/or inserts provided for installation.
13. Patching of fireproofing.
14. Grouting and/or patching of recessed connection areas.
15. Embeds for window attachment. Gage Brothers has labor included to cast them in.
16. Window washing inserts. Gage Brothers has labor included to cast them in.
17. Lateral bracing materials for steel support structure.
18. De-watering or the removal of snow, ice, mud, sand, etc. as required for the performance of our work or preparation of bearing surfaces to receive our work
19. Guard posts, handrails, stairs, or ladders.
20. Barricading/Handrail at openings or leading edges
21. Protection of precast units from soiling and/or other damages after erection.
22. FAA permitting
23. Any expenses related to temporary environmental enclosures.
24. Any cast stone, precast sitework, signage or any other material not specified above.

### C. GENERAL CLARIFICATIONS:

1. **Due to the large number of pending commitments, supply chain interruptions, delays and additional expenses that may result from COVID-19 restrictions, Gage Brothers cannot guarantee any delivery dates until the actual order is received.**
2. Fabrication and erection tolerances to be as per PCI standards.
3. Reinforcing and hardware is figured plain, no epoxy or galvanized coatings are included.
4. Lifting loops, picking inserts and any other connection hardware is intended for the sole purpose of lifting, handling and connecting precast. Any other use by any trade is prohibited without the express written consent of Gage Brothers Engineering Department.
5. Add **$200.00/each** to cast in electrical boxes/conduits. Boxes and conduit with locations are to be furnished by Electrical Contractor at no cost to Gage Brothers.
6. Proposal is subject to review of contract language and conditions prior to execution.
7. All precast jobs have some touch-up and repair work. Gage Brothers reserves the right to patch/repair the stone/precast upon the completion of the installation. Once this remedial work is completed, identify any additional repairs on your final punchlist.
8. When Gage preforms touch up and repair work required due to damage caused by other parties, we reserve the right to charge $115.00 per hour for work completed in the Sioux Falls regional area and $135.00 per hour for areas outside of the Sioux Falls region.
9. Gage Brothers will require an adequate roadway around the building for trucks to proceed under their own power.
10. Street permits and barricades, if required, are to be handled by the General Contractor.
11. Installation of materials embedded in site-placed concrete is not included.
12. The General Contractor is to supply ample room to drop 3 trailers at jobsite for each setting crew.

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0029

13. Gage Brothers will not be held responsible for precast damages or repairs required from adjacent brick wash. The acid in the brick wash may damage finish and change the precast color.
14. Proposal is based on erecting panels prior to stud walls, infill framing or insulation being erected (i.e. access for panel connection from inside of building.)
15. Gage Brothers does not assume responsibility for additional freight charges that may be incurred from Spring Road Restrictions. Material will not be delivered while restrictions are in place. If delaying delivery is unavoidable, additional freight and permit charges will be passed on to the General Contractor.
16. General Contractor is to provide a perimeter offset line around each floor for horizontal control of precast erection. Line intersections at corners are to be scribed.
17. General Contractor is to provide a scribed elevation on each floor for vertical control of precast erection.
18. Unless otherwise noted, the erection proposal from Gage Brothers includes no reinforcing, bracing, or stiffening parent structure.
19. Personnel hoist/elevator available to move personnel from floor to floor at no additional charge.
20. All work to be performed on a steady, uninterrupted basis during straight time hours.
21. Crane access: Contractor to supply all necessary access to the structure as is necessary for erection of precast units so that trucks and cranes can operate under their own power. Crane to have a minimum of 50' level working surface adjacent to the work being performed. Seller assumes the working surface is adequate to support the bearing pressure of the cranes and that no improvements or matting is required to operate cranes. The contractor is responsible to maintain all erection roads. Access for scissor lifts is required at all levels of the structure.
22. Erector assumes no responsibility for site preparation and/or damage. In the event the crane must travel or set up within the site or off the jobsite, on concrete, asphalt, or sod to successfully be erected, de-erected or perform a lift, the liability of the surface and sub-surface condition including any buried electric lines, power lines, water lines, sewage lines, storm water lines, tunnels and vaults shall become the sole responsibility of the customer.
23. Gage Brothers have no site improvements, crane pads, or crane matting included in this proposal.
24. Any overhead obstructions, trees, lampposts or power lines that interfere with crane are to be removed by General Contractor.


**D. STANDARD CONDITIONS:**

- Sales Tax, Use Tax, and Excise Tax must be added where applicable.
- This Proposal is based on materials named and subject to the conditions noted on this proposal; and acceptance of your order is expressly made conditional on your assent to the terms and conditions stated herein, and Gage Brothers agree to furnish the materials described herein only upon these terms and conditions unless accepted by Gage Brothers in writing.
- This proposal when signed by the buyer becomes a contract subject to the approval of the credit department of the seller.
- The seller will not be liable for delay beyond the control of Gage Brothers which shall include weather, strikes, accidents, fires, labor disputes, and all other causes.
- Mobilization billing will appear 30 days from contract date or with first invoice.
- **Payment Terms:** Gage Brothers will invoice at the end of the month for materials fabricated and freight for materials shipped in that month. Invoices will be a volume rate (per cubic yard) payable net 30 days.
- **Worker's Compensation Insurance:** Gage Brothers has a Workmen's Compensation Insurance Carrier with an A.M. Best rating of **A-**. This covers shop labor in the Sioux Falls, SD plant only.
- **Indemnity Clause:** Indemnification shall apply to the extent of property damages or bodily injury resulting from negligent acts and omissions of the subcontractor, its agents, or subcontractors.
- **Warranty:** Any printed warranty delivered to the purchaser is the only warranty applicable to the merchandise sold herewith and is expressly in lieu of all other warranties, expressed or implied,

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0030

The Ruins
Watertown, SD

Gage Brothers │ Page 4 of 4
9/16/2021

including any implied warranty of merchantability or for a particular purpose, except any written plans or specifications endorsed on this sale agreement for reference. In the event of a failure during the warranty period the seller's liability and responsibility shall be limited solely to replacement of defective material and the seller shall not be liable for the costs of replacement or any consequential damage resulting from the failure of the seller's material.

▪ Typographical errors are subject to correction.

### E. Delivery Policy:

• Gage Brothers requires that orders be placed a minimum of two business days prior to delivery. For example, orders for a Wednesday delivery must be placed no later than noon on the proceeding Monday.

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0031

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

    **315 East Kemp, Watertown, SD 57201**

Dated this _14th_ day of _March_, _2022_

AMOUNT: $ _74,702.89_ [Enter Amount]
[Enter Memo Info]

FULL _____

PARTIAL ___X_____

[Enter Creditor Name] _Gage Bros. Concrete Products, Inc_

By: _David Honner_
Its: _Vice - President_
Address: _2810 N. Bahnson Avenue_
_Sioux Falls, SD 57104_
Phone Number: _(605) 336-1180_

## PLEASE SIGN AND RETURN TO:
**Craig Development, LLC**
**1405 1 Ave N**
**Fargo, ND 58102**

**WAIVER OF LIEN**                                                    SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD 57201

Dated this 11th day of April, 2022

                                    Gage Bros. Concrete Products, Inc
                                    [Enter Creditor Name]

AMOUNT: $[Enter Amount]
[Enter Memo Info]

FULL      _____

PARTIAL   ___X___

By:  David Konner
Its: Vice-President
Address: 2810 N. Bahnson Avenue
         Sioux Falls, SD 57104
Phone Number: 605-336-1180

## PLEASE SIGN AND RETURN TO:
**Craig Development, LLC**
**1405 1 Ave N**
**Fargo, ND 58102**

**WAIVER OF LIEN**

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD 57201

Dated this 12th day of May, 2022

AMOUNT: $[Enter Amount]
[Enter Memo Info]

[Enter Creditor Name]

FULL _____

PARTIAL _____X_____

By: David Hanner
Its: Vice-President
Address: 2810 N. Bahnson Ave
Sioux Falls, SD 57104
Phone Number: 605-336-1180

## PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

PREVAIL
Check #11143 Craig Developement
21-11505

## WAIVER OF LIEN

SD19260724

TO WHOM IT MAY CONCERN AND TO RED RIVER BANK

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

315 East Kemp, Watertown, SD 57201

Dated this 2nd day of December 2022

AMOUNT: $[Enter Amount] $258,292.00 [Enter Creditor Name]
[Enter Memo Info]

FULL _____

PARTIAL ___X___

Gage Brothers Concrete Products Inc
By: Michelle Cook
Its: SR Accountant
Address: 2810 N Bahnson Ave.
SFSD 57104
Phone Number: 605-333-4322

## PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1 Ave N
Fargo, ND 58102

**WAIVER OF LIEN**                                          SD19260724

TO WHOM IT MAY CONCERN AND TO Dacotah Bank and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

**315 East Kemp to the City of Watertown, Codington County, South Dakota**

Dated this 6th day of ____June____ 2024

AMOUNT: $9042.50 [Enter Amount]
[Enter Memo Info]

FULL      X

PARTIAL _____

[Enter Creditor Name]
Gage Bros. Concrete Products, Inc.

Christina Lien
By: Christina Lien
Its: VP of Finance
Address: 2810 N. Behnson Avenue
Sioux Falls, SD 57104
Phone Number: 605-336-1180

## PLEASE SIGN AND RETURN TO:

Craig Development
PO Box 426
Fargo, ND  58107

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0021

# <u>Exhibit B</u>

# Gage Bros. Concrete Products, Inc.

## Generations Project
### Payment Applications
### Payment Records
### Lien Waivers

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*          PAGE ONE OF          PAGES   11349

| | |
|---|---|
| TO PRIME CONTRACTOR: | PROJECT: Generations on 1st |
| Prevail, LLC | Watertown, SD |
| 100 East Kemp Avenue, Suite E | |
| Watertown, SD 57201 | |
| FROM CONTRACTOR: | VIA: |
| Gage Bros. Concrete Prod. Inc. | |
| 2810 N Bahnson Ave | |
| Sioux Falls, SD 57104 | |
| CONTRACT FOR: Concrete Products | |

APPLICATION NO:          1          Distribution to:

OWNER
ARCHITECT
PERIOD TO:      02/28/2021          CONTRACTOR

PROJECT NOS:
JOB NO:      20-11349
CONTRACT DATE:

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | 584,000.00 |
|     DATE    (Column G on G703) | | |
| 5. RETAINAGE: | | |
|   a.    10  % of Completed Work | $    58,400.00 | |
|     (Column D + E on G703) | | |
|   b.    % of Stored Material | $ | |
|     (Column F on G703) | | |
|     Total Retainage (Lines 5a + 5b or | | |
|     Total in Column I of G703) | $ | 58,400.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 525,600.00 |
|     (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
|     PAYMENT (Line 6 from prior Certificate) | $ | 0.00 |
| 8. CURRENT PAYMENT DUE | $ | 525,600.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 619,900.00 |
|     (Line 3 less Line 6) | | |

CONTRACTOR:

By: *Daniel B Aaron*          Date: 02-25-2021

State of:          South Dakota          County of: Minnehaha
Subscribed and sworn to before me this   25th day of February, 2021
Notary Public:
My Commission expires:  1/22/2026

THOMAS ABRAHAMSON
SEAL  NOTARY PUBLIC  SEAL
SOUTH DAKOTA

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By:          Date:

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | $0.00 | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATION FOR PAYMENT - 1992 EDITION - AIA - ©1992          THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE  OF  PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

| | |
|---|---|
| APPLICATION NO: | 1 |
| APPLICATION DATE: | 2/24/21 |
| PERIOD TO: | 2/28/21 |
| ARCHITECT'S PROJECT NO: | |
| JOB NO: | 20-11349 |

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization/Drafting/Engineering | $39,000.00 | | $39,000.00 | | $39,000.00 | 100.00% | | $3,900.00 |
| | 8" Corefloor | | | | | | | | |
| 2 | Materials including SD Sales Tax | $148,747.00 | | | $135,000.00 | $135,000.00 | 90.76% | $13,747.00 | $13,500.00 |
| 3 | Freight | $7,995.00 | | | | 0 | 0.00% | $7,995.00 | $0.00 |
| | 12" Corefloor | | | | | | | | |
| 4 | Materials including SD Sales Tax | $105,353.00 | | | $100,000.00 | $100,000.00 | 94.92% | $5,353.00 | $10,000.00 |
| 5 | Freight | $15,457.00 | | | | 0 | 0.00% | $15,457.00 | $0.00 |
| | 12" Heavy Corefloor | | | | | | | | |
| 4 | Materials including SD Sales Tax | $33,892.00 | | | $25,000.00 | $25,000.00 | 73.76% | $8,892.00 | $2,500.00 |
| 5 | Freight | $3,731.00 | | | | 0 | 0.00% | $3,731.00 | $0.00 |
| | Solid Gray Panels | | | | | | | | |
| 6 | Materials including SD Sales Tax | $273,285.00 | | | $197,000.00 | 197,000.00000 | 72.09% | $76,285.00 | $19,700.00 |
| 7 | Freight | $25,186.00 | | | | 0 | 0.00% | $25,186.00 | $0.00 |
| | Beams | | | | | | | | |
| 8 | Materials including SD Sales Tax | $179,092.00 | | | $88,000.00 | 88,000.00000 | 49.14% | $91,092.00 | $8,800.00 |
| 9 | Freight | $11,193.00 | | | | 0 | 0.00% | $11,193.00 | $0.00 |
| | Columns | | | | | | | | |
| 10 | Materials including SD Sales Tax | $62,569.00 | | | | 0 | 0.00% | $62,569.00 | $0.00 |
| 11 | Freight | $0.00 | | | | 0 | | | $0.00 |
| 12 | Erection | $240,000.00 | | | | 0 | 0.00% | $240,000.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | $0.00 | |
| | **GRAND TOTALS** | $1,145,500.00 | $0.00 | $39,000.00 | $545,000.00 | $584,000.00 | | $561,500.00 | $58,400.00 |

Users may obtain validation of this document by requesting the license a completed AIA Document D401 - Certification of Document's Authenticity

## JOB SUMMARY FORM

| Job # |  11349 | Costing Form Rev | 2/22/21 | PreCon | Eric | |
| Job Name | Generations on 1st | Miles | 95 | Estimator | Eric | |
| Job Location | Watertown | Hardware Finish | One Shop Coat | | |  |

### Job Content:

| Point | # Pcs | ft² | LF | yd³ | Estimated Drafting hours | Production Days | Truck Loads |
|-------|-------|-----|-----|-----|------------------------|-----------------|-------------|
| .10 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 |
| .20 | 165 | 10,875 | 2,787 | 156 | 0 | 2.8 | 15 |
| .25 | 146 | 14,867 | 3,776 | 275 | 0 | 3.8 | 29 |
| .26 | 28 | 3,216 | 817 | 73 | 0 | 0 | 7 |
| .30 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 |
| .35 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 |
| .40 | 55 | 12,747 | 1,378 | 316 | 21 | 8.0 | 42 |
| .45 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 |
| .50 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 |
| .60 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 |
| .70/.72 | 46 | | 1,078 | 206 | 0 | 5.0 | 21 |
| .75 | 0 | | 0 | 0 | 0 | 0.0 | 0 |
| .80 | 50 | | 608 | 45 | 0 | 12.5 | 0 |
| .90 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 |
| Total | 490 | 41,704 | 10,444 | 1,071 | 21 | | 114 |

Contractor Company: Prevail
Address: 100 East Kemp Ave, Suite E
City, State, Zip: Watertown, SD 57201
Contact: Jesse Kiihl / Jesse Craig
phone:
fax:
mobile: 605-237-4954 / 701-232-1355
e-mail:

Architect Company: TL Stroh

Warranty Type: 1 year

Total Freight Rate $5.87 /Loaded Mile
Gallons of Fuel 4,332
Cost of Fuel $10,830
Fuel Surcharge $4,332

Tons/Grey Cement 369.1

Freight Cost/Load $558

Polishing ☐ Check

*(handwritten annotations: 700.0, 500.0, 14000, 10,000, 3000, 39,000~Mob)*

| | .10 | .20 | .25 | .26 | .30 | .35 | .40 | .45 | .50 | .60 | .66 | .70/.72 | .75 | .80 | .90 | Total |
|-|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|-----|-----|-------|
| Material | $0 | $20,128 | $36,813 | $10,942 | $0 | $0 | $64,855 | $0 | $0 | $0 | $0 | $45,651 | $0 | $16,577 | $0 | $194,965 |
| Labor | $0 | $83,622 | $15,167 | $3,648 | $0 | $0 | $65,067 | $0 | $0 | $0 | $3,167 | $45,282 | $0 | $13,668 | $0 | $229,621 |
| Production Cost | $0 | $103,749 | $51,980 | $14,591 | $0 | $0 | $129,922 | $0 | $0 | $0 | $3,167 | $90,932 | $0 | $30,245 | $0 | $424,586 |
| Add On | $0 | $32,058 | $51,980 | $14,590 | $0 | $0 | $136,419 | $0 | $0 | $0 | $0 | $90,933 | $0 | $30,246 | $0 | $356,226 |
| Inventory Value | $0 | $135,807 | $103,960 | $29,181 | $0 | $0 | $266,341 | $0 | $0 | $0 | $3,167 | $181,865 | $0 | $60,491 | $0 | $780,812 |
| On-Site | $0 | $0 | $0 | $0 | $0 | $0 | $5,099 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,099 |
| Erection | $0 | $240,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $240,000 |
| Caulking | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Wash/Seal | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Bonds | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Freight | $0 | $7,995 | $15,457 | $3,731 | $0 | $0 | $25,186 | $0 | $0 | $0 | $0 | $11,193 | $0 | $0 | $0 | $63,562 |
| Other/Special | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Altus Royalty | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Liner | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Brick/Stone | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contingency | $0 | $6,000 | $4,000 | $4,000 | $0 | $0 | $8,462 | $0 | $0 | $0 | $0 | $4,000 | $0 | $4,000 | $0 | $30,462 |
| Pass Thru | $0 | $12,632 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $12,632 |
| Total Misc | $0 | $266,627 | $19,457 | $7,731 | $0 | $0 | $38,747 | $0 | $0 | $0 | $0 | $15,193 | $0 | $4,000 | $0 | $351,754 |
| Tax | $0 | $1,309 | $2,393 | $711 | $0 | $0 | $4,216 | $0 | $0 | $0 | $0 | $3,227 | $0 | $1,078 | $0 | $12,933 |
| Job Cost | $0 | $403,742 | $125,810 | $37,623 | $0 | $0 | $309,303 | $0 | $0 | $0 | $3,167 | $200,285 | $0 | $65,569 | $0 | $1,145,500 |
| AO/Inv | 0.0% | 23.6% | 50.0% | 50.0% | 0.0% | 0.0% | 51.2% | 0.0% | 0.0% | 0.0% | 0.0% | 50.0% | 0.0% | 50.0% | 0.0% | 45.6% |

Total AO/Inventory 47.2%

X:\Jobs\11000's\11300 to 11399\11349 - Generations on 1st\Sales\Project Scope\Job # 11349 Generations on 1st, Watertown, SD 12-16-20.xls

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE ONE OF    PAGES

| | |
|---|---|
| TO OWNER: | PROJECT: Generations on 1st |
| Prevail, LLC | Watertown, SD |
| 100 East Kemp Avenue, Suite E | |
| Watertown, SD 57201 | |
| FROM CONTRACTOR: | VIA: |
| Gage Bros. Concrete Prod. Inc. | |
| 2810 North Bahnson Avenue | |
| Sioux Falls, SD 57104 | |
| CONTRACT FOR:  Concrete Products | |

APPLICATION NO:  2

PERIOD TO:  3/31/2021

Distribution to:
- OWNER
- ARCHITECT
- CONTRACTOR

PROJECT NOS:
JOB NO:  20-11349
CONTRACT DATE: 8/31/2020
**Invoice #191668**

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | 841,938.00 |
| DATE      (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a.    10% of Completed Work       $ | 84,193.80 | |
| (Column D + E on G703) | | |
| b.    10% of Stored Material       $ | 0.00 | |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column I of G703) | $ | 84,193.80 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 757,744.20 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 525,600.00 |
| 8. CURRENT PAYMENT DUE | $ | 232,144.20 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 387,755.80 |
| (Line 3 less line 6) | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: 3/24/2021

State of:  South Dakota    County of: Minnehaha
Subscribed and sworn to before me this _24th_ day of March, 2021
Notary Public: _____
My Commission expires: 1/22/2026

THOMAS ABRAHAMSON
SEAL   NOTARY PUBLIC   SEAL
DAKOTA

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____  Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992      THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

| APPLICATION NO: | 2 |
|---|---|
| APPLICATION DATE: | 3/24/21 |
| PERIOD TO: | 3/31/21 |
| ARCHITECT'S PROJECT NO: | 0 |
| JOB NO: | 20-11349 |

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 10.00% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Drafting/Mobilization/Engineering | $39,000.00 | $39,000.00 | | | $39,000.00 | 100.00% | | $3,900.00 |
| | **8" Corefloor** | | | | | | | | |
| 2 | Materials including Sales Tax | $148,747.00 | $135,000.00 | $13,747.00 | | $148,747.00 | 100.00% | | $14,874.70 |
| 3 | Freight | $7,995.00 | | | | | | $7,995.00 | |
| | **12" Corefloor** | | | | | | | | |
| 4 | Materials including Sales Tax | $105,353.00 | $100,000.00 | $5,353.00 | | $105,353.00 | 100.00% | | $10,535.30 |
| 5 | Freight | $15,457.00 | | | | | | $15,457.00 | |
| | **12" Heavy Corefloor** | | | | | | | | |
| 6 | Materials including SD Sales Tax | $33,892.00 | $25,000.00 | $8,892.00 | | $33,892.00 | 100.00% | | $3,389.20 |
| 7 | Freight | $3,731.00 | | | | | | $3,731.00 | |
| | **Solid Gray Panels** | | | | | | | | |
| 8 | Materials including SD Sales Tax | $273,285.00 | $197,000.00 | $76,285.00 | | $273,285.00 | 100.00% | | $27,328.50 |
| 9 | Freight | $25,186.00 | | | | | | $25,186.00 | |
| | **Beams** | | | | | | | | |
| 10 | Materials including SD Sales Tax | $179,092.00 | $88,000.00 | $91,092.00 | | $179,092.00 | 100.00% | | $17,909.20 |
| 11 | Freight | $11,193.00 | | | | | | $11,193.00 | |
| | **Columns** | | | | | | | | |
| 12 | Materials including SD Sales Tax | $62,569.00 | | $62,569.00 | | $62,569.00 | 100.00% | | $6,256.90 |
| 13 | Freight | | | | | | | $0.00 | |
| 14 | Erection | $240,000.00 | | | | | | $240,000.00 | |
| | **GRAND TOTALS** | $1,145,500.00 | $584,000.00 | $257,938.00 | $0.00 | $841,938.00 | 73.50% | $303,562.00 | $84,193.80 |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2086

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*      PAGE ONE OF    TWO    PAGES

| | | |
|---|---|---|
| TO OWNER: | PROJECT: Generations on 1st | APPLICATION NO:    3 |
| Prevail, LLC | Watertown, SD | |
| 100 East Kemp Avenue, Suite E | | |
| Watertown, SD 57201 | | PERIOD TO:    4/30/2021 |
| FROM CONTRACTOR: | VIA: | |
| Gage Bros. Concrete Prod. Inc. | | |
| 2810 North Bahnson Avenue | | PROJECT NOS: |
| Sioux Falls, SD 57104 | | JOB NO:    20-11349 |
| CONTRACT FOR: Concrete Products | | CONTRACT DATE: 8/31/2020 |

Distribution to:
OWNER
ARCHITECT
CONTRACTOR

**Invoice #191689**

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---:|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | 889,609.50 |
| DATE    (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a.    10% of Completed Work    $    88,960.95 | | |
| (Column D + E on G703) | | |
| b.    10% of Stored Material    $    0.00 | | |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column I of G703) | $ | 88,960.95 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 800,648.55 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 757,744.20 |
| 8. CURRENT PAYMENT DUE | $ | 42,904.35 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 344,851.45 |
| (Line 3 less Line 6) | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _Tina Gon_    Date: 04/22/2021

State of:    South Dakota    County of Minnehaha
Subscribed and sworn to before me this    22nd day of April
Notary Public: _____    THOMAS ABRAHAMSON
My Commission expires:    1/22/2026    NOTARY PUBLIC SOUTH DAKOTA (SEAL)

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992      THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 3
APPLICATION DATE: 4/22/21
PERIOD TO: 4/30/21
ARCHITECT'S PROJECT NO: 0
JOB NO: 20-11349

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 10.00% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Drafting/Mobilization/Engineering | $39,000.00 | $39,000.00 | | | $39,000.00 | 100.00% | | $3,900.00 |
| | 8" Corefloor | | | | | | | | |
| 2 | Materials including Sales Tax | $148,747.00 | $148,747.00 | | | $148,747.00 | 100.00% | | $14,874.70 |
| 3 | Freight | $7,995.00 | | $5,996.25 | | $5,996.25 | 75.00% | $1,998.75 | $599.63 |
| | 12" Corefloor | | | | | | | | |
| 4 | Materials including Sales Tax | $105,353.00 | $105,353.00 | | | $105,353.00 | 100.00% | | $10,535.30 |
| 5 | Freight | $15,457.00 | | $11,592.75 | | $11,592.75 | 75.00% | $3,864.25 | $1,159.28 |
| | 12" Heavy Corefloor | | | | | | | | |
| 6 | Materials including SD Sales Tax | $33,892.00 | $33,892.00 | | | $33,892.00 | 100.00% | | $3,389.20 |
| 7 | Freight | $3,731.00 | | $2,798.25 | | $2,798.25 | 75.00% | $932.75 | $279.83 |
| | Solid Gray Panels | | | | | | | | |
| 8 | Materials including SD Sales Tax | $273,285.00 | $273,285.00 | | | $273,285.00 | 100.00% | | $27,328.50 |
| 9 | Freight | $25,186.00 | | $18,889.50 | | $18,889.50 | 75.00% | $6,296.50 | $1,888.95 |
| | Beams | | | | | | | | |
| 10 | Materials including SD Sales Tax | $179,092.00 | $179,092.00 | | | $179,092.00 | 100.00% | | $17,909.20 |
| 11 | Freight | $11,193.00 | | $8,394.75 | | $8,394.75 | 75.00% | $2,798.25 | $839.48 |
| | Columns | | | | | | | | |
| 12 | Materials including SD Sales Tax | $62,569.00 | $62,569.00 | | | $62,569.00 | 100.00% | | $6,256.90 |
| 13 | Freight | | | | | | | | |
| 14 | Erection | $240,000.00 | | | | | | $240,000.00 | |
| | **GRAND TOTALS** | $1,145,500.00 | $841,938.00 | $47,671.50 | $0.00 | $889,609.50 | 77.66% | $255,890.50 | $88,960.95 |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2088

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE ONE OF    TWO    PAGES

| | |
|---|---|
| TO OWNER:<br>Prevail, LLC<br>100 East Kemp Avenue, Suite E<br>Watertown, SD 57201 | PROJECT: Generations on 1st<br>Watertown, SD |
| FROM CONTRACTOR:<br>Gage Bros. Concrete Prod. Inc.<br>2810 North Bahnson Avenue<br>Sioux Falls, SD 57104<br>CONTRACT FOR: Concrete Products | VIA: |

APPLICATION NO:    4

PERIOD TO:    5/31/2021

PROJECT NOS:
JOB NO:    20-11349
CONTRACT DATE: 8/31/2020

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐

Invoice #191725

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---:|
| 1. | ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. | Net change by Change Orders | $ | 0.00 |
| 3. | CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. | TOTAL COMPLETED & STORED TO<br>DATE    (Column G on G703) | $ | 1,145,500.00 |

5. RETAINAGE:
   a.   10% of Completed Work    $    114,550.00
        (Column D + E on G703)
   b.   10% of Stored Material    $    0.00
        (Column F on G703)
        Total Retainage (Lines 5a + 5b or

|  | | | |
|---|---|---|---:|
| | Total in Column I of G703) | $ | 114,550.00 |
| 6. | TOTAL EARNED LESS RETAINAGE<br>(Line 4 Less Line 5 Total) | $ | 1,030,950.00 |
| 7. | LESS PREVIOUS CERTIFICATES FOR<br>PAYMENT (Line 6 from prior Certificate) | $ | 800,648.55 |
| 8. | CURRENT PAYMENT DUE | $ | 230,301.45 |
| 9. | BALANCE TO FINISH, INCLUDING RETAINAGE<br>(Line 3 Less Line 6) | $ | 114,550.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved<br>in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____    Date: 05/20/2021

State of:    South Dakota    County of: Minnehaha
Subscribed and sworn to before me this    20th day of May 2021
Notary Public: _____
My Commission expires: 10-31-2023

DAVID G. HONNER
SEAL  NOTARY PUBLIC  SEAL
SOUTH DAKOTA

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992    THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

# CONTINUATION SHEET    *AIA DOCUMENT G703*

PAGE  OF  PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

| | | APPLICATION NO: | 4 |
|---|---|---|---|
| | | APPLICATION DATE: | 5/20/21 |
| | | PERIOD TO: | 5/31/21 |
| | | ARCHITECT'S PROJECT NO: | 0 |
| | | JOB NO: 20-11349 | |

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 10.00% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Drafting/Mobilization/Engineering | $39,000.00 | $39,000.00 | | | $39,000.00 | 100.00% | | $3,900.00 |
| | **8" Corefloor** | | | | | | | | |
| 2 | Materials including Sales Tax | $148,747.00 | $148,747.00 | | | $148,747.00 | 100.00% | | $14,874.70 |
| 3 | Freight | $7,995.00 | $5,996.25 | $1,998.75 | | $7,995.00 | 100.00% | $0.00 | $799.50 |
| | **12" Corefloor** | | | | | | | | |
| 4 | Materials including Sales Tax | $105,353.00 | $105,353.00 | | | $105,353.00 | 100.00% | | $10,535.30 |
| 5 | Freight | $15,457.00 | $11,592.75 | $3,864.25 | | $15,457.00 | 100.00% | $0.00 | $1,545.70 |
| | **12" Heavy Corefloor** | | | | | | | | |
| 6 | Materials including SD Sales Tax | $33,892.00 | $33,892.00 | | | $33,892.00 | 100.00% | | $3,389.20 |
| 7 | Freight | $3,731.00 | $2,798.25 | $932.75 | | $3,731.00 | 100.00% | $0.00 | $373.10 |
| | **Solid Gray Panels** | | | | | | | | |
| 8 | Materials including SD Sales Tax | $273,285.00 | $273,285.00 | | | $273,285.00 | 100.00% | | $27,328.50 |
| 9 | Freight | $25,186.00 | $18,889.50 | $6,296.50 | | $25,186.00 | 100.00% | $0.00 | $2,518.60 |
| | **Beams** | | | | | | | | |
| 10 | Materials including SD Sales Tax | $179,092.00 | $179,092.00 | | | $179,092.00 | 100.00% | | $17,909.20 |
| 11 | Freight | $11,193.00 | $8,394.75 | $2,798.25 | | $11,193.00 | 100.00% | $0.00 | $1,119.30 |
| | **Columns** | | | | | | | | |
| 12 | Materials including SD Sales Tax | $62,569.00 | $62,569.00 | | | $62,569.00 | 100.00% | | $6,256.90 |
| 13 | Freight | | | | | | | | |
| 14 | Erection | $240,000.00 | | $240,000.00 | | $240,000.00 | 100.00% | | $24,000.00 |
| | **GRAND TOTALS** | $1,145,500.00 | $889,609.50 | $255,890.50 | $0.00 | $1,145,500.00 | 100.00% | $0.00 | $114,550.00 |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C.  20006-5232

G703-1992

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE ONE OF    TWO    PAGES

TO OWNER:
Prevail, LLC
100 East Kemp Avenue, Suite E
Watertown, SD 57201

PROJECT: Generations on 1st
Watertown, SD

FROM CONTRACTOR:
Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104

VIA:

CONTRACT FOR: Concrete Products

APPLICATION NO: 5-Retainage

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

PERIOD TO:    5/31/2021

PROJECT NOS:
JOB NO:    20-11349
CONTRACT DATE: 8/31/2020

Invoice #191726RET

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 1,145,500.00 |
| 5. RETAINAGE: | | |
| a.    0% of Completed Work (Column D + E on G703) | $ 0.00 | |
| b.    0% of Stored Material (Column F on G703) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 1,145,500.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 1,030,950.00 |
| 8. CURRENT PAYMENT DUE | $ | 114,550.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By:  _[signature]_    Date:  05/20/2021

State of:  South Dakota    County of:  _____
Subscribed and sworn to before me this  20th day of  May
Notary Public: _[signature]_
My Commission expires:  10-31-2023

DAVID G. HONNER
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $  _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT:

By:  _____    Date:  _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992    THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE  OF  PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 5-Retainage
APPLICATION DATE:     5/20/21
PERIOD TO:     5/31/21
ARCHITECT'S PROJECT NO:     0
JOB NO: 20-11349

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 0.00% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Drafting/Mobilization/Engineering | $39,000.00 | $39,000.00 | | | $39,000.00 | 100.00% | | |
| | 8" Corefloor | | | | | | | | |
| 2 | Materials including Sales Tax | $148,747.00 | $148,747.00 | | | $148,747.00 | 100.00% | | |
| 3 | Freight | $7,995.00 | $7,995.00 | | | $7,995.00 | 100.00% | $0.00 | |
| | 12" Corefloor | | | | | | | | |
| 4 | Materials including Sales Tax | $105,353.00 | $105,353.00 | | | $105,353.00 | 100.00% | | |
| 5 | Freight | $15,457.00 | $15,457.00 | | | $15,457.00 | 100.00% | $0.00 | |
| | 12" Heavy Corefloor | | | | | | | | |
| 6 | Materials including SD Sales Tax | $33,892.00 | $33,892.00 | | | $33,892.00 | 100.00% | | |
| 7 | Freight | $3,731.00 | $3,731.00 | | | $3,731.00 | 100.00% | $0.00 | |
| | Solid Gray Panels | | | | | | | | |
| 8 | Materials including SD Sales Tax | $273,285.00 | $273,285.00 | | | $273,285.00 | 100.00% | | |
| 9 | Freight | $25,186.00 | $25,186.00 | | | $25,186.00 | 100.00% | $0.00 | |
| | Beams | | | | | | | | |
| 10 | Materials including SD Sales Tax | $179,092.00 | $179,092.00 | | | $179,092.00 | 100.00% | | |
| 11 | Freight | $11,193.00 | $11,193.00 | | | $11,193.00 | 100.00% | $0.00 | |
| | Columns | | | | | | | | |
| 12 | Materials including SD Sales Tax | $62,569.00 | $62,569.00 | | | $62,569.00 | 100.00% | | |
| 13 | Freight | | | | | | | | |
| 14 | Erection | $240,000.00 | $240,000.00 | | | $240,000.00 | 100.00% | | |
| | **GRAND TOTALS** | $1,145,500.00 | $1,145,500.00 | $0.00 | $0.00 | $1,145,500.00 | 100.00% | $0.00 | $0.00 |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C.  20006-5232

G703-1992

Case 25-30004   Doc 136   Filed 10/15/25   Entered 10/15/25 16:48:46   Desc Main
Document   Page 41 of 69

Gage Bros Concrete Products Inc

Page 1
10-09-2024
System Date: 10-09-2024
System Time:  3:58 pm

# Deposits with Cash Receipts

| Cash Receipt ID | Cash Receipt Type | Invoice | Contract | Description | Amount |
|---|---|---|---|---|---|
| **GW - Opper** | | | | | |
| **37380** | **01-22-2021 012221DEP** | | | | |
| | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191563 | 2011284 | | 74,560.75- |
| | Invoice cash receipt | 191564RET | 2011284 | | 30,400.55- |
| | | | | **Cash Receipt 37380 Total:** | **104,961.30-*** |
| | | | | **Deposit 012221DEP on 1-22-2021 Total:** | **104,961.30-*** |
| **37680** | **03-18-2021 031821DEP** | | | | |
| | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191527 | 2011284 | | 503,049.70- |
| | | | | **Cash Receipt 37680 Total:** | **503,049.70-*** |
| **37697** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191642 | 2011349 | | 525,600.00- |
| | | | | **Cash Receipt 37697 Total:** | **525,600.00-*** |
| | | | | **Deposit 031821DEP on 3-18-2021 Total:** | **1,028,649.70-*** |
| **38016** | **06-24-2021 062421DEP** | | | | |
| | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191668 | 2011349 | | 232,144.20- |
| | | | | **Cash Receipt 38016 Total:** | **232,144.20-*** |
| | | | | **Deposit 062421DEP on 6-24-2021 Total:** | **232,144.20-*** |
| **38219** | **06-29-2021 062621DEP** | | | | |
| | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191726RET | 2011349 | | 114,550.00- |
| | | | | **Cash Receipt 38219 Total:** | **114,550.00-*** |
| **38217** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191689 | 2011349 | | 42,904.35- |
| | | | | **Cash Receipt 38217 Total:** | **42,904.35-*** |
| | | | | **Deposit 062621DEP on 6-29-2021 Total:** | **157,454.35-*** |
| **38220** | **09-16-2021 091621DEP** | | | | |
| | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191725 | 2011349 | | 230,301.45- |
| | | | | **Cash Receipt 38220 Total:** | **230,301.45-*** |
| | | | | **Deposit 091621DEP on 9-16-2021 Total:** | **230,301.45-*** |
| | | | | **GW - Opper Total:** | **1,753,511.00-*** |
| | | | | **Report Total:** | **1,753,511.00-*** |

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2113



2810 N. Bahnson Avenue ▪ Sioux Falls, South Dakota 57104
Main Office: (605) 336-1180 ▪ Fax: (605) 330-0560

July 15, 2021

Prevail, LLC
100 East Kemp Avenue
Suite E
Watertown, SD 57201

Attn: Jesse Kiihl

RE: Generations on 1st, 26 1st Ave. SW, Watertown, SD 57201

Per our records, there is an outstanding balance on this contract. Please check this against your records
and let us know what we can do to help get this processed.

| | | |
|---|---|---|
| Original Contract Value | $1,145,500.00 | |
| | $1,145,500.00 | Total Contract |
| | | |
| Invoice #191642 dated 2/25/21 | $525,600.00 | |
| Invoice #191668 dated 3/24/21 | 232,144.20 | |
| Invoice #191689 dated 4/22/21 | 42,904.35 | |
| Invoice #191725 dated 5/20/21 | 230,301.45 | |
| Invoice #191726RET dated 5/20/21 | 114,550.00 | |
| | $1,145,500.00 | Total Billed |
| | | |
| Check #37697 rec'd 3/18/21 | $525,600.00 | |
| Check #38016 rec'd 6/24/21 | 232,144.20 | |
| Check #28217 rec'd 6/29/21 | 42,904.35 | |
| Check #38219 rec'd 6/29/21 | 114,550.00 | |
| | $915,198.55 | Total Received |
| | | |
| | $230,301.45 | TOTAL OUTSTANDING |

Sincerely,

David D. Honner

David Honner, VP of Accounting
Gage Brothers Concrete Products, Inc.

A Berkshire Hathaway Company
www.gagebrothers.com

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37697

77-7869/2913

\*\*\*\* FIVE HUNDRED TWENTY FIVE THOUSAND SIX HUNDRED AND 00/100 DOLLARS

03/16/21          $525,600.00\*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD   57104

Business Account

Authorized Signature

DATE:03/16/21   CK#:37697   TOTAL:$525,600.00\*   BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 525,600.00 |
| | | | | 525,600.00 |

Cust # 604250
inv # 191642
job # 20-11349

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2114

```
DATE:05/26/21  CK#:38016  TOTAL:$232,144.20*  BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)
```

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 232,144.20 |
| | | | | 232,144.20 |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38016

77-7869/2913

**** TWO HUNDRED THIRTY TWO THOUSAND ONE HUNDRED FORTY FOUR AND 20/100 DOLLARS

05/26/21        $232,144.20*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD  57104

Business Account

Authorized Signature

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2115

## Deposit Detail Report

## Online Business Deposit

Report Created on 6/24/2021 1:36:10 PM by Karen

Presenter: Gage Bros. Concrete Products, Inc                                   Date Range: 6/24/2021 - 6/24/2021

Location(s): Gage Bros. Concrete Products, Inc                                              Account(s): 13430946

| Research ID | Aux On Us | Transit Routing | Account Number | Process Control | Amount |
|---|---|---|---|---|---|
| *Location: Gage Bros. Concrete Products, Inc ~ Acct: Gage Bros Concrete (13430946)* | | | | | |
| *User: Karen ~ Item Count: 2 ~ Deposit Amount: $232,144.20* | | | | | |
| *Processed: 6/24/2021 ~ Acknowledged: 6/24/2021 1:36 PM ~ Posted: 6/24/2021* | | | | | |
| 1-1 | | 091408734 | ███████ | 11 | $232,144.20 |
| 1-2 | | 291378693 | ███████ | | ($232,144.20) |
| **Total Item Count: 2 ~ Total Deposit Amount: $232,144.20** | | | | | |

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2116

## Deposit Detail Report

## Online Business Deposit

Report Created on 9/16/2021 1:38:45 PM by Karen

| Presenter: Gage Bros. Concrete Products, Inc | | | | Date Range: 9/16/2021 - 9/16/2021 | |
|---|---|---|---|---|---|
| Location(s): Gage Bros. Concrete Products, Inc | | | | Account(s): 13430946 | |
| **Research ID** | **Aux On Us** | **Transit Routing** | **Account Number** | **Process Control** | **Amount** |
| *Location: Gage Bros. Concrete Products, Inc ~ Acct: Gage Bros Concrete (13430946)* | | | | | |
| *User: Karen ~ Item Count: 2 ~ Deposit Amount: $230,301.45* | | | | | |
| *Processed: 9/16/2021 ~ Acknowledged: 9/16/2021 1:39 PM ~ Posted: 9/16/2021* | | | | | |
| 2-1 | | 091408734 | ▬▬▬▬ | 11 | $230,301.45 |
| 2-2 | | 291378693 | ▬▬▬▬ | | ($230,301.45) |
| **Total Item Count: 2 ~ Total Deposit Amount: $230,301.45** | | | | | |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**38220**

**\* \* \* \* TWO HUNDRED THIRTY THOUSAND THREE HUNDRED ONE AND 45/100 DOLLARS**

06/24/21          $230,301.45\*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD   57104

Business Account

Authorized Signature

DATE:06/24/21  CK#:38220  TOTAL:$230,301.45\*  BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6210 | | | 230,301.45 |
| | | | | 230,301.45 |

Cust # 604250
inv # 191725
job # 20-11349

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2117

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38219

77-7869/2913

\*\*\*\* ONE HUNDRED FOURTEEN THOUSAND FIVE HUNDRED FIFTY AND 00/100 DOLLARS

06/24/21     $114,550.00\*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD   57104

Business Account

Authorized Signature

DATE:06/24/21   CK#:38219   TOTAL:$114,550.00\*   BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6210 | | | 114,550.00 |
| | | | | 114,550.00 |

cust # 604250 Prevail
inv # 191726 RET
job # 20-11349 Generations on 1st

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38217

77-7869/2913

\*\*\*\* FORTY TWO THOUSAND NINE HUNDRED FOUR AND 35/100 DOLLARS

06/24/21      $42,904.35\*\*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD   57104

Business Account

Authorized Signature

DATE:06/24/21  CK#:38217  TOTAL:$42,904.35\*\*  BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6210 | | | 42,904.35 |
| | | | | 42,904.35 |

cust # 604250 Prevail

inv # 191689

job # 20-11349 Generations on 1st

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2119

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 23rd day of March, 2021

AMOUNT: $ 525,600.00

Paid to: Gage Bros. Concrete Products, Inc

FULL _____

PARTIAL ___X___

By: David Honner
Its: Vice-President
Address: 2810 N. Bahnson Avenue
          Sioux Falls, SD 57104
Phone Number: 605-336-1180

**PLEASE SIGN AND RETURN TO:**
Craig Development
1405 1st Ave N
Fargo, ND 58102

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2084

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 28th day of June 2021

AMOUNT: $ 232,144.20    Paid to: Gage Bros. Concrete Products, Inc

FULL _____

PARTIAL ___X___

By: David Honner
Its: Vice - President
Address: 2810 N. Bahnson Avenue
Sioux Falls, SD 57104
Phone Number: 605-336-1180

## PLEASE SIGN AND RETURN TO:
### Craig Development
1405 1st Ave N
Fargo, ND 58102

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby
waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the
undersigned to file mechanics' liens or claims on account of labor or services performed at or materials
furnished or delivered to the real property below described, or any building, construction, or improvement
thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon
the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD  57201

Dated this 29th day of June, ____.

AMOUNT: $ 42,904.35           Paid to: Gage Bros. Concrete Products, Inc.

FULL        _____

PARTIAL    ____✓_____        By: Douglas R Charles
                              Its: VP Finance
                              Address: 2810 N Bahnson Ave.
                              Sioux Falls, SD 57104
                              Phone Number: 605-336-1180

## PLEASE SIGN AND RETURN TO:
**Craig Development**
**1405 1st Ave N**
**Fargo, ND  58102**

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2094

20-11349  # 191689

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this 29ᵗʰ day of  June  2021

AMOUNT: $ 114,550.00        Paid to: Gage Bros. Concrete Products, Inc.

FULL _____

PARTIAL ___✓___

By: Douglas R. Pluns
Its: VP - Finance
Address: 2810 N. Bahnson Ave.
Phone Number: 605-336-1100

## PLEASE SIGN AND RETURN TO:
### Craig Development
### 1405 1st Ave N
### Fargo, ND 58102

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2095

20-11349  #191726 RET

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

    For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD  57201

Dated this **16ᵗʰ** day of **September** , **2021**

AMOUNT: $ **230,301.45**

Paid to: **Gage Bros. Concrete Products, Inc.**

FULL    _____

PARTIAL    ✓

By: _____
Its: **VP of Finance**
Address: **2810 N. Bahnson**
**Sioux Falls, SD**
Phone Number: **605-336-1180**

### PLEASE SIGN AND RETURN TO:
Craig Development
1405 1st Ave N
Fargo, ND  58102

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 2096

20-11349    # 604250

# Exhibit C

# Gage Bros. Concrete Products, Inc.

## Parkside Project
### Payment Applications
### Payment Records
### Lien Waivers

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*                    PAGE ONE OF                    PAGES

| | | |
|---|---|---|
| TO OWNER: Parkside Place, LLC<br>1405 1st Avenue North<br>Fargo, ND 58102 | PROJECT: Parkside Place<br>Watertown, SD | APPLICATION NO:          1<br><br>PERIOD TO:          11/30/2020 |
| FROM CONTRACTOR:<br>Gage Bros. Concrete Prod. Inc.<br>2810 North Bahnson Avenue<br>Sioux Falls, SD 57104 | VIA: Prevail, LLC<br>100 East Kemp Ave<br>Suite E<br>Watertown, SD 58102 | PROJECT NOS:<br>JOB NO:          20-11284 |
| CONTRACT FOR: Concrete Products | | CONTRACT DATE: 8/31/2020 |

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

Invoice #191527

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 608,011.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 608,011.00 |
| 4. TOTAL COMPLETED & STORED TO DATE      (Column G on G703) | $ | 529,526.00 |
| 5. RETAINAGE: | | |
| a.      5% of Completed Work      $ 26,476.30 | | |
| (Column D + E on G703) | | |
| b.      5% of Stored Material      $ 0.00 | | |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column I of G703) | $ | 26,476.30 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 503,049.70 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 0.00 |
| 8. CURRENT PAYMENT DUE | $ | 503,049.70 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 104,961.30 |
| (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _Tina Gans_          Date: 11/24/2020

State of:          South Dakota          County: Minnehaha
Subscribed and sworn to before me this          24th day of November, 2020
Notary Public: _[signature]_
My Commission expires: 1/22/2026

THOMAS ABRAHAMSON
(SEAL) NOTARY PUBLIC (SEAL)
SOUTH DAKOTA

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____          Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992          THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0947

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE  OF  PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:           1
APPLICATION DATE:    11/24/20
PERIOD TO:    11/30/20
ARCHITECT'S PROJECT NO:    0
JOB NO: 20-11284

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 5.00% |
|---|---|---|---|---|---|---|---|---|---|
| | **12" COREFLOOR** | | | | | | | | |
| 1 | Materials including Sales Tax | $138,651.00 | | $138,651.00 | | $138,651.00 | 100.00% | | $6,932.55 |
| 2 | Freight | $11,770.00 | | $5,885.00 | | $5,885.00 | 50.00% | $5,885.00 | $294.25 |
| | **12" HEAVY COREFLOOR** | | | | | | | | |
| 3 | Materials including Sales Tax | $26,070.00 | | $26,070.00 | | $26,070.00 | 100.00% | | $1,303.50 |
| 4 | Freight | $3,745.00 | | $1,872.50 | | $1,872.50 | 50.00% | $1,872.50 | $93.63 |
| | **SMOOTH GREY PANELS** | | | | | | | | |
| 5 | Materials including Sales Tax | $171,197.00 | | $171,197.00 | | $171,197.00 | 100.00% | | $8,559.85 |
| 6 | Freight | $16,050.00 | | $8,025.00 | | $8,025.00 | 50.00% | $8,025.00 | $401.25 |
| | **BEAMS** | | | | | | | | |
| 7 | Materials including Sales Tax | $77,663.00 | | $77,663.00 | | $77,663.00 | 100.00% | | $3,883.15 |
| 8 | Freight | $5,350.00 | | $2,675.00 | | $2,675.00 | 50.00% | $2,675.00 | $133.75 |
| | **COLUMNS** | | | | | | | | |
| 9 | Materials including Sales Tax | $37,460.00 | | $37,460.00 | | $37,460.00 | 100.00% | | $1,873.00 |
| 10 | Freight | $1,605.00 | | $802.50 | | $802.50 | 50.00% | $802.50 | $40.13 |
| 11 | Hired Erection | $118,450.00 | | $59,225.00 | | $59,225.00 | 50.00% | $59,225.00 | $2,961.25 |
| | **GRAND TOTALS** | $608,011.00 | $0.00 | $529,526.00 | $0.00 | $529,526.00 | 87.09% | $78,485.00 | $26,476.30 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0948

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*     PAGE ONE OF    TWO    PAGES

| | |
|---|---|
| TO OWNER Parkside Place, LLC | PROJECT: Parkside Place |
| 1405 1st Avenue North | Watertown, SD |
| Fargo, ND 58102 | |

APPLICATION NO:    2

Distribution to:
- OWNER
- ARCHITECT
- CONTRACTOR

PERIOD TO:    12/31/2020

| | |
|---|---|
| FROM CONTRACTOR: | VIA: Prevail, LLC |
| Gage Bros. Concrete Prod. Inc. | 100 East Kemp Ave |
| 2810 North Bahnson Avenue | Suite E |
| Sioux Falls, SD 57104 | Watertown, SD 58102 |
| CONTRACT FOR: Concrete Products | |

PROJECT NOS:
JOB NO:      20-11284
CONTRACT DATE: 8/31/2020

**Invoice #191563**

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 608,011.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 608,011.00 |
| 4. TOTAL COMPLETED & STORED TO DATE    (Column G on G703) | $ | 608,011.00 |
| 5. RETAINAGE: | | |
| a.   5% of Completed Work (Column D + E on G703) | $ 30,400.55 | |
| b.   5% of Stored Material (Column F on G703) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 30,400.55 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 577,610.45 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 503,049.70 |
| 8. CURRENT PAYMENT DUE | $ | 74,560.75 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 30,400.55 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____    Date: 12/18/2020

State of:    South Dakota    County of: Minnehaha
Subscribed and sworn to before me this    18th day of THOMAS ABRAHAMSON
Notary Public:
My Commission expires: 1/22/2024    NOTARY PUBLIC SOUTH DAKOTA (SEAL)

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992     THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0949

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE  OF  PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:           2
APPLICATION DATE:    11/24/20
PERIOD TO:    12/31/20
ARCHITECT'S PROJECT NO:           0
JOB NO:  20-11284

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 5.00% |
|---|---|---|---|---|---|---|---|---|---|
| | **12" COREFLOOR** | | | | | | | | |
| 1 | Materials including Sales Tax | $138,651.00 | $138,651.00 | | | $138,651.00 | 100.00% | | $6,932.55 |
| 2 | Freight | $11,770.00 | $5,885.00 | $5,885.00 | | $11,770.00 | 100.00% | $0.00 | $588.50 |
| | **12" HEAVY COREFLOOR** | | | | | | | | |
| 3 | Materials including Sales Tax | $26,070.00 | $26,070.00 | | | $26,070.00 | 100.00% | | $1,303.50 |
| 4 | Freight | $3,745.00 | $1,872.50 | $1,872.50 | | $3,745.00 | 100.00% | $0.00 | $187.25 |
| | **SMOOTH GREY PANELS** | | | | | | | | |
| 5 | Materials including Sales Tax | $171,197.00 | $171,197.00 | | | $171,197.00 | 100.00% | | $8,559.85 |
| 6 | Freight | $16,050.00 | $8,025.00 | $8,025.00 | | $16,050.00 | 100.00% | $0.00 | $802.50 |
| | **BEAMS** | | | | | | | | |
| 7 | Materials including Sales Tax | $77,663.00 | $77,663.00 | | | $77,663.00 | 100.00% | | $3,883.15 |
| 8 | Freight | $5,350.00 | $2,675.00 | $2,675.00 | | $5,350.00 | 100.00% | $0.00 | $267.50 |
| | **COLUMNS** | | | | | | | | |
| 9 | Materials including Sales Tax | $37,460.00 | $37,460.00 | | | $37,460.00 | 100.00% | | $1,873.00 |
| 10 | Freight | $1,605.00 | $802.50 | $802.50 | | $1,605.00 | 100.00% | $0.00 | $80.25 |
| 11 | Hired Erection | $118,450.00 | $59,225.00 | $59,225.00 | | $118,450.00 | 100.00% | | $5,922.50 |
| | **GRAND TOTALS** | $608,011.00 | $529,526.00 | $78,485.00 | $0.00 | $608,011.00 | | $0.00 | $30,400.55 |

Users may obtain validation of this document by requesting the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*   PAGE ONE OF   TWO   PAGES

TO OWNER Parkside Place, LLC
1405 1st Avenue North
Fargo, ND 58102

PROJECT: Parkside Place
Watertown, SD

APPLICATION NO: 3-Retainage

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

PERIOD TO:   12/31/2020

FROM CONTRACTOR:
Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104
CONTRACT FOR: Concrete Products

VIA: Prevail, LLC
100 East Kemp Ave
Suite E
Watertown, SD 58102

PROJECT NOS:
JOB NO:   20-11284
CONTRACT DATE: 8/31/2020

Invoice #I91564RET

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 608,011.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 608,011.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 608,011.00 |
| 5. RETAINAGE: | | |
| a.   0% of Completed Work (Column D + E on G703) | $ | 0.00 |
| b.   0% of Stored Material (Column F on G703) | $ | 0.00 |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 608,011.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 577,610.45 |
| 8. CURRENT PAYMENT DUE | $ | 30,400.55 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____   Date: 12/18/2020

State of:   South Dakota   County of: ~~Minnehaha~~
Subscribed and sworn to before me this   18th day of December, 2020
Notary Public: _____
My Commission expires: 1/22/2026

THOMAS ABRAHAMSON
NOTARY PUBLIC
SOUTH DAKOTA   SEAL

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____   Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992   THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE  OF  PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 3-Retainage
APPLICATION DATE:  11/24/20
PERIOD TO:  12/31/20
ARCHITECT'S PROJECT NO:  0
JOB NO: 20-11284

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 0.00% |
|---|---|---|---|---|---|---|---|---|---|
| | **12" COREFLOOR** | | | | | | | | |
| 1 | Materials including Sales Tax | $138,651.00 | $138,651.00 | | | $138,651.00 | 100.00% | | |
| 2 | Freight | $11,770.00 | $11,770.00 | | | $11,770.00 | 100.00% | $0.00 | |
| | **12" HEAVY COREFLOOR** | | | | | | | | |
| 3 | Materials including Sales Tax | $26,070.00 | $26,070.00 | | | $26,070.00 | 100.00% | | |
| 4 | Freight | $3,745.00 | $3,745.00 | | | $3,745.00 | 100.00% | $0.00 | |
| | **SMOOTH GREY PANELS** | | | | | | | | |
| 5 | Materials including Sales Tax | $171,197.00 | $171,197.00 | | | $171,197.00 | 100.00% | | |
| 6 | Freight | $16,050.00 | $16,050.00 | | | $16,050.00 | 100.00% | $0.00 | |
| | **BEAMS** | | | | | | | | |
| 7 | Materials including Sales Tax | $77,663.00 | $77,663.00 | | | $77,663.00 | 100.00% | | |
| 8 | Freight | $5,350.00 | $5,350.00 | | | $5,350.00 | 100.00% | $0.00 | |
| | **COLUMNS** | | | | | | | | |
| 9 | Materials including Sales Tax | $37,460.00 | $37,460.00 | | | $37,460.00 | 100.00% | | |
| 10 | Freight | $1,605.00 | $1,605.00 | | | $1,605.00 | 100.00% | $0.00 | |
| 11 | Hired Erection | $118,450.00 | $118,450.00 | | | $118,450.00 | 100.00% | | |
| | **GRAND TOTALS** | $608,011.00 | $608,011.00 | $0.00 | $0.00 | $608,011.00 | | $0.00 | $0.00 |

Users may obtain validation of this document by requesting the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0952

Case 25-30004    Doc 136    Filed 10/15/25    Entered 10/15/25 16:48:46    Desc Main
Document    Page 61 of 69

Gage Bros Concrete Products Inc

Page 1
10-09-2024
System Date: 10-09-2024
System Time:  3:58 pm

# Deposits with Cash Receipts

| Cash Receipt ID | Cash Receipt Type | Invoice | Contract | Description | Amount |
|---|---|---|---|---|---|
| **GW - Opper**  **01-22-2021  012221DEP** | | | | | |
| **37380** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191563 | 2011284 | | 74,560.75- |
| | Invoice cash receipt | 191564RET | 2011284 | | 30,400.55- |
| | | | | **Cash Receipt 37380 Total:** | **104,961.30-*** |
| | | | | **Deposit 012221DEP on 1-22-2021 Total:** | **104,961.30-*** |
| **03-18-2021  031821DEP** | | | | | |
| **37680** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191527 | 2011284 | | 503,049.70- |
| | | | | **Cash Receipt 37680 Total:** | **503,049.70-*** |
| **37697** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191642 | 2011349 | | 525,600.00- |
| | | | | **Cash Receipt 37697 Total:** | **525,600.00-*** |
| | | | | **Deposit 031821DEP on 3-18-2021 Total:** | **1,028,649.70-*** |
| **06-24-2021  062421DEP** | | | | | |
| **38016** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191668 | 2011349 | | 232,144.20- |
| | | | | **Cash Receipt 38016 Total:** | **232,144.20-*** |
| | | | | **Deposit 062421DEP on 6-24-2021 Total:** | **232,144.20-*** |
| **06-29-2021  062621DEP** | | | | | |
| **38219** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191726RET | 2011349 | | 114,550.00- |
| | | | | **Cash Receipt 38219 Total:** | **114,550.00-*** |
| **38217** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191689 | 2011349 | | 42,904.35- |
| | | | | **Cash Receipt 38217 Total:** | **42,904.35-*** |
| | | | | **Deposit 062621DEP on 6-29-2021 Total:** | **157,454.35-*** |
| **09-16-2021  091621DEP** | | | | | |
| **38220** | **604250** | **PREVAIL, LLC** | | | |
| | Invoice cash receipt | 191725 | 2011349 | | 230,301.45- |
| | | | | **Cash Receipt 38220 Total:** | **230,301.45-*** |
| | | | | **Deposit 091621DEP on 9-16-2021 Total:** | **230,301.45-*** |
| | | | | **GW - Opper Total:** | **1,753,511.00-*** |
| | | | | **Report Total:** | **1,753,511.00-*** |

## Deposit Detail Report

## Online Business Deposit

Report Created on 3/18/2021 2:34:56 PM by Karen

| Presenter: Gage Bros. Concrete Products, Inc | Date Range: 3/18/2021 - 3/18/2021 |
|---|---|
| Location(s): Gage Bros. Concrete Products, Inc | Account(s): 13430946 |

| Research ID | Aux On Us | Transit Routing | Account Number | Process Control | Amount |
|---|---|---|---|---|---|
| Location: Gage Bros. Concrete Products, Inc ~ Acct: Gage Bros Concrete (13430946) | | | | | |
| User: Karen ~ Item Count: 5 ~ Deposit Amount: $1,277,247.07 | | | | | |
| Processed: 3/18/2021 ~ Acknowledged: 3/18/2021 2:35 PM ~ Posted: 3/18/2021 | | | | | |
| 1-1 | | 091408734 | ███████ | 11 | $1,277,247.07 |
| 1-2 | 001042 | 104014138 | ███████ | | ($195,643.47) |
| 1-3 | | 291378693 | ███████ | | ($503,049.70) |
| 1-4 | | 291378693 | ███████ | | ($52,953.90) |
| 1-5 | | 291378693 | ███████ | | ($525,600.00) |
| Total Item Count: 5 ~ Total Deposit Amount: $1,277,247.07 | | | | | |

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0957

**BURLINGTON CAPITAL**
**CONSTRUCTION SERVICES LLC**
1004 FARNAM STREET, SUITE 400
OMAHA, NE 68102-1885

ACCESS BANK     27-1413 / 1040

1042

DATE 03/10/2021     $     AMOUNT *195,643.47

PAY: ONE HUNDRED NINETY-FIVE  THOUSAND SIX HUNDRED FOR TY-THREE  AND 47/100
DOLLARS

TO THE
ORDER
OF:
Gage Bros. Concrete Products, Inc.
2810 N. Bahnson Avenue
Sioux Falls SD 57104

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000

---

BURLINGTON CAPITAL CONSTRUCTION SERVICES LLC • OMAHA, NE 68102-1885

1042

| Check#: 1042 | | Date: 03/10/2021 | | Amount: 195,643.47 | Vendor: 1168 Gage Bros. Concrete Products, Inc. | | |
|---|---|---|---|---|---|---|---|
| Invoice# | Invoice Date | Job/Description | | Balance | Retain | Discount | This Check |
| Pay App 3 - 38th | 02/28/2021 | 1 38th & Leavenworth | | 195,643.47 | | | 195,643.47 |

cust # 98934
inv # 191641
job # 20-11300

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0958

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37680

77-7869/2913

**\*\*\*\* FIVE HUNDRED THREE THOUSAND FORTY NINE AND 70/100 DOLLARS**

03/16/21        $503,049.70*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD    57104

Business Account

Authorized Signature

---

DATE:03/16/21   CK#:37680   TOTAL:$503,049.70*   BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 503,049.70 |
| | | | | 503,049.70 |

cust # 604250

inv # 191527

job # 20-11284

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0959

**Craig Properties,**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37402

77-7869/2913

\*\*\*\* FIFTY TWO THOUSAND NINE HUNDRED FIFTY THREE AND 90/100 DOLLARS

01/25/21          $52,953.90\*\*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD    57104

Business Account

Authorized Signature

DATE:01/25/21   CK#:37402   TOTAL:$52,953.90\*\*   BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6200 | | lofts final | 52,953.90 |
| | | | | 52,953.90 |

CUST # 567500
INV # 20149RET & 191632
job # 19-11121

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0960

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37697

77-7869/2913

**** FIVE HUNDRED TWENTY FIVE THOUSAND SIX HUNDRED AND 00/100 DOLLARS

03/16/21        $525,600.00*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD    57104

Business Account

Authorized Signature

DATE:03/16/21   CK#:37697   TOTAL:$525,600.00*   BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6200 | | | 525,600.00 |
| | | | | 525,600.00 |

CuS+ # 604250
inv # 191642
job # 20-11349

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0961

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

37380

**** ONE HUNDRED FOUR THOUSAND NINE HUNDRED SIXTY ONE AND 30/100 DOLLARS

01/18/21        $104,961.30*

TO THE
ORDER OF

GAGE BROS. CONCRETE PROD INC
2810 NORTH BAHNSON AVE
SIOUX FALLS, SD    57104

Business Account

Authorized Signature

---

DATE:01/18/21  CK#:37380  TOTAL:$104,961.30*  BANK:1120 - Craig Properties, LLC
PAYEE:GAGE BROS. CONCRETE PROD INC(gage)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 6200 | | | 104,961.30 |
| | | | | 104,961.30 |

Cust # 604250
inv # 191563 & 191564RET
job # 20-11284

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0962

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

**Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

8 2nd Street Northeast, Watertown, SD 57201

Dated this 28th day of January, 2021.

AMOUNT: $_____

Paid to: Gage Bros, Concrete Products, Inc

FULL _____

PARTIAL ___X___

By: David Honner
Its: Vice-President
Address: 2810 N. Bahnson Avenue
Sioux Falls, SD 57104
Phone Number: 605-336-1180

## PLEASE SIGN AND RETURN TO:
**First Dakota Title - Watertown**
**168 North Broadway**
**Watertown, SD  57201**
**Fax Number -- (605)886-1041**

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0953

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

8 2nd Street Northeast, Watertown, SD 57201

Dated this 23rd day of March , 2021.

AMOUNT: $ 503,049.70

Paid to: Gage Bros. Concrete Products, Inc

FULL        X

PARTIAL _____

By: David Honner
Its: Vice-President
Address: 2810 N. Bahnson Avenue
Sioux Falls, SD 57104
Phone Number: 605-336-1180

PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102

RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0954