# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30004 |
|---|---|
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

### RED RIVER STATE BANK'S WITNESS LIST (RE: MOTION TO CONVERT)

Creditor Red River State Bank hereby provides the following Witness List with respect to the Motion to Convert from Chapter 11 to 7 set for **October 20, 2025:**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | Will Call | Loan Documents, amounts owing by Debtor, Draw Requests, Subcontractor invoices, etc. |
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | May Call | Loan Documents, amounts owing by Debtor, etc. |
| Jesse Craig<br>Fargo, ND | Will Call | Loan Documents, Draw Requests, Subcontractor invoices, amounts owing by Debtor, etc. |
| Mulinda Craig<br>Fargo, ND | May Call | Loan Documents, amounts owing by Debtor, etc. |

Dated this 16th day of October, 2025.

**VOGEL LAW FIRM**

BY: <u>*/s/ Kesha L. Tanabe*</u>
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

2

**Re:** **The Ruins LLC**
**Case No. 25-30004**

| | |
|---|---|
| STATE OF | ) |
| | ) SS  **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) |

On October 16, 2025, the undersigned caused the following document(s):

**RED RIVER STATE BANK BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ *Kesha L. Tanabe*

4921-9917-9891 v.1

3