UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                    Bankruptcy No. 25-30004

The Ruins, LLC,

        Debtor.

---

**MOTION TO APPEAR BY VIDEO CONFERENCE**

---

1.     D&M Industries, Inc. ("Movant"), respectfully moves this Court to enter an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference on the Motion to Convert Case (Doc #109) scheduled for October 20, 2025, at 9:30 a.m.

2.     Movant requests that the Court consider savings in travel time and expenses to attend the Motion hearing in person.

WHEREFORE, Movant requests that its counsel be allowed to appear by video conference at the hearing on the Motion to Convert Case, October 20, 2025, at 9:30 a.m.

Dated: October 16, 2025

                                                  */s/ John M. Krings, Jr.*
                                                  John M. Krings, Jr. (ND Attorney #06845)
                                                  Attorneys for D&M Industries, Inc.
                                                  KD LAW, PLLP
                                                  PO Box 9231
                                                  Fargo, ND  58106-9231
                                                  (701) 232-8757
                                                  john@kdlawpartners.com