**Budget Worksheet**
Property = Generations on 1st, Book = Cash, Start Month = 01/2025, Duration = 12 months

**GENERATIONS ON 1ST, LLC**

| Account Name | January | February | March | April | May | June | July | August | September | October | November | December | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GPR Income** | | | | | | | | | | | | | |
| 1BR 60 Units @ $995 | 59,700.00 | 59,700.00 | 59,700.00 | 59,700.00 | 59,700.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 718,780.00 |
| 2BR 12 Units @ $1,475 | 17,700.00 | 17,700.00 | 17,700.00 | 17,725.00 | 17,725.00 | 17,725.00 | 17,850.00 | 17,850.00 | 17,850.00 | 17,850.00 | 17,850.00 | 17,850.00 | 213,375.00 |
| Garage Stalls 49 @ $75 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 44,100.00 |
| Storage Units 27 @ $41.65 avg. | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 13,500.00 |
| Commercial - Senior Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CAM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | 82,200.00 | 82,200.00 | 82,200.00 | 82,225.00 | 82,225.00 | 82,566.00 | 82,690.00 | 82,690.00 | 82,690.00 | 82,690.00 | 82,690.00 | 82,690.00 | 989,756.00 |
| Less Apartment Vacancies | 15,670.00 | 10,110.00 | 4,040.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 64,650.00 |
| Less Garage Parking Vacancies | 960.00 | 800.00 | 400.00 | 368.00 | 368.00 | 300.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 4,636.00 |
| Less Storage Unit Vacancies | 830.00 | 720.00 | 640.00 | 600.00 | 560.00 | 520.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 6,030.00 |
| Less Incentives | 2,595.00 | 4,115.00 | 5,625.00 | 2,570.00 | 2,570.00 | 2,230.00 | 1,935.00 | 1,640.00 | 1,155.00 | 555.00 | 455.00 | 360.00 | 25,805.00 |
| | 62,145.00 | 66,455.00 | 71,495.00 | 74,817.00 | 74,857.00 | 75,646.00 | 76,285.00 | 76,580.00 | 77,065.00 | 77,665.00 | 77,765.00 | 77,860.00 | 888,635.00 |
| **Other Income** | | | | | | | | | | | | | |
| Non-refundable Pet Fees | 0.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 2,695.00 |
| NSF Fees | 0.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 198.00 |
| Re-Rental Charges | 0.00 | 0.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,800.00 |
| Other Income | 0.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 550.00 |
| **Net of Other Income** | 0.00 | 313.00 | 493.00 | 493.00 | 493.00 | 493.00 | 493.00 | 493.00 | 493.00 | 493.00 | 493.00 | 493.00 | 5,243.00 |
| **Total Income** | 62,145.00 | 66,768.00 | 71,988.00 | 75,310.00 | 75,350.00 | 76,139.00 | 76,778.00 | 77,073.00 | 77,558.00 | 78,158.00 | 78,258.00 | 78,353.00 | 893,878.00 |
| **Expenses** | | | | | | | | | | | | | |
| **Maintenance Expenses** | | | | | | | | | | | | | |
| Maintenance Staff Costs | 600.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 4,700.00 |
| Caretaker/Resident Manager | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 7,020.00 |
| Repairs / Maintenance | 800.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 11,800.00 |
| Janitorial | 790.00 | 790.00 | 750.00 | 1,500.00 | 800.00 | 800.00 | 850.00 | 1,500.00 | 800.00 | 800.00 | 750.00 | 750.00 | 10,880.00 |
| Carpet Cleaning | 300.00 | 300.00 | 300.00 | 1,575.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 4,875.00 |
| Painting / Decorating | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| Plumbing | 0.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,200.00 |
| Electrical / Fire Protection | 50.00 | 700.00 | 1,550.00 | 50.00 | 50.00 | 50.00 | 550.00 | 50.00 | 50.00 | 50.00 | 25.00 | 250.00 | 3,425.00 |
| HVAC | 200.00 | 200.00 | 200.00 | 350.00 | 200.00 | 200.00 | 350.00 | 200.00 | 200.00 | 350.00 | 200.00 | 200.00 | 2,850.00 |
| Elevator | 25.00 | 25.00 | 475.00 | 25.00 | 25.00 | 475.00 | 25.00 | 25.00 | 475.00 | 25.00 | 25.00 | 475.00 | 2,100.00 |
| Flooring | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 3,360.00 |
| Appliances/Laundry | 100.00 | 100.00 | 100.00 | 100.00 | 750.00 | 750.00 | 750.00 | 750.00 | 100.00 | 100.00 | 100.00 | 100.00 | 3,800.00 |
| Extermination | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 240.00 |
| Grounds Maintenance | 0.00 | 0.00 | 0.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 0.00 | 0.00 | 1,295.00 |
| Snow Removal | 250.00 | 250.00 | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 250.00 | 1,120.00 |
| Less Resident Chargebacks | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,800.00 |
| **Total Maintenance Expenses** | 4,600.00 | 5,450.00 | 6,645.00 | 6,870.00 | 5,395.00 | 5,845.00 | 6,045.00 | 6,045.00 | 5,145.00 | 4,845.00 | 4,620.00 | 5,360.00 | 57,265.00 |
| **Admin/Utility Expenses** | | | | | | | | | | | | | |
| Offsite office rent | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 15,750.00 |
| Offsite office utilities | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 1,500.00 |
| Offsite office equipment/supplies | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 1,146.00 |
| Advertising / Marketing | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| Software Fee | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 876.00 |
| Lease Commissions | 200.00 | 800.00 | 600.00 | 200.00 | 200.00 | 600.00 | 600.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 4,200.00 |
| Professional Fees | 0.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 120.00 | 40.00 | 40.00 | 520.00 |
| Bank Fees/ACH Fees | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 420.00 |
| Internet & Telephone Costs/Service | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 348.00 |
| Property Management 5% Collected | 3,107.25 | 3,338.40 | 3,599.40 | 3,765.50 | 3,767.50 | 3,806.95 | 3,838.90 | 3,853.65 | 3,877.90 | 3,907.90 | 3,912.90 | 3,917.65 | 44,693.90 |
| Real Estate Taxes/Escrow | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 7,150.00 | 85,800.00 |
| CAM Reimb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Insurance | 2,348.00 | 2,348.00 | 2,348.00 | 2,348.00 | 2,348.00 | 2,348.00 | 2,348.00 | 2,348.00 | 2,585.00 | 2,585.00 | 2,585.00 | 2,585.00 | 29,124.00 |
| Electricity - Apts | 600.00 | 600.00 | 500.00 | 425.00 | 375.00 | 300.00 | 300.00 | 300.00 | 300.00 | 375.00 | 400.00 | 400.00 | 4,875.00 |
| Electricity - Building | 1,200.00 | 1,300.00 | 1,100.00 | 1,000.00 | 800.00 | 700.00 | 600.00 | 600.00 | 600.00 | 600.00 | 700.00 | 800.00 | 10,000.00 |
| Natural Gas - Building | 700.00 | 700.00 | 700.00 | 600.00 | 400.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 400.00 | 500.00 | 5,600.00 |
| Water & Sewer | 3,010.00 | 3,010.00 | 3,010.00 | 3,010.00 | 3,010.00 | 3,010.00 | 3,040.00 | 3,040.00 | 3,040.00 | 3,040.00 | 3,040.00 | 3,040.00 | 36,300.00 |
| Garbage Removal | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 2,560.00 |
| **Total Admin & Utility Exp.** | 20,695.25 | 21,766.40 | 21,427.40 | 20,918.50 | 20,470.50 | 20,634.95 | 20,596.90 | 20,211.65 | 20,482.90 | 20,667.90 | 20,817.90 | 21,022.65 | 249,712.90 |
| **Total Operating Expenses** | 25,295.25 | 27,216.40 | 28,072.40 | 27,788.50 | 25,865.50 | 26,479.95 | 26,641.90 | 26,256.65 | 25,627.90 | 25,512.90 | 25,437.90 | 26,382.65 | 306,977.90 |
| **Net Operating Income** | 36,849.75 | 39,551.60 | 43,915.60 | 47,521.50 | 49,484.50 | 49,659.05 | 50,136.10 | 50,816.35 | 51,930.10 | 52,645.10 | 52,820.10 | 51,970.35 | 586,900.10 |
| **Other Expenses** | | | | | | | | | | | | | |
| US Court Trustee 0.4% | 328.80 | 328.80 | 328.80 | 328.90 | 328.90 | 330.26 | 330.76 | 330.76 | 330.76 | 330.76 | 330.76 | 330.76 | 3,959.02 |
| Contingencies | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 30,000.00 |
| Misc. PM Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| Misc. Professional Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| Manager Oversite $45/unit | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 38,880.00 |
| Reserves Escrow;Usage | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| **Total Other Expenses** | 7,268.80 | 7,268.80 | 7,268.80 | 7,268.90 | 7,268.90 | 7,270.26 | 7,270.76 | 7,270.76 | 7,270.76 | 7,270.76 | 7,270.76 | 7,270.76 | 87,239.02 |
| **Total Monthly Expenses** | 32,564.05 | 34,485.20 | 35,341.20 | 35,057.40 | 33,134.40 | 33,750.21 | 33,912.66 | 33,527.41 | 32,898.66 | 32,783.66 | 32,708.66 | 33,653.41 | 394,216.92 |
| **Net Cash Flow** | 29,580.95 | 32,282.80 | 36,646.80 | 40,252.60 | 42,215.60 | 42,388.79 | 42,865.34 | 43,545.59 | 44,659.34 | 45,374.34 | 45,549.34 | 44,699.59 | 499,661.08 |