

Jesse Craig <jcraig701@gmail.com>

---

## RE: Requested Meeting
1 message

---

**Charles Aarestad** <charles.aarestad@redriverbank.com>  Tue, Nov 7, 2023 at 10:13 AM
To: Jesse Craig <jcraig701@gmail.com>
Cc: Jesse Craig <jcraig@craigprop.com>, Danielle Harless <danielle.harless@redriverbank.com>

Read and will call sometime in the next hour unless your in meetings.


**From:** Jesse Craig <jcraig701@gmail.com>
**Sent:** Monday, November 6, 2023 10:40 AM
**To:** Charles Aarestad <charles.aarestad@redriverbank.com>
**Cc:** Jesse Craig <jcraig@craigprop.com>; Danielle Harless <danielle.harless@redriverbank.com>
**Subject:** Re: Requested Meeting

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

see my comments below in red


Jesse Craig
Owner, Craig Development, LLC
Phone: 701-232-1355
Fax:  701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from disclosure under applicable law. If you have received this message in error please immediately notify the sender by return email and delete this email message from your computer.


On Mon, Nov 6, 2023 at 9:34 AM Charles Aarestad <charles.aarestad@redriverbank.com> wrote:

> Jesse,
>
> Follow-up on the email from last week on setting up a meeting with Danielle & myself.  With the 11.15.2023 WDC close on GO1st next Wednesday we need to circle the wagons and re-group.

9/28/25, 11:51 AM                                            Gmail - RE: Requested Meeting

Case 25-30004    Doc 141-11    Filed 10/17/25    Entered 10/17/25 09:09:59    Desc
Exhibit 11 - E-mail of November 7, 2023    Page 2 of 2

Here are the items I can see the need of a written plan/discussion around:

- $600k ruins note – Past Due and/or need modification plan  agreed and per my previous email, can bring the interest current after The Lofts closing 12/21/.23
- GO1st and Parkside Sales
    - Realtor Agreement Extension or reduce listing price or completely different direction to promote sale  Vince is going to make another offer as soon as they are done with the contingencies on The Lofts but be prepared for a financing contingency as part of the offer as that was a missed opportunity on your first converation with Vince/Alex.  Vince and I are on the smae page with the price but they went with The Lofts as Dacotah Bank opened the door to assume the current mortgage.  Enclave is also underwriting the properties this week for a client
    - Anything more with WDC needed? I think this is squared away
- Ruins
    - Foreclosure Action by Diamond  I can ask Mathew with ABST
    - Construction finishing  Joy Nelson is bringing an offer via the city soon
        - Drywall progress
        - Siding
        - Watertight
        - Appliance installation? warranty issues on the other buildings so not sure what I am ordering. Certainly nothing made during Covid.
        - CO and Need to modify underlying note as P&I I think has started.  Need a written out plan so I can provide to bank participants on why underlying delays have pushed CO out now to 24'.
    - Ruins Monthly Interest  Can bring current after The Lofts closing

I'm mixing and filling green houses today (finishing this up for the year).  We ran out of soil on Friday somehow and now this leached into today.  We had a positive Covid test in our office this morning but am still working

Charles,