**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                      Bankruptcy No. 25-30002
                                                            Chapter 11

Generations on 1st, LLC,
        Debtor, Jointly Administered.

_____/

In Re:                                                      Bankruptcy No. 25-30003
                                                            Chapter 11

Parkside Place, LLC,
        Debtor, Jointly Administered.

_____/

In Re:                                                      Bankruptcy No. 25-30004
                                                            Chapter 11

The Ruins, LLC,

                        Debtor.

_____/

### ORDER GRANTING CONTINUANCE OF HEARINGS

Debtors Generations on 1 ST, LLC, Parkside Place, LLC and The Ruins, LLC

filed a Motion to Continue Hearings scheduled for <u>August 20,</u> 2025. The Court finds

cause for granting the continuance.

IT IS ORDERED that the following hearings will be continued ***to a date to be***

***determined by the Court***.

- **Motion by Red River State Bank to Convert Case from Chapter 11 to 7 filed September 26, 2025. (Doc. 109)**
- **Red River State Bank's Affidavit of Default (Parkside Place) filed September 18, 2025. (Doc. 169)**
- **Red River State Bank's Affidavit of Default (Generations on 1st, LLC) filed September 18, 2025. (Doc. 168)**
- **Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 USC 1121(d)(1) filed September 24, 2025. (Doc. 174)**

Dated: October 19, 2025.


Shon Hastings, Judge
United States Bankruptcy Court

\*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically October 19 2025, to Attorney Maruice VerStandig for service.