**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br>     Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30002<br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br>     Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30003<br>Chapter 11 |
| In Re:<br><br>The Ruins, LLC,<br>                   Debtor.<br>_____/ | Bankruptcy No. 25-30004<br>Chapter 11 |

**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE**

NOTICE IS GIVEN that a telephonic scheduling conference will be held on **Monday, October 20, 2025, at 10:00 A.M. (Central Standard Time)** to consider the following matters:

- **Motion by Red River State Bank to Convert Case from Chapter 11 to 7 filed September 26, 2025. (Doc. 109)**
- **Red River State Bank's Affidavit of Default (Parkside Place) filed September 18, 2025. (Doc. 169)**
- **Red River State Bank's Affidavit of Default (Generations on 1st, LLC) filed September 18, 2025. (Doc. 168)**
- **Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 USC 1121(d)(1) filed September 24, 2025. (Doc. 174)**

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7112**
2) Enter Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

Dated: October 19, 2025.                Kay A. Melquist, Clerk
                                        United States Bankruptcy Court
                                        Quentin N. Burdick United States Courthouse
                                        655 1st Avenue North, Suite 210
                                        Fargo, ND 58102-4932

                              By:       /s/ Sharon Horsager
                                        Sharon Horsager, Deputy Clerk

Copy served electronically October 19, 2025, to Electronic Mail Notice List for Case No. 25-30002 and 25-30004.