UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                          Bankruptcy No. 25-30004
                                                                                Chapter 11
The Ruins, LLC,

                             Debtor.
_____/

**NOTICE OF CONTINUED HEARING**

A continued hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Monday, October 27, 2025, at 10:00 A.M.** to consider and act upon the following matters:

- **Motion by Red River State Bank to Convert Case from Chapter 11 to 7 filed September 26, 2025. (Doc. 109)**

  **Joinder by Watertown Development Company to Red River State Bank's Motion to Convert Case from Chapter 11 to 7 filed October 10, 2025. (Doc. 131)**

  **Objection by Debtor to Red River State Bank's Motion to Convert Case from Chapter 11 to 7 filed October 17, 2025. (Doc. 143)**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: October 20, 2025.                        Kay A. Melquist, Clerk
                                                United States Bankruptcy Court
                                                Quentin N. Burdick United States Courthouse
                                                655 1st Avenue North, Suite 210
                                                Fargo, ND 58102-4392

                                        By:     /s/  *Sharon Horsager*
                                                Sharon Horsager, Deputy Clerk

Copy served electronically October 20, 2025, to Electronic Mail Notice List for Case No. 25-30004.