# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

*RUINS LLC*

*Page 1 of 4*

*Customer Number:*

RUINS LLC
DEBTOR IN POSSESSION CASE 25-30004
PO BOX 9379
FARGO ND 58106-9379

### Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 9 | $385.29 |

## ND STAR CHECKING ·

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/30/2025 | **Beginning Balance** | **$104.47** |
| | 5 Credit(s) This Period | $8,117.50 |
| | 6 Debit(s) This Period | $7,836.68 |
| 09/30/2025 | **Ending Balance** | **$385.29** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/05/2025 | EDEPOSIT | $1,707.64 |
| 09/05/2025 | xfer from 2258 to 8699 - cover alexis, overdraft and service | $318.32 |
| 09/17/2025 | EDEPOSIT | $202.04 |
| 09/30/2025 | EDEPOSIT | $5,674.54 |
| 09/30/2025 | xfer from 2258 to 8699 - ins prem difference | $214.96 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 40032 | 09/15/2025 | $37.50 | 40037 | 09/12/2025 | $1,422.35 | 40039 | 09/23/2025 | $60.00 |
| 40036* | 09/05/2025 | $285.29 | 40038 | 09/23/2025 | $142.04 | 40040 | 09/30/2025 | $5,889.50 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/05/2025 | $1,845.14 | 09/15/2025 | $385.29 | 09/23/2025 | $385.29 |
| 09/12/2025 | $422.79 | 09/17/2025 | $587.33 | 09/30/2025 | $385.29 |



EQUAL HOUSING LENDER  Member FDIC

RUINS LLC                              Statement Ending 09/30/2025              Page 2 of 4

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| TOTAL CHECKS NOT LISTED | → | | |
|---|---|---|---|
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

*RUINS LLC*
*Customer Number.* 9

*Page 3 of 4*

## ND STAR CHECKING - 99 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $66.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

RUINS LLC                    10318699              Statement Ending 09/30/2025              Page 4 of 4



**#40032**          **09/15/2025**                              **$37.50**



**#40036**          **09/05/2025**                              **$285.29**



**#40037**          **09/12/2025**                              **$1,422.35**



**#40038**          **09/23/2025**                              **$142.04**



**#40039**          **09/23/2025**                              **$60.00**



**#40040**          **09/30/2025**                              **$5,889.50**

**RUINS DIP APT**
**Bank Rec Posted Report**

| | | |
|---|---|---|
| Balance Per Bank Statement as of 09/30/2025 | | 385.29 |
| Reconciled Bank Balance | | 385.29 |

| | | |
|---|---|---|
| Balance per GL as of 09/30/2025 | | 385.29 |
| Reconciled Balance Per G/L | | 385.29 |

| | | |
|---|---|---|
| Difference | | 0.00 |

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 05/31/2025 | 40019 | Alexis Burbach | 121.86 | 06/30/2025 |
| 06/10/2025 | 40020 | WMU WATERTOWN MUNICIPAL UTILITIES | 1,341.95 | 06/30/2025 |
| 06/11/2025 | 40021 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 06/15/2025 | 40022 | Alexis Burbach | 54.16 | 06/30/2025 |
| 06/30/2025 | 40023 | Alexis Burbach | 162.49 | 07/31/2025 |
| 06/30/2025 | 40024 | CP BUSINESS MANAGEMENT | 2,382.04 | 07/31/2025 |
| 07/08/2025 | 40026 | WMU WATERTOWN MUNICIPAL UTILITIES | 1,467.76 | 07/31/2025 |
| 07/15/2025 | 40025 | Alexis Burbach | 108.32 | 07/31/2025 |
| 07/25/2025 | 40027 | LIBERTY MUTUAL INSURANCE | 2,323.94 | 08/29/2025 |
| 07/31/2025 | 40028 | U.S. TRUSTEES | 250.00 | 08/29/2025 |
| 07/31/2025 | 40029 | Alexis Burbach | 412.99 | 08/29/2025 |
| 07/31/2025 | 40030 | BRADLEY WARNS | 96.00 | 08/29/2025 |
| 07/31/2025 | 40031 | JAXON SCHMIDT | 150.00 | 08/29/2025 |
| 07/31/2025 | 40032 | JORDAN BERNDT | 37.50 | 09/30/2025 |
| 08/07/2025 | 40033 | WMU WATERTOWN MUNICIPAL UTILITIES | 1,279.70 | 08/29/2025 |
| 08/11/2025 | 40034 | WMU WATERTOWN MUNICIPAL UTILITIES | 153.76 | 08/29/2025 |
| 08/15/2025 | 40035 | Alexis Burbach | 194.35 | 08/29/2025 |
| 08/31/2025 | 40036 | Alexis Burbach | 285.29 | 09/30/2025 |
| 09/08/2025 | 40037 | WMU WATERTOWN MUNICIPAL UTILITIES | 1,422.35 | 09/30/2025 |
| 09/15/2025 | 40038 | Alexis Burbach | 142.04 | 09/30/2025 |
| 09/15/2025 | 40039 | JAXON SCHMIDT | 60.00 | 09/30/2025 |
| 09/30/2025 | 40040 | CP BUSINESS MANAGEMENT | 5,889.50 | 09/30/2025 |
| **Total Cleared Checks** | | | **18,516.54** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 06/02/2025 | 4016 | starion 286877899 | 121.86 | 06/30/2025 |
| 06/11/2025 | 4017 | starion 287992957 | 1,522.49 | 06/30/2025 |
| 06/18/2025 | 4018 | starion 288735761 | 54.16 | 06/30/2025 |
| 07/09/2025 | 4019 | starion 290966428 | 2,535.04 | 07/31/2025 |
| 07/10/2025 | 4021 | starion 292398616 | 1,467.76 | 07/31/2025 |
| 07/15/2025 | 4020 | starion 291736210 | 150.81 | 07/31/2025 |
| 07/30/2025 | 4022 | starion 293326637 | 2,323.94 | 07/31/2025 |
| 07/31/2025 | 4023 | starion 293466022 | 250.00 | 08/29/2025 |
| 08/04/2025 | 4024 | starion 293847213 | 696.49 | 08/29/2025 |
| 08/11/2025 | 4025 | starion 294565163 | 1,279.70 | 08/29/2025 |
| 08/15/2025 | 4027 | tx | 116.28 | 08/29/2025 |
| 08/20/2025 | 4026 | tx | 194.35 | 08/29/2025 |
| 08/20/2025 | 4028 | tx from *258 | 37.50 | 08/29/2025 |

**RUINS DIP APT**
**Bank Rec Posted Report**

| 09/05/2025 | 4029 | starion 297418877 | 1,707.64 | 09/30/2025 |
| 09/05/2025 | 4030 | x from 2258 | 318.32 | 09/30/2025 |
| 09/17/2025 | 4031 | starion  28715119 | 202.04 | 09/30/2025 |
| 09/30/2025 | 4032 | tx from 2258 | 214.96 | 09/30/2025 |
| 09/30/2025 | 4033 | starion 300108325 | 5,674.54 | 09/30/2025 |
| **Total Cleared Deposits** | | | **18,867.88** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 07/09/2025 | 3 | STARION FINANCIAL | -33.00 | 07/31/2025 |
| 07/31/2025 | 2 | STARION FINANCIAL | -0.02 | 07/31/2025 |
| 08/20/2025 | 4 | STARION FINANCIAL | -33.00 | 08/29/2025 |
| 08/29/2025 | 5 | STARION FINANCIAL | -0.03 | 08/29/2025 |
| **Total Cleared Other Items** | | | **-66.05** | |

Tuesday, October 21, 2025
03:28 PM

**Balance Sheet**                                                                                  Page 1

Owner =  THE RUINS, LLC (THE RUINS, LLC)

THE RUINS, LLC

Month = Sep 2025

Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Ruins Apartment DIP Checking | 385.29 |
| **Total DIP Checking Account** | **385.29** |
| | |
| TIF Value | 2,275,000.00 |
| | |
| Property and Equipment | |
| Buildings | 14,620,000.00 |
| Appliances/AC | 280,000.00 |
| Land | 850,000.00 |
| Total Property and Equipment | 15,750,000.00 |
| | |
| **Total Assets** | **18,025,385.29** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Mortgage 1st | 11,052,607.39 |
| TIF Mortgage | 2,275,000.00 |
| CASH ADVANCE BY CRAIG DEVELOPMENT (POST-PETITION) | 42,935.76 |
| Total Liabilities | 13,370,543.15 |
| | |
| Capital | |
| Owner Contribution | 42,935.76 |
| Retained Earnings | 4,611,906.38 |
| Total Capital | 4,654,842.14 |
| | |
| **Total Liabilities & Capital** | **18,025,385.29** |

10/21/2025 3:16 PM

**12 Months Cash Flow Statement**

Owner =  THE RUINS, LLC (THE RUINS, LLC)

THE RUINS, LLC

Month = Sep 2025

Book = Cash

| ACCOUNT | Sep 2025 | Total |
|---|---|---|
| **EXPENSES** | | |
| Maintenance Expenses | | |
| Maintenance Staff Costs | 202.04 | 202.04 |
| Total Maintenance Expenses | 202.04 | 202.04 |
| Operating Expenses | | |
| Insurance | 5,889.50 | 5,889.50 |
| Electricity-Vacant | 1,422.35 | 1,422.35 |
| Total Operating Expenses | 7,311.85 | 7,311.85 |
| Total Expenses | 7,513.89 | 7,513.89 |
| **NET INCOME** | **-7,513.89** | **-7,513.89** |
| ADJUSTMENTS | | |
| Owner Contribution | 8,117.50 | 8,117.50 |
| TOTAL ADJUSTMENTS | 8,117.50 | 8,117.50 |
| CASH FLOW | 603.61 | 603.61 |