**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br>    Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30002<br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br>    Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30003<br>Chapter 11 |
| In Re:<br><br>The Ruins, LLC,<br>    Debtor.<br>_____/ | Bankruptcy No. 25-30004<br>Chapter 11 |

**ORDER GRANTING CONTINUANCE OF HEARINGS**

Debtors Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC filed a Motion to Continue Hearings scheduled for October 27, 2025. The Court finds cause for granting the continuance.

IT IS ORDERED that the following hearings will be continued **Monday, November 3, 2025, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

- **Motion by Red River State Bank to Convert Case from Chapter 11 to 7 filed September 26, 2025. (Doc. 109).** (*The Ruins, LLC – 25-30004*)
- **Red River State Bank's Affidavit of Default (Parkside Place) filed September 18, 2025. (Doc. 169).** (*Generations / Parkside Place – 25-30002*)
- **Red River State Bank's Affidavit of Default (Generations on 1st, LLC) filed September 18, 2025. (Doc. 168).** (*Generations / Parkside Place – 25-30002*)
- **Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 USC 1121(d)(1) filed September 24, 2025. (Doc. 174).** (*Generations / Parkside Place – 25-30002*)

Dated: October 24, 2025.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Copy filed and sent electronically October 24, 2025, to Electronic Mail Notice List for Case No. 25-30002 / 25-30004.