# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30004 |
|---|---|
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

## JOINT EXHIBIT LIST (RE: MOTION TO CONVERT)

Debtor The Ruins, LLC ("Debtor") and Creditor Red River State Bank ("RRSB") hereby provides the following Joint Exhibit List with respect to the following matters set for hearing on **November 3-4, 2025:**

- **ECF 109** – Motion by Red River State Bank to Convert Case from Chapter 11 to 7

- **ECF 131** - Joinder by Watertown Development Co to RRSB's Motion to Convert Case from Chapter 11 to 7

- **ECF 143** – Objection to Motion to Convert filed by Debtor The Ruins, LLC

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | § OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Amended Proof of Claim No 1 (Ruins) filed on 9/12/2025 | W | X | | | | | | | |
| ECF 84 | | | Affidavit of Charles Aarestad re: First Ruins Note [**ECF 84**] | W | X | | | | | | | |
| ECF | | | Affidavit of Charles Aarestad re: Second Ruins Note [**ECF 85**] | W | X | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 85 | | | | | |
| ECF 86 | | | Affidavit of Charles Aarestad re: Third Ruins Note [**ECF 86**] | W | X |
| ECF 87 | | | Declaration of Daniel Otto (President, D&M Industries) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 87**] <br><br> <u>Exhibit A</u> – Recorded Statement of Claim for Mechanic's, Materialmen's or Laborer's Lien on Real Property dated 2/14/2023 <br> <u>Exhibit B</u> –Payment Records, Invoices, Payment Applications, and Lien Waivers for the Ruins Project [RRSB Ruins 03688-03758]] <br> <u>Exhibit C</u> – Payment Records, Invoices, Payment Applications, and Lien Waivers for the Generations Project [RRSB Ruins 06048-06139] <br> <u>Exhibit D</u> – Payment Records, Invoices, Payment Applications, and Lien Waivers for the Craig Lake Home [RRSB Ruins 03811-03917] | W | X |
| ECF 88 | | | Declaration of Kristin Jensen (KLJ Engineering, LLC) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 88**] <br><br> <u>Exhibit A</u> - Craig Lake Home Invoices and Professional Services Agreement [RRSB-KLJ Engineering LLC SD Subpoena 0007, 0024-0034] | W | X |
| ECF 89 | | | Declaration of Roland Clausen (Clausen Construction) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 89**] <br><br> <u>Exhibit A</u> –Estimate and Invoices for Ruins [RRSB Clausen SD Subpoena 0007-0017] <br> <u>Exhibit B</u> –Invoices for Generations [RRSB Clausen SD Subpoena 0025-0031] <br> <u>Exhibit C</u> – Estimate and Invoices for Parkside [RRSB Clausen SD Subpoena 0018-0024, 0035-0037] <br> <u>Exhibit D</u> – Estimate and Invoices for Lofts [RRSB Clausen SD Subpoena 0032-0034] <br> <u>Exhibit E</u> – Invoice for Craig Lake Property [RRSB Clausen SD Subpoena 0038] | W | X |
| ECF | | | Declaration of Rylan Ojala (Watertight, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 90**] | W | X |

2

| | | | | | |
|---|---|---|---|---|---|
| 90 | | | Exhibit A – Recorded Lien and Payment Applications 1-8 for Ruins [RRSB Ruins 03594-03623]<br>Exhibit B – Estimates and Invoices for Ruins [RRSB Ruins 04056-04081]<br>Exhibit C – Payments for Ruins [RRSB Ruins 04049-04055]<br>Exhibit D – Payment Applications 1-9 for Generations [RRSB Ruins 03993-04009]<br>Exhibit E – Estimates and Invoices for Generations [RRSB Ruins 04046-04044]<br>Exhibit F – Payments for Generations [RRSB Ruins 04010-04017] | | |
| ECF 91 | | | Declaration of Terry Stroh (T. L. Stroh Architects, Ltd.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 91**]<br><br>Exhibit A – Account Statement and Invoices for Ruins [RRSB-T.L. Stroh Architects SD Subpoena 0091, 0498, 0500, 0501, 0503]<br>Exhibit B – Account Statement and Invoices for Generations [RRSB-T.L. Stroh Architects SD Subpoena 0399, 0486, 0488, 0490, 0492]<br>Exhibit C – Account Statement and Invoices for Parkside [RRSB-T.L. Stroh Architects SD Subpoena 0306, 0494, 0496, 0497] | W | X |
| ECF 96 | | | Declaration of Sara J. Mueller (Hebron Brick Supply Co.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 96**]<br><br>Exhibit A – List and Ruins Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007-0019]<br>Exhibit B – List and Craig Lake Home Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0067-0075]<br>Exhibit C – List and Generations Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0031-0047]<br>Exhibit D – List and Parkside Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0020-0030]<br>Exhibit E – List and Lofts Project Invoices [RRSB Hebron Brick Supply Co SD Subpoena 0007, 0065-0066] | W | X |
| ECF | | | Declaration of Cody Madsen (Town & Country | W | X |

3

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 97 | | | Credit Union) Certifying Records Pursuant to Federal Rule of Evidence 902(11) **[ECF 97]**<br><br>Exhibit A – Craig Development, LLC Bank Account Statement for Account ending -303 for the period of June 1, 2023 through June 30, 2023<br>Exhibit B – Jesse Craig Bank Account Statements for Account ending -641 for the period of May 4, 2022 through May 31, 2022 | | | | | | | |
| ECF 98 | | | Declaration of Clay Greenwood (First Community Credit Union) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 98**]<br><br>Exhibit A – Craig Development, LLC Bank Account Statements for Account ending -1711 for the period of Jan. 2020 to April 2025<br>Exhibit B – Craig Properties LLC Bank Account Statements for Account ending -4695 for the period of Jan. 2020 to April 2025<br>Exhibit C – Jesse Craig Bank Account Statements for Account ending -7124 for the period of January 2020 through March 2025 | W | X | | | | |
| ECF 101 | | | Declaration of Erica Schmitt (Limoges Construction, Inc). Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 101**]<br><br>Exhibit A - RRSB-Limoges SD Subpoena 0007-0045 (Ruins)<br>Exhibit B - RRSB-Limoges SD Subpoena 0235-0301 (Generations)<br>Exhibit C – RRSB-Limoges SD Subpoena 0128-0184 (Parkside)<br>Exhibit D – RRSB-Limoges SD Subpoena 0358-0439) (Lofts) | W | X | | | | |
| ECF 102 | | | Declaration of Charles Aarestad (Red River State Bank) re: Draw Requests [**ECF 102**]<br>Exhibits 1 - Ruins Draw #1 [RRSB Ruins 02338, 02340-02352]<br>Exhibit 2 – Ruins Draw #2 {RRSB Ruins 02339]<br>Exhibit 3 - Ruins Draw #3 [RRSB Ruins 02353-02364]<br>Exhibit 4 - Ruins Draw #4 [RRSB Ruins 02365-02377]<br>Exhibit 5 - Ruins Draw #5 [RRSB Ruins 02378-02404]<br>Exhibit 6 - Ruins Draw #6 [RRSB Ruins 02405- | W | X | | | | |

4

| | | | | |
|---|---|---|---|---|
| | | | 02445]<br>Exhibit 7 - Ruins Draw #7 [RRSB Ruins 02446-02456]<br>Exhibit 8 - Ruins Draw #8 [RRSB Ruins 02457-02499]<br>Exhibit 9 - Ruins Draw #9 [RRSB Ruins 02500-02534]<br>Exhibit 10 - Ruins Draw #10 [RRSB Ruins 02535-02561]<br>Exhibit 11 - Ruins Draw #11 [RRSB Ruins 02562-02593]<br>Exhibit 12 - Ruins Draw #12 [RRSB Ruins 02594-02609]<br>Exhibit 13 - Ruins Draw #13 [RRSB Ruins 02610-02615]<br>Exhibit 14 - Ruins Draw #14 [RRSB Ruins 02616-02624] | | |
| ECF 132 | | | Declaration of Rob Dewit (Baete-Forseth, HVAC, LLC) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 132**]<br><br>Exhibit A – Account Statement, Invoices and Payment Records for Ruins<br>Exhibit B – Payment Applications and Payment Records for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waiver for Parkside<br>Exhibit D – Payment Applications, Payment Records, and Lien Waivers for Lofts | W X |
| ECF 133 | | | Declaration of Beau Koopal (Infrastructure Design Group, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 133**]<br><br>Exhibit A – Account Statement, Payment Records, & Lien Waivers for Ruins<br>Exhibit B - Account Statement, Invoices, Payment Records & Lien Waivers for Generations<br>Exhibit C – Professional Services Agreement, Account Statement, Invoices, Payment Records, & Lien Waivers for Parkside<br>Exhibit D – Account Statement, Payment Records & Invoices for Lofts | W X |
| ECF 134 | | | Declaration of Rick Kloos (Kloos Electric) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 134**] | W X |

5

| | | | | | |
|---|---|---|---|---|---|
| | | | Exhibit A – Estimate, Invoices & Payment Records for Ruins<br>Exhibit B – Payment Applications, Estimates, Invoices, Payment Records, & Lien Waivers for Generations<br>Exhibit C – Payment Applications, Estimate and Invoices, Payment Records, & Lien Waiver for Parkside<br>Exhibit D – Payment Applications, Estimate and Invoices & Payment Records for Lofts | | |
| ECF 135 | | | Declaration of Jason Meester (Watertown Cashway Lumber, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 135**]<br><br>Exhibit A – Payment Application, Account Status Reports, Statements for the Ruins<br>Exhibit B – Payment Applications, Account Status Reports, Statements for Generations<br>Exhibit C – Payment Applications, Account Status Reports, Statements, Quote No. 2008-139501 for Parkside<br>Exhibit D – Payment Application, Account Status Report, Statements, Invoice No. 2106-159979 for Lofts<br>Exhibit E – Payment Records for All Craig Projects | W | X |
| ECF 136 | | | Declaration of Joe Bunkers (Gage Bros. Concrete Products, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 136**]<br><br>Exhibit A – Payment Applications, Payment Records, Proposal, Lien Waivers for Ruins<br>Exhibit B – Payment Applications, Payment Records, and Lien Waivers for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waivers for Parkside | W | X |
| ECF 137 | | | Second Declaration of Charles Aarestad (Red River State Bank) in Support of Motion to Convert [**ECF 137**]<br><br>Exhibit A – Summary of Draw Request Invoices vs. Original Invoices and Exhibits 1-A to 11-F<br>Exhibit B-1 - Email from Jesse Craig to Charles Aarestad 7/27/2022 re: Verification of Liquid assets (Cash & Checking) [RRSB Ruins 02790-02797] | W | X |

6

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Exhibit B-2 -FCCU Statement for Account -4695 from ECF 98, page 433<br>Exhibit B-3 - TCCU Statement of Account -641 for period May 4, 2022-May 31, 2022 from ECF 97, page 7<br>Exhibit C-1 - Email from Jesse Craig to Charles Aarestad 8/15/2023 re: PFS [RRSB Ruins 03367-03395]<br>Exhibit C-2 - FCCU Statement for Account -7124 for period ending June 30, 2023 at ECF 98, page 623<br>Exhibit C-3 - TCCU Statement of Account -303 for period June 1, 2023-June 30, 2023 at ECF 97, page 4 | | | | | | | | |
| ECF 32 | | | Ruins MOR for period ending 1/31/2025 [**ECF 32**] | M | X | | | | | | |
| ECF 78 | | | Ruins Amended MOR for period ending 02/28/2025 [**ECF 78**] | M | X | | | | | | |
| ECF 79 | | | Ruins Amended MOR for period ending 03/31/2025 [**ECF 79**] | M | X | | | | | | |
| ECF 80 | | | Ruins Amended MOR for period ending 4/30/2025 [**ECF 80**] | M | X | | | | | | |
| ECF 81 | | | Ruins Amended MOR for period ending 5/31/2025 [**ECF 81**] | M | X | | | | | | |
| ECF 82 | | | Ruins Amended MOR for period ending 6/30/2025 [**ECF 82**] | M | X | | | | | | |
| ECF 83 | | | Ruins Amended MOR for period ending 7/31/2025 [**ECF 83**] | M | X | | | | | | |
| ECF 84 | | | Ruins MOR for period ending 8/30/2025 [**ECF 84**] | M | X | | | | | | |
| RR 1 | | | Email from Jesse Craig to Charles Aarestad 7/27/2022 re: Verification of Liquid assets (Cash & Checking) [RRSB Ruins 02790-02797] | W | X | | | | | | |
| RR 2 | | | Email from Jesse Craig to Charles Aarestad 8/15/2023 re: PFS [RRSB Ruins 03367-03395] | W | X | | | | | | |
| RR 3 | | | The Ruins, LLC Answers to Interrogatories and Request for Production of Documents (Set I) | M | X | | | | | | |

7

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | dated 9/22/2025 | | | | | | | | |
| RR 4 | | | Construction Loan Agreement dated 3/9/2022 [RRSB Ruins 01078-01088] | W | X | | | | | | |
| RR 5 | | | Promissory Note dated 7.14.22 to Jesse Craig *et. al.*; Loan Agreement between Jesse Craig, *et. al* and Charles Aarestad dated 4/17/2023; Loan Restructure Agreement dated 6/29/2023; and check for $400,000 | M | X | | | | | | |
| RR 6 | | | Promissory Note dated 12/09/2022 to Craig Holdings, LLC; Loan Agreement between Jesse Craig et. al. and Randall Aarestad; Loan Restructure Agreement dated 6/29/2023; and check for $600,000 | M | X | | | | | | |
| RR 7 | | | Certified Copy of State Court Complaint (S.D. Court File No. 14CIV24-000068) | W | X | | | | | | |
| RR 8 | | | Certified Copy of State Court Motion for Partial Summary Judgment (S.D. Court File No. 14CIV24-000068) | W | X | | | | | | |
| RR 9 | | | Certified Copy of State Court Motion for Appointment of Receiver and Request for Expedited Hearing (S.D. Court File No. 14CIV24-000068) | W | X | | | | | | |
| RR 10 | | | Certified Copy of State Court Docket (S.D. Court File No. 14CIV24-000068) | W | X | | | | | | |
| RR 11 | | | Certified Copy of Order Appointing Receiver (S.D. Court File Nos. 14CIV24-000064 & 14-CIV24-000065) | W | X | | | | | | |
| RR 12 | | | Summary of Draw Request Invoices vs. Original Invoices (updated 10/16/25) | W | | | | | | | |
| ECF 114 | | | Transcript of Deposition of Jesse Craig with Exhibits 1-28 | M | | | | | | | |
| ECF 115 | | | Transcript of Deposition of Mulinda Craig with Exhibits 29-34 | M | | | | | | | |
| ECF 141-11 | | | Email of November 7, 2023 filed as Exhibit 11 [**ECF 141-11**] | | X | | | | | | |
| ECF 141-12 | | | First Amended Ruins Plan dated September 23, 2025 [**ECF 141-12**] | | X | | | | | | |

8

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECF 141-13 | | | Disclosure Statement for First Amended Chapter 11 Plan for The Ruins, LLC [**ECF 141-13**] | | X | | | | | |
| ECF 141-14 | | | Ruins Term Sheet [**ECF 141-14**] | | X | | | | | |
| ECF 141-15 | | | Email of October 17, 2022 [**ECF 141-15**] | | X | | | | | |

\*  - O - Original Record & Authenticity Only
\*  - A - Admitted into Evidence for all purposes
§  - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

    Dated this 28th day of October, 2025.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
    Caren W. Stanley (#06100)
    cstanley@vogellaw.com
    Kesha L. Tanabe
    ktanabe@vogellaw.com
    Drew J. Hushka (#08230)
    dhushka@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND 58107-1389
    Telephone: (701) 237-6983
    Fax: (701) 476-7676
    *ATTORNEYS FOR RED RIVER STATE BANK*

Dated: October 28, 2025 By: */s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Ave N
Ste B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

10

**Re:** The Ruins LLC
     Case No. 25-30004

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF CASS | ) | |

The undersigned does depose and say that on October 28, 2025, the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

Was served electronically to the following:

*All ECF Filing Participants*

                              */s/ Caren W. Stanley*

11