IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## **MOTION TO APPEAR AT HEARING VIA VIDEOCONFERENCE**

Come now The Ruins, LLC ("Ruins" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and move to permit undersigned counsel to appear at a hearing in this case via video conference on November 20, 2025 (but not on November 25, 2025), and in support thereof states as follows:

This Honorable Court has scheduled a continued hearing on a motion to dismiss, focused on the presentation of evidence concerning the existence, *vel non*, of unusual circumstances militating against conversion of this case or, alternatively, whether the best interests of creditors would be served by appointment of a chapter 11 trustee (reserving any ruling as to the existence of cause to convert). The hearing is set to occur on November 20, 2025 and to be carried over to November 25, 2025, with testimony likely to be largely comprised of expert witness presentations on the former date.

With the federal government having reopened, it appears the court session on November 20, 2025 will be truncated so as to allow attendance at a professional social function. This timing likely bolsters the probability of evidence on November 20, 2025 being generally limited to expert presentations, with the Debtor anticipating putting on its opposition case on November 25, 2025.

In light of certain anomalies with the air travel system, commuting to Fargo on both of these dates is likely to prove more difficult than is typical, and undersigned counsel believes he

1

can comfortably and professionally manage the interplay of testimony via video conference on November 20, 2025, before appearing in person on November 25, 2025. This will also permit avoidance of an elongated trip on the eve of the Thanksgiving holiday and promote various case preparation efficiencies.

    WHEREFORE, the Debtors respectfully pray undersigned counsel be permitted to appear, on November 20, 2025, via video conference, and to be heard and examine witnesses via video conference, and for such other and further relief as may be just and proper.

    Respectfully Submitted,

Dated: November 14, 2025    By:    /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    The Dakota Bankruptcy Firm
    1630 1st Avenue N
    Suite B PMB 24
    Fargo, North Dakota 58102-4246
    Phone: (701) 394-3215
    mac@dakotabankruptcy.com
    *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 14th day of November, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig