# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>　　　　　Debtor. | Case No. 25-30004<br><br>Chapter 11 |

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by video conference for **Jonathan Cuticelli of Hilco Real Estate** ("Cuticelli") at the hearing on Thursday, November 20, 2025, at 8:30 a.m. ("Hearing") respecting the following motions:

- Motion to Convert Case from Chapter 11 to 7 (Doc. 109)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request for Cuticelli to appear by video conference at the Hearing due to the expedited scheduling of the hearing and to save time and expense by not having to travel from Connecticut. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that Cuticelli be allowed to appear by video conference at the Hearing.

Dated this 17th day of November, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  (701) 237-6983
Fax:  (701) 476-7676
Email: ktanabe@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK