# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

**The Ruins, LLC**                                                                 **Bankr. No. 25-30004**

      **Debtor.**                                                                      **Chapter 11**

---

## MOTION TO APPEAR BY TELEPHONE

---

     1.    Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone on Thursday, November 20, 2025 at 8:30 a.m. on the continued hearing on the Motion to Convert Case from Chapter 11 to Chapter 7.

     2.    The UST has not taken a position on the hearing and was unable to attend the prior proceedings due to the government shutdown. The UST wishes to monitor the hearing at least through the a.m. hours. A conflict in the afternoon with another bankruptcy matter will prevent the UST from attending an afternoon session. Travel for such a limited purpose would be burdensome and expensive and impossible, given the UST's other matters.

     WHEREFORE, Counsel requests that she be allowed to appear by telephone.


Dated: November 18, 2025                       MARY R. JENSEN
                                                ACTING U.S. TRUSTEE REGION 12

                                                /s/ Sarah J. Wencil
                                                Sarah J. Wencil
                                                Office of the U.S. Trustee
                                                Suite 1015 U.S. Courthouse
                                                300 South Fourth St.
                                                Minneapolis, MN 55415
                                                Telephone: (612) 334-1366
                                                Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**The Ruins, LLC**                                                  **Bankr. No. 25-30004**

    **Debtor.**                                                          **Chapter 11**

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the MOTION was electronically transmitted via CM/ECF.

Dated:   November 18, 2025

                                                       /s/ Sarah J. Wencil
                                                       Sarah J. Wencil