**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1. Diamond Wall Systems, Inc. ("Diamond"), respectfully moves this Court for an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference at the hearing on the *Motion to Convert Case From Chapter 11 to 7* filed by Red River State Bank [ECF #109] scheduled for November 20, 2025, at 8:30 a.m.

2. Diamond requests the Court consider savings in travel time and expenses to attend the hearing on these Motion in person, given that counsel's office is in Minneapolis, Minnesota.

WHEREFORE, Diamond respectfully requests that it be allowed to appear, through counsel, by video conference at the hearing on the Motion on November 20, 2025.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: November 18, 2025        By:  */s/ Jeffrey D. Klobucar*
Jeffrey D. Klobucar (ND Bar ID #09689)
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Phone: (612) 333-3000
Fax: (612) 333-8829
Email: jklobucar@bassford.com
***Attorneys for Diamond Wall Systems, Inc.***

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

---

**CERTIFICATE OF SERVICE**

---

I, Jeffrey D. Klobucar, an attorney licensed to practice law in this Court, with an office address of 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402, hereby certifies that the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: November 18, 2025            By: */s/ Jeffrey D. Klobucar*
                                                    Jeffrey D. Klobucar