# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>              Debtor. | Case No.:  25-30004<br><br>Chapter 11 |

## DECLARATION OF CHARLES AARESTAD (RED RIVER STATE BANK) CERTIFYING BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) RE: THE RRSB RUINS BANK ACCOUNT

Pursuant to 28 U.S.C. § 1746, I, Charles Aarestad, do hereby declare, under penalty of perjury, the following to the best of my knowledge, information, and belief:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2.      I am a Senior Vice President at Red River State Bank ("RRSB" or "Creditor") and work in Halstad, MN. I have held my current position since 2011.

3.      I am personally familiar with the loan history between RRSB and The Ruins, LLC (the "Debtor") and the Debtor's partially constructed apartment building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project").

4.      The Debtor had a bank account at RRSB ending -3782. The account was opened on March 17, 2022.

5.      True and correct copies of The Ruins, LLC's bank account statements for account ending -3782 for the period of March 17, 2022 through November 30, 2022, are attached as **Exhibit A**.

6.      The documents attached as **Exhibit A** were made at or near the time of the events set forth therein by people with knowledge of those matters.

7.      It was the regular practice of RRSB's business activities to make the records attached as **Exhibit A**.

8.      The records attached as **Exhibit A** were kept in the regular course of RRSB's business activities.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of November, 2025.

Charles Aarestad

4899-7176-6138 v.1

2

# Exhibit A

# RRSB Account Statements
# The Ruins, LLC Account No. -3782

```
                                2  -  30           PAGE  1
        THE RUINS, LLC                       ACCOUNT    ███3782
        PO BOX 426
        FARGO  ND 58107-0426                     STATEMENT PERIOD
                                             03/17/2022 TO 03/31/2022


        ----------------------- C H E C K I N G   S U M M A R Y ------------------------
              SIMP BUS W/O CA          -    ███3782
        CHECKING BALANCE LAST STATEMENT.......              .00
                                1  DEPOSITS.............    181,947.80
                                   OTHER CREDITS........          .00
                                1  CHECKS...............    181,947.80
                                   OTHER DEBITS.........          .00
        CHECKING BALANCE THIS STATEMENT.......              .00
        --------------------------- F E E   S U M M A R Y -----------------------------
                                TOTAL FEES IMPOSED            .00
        ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
              ---------------------------------------------------------------
              |                       |       TOTAL FOR |         TOTAL       |
              |                       |     THIS PERIOD |   YEAR-TO-DATE      |
              ---------------------------------------------------------------
              |TOTAL OVERDRAFT FEES   |          $0.00  |          $0.00      |
              ---------------------------------------------------------------
              |TOTAL RETURNED ITEM FEES|         $0.00  |          $0.00      |
              ---------------------------------------------------------------


        -------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

        DATE.....AMOUNT....DESCRIPTION
        03/23  181,947.80 DEPOSIT

        ------------------------------ C H E C K S --------------------------------

        DATE........CHECK NO......AMOUNT    DATE.........CHECK NO.......AMOUNT
        03/25          104    181,947.80

        --------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

        DATE......BALANCE       DATE.......BALANCE       DATE.......BALANCE
        03/23    181,947.80     03/25          .00

        --------------------------------------------------------------------------------
```

RRSB Ruins 03567

```
                                                    PAGE   2
     THE RUINS, LLC                     ACCOUNT        ██ 3782
     PO BOX 426
     FARGO  ND 58107-0426                    STATEMENT PERIOD
                                         03/17/2022 TO 03/31/2022
```

          Federal law requires Red River State Bank to tell you how
          we collect, share, and protect your personal information.
          Our PRIVACY POLICY has not changed and you may review
          our policy and practices with respect to your personal
          information at www.redriverbank.com or we will mail
          you a free copy upon request when you call us
          at 218-456-2187 or 218-945-6171.

RRSB Ruins 03568

Red River State Bank

Account: ▇▇3782





3/23/2022    $181,947.80          3/25/2022 104 $181,947.80

```
                           20  -  30          PAGE  1
THE RUINS, LLC                           ACCOUNT     ▮3782
PO BOX 426
FARGO  ND 58107-0426                        STATEMENT PERIOD
                                         03/31/2022 TO 04/29/2022


----------------------- C H E C K I N G   S U M M A R Y -----------------------
       SIMP BUS W/O CA        -     ▮3782
    CHECKING BALANCE LAST STATEMENT.......              .00
                       1  DEPOSITS.............    2,274,820.42
                          OTHER CREDITS........            .00
                      19  CHECKS..............    2,082,626.19
                       1  OTHER DEBITS.........           5.00
    CHECKING BALANCE THIS STATEMENT.......          192,189.23
------------------------- F E E   S U M M A R Y -----------------------------
    PAPER STATEMENT FEE                                5.00
                          TOTAL FEES IMPOSED           5.00
                              (LISTED BELOW)
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
      ------------------------------------------------------------
      |                         |      TOTAL FOR  |       TOTAL   |
      |                         |    THIS PERIOD  |  YEAR-TO-DATE |
      ------------------------------------------------------------
      |TOTAL OVERDRAFT FEES     |        $0.00|          $0.00|
      ------------------------------------------------------------
      |TOTAL RETURNED ITEM FEES |        $0.00|          $0.00|
      ------------------------------------------------------------


-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S ------------

 DATE.....AMOUNT....DESCRIPTION
 04/08 2274,820.42 DEPOSIT

-------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

 DATE.....AMOUNT....DESCRIPTION
 04/29      5.00 PAPER STATEMENT FEE

------------------------------ C H E C K S -------------------------------

 DATE.........CHECK NO......AMOUNT  DATE.........CHECK NO.......AMOUNT
 04/13        105       1,662.50  04/12        112          411.47
 04/13        106      41,710.48  04/15        113        5,005.50
 04/12      * 108      49,791.17  04/19        114        3,600.50
 04/14        109         549.54  04/13        115      116,994.23
 04/12        110     380,951.93  04/12        116      112,093.20
 04/13        111       1,562.14  04/12        117      121,365.27
```

RRSB Ruins 03570

```
                                               PAGE   2
       THE RUINS, LLC                   ACCOUNT        ███3782
       PO BOX 426
       FARGO  ND 58107-0426                 STATEMENT PERIOD
                                        03/31/2022 TO 04/29/2022


    DATE.........CHECK NO......AMOUNT   DATE.........CHECK NO......AMOUNT
    04/28          118    4,715.35  04/13          122    3,698.05
    04/13          119      130.72  04/11          123  730,252.70
    04/13          120   65,044.49  04/12          124  436,993.65
    04/15          121    6,093.30

    --------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

    DATE......BALANCE       DATE......BALANCE       DATE......BALANCE
    04/08  2274,820.42   04/13   212,158.42   04/19   196,909.58
    04/11  1544,567.72   04/14   211,608.88   04/28   192,194.23
    04/12   442,961.03   04/15   200,510.08   04/29   192,189.23

    --------------------------------------------------------------------------------
```

Federal law requires Red River State Bank to tell you how
we collect, share, and protect your personal information.
Our PRIVACY POLICY has not changed and you may review
our policy and practices with respect to your personal
information at www.redriverbank.com or we will mail
you a free copy upon request when you call us
at 218-456-2187 or 218-945-6171.

RRSB Ruins 03571

Red River State Bank

Account: ▋3782



4/8/2022   $2,274,820.42



4/13/2022 105 $1,662.50



4/13/2022 106 $41,710.48



4/12/2022 108 $49,791.17



4/14/2022 109 $549.54



4/12/2022 110 $380,951.93



4/13/2022 111 $1,562.14



4/13/2022 112 $411.47



4/15/2022 113 $5,005.50



4/19/2022 114 $3,600.50



4/13/2022 115 $116,994.23



4/12/2022 116 $112,093.20



4/12/2022 117 $121,365.27



4/28/2022 118 $4,715.35



4/13/2022 119 $130.72



4/13/2022 120 $65,044.49



4/15/2022 121 $6,093.30



4/13/2022 122 $3,698.05



4/11/2022 123 $730,252.70



4/12/2022 124 $436,993.65

```
                              19  -  30              PAGE  1
  THE RUINS, LLC                             ACCOUNT    ███3782
  PO BOX 426
  FARGO  ND 58107-0426                       STATEMENT PERIOD
                                             04/29/2022 TO 05/31/2022


  ----------------------- C H E C K I N G   S U M M A R Y -----------------------
          SIMP BUS W/O CA       -   ███3782
       CHECKING BALANCE LAST STATEMENT.......        192,189.23
                           1  DEPOSITS.............  1,478,434.10
                           1  OTHER CREDITS........     24,945.48
                          18  CHECKS...............  1,672,983.06
                           2  OTHER DEBITS.........         13.00
       CHECKING BALANCE THIS STATEMENT.......         22,572.75
  ----------------------- F E E   S U M M A R Y -----------------------
       PAPER STATEMENT FEE                                5.00
                               TOTAL FEES IMPOSED         5.00
                                   (LISTED BELOW)
  ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
          --------------------------------------------------------------
          |                        |     TOTAL FOR  |        TOTAL      |
          |                        |   THIS PERIOD  |   YEAR-TO-DATE    |
          --------------------------------------------------------------
          |TOTAL OVERDRAFT FEES    |        $0.00   |        $0.00      |
          --------------------------------------------------------------
          |TOTAL RETURNED ITEM FEES|        $0.00   |        $0.00      |
          --------------------------------------------------------------

  -------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

  DATE.....AMOUNT....DESCRIPTION
  05/10 1478,434.10 DEPOSIT
  05/17   24,945.48 WIRE IN FROM CRAIG DEVELOPMENT

  -------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

  DATE.....AMOUNT....DESCRIPTION
  05/17      8.00 WIRE IN FEE
  05/31      5.00 PAPER STATEMENT FEE

  -------------------------------- C H E C K S ---------------------------------

  DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
  05/11          107   191,994.23   05/13          131   348,844.18
  05/16        * 128     5,433.13   05/24          132     1,394.19
  05/13          129    61,534.08   05/16          133    16,681.84
  05/19          130       527.20   05/17          134    67,702.50
```

RRSB Ruins 03573

```
                                                    PAGE  2
        THE RUINS, LLC                      ACCOUNT      ███3782
        PO BOX 426
        FARGO  ND 58107-0426                     STATEMENT PERIOD
                                            04/29/2022 TO 05/31/2022


        DATE........CHECK NO......AMOUNT  DATE.........CHECK NO......AMOUNT
        05/16         135    189,939.11  05/16          140      1,248.31
        05/26         136      3,225.56  05/16          141      5,325.00
        05/12         137     25,040.48  05/17          142     71,666.60
        05/13         138      6,737.29  05/13          143     36,188.70
        05/13         139        530.15  05/12        * 145    638,970.51

        -------------- D A I L Y   B A L A N C E   I N F O R M A T I O N --------------

        DATE......BALANCE       DATE......BALANCE       DATE......BALANCE
        05/10   1670,623.33     05/16    142,156.32     05/26     22,577.75
        05/11   1478,629.10     05/17     27,724.70     05/31     22,572.75
        05/12    814,618.11     05/19     27,197.50
        05/13    360,783.71     05/24     25,803.31

        --------------------------------------------------------------------------
```

RRSB Ruins 03574

Red River State Bank
Account: ████3782                                                                    PG 3 OF 3


5/10/2022    $1,478,434.10


5/11/2022 107 $191,994.23


5/16/2022 128 $5,433.13


5/13/2022 129 $61,534.08


5/19/2022 130 $527.20


5/13/2022 131 $348,844.18


5/24/2022 132 $1,394.19


5/16/2022 133 $16,681.84


5/17/2022 134 $67,702.50


5/16/2022 135 $189,939.11


5/26/2022 136 $3,225.56


5/12/2022 137 $25,040.48


5/13/2022 138 $6,737.29


5/13/2022 139 $530.15


5/16/2022 140 $1,248.31


5/17/2022 142 $71,666.60


5/13/2022 143 $36,188.70


5/12/2022 145 $638,970.51

5/16/2022 141 $5,325.00

```
                            19  -  30          PAGE  1
THE RUINS, LLC                          ACCOUNT      ███3782
PO BOX 426
FARGO  ND 58107-0426
                                        STATEMENT PERIOD
                                        05/31/2022 TO 06/30/2022


----------------------- C H E C K I N G   S U M M A R Y -----------------------
            SIMP BUS W/O CA       -     ███3782
      CHECKING BALANCE LAST STATEMENT.......         22,572.75
                          1  DEPOSITS.............   852,095.36
                             OTHER CREDITS........          .00
                         18  CHECKS..............   853,317.90
                          1  OTHER DEBITS.........         5.00
      CHECKING BALANCE THIS STATEMENT.......         21,345.21
------------------------- F E E   S U M M A R Y -------------------------------
      PAPER STATEMENT FEE                                5.00
                             TOTAL FEES IMPOSED          5.00
                                    (LISTED BELOW)
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
           ------------------------------------------------------------
           |                        |      TOTAL FOR  |        TOTAL   |
           |                        |    THIS PERIOD  |   YEAR-TO-DATE |
           ------------------------------------------------------------
           |TOTAL OVERDRAFT FEES    |         $0.00   |        $0.00   |
           ------------------------------------------------------------
           |TOTAL RETURNED ITEM FEES|         $0.00   |        $0.00   |
           ------------------------------------------------------------


-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S ------------

DATE.....AMOUNT....DESCRIPTION
06/10  852,095.36 DEPOSIT

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
06/30      5.00 PAPER STATEMENT FEE

------------------------------- C H E C K S -----------------------------------

DATE.........CHECK NO.......AMOUNT  DATE.........CHECK NO.......AMOUNT
06/06          127      1,735.52  06/13        *  153    227,191.11
06/21        *  147     5,149.28  06/16           154        175.73
06/17          148     21,634.70  06/17        *  156        489.91
06/14          149     15,185.05  06/14           157        500.00
06/14          150    216,841.04  06/16           158    171,000.00
06/14          151      1,363.00  06/15        *  161      6,224.50
```

RRSB Ruins 03576

```
                                              PAGE  2
        THE RUINS, LLC                    ACCOUNT       ███3782
        PO BOX 426
        FARGO  ND 58107-0426                 STATEMENT PERIOD
                                          05/31/2022 TO 06/30/2022


    DATE.........CHECK NO......AMOUNT    DATE.........CHECK NO......AMOUNT
    06/16          162      2,141.92  06/06          * 166     20,750.00
    06/15          163      1,580.94  06/13          * 168     67,521.15
    06/14          164      5,375.00  06/16            169     88,459.05

    --------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

    DATE.......BALANCE       DATE.......BALANCE       DATE.......BALANCE
    06/06         87.23   06/14     318,206.24   06/17      26,499.49
    06/10     852,182.59   06/15     310,400.80   06/21      21,350.21
    06/13     557,470.33   06/16      48,624.10   06/30      21,345.21


    --------------------------------------------------------------------------------
```

RRSB Ruins 03577

Red River State Bank

Account: ███3782



6/10/2022   $852,095.36



6/6/2022 127 $1,735.52




6/21/2022 147 $5,149.28



6/17/2022 148 $21,634.70



6/14/2022 149 $15,185.05



6/14/2022 150 $216,841.04



6/14/2022 151 $1,363.00



6/13/2022 153 $227,191.11



6/16/2022 154 $175.73



6/17/2022 156 $489.91



6/14/2022 157 $500.00



6/16/2022 158 $171,000.00



6/15/2022 161 $6,224.50



6/16/2022 162 $2,141.92



6/15/2022 163 $1,580.94



6/14/2022 164 $5,375.00



6/6/2022 166 $20,750.00

6/13/2022 168 $67,521.15

6/16/2022 169 $88,459.05

```
                                        10  -  30              PAGE  1
        THE RUINS, LLC                                  ACCOUNT      ███3782
        PO BOX 426
        FARGO  ND 58107-0426                            STATEMENT PERIOD
                                                        06/30/2022 TO 07/29/2022


------------------------ C H E C K I N G   S U M M A R Y ------------------------
          SIMP BUS W/O CA              -    ███3782
     CHECKING BALANCE LAST STATEMENT.......           21,345.21
                          2  DEPOSITS.............    400,000.00
                             OTHER CREDITS........           .00
                          8  CHECKS...............    420,817.88
                          1  OTHER DEBITS.........          5.00
     CHECKING BALANCE THIS STATEMENT.......              522.33
------------------------- F E E   S U M M A R Y -------------------------
     PAPER STATEMENT FEE                                   5.00
                             TOTAL FEES IMPOSED            5.00
                                 (LISTED BELOW)
--------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
07/14  100,000.00 DEPOSIT
07/18  300,000.00 DEPOSIT

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
07/29      5.00 PAPER STATEMENT FEE

------------------------------- C H E C K S -------------------------------
```

| DATE | CHECK NO. | AMOUNT | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/07 | 152 | 20,831.55 | 07/14 | 189 | 1,962.00 |
| 07/14 | * 160 | 25,704.29 | 07/15 | 190 | 44,800.00 |
| 07/14 | * 185 | 25,706.25 | 07/19 | 191 | 127,132.55 |
| 07/14 | * 188 | 1,813.79 | 07/19 | 192 | 172,867.45 |

RRSB Ruins 03579

```
                                                   PAGE   2
        THE RUINS, LLC                      ACCOUNT      ███ 3782
        PO BOX 426
        FARGO  ND 58107-0426                    STATEMENT PERIOD
                                             06/30/2022 TO 07/29/2022



        --------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------
        DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
        07/07        513.66       07/15        527.33       07/19        527.33
        07/14     45,327.33       07/18    300,527.33       07/29        522.33

        --------------------------------------------------------------------------------
```

RRSB Ruins 03580

Red River State Bank
Account: ▮3782


7/14/2022    $100,000.00


7/18/2022    $300,000.00


7/7/2022 152 $20,831.55


7/14/2022 160 $25,704.29


7/14/2022 185 $25,706.25


7/14/2022 188 $1,813.79


7/14/2022 189 $1,962.00


7/15/2022 190 $44,800.00


7/19/2022 191 $127,132.55


7/19/2022 192 $172,867.45

```
                              30  -  30             PAGE  1
        THE RUINS, LLC                          ACCOUNT      ██3782
        PO BOX 426
        FARGO  ND 58107-0426
                                                STATEMENT PERIOD
                                                07/29/2022 TO 08/31/2022


        ----------------------- C H E C K I N G   S U M M A R Y ------------------------
               SIMP BUS W/O CA        -      ██3782
           CHECKING BALANCE LAST STATEMENT.......            522.33
                              1  DEPOSITS.............    1,268,944.90
                              2  OTHER CREDITS........    1,481,055.10
                             29  CHECKS...............    2,596,782.25
                              1  OTHER DEBITS.........            5.00
           CHECKING BALANCE THIS STATEMENT.......          153,735.08
        ------------------------- F E E   S U M M A R Y ----------------------------
           PAPER STATEMENT FEE                                5.00
                                        TOTAL FEES IMPOSED     5.00
                                           (LISTED BELOW)
        ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
        -------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

        DATE.....AMOUNT....DESCRIPTION
        08/02 1268,944.90 DEPOSIT
        08/16 1322,454.31 Draw # 12
        08/31  158,600.79 ONL ADV FRM LN 51576 TO CHK ██3782

        -------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

        DATE.....AMOUNT....DESCRIPTION
        08/31      5.00 PAPER STATEMENT FEE

        ------------------------------- C H E C K S ---------------------------------
```

| DATE  | CHECK NO | AMOUNT     | DATE  | CHECK NO | AMOUNT    |
|-------|----------|------------|-------|----------|-----------|
| 08/08 | 155      | 39,197.08  | 08/10 | * 177    | 527.18    |
| 08/03 | * 171    | 133,745.68 | 08/09 | 178      | 2,732.89  |
| 08/08 | 172      | 13,928.41  | 08/05 | 179      | 15,409.55 |
| 08/31 | 173      | 7,030.64   | 08/08 | 180      | 22,650.86 |

RRSB Ruins 03582

```
                                            PAGE   2
        THE RUINS, LLC                  ACCOUNT      ███3782
        PO BOX 426
        FARGO  ND 58107-0426                STATEMENT PERIOD
                                         07/29/2022 TO 08/31/2022


DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO......AMOUNT
08/10           181     3,874.36   08/19        * 205    417,660.36
08/04           182    36,000.00   08/22          206     80,060.89
08/05           183   135,078.30   08/18          207     27,922.73
08/08         * 186       478.91   08/19          208     89,161.80
08/03           187    75,023.50   08/19          209        100.02
08/03         * 195    14,011.00   08/19          210     10,370.31
08/04           196    91,313.09   08/22          211     67,500.00
08/04         * 200   645,671.64   08/19          212     18,046.00
08/22           201   133,745.68   08/17          213     38,000.00
08/17           202   397,014.19   08/30          214     80,000.00
08/24           203       527.18

--------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

DATE.......BALANCE       DATE.......BALANCE        DATE.......BALANCE
08/02   1269,467.23    08/09     44,226.32      08/19    364,003.68
08/03   1046,687.05    08/10     39,824.78      08/22     82,697.11
08/04    273,702.32    08/16   1362,279.09      08/24     82,169.93
08/05    123,214.47    08/17    927,264.90      08/30      2,169.93
08/08     46,959.21    08/18    899,342.17      08/31    153,735.08

-------------------------------------------------------------------------------
```

RRSB Ruins 03583

Red River State Bank
Account: ▮3782

PG 3 OF 4


8/2/2022  $1,268,944.90


8/8/2022 155 $39,197.08


8/3/2022 171 $133,745.68


8/8/2022 172 $13,928.41


8/31/2022 173 $7,030.64


8/10/2022 177 $527.18


8/9/2022 178 $2,732.89


8/5/2022 179 $15,409.55


8/8/2022 180 $22,650.86


8/10/2022 181 $3,874.36


8/4/2022 182 $36,000.00


8/5/2022 183 $135,078.30


8/8/2022 186 $478.91


8/3/2022 187 $75,023.50


8/3/2022 195 $14,011.00


8/4/2022 196 $91,313.09


8/4/2022 200 $645,671.64


8/22/2022 201 $133,745.68


8/17/2022 202 $397,014.19


8/24/2022 203 $527.18


8/19/2022 205 $417,660.36

Red River State Bank
Account: ███ 782



8/22/2022 206 $80,060.89



8/18/2022 207 $27,922.73



8/19/2022 208 $89,161.80



8/19/2022 209 $100.02



8/19/2022 210 $10,370.31



8/22/2022 211 $67,500.00



8/19/2022 212 $18,046.00



8/17/2022 213 $38,000.00



8/30/2022 214 $80,000.00

```
                           1  -  30              PAGE  1
    THE RUINS, LLC                        ACCOUNT    ███3782
    PO BOX 426
    FARGO  ND 58107-0426                        STATEMENT PERIOD
                                             08/31/2022 TO 09/30/2022


    ----------------------- C H E C K I N G   S U M M A R Y -------------------------
            SIMP BUS W/O CA         -    ███3782
        CHECKING BALANCE LAST STATEMENT.......      153,735.08
                             DEPOSITS.............         .00
                             OTHER CREDITS........         .00
                         1   CHECKS...............  153,000.00
                         1   OTHER DEBITS.........        5.00
        CHECKING BALANCE THIS STATEMENT.......         730.08
    ------------------------- F E E   S U M M A R Y ----------------------------
        PAPER STATEMENT FEE                           5.00
                          TOTAL FEES IMPOSED           5.00
                               (LISTED BELOW)
    --------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ---------------
        -----------------------------------------------------------
        |                        |     TOTAL FOR |      TOTAL    |
        |                        |   THIS PERIOD |  YEAR-TO-DATE |
        -----------------------------------------------------------
        |TOTAL OVERDRAFT FEES    |        $0.00  |       $0.00   |
        -----------------------------------------------------------
        |TOTAL RETURNED ITEM FEES|        $0.00  |       $0.00   |
        -----------------------------------------------------------

    --------------- O T H E R   D E B I T   T R A N S A C T I O N S  ---------------

    DATE.....AMOUNT....DESCRIPTION
    09/30      5.00  PAPER STATEMENT FEE

    ------------------------------ C H E C K S -------------------------------

    DATE........CHECK NO......AMOUNT    DATE.........CHECK NO.......AMOUNT
    09/02         216   153,000.00

    -------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

    DATE.......BALANCE     DATE.......BALANCE      DATE.......BALANCE
    09/02        735.08    09/30        730.08
    --------------------------------------------------------------------------
```

RRSB Ruins 03586

```
                                         PAGE  2
                             ACCOUNT        ███3782
THE RUINS, LLC
PO BOX 426
FARGO  ND 58107-0426
                               STATEMENT PERIOD
                             08/31/2022 TO 09/30/2022
```

RRSB Ruins 03587

Red River State Bank
Account: ▮3782



The Ruins, LLC                                                          216
1402 1st Ave N

                              Red River State Bank
                              906 2nd Ave W
                              Hatton, ND  58240

**** ONE HUNDRED FIFTY THREE THOUSAND AND 00/100 DOLLARS

                              09/31/22        $153,000.00*

TO THE
ORDER OF    Craig Development, L-C
            1305 1st Ave N
            Fargo, ND  58102

⑆000216⑆ ⑆094⑈05⑇99⑉ ▮⑈96⑆

9/2/2022  216  $153,000.00

RRSB Ruins 03588

```
                                  2  -  30              PAGE  1
        THE RUINS, LLC                           ACCOUNT    ████3782
        PO BOX 426
        FARGO  ND 58107-0426                       STATEMENT PERIOD
                                                 09/30/2022 TO 10/31/2022


        ----------------------- C H E C K I N G   S U M M A R Y -----------------------
              SIMP BUS W/O CA        -    ████3782
           CHECKING BALANCE LAST STATEMENT.......          730.08
                                  1  DEPOSITS.............      80,345.15
                                     OTHER CREDITS........           .00
                                  1  CHECKS...............      80,345.15
                                  1  OTHER DEBITS.........          5.00
           CHECKING BALANCE THIS STATEMENT.......          725.08
        ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
              ---------------------------------------------------------
              |                       |     TOTAL FOR |       TOTAL   |
              |                       |   THIS PERIOD |  YEAR-TO-DATE |
              ---------------------------------------------------------
              |TOTAL OVERDRAFT FEES   |        $0.00|         $0.00|
              ---------------------------------------------------------
              |TOTAL RETURNED ITEM FEES|       $0.00|         $0.00|
              ---------------------------------------------------------

        ------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

        DATE.....AMOUNT....DESCRIPTION
        10/19   80,345.15 DEPOSIT

        --------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

        DATE.....AMOUNT....DESCRIPTION
        10/31      5.00 PAPER STATEMENT FEE

        -------------------------------- C H E C K S --------------------------------

        DATE.........CHECK NO......AMOUNT   DATE.........CHECK NO......AMOUNT
        10/26          204   80,345.15

        -------------- D A I L Y   B A L A N C E   I N F O R M A T I O N --------------

        DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
        10/19    81,075.23      10/26       730.08      10/31       725.08

        ------------------------------------------------------------------------------
```

RRSB Ruins 03589

```
                                          PAGE  2
                                 ACCOUNT       ████3782
THE RUINS, LLC
PO BOX 426
FARGO  ND 58107-0426
                                     STATEMENT PERIOD
                                 09/30/2022 TO 10/31/2022
```

RRSB Ruins 03590

Red River State Bank
Account: ▆3782



10/19/2022    $80,345.15          10/26/2022  204  $80,345.15

```
                                    0  -  30          PAGE  1
        THE RUINS, LLC                         ACCOUNT      ███3782
        PO BOX 426
        FARGO  ND 58107-0426                     STATEMENT PERIOD
                                               10/31/2022 TO 11/30/2022



        ----------------------- C H E C K I N G   S U M M A R Y -----------------------
              SIMP BUS W/O CA          -    ███3782
        CHECKING BALANCE LAST STATEMENT.......         725.08
                             DEPOSITS.............         .00
                             OTHER CREDITS........         .00
                             CHECKS...............         .00
                          1  OTHER DEBITS.........        5.00
        CHECKING BALANCE THIS STATEMENT.......         720.08
        ------------------------- F E E   S U M M A R Y -----------------------------
           PAPER STATEMENT FEE                            5.00
                               TOTAL FEES IMPOSED          5.00
                                     (LISTED BELOW)
        ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
              -----------------------------------------------------------
              |                       |      TOTAL FOR|        TOTAL     |
              |                       |   THIS PERIOD|   YEAR-TO-DATE|
              -----------------------------------------------------------
              |TOTAL OVERDRAFT FEES   |       $0.00|         $0.00|
              -----------------------------------------------------------
              |TOTAL RETURNED ITEM FEES|      $0.00|         $0.00|
              -----------------------------------------------------------

        --------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

        DATE.....AMOUNT....DESCRIPTION
        11/30       5.00 PAPER STATEMENT FEE

        -------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

        DATE.......BALANCE     DATE.......BALANCE      DATE.......BALANCE
        11/30       720.08

        -------------------------------------------------------------------------------
```

RRSB Ruins 03592