# Exhibit A

# Table of Transfers from RRSB Ruins Account to FCCU Craig Accounts

## Financial Records:
### RRSB Ruins Account Checks
### FCCU Craig Development Account Transaction Receipts from Deposit of Ruins Checks

| Transfers from the RRSB Ruins Account to FCCU Craig Accounts | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transferee | Amount to Transferee | Date of Transfer* | Transferring Entity | Transfer Type | Originating Account | Account No. | Beneficiary Account | Account No. | Proceeds from Ruins Draw No. |
| Craig Development, LLC | $181,947.80 | 3/24/2022 | The Ruins, LLC | Check 104 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 7 |
| Craig Development, LLC | $730,252.70 | 4/8/2022 | The Ruins, LLC | Check 123 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 8 |
| Craig Development, LLC | $436,993.65 | 4/11/2022 | The Ruins, LLC | Check 124 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 8 |
| Craig Development, LLC | $638,970.51 | 5/10/2022 | The Ruins, LLC | Check 145 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 9 |
| Craig Development, LLC | $20,750.00 | 6/3/2022 | The Ruins, LLC | Check 166 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 10 |
| Craig Development, LLC | $227,191.11 | 6/10/2022 | The Ruins, LLC | Check 153 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 10 |
| Craig Development, LLC | $67,521.15 | 6/10/2022 | The Ruins, LLC | Check 168 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 10 |
| Craig Development, LLC | $645,671.64 | 8/2/2022 | The Ruins, LLC | Check 200 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 11 |
| Craig Development, LLC | $397,014.19 | 8/16/2022 | The Ruins, LLC | Check 202 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 12 |
| Craig Development, LLC | $38,000.00 | 8/16/2022 | The Ruins, LLC | Check 213 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 12 |
| Craig Development, LLC | $80,000.00 | 8/26/2022 | The Ruins, LLC | Check 214 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 12 |
| Craig Development, LLC | $153,000.00 | 9/1/2022 | The Ruins, LLC | Check 216 | The Ruins - RRSB | 3782 | Craig Development - FCCU | 1711 | 13 |

| | TOTAL: | $3,617,312.75 |
|---|---|---|

\* The date of transfer is the date in which the transferred funds were credited in the FCCU Craig Accounts.

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE XI SECURITY FEATURES

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

104

**** ONE HUNDRED EIGHTY ONE THOUSAND NINE HUNDRED FORTY SEVEN AND 80/100 DOLLARS

TO THE
ORDER OF

CRAIG DEVELOPMENT

03/23/22          $181,947.80*

⑈000104⑈ ⑆              ⑉              3 78 2⑈

```
FP TRANSACTION  03-24-22  14:23:54  MEMBER ▉1711CR                    1 1718
              FOR CRAIG DEVELOPMENT, LLC  AS Connie Olgaard
DEPOSIT OF        181947.80 ▉1711▉        SMALL BUSINESS CHECKING
   PREV BAL      27632.67 NEW BAL       209580.47
RECEIVED        181947.80 IN 1 CHECK
   181947.80
```

RRSB FCCU Subpoena 007443



The Ruins, LLC
1405 1st Ave N

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Red River State Bank
300 2nd Ave W
Halstad, MN  56548

123

**** SEVEN HUNDRED THIRTY THOUSAND TWO HUNDRED FIFTY TWO AND 70/100 DOLLARS

TO THE
ORDER OF

CRAIG DEVELOPMENT

04/05/22      $730,252.70*

⑆000123⑆ ⑈091205199⑈ ▮▮▮378 2⑆

Check 2

First Community
Credit Union

```
FP TRANSACTION  04-08-22  14:03:12  MEMBER ■1711CR              1 1775
              FOR CRAIG DEVELOPMENT  AS connie
DEPOSIT OF      730252.70 ■1711-■          SMALL BUSINESS CHECKING
   THE RUINS, LLC RED RIVER STATE BANK CHK#123
RECEIVED        730252.70 IN 1 CHECK
   730252.70
```

Member Signature



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

124

**** FOUR HUNDRED THIRTY SIX THOUSAND NINE HUNDRED NINETY THREE AND 65/100 DOLLARS

TO THE
ORDER OF

CRAIG DEVELOPMENT

04/08/22          $436,993.65*

⑈000124⑈ ⑆091205199⑆ 3 78 2⑈

Check 3

FP TRANSACTION  04-11-22  15:02:45  MEMBER ■1711CR                1 1710
            FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF      436993.65 ■1711-■        SMALL BUSINESS CHECKING
    TRANSFER FROM THE RUINS, LLC - RED RIVER STATE BANK
RECEIVED      436993.65 IN 1 CHECK
    436993.65

Member Signature



Check 4

```
FP TRANSACTION   05-10-22   16:47:30   MEMBER ■1711CR                    1 1715
              FOR CRAIG DEVELOPMENT  AS connie
DEPOSIT OF        638970.51 ■1711-■           SMALL BUSINESS CHECKING
    PREV BAL       69798.37 NEW BAL       708768.88
    THE RUINS RED RIVER STATE BANK
RECEIVED          638970.51 IN 1 CHECK
    638970.51
```



**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

166

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**** TWENTY THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

06/03/22          $20,750.00**

TO THE
ORDER OF

Craig Development, LLC
1405 1st Ave N
Fargo, ND    58102

⑆000166⑆ ⑈091205199⑈         ⑆782⑆

Check 5

```
FP TRANSACTION  06-03-22  13:10:49  MEMBER ██1711CR               1 1520
          FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF         20750.00 ██1711-██        SMALL BUSINESS CHECKING
RECEIVED          20750.00 IN 1 CHECK
   20750.00
```

Member Signature



Check 6

```
FP TRANSACTION  06-10-22  11:45:27  MEMBER █1711CR                 1 1775
               FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF       227191.11 █1711-█        SMALL BUSINESS CHECKING
   THE RUINS LLC RED RIVER STATE BANK CHK#153
RECEIVED         227191.11 IN 1 CHECK
   227191.11
```

RRSB FCCU Subpoena 007485



**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

168

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTIVE OF THE SECURITY FEATURES

**** SIXTY SEVEN THOUSAND FIVE HUNDRED TWENTY ONE AND 15/100 DOLLARS

06/09/22      $67,521.15**

TO THE
ORDER OF

Craig Development, LLC
1405 1st Ave N
Fargo, ND    58102

⑈000168⑈ ⑆091205199⑆       782⑈

Check 7

```
FP TRANSACTION  06-10-22  11:46:22  MEMBER ██1711CR                 1 1775
              FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF        67521.15 ██1711-██        SMALL BUSINESS CHECKING
   THE RUINS LLC RED RIVER STATE BANK CHK#168
RECEIVED          67521.15 IN 1 CHECK
   67521.15
```

RRSB FCCU Subpoena 007486



**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

200

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**** SIX HUNDRED FORTY FIVE THOUSAND SIX HUNDRED SEVENTY ONE AND 64/100 DOLLARS

TO THE
ORDER OF

07/26/22      $645,671.64*

Craig Development, LLC
1405 1st Ave N
Fargo, ND    58102

⑈000200⑈ ⑆091205199⑆ ▮▮▮ ▮?▮2⑈

Check 8



```
FP TRANSACTION  08-02-22  15:57:54  MEMBER █1711CR              1 1710
            FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF        645671.64 █1711-█        SMALL BUSINESS CHECKING
    DRAW FROM THE RUINS RED RIVER STATE BANK
RECEIVED          645671.64 IN 1 CHECK
    645671.64
```

Member Signature



Check 9



```
FP TRANSACTION  08-16-22  14:08:05  MEMBER ▉1711CR                1 1710
              FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF     397014.19 ▉1711-▉       SMALL BUSINESS CHECKING
   THE RUINS - RED RIVER STATE BANK #202
RECEIVED        397014.19 IN 1 CHECK
   397014.19
```

Member Signature







Check 10

```
FP TRANSACTION  08-16-22  14:08:18  MEMBER ■1711CR              1 1753
                FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF        38000.00 ■1711-■         SMALL BUSINESS CHECKING
   THE RUINS LLC RED RIVER STATE BANK CHK#000213
RECEIVED          38000.00 IN 1 CHECK
   38000.00
```





**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

214

**** EIGHTY THOUSAND AND 00/100 DOLLARS

08/26/22     $80,000.00**

TO THE
ORDER OF
Craig Development, LLC
1405 1st Ave N
Fargo, ND    58102

⑈000214⑈ ⑈091205199⑈ ▌ 3782⑈

Check 11

```
FP TRANSACTION  08-26-22  16:05:03  MEMBER █1711CR                 1 1715
             FOR CRAIG DEVELOPMENT  AS connie
DEPOSIT OF        80000.00 █1711-█         SMALL BUSINESS CHECKING
   PREV BAL     690400.73 NEW BAL      770400.73
RECEIVED           80000.00 IN 1 CHECK
     80000.00
```

RRSB FCCU Subpoena 007541



Check 12

```
FP TRANSACTION  09-01-22  13:47:32  MEMBER ■1711CR                    1 1753
                FOR CRAIG DEVELOPMENT  AS CONNIE
DEPOSIT OF         153000.00 ■1711-■          SMALL BUSINESS CHECKING
    THE RUINS LLC CHK#000216 RED RIVER STATE BANK
RECEIVED           153000.00 IN 1 CHECK
    153000.00
```



RRSB FCCU Subpoena 007546

# Exhibit B

# Summary Table of Transfers from FCCU Craig Accounts to Jesse Craig

## Financial Records:
**FCCU Craig Development Account Checks and Transaction Receipts**
**FCCU Craig Properties Account Checks and Transaction Receipts**

| Transfers to Jesse Craig | | | | | | |
|---|---|---|---|---|---|---|
| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
| Jesse Craig | $1,250.00 | 3/14/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $5,826.25 | 3/17/2022 | Craig Development, LLC | Check 10099 | Craig Development FCCU | 1711 |
| Jesse Craig | $1,000.00 | 3/23/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $500.00 | 4/4/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $2,500.00 | 4/6/2022 | Craig Development, LLC | Check 10181 | Craig Development FCCU | 1711 |
| Jesse Craig | $300.00 | 4/8/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $5,871.25 | 4/13/2022 | Craig Development, LLC | Check 10221 | Craig Development FCCU | 1711 |
| Jesse Craig | $10,000.00 | 5/2/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $3,000.00 | 5/3/2022 | Craig Development, LLC | Check 10305 | Craig Development FCCU | 1711 |
| Jesse Craig | $5,871.25 | 5/12/2022 | Craig Development, LLC | Check 10333 | Craig Development FCCU | 1711 |
| Jesse Craig | $10,000.00 | 5/14/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $10,000.00 | 5/14/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $3,000.00 | 6/6/2022 | Craig Development, LLC | Check 10421 | Craig Development FCCU | 1711 |
| Jesse Craig (FIBT FBO Jesse Craig ILIT | $2,922.61 | 6/15/2022 | Craig Development, LLC | Check 10382 | Craig Development FCCU | 1711 |
| Jesse Craig | $5,871.25 | 6/22/2022 | Craig Development, LLC | Check 10477 | Craig Development FCCU | 1711 |
| Jesse Craig | $220.00 | 6/24/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $2,500.00 | 7/5/2022 | Craig Development, LLC | Check 10524 | Craig Development FCCU | 1711 |
| Jesse Craig | $5,871.25 | 7/6/2022 | Craig Development, LLC | Check 10541 | Craig Development FCCU | 1711 |
| Jesse Craig | $3,000.00 | 8/3/2022 | Craig Development, LLC | Check 10732 | Craig Development FCCU | 1711 |
| Jesse Craig | $5,871.25 | 8/15/2022 | Craig Development, LLC | Check 10771 | Craig Development FCCU | 1711 |
| Jesse Craig | $1,000.00 | 8/15/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $2,500.00 | 9/2/2022 | Craig Development, LLC | Check 10816 | Craig Development FCCU | 1711 |
| Jesse Craig | $5,871.25 | 9/6/2022 | Craig Development, LLC | Check 10877 | Craig Development FCCU | 1711 |
| Jesse Craig | $1,200.00 | 9/14/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig (FIBT FBO Jesse Craig ILIT | $6,682.61 | 9/15/2022 | Craig Development, LLC | Check 10836 | Craig Development FCCU | 1711 |
| Jesse Craig | $8,000.00 | 9/16/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $1,500.00 | 10/4/2022 | Craig Development, LLC | Check 10967 | Craig Development FCCU | 1711 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jesse Craig | $5,871.25 | 10/11/2022 | Craig Development, LLC | Check 10968 | Craig Development FCCU | 1711 |
| Jesse Craig | $400.00 | 10/17/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $405.00 | 10/20/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $1,000.00 | 10/24/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $200.00 | 10/28/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $2,500.00 | 11/2/2022 | Craig Development, LLC | Check 11155 | Craig Development FCCU | 1711 |
| Jesse Craig | $2,000.00 | 11/8/2022 | Craig Development, LLC | Check 11171 | Craig Development FCCU | 1711 |
| Jesse Craig | $400.00 | 11/21/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $1,000.00 | 12/2/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $2,500.00 | 12/5/2022 | Craig Development, LLC | Check 11311 | Craig Development FCCU | 1711 |
| Jesse Craig | $500.00 | 12/13/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig (FIBT FBO Jesse Craig ILIT | $2,922.61 | 12/15/2022 | Craig Development, LLC | Check 11247 | Craig Development FCCU | 1711 |
| Jesse Craig | $5,000.00 | 1/5/2023 | Craig Development, LLC | Check 11446 | Craig Development FCCU | 1711 |
| Jesse Craig | $1,500.00 | 1/27/2023 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $4,000.00 | 2/3/2023 | Craig Development, LLC | Check 11531 | Craig Development FCCU | 1711 |
| Jesse Craig | $750.00 | 2/3/2023 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $490.00 | 2/6/2023 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $3,300.00 | 2/8/2023 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $2,000.00 | 3/3/2023 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jesse Craig | $4,000.00 | 3/6/2023 | Craig Development, LLC | Check 11664 | Craig Development FCCU | 1711 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jesse Craig | $2,000.00 | 1/4/2022 | Craig Properties, LLC | Check 39268 | Craig Properties FCCU | 4695 |
| Jesse Craig (FIBT FBO Jesse Craig ILIT | $2,922.61 | 1/18/2022 | Craig Properties, LLC | Check 39314 | Craig Properties FCCU | 4695 |
| Jesse Craig | $2,000.00 | 2/2/2022 | Craig Properties, LLC | Check 39356 | Craig Properties FCCU | 4695 |
| Jesse Craig | $3,000.00 | 2/8/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |
| Jesse Craig | $3,200.00 | 2/11/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |
| Jesse Craig | $3,000.00 | 2/14/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |
| Jesse Craig | $2,000.00 | 3/4/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |
| Jesse Craig | $4,000.00 | 3/7/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |
| Jesse Craig | $3,000.00 | 3/8/2022 | Craig Properties, LLC | Check 39635 | Craig Properties FCCU | 4695 |
| Jesse Craig | $600.00 | 3/8/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jesse Craig (FIBT FBO Jesse Craig ILIT) | $2,922.61 | 3/16/2022 | Craig Properties, LLC | Check 39595 | Craig Properties FCCU | 4695 |
| Jesse Craig | $10,000.00 | 5/14/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |

| **Total Transfers:** | **$191,513.05** | | From Craig Development: | $ 152,867.83 | From Craig Properties: | $ 38,645.22 |
|---|---|---|---|---|---|---|

```
FP TRANSACTION  03-14-22  12:16:42  MEMBER ▇1711CR               1 1531
            FOR CRAIG DEVELOPMENT, LLC  AS JESSE
WITHDRAWAL        1250.00 ▇1711-▇        SMALL BUSINESS CHECKING
    PREV BAL      50363.64 NEW BAL       49113.64
DISBURSED         1250.00 IN CASH
 BILLS: 50s: 50.00       100s: 1200.00
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

10099

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED FIFTY SIX AND 25/100 DOLLARS

TO THE
ORDER OF                                      03/14/22           $5,856.25\*\*\*

JESSE CRAIG

Business Account

Authorized Signature

1711011⊔ ̈

RRSB FCCU Subpoena 000138


```
FP TRANSACTION  03-23-22  11:03:59  MEMBER ■1711CR                    1 1505
               FOR CRAIG DEVELOPMENT, LLC  AS JESSE R CRAIG
WITHDRAWAL        1000.00 ■1711-■            SMALL BUSINESS CHECKING
    PREV BAL       31877.86 NEW BAL       30877.86
DISBURSED         1000.00 IN CASH
  BILLS: 20s: 200.00    100s: 800.00
```

Member Signature




```
FP TRANSACTION  04-04-22  14:29:21  MEMBER ■1711CR              1 1531
             FOR CRAIG DEVELOPMENT, LLC  AS JESSE R CRAIG
WITHDRAWAL       500.00 ■1711-■         SMALL BUSINESS CHECKING
    PREV BAL      55188.07 NEW BAL      54688.07
DISBURSED         500.00 IN CASH
  BILLS: 50s: 100.00     100s: 400.00
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10181**

77-7869/2913

\*\*\*\*  TWO  THOUSAND  FIVE  HUNDRED  AND  00/100  DOLLARS

TO THE
ORDER OF

JESSE  CRAIG

04/02/22          $2,500.00\*\*\*

Business Account

Authorized Signature

⑈ ⑆ 17110 ⑈



```
FP TRANSACTION  04-08-22  07:32:44  MEMBER ▮1711CR              1 1520
               FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL        300.00 ▮1711-▮          SMALL BUSINESS CHECKING
   PREV BAL     25990.04 NEW BAL       25690.04
DISBURSED         300.00 IN CASH
 BILLS: 100s: 300.00
```

Member Signature





RRSB FCCU Subpoena 007447

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10221**

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

04/10/22        $5,871.25***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈⑈⑈⑈ 17110⑈⑈

RRSB FCCU Subpoena 000236



```
FP TRANSACTION   05-02-22  07:55:00   MEMBER ▉1711CR                    1 1520
                 FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
WITHDRAWAL          10000.00 ▉1711-▉         SMALL BUSINESS CHECKING
   PREV BAL      184818.75 NEW BAL       174818.75
DISBURSED        10000.00 IN CASH
```

Member Signature





RRSB FCCU Subpoena 007460

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10305**

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

04/30/22        $3,000.00***

Business Account

Authorized Signature

⊩7⊩10⊩

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10333**

77-7869/2913

**\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS**

05/10/22        $5,871.25\*\*\*

TO THE
ORDER OF

**JESSE CRAIG**

Business Account

Authorized Signature

ı7ıı0ıı

RRSB FCCU Subpoena 000444



```
FP TRANSACTION  05-14-22  10:51:15  MEMBER █1711CR                1 1520
               FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL          10000.00 █1711-█         SMALL BUSINESS CHECKING
   PREV BAL       491424.33 NEW BAL     481424.33
DISBURSED           10000.00 IN CASH
 BILLS: 100s: 10000.00
```





```
FP TRANSACTION  05-14-22  13:18:15  MEMBER ■1711CR              1 1806
                FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL        10000.00 ■1711-■         SMALL BUSINESS CHECKING
    PREV BAL      481424.33 NEW BAL      471424.33
DISBURSED         10000.00 IN CASH
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10421

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

06/01/22          $3,000.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈7⑈0⑈

RRSB FCCU Subpoena 000604

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10382**

77-7869/2913

**\*\*\*\* TWO THOUSAND NINE HUNDRED TWENTY TWO AND 61/100 DOLLARS**

06/01/22          $2,922.61\*\*\*

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND  58103

Business Account

Authorized Signature

⑈ ⑈ 17110 ⑈⑈

RRSB FCCU Subpoena 000740

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10477**

77-7869/2913

\*\*\*\*  FIVE  THOUSAND  EIGHT  HUNDRED  SEVENTY  ONE  AND  25/100  DOLLARS

TO THE
ORDER OF

06/20/22        $5,871.25\*\*\*

JESSE CRAIG

Business Account

Authorized Signature

l7ll0

RRSB FCCU Subpoena 000808



```
FP TRANSACTION  06-24-22  10:10:22   MEMBER ■1711CR                    1 1520
              FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL         220.00 ■1711-■          SMALL BUSINESS CHECKING
   PREV BAL     323543.23 NEW BAL      323323.23
DISBURSED           220.00 IN CASH
 BILLS: 20s: 20.00       100s: 200.00
```

Member Signature





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10524**

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

06/29/22        $2,500.00***

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 000848

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10541**

77-7869/2913

**\*\*\*\*  FIVE  THOUSAND  EIGHT  HUNDRED  SEVENTY  ONE  AND  25/100  DOLLARS**

TO THE
ORDER OF

JESSE CRAIG

07/05/22        $5,871.25\*\*\*

Business Account

Authorized Signature

RRSB FCCU Subpoena 000870

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10732**

77-7869/2913

**\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS**

08/01/22          $3,000.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account



Authorized Signature

⑈ ⅈ7ⅈⅈ0⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10771**

77-7869/2913

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

08/05/22 $5,871.25\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 001200



```
FP TRANSACTION  08-15-22  12:47:40  MEMBER ▆1711CR              1 1531
                FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL        1000.00 ▆1711-▆        SMALL BUSINESS CHECKING
    PREV BAL      606528.15 NEW BAL      605528.15
DISBURSED         1000.00 IN CASH
 BILLS: 100s: 1000.00
```

Member Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10816

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

08/30/22          $2,500.00***

JESSE CRAIG

Business Account

Authorized Signature

⑆17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10877

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

09/02/22          $5,871.25***

Business Account

Authorized Signature

RRSB FCCU Subpoena 001326



```
FP TRANSACTION  09-14-22  10:30:29  MEMBER ▮1711CR                    1 1520
                 FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL         1200.00 ▮1711-▮         SMALL BUSINESS CHECKING
   PREV BAL     221277.04 NEW BAL      220077.04
DISBURSED          1200.00 IN CASH
 BILLS: 100s: 1200.00
```

Member Signature



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10836**

77-7869/2913

**** SIX THOUSAND SIX HUNDRED EIGHTY TWO AND 61/100 DOLLARS

08/31/22          $6,682.61***

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

RRSB FCCU Subpoena 001448



```
FP TRANSACTION  09-16-22  11:11:36  MEMBER ▮1711CR              1 1520
              FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
WITHDRAWAL          8000.00 ▮1711-▮        SMALL BUSINESS CHECKING
    PREV BAL      190615.25 NEW BAL      182615.25
DISBURSED           8000.00 IN CASH
  BILLS: 100s: 8000.00
```

Member Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10967**

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

10/02/22          $1,500.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10968**

77-7869/2913

**\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS**

10/02/22          $5,871.25\*\*\*

TO THE
ORDER OF

**JESSE CRAIG**

Business Account

Authorized Signature

⑈ 1 7 1 0 ⑈

RRSB FCCU Subpoena 001580


```
FP TRANSACTION  10-17-22  07:52:55   MEMBER ■1711CR               1 1504
              FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL        400.00 ■1711-■         SMALL BUSINESS CHECKING
    PREV BAL      948526.77 NEW BAL      948126.77
DISBURSED         400.00 IN CASH
 BILLS: 100s: 400.00
```

Member Signature





```
FP TRANSACTION  10-20-22  11:44:54  MEMBER ▉1711CR                1 1531
             FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL          405.00 ▉1711-▉         SMALL BUSINESS CHECKING
   PREV BAL      577351.82 NEW BAL      576946.82
DISBURSED           405.00 IN CASH
 BILLS: 5s: 5.00        20s: 100.00     50s: 100.00     100s: 200.00
```

Member Signature



```
FP TRANSACTION  10-24-22  08:13:04   MEMBER ■1711CR              1 1531
               FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL          1000.00 ■1711-■        SMALL BUSINESS CHECKING
   PREV BAL       333716.89 NEW BAL      332716.89
DISBURSED           1000.00 IN CASH
 BILLS: 100s: 1000.00
```

Member Signature





```
FP TRANSACTION  10-28-22  07:55:01   MEMBER █1711CR              1 1504
                FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL          200.00 █1711-█         SMALL BUSINESS CHECKING
    PREV BAL     256166.16 NEW BAL      255966.16
DISBURSED           200.00 IN CASH
 BILLS: 100s: 200.00
```

Member Signature



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11155**

\*\*\*\* TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

11/01/22          $2,500.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈⑈⑈⑈⑈ 1 7 1 10 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11171**

77-7869/2913

\*\*\*\* TWO THOUSAND AND 00/100 DOLLARS

11/07/22        $2,000.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈ ⑆ 1 7 1 1 0 ⑈



```
FP TRANSACTION  11-21-22  08:02:45  MEMBER ▪1711CR              1 1520
                FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL        400.00 ▪1711-▪          SMALL BUSINESS CHECKING
   PREV BAL     604620.15 NEW BAL       604220.15
DISBURSED         400.00 IN CASH
  BILLS: 100s: 400.00
```

Member Signature





RRSB FCCU Subpoena 007612



```
FP TRANSACTION  12-02-22  07:55:59  MEMBER ▪1711CR              1 1520
               FOR CRAIG DEVELOPMENT  AS jesse
WITHDRAWAL        1000.00 ▪1711-▪         SMALL BUSINESS CHECKING
   PREV BAL      73139.34 NEW BAL       72139.34
DISBURSED         1000.00 IN CASH
 BILLS: 100s: 1000.00
```

Member Signature





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11311**

77-7869/2913

**\*\*\*\* TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

12/01/22          $2,500.00\*\*\*

TO THE
ORDER OF

**JESSE CRAIG**

Business Account

_Authorized Signature_

⑈ ▇▇▇▇▇▇▇▇▇▇▇▇ ⑈7⑈⑈0⑈⑈

RRSB FCCU Subpoena 002048



```
FP TRANSACTION  12-13-22  08:11:55  MEMBER ▪1711CR               1 1516
                 FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
WITHDRAWAL        500.00 ▪1711-▪           SMALL BUSINESS CHECKING
    PREV BAL      633005.89 NEW BAL       632505.89
DISBURSED         500.00 IN CASH
```



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11247**

77-7869/2913

**\* \* \* \*  TWO THOUSAND NINE HUNDRED TWENTY TWO AND 61/100 DOLLARS**

12/01/22          $2,922.61\*\*\*

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

⑈ 17 11 0⑈

RRSB FCCU Subpoena 002194

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**11446**

**\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS**

01/02/23        $5,000.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

RRSB FCCU Subpoena 002320


```
FP TRANSACTION  01-27-23  08:19:05  MEMBER ▊1711CR                1 1505
             FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL         1500.00 ▊1711-▊▊        SMALL BUSINESS CHECKING
    PREV BAL      354617.69 NEW BAL       353117.69
DISBURSED          1500.00 IN CASH
 BILLS: 100s: 1500.00
```





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11531**

77-7869/2913

\*\*\*\* FOUR THOUSAND AND 00/100 DOLLARS

1612

02/01/23

$4,000.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

17110



```
FP TRANSACTION  02-03-23  15:58:11  MEMBER ▮1711CR                 1 1505
               FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL       750.00 ▮1711-▮▮         SMALL BUSINESS CHECKING
   PREV BAL      236574.51 NEW BAL      235824.51
DISBURSED          750.00 IN CASH
 BILLS: 50s: 50.00        100s: 700.00
```





```
FP TRANSACTION  02-06-23  11:59:31  MEMBER ■1711CR               1 1502
              FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
RECEIVED               90.00 IN 1 CHECK
   90.00
   REF: ■1711
WITHDRAWAL            400.00 ■1711-■        SMALL BUSINESS CHECKING
    PREV BAL      225737.18 NEW BAL        225337.18
DISBURSED            490.00 IN CASH
  BILLS: 20s: 40.00       50s: 50.00       100s: 400.00
```

Member Signature






```
FP TRANSACTION  02-08-23  17:46:33  MEMBER ▪1711CR               1 1505
               FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL        3300.00 ▪1711-▪       SMALL BUSINESS CHECKING
   PREV BAL     205065.02 NEW BAL      201765.02
DISBURSED         3300.00 IN CASH
 BILLS: 100s: 3300.00
```




```
FP TRANSACTION  03-03-23  07:43:14  MEMBER ▇1711CR              1 1502
               FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
WITHDRAWAL          2000.00 ▇1711-▇        SMALL BUSINESS CHECKING
    PREV BAL       239553.70 NEW BAL      237553.70
DISBURSED          2000.00 IN CASH
  BILLS: 50s: 400.00     100s: 1600.00
```

Member Signature





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11664**

\*\*\*\* FOUR THOUSAND AND 00/100 DOLLARS

03/01/23          $4,000.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈⑆ 17110⑈⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39268

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

01/02/22          $2,000.00***

TO THE
ORDER OF        JESSE CRAIG

Business Account

_____
Authorized Signature

⑈039268⑈ ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 014831

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39314

77-7869/2913

\*\*\*\* TWO  THOUSAND  NINE  HUNDRED  TWENTY  TWO  AND  61/100  DOLLARS

TO THE
ORDER OF

01/12/22          $2,922.61\*\*\*

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND   58103

Business Account

Authorized Signature

⑈039314⑈  ⑆ ▉▉▉▉ ⑆  ▉▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 015019

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39356

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

01/26/22          $2,000.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈039356⑈  ⑆                ⑆          4695⑈

RRSB FCCU Subpoena 015115


```
FP TRANSACTION  02-08-22  10:44:13  MEMBER ■4695CR              1 1531
              FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL         3000.00 ■4695-■         BUSINESS REWARDS
   PREV BAL      491654.74 NEW BAL      488654.74
DISBURSED         3000.00 IN CASH
 BILLS: 100s: 3000.00
```





```
FP TRANSACTION  02-11-22  16:19:52  MEMBER ▮4695CR                    1 1518
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL       3200.00 ▮4695-▮          BUSINESS REWARDS
   PREV BAL   361991.16 NEW BAL       358791.16
DISBURSED        3200.00 IN CASH
 BILLS: 100s: 3200.00
```

Member Signature





RRSB FCCU Subpoena 020153



```
FP TRANSACTION  02-14-22  11:21:00  MEMBER ▮4695CR              1 1531
              FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL        3000.00 ▮4695-▮           BUSINESS REWARDS
   PREV BAL      393215.37 NEW BAL        390215.37
DISBURSED         3000.00 IN CASH
 BILLS: 100s: 3000.00
```




```
FP TRANSACTION  03-04-22  07:43:05  MEMBER ▆4695CR                    1 1531
                FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL           2000.00 ▆4695-▆▆▆      BUSINESS REWARDS
    PREV BAL        79696.37 NEW BAL        77696.37
DISBURSED            2000.00 IN CASH
  BILLS: 20s: 300.00      100s: 1700.00
```





```
FP TRANSACTION  03-07-22  07:50:02  MEMBER ▉4695CR                1 1520
             FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL      4000.00 ▉4695-▉           BUSINESS REWARDS
   PREV BAL    67772.11 NEW BAL       63772.11
DISBURSED       4000.00 IN CASH
```

Member Signature





RRSB FCCU Subpoena 020176

RRSB FCCU Subpoena 015467

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39635

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

03/03/22                    $3,000.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈039635⑈ ⑆▉▉▉▉▉⑈ ▉▉▉▉4695⑈



```
FP TRANSACTION  03-08-22  11:07:31  MEMBER ▮4695CR                    1 1517
              FOR CRAIG PROPERTIES LLC  AS jesse
WITHDRAWAL          600.00 ▮4695-▮           BUSINESS REWARDS
   PREV BAL      67707.59 NEW BAL       67107.59
DISBURSED           600.00 IN CASH
 BILLS: 100s: 600.00
```

Member Signature





RRSB FCCU Subpoena 020180

RRSB FCCU Subpoena 015659

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39595

77-7869/2913

**** TWO THOUSAND NINE HUNDRED TWENTY TWO AND 61/100 DOLLARS

03/02/22          $2,922.61***

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND   58103

Business Account

_____
Authorized Signature

⑆039595⑆ ⑈ ██████ ⑉ ██████4695█⑈


```
FP TRANSACTION  05-14-22  13:14:18  MEMBER ▮4695CR                1 1806
               FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL        10000.00 ▮4695-▮▮         BUSINESS REWARDS
    PREV BAL      133342.31 NEW BAL       123342.31
DISBURSED         10000.00 IN CASH
```

RRSB FCCU Subpoena 020255

# <u>Exhibit C</u>

# Summary Table of Transfers from FCCU Craig Accounts to Mulinda Craig

# Financial Records:
## FCCU Craig Development Account Checks
## FCCU Craig Properties Account Checks

| Transfers to Mulinda "Mindy" Craig | | | | | | |
|---|---|---|---|---|---|---|
| **Transferee** | **Amount to Transferee** | **Date of Transfer** | **Transferring Entity** | **Transfer Type** | **Bank Account Transferred From** | **Account No.** |
| Mindy Craig | $1,420.00 | 4/11/2022 | Craig Development, LLC | Check 10113 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,203.07 | 4/14/2022 | Craig Development, LLC | Check 10155 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 5/12/2022 | Craig Development, LLC | Check 10287 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 6/9/2022 | Craig Development, LLC | Check 10403 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 7/11/2022 | Craig Development, LLC | Check 10509 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 8/9/2022 | Craig Development, LLC | Check 10739 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,553.83 | 9/20/2022 | Craig Development, LLC | Check 10849 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,553.83 | 10/13/2022 | Craig Development, LLC | Check 10972 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 11/22/2022 | Craig Development, LLC | Check 11123 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 1/6/2023 | Craig Development, LLC | Check 11290 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,553.83 | 1/12/2023 | Craig Development, LLC | Check 11422 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 2/17/2023 | Craig Development, LLC | Check 11540 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 3/15/2023 | Craig Development, LLC | Check 11670 | Craig Development FCCU | 1711 |
| Mindy Craig | $6,533.83 | 4/18/2023 | Craig Development, LLC | Check 11808 | Craig Development FCCU | 1711 |
| | | | | | | |
| Mindy Craig | $1,898.89 | 1/12/2022 | Craig Properties, LLC | Check 39266 | Craig Properties FCCU | 4695 |
| Mindy Craig | $6,203.07 | 1/12/2022 | Craig Properties, LLC | Check 39230 | Craig Properties FCCU | 4695 |
| Mindy Craig | $6,203.07 | 2/3/2022 | Craig Properties, LLC | Check 39382 | Craig Properties FCCU | 4695 |
| Mindy Craig | $6,203.07 | 3/14/2022 | Craig Properties, LLC | Check 39602 | Craig Properties FCCU | 4695 |
| **Total Transfe $** | **106,597.13** | | From Craig Development: $ | 86,089.03 | From Craig Properties: | $ 20,508.10 |



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10113

77-7869/2913

**** ONE THOUSAND FOUR HUNDRED TWENTY AND 00/100 DOLLARS

03/23/22          $1,420.00***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

RRSB FCCU Subpoena 000184

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10155

77-7869/2913

**** SIX THOUSAND TWO HUNDRED THREE AND 07/100 DOLLARS

04/01/22        $6,203.07***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Car + 373

RRSB FCCU Subpoena 000294

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**10287**

**\*\*\*\* SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS**

04/30/22          $6,533.83\*\*\*

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

⑆ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ 17110⑆

RRSB FCCU Subpoena 000436



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

10403

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

06/01/22                $6,533.83***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10509**

77-7869/2913

**\*\*\*\* SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS**

06/29/22          $6,533.83\*\*\*

TO THE
ORDER OF

**MINDY CRAIG**

Business Account

Authorized Signature

Car pymts +37314

⑈ ⑆17110⑈



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10739**

77-7869/2913

**\*\*\*\* SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS**

TO THE
ORDER OF

08/01/22          $6,533.83\*\*\*

**MINDY CRAIG**

Business Account

Authorized Signature

Cor5t 373

17110

RRSB FCCU Subpoena 001140



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

10849

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

08/31/22        $6,533.83***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Cas

17110

RRSB FCCU Subpoena 001472



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

10972

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

10/02/22          $6,533.83***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

RRSB FCCU Subpoena 001618



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

11123

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

11/01/22          $6,533.83***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Car Payments

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11290**

77-7869/2913

**\*\*\*\* SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS**

TO THE
ORDER OF

12/01/22          $6,533.83\*\*\*

**MINDY CRAIG**

Business Account

December
Car payments

Authorized Signature

RRSB FCCU Subpoena 002336



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11422

77-7869/2913

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

TO THE ORDER OF   MINDY CRAIG

01/01/23        $6,533.83***

Business Account

Authorized Signature

Jan Car payments

RRSB FCCU Subpoena 002360



PLEASE TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

11540

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

02/01/23          $6,533.83***

TO THE
ORDER OF     MINDY CRAIG

Business Account

Authorized Signature

Feb Car pymts

⑆ ⑈17110⑈

RRSB FCCU Subpoena 002578



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11670

77-7869/2913

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

TO THE
ORDER OF

MINDY CRAIG

03/01/23          $6,533.83***

Business Account

Authorized Signature



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11808

77-7869/2913

**** SIX THOUSAND FIVE HUNDRED THIRTY THREE AND 83/100 DOLLARS

TO THE
ORDER OF

MINDY CRAIG

03/31/23        $6,533.83***

Business Account

Authorized Signature

Car pymts (April)

⑈⑈ 17110⑈⑈

RRSB FCCU Subpoena 003008



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

39266

**** ONE THOUSAND EIGHT HUNDRED NINETY EIGHT AND 89/100 DOLLARS

01/02/22          $1,898.89***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

373

⑈039266⑈ ⑆ ▮▮▮▮ ⑆ ▮▮▮▮4695⑈

RRSB FCCU Subpoena 014973



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39230

77-7869/2913

**** SIX THOUSAND TWO HUNDRED THREE AND 07/100 DOLLARS

TO THE
ORDER OF

MINDY CRAIG

12/30/21          $6,203.07***

Business Account

Authorized Signature

⑈039230⑈ ⑆ ▉▉▉▉ ⑆ ▉▉▉4695▉ ⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39382

77-7869/2913

**** SIX THOUSAND TWO HUNDRED THREE AND 07/100 DOLLARS

01/27/22          $6,203.07***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Feb 22
Car + 373

⑃039382⑃ ⑈▮▮▮▮▮⑈ ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015121

RRSB FCCU Subpoena 015529



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39602

**** SIX THOUSAND TWO HUNDRED THREE AND 07/100 DOLLARS

03/02/22          $6,203.07***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Cars + 373

⑆039602⑆  ⑈ ▮▮▮▮▮▮ ⑉  ▮▮▮▮▮▮4695▮⑆

# Exhibit D

# Summary Table of Transfers from FCCU Craig Accounts to Jordan Horner

# Financial Records:
**FCCU Craig Development Account Checks and Transaction Receipts**
**FCCU Craig Properties Account Checks and Transaction Receipts**

## Transfers to Jordan Horner

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Jordan Horner | $5,500.00 | 4/14/2022 | Craig Development, LLC | Check 10224 | Craig Development FCCU | 1711 |
| Jordan Horner | $250.00 | 4/19/2022 | Craig Development, LLC | Check 10226 | Craig Development FCCU | 1711 |
| Jordan Horner | $350.00 | 4/28/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $350.00 | 5/11/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $150.00 | 5/13/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $4,000.00 | 5/18/2022 | Craig Development, LLC | Check 10351 | Craig Development FCCU | 1711 |
| Jordan Horner | $450.00 | 5/20/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $3,000.00 | 5/23/2022 | Craig Development, LLC | Transfer per Jordan: Phone/Email | Craig Development FCCU | 1711 |
| Jordan Horner | $1,000.00 | 5/25/2022 | Craig Development, LLC | Transfer per Jordan via Email | Craig Development FCCU | 1711 |
| Jordan Horner | $1,150.00 | 5/26/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $320.00 | 6/3/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $350.00 | 6/7/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $712.00 | 6/9/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $1,500.00 | 7/18/2022 | Craig Development, LLC | Transfer per Jordan via Email | Craig Development FCCU | 1711 |
| Jordan Horner | $912.83 | 8/2/2022 | Craig Development, LLC | Check 10601 | Craig Development FCCU | 1711 |
| Jordan Horner | $350.00 | 8/5/2022 | Craig Development, LLC | Cash Withdrawal | Craig Development FCCU | 1711 |
| Jordan Horner | $4,293.79 | 8/16/2022 | Craig Development, LLC | Check 10790 | Craig Development FCCU | 1711 |
| Jordan Horner | $8,000.00 | 8/30/2022 | Craig Development, LLC | Check 10813 | Craig Development FCCU | 1711 |
| Jordan Horner | $6,127.41 | 9/2/2022 | Craig Development, LLC | Check 10874 | Craig Development FCCU | 1711 |
| Jordan Horner | $4,250.00 | 9/16/2022 | Craig Development, LLC | Check 10922 | Craig Development FCCU | 1711 |
| Jordan Horner | $6,665.70 | 10/17/2022 | Craig Development, LLC | Check 11051 | Craig Development FCCU | 1711 |
| Jordan Horner | $1,000.00 | 11/14/2022 | Craig Development, LLC | Check 11207 | Craig Development FCCU | 1711 |
| Jordan Horner | $3,432.00 | 12/9/2022 | Craig Development, LLC | Check 11317 | Craig Development FCCU | 1711 |
| Jordan Horner | $4,250.00 | 12/28/2022 | Craig Development, LLC | Check 11387 | Craig Development FCCU | 1711 |
| Jordan Horner | $4,317.96 | 1/17/2023 | Craig Development, LLC | Check 11485 | Craig Development FCCU | 1711 |
| Jordan Horner | $4,485.33 | 2/3/2023 | Craig Development, LLC | Check 11564 | Craig Development FCCU | 1711 |
| Jordan Horner | $4,250.00 | 3/17/2023 | Craig Development, LLC | Check 11729 | Craig Development FCCU | 1711 |
| Jordan Horner | $2,000.00 | 2/18/2022 | Craig Properties, LLC | Check 39527 | Craig Properties FCCU | 4695 |
| Jordan Horner | $1,400.00 | 2/18/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |
| Jordan Horner | $3,500.00 | 3/1/2022 | Craig Properties, LLC | Cash Withdrawal | Craig Properties FCCU | 4695 |

| Jordan Horner | $3,500.00 | 3/8/2022 | Craig Properties, LLC | Check 39651 | Craig Properties FCCU | 4695 |
| Jordan Horner | $7,392.85 | 4/1/2022 | Craig Properties, LLC | Check 39712 | Craig Properties FCCU | 4695 |
| Jordan Horner | $1,100.00 | 5/5/2022 | Craig Properties, LLC | Check 39772 | Craig Properties FCCU | 4695 |
| Jordan Horner | $3,300.00 | 5/18/2022 | Craig Properties, LLC | Check 39789 | Craig Properties FCCU | 4695 |
| Jordan Horner | $6,788.88 | 6/2/2022 | Craig Properties, LLC | Check 39819 | Craig Properties FCCU | 4695 |
| Jordan Horner | $4,563.56 | 6/16/2022 | Craig Properties, LLC | Check 39838 | Craig Properties FCCU | 4695 |
| Jordan Horner | $1,500.00 | 6/21/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties FCCU | 4695 |
| Jordan Horner | $3,500.00 | 6/27/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties FCCU | 4695 |
| Jordan Horner | $4,669.25 | 7/5/2022 | Craig Properties, LLC | Check 39869 | Craig Properties FCCU | 4695 |
| Jordan Horner | $4,250.00 | 7/18/2022 | Craig Properties, LLC | Check 39899 | Craig Properties FCCU | 4695 |
| Jordan Horner | $4,282.00 | 8/2/2022 | Craig Properties, LLC | Check 39918 | Craig Properties FCCU | 4695 |
| Jordan Horner | $1,500.00 | 8/4/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties FCCU | 4695 |

| Total Transfer $ | 124,663.56 | From Craig Development: $ | 71,417.02 | From Craig Properties: | $ 53,246.54 |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo. ND  58103

10224

77-7869/2913

**** FIVE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

04/13/22          $5,500.00***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

1711 0

RRSB FCCU Subpoena 000292

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10226**

77-7869/2913

**** TWO HUNDRED FIFTY AND 00/100 DOLLARS

04/18/22          $250.00*****

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

1 7 1 1 0

RRSB FCCU Subpoena 000340


```
FP TRANSACTION  04-28-22  09:09:09   MEMBER █1711CR                1 1710
                FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
WITHDRAWAL          350.00 █1711-█           SMALL BUSINESS CHECKING
    PREV BAL      228298.36 NEW BAL       227948.36
DISBURSED           350.00 IN CASH
```

Member Signature






```
FP TRANSACTION  05-11-22  13:52:25  MEMBER ■1711CR                1 1715
                FOR CRAIG DEVELOPMENT  AS jordan craig
WITHDRAWAL          350.00 ■1711-■          SMALL BUSINESS CHECKING
   PREV BAL      598149.56 NEW BAL      597799.56
DISBURSED          350.00 IN CASH
 BILLS: 50s: 350.00
```



RRSB FCCU Subpoena 007465


```
FP TRANSACTION  05-13-22  09:29:54   MEMBER ■1711CR              1 1710
               FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
WITHDRAWAL        150.00 ■1711-■         SMALL BUSINESS CHECKING
    PREV BAL      546024.18 NEW BAL      545874.18
DISBURSED         150.00 IN CASH
 BILLS: 50s: 150.00
```

Member Signature



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10351**

77-7869/2913

**** FOUR THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

05/18/22          $4,000.00***

Business Account

Authorized Signature

⑈ 17110⑈



```
FP TRANSACTION  05-20-22  09:34:54  MEMBER ▆1711CR             1 1710
              FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
WITHDRAWAL        450.00 ▆1711-▆         SMALL BUSINESS CHECKING
    PREV BAL     121316.14 NEW BAL      120866.14
DISBURSED         450.00 IN CASH
```

Member Signature





```
FP TRANSACTION  05-23-22  12:00:06  MEMBER ▌1711CR                     1 1710
                FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
DEPOSIT OF       3000.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    PER EMAIL/PHONE REQUEST - JORDAN
DEPOSIT OF       3000.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER EMAIL/PHONE REQUEST - JORDAN
WITHDRAWAL       6000.00 ▌1711-▌         SMALL BUSINESS CHECKING
    PREV BAL      117445.14 NEW BAL       111445.14
    PER EMAIL/PHONE REQUEST - JORDAN
```

Member Signature



```
FP TRANSACTION  05-25-22  09:59:57  MEMBER ▉1711CR                    1 1520
              FOR CRAIG DEVELOPMENT  AS JORDAN
DEPOSIT OF         1000.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    PER JORDAN VIA EMAIL
DEPOSIT OF         1000.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER JORDAN VIA EMAIL
WITHDRAWAL         2000.00 ▉1711-▉        SMALL BUSINESS CHECKING
    PREV BAL       89962.59 NEW BAL       87962.59
    PER JORDAN VIA EMAIL
```

Member Signature



```
FP TRANSACTION  05-26-22  15:22:21   MEMBER ▇1711CR              1 1715
             FOR CRAIG DEVELOPMENT  AS jordan
WITHDRAWAL        1150.00 ▇1711-▇          SMALL BUSINESS CHECKING
   PREV BAL       87211.71 NEW BAL       86061.71
DISBURSED          1150.00 IN CASH
```





```
FP TRANSACTION  06-03-22  07:31:52  MEMBER ■1711CR              1 1710
              FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
WITHDRAWAL        320.00 ■1711-■          SMALL BUSINESS CHECKING
   PREV BAL      59844.62 NEW BAL        59524.62
DISBURSED          320.00 IN CASH
```

Member Signature





RRSB FCCU Subpoena 007477



```
FP TRANSACTION   06-07-22   16:10:09   MEMBER ▮1711CR              1 1715
              FOR CRAIG DEVELOPMENT  AS jordan
WITHDRAWAL          350.00 ▮1711-▮          SMALL BUSINESS CHECKING
   PREV BAL       163330.33 NEW BAL       162980.33
DISBURSED           350.00 IN CASH
 BILLS: 10s: 10.00      20s: 340.00
```




```
FP TRANSACTION  06-09-22  16:51:28  MEMBER ■1711CR                 1 1715
              FOR CRAIG DEVELOPMENT  AS jordan
WITHDRAWAL          712.00 ■1711-■          SMALL BUSINESS CHECKING
   PREV BAL      97958.52 NEW BAL      97246.52
DISBURSED          712.00 IN CASH
```





```
FP TRANSACTION  07-18-22  08:20:47   MEMBER ■1711CR                    1 1520
              FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
XFER-WTH            1500.00 ■1711-■        SMALL BUSINESS CHECKING
   PREV BAL        92332.33 NEW BAL        90832.33
   PER JORDAN VIA EMAIL
XFER-DEP            1500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
   PER JORDAN VIA EMAIL
```

Member Signature

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10601**

77-7869/2913

**** NINE HUNDRED TWELVE AND 83/100 DOLLARS

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND 58078

03/01/22            $912.83*****

Business Account

_____
Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001034



```
FP TRANSACTION  08-05-22  09:14:58  MEMBER ▆1711CR              1 1710
              FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
WITHDRAWAL       350.00 ▆1711-▆           SMALL BUSINESS CHECKING
   PREV BAL      435649.28 NEW BAL      435299.28
DISBURSED            350.00 IN CASH
```

Member Signature





TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURE

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**10790**

\*\*\*\* FOUR THOUSAND TWO HUNDRED NINETY THREE AND 79/100 DOLLARS

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

08/15/22        $4,293.79\*\*\*

Business Account

Authorized Signature

17110



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

10813

**** EIGHT THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

08/29/22          $8,000.00***

Business Account

Authorized Signature

RRSB FCCU Subpoena 001286

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PC Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10874**

77-7869/2913

**** SIX THOUSAND ONE HUNDRED TWENTY SEVEN AND 41/100 DOLLARS

09/01/22        $6,127.41***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑈ ⑈ ⑈ ⑈ ⑈ ⑈ 1 7 1 1 0 ⑈

RRSB FCCU Subpoena 001296

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10922**

77-7869/2913

**** FOUR THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS

09/15/22          $4,250.00***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001454

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE IT SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11051**

77-7869/2913

\*\*\*\* SIX THOUSAND SIX HUNDRED SIXTY FIVE AND 70/100 DOLLARS

10/14/22          $6,665.70\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND     58078

Business Account

_____
Authorized Signature

⑆ 1 ? 1 1 0 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11207**

77-7869/2913

**\*\*\*\* ONE THOUSAND AND 00/100 DOLLARS**

11/09/22          $1,000.00\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND 58078

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001834

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11317**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED THIRTY TWO AND 00/100 DOLLARS**

12/02/22          $3,432.00\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑆ ⑈17110⑈

RRSB FCCU Subpoena 002076

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11387

77-7869/2913

\*\*\*\* FOUR THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

12/27/22        $4,250.00\*\*\*

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

_____
Authorized Signature

⑈117110⑈

RRSB FCCU Subpoena 002292

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11485**

77-7869/2913

\*\*\*\* FOUR THOUSAND THREE HUNDRED SEVENTEEN AND 96/100 DOLLARS

01/11/23          $4,317.96\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND     58078

Business Account

_Jordan Horner_

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈ 7 110⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11564**

77-7869/2913

**** FOUR THOUSAND FOUR HUNDRED EIGHTY FIVE AND 33/100 DOLLARS

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

02/01/23          $4,485.33***

Business Account

_____
Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002512

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURE

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11729**

77-7869/2913

\*\*\*\* FOUR THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

03/15/23        $4,250.00\*\*\*

Business Account

Authorized Signature

1 7 1 10

RRSB FCCU Subpoena 002756



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39527

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

02/18/22          $2,000.00***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑈039527⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 015331


```
FP TRANSACTION  02-18-22  10:01:38  MEMBER ■4695CR                 1 1718
                FOR CRAIG PROPERTIES LLC  AS JORDAN A HORNER
WITHDRAWAL       1400.00 ■4695-■             BUSINESS REWARDS
   PREV BAL      137614.83 NEW BAL      136214.83
DISBURSED        1400.00 IN CASH
 BILLS: 100s: 1400.00
```



```
FP TRANSACTION  03-01-22  07:33:48  MEMBER ▮4695CR                    1 1805
              FOR CRAIG PROPERTIES LLC  AS JORDAN H.
WITHDRAWAL        3500.00 ▮4695-▮        BUSINESS REWARDS
   PREV BAL     208204.50 NEW BAL       204704.50
DISBURSED         3500.00 IN CASH
 BILLS: 50s: 1800.00   100s: 1700.00
```

Member Signature





RRSB FCCU Subpoena 020170

RRSB FCCU Subpoena 015437


TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39651

77-7869/2913

**** THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

03/08/22          $3,500.00***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑆039651⑆  ⑈                ⑇        4695 ⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39712

77-7869/2913

**** SEVEN THOUSAND THREE HUNDRED NINETY TWO AND 85/100 DOLLARS

04/01/22          $7,392.85***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑈039712⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015769



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39772

**** ONE THOUSAND ONE HUNDRED AND 00/100 DOLLARS

05/05/22          $1,100.00***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑆039772⑆ ⑈ ▉▉ ⑈ ▉▉ 4695⑈

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**39789**

**\*\*\*\* THREE THOUSAND THREE HUNDRED AND CO/100 DOLLARS**

05/17/22          $3,300.00\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND   58078

Business Account

Authorized Signature

⑈039789⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015967

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39819

77-7869/2913

**** SIX THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 88/100 DOLLARS

TO THE
ORDER OF

06/01/22          $6,788.88***

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑈039819⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮ 4695 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39838

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY THREE AND 56/100 DOLLARS

06/14/22          $4,563.56\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND     58078

Business Account

Authorized Signature

⑈039838⑈  ⑆ ⑆    4695⑈

RRSB FCCU Subpoena 016075



```
FP TRANSACTION  06-21-22  10:45:45  MEMBER ▮4695CR              1 1520
              FOR CRAIG PROPERTIES LLC  AS JORDAN A HORNER
XFER-WTH          1500.00 ▮4695-▮        BUSINESS REWARDS
   PREV BAL       64032.77 NEW BAL       62532.77
   PER JORDAN VIA EMAIL
XFER-DEP          1500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
   PER JORDAN VIA EMAIL
```

Member Signature


```
FP TRANSACTION  06-27-22  08:18:43  MEMBER ■4695CR                1 1520
            FOR CRAIG PROPERTIES LLC  AS JORDAN A HORNER
DEPOSIT OF        3500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
DEPOSIT OF        3500.00 SYDNEY CRAIG-2 REWARD CHECKING
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
WITHDRAWAL        7000.00 ■4695-■         BUSINESS REWARDS
    PREV BAL      61715.55 NEW BAL        54715.55
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
```

Member Signature

```
┌─────────────────────────────────────┐
│                                     │
│                                     │
│                                     │
│                                     │
└─────────────────────────────────────┘
```

RRSB FCCU Subpoena 020288

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39869

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED SIXTY NINE AND 25/100 DOLLARS

07/01/22          $4,669.25***

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑈039869⑈  ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 016101



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo. ND 58103

39899

77-7869/2913

**** FOUR THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

07/15/22          $4,250.00***

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑆039899⑆  ⑈          ⑈          4695          ⑆

RRSB FCCU Subpoena 016183

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39918

77-7869/2913

**\*\*\*\* FOUR THOUSAND TWO HUNDRED EIGHTY TWO AND 00/100 DOLLARS**

08/01/22          $4,282.00\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

Authorized Signature

⑈039918⑈  ⑆              ⑆              4695⑈⑈

RRSB FCCU Subpoena 016215



```
FP TRANSACTION  08-04-22  08:39:08  MEMBER █4695CR                  1 1520
              FOR CRAIG PROPERTIES LLC  AS JORDAN HORNER
DEPOSIT OF         1500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    PER JORDAN VIA EMAIL
DEPOSIT OF         1500.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER JORDAN VIA EMAIL
WITHDRAWAL         3000.00 █4695-█        BUSINESS REWARDS
    PREV BAL      115652.46 NEW BAL       112652.46
    PER JORDAN VIA EMAIL
```

Member Signature

┌─────────────────────────────────────┐
│                                     │
│                                     │
│                                     │
│                                     │
└─────────────────────────────────────┘

# Exhibit E

# Summary Table of Transfers from FCCU Craig Accounts to Sydney Craig

# Financial Records:

**FCCU Craig Development Account Transaction Receipts**

**FCCU Craig Properties Account Transaction Receipts**

| Transfers to Sydney Craig | | | | | | |
|---|---|---|---|---|---|---|
| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
| Sydney Craig | $2,000.00 | 3/15/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $250.00 | 4/18/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $250.00 | 5/2/2022 | Craig Development, LLC | Transfer per Email | Craig Development FCCU | 1711 |
| Sydney Craig | $4,000.00 | 5/18/2022 | Craig Development, LLC | Transfer per Jordan via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $3,000.00 | 5/23/2022 | Craig Development, LLC | Transfer per Jordan: Email/Phone | Craig Development FCCU | 1711 |
| Sydney Craig | $1,000.00 | 5/25/2022 | Craig Development, LLC | Transfer per Jordan via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $3,500.00 | 6/27/2022 | Craig Development, LLC | Transfer per Jordan via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $1,500.00 | 7/18/2022 | Craig Development, LLC | Transfer per Jordan via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $1,500.00 | 8/4/2022 | Craig Development, LLC | Transfer per Jordan via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $1,000.00 | 8/8/2022 | Craig Development, LLC | Transfer per Jesse | Craig Development FCCU | 1711 |
| Sydney Craig | $500.00 | 8/19/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Tanner Boyanovsky (married to Sydney Craig) | $2,500.00 | 8/19/2022 | Craig Development, LLC | Check 10792 | Craig Development FCCU | 1711 |
| Sydney Craig | $530.00 | 8/29/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $1,200.00 | 9/1/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $12,800.00 | 9/6/2022 | Craig Development, LLC | Transfer per Jesse via Email: Tuition and Carpet | Craig Development FCCU | 1711 |
| Sydney Craig | $1,500.00 | 9/30/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $500.00 | 10/5/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $700.00 | 10/11/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $1,500.00 | 10/31/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $1,500.00 | 11/17/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $500.00 | 12/2/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $200.00 | 12/5/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $750.00 | 12/13/2022 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $2,400.00 | 1/2/2023 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $250.00 | 1/13/2023 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $2,210.00 | 4/24/2023 | Craig Development, LLC | Transfer per Jesse via Email | Craig Development FCCU | 1711 |
| Sydney Craig | $3,000.00 | 1/5/2022 | Craig Properties, LLC | Transfer per Jesse: for Tuition | Craig Properties FCCU | 4695 |
| Sydney Craig | $1,500.00 | 1/26/2022 | Craig Properties, LLC | Transfer per Jesse via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $12,500.00 | 2/1/2022 | Craig Properties, LLC | Transfer per Jesse via Email | Craig Properties FCCU | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sydney Craig | $1,200.00 | 2/15/2022 | Craig Properties, LLC | Transfer per Jesse via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $2,000.00 | 2/18/2022 | Craig Properties, LLC | Transfer per Jesse via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $3,500.00 | 2/28/2022 | Craig Properties, LLC | Transfer per Jesse via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $800.00 | 5/4/2022 | Craig Properties, LLC | Transfer per Jesse via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $300.00 | 5/4/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $1,500.00 | 6/21/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $3,500.00 | 6/27/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties FCCU | 4695 |
| Sydney Craig | $1,500.00 | 8/4/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties FCCU | 4695 |

| Total Transfers: | $78,840.00 | | From Craig Development: | $47,540.00 | From Craig Properties: | $31,300.00 |
|---|---|---|---|---|---|---|


```
FP TRANSACTION  03-15-22  08:15:59  MEMBER ▉1711CR                 1 1520
              FOR CRAIG DEVELOPMENT, LLC  AS JESSE CRAIG
XFER-WTH          2000.00 ▉1711-▉        SMALL BUSINESS CHECKING
   PREV BAL       49113.64 NEW BAL      47113.64
   PER JESSE VIA EMAIL
XFER-DEP          2000.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  04-18-22  11:32:18  MEMBER ■1711CR                1 1505
              FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
XFER-WTH          250.00 ■1711-■          SMALL BUSINESS CHECKING
    PREV BAL      449693.01 NEW BAL      449443.01
    TRANSFER PER JESSE VIA EMAIL
XFER-DEP          250.00 SYDNEY CRAIG-2 REWARD CHECKING
    TRANSFER PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  05-02-22  14:13:24  MEMBER ▮1711CR                1 1520
               FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
XFER-WTH          250.00 ▮1711-▮           SMALL BUSINESS CHECKING
   PREV BAL      174818.75 NEW BAL       174568.75
   PER EMAIL
XFER-DEP          250.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER EMAIL
```

Member Signature



```
FP TRANSACTION  05-18-22  08:23:51  MEMBER ■1711CR                1 1520
            FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
XFER-WTH          4000.00 ■1711-■         SMALL BUSINESS CHECKING
   PREV BAL      199112.75 NEW BAL      195112.75
   PER JORDAN VIA EMAIL
XFER-DEP          4000.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JORDAN VIA EMAIL
```

Member Signature



```
FP TRANSACTION  05-23-22  12:00:06  MEMBER ▮1711CR                1 1710
            FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
DEPOSIT OF        3000.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    PER EMAIL/PHONE REQUEST - JORDAN
DEPOSIT OF        3000.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER EMAIL/PHONE REQUEST - JORDAN
WITHDRAWAL        6000.00 ▮1711-▮        SMALL BUSINESS CHECKING
    PREV BAL     117445.14 NEW BAL       111445.14
    PER EMAIL/PHONE REQUEST - JORDAN
```

Member Signature



```
FP TRANSACTION  05-25-22  09:59:57  MEMBER ■1711CR                1 1520
              FOR CRAIG DEVELOPMENT  AS JORDAN
DEPOSIT OF        1000.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    PER JORDAN VIA EMAIL
DEPOSIT OF        1000.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER JORDAN VIA EMAIL
WITHDRAWAL        2000.00 ■1711-■        SMALL BUSINESS CHECKING
    PREV BAL      89962.59 NEW BAL      87962.59
    PER JORDAN VIA EMAIL
```

Member Signature


```
FP TRANSACTION  06-27-22  08:18:43  MEMBER ■4695CR                 1 1520
              FOR CRAIG PROPERTIES LLC  AS JORDAN A HORNER
DEPOSIT OF        3500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
DEPOSIT OF        3500.00 SYDNEY CRAIG-2 REWARD CHECKING
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
WITHDRAWAL        7000.00 ■4695-■        BUSINESS REWARDS
    PREV BAL      61715.55 NEW BAL      54715.55
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
```

Member Signature



```
FP TRANSACTION  07-18-22  08:20:25  MEMBER ▮1711CR               1 1520
                FOR CRAIG DEVELOPMENT  AS JORDAN A HORNER
XFER-WTH            1500.00 ▮1711-▮           SMALL BUSINESS CHECKING
   PREV BAL       93832.33 NEW BAL      92332.33
   PER JORDAN VIA EMAIL
XFER-DEP            1500.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JORDAN VIA EMAIL
```

Member Signature



```
FP TRANSACTION  08-04-22  08:39:08  MEMBER █4695CR                    1 1520
              FOR CRAIG PROPERTIES LLC  AS JORDAN HORNER
DEPOSIT OF        1500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    PER JORDAN VIA EMAIL
DEPOSIT OF        1500.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER JORDAN VIA EMAIL
WITHDRAWAL        3000.00 █4695-█        BUSINESS REWARDS
    PREV BAL      115652.46 NEW BAL       112652.46
    PER JORDAN VIA EMAIL
```

Member Signature



```
FP TRANSACTION  08-08-22  09:53:20  MEMBER ■1711CR              1 1520
                FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
XFER-WTH          1000.00 ■1711-■           SMALL BUSINESS CHECKING
   PREV BAL      320745.94 NEW BAL     319745.94
   PER JESSE
XFER-DEP          1000.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE
```

Member Signature



```
FP TRANSACTION  08-19-22  07:59:53  MEMBER ■1711CR                1 1520
               FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
XFER-WTH          500.00 ■1711-■           SMALL BUSINESS CHECKING
   PREV BAL       781332.53 NEW BAL       780832.53
   PER JESSE VIA EMAIL
XFER-DEP          500.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10792

77-7869/2913

**\*\*\*\* TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

08/16/22          $2,500.00\*\*\*

TO THE
ORDER OF

TANNER BOYANOVSKY
4261 FRANCE AVE N
MINNEAPOLIS, MN  55422-1562

Business Account

Authorized Signature



```
FP TRANSACTION  08-29-22  07:10:59  MEMBER ■1711CR                1 1520
                FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
XFER-WTH           530.00 ■1711-■           SMALL BUSINESS CHECKING
   PREV BAL      755410.37 NEW BAL      754880.37
   PER JESSE VIA EMAIL
XFER-DEP           530.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  09-01-22  07:14:34  MEMBER █1711CR                 1 1520
              FOR CRAIG DEVELOPMENT  AS JESSE CRAIG
XFER-WTH            1200.00 █1711-█          SMALL BUSINESS CHECKING
   PREV BAL      838472.83 NEW BAL      837272.83
   PER JESSE VIA EMAIL
XFER-DEP            1200.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  09-06-22  09:12:27  MEMBER ■1711CR                    1 1520
              FOR CRAIG DEVELOPMENT  AS JESSIE CRAIG
XFER-WTH          12800.00 ■1711-■          SMALL BUSINESS CHECKING
   PREV BAL      595768.26 NEW BAL      582968.26
   PER JESSE VIA EMAIL: TUITION AND CARPET
XFER-DEP          12800.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL: TUITION AND CARPET
```

Member Signature



```
FP TRANSACTION  09-30-22  13:13:40  MEMBER ▌1711CR                1 1520
                FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH           1500.00 ▌1711-▌         SMALL BUSINESS CHECKING
   PREV BAL      110763.04 NEW BAL      109263.04
   TRANSFER PER JESSE VIA EMAIL
XFER-DEP           1500.00 SYDNEY CRAIG-2 REWARD CHECKING
   TRANSFER PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  10-05-22  15:17:30  MEMBER ■1711CR                    1 1520
              FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
XFER-WTH            500.00 ■1711-■           SMALL BUSINESS CHECKING
   PREV BAL       81299.66 NEW BAL       80799.66
   PER JESSE VIA EMIAL
XFER-DEP            500.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMIAL
```

Member Signature


```
FP TRANSACTION  10-11-22  13:52:44  MEMBER ■1711CR                  1 1520
              FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
XFER-WTH            700.00 ■1711-■          SMALL BUSINESS CHECKING
   PREV BAL     131683.91 NEW BAL      130983.91
   PER JESSE VIA EMAIL
XFER-DEP            700.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  10-31-22  09:30:21  MEMBER ■1711CR              1 1520
                FOR CRAIG DEVELOPMENT  AS JESSIE CRAIG
XFER-WTH            1500.00 ■1711-■           SMALL BUSINESS CHECKING
   PREV BAL      185165.81 NEW BAL      183665.81
   PER JESSIE VIA EMAIL
XFER-DEP            1500.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSIE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  11-17-22  14:16:22  MEMBER █1711CR                  1 1520
                FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH             1500.00 █1711-█           SMALL BUSINESS CHECKING
   PREV BAL       653999.80 NEW BAL       652499.80
   PER JESSE VIA EMAIL
XFER-DEP             1500.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  12-02-22  12:57:00  MEMBER ▮1711CR              1 1520
               FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH          500.00 ▮1711-▮▮       SMALL BUSINESS CHECKING
   PREV BAL      72139.34 NEW BAL       71639.34
   PER JESSE VIA EMAIL
XFER-DEP          500.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  12-05-22  09:14:29  MEMBER ▉1711CR                    1 1520
                FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH           200.00 ▉1711-▉▉▉         SMALL BUSINESS CHECKING
   PREV BAL       94064.62 NEW BAL        93864.62
   PER JESSE VIA EMAIL
XFER-DEP           200.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  12-13-22  07:52:43  MEMBER ■1711CR              1 1520
                FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH           750.00 ■1711-■         SMALL BUSINESS CHECKING
   PREV BAL      393755.89 NEW BAL      393005.89
   PER JESSE VIA EMAIL
XFER-DEP           750.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature


```
FP TRANSACTION  01-02-23  10:23:11  MEMBER ▉1711CR              1 1520
              FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH          2400.00 ▉1711-▉▉▉       SMALL BUSINESS CHECKING
   PREV BAL      172145.06 NEW BAL     169745.06
   PER JESSE VIA EMAIL
XFER-DEP          2400.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  01-13-23  13:13:45  MEMBER ▮1711CR              1 1520
              FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH          250.00 ▮1711-▮▮▮      SMALL BUSINESS CHECKING
    PREV BAL       50844.53 NEW BAL       50594.53
    PER JESSE VIA EMAIL
XFER-DEP          250.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER JESSE VIA EMAIL
```

Member Signature



```
FP TRANSACTION  04-24-23  15:45:42  MEMBER ▉1711CR                1 3240
              FOR CRAIG DEVELOPMENT  AS JESSE
XFER-WTH          2210.00 ▉1711-▉▉       SMALL BUSINESS CHECKING
   PREV BAL       368390.57 NEW BAL       366180.57
   PER JESSE VIA EMAIL
XFER-DEP          2210.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMAIL
```

Member Signature

Print | Help | Close

## Receipt

**For PER JESSE**
**DEPOSIT OF 3000.00 SYDNEY CRAIG-7 REWARD SAVINGS**
  TRANSFER FROM CP TO SYDNEY FOR TUITION
**WITHDRAWAL 3000.00 ▮4695-▮BUSINESS REWARDS**
  PREV BAL     99326.84 NEW BAL    96326.84
  TRANSFER FROM CP TO SYDNEY FOR TUITION

01/05/2022 11:18:16

**Connie Olgaard**

| | |
|---|---|
| **From:** | Jesse Craig <jcraig@craigprop.com> |
| **Sent:** | Wednesday, January 5, 2022 10:31 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig |
| **Subject:** | transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

could you please transfer $3,000 from Craig Properties to Sydney's account for tuition fees?

Thank you!

Jesse Craig
Owner, Craig Properties LLC
Phone:701-232-1355
Fax: 701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic
Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from
disclosure under applicable law. If you have received this message in error please immediately notify the sender
by return email and delete this email message from your computer.

The information transmitted in this email and any attachments is intended only for the personal and confidential
use of the intended recipients. This message may be or may contain privileged and confidential
communications. If you as the reader are not the intended recipient, you are hereby notified that you have
received this communication in error and that any retention, review, use, dissemination, distribution or copying
of this communication or the information contained is strictly prohibited. If you have received this
communication in error, please notify the sender immediately and delete the original message from your
system.

RRSB FCCU Subpoena 020116

Print | Help | Close

## Receipt

**For PER JESSE**

**DEPOSIT OF 1500.00 SYDNEY CRAIG-2 REWARD CHECKING**
  TRANSFER FROM CP TO SYNDEY

**WITHDRAWAL 1500.00 ■4695-■ BUSINESS REWARDS**
  PREV BAL    388901.06 NEW BAL    387401.06
  TRANSFER FROM CP TO SYNDEY

01/26/2022 10:06:31

## Connie Olgaard

**From:** Jesse Craig <jcraig@craigprop.com>
**Sent:** Wednesday, January 26, 2022 8:49 AM
**To:** Connie Olgaard; Sydney Craig
**Subject:** transfer

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

please transfer $1500 from Craig Properties to Sydney's account please

Jesse Craig
Owner, Craig Properties LLC
Phone:701-232-1355
Fax: 701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from disclosure under applicable law. If you have received this message in error please immediately notify the sender by return email and delete this email message from your computer.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020135

Print | Help | Close

## Receipt

**For PER JESSE**

**XFER-WTH 12500.00 ▮4695-▮ BUSINESS REWARDS**

PREV BAL      357940.74 NEW BAL      345440.74

TRANSFER PER JESSE TO SYDNEY

**XFER-DEP 12500.00 SYDNEY CRAIG-2 REWARD CHECKING**

TRANSFER PER JESSE TO SYDNEY

02/01/2022 13:00:35

**Connie Olgaard**

| | |
|---|---|
| **From:** | Jesse Craig <jcraig@craigprop.com> |
| **Sent:** | Tuesday, February 1, 2022 10:24 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig |
| **Subject:** | transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

please transfer $12,500 from Craig Properties to Sydneys account.

Thank you!


Jesse Craig
Owner, Craig Properties LLC
Phone:701-232-1355
Fax: 701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic
Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from
disclosure under applicable law. If you have received this message in error please immediately notify the sender
by return email and delete this email message from your computer.



The information transmitted in this email and any attachments is intended only for the personal and confidential
use of the intended recipients. This message may be or may contain privileged and confidential
communications. If you as the reader are not the intended recipient, you are hereby notified that you have
received this communication in error and that any retention, review, use, dissemination, distribution or copying
of this communication or the information contained is strictly prohibited. If you have received this
communication in error, please notify the sender immediately and delete the original message from your
system.

RRSB FCCU Subpoena 020142

Print | Help | Close

## Receipt

**For PER JESSE**

**DEPOSIT OF 1200.00 SYDNEY CRAIG-2 REWARD CHECKING**

TRANSFER FROM CP TO SYDNEY

**WITHDRAWAL 1200.00 ▮4695-▮ BUSINESS REWARDS**

PREV BAL    319590.33 NEW BAL    318390.33

TRANSFER FROM CP TO SYDNEY

02/15/2022 09:48:27

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig@craigprop.com> |
| **Sent:** | Thursday, February 10, 2022 7:09 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig |
| **Subject:** | transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

please transfer $1200 from Craig Properties to Sydneys checking.

Thank you!

Jesse Craig
Owner, Craig Properties LLC
Phone:701-232-1355
Fax:  701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic
Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from
disclosure under applicable law. If you have received this message in error please immediately notify the sender
by return email and delete this email message from your computer.

The information transmitted in this email and any attachments is intended only for the personal and confidential
use of the intended recipients. This message may be or may contain privileged and confidential
communications. If you as the reader are not the intended recipient, you are hereby notified that you have
received this communication in error and that any retention, review, use, dissemination, distribution or copying
of this communication or the information contained is strictly prohibited. If you have received this
communication in error, please notify the sender immediately and delete the original message from your
system.

RRSB FCCU Subpoena 020159

Receipt    Page 1 of 1

Print | Help | Close

## Receipt

**For JESSE R CRAIG**
**DEPOSIT OF 2000.00 SYDNEY CRAIG-2 REWARD CHECKING**
   TRANSFER FROM CP TO SYDNEY
**WITHDRAWAL 2000.00 ▮4695-▮BUSINESS REWARDS**
   PREV BAL    137317.15 NEW BAL    135317.15
   TRANSFER FROM CP TO SYDNEY

02/18/2022 08:08:12

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig701@gmail.com> |
| **Sent:** | Thursday, February 17, 2022 6:04 PM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig |
| **Subject:** | Transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

Please transfer $2,000 to Sydney's account

Thank you!

Jesse R. Craig

Work. 701-232-1355
Fax. 701-232-1377

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020161

Print | Help | Close

## Receipt

**For PER JESSE**
**DEPOSIT OF 3500.00 SYDNEY CRAIG-2 REWARD CHECKING**
  TRANSFER FROM CP TO SYDNEY'S CHECKING
**WITHDRAWAL 3500.00 ▌4695-▌BUSINESS REWARDS**
  PREV BAL      222962.57 NEW BAL      219462.57
  TRANSFER FROM CP TO SYDNEY'S CHECKING


02/28/2022 09:55:35

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig701@gmail.com> |
| **Sent:** | Monday, February 28, 2022 2:14 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig; Jesse Craig |
| **Subject:** | Transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

Could you please transfer $3500 from Craig properties to Sydney's account please?

Thank you!

Jesse R. Craig

Work. 701-232-1355
Fax. 701-232-1377

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020169



```
FP TRANSACTION  05-04-22  08:00:00  MEMBER ▮4695CR                    1 1520
                FOR CRAIG PROPERTIES LLC  AS JESSE CRAIG
XFER-WTH           800.00 ▮4695-▮         BUSINESS REWARDS
   PREV BAL      119863.77 NEW BAL      119063.77
   PER JESSE VIA EMIAL
XFER-DEP           800.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE VIA EMIAL
```

Member Signature

<br><br><br>


```
FP TRANSACTION  05-04-22  16:46:02  MEMBER ■4695CR                    1 1520
              FOR CRAIG PROPERTIES LLC  AS JORDAN HORNER
XFER-WTH          300.00 ■4695-■■■          BUSINESS REWARDS
   PREV BAL      128945.77 NEW BAL      128645.77
   PER JORDAN VIA EMAIL
XFER-DEP          300.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JORDAN VIA EMAIL
```

Member Signature



```
FP TRANSACTION  06-21-22  10:15:01  MEMBER ▉4695CR                1 1520
                FOR CRAIG PROPERTIES LLC  AS JORDAN
XFER-WTH          1500.00 ▉4695-▉▉▉        BUSINESS REWARDS
   PREV BAL       65532.77 NEW BAL       64032.77
   PER JORDAN VIA EMAIL
XFER-DEP          1500.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JORDAN VIA EMAIL
```

Member Signature



```
FP TRANSACTION  06-27-22  08:18:43  MEMBER ■4695CR              1 1520
             FOR CRAIG PROPERTIES LLC  AS JORDAN A HORNER
DEPOSIT OF       3500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
DEPOSIT OF       3500.00 SYDNEY CRAIG-2 REWARD CHECKING
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
WITHDRAWAL       7000.00 ■4695-■          BUSINESS REWARDS
    PREV BAL      61715.55 NEW BAL      54715.55
    TRANSFER TO SYDNEY AND JORDAN - VIA EMAIL
```

Member Signature



```
FP TRANSACTION  08-04-22  08:39:08  MEMBER █4695CR                1 1520
              FOR CRAIG PROPERTIES LLC  AS JORDAN HORNER
DEPOSIT OF        1500.00 JORDAN A HORNER-2 KASASA CASHBACK SAVER CKG
    PER JORDAN VIA EMAIL
DEPOSIT OF        1500.00 SYDNEY CRAIG-2 REWARD CHECKING
    PER JORDAN VIA EMAIL
WITHDRAWAL        3000.00 █4695-█        BUSINESS REWARDS
    PREV BAL     115652.46 NEW BAL     112652.46
    PER JORDAN VIA EMAIL
```

Member Signature

# <u>Exhibit F-1</u>

# Summary Table of Transfers from FCCU Craig Accounts to Craig Entities

# Financial Records:
## FCCU Craig Development Account Checks and Transaction Receipts
## FCCU Craig Properties Account Checks and Transaction Receipts

## Transfers to Craig Entities

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Craig Properties | $100,000.00 | 4/8/2022 | Craig Development, LLC | Check 10192 | Craig Development FCCU | 1711 |
| Craig Properties | $30,000.00 | 4/11/2022 | Craig Development, LLC | Transfer per Jesse | Craig Development FCCU | 1711 |
| CP Business Management | $20,000.00 | 5/2/2022 | Craig Development, LLC | Check 10213 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 5/2/2022 | Craig Development, LLC | Check 10165 | Craig Development FCCU | 1711 |
| CP Business Management | $2,450.76 | 5/16/2022 | Craig Development, LLC | Check 10311 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 5/16/2022 | Craig Development, LLC | Check 10296 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 6/22/2022 | Craig Development, LLC | Check 10417 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 7/7/2022 | Craig Development, LLC | Check 10519 | Craig Development FCCU | 1711 |
| Craig Properties | $50,000.00 | 8/3/2022 | Craig Development, LLC | Check 10706 | Craig Development FCCU | 1711 |
| CP Business Management | $1,200.00 | 8/4/2022 | Craig Development, LLC | Check 10704 | Craig Development FCCU | 1711 |
| CP Business Management | $1,200.00 | 8/4/2022 | Craig Development, LLC | Check 10588 | Craig Development FCCU | 1711 |
| CP Business Management | $30,000.00 | 8/4/2022 | Craig Development, LLC | Check 10705 | Craig Development FCCU | 1711 |
| CP Business Management | $3,675.87 | 8/4/2022 | Craig Development, LLC | Check 10703 | Craig Development FCCU | 1711 |
| Craig Properties | $3,000.00 | 8/4/2022 | Craig Development, LLC | Online Transfer | Craig Development FCCU | 1711 |
| MAO, LLC | $100,000.00 | 8/4/2022 | Craig Development, LLC | Check 10736 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 8/4/2022 | Craig Development, LLC | Check 10723 | Craig Development FCCU | 1711 |
| Craig Properties | $4,250.00 | 8/10/2022 | Craig Development, LLC | Check 10773 | Craig Development FCCU | 1711 |
| Craig Properties | $100,000.00 | 8/16/2022 | Craig Development, LLC | Online Transfer | Craig Development FCCU | 1711 |
| CP Business Management | $1,147.50 | 8/29/2022 | Craig Development, LLC | Check 10803 | Craig Development FCCU | 1711 |
| CP Business Management | $1,200.00 | 9/6/2022 | Craig Development, LLC | Check 10828 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 9/9/2022 | Craig Development, LLC | Check 10861 | Craig Development FCCU | 1711 |
| CP Business Management | $800.00 | 9/19/2022 | Craig Development, LLC | Check 10902 | Craig Development FCCU | 1711 |
| CP Business Management | $1,548.34 | 10/12/2022 | Craig Development, LLC | Check 10981 | Craig Development FCCU | 1711 |
| CP Business Management | $1,200.00 | 10/12/2022 | Craig Development, LLC | Check 10960 | Craig Development FCCU | 1711 |
| CP Business Management | $89,685.00 | 10/21/2022 | Craig Development, LLC | Check 11053 | Craig Development FCCU | 1711 |
| CP Business Management | $1,292.00 | 10/21/2022 | Craig Development, LLC | Check 11031 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 10/21/2022 | Craig Development, LLC | Check 10988 | Craig Development FCCU | 1711 |
| CP Business Management | $27,000.00 | 10/28/2022 | Craig Development, LLC | Check 11064 | Craig Development FCCU | 1711 |
| CP Business Management | $1,200.00 | 11/21/2022 | Craig Development, LLC | Check 11097 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 11/21/2022 | Craig Development, LLC | Check 11137 | Craig Development FCCU | 1711 |
| CP Business Management | $255.70 | 12/12/2022 | Craig Development, LLC | Check 11315 | Craig Development FCCU | 1711 |
| CP Business Management | $718.99 | 12/12/2022 | Craig Development, LLC | Check 11259 | Craig Development FCCU | 1711 |
| CP Business Management | $200.00 | 12/12/2022 | Craig Development, LLC | Check 11331 | Craig Development FCCU | 1711 |
| CP Business Management | $1,200.00 | 12/15/2022 | Craig Development, LLC | Check 11275 | Craig Development FCCU | 1711 |
| The Lofts | $2,127.00 | 12/15/2022 | Craig Development, LLC | Check 11300 | Craig Development FCCU | 1711 |
| Craig Properties | $2,723.25 | 1/9/2023 | Craig Development, LLC | Check 11332 | Craig Development FCCU | 1711 |
| Craig Properties | $2,409.94 | 1/17/2023 | Craig Development, LLC | Check 11488 | Craig Development FCCU | 1711 |
| CP Business Management | $20,000.00 | 2/22/2023 | Craig Development, LLC | Check 11620 | Craig Development FCCU | 1711 |
| Craig Properties | $1,797.47 | 3/14/2023 | Craig Development, LLC | Check 11709 | Craig Development FCCU | 1711 |
| Craig Properties | $621.61 | 3/17/2023 | Craig Development, LLC | Check 11717 | Craig Development FCCU | 1711 |
| Craig Properties | $1,201.14 | 3/17/2023 | Craig Development, LLC | Check 11622 | Craig Development FCCU | 1711 |
| Craig Properties | $2,626.30 | 3/17/2023 | Craig Development, LLC | Check 11568 | Craig Development FCCU | 1711 |
| CP Business Management | $45,000.00 | 4/17/2023 | Craig Development, LLC | Check 11767 | Craig Development FCCU | 1711 |
| Craig Properties | $1,797.47 | 4/18/2023 | Craig Development, LLC | Check 11818 | Craig Development FCCU | 1711 |
| Craig Properties | $1,859.65 | 4/18/2023 | Craig Development, LLC | Check 11846 | Craig Development FCCU | 1711 |
| CP Business Management | $20,000.00 | 1/11/2022 | Craig Properties, LLC | Check 39187 | Craig Properties - FCCU | 4695 |
| The Lofts | $2,127.00 | 1/11/2022 | Craig Properties, LLC | Check 39242 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $760.00 | 1/18/2022 | Craig Properties, LLC | Check 39320 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $3,500.00 | 1/18/2022 | Craig Properties, LLC | Check 39183 | Craig Properties - FCCU | 4695 |
| CP Business Management | $10,000.00 | 1/24/2022 | Craig Properties, LLC | Check 39338 | Craig Properties - FCCU | 4695 |
| CP Business Management | $1,323.97 | 2/10/2022 | Craig Properties, LLC | Check 39426 | Craig Properties - FCCU | 4695 |
| The Lofts | $2,127.00 | 2/10/2022 | Craig Properties, LLC | Check 39388 | Craig Properties - FCCU | 4695 |
| CP Business Management | $10,000.00 | 2/18/2022 | Craig Properties, LLC | Check 39515 | Craig Properties - FCCU | 4695 |
| The Lofts | $2,127.00 | 3/11/2022 | Craig Properties, LLC | Check 39608 | Craig Properties - FCCU | 4695 |
| Craig Development | $10,000.00 | 3/14/2022 | Craig Properties, LLC | Check 39679 | Craig Properties - FCCU | 4695 |
| Craig Development | $153,000.00 | 3/14/2022 | Craig Properties, LLC | Transfer per Jesse | Craig Properties - FCCU | 4695 |
| Craig Management | $1,038.00 | 6/8/2022 | Craig Properties, LLC | Check 39832 | Craig Properties - FCCU | 4695 |
| Craig Management | $374.00 | 6/8/2022 | Craig Properties, LLC | Check 39834 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $750.00 | 6/10/2022 | Craig Properties, LLC | Check 39833 | Craig Properties - FCCU | 4695 |

| 220 West LLC | $500.00 | 7/1/2022 | Craig Properties, LLC | Check 39852 | Craig Properties - FCCU | 4695 |
|---|---|---|---|---|---|---|
| 220 West LLC | $1,325.00 | 7/11/2022 | Craig Properties, LLC | Check 39879 | Craig Properties - FCCU | 4695 |
| Craig Management | $1,575.00 | 7/12/2022 | Craig Properties, LLC | Check 39880 | Craig Properties - FCCU | 4695 |
| Craig Management | $603.00 | 7/14/2022 | Craig Properties, LLC | Check 39889 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $750.00 | 7/15/2022 | Craig Properties, LLC | Check 39894 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $705.48 | 7/26/2022 | Craig Properties, LLC | Check 39903 | Craig Properties - FCCU | 4695 |
| Craig Management | $575.00 | 7/26/2022 | Craig Properties, LLC | Check 39904 | Craig Properties - FCCU | 4695 |
| Craig Development | $2,820.00 | 7/27/2022 | Craig Properties, LLC | Check 39913 | Craig Properties - FCCU | 4695 |
| Craig Management | $1,150.00 | 8/10/2022 | Craig Properties, LLC | Check 39955 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $1,262.09 | 8/11/2022 | Craig Properties, LLC | Check 39954 | Craig Properties - FCCU | 4695 |
| Craig Management | $2,150.00 | 9/26/2022 | Craig Properties, LLC | Check 40015 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $1,843.30 | 9/27/2022 | Craig Properties, LLC | Check 40016 | Craig Properties - FCCU | 4695 |
| Craig Management | $617.00 | 10/11/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties - FCCU | 4695 |
| Craig Management | $1,855.83 | 10/13/2022 | Craig Properties, LLC | Transfer per Jordan via Email | Craig Properties - FCCU | 4695 |
| 220 West LLC | $987.71 | 10/17/2022 | Craig Properties, LLC | Check 40058 | Craig Properties - FCCU | 4695 |
| Craig Management | $1,282.25 | 10/17/2022 | Craig Properties, LLC | Check 40057 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $407.08 | 10/25/2022 | Craig Properties, LLC | Check 40063 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $1,487.71 | 10/25/2022 | Craig Properties, LLC | Check 40062 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $2,249.69 | 11/4/2022 | Craig Properties, LLC | Check 40095 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $1,453.00 | 11/28/2022 | Craig Properties, LLC | Check 40115 | Craig Properties - FCCU | 4695 |
| Craig Management | $825.00 | 12/6/2022 | Craig Properties, LLC | Check 40142 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $500.00 | 12/7/2022 | Craig Properties, LLC | Check 40141 | Craig Properties - FCCU | 4695 |
| Craig Management | $338.00 | 12/7/2022 | Craig Properties, LLC | Check 40147 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $913.00 | 12/9/2022 | Craig Properties, LLC | Check 40145 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $938.00 | 1/6/2023 | Craig Properties, LLC | Check 40187 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $2,391.26 | 1/6/2023 | Craig Properties, LLC | Check 40179 | Craig Properties - FCCU | 4695 |
| Craig Management | $575.00 | 1/6/2023 | Craig Properties, LLC | Check 40181 | Craig Properties - FCCU | 4695 |
| Craig Management | $425.00 | 1/6/2023 | Craig Properties, LLC | Check 40180 | Craig Properties - FCCU | 4695 |
| Craig Management | $586.00 | 1/12/2023 | Craig Properties, LLC | Check 40198 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $895.00 | 2/7/2023 | Craig Properties, LLC | Check 40228 | Craig Properties - FCCU | 4695 |
| Craig Management | $425.00 | 2/7/2023 | Craig Properties, LLC | Check 40229 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $641.00 | 2/8/2023 | Craig Properties, LLC | Check 40240 | Craig Properties - FCCU | 4695 |
| Craig Management | $425.00 | 3/7/2023 | Craig Properties, LLC | Check 40280 | Craig Properties - FCCU | 4695 |
| 220 West LLC | $1,745.00 | 3/8/2023 | Craig Properties, LLC | Check 40279 | Craig Properties - FCCU | 4695 |
| Craig Management | $1,620.50 | 3/10/2023 | Craig Properties, LLC | Check 40295 | Craig Properties - FCCU | 4695 |
| Craig Management | $575.00 | 3/10/2023 | Craig Properties, LLC | Check 40293 | Craig Properties - FCCU | 4695 |

| **Total Transfers:** | **$928,947.86** | | From Craig Development: | $672,403.99 | | From Craig Properties: | $256,543.87 |
|---|---|---|---|---|---|---|---|

**Total Transfers by Entity:**

| | |
|---|---|
| CP Business Management | $292,298.13 |
| 220 West LLC | $26,004.32 |
| The Lofts | $25,524.00 |
| Craig Management | $17,014.58 |
| MAO, LLC | $100,000.00 |
| Craig Development | $165,820.00 |
| Craig Properties | $302,286.83 |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10192**

77-7869/2913

**** ONE HUNDRED THOUSAND AND 00/100 DOLLARS

04/05/22                    $100,000.00*

TO THE
ORDER OF

CRAIG PROPERTIES

Business Account

Authorized Signature

⑈ 7 ⑈ 0⑈

RRSB FCCU Subpoena 000176



```
FP TRANSACTION  04-11-22  15:01:13  MEMBER ▇1711CR                    1 1710
                FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
XFER-WTH        30000.00 ▇1711-▇          SMALL BUSINESS CHECKING
   PREV BAL      625897.72 NEW BAL      595897.72
XFER-DEP        30000.00 CRAIG PROPERTIES LLC-2 BUSINESS REWARDS
```

Member Signature





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**10213**

**\*\*\*\* TWENTY THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

CP BUSINESS MGT

04/06/22          $20,000.00\*\*

Business Account

Authorized Signature

⑈010213⑈ ⑆⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10165**

77-7869/2913

**\* \* \* \* TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS**

04/01/22          $2,127.00\*\*\*

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

_____
Authorized Signature

April Rent

⑆010165⑆ ⑈ ▮▮▮▮▮▮▮▮ 1711⑈

RRSB FCCU Subpoena 000392

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10311**

77-7869/2913

**** TWO  THOUSAND  FOUR  HUNDRED  FIFTY  AND  76/100  DOLLARS

TO THE
ORDER OF

05/02/22          $2,450.76***

CP  BUSINESS  MGT

Business Account

Authorized Signature

⑈010311⑈ ⑆ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10296**

77-7869/2913

**\*\*\*\* TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS**

04/30/22          $2,127.00\*\*\*

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

Authorized Signature

May ent

⑈010296⑈ ⑆                    17110⑈

RRSB FCCU Subpoena 000492

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10417

77-7869/2913

**\*\*\*\* TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS**

06/01/22        $2,127.00\*\*\*

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND     58107

Business Account

_____
Authorized Signature

RRSB FCCU Subpoena 000802

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10519**

77-7869/2913

**\*\*\*\* TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS**

06/29/22          $2,127.00\*\*\*

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

Authorized Signature

⑆ ⑈ 17110⑈

RRSB FCCU Subpoena 000878

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10706**

77-7869/2913

\*\*\*\* FIFTY THOUSAND AND 00/100 DOLLARS

08/01/22        $50,000.00\*\*

TO THE
ORDER OF

CRAIG PROPERTIES

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001042

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10704

77-7869/2913

**** ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

08/01/22          $1,200.00***

ÇP BUSINESS MGT

Business Account

Authorized Signature

IUI7#C
H701#4

⑆⑆⑈67110⑈⑆

RRSB FCCU Subpoena 001064

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10588**

77-7869/2913

**\*\*\*\* ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

07/20/22          $1,200.00\*\*\*

CP BUSINESS MGT

Business Account

Unit A shop.

Authorized Signature

⑈ 1 7 1 1 0 ⑈

RRSB FCCU Subpoena 001066

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10705**

77-7869/2913

**** THIRTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

08/01/22          $30,000.00**

CP BUSINESS MGT

Business Account

Authorized Signature

Cale

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10703

77-7869/2913

**\*\*\*\* THREE THOUSAND SIX HUNDRED SEVENTY FIVE AND 87/100 DOLLARS**

TO THE
ORDER OF

08/01/22          $3,675.87\*\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

Loves Reimbursement

RRSB FCCU Subpoena 001072


```
FP TRANSACTION  08-04-22  09:20:03  MEMBER ▮1711CR                1 1520
            FOR CRAIG DEVELOPMENT  AS ad 1520
XFER-WTH          3000.00 ▮1711-▮         SMALL BUSINESS CHECKING
   PREV BAL      592491.52 NEW BAL      589491.52
   CORRECTION - TRANSFER OUT OF CRAIG DEVELOPMENT
XFER-DEP          3000.00 CRAIG PROPERTIES LLC-2 BUSINESS REWARDS
   CORRECTION - TRANSFER OUT OF CRAIG DEVELOPMENT
```

Member Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10736**

77-7869/2913

**** ONE HUNDRED THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

08/01/22          $100,000.00*

MAO, LLC
1405 1st Ave N
Fargo,    58102

Business Account

_____
Authorized Signature

⑆ ⑈ 171 10⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10723**

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

08/01/22          $2,127.00***

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001068

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10773**

77-7869/2913

**\*\*\*\* FOUR THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS**

TO THE
ORDER OF

08/09/22        $4,250.00\*\*\*

CRAIG PROPERTIES

Business Account

_____
Authorized Signature

⑈17110⑈

```
FP TRANSACTION  08-15-22  17:24:56  MEMBER ▉4695CR                    1 1753
              FOR CRAIG PROPERTIES LLC  AS CONNIE
DEPOSIT OF        100000.00 ▉4695-▉        BUSINESS REWARDS
    CRAIG DEVELOPMENT FCCU CHK#10787
RECEIVED         100000.00 IN 1 CHECK
    100000.00
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10803**

77-7869/2913

**** ONE THOUSAND ONE HUNDRED FORTY SEVEN AND 50/100 DOLLARS

TO THE
ORDER OF

08/26/22        $1,147.50***

CP BUSINESS MGT

Business Account

_Authorized Signature_

Meat - Mike Smith

⑈ ⑆ 1710⑆

RRSB FCCU Subpoena 001272

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10828**

77-7869/2913

**** ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

08/31/22                    $1,200.00***

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

1701-A

⑈ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10861**

77-7869/2913

*** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER OF

08/31/22        $2,127.00***

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10902**

77-7869/2913

\*\*\*\* EIGHT HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

09/07/22      $800.00\*\*\*\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

1U17-C Shop

⑈ 17 10⑈

Craig Development, LLC

**First Community Credit Union**
4521 19th Avenue South
Fargo, ND 58103

**10981**

PO Box 426
Fargo, ND 58107

77-7869/2913

\*\*\*\* ONE THOUSAND FIVE HUNDRED FORTY EIGHT AND 34/100 DOLLARS

TO THE
ORDER OF

10/02/22          $1,548.34\*\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

⑂⑂⑂ ⑂ ⑂⑂⑂

RRSB FCCU Subpoena 001596

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10960**

77-7869/2913

\*\*\*\* ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

10/02/22          $1,200.00\*\*\*

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

1711011

RRSB FCCU Subpoena 001598

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11053**

77-7869/2913

\*\*\*\* EIGHTY NINE THOUSAND SIX HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

10/15/22          $89,685.00\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

⑈ 1 7 1 1 0 ⑈

RRSB FCCU Subpoena 001724

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11031**

77-7869/2913

**** ONE THOUSAND TWO HUNDRED NINETY TWO AND 00/100 DOLLARS

TO THE
ORDER OF

10/11/22          $1,292.00***

CP BUSINESS MGT

Business Account

Authorized Signature

Kate's check

⑈ ▮▮▮▮▮▮▮▮▮▮ 17 1 10 ⑈

RRSB FCCU Subpoena 001728

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10988**

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

10/02/22        $2,127.00***

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

Authorized Signature

⑈ 1 7 1 10 ⑈

RRSB FCCU Subpoena 001726

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11064**

77-7869/2913

**** TWENTY SEVEN THOUSAND AND 00/100 DOLLARS

10/17/22          $27,000.00**

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

⑈⑆ 17110⑈

RRSB FCCU Subpoena 001768

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11097**

77-7869/2913

**\*\*\*\* ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS**

11/01/22          $1,200.00\*\*\*

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

701 - A November

⑈ ⑆17110⑈

RRSB FCCU Subpoena 001914



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11137**

77-7869/2913

**\*\*\*\* TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS**

TO THE
ORDER OF

11/01/22        $2,127.00\*\*\*

The Lofts
PO Box 426
FARGO, ND   58107

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001912

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11315

77-7869/2913

\*\*\*\* TWO HUNDRED FIFTY FIVE AND 70/100 DOLLARS

TO THE
ORDER OF

12/02/22          $255.70\*\*\*\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

⑈17110⑈

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11259**

77-7869/2913

\*\*\*\* SEVEN HUNDRED EIGHTEEN AND 99/100 DOLLARS

TO THE
ORDER OF

12/01/22          $718.99\*\*\*\*\*

CP BUSINESS MGT

Business Account

_____
Authorized Signature

⑆7⑈⑉0⑆

RRSB FCCU Subpoena 002088

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11331**

**\*\*\*\* TWO HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

12/08/22          $200.00\*\*\*\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

1514- Backrent.

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11275**

77-7869/2913

**\*\*\*\* ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

12/01/22          $1,200.00\*\*\*

CP BUSINESS MGT

Business Account

170-A

Authorized Signature

⑈ 1 7 1 10⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11300**

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

12/01/22        $2,127.00***

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND   58107

Business Account

Authorized Signature

⑈⑈ 17110⑈⑈

RRSB FCCU Subpoena 002142

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11332**

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED TWENTY THREE AND 25/100 DOLLARS

12/08/22        $2,723.25\*\*\*

TO THE
ORDER OF

CRAIG PROPERTIES

Business Account

Authorized Signature

⑈⑈⑈ 17110⑈

RRSB FCCU Subpoena 002340

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11488**

77-7869/2913

**** TWO THOUSAND FOUR HUNDRED NINE AND 94/100 DOLLARS

TO THE
ORDER OF

01/12/23            $2,409.94***

CRAIG PROPERTIES

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 002374

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11620**

77-7869/2913

\*\*\*\* TWENTY THOUSAND AND 00/100 DOLLARS

02/16/23                          $20,000.00\*\*

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002606

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

11709

**** ONE THOUSAND SEVEN HUNDRED NINETY SEVEN AND 47/100 DOLLARS

03/09/23                    $1,797.47***

TO THE
ORDER OF

CRAIG PROPERTIES

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002734

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11717**

**** SIX HUNDRED TWENTY ONE AND 61/100 DOLLARS

TO THE
ORDER OF

03/13/23          $621.61*****

CRAIG PROPERTIES

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11622**

77-7869/2913

**** ONE THOUSAND TWO HUNDRED ONE AND 14/100 DOLLARS

02/20/23                    $1,201.14***

TO THE
ORDER OF

CRAIG PROPERTIES

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

11568

**** TWO THOUSAND SIX HUNDRED TWENTY SIX AND 30/100 DOLLARS

TO THE
ORDER OF

CRAIG PROPERTIES

02/01/23          $2,626.30***

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002762

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11767**

77-7869/2913

\*\*\*\* FORTY FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

03/28/23          $45,000.00\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

⑈7⑈0⑈

RRSB FCCU Subpoena 002986

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURE

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11818**

77-7869/2913

**** ONE THOUSAND SEVEN HUNDRED NINETY SEVEN AND 47/100 DOLLARS

TO THE
ORDER OF

CRAIG PROPERTIES

03/31/23          $1,797.47***

Business Account

Authorized Signature

⑈ ▇▇▇▇▇▇▇▇▇▇  ⌙7⌙⌙0⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11846**

**** ONE THOUSAND EIGHT HUNDRED FIFTY NINE AND 65/100 DOLLARS

TO THE
ORDER OF

CRAIG PROPERTIES

04/12/23          $1,859.65***

Business Account

Authorized Signature

1 7 1 1 0



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39187

77-7869/2913

**** TWENTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

12/21/21          $20,000.00**

CP BUSINESS MGT

Business Account

Authorized Signature

⑈039187⑈ ⑆ ▮▮▮▮▮ ⑈ ▮▮▮▮▮ 4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 014943

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39242

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER OF

12/30/21          $2,127.00***

The Lofts
PO Box 426
FARGO, ND   58107

Business Account

Authorized Signature

⑈039242⑈ ⑆■■■■■■⑆ ■■■■■4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39320

77-7869/2913

**** SEVEN HUNDRED SIXTY AND 00/100 DOLLARS

01/13/22         $760.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈039320⑈  ⑆⬛⬛⬛⑆  ⬛⬛⬛4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39183

77-7869/2913

\*\*\*\*  THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

12/20/21          $3,500.00\*\*\*

220 WEST LLC

Business Account

_____
Authorized Signature

⑈039183⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015029



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39338

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

01/19/22          $10,000.00**

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

⑈039338⑈  ⑆█████████⑆  ⑉████████4695⑈

RRSB FCCU Subpoena 015043



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39426

77-7869/2913

**** ONE THOUSAND THREE HUNDRED TWENTY THREE AND 97/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MGT

01/28/22          $1,323.97***

Business Account

Authorized Signature

⑈039426⑈  ⑆                ⑆                4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39388

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER OF

01/27/22          $2,127.00***

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

Suitt 103

Authorized Signature

⑈039388⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39515

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

02/14/22        $10,000.00**

CP BUSINESS MGT

Business Account

Authorized Signature

⑆039515⑈    ⑆ ⑆    4695⑈

RRSB FCCU Subpoena 015519

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39608

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER OF

03/02/22          $2,127.00***

The Lofts
PO Box 426
FARGO, ND  58107

Business Account

Authorized Signature

#103

⑈039608⑈  ⑆ ▓▓▓▓ ⑆  ▓▓▓▓ 4695⑈

RRSB FCCU Subpoena 015535

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39679

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

03/10/22          $10,000.00\*\*

TO THE
ORDER OF

CRAIG DEVELOPMENT

Business Account

Authorized Signature

⑈039679⑈  ⑆           ⑆           ⅃695⑈



```
FP TRANSACTION  03-14-22  11:11:26  MEMBER ▮4695CR                 1 1520
              FOR CRAIG PROPERTIES LLC  AS JESSE
XFER-WTH      153000.00 ▮4695-▮▮▮      BUSINESS REWARDS
   PREV BAL    2950893.91 NEW BAL    2797893.91
XFER-DEP      153000.00 CRAIG DEVELOPMENT, LLC-2 SMALL BUSINESS CHECKING
```

Member Signature



RRSB FCCU Subpoena 020187

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39832

77-7869/2913

**** ONE THOUSAND THIRTY EIGHT AND 00/100 DOLLARS

TO THE
ORDER OF

06/07/22          $1,038.00***

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑆039832⑆ ⑈ ⑇     4695⑆

RRSB FCCU Subpoena 016017

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39834**

77-7869/2913

**** THREE HUNDRED SEVENTY FOUR AND 00/100 DOLLARS

TO THE
ORDER OF

06/08/22          $374.00*****

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈039834⑈ ⑆ ⬛⬛⬛⬛⬛ ⑆ ⬛⬛⬛4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39833

77-7869/2913

**** SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

06/07/22          $750.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆039833⑆ ⑈ ⑈ 4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39852

77-7869/2913

**** FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

06/30/22          $500.00*****

220 WEST LLC

Business Account

Authorized Signature

⑆039852⑆ ⑇                ⑇              4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39879

77-7869/2913

**** ONE THOUSAND THREE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

07/07/22          $1,325.00***

Business Account

Authorized Signature

⑈039879⑈  ⑆             ⑆             4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39880

77-7869/2913

**\*\*\*\* ONE THOUSAND FIVE HUNDRED SEVENTY FIVE AND 00/100 DOLLARS**

07/07/22          $1,575.00\*\*\*

TO THE
ORDER OF

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈039880⑈  ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 016153



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39889

77-7869/2913

**** SIX HUNDRED THREE AND 00/100 DOLLARS

TO THE
ORDER OF

07/13/22          $603.00*****

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈039889⑈  ⑇                ⑇              4695⑈⑈

RRSB FCCU Subpoena 016169



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39894

77-7869/2913

**** SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

07/14/22          $750.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆039894⑆ ⑇⬛⬛⬛⬛⬛⑈ ⬛⬛⬛⬛4695⬛



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39903

77-7869/2913

**\*\*\*\* SEVEN HUNDRED FIVE AND 48/100 DOLLARS**

07/21/22          $705.48\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

_____
Authorized Signature

⑆039903⑆  ⑈ ▮▮▮▮▮ ⑈  ▮▮▮▮▮4695▮

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo. ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39904

77-7869/2913

\*\*\*\* FIVE HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

07/21/22          $575.00\*\*\*\*\*

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈039904⑈  ⑆                    ⑆                    4695⑈

RRSB FCCU Subpoena 016203

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39913**

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED TWENTY AND 00/100 DOLLARS

TO THE
ORDER OF

07/27/22          $2,820.00\*\*\*

Craig Development, LLC
1405 1st Ave N
Fargo, ND   58102

Business Account

Authorized Signature

⑈039913⑈  ⑆              ⑆              4695⑈

RRSB FCCU Subpoena 016207



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39955**

77-7869/2913

\*\*\*\* ONE THOUSAND ONE HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

08/09/22        $1,150.00\*\*\*

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈039955⑈ ⑆ ▮▮▮▮▮▮ ⑆ ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 016289



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39954

77-7869/2913

**** ONE THOUSAND TWO HUNDRED SIXTY TWO AND 09/100 DOLLARS

08/09/22          $1,262.09***

TO THE
ORDER OF

220 WEST LLC

Business Account

.Authorized Signature

⑈039954⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 016299



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40015

77-7869/2913

**** TWO THOUSAND ONE HUNDRED FIFTY AND 00/100 DOLLARS

09/23/22          $2,150.00***

TO THE
ORDER OF

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈040015⑈  ⑆            ⑆            4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40016

77-7869/2913

\*\*\*\* ONE THOUSAND EIGHT HUNDRED FORTY THREE AND 30/100 DOLLARS

TO THE
ORDER OF

09/23/22          $1,843.30\*\*\*

220 WEST LLC

Business Account

Authorized Signature

⑈040016⑈  ⑆                    ⑆            4695⑈

RRSB FCCU Subpoena 016427



```
FP TRANSACTION  10-11-22  07:35:25  MEMBER ▮4695CR               1 1520
              FOR CRAIG PROPERTIES LLC  AS JORDAN
XFER-WTH          617.00 ▮4695-▮         BUSINESS REWARDS
   PREV BAL       146252.05 NEW BAL      145635.05
   TRANSFER PER JORDAN VIA EMAIL
XFER-DEP          617.00 CRAIG MANAGEMENT-2 SMALL BUSINESS CHECKING
   TRANSFER PER JORDAN VIA EMAIL
```

Member Signature

RRSB FCCU Subpoena 020405



```
FP TRANSACTION  10-13-22  16:32:20  MEMBER ▪4695CR                    1 1520
                FOR CRAIG PROPERTIES LLC  AS JORDAN
XFER-WTH        1855.83 ▪4695-▪▪         BUSINESS REWARDS
    PREV BAL      91961.11 NEW BAL      90105.28
    PLUTOWISKI
XFER-DEP      1855.83 CRAIG MANAGEMENT-2 SMALL BUSINESS CHECKING
    PLUTOWISKI
```

Member Signature



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40058

77-7869/2913

**** NINE HUNDRED EIGHTY SEVEN AND 71/100 DOLLARS

10/14/22        $987.71*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈040058⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**40057**

77-7869/2913

**\*\*\*\* ONE THOUSAND TWO HUNDRED EIGHTY TWO AND 25/100 DOLLARS**

TO THE
ORDER OF

10/14/22          $1,282.25\*\*\*

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈040057⑈ ⑆ ⑆ 4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

40063

\*\*\*\* FOUR HUNDRED SEVEN AND 08/100 DOLLARS

10/20/22        $407.08\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆040063⑆ ⑆▮▮▮▮▮⑆ ▮▮▮▮4695⑈

RRSB FCCU Subpoena 016517

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40062

77-7869/2913

**** ONE THOUSAND FOUR HUNDRED EIGHTY SEVEN AND 71/100 DOLLARS

TO THE
ORDER OF

10/20/22          $1,487.71***

220 WEST LLC

Business Account

Authorized Signature

⑈040062⑈ ⑆              ⑆              4695⑈

RRSB FCCU Subpoena 016519



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

40095

**** TWO THOUSAND TWO HUNDRED FORTY NINE AND 69/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

11/02/22          $2,249.69***

Business Account

Authorized Signature

⑈040095⑈ ⑆ ▨▨▨⑆ ▨▨4695⑈

RRSB FCCU Subpoena 016545



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

40115

**** ONE THOUSAND FOUR HUNDRED FIFTY THREE AND 00/100 DOLLARS

11/23/22        $1,453.00***

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈040115⑈ ⑆ ⬛⬛⬛⬛ ⑆ ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 016623



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40142

77-7869/2913

**\*\*\*\* EIGHT HUNDRED TWENTY FIVE AND 00/100 DOLLARS**

12/05/22          $825.00\*\*\*\*\*

TO THE
ORDER OF

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈040142⑈ ⑆⟨⟩⑆ ⟨⟩4695⑈

RRSB FCCU Subpoena 016645



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

40141

**** FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

12/05/22          $500.00*****

Business Account

Authorized Signature

⑆040141⑆ ⑈ ⑆ 4695⑈

RRSB FCCU Subpoena 016655

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40147

77-7869/2913

\*\*\*\* THREE HUNDRED THIRTY EIGHT AND 00/100 DOLLARS

TO THE
ORDER OF

12/07/22        $338.00\*\*\*\*\*

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑆040147⑆  ⑈              ⑈                4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40145

77-7869/2913

\*\*\*\* NINE HUNDRED THIRTEEN AND 00/100 DOLLARS

TO THE
ORDER OF

12/07/22          $913.00\*\*\*\*\*

220 WEST LLC

Business Account

Authorized Signature

⑈040145⑈ ⑆⬛⑆ ⬛4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40187

77-7869/2913

**** NINE HUNDRED THIRTY EIGHT AND 00/100 DOLLARS

12/16/22          $938.00*****

TO THE
ORDER OF    220 WEST LLC

Business Account

Authorized Signature

⑈040187⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 016723

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

40179

\*\*\*\* TWO THOUSAND THREE HUNDRED NINETY ONE AND 26/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

01/05/23          $2,391.26\*\*\*

Business Account

Authorized Signature

⑈040179⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 016727



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40181

77-7869/2913

**** FIVE HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

01/05/23          $575.00*****

TO THE
ORDER OF

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈040181⑈  ⑆            ⑆         4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURE.

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40180

77-7869/2913

**** FOUR HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

12/31/22          $425.00*****

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈040180⑈ ⑆ ▮▮▮▮▮▮ ⑆ ▮▮▮▮▮▮ 4695 ▮⑈

RRSB FCCU Subpoena 016715

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40198

77-7869/2913

\*\*\*\* FIVE HUNDRED EIGHTY SIX AND 00/100 DOLLARS

TO THE
ORDER OF

01/12/23          $586.00\*\*\*\*\*

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑆040198⑆  ⑆          ⑈    4695⑆

RRSB FCCU Subpoena 016757



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40228

77-7869/2913

**** EIGHT HUNDRED NINETY FIVE AND 00/100 DOLLARS

02/03/23          $895.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆040228⑆  ⑈ ⑈  4695

RRSB FCCU Subpoena 016811

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40229

77-7869/2913

**** FOUR HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

CRAIG MANAGEMENT

02/03/23          $425.00*****

Business Account

Authorized Signature

⑈040229⑈ ⑆ ▮▮▮▮▮ ⑆ ▮▮▮▮ 4695▮

RRSB FCCU Subpoena 016807



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40240

77-7869/2913

**** SIX HUNDRED FORTY ONE AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

02/07/23        $641.00*****

Business Account

Authorized Signature

⑈040240⑈ ⑆ ▓▓▓▓ ⑆ ▓▓▓▓4695⑈

RRSB FCCU Subpoena 016825

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40280

77-7869/2913

**** FOUR HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

CRAIG MANAGEMENT

03/06/23        $425.00*****

Business Account

Authorized Signature

⑈040280⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛4695⬛⑈



**TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES**

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40279

77-7869/2913

\*\*\*\* ONE THOUSAND SEVEN HUNDRED FORTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

03/06/23        $1,745.00\*\*\*

Business Account

Authorized Signature

⑈040279⑈ ⑆ ▓▓▓▓ ⑆ ▓▓▓▓ 4695 ⑈

RRSB FCCU Subpoena 016905

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40295

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWENTY AND 50/100 DOLLARS

TO THE
ORDER OF

CRAIG MANAGEMENT

03/10/23        $1,620.50***

Business Account

Authorized Signature

⑈040295⑈ ⑆          ⑆          4695⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40293

77-7869/2913

\*\*\*\* FIVE HUNDRED SEVENTY FIVE AND 0C/100 DOLLARS

03/09/23          $575.00\*\*\*\*\*

TO THE
ORDER OF

CRAIG MANAGEMENT

Business Account

Authorized Signature

⑈040293⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮▮ 4695▮

RRSB FCCU Subpoena 016917

# Exhibit F-2

# North Dakota Secretary of State Business Information Records

**Craig Development, LLC**

**Craig Properties, LLC**

**CP Business Management, Inc.**

**Craig Management, Inc.**

**220 West, LLC**

**MAO, LLC**



Login

# Business Search

craig development 🔍

Advanced ⌄

Results: 1

| Form Info | SOS Control ID# | Status | Standing | Filing Date |
|---|---|---|---|---|
| **CRAIG DEVELOPMENT, LLC**<br>*Limited Liability Company - Business - Domestic* | 0000126922 | Active | Good Standing | 04/18/2013 |

## CRAIG DEVELOPMENT, LLC
Limited Liability Company - Business - Domestic



Request Certificate

| | |
|---|---|
| Filing Type | Limited Liability Company - Business - Domestic |
| Status | Active |
| Standing - AR | Good |
| Standing - RA | Good |
| Standing - Other | Good |
| Formed In | NORTH DAKOTA |
| Term of Duration | Expires |
| Initial Filing Date | 04/18/2013 |
| Expiration Date | 04/18/2043 |
| Principal Address | 1405 1ST AVE N<br>FARGO, ND 58107 |
| Mailing Address | PO BOX 426<br>FARGO, ND 58107-0426 |
| AR Due Date | 11/16/2026 |
| Registered Agent | JESSE  CRAIG<br>1405 1ST AVE N<br>PO BOX 426<br>FARGO, ND  58107-0426 |

### North Dakota
Secretary of State

- 🏠 Home
- 🔍 Search
- 📋 Forms
- ☰ Lists
- ☰ Data List Requests



# North Dakota
Secretary of State

Login

Business    Trademark    Contractor    Lobbyist    Charitable    Notary

- Home
- Search
- Forms
- Lists
- Data List Requests

## Business Search

craig properties    🔍

Advanced ⌄

Results: 1

| Form Info | SOS Control ID# | Status | Standing | Filing Date |
|---|---|---|---|---|
| **CRAIG PROPERTIES, LLC**<br>*Limited Liability Company - Business - Domestic* | 0000046057 | Active | Good Standing | 02/27/2004 |

https://firststop.sos.nd.gov

© 2025 ND Secretary of State                Contact Us  |  Access

---

### CRAIG PROPERTIES, LLC
Limited Liability Company - Business - Domestic



Request Certificate

| | |
|---|---|
| Filing Type | Limited Liability Company - Business - Domestic |
| Status | Active |
| Standing - AR | Good |
| Standing - RA | Good |
| Standing - Other | Good |
| Formed In | NORTH DAKOTA |
| Term of Duration | Expires |
| Initial Filing Date | 02/27/2004 |
| Expiration Date | 02/27/2034 |
| Principal Address | 1405 1ST AVE N<br>FARGO, ND 58102 |
| Mailing Address | PO BOX 426<br>FARGO, ND 58107-0426 |
| AR Due Date | 11/16/2026 |
| Registered Agent | JESSE R CRAIG<br>1405 1ST AVE N<br>PO BOX 426<br>FARGO, ND  58107-0426 |



**North Dakota**
Secretary of State

- Home
- Search
- Forms
- Lists
- Data List Requests

# Business Search

Business    Trademark    Contractor    Lobbyist    Charitable    Notary

cp business management

Advanced ⌄

Results: 1

| Form Info | SOS Control ID# | Status | Standing | Filing Date |
|---|---|---|---|---|
| **CP BUSINESS MANAGEMENT, INC.**<br>*Corporation - Business - Domestic* | 0000157544 | Active | Good Standing | 10/28/2016 |

© 2025 ND Secretary of State

Contact Us  |  Access



## CP BUSINESS MANAGEMENT, INC.
Corporation - Business - Domestic

Request Certificate

| | |
|---|---|
| Filing Type | Corporation - Business - Domestic |
| Status | Active |
| Standing - AR | Good |
| Standing - RA | Good |
| Standing - Other | Good |
| Formed In | NORTH DAKOTA |
| Term of Duration | Perpetual |
| Initial Filing Date | 10/28/2016 |
| Principal Address | 1401 1ST AVE N B<br>FARGO, ND 58102 |
| Mailing Address | PO BOX 9379<br>FARGO, ND 58106-9379 |
| AR Due Date | 08/03/2026 |
| Registered Agent | MINDY CRAIG<br>1405 1ST AVE N<br>SUITE B<br>FARGO, ND 58102 |



**North Dakota**
Secretary of State

Business | Trademark | Contractor | Lobbyist | Charitable | Notary | Records History

| | |
|---|---|
| 🏠 Home | |
| 🔍 Search | |
| 📋 Forms | |
| ☰ Lists | |
| 📄 Data List Requests | |

Login

# Business Search

craig management inc    🔍

Advanced ⌄

Results: 1

| Form Info | SOS Control ID# | Status | Standing | Filing Date |
|---|---|---|---|---|
| **CRAIG MANAGEMENT, INC.** <br> *Corporation - Business - Domestic* | 0000083030 | Active | Good Standing | 05/26/2006 |

**CRAIG MANAGEMENT, INC.**
Corporation - Business - Domestic



| | |
|---|---|
| | Request Certificate |
| Filing Type | Corporation - Business - Domestic |
| Status | Active |
| Standing - AR | Good |
| Standing - RA | Good |
| Standing - Other | Good |
| Formed In | NORTH DAKOTA |
| Term of Duration | Perpetual |
| Initial Filing Date | 05/26/2006 |
| Principal Address | 1405 1ST AVE N <br> FARGO, ND 58102-4203 |
| Mailing Address | 1405 1ST AVE N <br> FARGO, ND 58102-4203 |
| AR Due Date | 08/03/2026 |
| Registered Agent | JESSE  CRAIG <br> 1405 1ST AVE N <br> FARGO, ND  58102-4203 |

https://firststop.sos.nd.gov



# North Dakota
Secretary of State

- Home
- Search
- Forms
- Lists
- Data List Requests

## Business Search

220 west llc

Advanced ⌄

Results: 1

| Form Info | SOS Control ID# | Status | Standing | Filing Date |
|---|---|---|---|---|
| 220 WEST, LLC<br>*Limited Liability Company - Business - Domestic* | 0000142938 | Active | Good Standing | 12/22/2014 |

Login

© 2025 ND Secretary of State

Contact Us　|　Access

### 220 WEST, LLC
Limited Liability Company - Business - Domestic



Request Certificate

| | |
|---|---|
| Filing Type | Limited Liability Company - Business - Domestic |
| Status | Active |
| Standing - AR | Good |
| Standing - RA | Good |
| Standing - Other | Good |
| Formed In | NORTH DAKOTA |
| Term of Duration | Expires |
| Initial Filing Date | 12/22/2014 |
| Expiration Date | 12/22/2044 |
| Principal Address | 1405 1ST AVE N<br>FARGO, ND 58102 |
| Mailing Address | PO BOX 426<br>FARGO, ND 58107-0426 |
| AR Due Date | 11/16/2026 |
| Registered Agent | JEFF  TOPP<br>1255 82ND AVE NE<br>GRACE CITY, ND  58445 |



**North Dakota**
Secretary of State

- Home
- Search
- Forms
- Lists
- Data List Requests

# Business Search

Business | Trademark | Contractor | Lobbyist | Charitable | Notary

mao llc | 🔍

Advanced ⌄

Results: 2

| Form Info | SOS Control ID# | Status | Standing | Filing Date |
|-----------|-----------------|--------|----------|-------------|
| **MAO, LLC** *Limited Liability Company - Business - Domestic* › | 0000141461 | Inactive - Involuntary | Not Good Standing | 10/20/2014 |
| **MAO, LLC** *Limited Liability Company - Business - Domestic* › | 0005916686 | Active | Good Standing | 06/14/2022 |

## MAO, LLC
Limited Liability Company - Business - Domestic



Request Certificate

| | |
|---|---|
| Filing Type | Limited Liability Company - Business - Domestic |
| Status | Active |
| Standing - AR | Good |
| Standing - RA | Good |
| Standing - Other | Good |
| Formed In | NORTH DAKOTA |
| Term of Duration | Perpetual |
| Initial Filing Date | 06/14/2022 |
| Principal Address | 1405 1ST AVE N FARGO, ND 58102 |
| Mailing Address | PO BOX 426 FARGO, ND 58107-0426 |
| AR Due Date | 11/16/2026 |
| Registered Agent | JESSE R CRAIG 1405 1ST AVE N FARGO, ND  58102 |



# <u>Exhibit G</u>

# Summary Table of Transfers from FCCU Craig Accounts Related to the Craig Lake Home

# Financial Records:
## FCCU Craig Development Account Checks

## Transfers Related to the Craig Lake Home

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| K&S Construction of Fergus Falls, Inc. | $30,000.00 | 4/4/2022 | Craig Development | Check 10112 | Craig Development FCCU | 1711 |
| Green Construction LLC | $8,800.00 | 4/13/2022 | Craig Development | Check 10143 | Craig Development FCCU | 1711 |
| K&S Construction of Fergus Falls, Inc. | $40,000.00 | 4/13/2022 | Craig Development | Check 10197 | Craig Development FCCU | 1711 |
| Kahle Plumbing & Heating | $15,000.00 | 4/29/2022 | Craig Development | Check 10242 | Craig Development FCCU | 1711 |
| Ottertail Treasurer | $5,690.00 | 5/13/2022 | Craig Development | Check 10289 | Craig Development FCCU | 1711 |
| Green Construction LLC | $24,030.00 | 6/7/2022 | Craig Development | Check 10388 | Craig Development FCCU | 1711 |
| Herzog Roofing | $58,990.00 | 6/14/2022 | Craig Development | Check 10362 | Craig Development FCCU | 1711 |
| Kahle Plumbing & Heating | $10,000.00 | 6/15/2022 | Craig Development | Check 10393 | Craig Development FCCU | 1711 |
| K&S Construction of Fergus Falls, Inc. | $10,870.00 | 6/29/2022 | Craig Development | Check 10485 | Craig Development FCCU | 1711 |
| Metry Septic and Excavating | $1,750.00 | 7/13/2022 | Craig Development | Check 10572 | Craig Development FCCU | 1711 |
| Mackner Excavating | $2,530.00 | 7/26/2022 | Craig Development | Check 10582 | Craig Development FCCU | 1711 |
| Foltz Buildings | $18,700.00 | 8/8/2022 | Craig Development | Check 10579 | Craig Development FCCU | 1711 |
| Metry Septic and Excavating | $8,300.00 | 8/9/2022 | Craig Development | Check 10598 | Craig Development FCCU | 1711 |
| Mackner Excavating | $4,885.00 | 8/9/2022 | Craig Development | Check 10597 | Craig Development FCCU | 1711 |
| Mackner Excavating | $1,335.00 | 8/9/2022 | Craig Development | Check 10735 | Craig Development FCCU | 1711 |
| Lakeland General Store | $7,608.57 | 8/12/2022 | Craig Development | Check 10763 | Craig Development FCCU | 1711 |
| Kahle Plumbing & Heating | $80,134.00 | 8/16/2022 | Craig Development | Check 10781 | Craig Development FCCU | 1711 |
| Kahle Plumbing & Heating | $40,525.00 | 8/30/2022 | Craig Development | Check 10805 | Craig Development FCCU | 1711 |
| Herzog Roofing | $52,100.00 | 9/9/2022 | Craig Development | Check 10841 | Craig Development FCCU | 1711 |
| Pelican Lake Prop Owner Association | $100.00 | 9/29/2022 | Craig Development | Check 10889 | Craig Development FCCU | 1711 |
| Kahle Plumbing & Heating | $3,190.00 | 10/18/2022 | Craig Development | Check 11036 | Craig Development FCCU | 1711 |
| Lakes Area Landscaping | $22,876.35 | 10/28/2022 | Craig Development | Check 10364 | Craig Development FCCU | 1711 |
| Straightline Design | $5,825.00 | 11/1/2022 | Craig Development | Check 11068 | Craig Development FCCU | 1711 |
| Mackner Excavating | $2,830.00 | 11/22/2022 | Craig Development | Check 11186 | Craig Development FCCU | 1711 |
| Mackner Excavating | $2,545.00 | 11/22/2022 | Craig Development | Check 11119 | Craig Development FCCU | 1711 |
| Straightline Design | $7,500.00 | 11/22/2022 | Craig Development | Check 11198 | Craig Development FCCU | 1711 |
| Lakeland General Store | $1,237.13 | 11/23/2022 | Craig Development | Check 11184 | Craig Development FCCU | 1711 |
| Lake Region Electric Coop | $806.33 | 12/19/2022 | Craig Development | Check 11362 | Craig Development FCCU | 1711 |
| Elsner Well | $6,086.99 | 1/10/2023 | Craig Development | Check 11105 | Craig Development FCCU | 1711 |
| Lake Region Electric Coop | $1,331.49 | 2/7/2023 | Craig Development | Check 11490 | Craig Development FCCU | 1711 |
| Melby Heating & AC | $28,336.00 | 2/21/2023 | Craig Development | Check 11538 | Craig Development FCCU | 1711 |
| RN Binek Sales, LLC | $5,000.00 | 3/10/2023 | Craig Development | Check 11591 | Craig Development FCCU | 1711 |
| Lake Region Electric Coop | $1,352.32 | 3/21/2023 | Craig Development | Check 11720 | Craig Development FCCU | 1711 |

| Straightline Design | $5,800.00 | 3/21/2023 | Craig Development | Check 11707 | Craig Development FCCU | 1711 |
| Lakeland General Store | $726.73 | 3/28/2023 | Craig Development | Check 11666 | Craig Development FCCU | 1711 |
| Lakes Area Landscaping | $40,000.00 | 4/12/2023 | Craig Development | Check 11370 | Craig Development FCCU | 1711 |

| **Total Transfers:** | **$556,790.91** |



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10112

77-7869/2913

**** THIRTY THOUSAND AND 00/100 DOLLARS

03/23/22                    $30,000.00**

TO THE
ORDER OF

K&S Construction of Fergus Falls, Inc
35666 Fawn Oaks Trail
Dent, MN    56528

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 000160



Craig Development, LLC
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10143

77-7869/2913

**** EIGHT THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

04/01/22          $8,800.00***

TO THE
ORDER OF

Green Construction, LLC
21540 170th Ave N.
Ulen, MN   56585

Business Account

Authorized Signature

RRSB FCCU Subpoena 000258

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10197**

77-7869/2913

**\*\*\*\* FORTY THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

04/05/22        $40,000.00\*\*

K&S Construction of Fergus Falls, Inc
35666 Fawn Oaks Trail
Dent, MN   56528

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 000268

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10242**

77-7869/2913

**\*\*\*\* FIFTEEN THOUSAND AND 00/100 DOLLARS**

04/25/22          $15,000.00\*\*

TO THE
ORDER OF

Kahle Plumbing & Heating
Box 142
Detroit lakes, MN    56502

Business Account

Authorized Signature

⑆17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10289**

77-7869/2913

\*\*\*\* FIVE THOUSAND SIX HUNDRED NINETY AND 00/100 DOLLARS

04/30/22          $5,690.00\*\*\*

TO THE
ORDER OF

OTTERTAIL TREASURER
570 FIR AVENUE WEST
FERGUS FALLS, MN   56537

Business Account

Authorized Signature



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10388

77-7869/2913

**** TWENTY FOUR THOUSAND THIRTY AND 00/100 DOLLARS

06/01/22        $24,030.00**

TO THE
ORDER OF

Green Construction, LLC
21540 170th Ave N.
Ulen, MN    56585

Business Account

Authorized Signature

RRSB FCCU Subpoena 000612

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10362**

77-7869/2913

\*\*\*\* FIFTY EIGHT THOUSAND NINE HUNDRED NINETY AND 00/100 DOLLARS

05/26/22          $58,990.00\*\*

TO THE
ORDER OF

HERZOG ROOFING
BOX 245
DETROIT LAKES, MN   56502

Business Account

Authorized Signature

RRSB FCCU Subpoena 000696

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10393**

77-7869/2913

**\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS**

06/01/22          $10,000.00\*\*

TO THE
ORDER OF

Kahle Plumbing & Heating
Box 142
Detroit lakes, MN    56502

Business Account

_____
Authorized Signature

⑈ ⬛⬛⬛⬛⬛⬛⬛⬛  ⑈7⑈10⑈

RRSB FCCU Subpoena 000762

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10485**

77-7869/2913

**** TEN THOUSAND EIGHT HUNDRED SEVENTY AND 00/100 DOLLARS

06/24/22          $10,870.00**

TO THE
ORDER OF

K&S Construction of Fergus Falls, Inc
35666 Fawn Oaks Trail
Dent, MN    56528

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10572**

77-7869/2913

\*\*\*\* ONE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

07/13/22        $1,750.00\*\*\*

TO THE
ORDER OF

Metry Septic and Excavating
20181 Moe Lake Road
Audubon, MN    56511

Business Account

Authorized Signature

RRSB FCCU Subpoena 000972

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10582**

77-7869/2913

\*\*\*\* TWO THOUSAND FIVE HUNDRED THIRTY AND 00/100 DOLLARS

07/18/22          $2,530.00\*\*\*

TO THE
ORDER OF

Mackner Excavating
32955 Carlson Drive
Rochert, MN   56578

Business Account

Authorized Signature

⑈⑆ 17110⑈⑆

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10579**

77-7869/2913

**** EIGHTEEN THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS

07/15/22          $18,700.00**

TO THE
ORDER OF

Foltz Buildings
Box 621
Detroit Lakes, MN    56502

Business Account

Authorized Signature

⑈ 17 10 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE (11) SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10598

77-7869/2913

\*\*\*\* EIGHT THOUSAND THREE HUNDRED AND 00/100 DOLLARS

07/26/22          $8,300.00\*\*\*

TO THE
ORDER OF

Metry Septic and Excavating
20181 Moe Lake Road
Audubon, MN    56511

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10597**

77-7869/2913

**\*\*\*\* FOUR THOUSAND EIGHT HUNDRED EIGHTY FIVE AND 00/100 DOLLARS**

07/26/22          $4,885.00\*\*\*

TO THE
ORDER OF

MACKNER EXCAVATING
32955 CARLSON DR
ROCHERT, MN   56578

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10735

77-7869/2913

**\*\*\*\* ONE THOUSAND THREE HUNDRED FIFTY FIVE AND 00/100 DOLLARS**

08/01/22     $1,355.00\*\*\*

TO THE
ORDER OF

MACKNER EXCAVATING
32955 CARLSON DR
ROCHERT, MN   56578

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10763

77-7869/2913

**** SEVEN THOUSAND SIX HUNDRED EIGHT AND 57/100 DOLLARS

08/05/22          $7,608.57***

TO THE
ORDER OF

LAKELAND GENERAL STORE
22438 OLD 59 RD
PELICAN RAPIDS, MN    56572

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001184



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10781

77-7869/2913

**** EIGHTY THOUSAND ONE HUNDRED THIRTY FOUR AND 00/100 DOLLARS

08/12/22        $80,134.00**

TO THE
ORDER OF

KAHLE PLUMBING & HEATING
BOX 142
DETROIT LAKES, MN    56502

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10805**

77-7869/2913

**\*\*\*\* FORTY THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS**

08/26/22          $40,525.00\*\*

TO THE
ORDER OF

KAHLE PLUMBING & HEATING
BOX 142
DETROIT LAKES, MN   56502

Business Account

Authorized Signature

⑈ 1 7 1 10 ⑈

RRSB FCCU Subpoena 001282

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10841**

77-7869/2913

**** FIFTY TWO THOUSAND ONE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

08/31/22        $52,100.00**

HERZOG ROOFING
BOX 245
DETROIT LAKES, MN    56502

Business Account

Authorized Signature

RRSB FCCU Subpoena 001364

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10889**

77-7869/2913

**\*\*\*\* ONE HUNDRED AND .00/100 DOLLARS**

TO THE
ORDER OF

09/06/22        $100.00\*\*\*\*\*

PELICAN LAKE PROP OWNER ASS
22841 KNOLLWOOD LANE
PELICAN RAPIDS, MN    56572

Business Account

Authorized Signature

⑈ ███████████████ ⑈7⑈10⑈

RRSB FCCU Subpoena 001508

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11036**

77-7869/2913

\*\*\*\* THREE THOUSAND ONE HUNDRED NINETY AND 00/100 DOLLARS

TO THE
ORDER OF

10/11/22          $3,190.00\*\*\*

KAHLE PLUMBING & HEATING
BOX 142
DETROIT LAKES, MN    56502

Business Account

Authorized Signature

⑆ ⑈17110⑈

RRSB FCCU Subpoena 001680

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10364**

77-7869/2913

**** TWENTY TWO THOUSAND EIGHT HUNDRED SEVENTY SIX AND 35/100 DOLLARS

05/26/22          $22,876.35**

TO THE
ORDER OF

LAKES AREA LANDSCAPING
49026 245 AVE
PELICAN RAPIDS, MN    56572

Business Account

Authorized Signature

⑈⑈ 17110⑈

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11068

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

10/17/22          $5,825.00***

STRAIGHTLINE DESIGN
662 LAKE FOREST CIRCLE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11186**

77-7869/2913

**\*\*\*\* TWO THOUSAND EIGHT HUNDRED THIRTY AND 00/100 DOLLARS**

11/07/22          $2,830.00\*\*\*

TO THE
ORDER OF

**MACKNER EXCAVATING**
**32955 CARLSON DR**
**ROCHERT, MN    56578**

Business Account

Authorized Signature

⑆ ⑈ 1 7 1 1 0 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11119**

77-7869/2913

\*\*\*\* TWO THOUSAND FIVE HUNDRED FORTY FIVE AND 00/100 DOLLARS

11/01/22          $2,545.00\*\*\*

TO THE
ORDER OF

MACKNER EXCAVATING
32955 CARLSON DR
ROCHERT, MN    56578

Business Account

Authorized Signature

⑈⑆ ███████████████████ ⑆7⑆⑆0⑈⑆

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11198

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

11/07/22          $7,500.00***

TO THE
ORDER OF

STRAIGHTLINE DESIGN
1852 ASPEN DRIVE
DETROIT LAKES, MN  56501

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001970

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11184**

77-7869/2913

**\*\*\*\* ONE THOUSAND TWO HUNDRED THIRTY SEVEN AND 13/100 DOLLARS**

11/07/22          $1,237.13\*\*\*

TO THE
ORDER OF

LAKELAND GENERAL STORE
22438 OLD 59 RD
PELICAN RAPIDS, MN   56572

Business Account

_____
Authorized Signature

⑈ ▉▉▉▉▉▉▉▉▉ 17110⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THEFT SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11362**

\*\*\*\* EIGHT HUNDRED SIX AND 33/100 DOLLARS

TO THE
ORDER OF

12/12/22          $806.33\*\*\*\*\*

LAKE REGION ELECTRIC COOP
BOX 643
PELICAN RAPIDS, MN   56572-0643

Business Account

Authorized Signature

⑈17⑈10⑈



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11105

77-7869/2913

**** SIX THOUSAND EIGHTY SIX AND 99/100 DOLLARS

11/01/22                    $6,086.99***

TO THE
ORDER OF

ELSNER WELL
12616 110TH ST
MENAHGA, MN    56464

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 002350



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11490

77-7869/2913

**** ONE THOUSAND THREE HUNDRED THIRTY ONE AND 49/100 DOLLARS

01/12/23          $1,331.49***

TO THE
ORDER OF

LAKE REGION ELECTRIC COOP
BOX 643
PELICAN RAPIDS, MN   56572-0643

Business Account

Authorized Signature

⑈⑈⑈17110⑈⑈

RRSB FCCU Subpoena 002522



USE TO VERIFY AUTHENTICITY. SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11538

77-7869/2913

**** TWENTY EIGHT THOUSAND THREE HUNDRED THIRTY SIX AND 00/100 DOLLARS

02/01/23          $28,336.00**

TO THE
ORDER OF

Melby Heating & AC
1150 West Ave
Detroit Lakes, MN    56501

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

11591

**** FIVE THOUSAND AND 00/100 DOLLARS

02/07/23                    $5,000.00****

TO THE
ORDER OF

RN Binek Sales, LLC
Box 364
Pelican Rapids, MN    56572

Business Account

Authorized Signature

⑈ 17110⑈

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11720**

77-7869/2913

**** ONE THOUSAND THREE HUNDRED FIFTY TWO AND 32/100 DOLLARS

TO THE
ORDER OF

03/13/23          $1,352.32***

LAKE REGION ELECTRIC COOP
BOX 643
PELICAN RAPIDS, MN   56572-0643

Business Account

Authorized Signature

⑈7⑈0⑈

RRSB FCCU Subpoena 002798



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11707**

77-7869/2913

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

03/08/23          $5,800.00\*\*\*

STRAIGHTLINE DESIGN
1852 ASPEN DRIVE
DETROIT LAKES, MN   56501

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11666**

77-7869/2913

**** SEVEN HUNDRED TWENTY SIX AND 73/100 DOLLARS

03/01/23          $726.73*****

TO THE
ORDER OF

LAKELAND  GENERAL  STORE
22438 OLD 59 RD
PELICAN RAPIDS,  MN    56572

Business Account

Authorized Signature

⑈17110⑈

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11370

77-7869/2913

**\*\*\*\*  FORTY  THOUSAND  AND  00/100  DOLLARS**

12/14/22          $40,000.00**

TO THE
ORDER OF

LAKES  AREA  LANDSCAPING
49026  245  AVE
PELICAN  RAPIDS,  MN    56572

Business Account

_____
Authorized Signature

⑈ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ⑈⑈17110⑈⑈

RRSB FCCU Subpoena 002962

# Exhibit H

# Summary Table of Transfers from FCCU Craig Accounts to Unrelated Financial Institutions

## Financial Records:
**FCCU Craig Development Account Checks and Transaction Receipts**
**FCCU Craig Properties Account Checks and Transaction Receipts**

| Transfers Relating to Unrelated Financial Institutions | | | | | | |
|---|---|---|---|---|---|---|
| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
| Clearwater County Land Title | $103,005.00 | 3/14/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Great Western Bank | $1,823.42 | 3/21/2022 | Craig Development, LLC | Check 10098 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 4/8/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 4/10/2022 | Craig Development, LLC | Check 10414 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 4/12/2022 | Craig Development, LLC | Check 10115 | Craig Development FCCU | 1711 |
| Alerus Financial | $5,000.00 | 4/12/2022 | Craig Development, LLC | Check 10116 | Craig Development FCCU | 1711 |
| Great Western Bank | $3,497.89 | 4/13/2022 | Craig Development, LLC | Check 10186 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 4/13/2022 | Craig Development, LLC | Check 10200 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 4/13/2022 | Craig Development, LLC | Check 10211 | Craig Development FCCU | 1711 |
| Alerus Financial | $10,000.00 | 5/10/2022 | Craig Development, LLC | Check 10259 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 5/10/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 5/13/2022 | Craig Development, LLC | Check 10260 | Craig Development FCCU | 1711 |
| Great Western Bank | $3,497.89 | 5/16/2022 | Craig Development, LLC | Check 10332 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 5/16/2022 | Craig Development, LLC | Check 10342 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 5/16/2022 | Craig Development, LLC | Check 10341 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 6/10/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 6/13/2022 | Craig Development, LLC | Check 10367 | Craig Development FCCU | 1711 |
| Alerus Financial | $5,000.00 | 6/14/2022 | Craig Development, LLC | Check 10366 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 6/14/2022 | Craig Development, LLC | Check 10425 | Craig Development FCCU | 1711 |
| Great Western Bank | $3,497.89 | 6/23/2022 | Craig Development, LLC | Check 10475 | Craig Development FCCU | 1711 |
| Great Western Bank | $1,823.42 | 6/23/2022 | Craig Development, LLC | Check 10476 | Craig Development FCCU | 1711 |
| Alerus Financial | $5,000.00 | 7/5/2022 | Craig Development, LLC | Check 10492 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 7/5/2022 | Craig Development, LLC | Check 10493 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 7/5/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 7/6/2022 | Craig Development, LLC | Check 10539 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 7/6/2022 | Craig Development, LLC | Check 10536 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $15,509.00 | 7/12/2022 | Craig Development, LLC | Check 10544 | Craig Development FCCU | 1711 |
| Great Western Bank | $5,321.31 | 7/20/2022 | Craig Development, LLC | Check 10571 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 8/2/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 8/3/2022 | Craig Development, LLC | Check 10696 | Craig Development FCCU | 1711 |
| Alerus Financial | $5,000.00 | 8/3/2022 | Craig Development, LLC | Check 10697 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 8/8/2022 | Craig Development, LLC | Check 10720 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 8/8/2022 | Craig Development, LLC | Check 10751 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $5,321.67 | 8/9/2022 | Craig Development, LLC | Check 10755 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $10,187.33 | 8/9/2022 | Craig Development, LLC | Check 10754 | Craig Development FCCU | 1711 |
| Great Western Bank | $1,823.42 | 8/16/2022 | Craig Development, LLC | Check 10779 | Craig Development FCCU | 1711 |
| Great Western Bank | $3,497.89 | 8/16/2022 | Craig Development, LLC | Check 10780 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 9/1/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $5,000.00 | 9/2/2022 | Craig Development, LLC | Check 10821 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 9/2/2022 | Craig Development, LLC | Check 10820 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 9/2/2022 | Craig Development, LLC | Check 10858 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $10,187.33 | 9/7/2022 | Craig Development, LLC | Check 10869 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $5,321.67 | 9/7/2022 | Craig Development, LLC | Check 10870 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 9/9/2022 | Craig Development, LLC | Check 10890 | Craig Development FCCU | 1711 |
| Great Western Bank | $6,150.87 | 9/12/2022 | Craig Development, LLC | Check 10903 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 10/7/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $4,000.00 | 10/11/2022 | Craig Development, LLC | Check 10949 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $15,509.00 | 10/11/2022 | Craig Development, LLC | Check 11013 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 10/12/2022 | Craig Development, LLC | Check 10948 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 10/14/2022 | Craig Development, LLC | Check 10993 | Craig Development FCCU | 1711 |
| First Interstate Bank | $6,033.52 | 10/18/2022 | Craig Development, LLC | Check 11035 | Craig Development FCCU | 1711 |
| Alerus Financial | $3,000.00 | 11/10/2022 | Craig Development, LLC | Check 11089 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 11/17/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 11/18/2022 | Craig Development, LLC | Check 11088 | Craig Development FCCU | 1711 |
| Starion Financial | $4,560.31 | 11/18/2022 | Craig Development, LLC | Check 11196 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 11/18/2022 | Craig Development, LLC | Check 11197 | Craig Development FCCU | 1711 |
| First Interstate Bank | $3,497.89 | 11/22/2022 | Craig Development, LLC | Check 11222 | Craig Development FCCU | 1711 |
| First Interstate Bank | $1,823.42 | 11/22/2022 | Craig Development, LLC | Check 11223 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 12/9/2022 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |

| Alerus Financial | $2,000.00 | 12/12/2022 | Craig Development, LLC | Check 11242 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 12/12/2022 | Craig Development, LLC | Check 11271 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 12/12/2022 | Craig Development, LLC | Check 11284 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $14,544.03 | 12/12/2022 | Craig Development, LLC | Check 11302 | Craig Development FCCU | 1711 |
| First Interstate Bank | $1,823.42 | 12/19/2022 | Craig Development, LLC | Check 11360 | Craig Development FCCU | 1711 |
| First Interstate Bank | $3,497.89 | 12/19/2022 | Craig Development, LLC | Check 11361 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 12/19/2022 | Craig Development, LLC | Check 11348 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $14,748.25 | 1/10/2023 | Craig Development, LLC | Check 11438 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 1/23/2023 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $2,000.00 | 1/24/2023 | Craig Development, LLC | Check 11396 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 1/24/2023 | Craig Development, LLC | Check 11395 | Craig Development FCCU | 1711 |
| First Interstate Bank | $6,033.52 | 1/24/2023 | Craig Development, LLC | Check 11489 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 1/24/2023 | Craig Development, LLC | Check 11476 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 1/24/2023 | Craig Development, LLC | Check 11432 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $13,710.52 | 2/10/2023 | Craig Development, LLC | Check 11558 | Craig Development FCCU | 1711 |
| Alerus Financial | $3,000.00 | 2/21/2023 | Craig Development, LLC | Check 11589 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 2/21/2023 | Craig Development, LLC | Check 11503 | Craig Development FCCU | 1711 |
| First Interstate Bank | $1,823.42 | 2/21/2023 | Craig Development, LLC | Check 11598 | Craig Development FCCU | 1711 |
| First Interstate Bank | $3,497.89 | 2/21/2023 | Craig Development, LLC | Check 11597 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 2/21/2023 | Craig Development, LLC | Check 11549 | Craig Development FCCU | 1711 |
| Starion Financial | $1,672.00 | 2/21/2023 | Craig Development, LLC | Check 11574 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 2/28/2023 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| Alerus Financial | $3,000.00 | 3/9/2023 | Craig Development, LLC | Check 11639 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $13,710.52 | 3/9/2023 | Craig Development, LLC | Check 11685 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 3/17/2023 | Craig Development, LLC | Check 11640 | Craig Development FCCU | 1711 |
| Clearwater County Land Title | $3,005.00 | 3/21/2023 | Craig Development, LLC | Cashiers Check | Craig Development FCCU | 1711 |
| First Interstate Bank | $3,497.89 | 3/21/2023 | Craig Development, LLC | Check 11718 | Craig Development FCCU | 1711 |
| First Interstate Bank | $1,823.42 | 3/21/2023 | Craig Development, LLC | Check 11719 | Craig Development FCCU | 1711 |
| Starion Financial | $4,650.31 | 3/21/2023 | Craig Development, LLC | Check 11680 | Craig Development FCCU | 1711 |
| Starion Financial | $1,639.22 | 3/21/2023 | Craig Development, LLC | Check 11691 | Craig Development FCCU | 1711 |
| Alerus Financial | $3,000.00 | 4/7/2023 | Craig Development, LLC | Check 11774 | Craig Development FCCU | 1711 |
| Town and County Credit Union | $13,708.52 | 4/12/2023 | Craig Development, LLC | Check 11823 | Craig Development FCCU | 1711 |
| Alerus Financial | $7,500.00 | 4/14/2023 | Craig Development, LLC | Check 11775 | Craig Development FCCU | 1711 |

| Clearwater County Land Title | $3,005.00 | 1/5/2022 | Craig Properties LLC | Cashiers Check | Craig Properties - FCCU | 4695 |
| Clearwater County Land Title | $3,005.00 | 2/7/2022 | Craig Properties LLC | Cashiers Check | Craig Properties - FCCU | 4695 |
| Great Western Bank | $21,860.59 | 2/18/2022 | Craig Properties LLC | Check 39431 | Craig Properties - FCCU | 4695 |
| Alerus Financial | $7,500.00 | 3/14/2022 | Craig Properties LLC | Check 39584 | Craig Properties - FCCU | 4695 |
| Alerus Financial | $5,000.00 | 3/14/2022 | Craig Properties LLC | Check 39553 | Craig Properties - FCCU | 4695 |
| Great Western Bank | $21,860.59 | 3/15/2022 | Craig Properties LLC | Check 39589 | Craig Properties - FCCU | 4695 |
| Starion Financial | $2,639.22 | 3/15/2022 | Craig Properties LLC | Check 39605 | Craig Properties - FCCU | 4695 |
| Starion Financial | $4,650.31 | 3/15/2022 | Craig Properties LLC | Check 39670 | Craig Properties - FCCU | 4695 |
| Great Western Bank | $21,860.59 | 4/13/2022 | Craig Properties LLC | Check 39710 | Craig Properties - FCCU | 4695 |
| Great Western Bank | $21,860.59 | 5/16/2022 | Craig Properties LLC | Check 39779 | Craig Properties - FCCU | 4695 |
| Great Western Bank | $21,860.59 | 6/9/2022 | Craig Properties LLC | Check 39805 | Craig Properties - FCCU | 4695 |
| Great Western/First Interstate Bank | $21,860.59 | 7/19/2022 | Craig Properties LLC | Check 39890 | Craig Properties - FCCU | 4695 |
| Great Western/First Interstate Bank | $21,860.59 | 8/5/2022 | Craig Properties LLC | Check 39944 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 9/12/2022 | Craig Properties LLC | Check 39997 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 10/11/2022 | Craig Properties LLC | Check 40047 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 11/14/2022 | Craig Properties LLC | Check 40104 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 12/9/2022 | Craig Properties LLC | Check 40143 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 1/6/2023 | Craig Properties LLC | Check 40183 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 2/8/2023 | Craig Properties LLC | Check 40235 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 3/8/2023 | Craig Properties LLC | Check 40282 | Craig Properties - FCCU | 4695 |
| First Interstate Bank | $21,860.59 | 4/7/2023 | Craig Properties LLC | Check 40333 | Craig Properties - FCCU | 4695 |

| **Total Transfers:** | **$912,784.33** | | From Craig Development: | $559,075.95 | From Craig Properties: | $353,708.38 |



```
FP TRANSACTION  03-14-22  11:13:11  MEMBER ▮1711CR                1 1520
            FOR CRAIG DEVELOPMENT, LLC  AS JESSE
WITHDRAWAL       103005.00 ▮1711-▮          SMALL BUSINESS CHECKING
   PREV BAL      153368.64 NEW BAL      50363.64
DISBURSED 103,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
 FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
           BOX 749
           OROFINO, ID 83544
```

Member Signature



RRSB FCCU Subpoena 007438

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10098**

77-7869/2913

\*\*\*\* ONE THOUSAND EIGHT HUNDRED TWENTY THREE AND 42/100 DOLLARS

TO THE
ORDER OF

03/14/22          $1,823.42\*\*\*

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈ 171 10⑈



```
FP TRANSACTION  04-08-22  14:06:07  MEMBER █1711CR                1 1775
              FOR CRAIG DEVELOPMENT  AS connie
WITHDRAWAL        3005.00 █1711-█          SMALL BUSINESS CHECKING
    PREV BAL      785942.74 NEW BAL      782937.74
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10414

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

06/01/22        $1,639.22***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106


Business Account

_____
Authorized Signature

17110

RRSB FCCU Subpoena 000658

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**10115**

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

04/01/22            $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈1711⑈

RRSB FCCU Subpoena 000210



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10116**

77-7869/2913

**\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS**

04/01/22          $5,000.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND      58206

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10186**

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

TO THE
ORDER OF

04/02/22          $3,497.89\*\*\*

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

_____
Authorized Signature

⑆ 17110 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10200**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

TO THE
ORDER OF

04/05/22      $1,639.22***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈7⑈10⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10211**

77-7869/2913

**\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS**

TO THE
ORDER OF

04/05/22        $4,650.31\*\*\*

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 000262

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10259**

77-7869/2913

**\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

04/30/22         $10,000.00\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈010259⑈ ⑆▮▮▮▮▮▮▮▮ 17110⑈

RRSB FCCU Subpoena 000428



```
FP TRANSACTION  05-10-22  16:49:04  MEMBER ▉1711CR                1 1718
             FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL        3005.00 ▉1711-▉          SMALL BUSINESS CHECKING
   PREV BAL       708768.88 NEW BAL       705763.88
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
              BOX 749
              OROFINO, ID 83544
```

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10260**

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

04/30/22          $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈010260⑈ ⑆ ▮▮▮▮▮▮▮▮▮▮▮ 17110⑈

RRSB FCCU Subpoena 000472

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE II SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10332**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

05/10/22          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆010332⑆ ⑈ ▊▊▊▊▊▊ 17110⑈

RRSB FCCU Subpoena 000524

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10342

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

05/10/22          $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈010342⑈ ⑆ ⑈17110⑈

RRSB FCCU Subpoena 000482



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10341**

77-7869/2913

**\*\*\*\* ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS**

05/10/22          $1,639.22\*\*\*

TO THE
ORDER OF

**STARION FINANCIAL**
**2754 BRANDT DR S**
**FARGO, ND   58106**

Business Account

Authorized Signature

⑈0⑈0⑈3⑈4⑈1⑈⑈  ⑈:⑈  ⑈1⑈7⑈1⑈0⑈⑈⑈

RRSB FCCU Subpoena 000484



```
FP TRANSACTION  06-10-22  11:49:20  MEMBER ■1711CR                    1 1775
             FOR CRAIG DEVELOPMENT  AS CONNIE
WITHDRAWAL        3005.00 ■1711-■        SMALL BUSINESS CHECKING
   PREV BAL      366228.45 NEW BAL      363223.45
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
            BOX 749
            OROFINO, ID 83544
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10367**

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

06/01/22        $7,500.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈ ▉▉▉▉▉▉▉ ⑈7⑈10⑈

RRSB FCCU Subpoena 000694

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10366

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

06/01/22          $5,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10425

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

06/01/22      $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈ ⑆17110⑈⑆

RRSB FCCU Subpoena 000698

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THESE SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10475**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

06/20/22          $3,497.89\*\*\*

TO THE
ORDER OF

**GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104**

Business Account

Authorized Signature

⑈ ⑈17110⑈

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10476**

77-7869/2913

**\*\*\*\* ONE THOUSAND EIGHT HUNDRED TWENTY THREE AND 42/100 DOLLARS**

TO THE
ORDER OF

06/20/22        $1,823.42\*\*\*

GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 000812

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10492**

77-7869/2913

**\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

06/29/22        $5,000.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈⑆ 17110⑈⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10493**

77-7869/2913

**\* \* \* \*  SEVEN  THOUSAND  FIVE  HUNDRED  AND  00/100  DOLLARS**

TO THE
ORDER OF

06/29/22          $7,500.00\*\*\*

ALERUS  FINANCIAL
BOX  6001
GRAND  FORKS,  ND    58206

Business Account

_____
Authorized Signature

⑈⑈ 17110⑈⑈

RRSB FCCU Subpoena 000856

FP TRANSACTION  07-05-22  14:57:52  MEMBER ▮1711CR                    1 1775
              FOR CRAIG DEVELOPMENT  AS Connie
WITHDRAWAL        3005.00 ▮1711-▮         SMALL BUSINESS CHECKING
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10539**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

TO THE
ORDER OF

07/01/22        $1,639.22***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈ ⑆ 17110 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10536

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

07/01/22        $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 000860

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10544**

77-7869/2913

\*\*\*\* FIFTEEN THOUSAND FIVE HUNDRED NINE AND 00/100 DOLLARS

07/06/22          $15,509.00\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND   58078

Business Account

_____
Authorized Signature

1 7 1 1 0

RRSB FCCU Subpoena 000916



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10571**

77-7869/2913

**** FIVE THOUSAND THREE HUNDRED TWENTY ONE AND 31/100 DOLLARS

TO THE
ORDER OF

07/13/22          $5,321.31***

GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

RRSB FCCU Subpoena 000990



```
FP TRANSACTION  08-02-22  16:00:13  MEMBER ▆1711CR               1 1710
            FOR CRAIG DEVELOPMENT  AS CONNIE
WITHDRAWAL       3005.00 ▆1711-▆         SMALL BUSINESS CHECKING
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
            BOX 749
            OROFINO, ID 83544
```

Member Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10696

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

08/01/22          $7,500.00***

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

RRSB FCCU Subpoena 001058

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10697**

77-7869/2913

\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

08/01/22          $5,000.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

⑈ ⑆17110⑈

RRSB FCCU Subpoena 001060

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10720**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

08/01/22        $1,639.22***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈ 7 ⑈ 7 ⑈ 1 0 ⑈

RRSB FCCU Subpoena 001112

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10751**

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

08/02/22          $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈ 1 ? 1 1 0 ⑈

RRSB FCCU Subpoena 001114

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10755**

77-7869/2913

**\* \* \* \*  FIVE THOUSAND THREE HUNDRED TWENTY ONE AND 67/100 DOLLARS**

TO THE
ORDER OF

08/04/22          $5,321.67\*\*\*

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

_____
Authorized Signature

⑈ ⑆ 17110 ⑈⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10754**

77-7869/2913

**** TEN THOUSAND ONE HUNDRED EIGHTY SEVEN AND 33/100 DOLLARS

TO THE
ORDER OF

08/04/22          $10,187.33**

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈ 1 7 1 1 0 ⑈

RRSB FCCU Subpoena 001146

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10779**

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED TWENTY THREE AND 42/100 DOLLARS

08/12/22          $1,823.42***

TO THE
ORDER OF

GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈⑆ ⑈7⑈10⑈

RRSB FCCU Subpoena 001206



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10780**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

08/12/22          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑂ 7 ⅃ ⅃0⑂

RRSB FCCU Subpoena 001208



```
FP TRANSACTION  09-01-22  13:44:49  MEMBER ■1711CR              1 1753
            FOR CRAIG DEVELOPMENT  AS Connie
WITHDRAWAL        3005.00 ■1711-■       SMALL BUSINESS CHECKING
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```



RRSB FCCU Subpoena 007545

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10821**

77-7869/2913

\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

08/31/22          $5,000.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑆ 17 10⑆

RRSB FCCU Subpoena 001310

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10820**

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

08/31/22              $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10858**

77-7869/2913

\* \* \* \* ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

08/31/22        $1,639.22\*\*\*

**TO THE
ORDER OF**

STAFION FINANCIAL
279 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001332

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10869**

77-7869/2913

\*\*\*\* TEN THOUSAND ONE HUNDRED EIGHTY SEVEN AND 33/100 DOLLARS

TO THE
ORDER OF

09/01/22          $10,187.33\*\*

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑆1711⑈

RRSB FCCU Subpoena 001338

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10870**

77-7869/2913

\*\*\*\* FIVE THOUSAND THREE HUNDRED TWENTY ONE AND 67/100 DOLLARS

09/01/22        $5,321.67\*\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

1711 0

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10890

77-7869/2913

**\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS**

09/06/22          $4,650.31\*\*\*

TO THE
ORDER OF

**STARION FINANCIAL**
**2754 BRANDT DR S**
**FARGO, ND   58104**

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001368

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10903

77-7869/2913

**** SIX THOUSAND ONE HUNDRED FIFTY AND 87/100 DOLLARS

09/07/22          $6,150.87***

TO THE
ORDER OF

GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001386



```
FP TRANSACTION  10-07-22  12:51:10  MEMBER ■1711CR              1 1753
            FOR CRAIG DEVELOPMENT  AS CONNIE
WITHDRAWAL      3005.00 ■1711-■        SMALL BUSINESS CHECKING
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10949**

77-7869/2913

**\*\*\*\*  FOUR THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

10/02/22                    $4,000.00\*\*\*

**ALERUS FINANCIAL**
**BOX 6001**
**GRAND FORKS, ND    58206**

Business Account

Authorized Signature

⑈ 17110⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11013**

77-7869/2913

\*\*\*\* FIFTEEN THOUSAND FIVE HUNDRED NINE AND 00/100 DOLLARS

TO THE
ORDER OF

10/06/22          $15,509.00\*\*

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈⑆ 17110⑈⑆

RRSB FCCU Subpoena 001566

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10948**

77-7869/2913

**\* \* \* \* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

10/02/22          $7,500.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈ 🔲 ⑈ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10993**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

10/02/22          $1,639.22***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 001628



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11035

77-7869/2913

**** SIX THOUSAND THIRTY THREE AND 52/100 DOLLARS

TO THE
ORDER OF

10/11/22          $6,033.52***

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈⑆ 1711 0⑈⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11089**

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

11/01/22          $3,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈ 17110⑈



```
FP TRANSACTION  11-17-22  10:42:48  MEMBER ■1711CR                1 1520
             FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL        3005.00 ■1711-■         SMALL BUSINESS CHECKING
   PREV BAL     657004.80 NEW BAL      653999.80
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
 FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
          PO BOX 749
          OROFINO, ID 83544
```

Member Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11088**

**\*\*\*\*  SEVEN  THOUSAND  FIVE  HUNDRED  AND  00/100  DOLLARS**

11/01/22              $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS  FINANCIAL
BOX  6001
GRAND  FORKS,  ND     58206

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11196**

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

11/07/22               $4,650.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND     58104

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001896

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11197**

77-7869/2913

**\*\*\*\* ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS**

11/07/22        $1,639.22\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

_____
Authorized Signature

17110

RRSB FCCU Subpoena 001898

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11222**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

11/16/22          $3,497.89\*\*\*

TO THE
ORDER OF

**FIRST INTERSTATE BANK**
**5675 26TH AVE S**
**STE 156**
**FARGO, ND    58104**

Business Account

Authorized Signature

⑈ ⑈ ⑈ ⑈ ⑈ ⑈ ⑈ ⑈ ⑈ ⑈ ⑈ 17110⑈

RRSB FCCU Subpoena 001926

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THEIR SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11223**

77-7869/2913

**\* \* \* \*  ONE  THOUSAND  EIGHT  HUNDRED  TWENTY  THREE  AND  42/100  DOLLARS**

11/16/22          $1,823.42\*\*\*

TO THE
ORDER OF

FIRST  INTERSTATE  BANK
5675  26TH  AVE  S
STE  156
FARGO,  ND     58104

Business Account

_____
Authorized Signature

⑈ ▉ ⑈ ⑆ 7 ⑈ ⑈ 0 ⑈⑈

RRSB FCCU Subpoena 001928

```
FP TRANSACTION  12-09-22  08:16:06  MEMBER █1711CR                1 1516
              FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL        3005.00 █1711-███        SMALL BUSINESS CHECKING
   PREV BAL      763538.77 NEW BAL      760533.77
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
           BOX 749
           OROFINO, ID 83544
```

RRSB FCCU Subpoena 007624



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11242**

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

12/01/22        $2,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11271**

77-7869/2913

**\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

12/01/22          $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

_____
Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11284

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

TO THE
ORDER OF

12/01/22          $1,639.22***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002084

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

## Craig Development, LLC

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11302**

77-7869/2913

\*\*\*\* FOURTEEN THOUSAND FIVE HUNDRED FORTY FOUR AND 03/100 DOLLARS

12/01/22          $14,544.03\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈ ⑆                                    ⑈ 7 ⑈ ⑈0⑈⑆

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

11360

**** ONE THOUSAND EIGHT HUNDRED TWENTY THREE AND 42/100 DOLLARS

12/12/22          $1,823.42***

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈⑈ 17110⑈

RRSB FCCU Subpoena 002230

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11361**

77-7869/2913

**\*\*\*\*  THREE  THOUSAND  FOUR  HUNDRED  NINETY  SEVEN  AND  89/100  DOLLARS**

TO THE
ORDER OF

12/12/22          $3,497.89\*\*\*

**FIRST  INTERSTATE  BANK**
**5675  26TH  AVE  S**
**STE  156**
**FARGO,  ND        58104**

Business Account

Authorized Signature

RRSB FCCU Subpoena 002232

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11348**

77-7869/2913

**\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS**

TO THE
ORDER OF

12/08/22        $4,650.31\*\*\*

**STARION FINANCIAL**
**2754 BRANDT DR S**
**FARGO, ND   58104**

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002234

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11438**

77-7869/2913

\*\*\*\* FOURTEEN THOUSAND SEVEN HUNDRED FORTY EIGHT AND 25/100 DOLLARS

01/01/23                    $14,748.25\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈•████████████████ ⌐? ⌐ ⌐0⑈•



```
FP TRANSACTION  01-23-23  09:26:19  MEMBER ▮1711CR              1 1520
          FOR CRAIG DEVELOPMENT  AS JESSE
WITHDRAWAL       3005.00 ▮1711-▮▮       SMALL BUSINESS CHECKING
   PREV BAL     717607.06 NEW BAL     714602.06
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
 FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
          BOX 749
          OROFINO, ID 83544
```

Member Signature



RRSB FCCU Subpoena 007642

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11396**

77-7869/2913

**\*\*\*\* TWO THOUSAND AND 00/100 DOLLARS**

01/01/23                    $2,000.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

_____
Authorized Signature

⑈ 7 1 1 0 ⑈

RRSB FCCU Subpoena 002434

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11395**

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

01/01/23          $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

_____
Authorized Signature

⑈ 17110 ⑈

RRSB FCCU Subpoena 002436

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11489**

77-7869/2913

\*\*\*\* SIX THOUSAND THIRTY THREE AND 52/100 DOLLARS

01/12/23                $6,033.52\*\*\*

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈1711⑈0⑈

RRSB FCCU Subpoena 002412



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11476**

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

TO THE
ORDER OF

01/09/23          $4,650.31***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

RRSB FCCU Subpoena 002418

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THESE SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11432**

77-7869/2913

\*\*\*\* ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

01/01/23          $1,639.22\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

⑈⑈ 17110 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

## Craig Development, LLC

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11558**

77-7869/2913

**** THIRTEEN THOUSAND SEVEN HUNDRED TEN AND 52/100 DOLLARS

TO THE
ORDER OF

02/01/23              $13,710.52**

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

_____
Authorized Signature

⑈⑈ 17110⑈

RRSB FCCU Subpoena 002548

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11589**

77-7869/2913

**\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS**

02/06/23          $3,000.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002600

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11503**

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

02/01/23          $7,500.00***

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002602

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11598**

77-7869/2913

\*\*\*\* ONE THOUSAND EIGHT HUNDRED TWENTY THREE AND 42/100 DOLLARS

TO THE
ORDER OF

02/09/23          $1,823.42\*\*\*

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈ ▮▮▮▮▮▮▮▮▮▮▮▮▮ 17110⑈

RRSB FCCU Subpoena 002580

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11597**

77-7869/2913

**** THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

02/09/23          $3,497.89***

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002586



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11549**

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

TO THE
ORDER OF

02/01/23          $4,650.31***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002588

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11574**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED SEVENTY TWO AND 00/100 DOLLARS

TO THE
ORDER OF

02/03/23          $1,672.00***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

⑁7⑆0⑈

RRSB FCCU Subpoena 002590



```
FP TRANSACTION  02-28-23  16:21:23  MEMBER ■1711CR                1 1505
              FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL        3005.00 ■1711-■■        SMALL BUSINESS CHECKING
   PREV BAL      294312.51 NEW BAL      291307.51
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND
```

Member Signature



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11639**

77-7869/2913

\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS

03/01/23          $3,000.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑂ 17110⑂

RRSB FCCU Subpoena 002710

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11685**

77-7869/2913

\*\*\*\* THIRTEEN THOUSAND SEVEN HUNDRED TEN AND 52/100 DOLLARS

TO THE
ORDER OF

03/01/23          $13,710.52\*\*

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002704



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11640**

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

03/01/23          $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈1 7 1 1 0⑈

RRSB FCCU Subpoena 002764


```
FP TRANSACTION  03-21-23  11:05:03  MEMBER ■1711CR                1 1502
              FOR CRAIG DEVELOPMENT  AS JESSE R CRAIG
WITHDRAWAL         3005.00 ■1711-■■       SMALL BUSINESS CHECKING
   PREV BAL     182910.78 NEW BAL     179905.78
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
            BOX 749
            OROFINO, ID 83544
```

Member Signature

CLEARWATER COUNTY LAND

```
*** PAYMENT COUPONS ***          Payment Due:        03/15/
                                 Account Number:       114O
$50,000.00 ADDITIONAL PAYMENTS DUE   ==> Payment Amount:    3000.
MARCH 15 OF EACH YEAR
                                 Interest Rate:       5.000


JESSE R CRAIG                           CLEARWATER COUN
MULINDA SUE CRAIG                       TITLE COMPANY I
1405 1ST AVE N                          PO BOX 749
FARGO, ND 58102                         OROFINO, ID 835

To insure proper credit to your account please return a coupon with the payment.
```

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11718**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

03/13/23          $3,497.89\*\*\*

TO THE
ORDER OF

**FIRST INTERSTATE BANK**
**5675 26TH AVE S**
**STE 156**
**FARGO, ND    58104**

Business Account

Authorized Signature

⑈ 🔲 ⑈ 17110 ⑈

RRSB FCCU Subpoena 002780

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11719**

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED TWENTY THREE AND 42/100 DOLLARS

03/13/23          $1,823.42***

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈ ███████████████ 17110⑈

RRSB FCCU Subpoena 002782

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11680**

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

TO THE
ORDER OF

03/01/23          $4,650.31***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002774



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11691**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

TO THE
ORDER OF

03/02/23          $1,639.22***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58104

Business Account

Authorized Signature

⑊ 7 ⑊ ⑊ 0 ⑊

RRSB FCCU Subpoena 002776



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11774

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

03/31/23          $3,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002906

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11823**

77-7869/2913

**** THIRTEEN THOUSAND SEVEN HUNDRED EIGHT AND 52/100 DOLLARS

TO THE
ORDER OF

03/31/23        $13,708.52**

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈ ⑈⑈⑈⑈ ⑈ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11775**

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

03/31/23          $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND     58206

Business Account

Authorized Signature

17110



```
FP TRANSACTION  01-05-22  15:26:29  MEMBER █4695CR              1 1520
         FOR CRAIG PROPERTIES LLC  AS JESSE CRAIG
WITHDRAWAL       3005.00 █4695-█          BUSINESS REWARDS
   PREV BAL     753805.61 NEW BAL     750800.61
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
 FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
         BOX 749
         OROFINO, ID 83544
```

Member Signature



```
FP TRANSACTION  02-07-22  13:11:44  MEMBER ▉4695CR              1 1517
          FOR CRAIG PROPERTIES LLC  AS jesse
WITHDRAWAL       3005.00 ▉4695-▉█         BUSINESS REWARDS
   PREV BAL     509240.04 NEW BAL     506235.04
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39431

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

01/31/22          $21,860.59**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039431⑈  ⑆              ⑆              ⬦695⑈

RRSB FCCU Subpoena 015349

RRSB FCCU Subpoena 015549

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39584

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

03/02/22          $7,500.00***

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

_____
Authorized Signature

⑆039584⑈  ⑈ ▮▮▮▮▮▮ ⑆  ▮▮▮▮▮ 4695 ▮

RRSB FCCU Subpoena 015551

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39553**

77-7869/2913

**\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

03/01/22          $5,000.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑆039553⑈  ⑆ ▉▉▉▉▉ ⑆  ▉▉▉▉ 4695 ▉⑈

RRSB FCCU Subpoena 015589

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39589

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

TO THE
ORDER OF

03/02/22          $21,860.59**

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈039589⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮4695⑈

RRSB FCCU Subpoena 015569

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39605

77-7869/2913

\*\*\*\* ONE THOUSAND SIX HUNDRED THIRTY NINE AND 22/100 DOLLARS

03/02/22          $1,639.22\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106


Business Account

Authorized Signature

⑈039605⑈  ⑆ ▆▆▆▆▆ ⑈   ▆▆▆▆ 4695▆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39670

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

03/08/22          $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106

Business Account

_____
Authorized Signature

⑈039670⑈  ⑆ ▮▮▮▮▮▮ ⑆  ▮▮▮▮ 4695 ▮⑈

RRSB FCCU Subpoena 015571

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39710**

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

04/01/22          $21,860.59**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈039710⑈ ⑆           ⑆           4695⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURE

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39779

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

05/09/22          $21,860.59**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈039779⑈  ⑆                 ⑆              4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**39805**

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

06/01/22          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039805⑈ ⑆ ⑈ 4695 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39890

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

TO THE
ORDER OF

07/13/22        $21,860.59**

GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039890⑈  ⑆                 ⑆                 4695⑈

RRSB FCCU Subpoena 016189

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39944

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

08/03/22                    $21,860.59**

TO THE
ORDER OF

GREAT WESTERN/FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039944⑈  ⑆          ⑈          4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39997

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

09/07/22            $21,860.59**

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈039997⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40047

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

10/07/22        $21,860.59**

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑅040047⑆ ⑉ ▮▮▮▮▮▮ ⑉ ▮▮▮▮▮▮4695⑆

RRSB FCCU Subpoena 016469

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

40104

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

11/08/22          $21,860.59**

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈040104⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 016579

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40143

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

12/05/22        $21,860.59\*\*

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈040143⑈ ⑆ ▮▮▮▮▮▮▮ ⑆ ▮▮▮▮▮▮ 4695 ▮⑈

RRSB FCCU Subpoena 016665



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40183

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

01/05/23         $21,860.59**

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆040183⑈  ⑆            ⑆            4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 016717

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40235

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

02/06/23          $21,860.59**

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈040235⑈ ⑆ ▉▉▉▉▉ ⑈ ▉▉▉▉▉ 4695 ⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40282

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

03/07/23          $21,860.59**

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈040282⑈ ⑆ ▮▮▮▮▮▮▮ ⑆ ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 016897



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

40333

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

04/04/23          $21,860.59\*\*

TO THE
ORDER OF

FIRST INTERSTATE BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈040333⑈  ⑆ ████████ ⑆  ████ 4695█ ⑈

RRSB FCCU Subpoena 017007

# <u>Exhibit I</u>

# Summary Table of Miscellaneous Transfers from FCCU Craig Accounts

# Financial Records:
**FCCU Craig Development Account Checks and Transaction Receipts**
**FCCU Craig Properties Account Checks and Transaction Receipts**

## Miscellaneous Transfers from FCCU Craig Accounts

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. | Description of Transferee |
|---|---|---|---|---|---|---|---|
| Window Tint Pros | $1,964.86 | 4/6/2022 | Craig Development LLC | Check 10190 | Craig Development - FCCU | 1711 | Automotive window tinting |
| Neil Walton | $5,000.00 | 4/13/2022 | Craig Development LLC | Check 10156 | Craig Development - FCCU | 1711 | Master Fabricator at Beast Custom Works - custom automotive fabrication |
| Rick Berg | $2,765.88 | 4/13/2022 | Craig Development LLC | Check 10160 | Craig Development - FCCU | 1711 | Business associate |
| Discover | $10,000.00 | 4/14/2022 | Craig Development LLC | Check 10195 | Craig Development - FCCU | 1711 | Credit card payment |
| Discover | $10,000.00 | 4/14/2022 | Craig Development LLC | Check 10133 | Craig Development - FCCU | 1711 | Credit card payment |
| Fargo Tire Service Inc. | $1,506.60 | 4/15/2022 | Craig Development LLC | Check 10214 | Craig Development - FCCU | 1711 | Tire services and sales |
| The Plains Apartments | $63,418.48 | 4/15/2022 | Craig Development LLC | Check 10220 | Craig Development - FCCU | 1711 | Jesse involved in development |
| Sundown Stables, LLC | $425.00 | 4/15/2022 | Craig Development LLC | Check 10201 | Craig Development - FCCU | 1711 | Horse boarding stable in Moorhead, MN |
| Apollo Aero, LLC | $29,380.12 | 4/22/2022 | Craig Development LLC | Check 10182 | Craig Development - FCCU | 1711 | Manufacturer of carbon fiber autoparts |
| Apollo Aero, LLC | $1,612.01 | 4/22/2022 | Craig Development LLC | Check 10118 | Craig Development - FCCU | 1711 | Manufacturer of carbon fiber autoparts |
| Thunderhawk, LLC | $18,650.00 | 4/22/2022 | Craig Development LLC | Check 10184 | Craig Development - FCCU | 1711 | Airplane management, Registered Agent is OMR Services, LLC |
| Pegasus, LLC | $464.48 | 4/22/2022 | Craig Development LLC | Check 10158 | Craig Development - FCCU | 1711 | Registered Agent is OMR Services, LLC |
| Luxor Autosports | $12,000.00 | 4/22/2022 | Craig Development LLC | Check 10225 | Craig Development - FCCU | 1711 | Car detailing service |
| Luxor Autosports | $1,675.00 | 5/2/2022 | Craig Development LLC | Check 10253 | Craig Development - FCCU | 1711 | Car detailing service |
| Midwest Motors | $14,957.00 | 5/13/2022 | Craig Development LLC | Check 10344 | Craig Development - FCCU | 1711 | Recreational Vehicle dealership in Moorhead, MN |
| Luxor Autosports | $1,900.00 | 5/13/2022 | Craig Development LLC | Check 10345 | Craig Development - FCCU | 1711 | Car detailing service |
| Fargo Tire Service Inc. | $2,151.74 | 5/16/2022 | Craig Development LLC | Check 10318 | Craig Development - FCCU | 1711 | Tire services and sales |
| Discover | $10,000.00 | 5/16/2022 | Craig Development LLC | Check 10268 | Craig Development - FCCU | 1711 | Credit card payment |
| Neil Walton | $2,000.00 | 5/16/2022 | Craig Development LLC | Check 10335 | Craig Development - FCCU | 1711 | Master Fabricator at Beast Custom Works - custom automotive fabrication |
| OMR Services LLC | $7,233.06 | 5/16/2022 | Craig Development LLC | Check 10288 | Craig Development - FCCU | 1711 | "One Mile Runway" - third party administrator of owner operated aircrafts - maintenance, hanger space, pilot services, purchase and sale, co-founder Rick Berg |
| OMR Services LLC | $5,059.50 | 5/16/2022 | Craig Development LLC | Check 10304 | Craig Development - FCCU | 1711 | |
| Rick Berg | $2,765.88 | 5/18/2022 | Craig Development LLC | Check 10292 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Firebird Air, LLC | $29,072.65 | 5/18/2022 | Craig Development LLC | Check 10234 | Craig Development - FCCU | 1711 | Registered Agent is Rick Berg, |
| Firebird Air, LLC | $1,633.22 | 5/18/2022 | Craig Development LLC | Check 10273 | Craig Development - FCCU | 1711 | likely aircraft-related |
| Luxor Autosports | $546.00 | 5/20/2022 | Craig Development LLC | Check 10352 | Craig Development - FCCU | 1711 | Car detailing service |
| U Motors | $3,448.45 | 5/23/2022 | Craig Development LLC | Check 10357 | Craig Development - FCCU | 1711 | Motorsports store - boats, ATVs, powersport vehicles |
| Pegasus, LLC | $464.48 | 5/26/2022 | Craig Development LLC | Check 10290 | Craig Development - FCCU | 1711 | Registered Agent is OMR Services, LLC |
| Dakota Spas Factory Outlet | $5,923.25 | 6/6/2022 | Craig Development LLC | Check 10378 | Craig Development - FCCU | 1711 | Hot tub and pool retailer |
| Rick Berg | $464.48 | 6/8/2022 | Craig Development LLC | Check 10408 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| J-car Incorporated | $15,700.00 | 6/8/2022 | Craig Development LLC | Check 10434 | Craig Development - FCCU | 1711 | Unknown entity, address on check matches Specialty Fabricating - metal fabricator |
| U Motors | $3,400.00 | 6/9/2022 | Craig Development LLC | Check 10449 | Craig Development - FCCU | 1711 | Motorsports store - boats, ATVs, powersport vehicles |
| Discover | $15,000.00 | 6/13/2022 | Craig Development LLC | Check 10380 | Craig Development - FCCU | 1711 | Credit card payment |
| OMR Services LLC | $17,899.44 | 6/15/2022 | Craig Development LLC | Check 10405 | Craig Development - FCCU | 1711 | Aircraft-related |
| Firebird Air, LLC | $1,633.22 | 6/15/2022 | Craig Development LLC | Check 10383 | Craig Development - FCCU | 1711 | Registered Agent is Rick Berg |
| Rick Berg | $1,612.01 | 6/15/2022 | Craig Development LLC | Check 10409 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $2,765.88 | 6/15/2022 | Craig Development LLC | Check 10410 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Goss Opera House | $5,000.00 | 6/17/2022 | Craig Development LLC | Check 10385 | Craig Development - FCCU | 1711 | Events center in Watertown, SD |
| Luxor Autosports | $2,550.00 | 6/21/2022 | Craig Development LLC | Check 10469 | Craig Development - FCCU | 1711 | Car detailing service |
| Nicole Mathiason | $9,000.00 | 6/22/2022 | Craig Development LLC | Check 10002 | Craig Development - FCCU | 1711 | Memo on check reads "3 Saddles" |
| Crown Jewels | $8,232.55 | 6/30/2022 | Craig Development LLC | Check 10005 | Craig Development - FCCU | 1711 | Jewelry store in Fargo, ND |
| 2022 Summer Shootout | $1,623.00 | 7/6/2022 | Craig Development LLC | Check 10482 | Craig Development - FCCU | 1711 | Unknown |
| Discover | $10,000.00 | 7/12/2022 | Craig Development LLC | Check 10501 | Craig Development - FCCU | 1711 | Credit card payment |
| Ellsworth Quarter Horses | $2,163.55 | 7/13/2022 | Craig Development LLC | Check 10560 | Craig Development - FCCU | 1711 | Horse breeder and trainer |
| Firebird Air, LLC | $1,633.22 | 7/13/2022 | Craig Development LLC | Check 10502 | Craig Development - FCCU | 1711 | Registered Agent is Rick Berg - likely aircraft-related |
| Rick Berg | $2,765.88 | 7/13/2022 | Craig Development LLC | Check 10514 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $464.48 | 7/13/2022 | Craig Development LLC | Check 10513 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $1,612.01 | 7/13/2022 | Craig Development LLC | Check 10512 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Casselton Vet | $1,208.95 | 7/13/2022 | Craig Development LLC | Check 10550 | Craig Development - FCCU | 1711 | Veterenarian in Casselton, ND |
| Sundown Stables, LLC | $925.00 | 7/21/2022 | Craig Development LLC | Check 10573 | Craig Development - FCCU | 1711 | Horse boarding stable in Moorhead, MN |
| OMR Services LLC | $17,282.63 | 7/28/2022 | Craig Development LLC | Check 10510 | Craig Development - FCCU | 1711 | Aircraft-related |
| Luxor Autosports | $3,000.00 | 8/2/2022 | Craig Development LLC | Check 10587 | Craig Development - FCCU | 1711 | Car detailing service |
| Crown Jewels | $7,922.80 | 8/3/2022 | Craig Development LLC | Check 10707 | Craig Development - FCCU | 1711 | Jewelry store in Fargo, ND |
| Devito Racing Compound | $3,010.96 | 8/4/2022 | Craig Development LLC | Check 10596 | Craig Development - FCCU | 1711 | Specialty automotive repair |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Audi St. Paul | $10,000.00 | 8/5/2022 | Craig Development LLC | Check 10358 | Craig Development - FCCU | 1711 | Audi dealership in St. Paul, MN |
| OK Tire Stores | $3,496.90 | 8/11/2022 | Craig Development LLC | Check 10757 | Craig Development - FCCU | 1711 | Tire services and sales |
| Brian Ellsworth | $2,536.00 | 8/11/2022 | Craig Development LLC | Check 10743 | Craig Development - FCCU | 1711 | Horse breeder and trainer |
| Discover | $10,000.00 | 8/11/2022 | Craig Development LLC | Check 10710 | Craig Development - FCCU | 1711 | Credit card payment |
| Rick Berg | $1,612.01 | 8/12/2022 | Craig Development LLC | Check 10717 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $464.48 | 8/12/2022 | Craig Development LLC | Check 10716 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $2,765.88 | 8/12/2022 | Craig Development LLC | Check 10715 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Firebird Air, LLC | $1,633.22 | 8/12/2022 | Craig Development LLC | Check 10712 | Craig Development - FCCU | 1711 | Aircraft-related |
| OMR Services LLC | $7,911.44 | 8/18/2022 | Craig Development LLC | Check 10713 | Craig Development - FCCU | 1711 | Aircraft-related |
| Sundown Stables, LLC | $1,128.00 | 9/2/2022 | Craig Development LLC | Check 10807 | Craig Development - FCCU | 1711 | Horse boarding stable in Moorhead, MN |
| Wild Oak Group | $89,654.00 | 9/9/2022 | Craig Development LLC | Check 10867 | Craig Development - FCCU | 1711 | Jesse involved in development |
| Ellsworth Quarter Horses | $1,316.23 | 9/12/2022 | Craig Development LLC | Check 10884 | Craig Development - FCCU | 1711 | Horse breeder and trainer |
| Firebird Air, LLC | $1,633.22 | 9/12/2022 | Craig Development LLC | Check 10837 | Craig Development - FCCU | 1711 | Aircraft-related |
| Rick Berg | $464.48 | 9/12/2022 | Craig Development LLC | Check 10853 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $1,612.01 | 9/12/2022 | Craig Development LLC | Check 10854 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $2,765.88 | 9/12/2022 | Craig Development LLC | Check 10852 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Luxor Autosports | $1,100.00 | 9/20/2022 | Craig Development LLC | Check 10888 | Craig Development - FCCU | 1711 | Car detailing service |
| Buckle Performance Horses | $8,000.00 | 9/29/2022 | Craig Development LLC | Check 10812 | Craig Development - FCCU | 1711 | Horse riding school in Moorhead, MN |
| K2 Event | $1,500.00 | 10/4/2022 | Craig Development LLC | Check 10934 | Craig Development - FCCU | 1711 | Wedding planner in Telluride, CO |
| Sundown Stables, LLC | $1,126.00 | 10/7/2022 | Craig Development LLC | Check 10995 | Craig Development - FCCU | 1711 | Horse boarding stable in Moorhead, MN |
| Luxor Autosports | $695.00 | 10/11/2022 | Craig Development LLC | Check 10991 | Craig Development - FCCU | 1711 | Car detailing service |
| Jose Cortez | $12,950.00 | 10/18/2022 | Craig Development LLC | Check 11062 | Craig Development - FCCU | 1711 | Unknown individual located in Felton, MN |
| Luxor Autosports | $2,850.00 | 10/19/2022 | Craig Development LLC | Check 11069 | Craig Development - FCCU | 1711 | Car detailing service |
| OMR Services LLC | $13,697.87 | 10/20/2022 | Craig Development LLC | Check 11040 | Craig Development - FCCU | 1711 | Aircraft-related |
| Discover | $10,000.00 | 10/24/2022 | Craig Development LLC | Check 10982 | Craig Development - FCCU | 1711 | Credit card payment |
| Rick Berg | $2,765.88 | 10/24/2022 | Craig Development LLC | Check 10974 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Jose Cortez | $12,950.00 | 10/31/2022 | Craig Development LLC | Check 11083 | Craig Development - FCCU | 1711 | Unknown individual located in Felton, MN |
| Rick Berg | $464.48 | 10/31/2022 | Craig Development LLC | Check 10976 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $1,633.22 | 10/31/2022 | Craig Development LLC | Check 11016 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $1,612.01 | 10/31/2022 | Craig Development LLC | Check 10975 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Chris Almendarez | $12,900.00 | 11/1/2022 | Craig Development LLC | Check 11082 | Craig Development - FCCU | 1711 | Unknown individual located in Detroit Lakes, MN |
| Chris Almendarez | $8,000.00 | 11/8/2022 | Craig Development LLC | Check 11176 | Craig Development - FCCU | 1711 | Unknown individual located in Detroit Lakes, MN |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OMR Services LLC | $26,422.73 | 11/8/2022 | Craig Development LLC | Check 11086 | Craig Development - FCCU | 1711 | Aircraft-related |
| Firebird Air, LLC | $1,633.22 | 11/16/2022 | Craig Development LLC | Check 11107 | Craig Development - FCCU | 1711 | Aircraft-related |
| Rick Berg | $464.48 | 11/16/2022 | Craig Development LLC | Check 11128 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $1,612.01 | 11/16/2022 | Craig Development LLC | Check 11129 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Jose Cortez | $25,000.00 | 11/18/2022 | Craig Development LLC | Check 11215 | Craig Development - FCCU | 1711 | Unknown individual located in Felton, MN |
| Chase - Cardmember Service | $2,000.00 | 11/21/2022 | Craig Development LLC | Check 11095 | Craig Development - FCCU | 1711 | Credit card payment |
| Pegasus, LLC | $7,879.20 | 11/23/2022 | Craig Development LLC | Check 11126 | Craig Development - FCCU | 1711 | likely aircraft-related |
| Discover | $5,000.00 | 11/23/2022 | Craig Development LLC | Check 11180 | Craig Development - FCCU | 1711 | Credit card payment |
| Devito Racing Compound | $6,700.00 | 11/30/2022 | Craig Development LLC | Check 11235 | Craig Development - FCCU | 1711 | Specialty automotive repair |
| Rick Berg | $2,765.88 | 12/5/2022 | Craig Development LLC | Check 11130 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Jose Cortez | $28,801.00 | 12/7/2022 | Craig Development LLC | Check 11325 | Craig Development - FCCU | 1711 | Unknown individual located in Felton, MN |
| Fargo Tire Service Inc. | $1,972.05 | 12/15/2022 | Craig Development LLC | Check 11281 | Craig Development - FCCU | 1711 | Tire services and sales |
| Chase - Cardmember Service | $4,000.00 | 12/15/2022 | Craig Development LLC | Check 11245 | Craig Development - FCCU | 1711 | Credit card payment |
| Rick Berg | $1,612.01 | 12/15/2022 | Craig Development LLC | Check 11295 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $464.48 | 12/15/2022 | Craig Development LLC | Check 11296 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $1,633.22 | 12/15/2022 | Craig Development LLC | Check 11297 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Rick Berg | $11,294.00 | 12/15/2022 | Craig Development LLC | Check 11294 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Boulder Creek Outfitters | $5,000.00 | 12/15/2022 | Craig Development LLC | Check 11243 | Craig Development - FCCU | 1711 | Hunting store in Peck, ID |
| Discover | $10,000.00 | 12/16/2021 | Craig Development LLC | Check 11261 | Craig Development - FCCU | 1711 | Credit card payment |
| Devito Racing Compound | $7,400.00 | 12/19/2022 | Craig Development LLC | Check 11239 | Craig Development - FCCU | 1711 | Specialty automotive repair |
| Charles Kvare | $20,000.00 | 12/18/2022 | Craig Development LLC | Check 11365 | Craig Development - FCCU | 1711 | Unknown individual located in Pelican Rapids, MN |
| Jose Cortez | $5,000.00 | 1/4/2023 | Craig Development LLC | Check 11449 | Craig Development - FCCU | 1711 | Unknown individual located in Felton, MN |
| OMR Services LLC | $5,815.73 | 1/5/2023 | Craig Development LLC | Check 11391 | Craig Development - FCCU | 1711 | Aircraft-related |
| OMR Services LLC | $13,782.08 | 1/5/2023 | Craig Development LLC | Check 11292 | Craig Development - FCCU | 1711 | Aircraft-related |
| OMR Services LLC | $13,780.10 | 1/5/2023 | Craig Development LLC | Check 11390 | Craig Development - FCCU | 1711 | Aircraft-related |
| Devito Racing Compound | $12,957.16 | 1/5/2023 | Craig Development LLC | Check 11453 | Craig Development - FCCU | 1711 | Specialty automotive repair |
| Rick Berg | $464.48 | 1/17/2023 | Craig Development LLC | Check 11426 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Josh Radcliffe | $7,500.00 | 1/19/2023 | Craig Development LLC | Check 11447 | Craig Development - FCCU | 1711 | Registered Agent of 3rd Gear Customs, LLC - auto-related |
| Chase - Cardmember Service | $3,000.00 | 1/23/2023 | Craig Development LLC | Check 11399 | Craig Development - FCCU | 1711 | Credit card payment |
| Rick Berg | $2,765.88 | 1/25/2023 | Craig Development LLC | Check 11427 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Discover | $5,000.00 | 2/7/2023 | Craig Development LLC | Check 11411 | Craig Development - FCCU | 1711 | Credit card payment |
| Firebird Air, LLC | $6,379.89 | 2/10/2023 | Craig Development LLC | Check 11523 | Craig Development - FCCU | 1711 | Aircraft-related |
| Rick Berg | $464.48 | 2/22/2023 | Craig Development LLC | Check 11546 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sundown Stables, LLC | $1,105.00 | 2/24/2023 | Craig Development LLC | Check 11570 | Craig Development - FCCU | 1711 | Horse boarding stable in Moorhead, MN |
| Pegasus, LLC | $607.10 | 2/27/2023 | Craig Development LLC | Check 11542 | Craig Development - FCCU | 1711 | Aircraft-related |
| Rick Berg | $2,583.33 | 2/27/2023 | Craig Development LLC | Check 11624 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Chase - Cardmember Service | $2,000.00 | 3/6/2023 | Craig Development LLC | Check 11508 | Craig Development - FCCU | 1711 | Credit card payment |
| Rick Berg | $2,765.88 | 3/7/2023 | Craig Development LLC | Check 11545 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Diesel Dobermans | $1,800.00 | 3/8/2023 | Craig Development LLC | Check 11614 | Craig Development - FCCU | 1711 | Dog breeder in Hague, ND |
| Rick Berg | $464.48 | 3/13/2023 | Craig Development LLC | Check 11676 | Craig Development - FCCU | 1711 | Business associate of Jesse Craig |
| Chris Almendarez | $4,000.00 | 3/16/2023 | Craig Development LLC | Check 11699 | Craig Development - FCCU | 1711 | Unknown individual located in Detroit Lakes, MN |
| Chase - Cardmember Service | $2,000.00 | 3/21/2023 | Craig Development LLC | Check 11645 | Craig Development - FCCU | 1711 | Credit card payment |
| Pegasus, LLC | $1,117.20 | 3/27/2023 | Craig Development LLC | Check 11672 | Craig Development - FCCU | 1711 | Aircraft-related |
| Pegasus, LLC | $1,943.64 | 3/27/2023 | Craig Development LLC | Check 11673 | Craig Development - FCCU | 1711 | Aircraft-related |
| Pegasus, LLC | $1,382.10 | 3/27/2023 | Craig Development LLC | Check 11423 | Craig Development - FCCU | 1711 | Aircraft-related |
| Firebird Air, LLC | $6,379.89 | 3/27/2023 | Craig Development LLC | Check 11659 | Craig Development - FCCU | 1711 | Aircraft-related |
| OMR Services LLC | $16,591.32 | 1/12/2022 | Craig Properties LLC | Check 39233 | Craig Properties - FCCU | 4695 | Aircraft-related |
| Christopher Haats | $52,500.00 | 1/18/2022 | Craig Properties LLC | Check 39321 | Craig Properties - FCCU | 4695 | Unknown individual located in Detroit Lakes, MN |
| Josh Radcliffe | $10,000.00 | 2/1/2022 | Craig Properties LLC | Check 39351 | Craig Properties - FCCU | 4695 | Registered Agent of 3rd Gear Customs, LLC - auto-related |
| Sundown Stables, LLC | $1,275.00 | 2/1/2022 | Craig Properties LLC | Check 39325 | Craig Properties - FCCU | 4695 | Horse boarding stable in Moorhead, MN |
| Christopher Haats | $12,200.00 | 2/2/2022 | Craig Properties LLC | Check 39443 | Craig Properties - FCCU | 4695 | Unknown individual located in Detroit Lakes, MN |
| Crown Jewels | $41,772.70 | 2/9/2022 | Craig Properties LLC | Check 39463 | Craig Properties - FCCU | 4695 | Jewelry store in Fargo, ND |
| Discover | $10,000.00 | 2/11/2022 | Craig Properties LLC | Check 39371 | Craig Properties - FCCU | 4695 | Credit card payment |
| Christopher Haats | $5,150.00 | 2/15/2022 | Craig Properties LLC | Check 39492 | Craig Properties - FCCU | 4695 | Unknown individual located in Detroit Lakes, MN |
| Christopher Haats | $1,500.00 | 2/15/2022 | Craig Properties LLC | Check 39501 | Craig Properties - FCCU | 4695 | Unknown individual located in Detroit Lakes, MN |
| OMR Services LLC | $7,675.07 | 2/16/2022 | Craig Properties LLC | Check 39441 | Craig Properties - FCCU | 4695 | Aircraft-related |
| Luxor Autosports | $4,049.00 | 2/16/2022 | Craig Properties LLC | Check 39478 | Craig Properties - FCCU | 4695 | Car detailing service |
| Duffy Froemke | $7,000.00 | 2/17/2022 | Craig Properties LLC | Check 39512 | Craig Properties - FCCU | 4695 | Unknown individual |
| Christopher Haats | $15,000.00 | 2/18/2022 | Craig Properties LLC | Check 39502 | Craig Properties - FCCU | 4695 | Unknown individual located in Detroit Lakes, MN |
| American Federal Bank | $189,825.06 | 3/2/2022 | Craig Properties LLC | Check 39532 | Craig Properties - FCCU | 4695 | Potentially 220 West related |
| Christopher Haats | $1,500.00 | 3/1/2022 | Craig Properties LLC | Check 39533 | Craig Properties - FCCU | 4695 | Unknown individual located in Detroit Lakes, MN |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chris Almendarez | $6,750.00 | 3/2/2022 | Craig Properties LLC | Check 39534 | Craig Properties - FCCU | 4695 | Unknown individual located in Detroit Lakes, MN |
| Luxor Autosports | $25,000.00 | 3/8/2022 | Craig Properties LLC | Check 39525 | Craig Properties - FCCU | 4695 | Car detailing service |
| Sundown Stables, LLC | $1,265.00 | 3/10/2022 | Craig Properties LLC | Check 39573 | Craig Properties - FCCU | 4695 | Horse boarding stable in Moorhead, MN |
| Discover | $10,000.00 | 3/11/2022 | Craig Properties LLC | Check 39559 | Craig Properties - FCCU | 4695 | Credit card payment |
| Luxor Autosports | $1,600.00 | 3/14/2022 | Craig Properties LLC | Check 39639 | Craig Properties - FCCU | 4695 | Car detailing service |
| Rick Berg | $464.48 | 3/14/2022 | Craig Properties LLC | Check 39604 | Craig Properties - FCCU | 4695 | Business associate of Jesse Craig |
| Rick Berg | $1,612.01 | 3/14/2021 | Craig Properties LLC | Check 39598 | Craig Properties - FCCU | 4695 | Business associate of Jesse Craig |
| Mark Vanyo | $10,000.00 | 3/14/2022 | Craig Properties LLC | Check 39360 | Craig Properties - FCCU | 4695 | Owner of Coldwell Banker First Realty |
| Mark Vanyo | $80,808.15 | 3/14/2022 | Craig Properties LLC | Check 39435 | Craig Properties - FCCU | 4695 | Owner of Coldwell Banker First Realty |
| Rick Berg | $2,765.88 | 3/16/2022 | Craig Properties LLC | Check 39590 | Craig Properties - FCCU | 4695 | Business associate of Jesse Craig |
| Neil Walton | $30,000.00 | 3/16/2022 | Craig Properties LLC | Check 39674 | Craig Properties - FCCU | 4695 | Beast Custom Works - automotive fabrication |
| Neil Walton | $10,000.00 | 3/16/2022 | Craig Properties LLC | Check 39675 | Craig Properties - FCCU | 4695 | Beast Custom Works - automotive fabrication |
| Gateway Chevrolet | $6,600.00 | 3/17/2022 | Craig Properties LLC | Check 39680 | Craig Properties - FCCU | 4695 | Car dealership |
| OMR Services LLC | $6,899.59 | 3/17/2022 | Craig Properties LLC | Check 39567 | Craig Properties - FCCU | 4695 | Aircraft-related |
| OMR Services LLC | $2,081.60 | 3/22/2022 | Craig Properties LLC | Check 39576 | Craig Properties - FCCU | 4695 | Aircraft-related |
| Wonders of the World | $1,485.00 | 4/4/2022 | Craig Properties LLC | Check 39715 | Craig Properties - FCCU | 4695 | Childcare provider in Fargo, ND |
| Wonders of the World | $1,460.00 | 7/18/2022 | Craig Properties LLC | Check 39888 | Craig Properties - FCCU | 4695 | |

| | | | | |
|---|---|---|---|---|
| **Total Transfers:** | **$1,465,668.49** | From Craig Development: $  890,838.63 | From Craig Properties: | $574,829.86 |



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10190

77-7869/2913

**** ONE THOUSAND NINE HUNDRED SIXTY FOUR AND 86/100 DOLLARS

TO THE
ORDER OF

04/05/22          $1,964.86***

WINDOW TINT PROS
2219 MAIN
FARGO, ND    58103

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10156**

77-7869/2913

\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

NEIL WALTON

04/01/22          $5,000.00\*\*\*

Business Account

Authorized Signature

1 7 1 1 0

RRSB FCCU Subpoena 000270

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10160**

77-7869/2913

\* \* \* \*  TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

04/01/22            $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈⑅⑈ 17110 ⑈

RRSB FCCU Subpoena 000280



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10195**

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

04/05/22          $10,000.00**

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 000296



**Craig Development, LLC**
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10133

77-7869/2913

**\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS**

04/01/22        $10,000.00\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL     60197

Business Account

Authorized Signature

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10214

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED SIX AND 60/100 DOLLARS

04/06/22          $1,506.60***

TO THE
ORDER OF

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND    58102

Business Account

Authorized Signature

⑈7⑈10⑈

RRSB FCCU Subpoena 000308

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10220**

77-7869/2913

**** SIXTY THREE THOUSAND FOUR HUNDRED EIGHTEEN AND 48/100 DOLLARS

TO THE
ORDER OF

04/10/22        $63,418.48**

THE PLAINS APARTMENTS

Business Account

Authorized Signature

⑈⑆ 1711 0⑈⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107 – –

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**10201**

**\* \* \* \*  FOUR HUNDRED TWENTY FIVE AND 00/100 DOLLARS**

TO THE
ORDER OF

04/05/22          $425.00\*\*\*\*\*

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN   56560

Business Account

Authorized Signature

⑈ 1 7 1 1 0 ⑈

RRSB FCCU Subpoena 000328

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10182**

77-7869/2913

**\* \* \* \*  TWENTY NINE THOUSAND THREE HUNDRED EIGHTY AND 12/100 DOLLARS**

TO THE
ORDER OF

04/02/22        $29,380.12\*\*

Apollo Aero, LLC
Box 7145
Fargo, ND    58106

Business Account

Authorized Signature

ꝑ7ꝑ0ꝑ

RRSB FCCU Subpoena 000348

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10118**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

04/01/22          $1,612.01***

TO THE
ORDER OF

APOLLO AERO, LLC
PO BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

1711 0

RRSB FCCU Subpoena 000350



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10184**

77-7869/2913

**** EIGHTEEN THOUSAND SIX HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

04/02/22          $18,650.00**

Thunderhawk, LLC
Box 7145
Fargo, ND    58106

Business Account

Authorized Signature

⑈7⑈0⑈

RRSB FCCU Subpoena 000352

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10158**

77-7869/2913

**\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS**

04/01/22          $464.48\*\*\*\*\*

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

1711

RRSB FCCU Subpoena 000354



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10225**

77-7869/2913

\*\*\*\* TWELVE THOUSAND AND 00/100 DOLLARS

04/18/22        $12,000.00\*\*

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

_____
Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10253

77-7869/2913

**** ONE THOUSAND SIX HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

04/27/22          $1,675.00***

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈ ⑆ 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 🏿 ⑈ 🏿 🏿 ⑈ 17110⑈

RRSB FCCU Subpoena 000394



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10344**

77-7869/2913

**** FOURTEEN THOUSAND FIVE HUNDRED NINETY SEVEN AND 00/100 DOLLARS

05/11/22        $14,597.00**

TO THE
ORDER OF

MIDWEST MOTORS
2500 2ND AVE N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈17⑈10⑈

RRSB FCCU Subpoena 000458



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10345

77-7869/2913

**** ONE THOUSAND NINE HUNDRED AND 00/100 DOLLARS

05/11/22          $1,900.00***

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

RRSB FCCU Subpoena 000460



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10318**

77-7869/2913

**** TWO THOUSAND ONE HUNDRED FIFTY ONE AND 74/100 DOLLARS

05/03/22          $2,151.74***

TO THE
ORDER OF

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND    58102

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 000486



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10268**

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

04/30/22          $10,000.00**

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

RRSB FCCU Subpoena 000504

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10335**

77-7869/2913

\*\*\*\* TWO THOUSAND AND 00/100 DOLLARS

05/10/22          $2,000.00\*\*\*

TO THE
ORDER OF

NEIL WALTON
104 1st Ave
Englevale, ND 58033

Business Account

Authorized Signature

i?ii0

RRSB FCCU Subpoena 000508

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10288**

77-7869/2913

**\*\*\*\* SEVEN THOUSAND TWO HUNDRED THIRTY THREE AND 06/100 DOLLARS**

04/30/22          $7,233.06\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈ ⑈ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10304**

77-7869/2913

**\*\*\*\* FIVE THOUSAND FIFTY NINE AND 50/100 DOLLARS**

04/30/22            $5,059.50\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 000516

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10292**

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

04/30/22          $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

47110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**10234**

**\*\*\*\* TWENTY NINE THOUSAND SEVENTY TWO AND 65/100 DOLLARS**

TO THE
ORDER OF

04/25/22          $29,072.65\*\*

FIREBIRD AIR, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈ ⑦ ⑈ ⑈0⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10273**

77-7869/2913

\*\*\*\* ONE THOUSAND SIX HUNDRED THIRTY THREE AND 22/100 DOLLARS

04/30/22          $1,633.22\*\*\*

TO THE
ORDER OF

FIREBIRD AIR, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈ 1 7 1 1 0 ⑈

RRSB FCCU Subpoena 000560

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10352**

77-7869/2913

**\*\*\*\* FIVE HUNDRED FORTY SIX AND 00/100 DOLLARS**

TO THE
ORDER OF

**LUXOR AUTOSPORTS**

05/18/22          $546.00\*\*\*\*\*

Business Account

Authorized Signature

⑈⑆ 17110⑈⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10357**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED FORTY EIGHT AND 45/100 DOLLARS**

05/19/22        $3,448.45\*\*\*

TO THE
ORDER OF

U MOTORS
217 38TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

⑈ ⑆ ⑈ ⑆    17110⑈⑆

RRSB FCCU Subpoena 000584



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10290**

77-7869/2913

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

04/30/22        $464.48\*\*\*\*\*

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 000594

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10378**

77-7869/2913

\*\*\*\* FIVE THOUSAND NINE HUNDRED TWENTY THREE AND 25/100 DOLLARS

06/01/22        $5,923.25\*\*\*

TO THE
ORDER OF

DAKOTA SPAS FACTORY OUTLET
492 36TH ST S
FARGO, ND   58103

Business Account

Authorized Signature

⑈ 7 ⑈0⑈

RRSB FCCU Subpoena 000606

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10408

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

06/01/22          $464.48*****

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈⑈ ⑈7⑈0⑈

RRSB FCCU Subpoena 000628

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10434**

77-7869/2913

**\*\*\*\* FIFTEEN THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

06/03/22          $15,700.00\*\*

J-car Incorporated
4230 7th Ave N
Fargo, ND    58102

Business Account

_____
Authorized Signature

⑈ ⑆17110⑈

RRSB FCCU Subpoena 000630

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10449**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS**

06/07/22          $3,400.00\*\*\*

TO THE
ORDER OF

U MOTORS
217 38TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

⑆ ⑈ 17110 ⑈

RRSB FCCU Subpoena 000652



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

10380

**** FIFTEEN THOUSAND AND 00/100 DOLLARS

06/01/22        $15,000.00**

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

RRSB FCCU Subpoena 000684

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10405**

77-7869/2913

**\*\*\*\* SEVENTEEN THOUSAND EIGHT HUNDRED NINETY NINE AND 44/100 DOLLARS**

06/01/22          $17,899.44\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10383**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY THREE AND 22/100 DOLLARS

TO THE
ORDER OF

06/01/22          $1,633.22***

FIREBIRD AIR, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

1711011

RRSB FCCU Subpoena 000748

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10409

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

06/01/22        $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 000752

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10410

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

06/01/22      $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10385**

77-7869/2913

\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS

06/01/22          $5,000.00\*\*\*

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈ ⑦⑊⑈O⑈

RRSB FCCU Subpoena 000782



Craig Development, LLC

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10469

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

06/16/22        $2,550.00***

LUXOR AUTOSPORTS

Business Account

Authorized Signature

RRSB FCCU Subpoena 000790



**10002**

77-7869/2913

**CRAIG DEVELOPMENT, LLC**
1617 1ST AVE N SUITE B
FARGO, ND 58107

First Community Credit Union
PO Box 2180
Jamestown, ND 58402-2180
800-850-7676

CHECK ARMOR

DATE                    AMOUNT

$9,000

PAY
TO THE
ORDER
OF:

Nichole Mathiason
nine thousand and no/100

AUTHORIZED SIGNATURE

3 saddles

17110



**CRAIG DEVELOPMENT, LLC**
1617 1ST AVE N SUITE B
FARGO, ND 58107

10005

77-7869/2913

First Community Credit Union
PO Box 2180
Jamestown, ND 58402-2180
800-850-7676

CHECK ARMOR

PAY
TO THE
ORDER
OF:

Crown Jewels

Eight thousand two hundred thirty two and 55/

DATE 6-29-22

AMOUNT $8,232 55

AUTHORIZED SIGNATURE

17110

RRSB FCCU Subpoena 000838

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10482**

77-7869/2913

**\*\*\*\* ONE THOUSAND SIX HUNDRED TWENTY THREE AND 00/100 DOLLARS**

TO THE
ORDER OF
*2022 Summer Shootout Split Cmb 2*

06/24/22        $1,623.00\*\*\*

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 000868

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10501**

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

06/29/22        $10,000.00\*\*

Business Account

Authorized Signature

RRSB FCCU Subpoena 000918

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10560**

77-7869/2913

**** TWO THOUSAND ONE HUNDRED SIXTY THREE AND 55/100 DOLLARS

07/07/22          $2,163.55***

TO THE
ORDER OF

ELLSWORTH QUARTER HORSES
23446 CTY HWY N
KENDALL, WI   54638

Business Account

Authorized Signature

⑈ ⑆17110⑈

RRSB FCCU Subpoena 000934

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10502

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY THREE AND 22/100 DOLLARS

TO THE
ORDER OF

06/29/22          $1,633.22***

FIREBIRD AIR, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈⑈ 17110⑈⑈

RRSB FCCU Subpoena 000938

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10514**

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

06/29/22          $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 000940

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10513**

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

06/29/22          $464.48*****

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10512

77-7869/2913

**\*\*\*\* ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS**

06/29/22          $1,612.01\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈ 17 110⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10550

77-7869/2913

**** ONE THOUSAND TWO HUNDRED EIGHT AND 95/100 DOLLARS

TO THE
ORDER OF

07/07/22          $1,208.95***

CASSELTON VET
910 GOVERNORS DRIVE
CASSELTON, ND    58102

Business Account

Authorized Signature

⑆17110⑈

RRSB FCCU Subpoena 000948

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10573**

77-7869/2913

**** NINE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

07/13/22          $925.00*****

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES .

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10510**

**77-7869/2913**

**\*\*\*\* SEVENTEEN THOUSAND TWO HUNDRED EIGHTY TWO AND 63/100 DOLLARS**

06/29/22          $17,282.63\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈⑆ ⑈⑆⑈⑆⑈⑆⑈⑆⑈⑆⑈⑆⑈⑆⑈⑆⑈⑆ 17110⑈⑆

RRSB FCCU Subpoena 001028



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10587**

**77-7869/2913**

\*\*\*\*  THREE  THOUSAND  AND  00/100  DOLLARS

TO THE
ORDER OF

LUXOR AUTOSPORTS

07/19/22        $3,000.00\*\*\*

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10707**

77-7869/2913

\*\*\*\* SEVEN THOUSAND NINE HUNDRED TWENTY TWO AND 80/100 DOLLARS

08/01/22          $7,922.80\*\*\*

TO THE
ORDER OF

CROWN JEWELS

Business Account

Authorized Signature



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10596

77-7869/2913

**** THREE THOUSAND TEN AND 96/100 DOLLARS

07/26/22          $3,010.96***

TO THE
ORDER OF

DEVITO RACING COMPOUND
4510 27th St N   Unit B
Fargo, ND 58102

Business Account

Authorized Signature

RRSB FCCU Subpoena 001080

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo. ND  58107

158687

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

10358

10,000.00

TO THE ORDER OF    Audi st. paul

05/19/22

ten thousand and 00/100

Business Account

Authorized Signature

RRSB FCCU Subpoena 001102

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10757**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SIX AND 90/100 DOLLARS**

TO THE
ORDER OF

08/04/22          $3,496.90\*\*\*

OK TIRE STORES
2224 MAIN AVENUE
FARGO, ND   58103

Business Account

Authorized Signature

⑈⑊ ▨ ⑈ 17110⑈⑊

RRSB FCCU Subpoena 001174

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10743**

77-7869/2913

**\*\*\*\*  TWO THOUSAND FIVE HUNDRED THIRTY SIX AND 00/100 DOLLARS**

TO THE
ORDER OF

08/02/22          $2,536.00\*\*\*

BRIAN ELLSWORTH
23446  Cty  Hwy N
Kendall,  WI  54638

Business Account

Authorized Signature

⑈⑊ 17110⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10710

77-7869/2913

.**** TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL   60197

08/01/22          $10,000.00**

Business Account

Authorized Signature

⑈ ⑈ 17110⑈⑈

RRSB FCCU Subpoena 001178

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10717**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

TO THE
ORDER OF

08/01/22        $1,612.01***

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈⑈⑈⑈⑈ 17110⑈

RRSB FCCU Subpoena 001186

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10716

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

08/01/22            $464.48*****

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈ 17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10715**

77-7869/2913

**\* \* \* \* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS**

08/01/22          $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈171⑈0⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10712

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY THREE AND 22/100 DOLLARS

TO THE
ORDER OF

08/01/22        $1,633.22***

FIREBIRD AIR, LLC
PO BOX 6530
FARGO, ND    58109-6530

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001192

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10713

77-7869/2913

**** SEVEN THOUSAND NINE HUNDRED ELEVEN AND 44/100  DOLLARS

08/01/22          $7,911.44***

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001232

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10807**

77-7869/2913

\*\*\*\* ONE THOUSAND ONE HUNDRED TWENTY EIGHT AND 00/100 DOLLARS

08/26/22          $1,128.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001306

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10867**

77-7869/2913

\*\*\*\* EIGHTY NINE THOUSAND SIX HUNDRED FIFTY FOUR AND 00/100 DOLLARS

TO THE
ORDER OF

08/31/22          $89,654.00\*\*

Wild Oak Group
300 23rd Ave E
West Fargo, ND    58078

Business Account

Authorized Signature

ıı'                                                    ı7ıı0ıı'

RRSB FCCU Subpoena 001372

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

10884

77-7869/2913

**\*\*\*\* ONE THOUSAND THREE HUNDRED SIXTEEN AND 23/100 DOLLARS**

TO THE
ORDER OF

09/06/22        $1,316.23\*\*\*

**ELLSWORTH QUARTER HORSES**
**23446 CTY HWY N**
**KENDALL, WI   54638**

Business Account

Authorized Signature

RRSB FCCU Subpoena 001390

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10837**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED THIRTY THREE AND 22/100 DOLLARS

08/31/22          $1,633.22***

TO THE
ORDER OF

FIREBIRD AIR, LLC
PO BOX 6530
FARGO, ND   58109-6530

Business Account

Authorized Signature

⑆17110⑈

RRSB FCCU Subpoena 001408

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10853**

77-7869/2913

\* \* \* \*  FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

08/31/22        $464.48 * * * * *

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001410

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10854**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

08/31/22          $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 5530
FARGO, ND    58109

Business Account

Authorized Signature

⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈  17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10852**

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

08/31/22        $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001414



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OR THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10888**

77-7869/2913

**\*\*\*\* ONE THOUSAND ONE HUNDRED AND 00/100 DOLLARS**

09/06/22          $1,100.00\*\*\*

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈7110⑈

RRSB FCCU Subpoena 001474



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10812**

77-7869/2913

**** EIGHT THOUSAND AND 00/100 DOLLARS

08/29/22          $6,000.00***

TO THE
ORDER OF

Buckle Performance Horses
109 Wall St Ave N
Moorhead, MN    56560

Business Account

Authorized Signature



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**10934**

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

09/20/22            $1,500.00***

K2 EVENT C/O KRISTEN ROSENBAUM
PO BOX 310
TELLURIDE, CO    81435

Business Account

Authorized Signature

�607110⑥

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10995**

77-7869/2913

**\* \* \* \*  ONE  THOUSAND  ONE  HUNDRED  TWENTY  SIX  AND  00/100  DOLLARS**

10/02/22          $1,126.00\*\*\*

TO THE
ORDER OF

SUNDOWN  STABLES,  LLC
7113  28TH  ST  N
MOORHEAD,  MN    56560

Business Account

Authorized Signature

⑈ 7 ⑈ ⑈ 0 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10991

77-7869/2913

**** SIX HUNDRED NINETY FIVE AND 00/100 DOLLARS

10/02/22            $695.00*****

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURE

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11062**

77-7869/2913

**** TWELVE THOUSAND NINE HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

10/17/22          $12,950.00**

Jose Cortez
607 th St
Felton, MN    56536

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11069**

77-7869/2913

**** TWO THOUSAND EIGHT HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

10/18/22          $2,850.00***

LUXOR AUTOSPORTS

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001692

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11040

77-7869/2913

**** THIRTEEN THOUSAND SIX HUNDRED NINETY SEVEN AND 87/100 DOLLARS

10/11/22          $13,697.87**

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001716

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10982**

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

10/02/22          $10,000.00\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈7⑈10⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10974**

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

10/02/22          $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11083**

77-7869/2913

**\*\*\*\* TWELVE THOUSAND NINE HUNDRED FIFTY AND 00/100 DOLLARS**

10/28/22          $12,950.00\*\*

TO THE
ORDER OF

Jose Cortez
607 th St
Felton, MN    56536

Business Account

Authorized Signature

⑈17110⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

10976

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

10/02/22                    $464.48*****

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

1 7 1 0

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11016**

77-7869/2913

\* \* \* \*  ONE  THOUSAND  SIX  HUNDRED  THIRTY  THREE  AND  22/100  DOLLARS

10/07/22        $1,633.22\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001780

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**10975**

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

10/02/22          $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11082**

77-7869/2913

**\*\*\*\* TWELVE THOUSAND NINE HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

CHRIS ALMENDAREZ
1220 8TH ST SE #9
DETROIT LAKES, MN    56501

10/28/22

$12,900.00\*\*

Business Account

Authorized Signature

⑈7110⑈

RRSB FCCU Subpoena 001788

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**11176**

\*\*\*\* EIGHT THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

CHRIS ALMENDAREZ
1220 8TH ST SE #9
DETROIT LAKES, MN    56501

11/07/22    $8,000.00\*\*\*

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001814

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11086

77-7869/2913

**** TWENTY SIX THOUSAND FOUR HUNDRED TWENTY TWO AND 73/100 DOLLARS

10/28/22          $26,422.73**

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND   58103

Business Account

Authorized Signature

1711011

RRSB FCCU Subpoena 001816

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11107**

77-7869/2913

**\*\*\*\* ONE THOUSAND SIX HUNDRED THIRTY THREE AND 22/100 DOLLARS**

11/01/22          $1,633.22\*\*\*

TO THE
ORDER OF

FIREBIRD AIR, LLC
PO BOX 6530
FARGO, ND    58109-6530

Business Account

_____
Authorized Signature

1 7 1 1 0

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE USE SECURITY FEATURES.

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11128**

77-7869/2913

**\* \* \* \*  FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS**

11/01/22          $464.48\*\*\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈ 1 7 1 0 ⑈

TO VERIFY AUTHENTICITY BE RELEASED OR FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11129**

77-7869/2913

**\*\*\*\* ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS**

TO THE
ORDER OF

11/01/22          $1,612.01\*\*\*

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈⑈ ꞁ7ꞁ0⑈

RRSB FCCU Subpoena 001876



Craig Development, LLC
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

11215

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

11/15/22          $25,000.00**

TO THE
ORDER OF

Jose Cortez
607 th St
Felton, MN    56536

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 001892



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11095**

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

11/01/22        $2,000.00***

TO THE
ORDER OF

CHASE - CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL   60197-6294

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 001920

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE IT SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11126**

77-7869/2913

**** SEVEN THOUSAND EIGHT HUNDRED SEVENTY NINE AND 20/100 DOLLARS

11/01/22          $7,879.20***

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 001974

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11180

77-7869/2913

**\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS**

11/07/22                    $5,000.00\*\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL  60197

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 001978

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11235

77-7869/2913

**\*\*\*\* SIX THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS**

11/26/22        $6,700.00\*\*\*

TO THE
ORDER OF

DEVITO RACING COMPOUND

Business Account

_____
Authorized Signature

⑈ ⬛⬛⬛⬛⬛⬛⬛⬛⬛  ⑈ ⑇ ⑈ ⑈ 0 ⑈⑈

RRSB FCCU Subpoena 002026

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11130**

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

11/01/22          $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 002042

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11325

77-7869/2913

**** TWENTY EIGHT THOUSAND EIGHT HUNDRED ONE AND 00/100 DOLLARS

TO THE
ORDER OF

12/02/22          $28,801.00**

Jose Cortez
607 th St
Felton, MN    56536

Business Account

Authorized Signature

17110

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11281**

77-7869/2913

**\*\*\*\*  ONE  THOUSAND  NINE  HUNDRED  SEVENTY  TWO  AND  05/100  DOLLARS**

TO THE
ORDER OF

12/01/22        $1,972.05\*\*\*

FARGO  TIRE  SERVICE  INC
2020  MAIN  AVE
FARGO,  ND    58102

Business Account

_____
Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002144

**Craig Development, LLC**
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11245**

77-7869/2913

**\*\*\*\* FOUR THOUSAND AND 00/100 DOLLARS**

12/01/22          $4,000.00\*\*\*

TO THE
ORDER OF

CHASE - CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL    60197-6294

Business Account

Authorized Signature

RRSB FCCU Subpoena 002168

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11295

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

12/01/22          $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002172

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

11296

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

12/01/22          $464.48*****

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

17110

RRSB FCCU Subpoena 002174

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11297**

77-7869/2913

**\* \* \* \*  ONE  THOUSAND  SIX  HUNDRED  THIRTY  THREE  AND  22/100  DOLLARS**

TO THE
ORDER OF

12/01/22          $1,633.22\*\*\*

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

17110

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THESE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11294

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

12/01/22          $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11243**

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

12/01/22          $5,000.00***

TO THE
ORDER OF

BOULDER CREEK OUTFITTERS
PO BOX 119
PECK, ID    83545

Business Account

Authorized Signature

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11261**

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

12/01/22          $10,000.00**

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈⑈ ⑈⑈ ⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈ ⑈ 7 ⑈ ⑈0⑈

RRSB FCCU Subpoena 002218

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

11239

**** SEVEN THOUSAND FOUR HUNDRED AND 00/100 DOLLARS

11/30/22          $7,400.00***

TO THE
ORDER OF

DEVITO RACING COMPOUND

Business Account

Authorized Signature

RRSB FCCU Subpoena 002250



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11365**

77-7869/2913

**\*\*\*\* TWENTY THOUSAND AND 00/100 DOLLARS**

TO THE
ORDER OF

12/14/22          $20,000.00\*\*

CHARLES KVARE
49424 215th Ave
Pelican Rapids, MN    56572

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 002296



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

11449

**** FIVE THOUSAND AND 00/100 DOLLARS

01/03/23          $5,000.00***

TO THE
ORDER OF

Jose Cortez
607 th St
Felton, MN     56536

Business Account

Authorized Signature

RRSB FCCU Subpoena 002314

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11391**

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED FIFTEEN AND 73/100 DOLLARS

TO THE
ORDER OF

12/30/22          $5,815.73***

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

1 7 1 1 0

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11292**

77-7869/2913

**\*\*\*\* THIRTEEN THOUSAND SEVEN HUNDRED EIGHTY TWO AND 08/100 DOLLARS**

12/01/22          $13,782.08\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈ 171⑈0⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11390**

77-7869/2913

**** THIRTEEN THOUSAND SEVEN HUNDRED EIGHTY AND 10/100 DOLLARS

TO THE
ORDER OF

12/30/22          $13,780.10**

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑆ ⬛⬛⬛⬛⬛⬛⬛⬛⬛ ⑆ 17110⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11453**

77-7869/2913

**** TWELVE THOUSAND NINE HUNDRED FIFTY SEVEN AND 16/100 DOLLARS

TO THE
ORDER OF

01/04/23        $12,957.16**

DEVITO RACING COMPOUND

Business Account

Authorized Signature

⑈           ⑆7110⑈



**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

**11426**

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

01/01/23          $464.48\*\*\*\*\*

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature



Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11447

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

01/02/23          $7,500.00***

TO THE
ORDER OF

JOSH RADCLIFFE
5 MERIDIAN ROAD
MAPLETON, ND    58059

Business Account

Authorized Signature

RRSB FCCU Subpoena 002394



**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11399

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

01/01/23          $3,000.00***

TO THE
ORDER OF

CHASE – CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL    60197-6294

Business Account

Authorized Signature

⑈⑈⑈ ⑈⑈⑈⑈ 17110⑈

RRSB FCCU Subpoena 002408

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11427**

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

TO THE
ORDER OF

01/01/23     $2,765.88\*\*\*

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

_____
Authorized Signature

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11411**

77-7869/2913

\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS

01/01/23                    $5,000.00\*\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑆ 🯅7🯅🯅0⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**11523**

77-7869/2913

\*\*\*\* SIX THOUSAND THREE HUNDRED SEVENTY NINE AND 89/100 DOLLARS

TO THE
ORDER OF

02/01/23          $6,379.89\*\*\*

FIREBIRD AIR, LLC
PO BOX 6530
FARGO, ND    58109-6530

Business Account

_____
Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002552

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11546

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

02/01/23           $464.48*****

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

17110

RRSB FCCU Subpoena 002608

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11570**

77-7869/2913

**** ONE THOUSAND ONE HUNDRED FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

02/01/23          $1,105.00***

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈⑆17110⑈⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11542**

77-7869/2913

\*\*\*\* SIX HUNDRED SEVEN AND 10/100 DOLLARS

TO THE
ORDER OF

02/01/23          $607.10\*\*\*\*\*

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

_____
Authorized Signature

⑈⑆17110⑆

RRSB FCCU Subpoena 002648



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

## Craig Development, LLC

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11624**

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED EIGHTY THREE AND 33/100 DOLLARS

TO THE
ORDER OF

02/20/23          $2,583.33***

RICK BERG
BOX 6530
FARGO, ND  58109

Business Account

Authorized Signature

⑈ 17110⑈

RRSB FCCU Subpoena 002652



Craig Development, LLC

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11508

77-7869/2913

**\*\*\*\* TWO THOUSAND AND 00/100 DOLLARS**

02/01/23        $2,000.00\*\*\*

TO THE
ORDER OF

CHASE – CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL   60197-6294

Business Account

Authorized Signature

17110

RRSB FCCU Subpoena 002676

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11545**

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

02/01/23          $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈ 𝟏𝟕𝟏𝟏𝟎⑈

RRSB FCCU Subpoena 002684



**Craig Development, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11614

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

02/15/23          $1,800.00***

TO THE
ORDER OF

DIESEL DOBERMANS
BOX 93
HAGUE, ND    58542

Business Account

Authorized Signature

⑈17⑈10⑈

RRSB FCCU Subpoena 002696

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11676**

77-7869/2913

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

03/01/23          $464.48\*\*\*\*\*

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈ 1 7 1 10 ⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

**11699**

\*\*\*\* FOUR THOUSAND AND 00/100 DOLLARS

03/07/23          $4,000.00\*\*\*

TO THE
ORDER OF

CHRIS ALMENDAREZ
1220 8TH ST SE #9
DETROIT LAKES, MN   56501

Business Account

Authorized Signature

⑈ ⑆ 1711 0⑈

RRSB FCCU Subpoena 002750



Craig Development, LLC
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11645

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

03/01/23          $2,000.00***

TO THE
ORDER OF

CHASE - CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL   60197-6294

Business Account

Authorized Signature

17110

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11672**

77-7869/2913

**** ONE THOUSAND ONE HUNDRED SEVENTY SEVEN AND 20/100 DOLLARS

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND   58103

03/01/23        $1,177.20***

Business Account

Authorized Signature

1 7 1 1 0

RRSB FCCU Subpoena 002844

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11673**

77-7869/2913

**** ONE THOUSAND NINE HUNDRED FORTY THREE AND 64/100 DOLLARS

TO THE
ORDER OF

03/01/23        $1,943.64***

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈17110⑈

RRSB FCCU Subpoena 002846

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11423**

77-7869/2913

\*\*\*\* ONE THOUSAND THREE HUNDRED EIGHTY TWO AND 10/100 DOLLARS

TO THE
ORDER OF

01/01/23          $1,382.10\*\*\*

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈⑈ 17110⑈⑈

RRSB FCCU Subpoena 002848

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11659**

77-7869/2913

**** SIX THOUSAND THREE HUNDRED SEVENTY NINE AND 89/100 DOLLARS

TO THE
ORDER OF

03/01/23          $6,379.89***

FIREBIRD AIR, LLC
PO BOX 6530
FARGO, ND   58109-6530

Business Account

Authorized Signature

⑈17110⑈⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39233

77-7869/2913

**** SIXTEEN THOUSAND FIVE HUNDRED NINETY ONE AND 32/100 DOLLARS

TO THE
ORDER OF

12/30/21          $16,591.32**

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈039233⑈  ⑆ ▉▉▉▉▉▉ ⑆   ▉▉▉▉▉ 4695 ▉



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39321**

77-7869/2913

**** FIFTY TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

01/14/22        $52,500.00**

TO THE
ORDER OF

CHRISTOPHER   HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈039321⑈ ⑆          ⑉          4695⑈

RRSB FCCU Subpoena 015021



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39351

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

01/25/22          $10,000.00**

TO THE
ORDER OF

JOSH RADCLIFFE
5 MERIDIAN ROAD
MAPLETON, ND    58059

Business Account

Authorized Signature

⑈039351⑈ ⑆ ▓▓▓▓▓▓ ⑆ ▓▓▓▓ 4695 ▓⑈

RRSB FCCU Subpoena 015099

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39325

77-7869/2913

**** ONE THOUSAND TWO HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

01/17/22        $1,275.00***

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈039325⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015101



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39443

77-7869/2913

**** TWELVE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

02/01/22          $12,200.00**

TO THE
ORDER OF

CHRISTOPHER   HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑆039443⑆ ⑈ ⑈ 4695⑆

RRSB FCCU Subpoena 015113



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39463

77-7869/2913

\*\*\*\*  FORTY  ONE  THOUSAND  SEVEN  HUNDRED  SEVENTY  TWO  AND  70/100  DOLLARS

02/07/22          $41,772.70\*\*

TO THE
ORDER OF

CROWN  JEWELS

Business Account

Authorized Signature

⑈039463⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 015209



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

3937.1

77-7869/2913

**\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS**

01/27/22          $10,000.00\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈039371⑈  ⑆            ⑆  ⑈            4695⑈⑈

RRSB FCCU Subpoena 015253

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39492

77-7869/2913

\*\*\*\* FIVE THOUSAND ONE HUNDRED FIFTY AND 00/100 DOLLARS

02/09/22          $5,150.00\*\*\*

TO THE
ORDER OF

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

_____
Authorized Signature

⑈039492⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮▮ 4695 ▮⑈

RRSB FCCU Subpoena 015291



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39501

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

02/10/22          $1,500.00***

TO THE
ORDER OF

CHRISTOPHER HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑆039501⑆  ⑈ ▓▓▓▓ ⑈  ▓▓▓▓4695⑈

RRSB FCCU Subpoena 015293





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39478

77-7869/2913

\*\*\*\*  FOUR THOUSAND FORTY NINE AND 00/100 DOLLARS

02/07/22            $4,049.00\*\*\*

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈039478⑈  ⑆          ⑆          ⑈.695⑈

RRSB FCCU Subpoena 015305



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39512

77-7869/2913

\*\*\*\* SEVEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

02/14/22        $7,000.00\*\*\*

DUFFY FROEMKE

Business Account

Authorized Signature

⑈039512⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 015321



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39502

77-7869/2913

**** FIFTEEN THOUSAND AND 00/100 DOLLARS

02/10/22          $15,000.00**

TO THE
ORDER OF

CHRISTOPHER   HAATS
704 ANDREWS AVE
DETROIT LAKES, MN   56501

Business Account

Authorized Signature

⑈039502⑈  ⑆           ⑆           4695⑈

RRSB FCCU Subpoena 015343

RRSB FCCU Subpoena 015381

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39532

77-7869/2913

**** ONE HUNDRED EIGHTY NINE THOUSAND EIGHT HUNDRED TWENTY FIVE AND 06/100 DOLLARS

02/25/22          $189,825.06*

TO THE
ORDER OF

AMERICAN FEDERAL BANK
BOX 2726
FARGO, ND    58108

Business Account

Authorized Signature

⑈039532⑈ ⑆ ▓▓▓ ⑆ ▓▓▓ 4695▓ ⑈

RRSB FCCU Subpoena 015389

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39533

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

02/25/22        $1,500.00***

CHRISTOPHER   HAATS
704 ANDREWS AVE
DETROIT LAKES, MN   56501

Business Account

Authorized Signature

⑈039533⑈  ⑆⑆  4695⑈

RRSB FCCU Subpoena 015403

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**39534**

77-7869/2913

\*\*\*\* SIX THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

02/25/22        $6,750.00\*\*\*

CHRIS ALMENDAREZ
1220 8TH ST SE #9
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑆039534⑆  ⑈   ⑆   4695⑈



RRSB FCCU Subpoena 015449

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39525

77-7869/2913

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

02/17/22          $25,000.00**

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈039525⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015513

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39573**

77-7869/2913

**** ONE THOUSAND TWO HUNDRED SIXTY FIVE AND 00/100 DOLLARS

03/01/22          $1,265.00***

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈039573⑈  ⑆             ⑆          4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39559

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

03/01/22          $10,000.00**

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑆039559⑆  ⑈           ⑈           4695⑉

_RRSB FCCU_Subpoena 015517



RRSB FCCU Subpoena 015533

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39639

77-7869/2913

**** ONE THOUSAND SIX HUNDRED AND 00/100 DOLLARS

03/07/22          $1,600.00***

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈039639⑈  ⑆ ⑆  4695 ⑈

RRSB FCCU Subpoena 015539

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39604

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

03/02/22          $464.48*****

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039604⑈  ⑆                    ⑆              4695 ⑈

RRSB FCCU Subpoena 015541

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39598

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

03/02/22        $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039598⑈  ⑆ ⬛⬛⬛⬛ ⑆ ⬛⬛⬛⬛4695⑈



RRSB FCCU Subpoena 015557

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39630

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

MARK VANYO

03/03/22          $10,000.00**

Business Account

Authorized Signature

⑈039630⑈ ⑆          ⑆          4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES



RRSB FCCU Subpoena 015559

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39435

77-7869/2913

**** EIGHTY THOUSAND EIGHT HUNDRED EIGHT AND 15/100 DOLLARS

01/31/22          $80,808.15**

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈039435⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮ 4695▮ ⑈

RRSB FCCU Subpoena 015679

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39590

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

03/02/22        $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039590⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈



RRSB FCCU Subpoena 015653

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

39674

**** THIRTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

NEIL WALTON

03/09/22          $30,000.00**

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑈039674⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮▮4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39675

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

NEIL WALTON

03/09/22          $10,000.00**

Business Account

Authorized Signature

⑈039675⑈ ⑆████⑆ ████4695⑈

RRSB FCCU-Subpoena 015655



RRSB FCCU Subpoena 015699

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39680

77-7869/2913

**** SIX THOUSAND SIX HUNDRED AND 00/100 DOLLARS

03/10/22          $6,600.00***

TO THE
ORDER OF

GATEWAY CHEVROLET

Business Account

_____

Authorized Signature

⑆039680⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015707

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39567

77-7869/2913

**** SIX THOUSAND EIGHT HUNDRED NINETY NINE AND 59/100 DOLLARS

TO THE
ORDER OF

03/01/22        $6,899.59***

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈039567⑈  ⑆    ⑆    4695⑈

RRSB FCCU Subpoena 015743

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**39676**

77-7869/2913

**\*\*\*\* TWO THOUSAND EIGHTY ONE AND 60/100 DOLLARS**

TO THE
ORDER OF

03/09/22          $2,081.60\*\*\*

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈039676⑈ ⑆          ⑆          ⎸695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39715

\*\*\*\* ONE THOUSAND FOUR HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

03/30/22        $1,485.00\*\*\*

TO THE
ORDER OF

WONDERS OF THE WORLD
4665 44TH AVE S
FARGO, ND   58104

Business Account

Authorized Signature

⑈039715⑈ ⑆ ▮▮▮▮▮ ⑆ ▮▮▮▮ 4695 ▮

RRSB FCCU Subpoena 015775



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39888

77-7869/2913

**** ONE THOUSAND FOUR HUNDRED SIXTY AND 00/100 DOLLARS

07/13/22          $1,460.00***

TO THE
ORDER OF

WONDERS OF THE WORLD
4665 44TH AVE S
FARGO, ND 58104

Business Account

Authorized Signature

⑈039888⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 016187