UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>The Ruins, LLC,<br><br>              Debtor. | Case No.: 25-30004<br><br>Chapter 11 |
|---|---|

**RED RIVER STATE BANK'S AMENDED WITNESS LIST (RE: MOTION TO CONVERT)**

Creditor Red River State Bank hereby provides the following Witness List with respect to the Motion to Convert from Chapter 11 to 7 [ECF 109] set for **November 20, 2025 and November 25, 2025**:

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Matt Gehrtz<br>Gehrtz Construction Services<br>Fargo, ND | Will Call | Ruins Construction Issues and Real Property |
| Josh Luther<br>CBRE Valuation and Advisory Services<br>Sioux Falls, SD | Will Call | Ruins Real Property |
| Jonathan Cuticelli<br>Hilco Real Estate | May Call | Ruins Real Property |
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | Will Call | Ruins Loan History and Terms, transfers of Ruins loan proceeds unrelated to the Ruins Project |
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | May Call | Ruins Loan History and Terms, transfers of Ruins loan proceeds unrelated to the Ruins Project |

| Jesse Craig Fargo, ND | May Call | Ruins Loan History and Terms, Real Estate, |
|---|---|---|

Dated: November 18, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

**Re:**     The Ruins LLC
         Case No. 25-30004

| | | | |
|---|---|---|---|
| STATE OF | ) | | |
| | ) | SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | | |

On November 18, 2025, the undersigned caused the following document(s):

**RED RIVER STATE BANK'S AMENDED WITNESS LIST (RE: MOTION TO CONVERT)**

to be served electronically to the following:

*All ECF Filing Participants*

                              /s/ *Kesha L. Tanabe*

4921-9917-9891 v.1