IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| | ) | |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | Not Jointly Administered |
| | ) | |

### Witness and Exhibit List

Comes now The Ruins, LLC ("Ruins" or the "Debtor"), by and through undersigned counsel, and furnish this list of exhibits—excepting exhibits to be used solely for purposes of rebuttal or impeachment—to be introduced, and witnesses to be called, at hearings on November 20, 2025 and November 25, 2025:

**Witnesses**

a. Jesse Craig

b. Christopher Kottsick

c. Mulinda Craig

d. Jerry Kuhn

e. Al Lierness

f. Charles Aarestad

g. Danielle Harless

h. Russell Matson

i. Barry Matson

j. Jason Biggins

**Exhibits**

1. Second Amended Plan of Reorganization

2. Photographs of Property

1

3. E-mails of August 25, 2021

4. E-mails of August 26, 2021

5. E-mails of September 3, 2021

6. Further e-mails of September 3, 2021

.

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Dated: November 18, 2025 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtor* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2