

Exhibit 2 - Photographs of Property   Page 2 of 3



