

Jesse Craig &lt;jcraig701@gmail.com&gt;

## Re: ruins build costs
1 message

**Jesse Craig** &lt;jcraig@craigprop.com&gt;  
To: Charles Aarestad &lt;charles.aarestad@redriverbank.com&gt;  
Cc: Danielle Harless &lt;danielle.harless@redriverbank.com&gt;

Wed, Aug 25, 2021 at 9:58 AM

see my answers below in red

Jesse Craig  
Phone:701-232-1355  
Fax:  701-232-1377


This e-mail message is intended only for the named recipient(s) above and is covered by the Electronic Communications Privacy Act 18 U.S.C.
Section 2510-2521. This e-mail is confidential and may contain information that is privileged or exempt from disclosure under applicable law. If you have received this message in error please immediately notify the sender by return e-mail and delete this e-mail message from your computer.


On Wed, Aug 25, 2021 at 9:43 AM Charles Aarestad &lt;charles.aarestad@redriverbank.com&gt; wrote:

> The cost is 10.692K now on the ruins and looks up from 10.607k for earlier this year.  That correct or was the updated Sworn Stmt sent from earlier and the numbers have moved farther now?  that is correct
>
>
> Looks like MHP did a letter saying it would be $7.2m construction LOC but that plus Tiff at $2.44m is only $9.648mm (roughly $1.0mm short of Sworn Stmt).  Guessing that $7.2 needs to be $8.2+Tiff = total Updated Sworn Stmt?  correct.  constrcution numbers are now falling back to where they were so I hope to alleviate some of that cost increase
>
>
>
> **From:** Jesse Craig [mailto:jcraig@craigprop.com]  
> **Sent:** Wednesday, August 25, 2021 9:09 AM  
> **To:** Charles Aarestad &lt;charles.aarestad@redriverbank.com&gt;  
> **Subject:** ruins build costs
>
>
>
>
> Jesse Craig  
> Phone:701-232-1355  
> Fax:  701-232-1377
>
>
> This e-mail message is intended only for the named recipient(s) above and is covered by the Electronic Communications Privacy Act 18 U.S.C.

Section 2510-2521. This e-mail is confidential and may contain information that is privileged or exempt from disclosure under applicable law. If you have received this message in error please immediately notify the sender by return e-mail and delete this e-mail message from your computer.