UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC                                    Bankr. No. 25-30004

    Debtor.                                    Chapter 11

## MOTION TO APPEAR BY VIDEO CONFERENCE

    1.    Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone on Tuesday, November 25, 2025 at 10:30 a.m. on the Hearing on Approval of Disclosure Statement (Doc. 147).

    2.    The UST has filed an objection regarding the adequacy of information in the Disclosure Statement. Travel for such a limited purpose would be burdensome and expensive and impossible, given the UST's other matters.

    WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: November 19, 2025                   MARY R. JENSEN
                                                   ACTING U.S. TRUSTEE REGION 12

                                                   /s/ Sarah J. Wencil
                                                   Sarah J. Wencil
                                                   Office of the U.S. Trustee
                                                   Suite 1015 U.S. Courthouse
                                                   300 South Fourth St.
                                                   Minneapolis, MN 55415
                                                   Telephone: (612) 334-1366
                                                   Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**The Ruins, LLC**                               **Bankr. No. 25-30004**

    **Debtor.**                                   **Chapter 11**

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the MOTION was electronically transmitted via CM/ECF.

Dated:   November 19, 2025

                                                            /s/ Sarah J. Wencil
                                                            Sarah J. Wencil