# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>Debtor. | Case No. 25-30004<br><br>Chapter 11 |

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Kesha L. Tanabe, counsel to Red River State Bank ("RRSB"), hereby moves this Court for an order pursuant to Local Rule 5001-2 to permit her appearance by video conference at the hearing continued to Monday, November 24, 2025 at 3:00 p.m. ("Hearing").

The Hearing concerns RRSB's Motion to Convert Case from Chapter 11 to 7. [ECF 109]. The requested relief will enable Kesha L. Tanabe to appear on behalf of RRSB without undue burden and expense.

WHEREFORE, RRSB requests leave to appear by video conference.

WHEREFORE, Movant requests that Kesha L. Tanabe be allowed to appear by video conference at the Hearing.

Dated this 20th day of November, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  (701) 237-6983
Fax:  (701) 476-7676
Email: ktanabe@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK