UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

In Re. THE RUINS, LLC  §  Case No. 25-30004
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2025     Petition Date: 01/06/2025
Months Pending: 10                     Industry Classification: 6 5 1 3
Reporting Method:     Accrual Basis ☐     Cash Basis ●
Debtor's Full-Time Employees (current):                            0
Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☒ Postpetition liabilities aging
☒ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mindy Craig                        MINDY CRAIG
Signature of Responsible Party         Printed Name of Responsible Party

11/19/2025                             1405 1ST AVE N
Date                                   FARGO, ND 58102
                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name: THE RUINS, LLC    Case No. 25-30004

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $385 | |
| b. Total receipts (net of transfers between accounts) | $4,529 | $47,466 |
| c. Total disbursements (net of transfers between accounts) | $4,529 | $47,081 |
| d. Cash balance end of month (a+b-c) | $385 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $4,529 | $47,081 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $385 |
| e. Total assets | $15,750,385 |
| f. Postpetition payables (excluding taxes) | $60,165 |
| g. Postpetition payables past due (excluding taxes) | $60,165 |
| h. Postpetition taxes payable | $57,061 |
| i. Postpetition taxes past due | $28,530 |
| j. Total postpetition debt (f+h) | $117,226 |
| k. Prepetition secured debt | $14,393,923 |
| l. Prepetition priority debt | $32,564 |
| m. Prepetition unsecured debt | $658,556 |
| n. Total liabilities (debt) (j+k+l+m) | $15,202,269 |
| o. Ending equity/net worth (e-n) | $548,116 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $4,638 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-4,638 | $-45,086 |

Debtor's Name THE RUINS, LLC              Case No. 25-30004

## Part 5: Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |   |   |   |   |   |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
|   i |   |   |   |   |   |   |
|   ii |   |   |   |   |   |   |
|   iii |   |   |   |   |   |   |
|   iv |   |   |   |   |   |   |
|   v |   |   |   |   |   |   |
|   vi |   |   |   |   |   |   |
|   vii |   |   |   |   |   |   |
|   viii |   |   |   |   |   |   |
|   ix |   |   |   |   |   |   |
|   x |   |   |   |   |   |   |
|   xi |   |   |   |   |   |   |
|   xii |   |   |   |   |   |   |
|   xiii |   |   |   |   |   |   |
|   xiv |   |   |   |   |   |   |
|   xv |   |   |   |   |   |   |
|   xvi |   |   |   |   |   |   |
|   xvii |   |   |   |   |   |   |
|   xviii |   |   |   |   |   |   |
|   xix |   |   |   |   |   |   |
|   xx |   |   |   |   |   |   |
|   xxi |   |   |   |   |   |   |
|   xxii |   |   |   |   |   |   |
|   xxiii |   |   |   |   |   |   |
|   xxiv |   |   |   |   |   |   |
|   xxv |   |   |   |   |   |   |
|   xxvi |   |   |   |   |   |   |
|   xxvii |   |   |   |   |   |   |
|   xxviii |   |   |   |   |   |   |
|   xxix |   |   |   |   |   |   |
|   xxx |   |   |   |   |   |   |
|   xxxi |   |   |   |   |   |   |
|   xxxii |   |   |   |   |   |   |
|   xxxiii |   |   |   |   |   |   |
|   xxxiv |   |   |   |   |   |   |
|   xxxv |   |   |   |   |   |   |
|   xxxvi |   |   |   |   |   |   |

Debtor's Name  THE RUINS, LLC                                                    Case No.  25-30004

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xxxvii |   |   |   |   |   |   |
| xxxvii |   |   |   |   |   |   |
| xxxix |   |   |   |   |   |   |
| xl |   |   |   |   |   |   |
| xli |   |   |   |   |   |   |
| xlii |   |   |   |   |   |   |
| xliii |   |   |   |   |   |   |
| xliv |   |   |   |   |   |   |
| xlv |   |   |   |   |   |   |
| xlvi |   |   |   |   |   |   |
| xlvii |   |   |   |   |   |   |
| xlviii |   |   |   |   |   |   |
| xlix |   |   |   |   |   |   |
| l |   |   |   |   |   |   |
| li |   |   |   |   |   |   |
| lii |   |   |   |   |   |   |
| liii |   |   |   |   |   |   |
| liv |   |   |   |   |   |   |
| lv |   |   |   |   |   |   |
| lvi |   |   |   |   |   |   |
| lvii |   |   |   |   |   |   |
| lviii |   |   |   |   |   |   |
| lix |   |   |   |   |   |   |
| lx |   |   |   |   |   |   |
| lxi |   |   |   |   |   |   |
| lxii |   |   |   |   |   |   |
| lxiii |   |   |   |   |   |   |
| lxiv |   |   |   |   |   |   |
| lxv |   |   |   |   |   |   |
| lxvi |   |   |   |   |   |   |
| lxvii |   |   |   |   |   |   |
| lxviii |   |   |   |   |   |   |
| lxix |   |   |   |   |   |   |
| lxx |   |   |   |   |   |   |
| lxxi |   |   |   |   |   |   |
| lxxii |   |   |   |   |   |   |
| lxxiii |   |   |   |   |   |   |
| lxxiv |   |   |   |   |   |   |
| lxxv |   |   |   |   |   |   |
| lxxvi |   |   |   |   |   |   |
| lxxvii |   |   |   |   |   |   |
| lxxviii |   |   |   |   |   |   |

Debtor's Name THE RUINS, LLC                                              Case No. 25-30004

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name  THE RUINS, LLC                                          Case No.  25-30004

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| Debtor's Name | THE RUINS, LLC | | | Case No. | 25-30004 |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  THE RUINS, LLC                                                               Case No.  25-30004

|    |      |   |   |   |   |   |   |
|----|------|---|---|---|---|---|---|
|    | xcix |   |   |   |   |   |   |
|    | c    |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ● | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ | |
| i. | Do you have:   Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ●  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

UST Form 11-MOR (12/01/2021)                                                      8

Debtor's Name: THE RUINS, LLC                                        Case No. 25-30004

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Mindy Craig                                                      MINDY CRAIG
Signature of Responsible Party                                       Printed Name of Responsible Party

PROPERTY SUPERVISOR                                                  11/19/2025
Title                                                                Date


UST Form 11-MOR (12/01/2021)                    9

Debtor's Name THE RUINS, LLC                                                      Case No. 25-30004



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name  THE RUINS, LLC                                                                 Case No.  25-30004

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                                11

Debtor's Name  THE RUINS, LLC                                                    Case No.  25-30004

PageThree

PageFour

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 10/31/2025**

RUINS LLC
**Customer Number**

Page 1 of 4

>000555 7552493 0001 92855 10Z

RUINS LLC
DEBTOR IN POSSESSION CASE 25-30004
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

 Branch — 2754 Brandt Dr S, Fargo, ND 58104
 Phone — 701.281.5600
Website — Starionbank.com

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.



| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 9 | $385.29 |

## ND STAR CHECKING - 9

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | Beginning Balance | $385.29 |
| | 4 Credit(s) This Period | $4,529.35 |
| | 4 Debit(s) This Period | $4,529.35 |
| 10/31/2025 | Ending Balance | $385.29 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | xfer from 2258 to 8699 - alexis 9/15-9/30 check | $88.02 |
| 10/08/2025 | EDEPOSIT | $1,336.67 |
| 10/14/2025 | EDEPOSIT | $121.86 |
| 10/28/2025 | EDEPOSIT | $2,982.80 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 40041 | 10/06/2025 | $88.02 | 40043 | 10/20/2025 | $121.86 |
| 40042 | 10/15/2025 | $1,336.67 | 40044 | 10/28/2025 | $2,982.80 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2025 | $473.31 | 10/14/2025 | $1,843.82 | 10/28/2025 | $385.29 |
| 10/06/2025 | $385.29 | 10/15/2025 | $507.15 | | |
| 10/08/2025 | $1,721.96 | 10/20/2025 | $385.29 | | |



Member FDIC — EQUAL HOUSING LENDER

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:
(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   BALANCE | | $ | |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | | |

028302 10146404 00000000 071817 143634 01/02



#40041   10/06/2025   $88.02



#40042   10/15/2025   $1,336.67



#40043   10/20/2025   $121.86



#40044   10/28/2025   $2,982.80



**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 10/31/2025*

*RUINS LLC*
*Customer Number:*

Page 3 of 4

## ND STAR CHECKING - (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
| --- | --- | --- |
| Total Overdraft Fees | $0.00 | $66.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

RUINS DIP APT  
Bank Rec In-Progress Report

Page 1

| Balance Per Bank Statement as of 10/31/2025 | | | | 385.29 |
|---|---|---|---|---|

**Outstanding Checks**

| Check Date | Check Number | Payee | | Amount |
|---|---|---|---|---|
| 10/31/2025 | 40045 | Alexis Burbach | | 108.32 |
| **Less: Outstanding Checks** | | | | **108.32** |

**Reconciled Bank Balance** — 276.97

Balance per GL as of 10/31/2025 — 635.29  
Reconciled Balance Per G/L — 635.29

Difference — -358.32

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 10/01/2025 | 40041 | Alexis Burbach | 88.02 | 10/31/2025 |
| 10/08/2025 | 40042 | WMU WATERTOWN MUNICIPAL UTILITIES | 1,336.67 | 10/31/2025 |
| 10/14/2025 | 40043 | Alexis Burbach | 121.86 | 10/31/2025 |
| 10/28/2025 | 40044 | CP BUSINESS MANAGEMENT | 2,982.80 | 10/31/2025 |
| **Total Cleared Checks** | | | **4,529.35** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 10/01/2025 | 4034 | tx from 258 | 88.02 | 10/31/2025 |
| 10/08/2025 | 4035 | starion 301010425 | 1,336.67 | 10/31/2025 |
| 10/14/2025 | 4036 | starion 176047320 | 121.86 | 10/31/2025 |
| 10/28/2025 | 4037 | starion 303127100 | 2,982.80 | 10/31/2025 |
| **Total Cleared Deposits** | | | **4,529.35** | |

Wednesday, November 19, 2025  
01:58 PM

# Balance Sheet

Page 1

Owner =  THE RUINS, LLC (all properties)
Month = Oct 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---:|
| 1113 | Ruins Apartment DIP Checking | 635.29 |
| **1150** | **Total DIP Checking Account** | **635.29** |
| | | |
| 1151 | TIF Value | 2,275,000.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 14,620,000.00 |
| 1630 | Appliances/AC | 280,000.00 |
| 1700 | Land | 850,000.00 |
| 1710 | Total Property and Equipment | 15,750,000.00 |
| | | |
| **1990** | **Total Assets** | **18,025,635.29** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2700 | Mortgage 1st | 11,052,607.39 |
| 2705 | TIF Mortgage | 2,275,000.00 |
| 2715 | CASH ADVANCE BY CRAIG DEVELOPMENT (POST-PETITION) | 47,823.43 |
| 2990 | Total Liabilities | 13,375,430.82 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 47,823.43 |
| 3800 | Retained Earnings | 4,602,381.04 |
| 3890 | Total Capital | 4,650,204.47 |
| | | |
| **3990** | **Total Liabilities & Capital** | **18,025,635.29** |

Wednesday, November 19, 2025
02:18 PM

11/19/2025 2:16 PM

## 12 Months Cash Flow Statement

Owner = THE RUINS, LLC (all properties)

Month = Oct 2025

Book = Cash

| ACCOUNT | | Oct 2025 | Total |
|---|---|---:|---:|
| **6000** | **EXPENSES** | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 318.20 | 318.20 |
| 6990 | Total Maintenance Expenses | 318.20 | 318.20 |
| 7000 | Operating Expenses | | |
| 7440 | Insurance | 2,982.80 | 2,982.80 |
| 7800 | Electricity-Vacant | 1,336.67 | 1,336.67 |
| 7990 | Total Operating Expenses | 4,319.47 | 4,319.47 |
| 8990 | Total Expenses | 4,637.67 | 4,637.67 |
| **9090** | **NET INCOME** | **-4,637.67** | **-4,637.67** |
| | ADJUSTMENTS | | |
| 3200 | Owner Contribution | 4,887.67 | 4,887.67 |
| | TOTAL ADJUSTMENTS | 4,887.67 | 4,887.67 |
| | CASH FLOW | 250.00 | 250.00 |

Page 1 of 1