# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: <br><br> The Ruins, LLC, <br><br> Debtor. | Case No. 25-30004 <br><br> Chapter 11 |

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Charles Aarestad and Danielle Harless, each an Executive Vice President of Red River State Bank ("RRSB"), by and through counsel, hereby move this Court for an order pursuant to Local Rule 5001-2 to permit an appearance by video conference at the hearing continued to Monday, November 24, 2025 at 3:00 p.m. and Tuesday, November 25, 2025 at 8:30 a.m. (the "Hearing").

The Hearing concerns RRSB's Motion to Convert Case from Chapter 11 to 7. [ECF 109]. The relief is requested to enable Charles Aarestad and/or Danielle Harless to testify at the Hearing on behalf of RRSB notwithstanding the Winter Storm Watch for Halstad, Minnesota and Fargo, North Dakota set forth in <u>Exhibit A</u>.

WHEREFORE, Movant requests that Danielle Harless be allowed to appear and testify by video conference at the Hearing.

Dated: November 23, 2025.

                **VOGEL LAW FIRM**

BY:   */s/ Kesha L. Tanabe*
        Kesha L. Tanabe
        218 NP Avenue
        PO Box 1389
        Fargo, ND  58107-1389
        Telephone:  (701) 237-6983
        Fax:  (701) 476-7676
        Email: ktanabe@vogellaw.com
        ATTORNEYS FOR RED RIVER STATE BANK