# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

## Watches, Warnings & Advisories

One product issued by NWS for: Fargo ND

**Winter Storm Watch**

```
URGENT - WINTER WEATHER MESSAGE
National Weather Service Grand Forks ND
210 PM CST Sun Nov 23 2025

MNZ001>003-006>009-013>017-022>024-027>032-NDZ016-027>030-038-039-
049-052-053-240415-
/O.NEW.KFGF.WS.A.0004.251125T0600Z-251126T1200Z/
West Polk-Norman-Clay-Lake Of The Woods-West Marshall-East
Marshall-North Beltrami-Pennington-Red Lake-East Polk-North
Clearwater-South Beltrami-Mahnomen-South Clearwater-Hubbard-West
Becker-East Becker-Wilkin-West Otter Tail-East Otter Tail-Wadena-
Eastern Walsh-Grand Forks-Griggs-Steele-Traill-Barnes-Cass-Ransom-
Sargent-Richland-
Including the cities of New York Mills, East Grand Forks, Lake
Itasca, Fargo, Baudette, Mahnomen, Breckenridge, Newfolden,
Valley City, Bagley, Lisbon, Grand Forks, Wahpeton, Gwinner,
Cooperstown, Detroit Lakes, Ada, Moorhead, Mayville, Red Lake,
Fergus Falls, Fosston, Crookston, Middle River, Park Rapids,
Wadena, Thief River Falls, Halstad, Grafton, Red Lake Falls,
Bemidji, Warren, Two Inlets, Finley, Hillsboro, and Forman
210 PM CST Sun Nov 23 2025

...WINTER STORM WATCH IN EFFECT FROM LATE MONDAY NIGHT THROUGH LATE
TUESDAY NIGHT...

* WHAT...Heavy snow possible. Total snow accumulations between 3 and
  6 inches possible. Winds could gust as high as 35 mph.

* WHERE...Portions of central, north central, northwest, and west
  central Minnesota and northeast and southeast North Dakota.

* WHEN...From late Monday night through late Tuesday night.

* IMPACTS...Plan on slippery road conditions. The hazardous
  conditions could impact the Tuesday morning and evening commutes.

PRECAUTIONARY/PREPAREDNESS ACTIONS...

Monitor the latest forecasts for updates on this situation.

Persons should consider delaying all travel. If travel is absolutely
necessary, drive with extreme caution. Consider taking a winter
storm kit along with you, including such items as tire chains,
booster cables, flashlight, shovel, blankets and extra clothing.
Also take water, a first aid kit, and anything else that would help
you survive in case you become stranded.

&&

$$

Thomas
```