IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**MOTION FOR COUNSEL AND WITNESSES TO
APPEAR AT HEARING VIA VIDEOCONFERENCE**

Come now The Ruins, LLC ("Ruins" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and move to permit (i) counsel for the Debtor and (ii) any witnesses who may be called by the Debtor, to appear at the hearing on November 24 and 25, 2025, via video conference, and in support thereof states as follows:

It appears a winter weather system is moving into Cass County, with the National Weather Service predicting adverse conditions that, in turn, appear likely to invite certain disruptions in travel. Undersigned counsel resides in rural Maine, with co-counsel being based in Manitoba, and the Debtor anticipates calling various witnesses who may be based outside of Cass County. In light of the sophistication and reliability of video conference technology (as evidenced by its seamless use at a hearing in this matter just days ago), and in the interests of ensuring no one encounter travel problems en route to court (or returning home heading into a holiday weekend), the Debtor respectfully seeks leave to have counsel and witnesses appear via video.

WHEREFORE, the Debtor respectfully prays counsel and witnesses be permitted to appear, on November 24 and 25, 2025, via video conference, with counsel to be heard and examine witnesses via video conference, and with witnesses to testify via video conference, and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

Respectfully Submitted,

Dated: November 23, 2025   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2