UNITED STATES BANKRUPTCY COURT
DISTRICK OF NORTH DAKOTA

In Re:  
Bankruptcy No. 25-30004  
Chapter 11

The Ruins, LLC,

        Debtor.  
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Watertown Development Company filed a Motion for Relief from the Automatic Stay. Doc. 165. Movant filed and served the motion pursuant to FRBP and Local Rules, and it established cause for the relief sought. The Court received no objections to the motion.

**IT IS ORDERED** that Watertown Development Company's Motion for Relief from the Automatic Stay [Doc.165] is granted. Watertown Development Company may exercise its rights and remedies under applicable non-bankruptcy law with respect to its collateral, including The Ruins' real property located at 315 East Kemp Avenue in Watertown, South Dakota.

Dated: December 3, 2025.

*Shon Hastings*

SHON HASTINGS, JUDGE  
United States Bankruptcy Court