UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                  Bankruptcy No. 25-30004
                                                                        Chapter 11
The Ruins, LLC,

                                Debtor.
_____/

# NOTICE OF HEARING

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Tuesday, December 16, 2025, at 2:00 P.M.** to consider and act upon the following matters:

- **Motion by Debtor to Equitably Subordinate Claim of Red River State Bank to Those of All Other Creditors Excepting Insiders or, in the Alternative, for Entry of an Order Directing Red River State Bank to Show Cause Why It Ought Not Be Held in Contempt of Court, filed November 19, 2025. (Doc. 183)**

   **Objection by Red River State Bank to Debtor's Motion to Equitably Subordinate Claim of Red River State Bank to Those of All Other Creditors Excepting Insiders or, in the Alternative, for Entry of an Order Directing Red River State Bank to Show Cause Why It Ought Not be Held in Contempt of Court, filed December 3, 2025. (Doc. 212)**

   ***NOTE: Red River State Bank is on notice that, if the Court finds Red River State Bank violated the exclusivity period; it will consider an appropriate sanction for the violation.***

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: December 4, 2025.                          Sara E. Diaz, Clerk
                                                  United States Bankruptcy Court
                                                  Quentin N. Burdick United States Courthouse
                                                  655 1st Avenue North, Suite 210
                                                  Fargo, ND 58102-4392

                                         By:      /s/  *Sharon Horsager*
                                                  Sharon Horsager, Deputy Clerk

Copy served electronically on December 4, 2025, to Electronic Mail Notice List for Case No. 25-30004.