**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.: 25-30004 |
|---|---|
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

**STIPULATION AS TO RESPONSE DEADLINE FOR SIMULTANEOUS**

**POST-TRIAL BRIEFS**

Debtor The Ruins, LLC ("Debtor") and Red River State Bank ("RRSB"), by and through their undersigned counsel, respectfully request the Court grant an extension for one day (to Wednesday, December 10, 2025) to submit simultaneous post-trial briefs on RRSB's Motion to Convert Case from Chapter 11 to Chapter 7 [ECF 109]. Pursuant to ECF 205, simultaneous post-trial briefs are due on Tuesday, December 9, 2025.

Dated this 9th day of December, 2025.

THE DAKOTA BANKRUPTCY FIRM

BY:/s/ Maurice B. VerStandig _____
        Maurice B. VerStandig, Esq.
        1630 1st Avenue N
        Suite B PMB 24
        Fargo, North Dakota 58102-4246
        Phone: (701) 394-3215
        mac@dakotabankurptcy.com
        Counsel for the Debtors/Plaintiffs

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*

       Caren W. Stanley (#06100)
       cstanley@vogellaw.com
       Drew J. Hushka (#08230)
       dhushka@vogellaw.com
       Kesha L. Tanabe
       ktanabe@vogellaw.com
       218 NP Avenue
       PO Box 1389
       Fargo, ND  58107-1389
       701.237.6983
       ATTORNEYS FOR RED RIVER STATE
       BANK

| STATE OF DAKOTA | ) | | |
|---|---|---|---|
| | ) | SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF CASS | ) | | |

On December 9, 2025, the undersigned caused the following document(s):

**STIPULATION AS TO RESPONSE DEADLINE**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Caren W. Stanley
Caren W. Stanley