IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## MOTION TO APPEAR AT HEARING VIA VIDEOCONFERENCE

Come now The Ruins, LLC ("Ruins" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and moves to permit undersigned counsel to appear at a hearing on December 16, 2025, upon a pending motion to equitably subordinate, DE #183, via video conference, and in support thereof states as follows:

Undersigned counsel is obligated in the United States Bankruptcy Court for the District of Columbia, on an unrelated matter, on the morning of December 17, 2025. It does not appear there exists an air travel option that will permit counsel to attend both hearings in person. The unrelated matter concerns the amendment of a confirmed plan of reorganization, and in which undersigned counsel represents a reorganized debtor that has disbursed just over $10 million to creditors and that is endeavoring to obtain an additional $18 million for disbursement through litigation with the State of Maryland. Both hearings—the one in this Honorable Court and the one in the District of Columbia—are notably important, and undersigned counsel values the opportunity to appear in person in both courts. Both courts, likewise, have enormously liberal rules governing the making of remote appearances. However, insofar as the District of Columbia hearing is one that was scheduled first, and insofar as travel plans were accordingly first made to appear in that court, undersigned counsel respectfully seeks leave to appear at the hearing in this case via video conference.

1

In filing this motion, it seems appropriate to observe that counsel very much enjoys making regular trips to Fargo, and very much values being a part of the local legal community in Fargo. While this will be the third consecutive hearing at which a remote appearance is sought, such is truly coincidence—being the byproduct of a scheduling issue, a winter storm, and conflicting hearing dates—and not indicative of any intent to cease attending hearings in person. It is a privilege to appear before this Honorable Court and to do so, rather regularly, in person.

WHEREFORE, the Debtor respectfully prays counsel be permitted to appear, on December 16, 2025, via video conference, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: December 11, 2025     By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2