## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

**The Ruins, LLC**                                          **Bankr. No. 25-30004**

   **Debtor.**                                                 **Chapter 11**

---

## MOTION TO APPEAR BY TELEPHONE

---

1.       Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone on  Tuesday, December 15, 2025 at 2:00 p.m. on the following hearing: 183 *Motion by Debtor to Equitably Subordinate Claim of Red River State Bank to Those of All Other Creditors Excepting Insiders or, in the Alternative, for Entry of an Order Directing Red River State Bank to Show Cause Why it Ought Not be Held in Contempt of Court.*

2.       The UST is not a party to the dispute but would like to monitor the hearing.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.


Dated: December 11, 2025                    MARY R. JENSEN
                                                               ACTING U.S. TRUSTEE REGION 12

                                                                /s/ Sarah J. Wencil
                                                               Sarah J. Wencil
                                                               Office of the U.S. Trustee
                                                               Suite 1015 U.S. Courthouse
                                                               300 South Fourth St.
                                                               Minneapolis, MN 55415
                                                               Telephone: (612) 334-1366
                                                               Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **The Ruins, LLC** | **Bankr. No. 25-30004** |
| **Debtor.** | **Chapter 11** |

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the MOTION was electronically transmitted via CM/ECF.

Dated:   December 11, 2025

/s/ Sarah J. Wencil
Sarah J. Wencil