## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

## MOTION TO APPEAR BY VIDEO CONFERENCE

1. Diamond Wall Systems, Inc. ("Diamond"), respectfully moves this Court for an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference at the hearings on the *Motion by Debtor to Equitably Subordinate Claim of Red River State Bank* [ECF #183] and the *Objection by Red River State Bank to Debtor's Motion to Equitably Subordinate Claim of Red River State Bank to Those of All Other Creditors*, filed by Red River State Bank [ECF #212] (collectively, the "Motions") scheduled for December 16, 2025, at 2:00 p.m.

2. Diamond requests the Court consider savings in travel time and expenses to attend the hearing on these Motions in person, given that counsel's office is in Minneapolis, Minnesota.

WHEREFORE, Diamond respectfully requests that it be allowed to appear, through counsel, by video conference at the hearing on the Motions on December 16, 2025.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: December 11, 2025         By: */s/ Jeffrey D. Klobucar*
                                  Jeffrey D. Klobucar (ND Bar ID #09689)
                                  100 South Fifth Street, Suite 1500
                                  Minneapolis, MN 55402
                                  Phone: (612) 333-3000
                                  Fax: (612) 333-8829

Email: jklobucar@bassford.com
*Attorneys for Diamond Wall Systems, Inc.*

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    I, Jeffrey D. Klobucar, an attorney licensed to practice law in this Court, with an office address of 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402, hereby certifies that the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: December 11, 2025        By: /s/ *Jeffrey D. Klobucar*
                                                 Jeffrey D. Klobucar