UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

    1.    Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance at the hearings set for December 16, 2025, in this matter by video conference.

    2.    An appearance by video conference will allow WDC to save on travel time and expenses related to an in-person appearance at the hearing. Undersigned counsel's office is in Sioux Falls, South Dakota.

    WHEREFORE, undersigned counsel respectfully requests permission to appear at the upcoming hearing by video conference.

    Dated this 11th day of December, 2025.

                                      WOODS, FULLER, SHULTZ & SMITH P.C.

                                      By /s/ Jordan J. Feist
                                         Jordan J. Feist (#08592)
                                         P.O. Box 5027
                                         300 South Phillips Avenue, Suite 300
                                         Sioux Falls, SD 57117-5027
                                         Phone (605) 336-3890
                                         Fax (605) 339-3357
                                         Jordan.Feist@woodsfuller.com
                                         Attorneys for Watertown Development Company

**CERTIFICATE OF SERVICE**

The undersigned states that on the 11th day of December, 2025, I served a copy of the foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company