UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>Debtor. | Case No.: 25-30004<br><br>Chapter 11 |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Kesha L. Tanabe, counsel to Red River State Bank ("RRSB"), hereby moves this Court for an order pursuant to Local Rule 5001-2 to permit her appearance by video conference at the hearing set for December 16, 2025 at 2:00 P.M.

The Hearing concerns the Motion to Equitably Subordinate Claim of Red River State Bank to Those of All Other Creditors Excepting Insiders or, in the Alternative, for Entry of An Order Directing Red River State Bank to Show Cause Why It Ought Not be Held in Contempt of Court [ECF 183] and RRSB's Objection to said Motion [ECF 212]. The appearance by video conference will allow RRSB to save on travel time and expenses related to an in-person appearance at the hearing. Undersigned counsel's office is located in Minneapolis, Minnesota. The requested relief will enable Kesha L. Tanabe to appear on behalf of RRSB without undue burden and expense.

WHEREFORE, RRSB requests leave to appear by video conference.

WHEREFORE, Movant requests that Kesha L. Tanabe be allowed to appear by video conference at the Hearing.

Dated this 15th day of December, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe (#0387250)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Email:     ktanabe@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK

2