UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy No. 25-30004 |
| The Ruins, LLC, | |
| Debtor. | |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1.  D&M Industries, Inc. ("Movant"), respectfully moves this Court to enter an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference on the Motion to Equitably Subordinate Claim (Doc #183) scheduled for December 16, 2025, at 2:00 p.m.

2.  Movant requests that the Court consider savings in travel time and expenses to attend the Motion hearing in person.

WHEREFORE, Movant requests that its counsel be allowed to appear by video conference at the hearing on the Motion to Equitably Subordinate Claim, December 16, 2025, at 2:00 p.m.

Dated: December 16, 2025

/s/ John M. Krings, Jr.
John M. Krings, Jr. (ND Attorney #06845)
Attorneys for D&M Industries, Inc.
KD LAW, PLLP
PO Box 9231
Fargo, ND  58106-9231
(701) 232-8757
john@kdlawpartners.com