UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                      Bankruptcy No. 25-30004
                                                                            Chapter 11
The Ruins, LLC,

                Debtor.
_____/

## NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

TO THE DEBTORS, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

      Debtor The Ruins, LLC petitioned for relief under Chapter 11 of the Bankruptcy Code on January 6, 2025. On December 8, 2025, Creditor, Red River State Bank filed its disclosure statement for Creditor's (*competing*) Plan of Liquidation for The Ruins, LLC. pursuant to Bankruptcy Rule 3016(b).

      Pursuant to section 1125(b) of the Bankruptcy Code, there will be a hearing on approval of Creditor's Disclosure Statement Dated December 8, 2025, (Doc. 215) on **Thursday, February 5, 2026, at 10:00 a.m. in Quentin N. Burdick U.S. Courthouse, Courtroom #2, 2nd Floor, 655 First Avenue North, Fargo, North Dakota**. Parties may appear by video conference. ***The latest video conference instructions and the link to join are located at:*** http://www.ndb.uscourts.gov/video-conferences.

      NOTICE IS FURTHER GIVEN that objections to Creditor, Red River State Bank's Disclosure Statement Dated December 8, 2025, if any, shall be filed in the Clerk's Office, United States Bankruptcy Court no later than **January 30, 2026,** with a copy served on the attorney for the creditor, the trustee (if any) and all other interested parties listed below. Any objections not filed and served may be deemed waived. If the Court receives no written objections to the Disclosure Statement, the Court may approve the Disclosure Statement without a hearing.

| ATTORNEY FOR CREDITOR | UNITED STATES TRUSTEE |
|---|---|
| Kesha L. Tanabe | Mary R. Jensen, Acting U.S. Trustee |
| Vogel Law firm | Suite 1015 U.S. Courthouse |
| 218 NP Avenue | 300 South Fourth Street |
| PO Box 1389 | Minneapolis, MN 55415 |
| Fargo, ND 58107-1389 | |

The Disclosure Statement may be reviewed by registering with the ECF system or in the Bankruptcy Clerk's Office by any party. Also, copies of the Disclosure Statement may be obtained by contacting the Attorney for the Creditor.

Your rights may be affected by this action. You should read these papers carefully and discuss the matter with your attorney, if you have one. If you want the Court to consider your views you should file a written response to the action and attend the hearing that has been scheduled. If you do not take these steps the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: December 17, 2025.

        Sara E. Diaz, Clerk
        United States Bankruptcy Court
        Quentin N. Burdick United States Courthouse
        655 1st Avenue North, Suite 210
        Fargo, ND 58102-4932

        By:   /s/   SHARON HORSAGER
            Sharon Horsager, Deputy Clerk

Copy served electronically December 17, 2025, to Attorney Caren Stanley for service.