UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 25-30004 |
|---|---|
| The Ruins, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 243 |

On 12/18/2025, I did cause a copy of the following documents, described below,

Notice of Hearing on the Disclosure Statement (ECF No. 215) for Red River State Bank's Plan of Liquidation for The Ruins, LLC ECF Docket Reference No. 243

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/18/2025

/s/ Caren W. Stanley
Caren W. Stanley  06100
Email: cstanley@vogellaw.com
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102
701-237-6983

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

The Ruins, LLC

CASE NO: 25-30004

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 243

On 12/18/2025, a copy of the following documents, described below,

Notice of Hearing on the Disclosure Statement (ECF No. 215) for Red River State Bank's Plan of Liquidation for The Ruins, LLC ECF Docket Reference No. 243

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Caren W. Stanley
Vogel Law Firm
218 NP Avenue
Fargo, ND  58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
PERFORMANCE SPRAY FOAM, LLC              SCHUMACHER ELEVATOR COMPANY              THE ROOFING COMPANY
ATTN: OFFICER OR MANAGING MEMBER         ATTN: OFFICER OR MANAGING MEMBER         ATTN: OFFICER OR MANAGING MEMBER
48667 SD HWY 28                          ONE SCHUMACHER WAY                       1222 4TH AVE N 123
ASTORIA, SD 57213-5837                   DENVER, IA 50622                         FARGO, ND 58102-4358


MIKE OGBORN                              STEVEN HAUGAARD                          WATERTIGHT, INC.
OGBORN MIHM QUAINTANCE, PLLC             1601 EAST 69TH STREET, SUITE 302         OGBORN MIHM QUAINTANCE, PLLC
140 N PHILLIPS AVE, STE 203              SIOUX FALLS, SD 57108-8322               140 N PHILLIP AVE, STE 203
SIOUX FALLS, SD 57104-6710                                                        SIOUX FALLS, SD 57104-6710


WATERTOWN MUNICIPAL UTILITIES            LIMOGES CONSTRUCTION                     SOUTH DAKOTA DEPARTMENT OF REVENUE
901 4TH AVE SW                           ATTN: OFFICER OR MANAGING MEMBER         445 E. CAPITOL AVENUE
WATERTOWN, SD 57201-4106                 25732 COTTONWOOD AVENUE                  PIERRE, SD 57501-3100
                                         SIOUX FALLS, SD 57107-6402


TOP FINISH CARPENTRY, LLC                XTREME FIRE PROTECTION LLC               DEPARTMENT OF THE TREASURY
STEVEN G. HAUGAARD REGISTERED AGENT      ATTN: OFFICER OR MANAGING MEMBER         15TH & PENNSYLVANIA
1601 EAST 69TH STREET, SUITE 302         4102 N. CLIFF AVE.                       WASHINGTON, DC 20222-0001
SIOUX FALLS, SD 57108-8322               SIOUX FALLS, SD 57104-5514


U.S. ATTORNEY                            UNITED STATES ATTORNEY'S OFFICE          BRIAN'S GLASS AND DOOR LLC
ATTN: CIVIL PROCESS CLERK                ATTN: CIVIL PROCESS CLERK                ATTN: OFFICER OR MANAGING MEMBER
655 FIRST AVENUE NORTH, SUITE 250        601 D STREET, NW                         533 1ST AVE NW 4
FARGO, ND 58102-4932                     WASHINGTON, DC 20579                     WATERTOWN, SD 57201-2213


CITY OF WATERTOWN                        CRAIG HOLDINGS, LLC                      D&M INDUSTRIES
23 2ND STREET NE PO BOX 910              ATTN: OFFICER OR MANAGING MEMBER         ATTN: OFFICER OR MANAGING MEMBER
WATERTOWN, SD 57201-0910                 1405 1ST AVE N                           4205 30TH AVE S
                                         FARGO, ND 58102-4203                     MOORHEAD, MN 56560-6024


OFFICE OF THE ATTORNEY GENERAL           JESSE CRAIG                              FIRST NATIONAL BANK & TRUST
1302 S.D. E. HWY 1889                    PO BOX 426                               BODMAN PLC
SUITE 1                                  FARGO, ND 58107-0426                     ATTN: DARREN J. BURMANIA
PIERRE, SD 57501-8501                                                             99 MONROE AVE. NW, SUITE 300
                                                                                  GRAND RAPIDS, MI 49503-2639


INTERNAL REVENUE SERVICE                 THE RUINS, LLC                           BLACKTAIL INVESTMENTS, LLC
P.O. BOX 7346                            ATTN: OFFICER OR MANAGING MEMBER         ATTN: OFFICER OR MANAGING MEMBER
PHILADELPHIA, PA 19101-7346              1405 1ST AVENUE NORTH                    PO BOX 628
                                         FARGO, ND 58102-4203                     FARGO, ND 58107-0628


ATTORNEY GENERAL OF THE U.S.             CRAIG DEVELOPMENT, LLC                   HAMLIN BUILDING CENTER
DEPARTMENT OF JUSTICE                    ATTN: OFFICER OR MANAGING MEMBER         ATTN: OFFICER OR MANAGING MEMBER
950 PENNSYLVANIA AVENUE, NW              1405 1ST AVE N                           45002 HWY 28
WASHINGTON, DC 20530-0001                FARGO, ND 58102-4203                     PO BOX 200
                                                                                  LAKE NORDEN, SD 57248-0200
```

CASE INFO

| | | |
|---|---|---|
| WATERTOWN DEVELOPMENT COMPANY<br>C/O JORDAN FEIST<br>PO BOX 5027<br>300 SOUTH PHILLIPS AVE., SUITE 300<br>SIOUX FALLS, SD 57104-6322 | LABEL MATRIX FOR LOCAL NOTICING 0868-3<br>CASE 25-30004<br>DISTRICT OF NORTH DAKOTA FARGO<br>WED DEC 17 10:29:31 CST 2025 | SECURITIES & EXCHANGE COMMISSION<br>175 W. JACKSON BLVD.<br>CHICAGO, IL 60604-2908 |
| UNITED STATES TRUSTEE<br>SUITE 1015 U.S. COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415-1320 | B&W CONSTRUCTION, LLC<br>OGBORN MIHM QUAINTANCE, PLLC<br>140 N. PHILLIPS AVE, STE 203<br>SIOUX FALLS, SD 57104-6710 | CP BUSINESS MANAGEMENT, INC.<br>ATTN: OFFICER OR MANAGING MEMBER<br>1401 1ST AVE N<br>SUITE B<br>FARGO, ND 58102-4203 |
| CODINGTON COUNTY TREASURER<br>14 1ST AVE SE<br>WATERTOWN, SD 57201-3611 | CRAIG PROPERTIES, LLC<br>ATTN: OFFICER OR MANAGING MEMBER<br>1405 1ST AVE N.<br>FARGO, ND 58102-4203 | DIAMOND WALL SYSTEMS<br>ATTN: OFFICER OR MANAGING MEMBER<br>1960 CLIFF LAKE ROAD STE 129-250<br>SAINT PAUL, MN 55122-2476 |