# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>           Debtor. | Case No.: 25-30004<br><br>Chapter 11 |

## STIPULATION AS TO RESPONSE DEADLINE

Debtor The Ruins, LLC ("Debtor") and Red River State Bank ("RRSB"), by and through their undersigned counsel, respectfully submit the following stipulation. Debtor filed a Disclosure Statement on September 24, 2025 (the "Disclosure Statement"). [ECF 200] The current deadline to file an objection to the Disclosure Statement is December 29, 2025. [ECF 207] In light of a pending Motion to Dismiss or Convert in the above-captioned case [ECF 109], the parties hereby agree and stipulate that RRSB shall be afforded additional time to file a response to the Disclosure Statement, and its response shall be filed on or before January 5, 2026.

*[The remainder of this page is intentionally blank.]*

Dated: December 23, 2025.

**THE DAKOTA BANKRUPTCY FIRM**

BY: */s/ Maurice B. VerStandig* _____
    Maurice B. VerStandig, Esq.
    1630 1st Avenue N
    Suite B PMB 24
    Fargo, North Dakota 58102-4246
    Phone: (701) 394-3215
    mac@dakotabankurptcy.com
    Counsel for the Debtors/Plaintiffs

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe* _____
    Caren W. Stanley (#06100)
    cstanley@vogellaw.com
    Drew J. Hushka (#08230)
    dhushka@vogellaw.com
    Kesha L. Tanabe
    ktanabe@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND  58107-1389
    701.237.6983
    ATTORNEYS FOR RED RIVER STATE BANK

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30004 |
|---|---|
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

On December 23, 2025, the undersigned caused the following document(s):

**STIPULATION AS TO RESPONSE DEADLINE**

to be served electronically to the following:

*All ECF Filing Participants*

>                    */s/ Kesha L. Tanabe*
>                    Kesha L. Tanabe