## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

**In re:**

| | |
|---|---|
| **The Ruins, LLC** | **Bankr. No. 25-30004** |
| **Debtor.** | **Chapter 11** |

## OBJECTION TO DISCLOSURE STATEMENT

The United States Trustee (UST) filed an objection (Doc. 184) to the Disclosure Statement for First Amended Chapter 11 Plan of Reorganization of the Ruins, LLC (Doc. 94)/Second Amended Chapter 11 Plan of Reorganization (Doc. 181).   The UST renews that objection to the Disclosure Statement for the Second Plan of Reorganization (Doc. 198).

WHEREFORE, Counsel requests that the Disclosure Statement not be approved until her objections are addressed and/or that the Court preserve said objections for the Plan confirmation hearing.

Dated: December 29, 2025

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

**In re:**

**The Ruins, LLC**                                    **Bankr. No. 25-30004**

    **Debtor.**                                    **Chapter 11**

---

## CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   December 29, 2025

<u>/s/ Sarah J. Wencil</u>
Sarah J. Wencil