# The VerStandig Law Firm, LLC                    INVOICE

9812 Falls Road, #114-160                                           Invoice # 11078
Potomac, MD 20854                                                   Date: 01/01/2026
                                                                    Due On: 01/31/2026

The Ruins, LLC

## 00515-The Ruins, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Expense | 01/10/2025 | 1.00 | $31.03 | $31.03 |
| Mailing: Service of order expediting hearing on first day motions (via third party mailing vendor) | | | | | |
| Christianna Cathcart | Service | 02/06/2025 | 2.00 | $200.00 | $400.00 |
| Attended meeting of creditors. | | | | | |
| Christianna Cathcart | Service | 02/21/2025 | 0.30 | $200.00 | $60.00 |
| Phone call with Mindy discussing January monthly operating report | | | | | |
| Christianna Cathcart | Service | 02/24/2025 | 1.70 | $200.00 | $340.00 |
| Phone call with Mindy discussing January Monthly Operating Report. | | | | | |
| Christianna Cathcart | Service | 02/24/2025 | 0.30 | $200.00 | $60.00 |
| Drafting exhibit for January Monthly Operating Report and filing completed report with the Court. | | | | | |
| Maurice VerStandig | Service | 03/11/2025 | 0.80 | $400.00 | $320.00 |
| Review appraisal from CBRE (lengthy) and send same to J. Krings | | | | | |
| Christianna Cathcart | Service | 03/12/2025 | 1.60 | $200.00 | $320.00 |
| Reviewed Mindy's proposed amendments to petition and schedules, ensuring accuracy. Made necessary amendments to reflect updated financial and legal information before filing. | | | | | |
| Christianna Cathcart | Service | 03/14/2025 | 1.00 | $200.00 | $200.00 |
| Amended bankruptcy schedules to reflect updated financial information provided by Mindy. | | | | | |

Invoice # 11078 - 01/01/2026

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 03/18/2025 | 0.90 | $200.00 | $180.00 |

Reviewed amended petition and schedules for accuracy and completeness. Filed documents with the Bankruptcy Court and effected service on all creditors. Drafted and filed the corresponding COS in compliance with procedural rules.

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 03/20/2025 | 0.10 | $200.00 | $20.00 |

Phone call with Mindy discussing Monthly Operating Report

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 03/21/2025 | 0.90 | $200.00 | $180.00 |

Drafted and filed monthly operating reports, ensuring accurate financial disclosures and compliance with bankruptcy reporting requirements.

| | | | | | |
|---|---|---|---|---|---:|
| Maurice VerStandig | Service | 04/13/2025 | 0.10 | $400.00 | $40.00 |

E-mail to K. Tanabe re proposed site visit

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 04/21/2025 | 0.70 | $200.00 | $140.00 |

Reviewed completed monthly operating report. Prepared exhibits and filed report with the bankruptcy court.

| | | | | | |
|---|---|---|---|---|---:|
| Maurice VerStandig | Service | 04/27/2025 | 0.10 | $400.00 | $40.00 |

E-mail to counsel for bank re logistics of site visit

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 05/22/2025 | 0.30 | $200.00 | $60.00 |

Finalize and review April Monthly Operating Report prior to submission.

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 06/23/2025 | 2.20 | $200.00 | $440.00 |

Review draft monthly operating report and supporting financial documents (.5); Draft narrative notes to accompany monthly operating report (.4); Prepare and assemble exhibits for monthly operating report (.6); Review amended April monthly operating report and add missing exhibits (.7).

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 06/24/2025 | 0.30 | $200.00 | $60.00 |

File amended April monthly operating report with exhibits and narrative notes.

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 07/09/2025 | 0.50 | $200.00 | $100.00 |

Draft and send email to M. Craig providing clarification on MOR issues (.1); Review email from S. Wencil regarding monthly operating reports (.1); Review Monthly Operating Report(s) (.3).

| | | | | | |
|---|---|---|---|---|---:|
| Christianna Cathcart | Expense | 07/17/2025 | 1.00 | $67.76 | $67.76 |

Mailing: Printing Subtotal: $33.44
- Credits Applied: $0.00
= Printing: $33.44
+ Postage: $34.32
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 67.76

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 07/17/2025 | 0.40 | $200.00 | $80.00 |
| Serve Discovery and Scheduling Order issued by the Court (.2); draft and file certificate of service (.2). | | | | | |
| Christianna Cathcart | Service | 07/21/2025 | 0.80 | $200.00 | $160.00 |
| Review and file monthly operating report, including final review of attachments. | | | | | |
| Maurice VerStandig | Service | 07/23/2025 | 0.40 | $400.00 | $160.00 |
| Call with J. Nesse re potentially serving as expert witness in connection with pending stay relief motion, including discussion of broad stroke case facts and likely scope of expert testimony | | | | | |
| Maurice VerStandig | Service | 07/23/2025 | 0.40 | $400.00 | $160.00 |
| Calls with J. Craig (17 minutes, 4 minutes) re retention of expert on ▇▇▇ for Ruins stay relief motion, other facets of testimony to be utilized to defend motion, retention of ▇▇▇ for same motion, and general defense for opposing motion | | | | | |
| Maurice VerStandig | Service | 07/24/2025 | 0.10 | $400.00 | $40.00 |
| E-mail introducing J. Craig and J. Nesse to facilitate formal engagement of J. Nesse as expert and payment of her fees | | | | | |
| Maurice VerStandig | Service | 07/28/2025 | 0.20 | $400.00 | $80.00 |
| Call with J. Craig re appraiser options for stay relief motion (5 mins); E-mail follow up with J. Craig re same (approx. 5 mins) | | | | | |
| Christianna Cathcart | Service | 07/31/2025 | 0.40 | $200.00 | $80.00 |
| Generated February through June Monthly Operating Reports for M. Craig's signature (.3); uploaded reports to Dropbox for M. Craig and U.S. Trustee review (.1) | | | | | |
| Christianna Cathcart | Service | 08/04/2025 | 0.80 | $200.00 | $160.00 |
| Review N. Atkinson's comments on prior submissions and revise exhibits accordingly for updated MOR filings. | | | | | |
| Christianna Cathcart | Service | 08/21/2025 | 1.50 | $200.00 | $300.00 |
| Reviewed July Monthly Operating Report, including reconciliation of receipts and disbursements, and formatting | | | | | |

supporting documentation for filing (1.2); Call with M. Craig regarding July operating report, reconciliation discrepancies, and supporting documentation (.3)

| Christianna Cathcart | Service | 08/26/2025 | 0.80 | $200.00 | $160.00 |
|---|---|---|---|---|---|

Review discovery correspondence received from RRSB; assess scope of requests and identify responsive documents.

| Christianna Cathcart | Service | 09/11/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Send discovery materials to J. Craig and M. Craig for the Ruins matter.

| Christianna Cathcart | Service | 09/19/2025 | 2.90 | $200.00 | $580.00 |
|---|---|---|---|---|---|

Begin drafting Debtor's Responses to Red River State Bank's Interrogatories, including review of pleadings and internal documentation to ensure accuracy of factual content and legal positioning.

| Maurice VerStandig | Service | 09/21/2025 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Exchange e-mails with J. Nesse re expert testimony and time to speak on phone re same

| Maurice VerStandig | Service | 09/22/2025 | 0.70 | $400.00 | $280.00 |
|---|---|---|---|---|---|

Call with J. Nesse to discuss potential testimony in connection with forthcoming stay relief hearing

| Maurice VerStandig | Service | 09/22/2025 | 0.70 | $400.00 | $280.00 |
|---|---|---|---|---|---|

Review draft discovery responses prepared by C. Cathcart and client, making edits where appropriate and inserting information about expert witnesses

| Christianna Cathcart | Service | 09/22/2025 | 0.70 | $200.00 | $140.00 |
|---|---|---|---|---|---|

Review and file July Monthly Operating Report, ensuring completeness and consistency.

| Christianna Cathcart | Service | 09/22/2025 | 2.70 | $200.00 | $540.00 |
|---|---|---|---|---|---|

Continue drafting responses to Interrogatories and Requests for Production propounded by RRSB, including review of prior filings and internal notes.

| Christianna Cathcart | Service | 09/23/2025 | 2.60 | $200.00 | $520.00 |
|---|---|---|---|---|---|

Review and compile responsive documents to RRSB's discovery requests; apply Bates labeling and transmit complete production set to opposing counsel.

| Maurice VerStandig | Service | 09/23/2025 | 0.30 | $400.00 | $120.00 |
|---|---|---|---|---|---|

Calls with J. Craig (10 mins, 5 mins) re stay relief motions, following deposition

| Maurice VerStandig | Service | 09/25/2025 | 2.00 | $400.00 | $800.00 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Calls with J. Craig re preparations for stay relief hearing, receipt of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, strategy to drop opposition to stay relief, options vis a vis ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, potential benefits and pitfalls of dropping opposition to stay relief, and text of notice withdrawing opposition (with notice being drafted while on phone with J. Craig) (66 mins, 2 mins, 32 mins, 10 mins, 6 mins) | | | | | |
| Maurice VerStandig | Service | 09/26/2025 | 0.40 | $400.00 | $160.00 |
| Calls with J. Krings (6 mins) and J. Klobucar (13 mins) re withdrawal of opposition to Ruins stay relief motion | | | | | |
| Maurice VerStandig | Service | 10/05/2025 | 0.10 | $400.00 | $40.00 |
| Withdraw sale motion | | | | | |
| Maurice VerStandig | Service | 10/17/2025 | 3.30 | $400.00 | $1,320.00 |
| Draft opposition to motion to convert, researching pertinent authorities as part of drafting process | | | | | |
| Maurice VerStandig | Service | 10/25/2025 | 0.20 | $400.00 | $80.00 |
| E-mail counsel for J. Craig (individual counsel) re need to remove Ruins state court case and seek a transfer of venue, furnishing copies of papers filed in unrelated case | | | | | |
| Christianna Cathcart | Service | 10/28/2025 | 5.00 | $200.00 | $1,000.00 |
| Call with D. Frisk to discuss motion to transfer venue and notice of removal (.9);Call with M. Craig to inquire about status and scope of related state court litigation (.3); Redraft and edit removal filing; send revised version to D. Frisk for review and filing (1.3); Redraft and review motion to transfer venue; research Eighth Circuit precedent on discretionary venue transfer and related factors under 28 U.S.C. § 1412 (2.5) | | | | | |
| Christianna Cathcart | Service | 10/29/2025 | 0.80 | $200.00 | $160.00 |
| Finalize edits to motion to transfer venue, ensuring clarity, legal accuracy, and formatting compliance; send to D. Frisk for review and filing | | | | | |
| Christianna Cathcart | Service | 10/29/2025 | 0.50 | $200.00 | $100.00 |
| Review case docket, filed exhibits, and financial documentation to locate complete payment history; organize and prepare relevant records to send to M. Craig for review. | | | | | |
| Maurice VerStandig | Service | 11/02/2025 | 1.30 | $400.00 | $520.00 |
| Meet with J. Craig and M. Craig in preparation for hearing on motion to convert and review testimony and exhibits with them | | | | | |
| Maurice VerStandig | Service | 11/02/2025 | 3.50 | $400.00 | $1,400.00 |
| Review briefing, exhibits, and stipulations in preparation for evidentiary hearing on motion to convert | | | | | |
| Christianna Cathcart | Service | 11/02/2025 | 1.20 | $200.00 | $240.00 |

| | | | | | |
|---|---|---|---|---|---|
| Meet with J. Craig and M. Craig in preparation for hearing on motion to convert and review testimony and exhibits with them | | | | | |
| Christianna Cathcart | Service | 11/02/2025 | 1.30 | $200.00 | $260.00 |
| Review notes, exhibits, and pleadings in preparation for motion to convert hearing | | | | | |
| Maurice VerStandig | Service | 11/03/2025 | 5.00 | $400.00 | $2,000.00 |
| Attend hearing on motion to convert to chapter 7 (no charge for lunch break; time includes other recesses and breaks used for working purposes) | | | | | |
| Maurice VerStandig | Service | 11/03/2025 | 2.00 | $400.00 | $800.00 |
| Review notes from first day of evidentiary hearing to prepare for second day, including review of topics to be addressed in examining J. Craig | | | | | |
| Christianna Cathcart | Service | 11/03/2025 | 5.00 | $200.00 | $1,000.00 |
| Attend hearing on motion to convert to chapter 7 (no charge for lunch break; time includes other recesses and breaks used for working purposes) | | | | | |
| Christianna Cathcart | Service | 11/03/2025 | 2.70 | $200.00 | $540.00 |
| Review discovery emails to evaluate C. Aarestad knowledge and involvement relevant to the motion to convert. | | | | | |
| Maurice VerStandig | Service | 11/04/2025 | 5.30 | $400.00 | $2,120.00 |
| Attend second day of hearing on motion to convert; Time entry includes recesses used to address various issues and interact with counsel and witnesses, but does not include lunch breach which was used for personal time | | | | | |
| Christianna Cathcart | Service | 11/04/2025 | 5.30 | $200.00 | $1,060.00 |
| Attend second day of hearing on motion to convert; Time entry includes recesses used to address various issues and interact with counsel and witnesses, but does not include lunch breach which was used for personal time | | | | | |
| Christianna Cathcart | Service | 11/04/2025 | 0.30 | $200.00 | $60.00 |
| Call with D. Frisk to discuss outcome of motion to convert. | | | | | |
| Maurice VerStandig | Service | 11/06/2025 | 0.40 | $400.00 | $160.00 |
| Call with counsel for Watertown Development Company re Ruins stay relief motion, status of motion to convert, case dynamics, and next steps (no charge for social portion of call) | | | | | |
| Maurice VerStandig | Service | 11/09/2025 | 0.60 | $400.00 | $240.00 |
| Draft detailed e-mail to client re continued hearing and strategy for proceeding | | | | | |

| Name | Type | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/10/2025 | 0.30 | $400.00 | $120.00 |
| Review, revise and send e-mail to client re steps to be taken in advance of November 20 and 25 hearing | | | | | |
| Christianna Cathcart | Service | 11/12/2025 | 2.20 | $200.00 | $440.00 |
| Call with D. Frisk to discuss strategy for The Ruins matter and motion to remand (0.7); Read email from C. Stanley and review attached motion to remand and supporting brief (0.9); Conduct research to support arguments for motion to remand in collaboration with D. Frisk (.06) | | | | | |
| Christianna Cathcart | Service | 11/13/2025 | 0.10 | $200.00 | $20.00 |
| Call with J. Craig to discuss issues related to ▮▮▮▮▮▮ and ongoing litigation. | | | | | |
| Christianna Cathcart | Service | 11/13/2025 | 1.10 | $200.00 | $220.00 |
| Call with M. VerStandig, J. Craig, and M. Craig to review motion to convert, trial exhibits, and proposed witness list. | | | | | |
| Christianna Cathcart | Service | 11/14/2025 | 1.60 | $200.00 | $320.00 |
| Begin drafting motion to remand The Ruins matter to state court, including review of federal removal grounds and strategy under 28 U.S.C. § 1452. | | | | | |
| Christianna Cathcart | Service | 11/18/2025 | 0.60 | $200.00 | $120.00 |
| Conference call with M. VerStandig, J. Craig, and M. Craig to prepare for upcoming hearing, review evidentiary materials, and confirm strategy. | | | | | |
| Maurice VerStandig | Service | 11/19/2025 | 2.00 | $400.00 | $800.00 |
| Prepare for continued hearing on motion to convert, including review of witness and exhibits lists filed by RRSB, review of expert reports, and review of case law governing admission of expert reports | | | | | |
| Christianna Cathcart | Service | 11/19/2025 | 0.10 | $200.00 | $20.00 |
| Send email to M. Craig providing video conference link and instructions for attending hearing on motion to convert. | | | | | |
| Maurice VerStandig | Service | 11/20/2025 | 3.80 | $400.00 | $1,520.00 |
| Attend third day of hearing on motion to convert (attendance via Zoom) | | | | | |
| Christianna Cathcart | Service | 11/20/2025 | 4.30 | $200.00 | $860.00 |
| Attend third day of hearing on motion to convert (3.8); Meet with J. Craig and M. Craig to debrief after hearing, including discussion of next steps (0.5) | | | | | |
| Christianna Cathcart | Service | 11/21/2025 | 0.60 | $200.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Review and file October monthly operating report, confirming accuracy of exhibits and cash flow disclosures | | | | | |
| Maurice VerStandig | Service | 11/24/2025 | 2.60 | $400.00 | $1,040.00 |
| Attend day four of hearing on motion to convert (via Zoom) | | | | | |
| Maurice VerStandig | Service | 11/24/2025 | 0.40 | $400.00 | $160.00 |
| Call with J. Craig and M. Craig following day four of hearing, re plans for day five (including review of M. Craig testimony, conference with B. Matson re his testimony, and strategy for case) | | | | | |
| Maurice VerStandig | Service | 11/24/2025 | 3.50 | $400.00 | $1,400.00 |
| Review appraisal reports in anticipation of cross-examination of witness and prepare outline of potential questions (with outline being prepared while reports are being reviewed) | | | | | |
| Christianna Cathcart | Service | 11/24/2025 | 3.00 | $200.00 | $600.00 |
| Attend continued hearing via video conference on motion to convert case to Chapter 7 (2.6); Call with M. VerStandig, J. Craig, and M. Craig to review hearing outcome and plan next procedural steps (0.4). | | | | | |
| Christianna Cathcart | Service | 11/25/2025 | 8.90 | $200.00 | $1,780.00 |
| Call with M. Craig to prepare for continued hearing on motion to convert (.1); Attend continued hearing on motion to convert case to Chapter 7 (8.8) | | | | | |
| Maurice VerStandig | Service | 11/25/2025 | 5.10 | $400.00 | $2,040.00 |
| Attend fifth day of trial on motion to convert | | | | | |
| Maurice VerStandig | Service | 12/07/2025 | 1.50 | $400.00 | $600.00 |
| Review transcripts from trial and begin to assess same for citations in closing, while outlining and beginning drafting of closing (time billed together because transcript review and closing drafting were undertaken in unison) | | | | | |
| Maurice VerStandig | Service | 12/08/2025 | 1.10 | $400.00 | $440.00 |
| Continue work on closing argument | | | | | |
| Maurice VerStandig | Service | 12/10/2025 | 6.20 | $400.00 | $2,480.00 |
| Continue drafting written closing argument following trial on motion to dismiss | | | | | |
| Christianna Cathcart | Service | 12/11/2025 | 1.00 | $200.00 | $200.00 |
| Attend Call with J. and M. Craig with M. VerStandig (1) | | | | | |
| Christianna Cathcart | Service | 12/16/2025 | 0.80 | $200.00 | $160.00 |

Attend motion hearing via video on debtor's motion to equitably subordinate claims.

| Christianna Cathcart | Service | 12/22/2025 | 0.70 | $200.00 | $140.00 |

Review and draft November monthly operating report, including account summaries and financial disclosures.

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 73.9 | $200.00 | $14,780.00 |
| Maurice VerStandig | 54.5 | $400.00 | $21,800.00 |
| | | **Subtotal** | **$36,678.79** |

# 00516-The Ruins, LLC

# Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/05/2025 | 2.90 | $400.00 | $1,160.00 |

Draft plan of reorganization (2.8); E-mail same to client for review and comment (.1)

| Maurice VerStandig | Service | 09/21/2025 | 0.50 | $400.00 | $200.00 |

Draft first amended plan

| Maurice VerStandig | Service | 09/22/2025 | 2.20 | $400.00 | $880.00 |

Draft disclosure statement to accompany first amended plan, with time being inclusive of light edits made to amended plan as part of disclosure statement drafting process

| Maurice VerStandig | Service | 09/23/2025 | 0.20 | $400.00 | $80.00 |

Call with J. Klobucar re amended plan and disclosure statement

| Maurice VerStandig | Service | 09/23/2025 | 0.60 | $400.00 | $240.00 |

Review and revise disclosure statement and amended plan before filing same

| Maurice VerStandig | Service | 11/19/2025 | 4.20 | $400.00 | $1,680.00 |

Review bank's proposed plan of reorganization (.5); Research case law on exclusivity violations and draft motion seeking relief for breach of exclusivity period, with research and drafting occurring simultaneously (3.7)

Case 25-30004    Doc 254-1    Filed 01/02/26    Entered 01/02/26 08:28:09    Desc Exhibit A - Time and Expense Records    Page 10 of 11

Invoice # 11078 - 01/01/2026

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/24/2025 | 0.10 | $400.00 | $40.00 |
| Call with J. Craig and M. Craig re filing amended Ruins disclosure statement and change to be made thereto | | | | | |
| Maurice VerStandig | Expense | 12/05/2025 | 1.00 | $62.56 | $62.56 |
| Mailing: Mailing of notice of hearing on disclosure statement (via third party mailing vendor) | | | | | |
| Maurice VerStandig | Service | 12/08/2025 | 0.80 | $400.00 | $320.00 |
| Review competing plan from RRSB | | | | | |
| Maurice VerStandig | Service | 12/08/2025 | 0.10 | $400.00 | $40.00 |
| Email to client re competing plan from Red River State Bank | | | | | |
| Maurice VerStandig | Service | 12/08/2025 | 0.60 | $400.00 | $240.00 |
| Initial review of RRSB disclosure statement | | | | | |
| Maurice VerStandig | Service | 12/16/2025 | 0.70 | $400.00 | $280.00 |
| Attend hearing on motion to equitably subordinate in light of plan being docketed prior to lapsing of exclusivity | | | | | |
| Maurice VerStandig | Service | 12/16/2025 | 0.20 | $400.00 | $80.00 |
| Call with client following hearing on exclusivity violation, discussing impact of ruling and next steps | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 13.1 | $400.00 | $5,240.00 |
| | | Subtotal | $5,302.56 |

## 00517-The Ruins, LLC

## Fee and Employment Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 01/06/2025 | 0.30 | $200.00 | $60.00 |
| Drafted and filed an employment application on behalf of Christianna A. Cathcart. | | | | | |

Case 25-30004   Doc 254-1   Filed 01/02/26   Entered 01/02/26 08:28:09   Desc Exhibit A - Time and Expense Records   Page 11 of 11

Invoice # 11078 - 01/01/2026

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 0.3 | $200.00 | $60.00 |
| | | Subtotal | $60.00 |

## 00518-The Ruins, LLC

## Claims Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 11/12/2025 | 0.40 | $200.00 | $80.00 |

Call with Top Finish Carpentry regarding extension of time to object to proof of claim.

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 0.4 | $200.00 | $80.00 |
| | | Subtotal | $80.00 |

| | | Total | $42,121.35 |
|---|---|---|---|

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11078 | 01/31/2026 | $42,121.35 | $0.00 | $42,121.35 |
| | | | Outstanding Balance | $42,121.35 |
| | | | Total Amount Outstanding | $42,121.35 |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.