| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 25-30004<br>District of North Dakota<br>Fargo<br>Fri Jan  2 08:01:00 CST 2026 | D & M Industries, Inc<br>c/o John Krings<br>PO Box 9231<br>Fargo, ND 58106-9231 | Diamond Wall Systems, Inc.<br>c/o Bassford Remele, P.A.<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402-1254 |
| Red River State Bank<br>Attn:  Caren W. Stanley<br>Vogel  Law Firm.<br>PO Box 1389<br>Fargo, ND 58107-1389 | The Ruins, LLC<br>1405 1st Avenue North<br>Fargo, ND 58102-4203 | United States Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Watertown Development Company<br>1 East Kemp Avenue<br>Watertown, SD 57201-3606 | U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | B&W CONSTRUCTION, LLC<br>Ogborn Mihm Quaintance, PLLC<br>140 N. Phillips Ave, Ste 203<br>Sioux Falls, SD 57104-6710 |
| Blacktail Investments, LLC<br>PO Box 628<br>Fargo, ND 58107-0628 | Brian's Glass and Door LLC<br>533 1st Ave NW<br>4<br>Watertown, SD 57201-2213 | CP Business Management, Inc.<br>1401 1st Ave N<br>Suite B<br>Fargo, ND 58102-4203 |
| Caren Stanley, Esq.<br>Vogel Law Firm<br>218 NP Avenue<br>Fargo, ND 58102-4834 | City of Watertown<br>23 2nd Street NE<br>PO Box 910<br>Watertown, SD 57201-0910 | Codington County Treasurer<br>14 1st Ave SE<br>Watertown, SD 57201-3611 |
| Craig Development, LLC<br>1405 1st Ave N<br>Fargo, ND 58102-4203 | Craig Holdings, LLC<br>1405 1st Ave N<br>Fargo, ND 58102-4203 | Craig Properties, LLC<br>1405 1st Ave N.<br>Fargo, ND 58102-4203 |
| D & M Industries, Inc.<br>c/o John M. Krings, Jr.<br>Kaler Doeling, PLLP<br>PO Box 9231<br>Fargo, ND 58106-9231 | D&M Industries<br>4205 30th Ave S<br>Moorhead, MN 56560-6024 | Diamond Wall Systems<br>1960 Cliff Lake Road<br>Ste 129-250<br>Saint Paul, MN 55122-2476 |
| Diamond Wall Systems, Inc.<br>c/o Jeffrey D. Klobucar<br>BASSFORD REMELE, P.A.<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402-1254 | Diamond Wall Systems, Inc.<br>c/o Ken Johnson<br>1960 Cliff Lake Road, Suite 129-250<br>Eagan, MN 55122-2476 | First National Bank & Trust<br>Bodman PLC<br>Attn: Darren J. Burmania<br>99 Monroe Ave. NW, Suite 300<br>Grand Rapids, MI 49503-2639 |
| Hamlin Building Center<br>45002 Hwy 28<br>PO Box 200<br>Lake Norden, SD 57248-0200 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jesse Craig<br>PO Box 426<br>Fargo, ND 58107-0426 |
| Limoges Construction<br>25732 Cottonwood Avenue<br>Sioux Falls, SD 57107-6402 | Mike Ogborn<br>Ogborn Mihm Quaintance, PLLC<br>140 N Phillips Ave, Ste 203<br>Sioux Falls, SD 57104-6710 | Performance Spray Foam, LLC<br>48667 SD HWY 28<br>Astoria, SD 57213-5837 |

```
Red River State Bank              Red River State Bank              Red River State Bank
114 N Mill St                     c/o Kesha L. Tanabe                c/o: Caren W. Stanley
PO Box 98                         Vogel Law Firm                     Vogel Law Firm
Fertile, MN 56540-0098            PO Box 1389                        P.O. Box 1389
                                  Fargo ND  58107-1389               Fargo, ND  58107-1389


Red River State Bank              Sarah J. Wencil                    Schumacher Elevator Company
c/o: Drew J. Hushka               Office of the U.S. Trustee         One Schumacher Way
Vogel Law Firm                    Suite 1015 U.S. Courthouse         Denver, IA 50622
PO Box 1389                       300 South Fourth Street
Fargo ND  58107-1389              Minneapolis, MN 55415-1320


South Dakota Department of Revenue  Steven Haugaard                  The Roofing Company
445 E. Capitol Avenue             1601 East 69th Street, Suite 302   1222 4th Ave N 123
Pierre, SD 57501-3100             Sioux Falls, SD 57108-8322         Fargo, ND 58102-4358



Top Finish Carpentry, LLC         WATERTIGHT, INC.                   Watertown Development Company
Steven G. Haugaard  Registered Agent  Ogborn Mihm Quaintance, PLLC   c/o David R. Strait
1601 East 69th Street, Suite 302  140 N Phillip Ave, Ste 203         Austin,Strait,Benson,Thole&Koehn LLP
Sioux Falls, SD 57108-8322        Sioux Falls, SD 57104-6710         25 First Avenue Southwest
                                                                     Watertown, SD 57201-3507


Watertown Development Company     Watertown Municipal Utilities      XTREME FIRE PROTECTION, LLC
c/o Jordan Feist                  901 4th Ave SW                     Ogborn Mihm Quaintance, PLLC
PO Box 5027                       Watertown, SD 57201-4106           140 N. Phillips Ave, Ste 203
300 South Phillips Ave., Suite 300                                   Sioux Falls, SD 57104-6710
Sioux Falls, SD 57104-6322


Xtreme Fire Protection LLC        Christianna A. Cathcart            Gene W Doeling
4102 N. Cliff Ave.                The Dakota Bankruptcy Firm         Bankruptcy Trustee
Sioux Falls, SD 57104-5514        1630 First Ave N                   3429 Interstate Blvd. S.
                                  Ste. B PMB 24                      P.O. Box 9231
                                  Fargo, ND 58102-4246               Fargo, ND 58106-9231


Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246
```

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Mike Ogborn                    (d)Mike Ogborn                     (d)Watertown Development Company
Ogborn Mihm Quaintance, PLLC      Ogborn Mihm Quaintance, PLLC       1 East Kemp Avenue
140 N. Phillips Ave, Ste 203      140 N. Phillips Avenue, Suite 203  Watertown, SD 57201-3606
Sioux Falls, SD 57104-6710        Sioux Falls, SD 57104-6710
```

End of Label Matrix
Mailable recipients     48
Bypassed recipients      3
Total                   51