United States Bankruptcy Court

District of North Dakota

In re:                                                                    Case No. 25-30004-skh
The Ruins, LLC                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                         User: admin                          Page 1 of 3
Date Rcvd: Dec 31, 2025                      Form ID: 309C                        Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203 |
| aty | + | Caren Stanley, Vogel Law Firm, 218 Northern Pacific Avenue, Fargo, ND 58102-4834 |
| aty |   | Christianna A. Cathcart, The Dakota Bankruptcy Firm, 1630 First Ave N, Ste. B PMB 24, Fargo, ND 58102-4246 |
| aty | + | David R. Strait, Austin, Strait, Benson, Thole & Koehn LL, 25 First Avenue Southwest, Watertown, SD 57201-3507 |
| aty | + | Drew J. Hushka, Vogel Law Firm, 218 NP Avenue, PO Box 1389, Fargo, ND 58107-1389 |
| aty | + | Jeffrey Klobucar, Bassford Remele, 100 South 5th Street, Suite 1500, Minneapolis, MN 55402-1254 |
| aty | + | John M Krings, Jr., Kaler Doeling, PLLP, 3429 Interstate Blvd. S., Fargo, ND 58103-2213 |
| aty | + | Jordan J Feist, Woods, Fuller, Shultz & Smith P.C., 300 South Phillips Avenue, Suite 300, Sioux Falls, SD 57104-6322 |
| aty | + | Kesha Tanabe, Vogel Law Firm, 218 Northern Pacific Avenue, Fargo, ND 58102-4834 |
| cr |   | D & M Industries, Inc., c/o John Krings, PO Box 9231, Fargo, ND 58106-9231 |
| cr | + | Diamond Wall Systems, Inc., c/o Bassford Remele, P.A., 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402-1254 |
| cr |   | Red River State Bank, Attn: Caren W. Stanley, Vogel Law Firm., PO Box 1389, Fargo, ND 58107-1389 |
| 1111725 | + | B&W CONSTRUCTION, LLC, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109045 | + | Blacktail Investments, LLC, PO Box 628, Fargo, ND 58107-0628 |
| 1109046 | + | Brian's Glass and Door LLC, 533 1st Ave NW, 4, Watertown, SD 57201-2213 |
| 1109049 | + | CP Business Management, Inc., 1401 1st Ave N, Suite B, Fargo, ND 58102-4203 |
| 1109047 | + | Caren Stanley, Esq., Vogel Law Firm, 218 NP Avenue, Fargo, ND 58102-4834 |
| 1111577 | + | City of Watertown, 23 2nd Street NE, PO Box 910, Watertown, SD 57201-0910 |
| 1109048 | + | Codington County Treasurer, 14 1st Ave SE, Watertown, SD 57201-3611 |
| 1109050 | + | Craig Development, LLC, 1405 1st Ave N, Fargo, ND 58102-4203 |
| 1109051 | + | Craig Holdings, LLC, 1405 1st Ave N, Fargo, ND 58102-4203 |
| 1109052 | + | Craig Properties, LLC, 1405 1st Ave N., Fargo, ND 58102-4203 |
| 1109312 |   | D & M Industries, Inc., c/o John M. Krings, Jr., Kaler Doeling, PLLP, PO Box 9231, Fargo, ND 58106-9231 |
| 1109053 | + | D&M Industries, 4205 30th Ave S, Moorhead, MN 56560-6024 |
| 1109054 | + | Diamond Wall Systems, 1960 Cliff Lake Road, Ste 129-250, Saint Paul, MN 55122-2476 |
| 1111672 | + | Diamond Wall Systems, Inc., c/o Ken Johnson, 1960 Cliff Lake Road, Suite 129-250, Eagan, MN 55122-2476 |
| 1111544 | + | Diamond Wall Systems, Inc., c/o Jeffrey D. Klobucar, BASSFORD REMELE, P.A., 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402-1254 |
| 1111675 | + | First National Bank & Trust, Bodman PLC, Attn: Darren J. Burmania, 99 Monroe Ave. NW, Suite 300, Grand Rapids, MI 49503-2639 |
| 1109055 | + | Hamlin Building Center, 45002 Hwy 28, PO Box 200, Lake Norden, SD 57248-0200 |
| 1109057 |   | Jesse Craig, PO Box 426, Fargo, ND 58107-0426 |
| 1109058 | + | Limoges Construction, 25732 Cottonwood Avenue, Sioux Falls, SD 57107-6402 |
| 1111676 | + | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Avenue, Suite 203, Sioux Falls, SD 57104-6710 |
| 1109059 | + | Performance Spray Foam, LLC, 48667 SD HWY 28, Astoria, SD 57213-5837 |
| 1113572 |   | Red River State Bank, c/o Kesha L. Tanabe, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1109115 |   | Red River State Bank, c/o: Drew J. Hushka, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1109110 |   | Red River State Bank, c/o: Caren W. Stanley, Vogel Law Firm, P.O. Box 1389, Fargo, ND 58107-1389 |
| 1109060 | + | Red River State Bank, 114 N Mill St, PO Box 98, Fertile, MN 56540-0098 |
| 1109073 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415-1320 |
| 1110245 |   | Schumacher Elevator Company, One Schumacher Way, Denver, IA 50622 |
| 1109061 | + | South Dakota Department of Revenue, 445 E. Capitol Avenue, Pierre, SD 57501-3100 |
| 1122979 | + | Steven Haugaard, 1601 East 69th Street, Suite 302, Sioux Falls, SD 57108-8322 |
| 1109062 | + | The Roofing Company, 1222 4th Ave N 123, Fargo, ND 58102-4358 |
| 1109063 | + | Top Finish Carpentry, LLC, Steven G. Haugaard Registered Agent, 1601 East 69th Street, Suite 302, Sioux Falls, SD 57108-8322 |
| 1111680 | + | WATERTIGHT, INC., Ogborn Mihm Quaintance, PLLC, 140 N Phillip Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109798 | + | Watertown Development Company, c/o Jordan Feist, PO Box 5027, 300 South Phillips Ave., Suite 300, Sioux Falls, SD 57104-6322 |
| 1109064 |   | Watertown Development Company, 1 East Kemp Avenue, Watertown, SD 57201-3606 |
| 1109301 | + | Watertown Development Company, c/o David R. Strait, Austin,Strait,Benson,Thole&Koehn LLP, 25 First Avenue Southwest, Watertown, |

| District/off: 0868-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 309C | Total Noticed: 53 |

|  |  |  |
|---|---|---|
|  | SD 57201-3507 |  |
| 1111368 |  | Watertown Municipal Utilities, 901 4th Ave SW, Watertown, SD 57201-4106 |
| 1111677 | + | XTREME FIRE PROTECTION, LLC, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109065 | + | Xtreme Fire Protection LLC, 4102 N. Cliff Ave., Sioux Falls, SD 57104-5514 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mac@mbvesq.com | Dec 31 2025 18:56:09 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| tr | EDI: BGWDOELING.COM | Dec 31 2025 23:58:00 | Gene W Doeling, Bankruptcy Trustee, 3429 Interstate Blvd. S., P.O. Box 9231, Fargo, ND 58106-9231 |
| 1109056 | EDI: IRS.COM | Dec 31 2025 23:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Watertown Development Company, 1 East Kemp Avenue, Watertown, SD 57201-3606 |
| 1111679 | *+ | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1111724 | *+ | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com;lstanley@vogellaw.com |
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com;lstanley@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 31, 2025 | Form ID: 309C | Total Noticed: 53 |

Christianna A. Cathcart
    on behalf of Debtor The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
    on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
    on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com

David R. Strait
    on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Drew J. Hushka
    on behalf of Creditor Red River State Bank dhushka@vogellaw.com  sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka
    on behalf of Defendant Red River State Bank dhushka@vogellaw.com  sthompson@vogellaw.com,jschares@vogellaw.com

Gene W Doeling
    heather@kdlawpartners.com  mn20@ecfcbis.com

Jeffrey Klobucar
    on behalf of Creditor Diamond Wall Systems  Inc. jklobucar@bassford.com, jlavaque@bassford.com

John M Krings, Jr.
    on behalf of Creditor D & M Industries  Inc. john@kdlawpartners.com, janae@kdlawpartners.com

Jordan J Feist
    on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe
    on behalf of Creditor Red River State Bank ktanabe@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com

Kesha Tanabe
    on behalf of Defendant Red River State Bank ktanabe@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
    on behalf of Debtor The Ruins  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff The Ruins  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 21

| Information to identify the case: | | |
|---|---|---|
| Debtor: **The Ruins, LLC** (Name) | | EIN: 37–1980547 |
| United States Bankruptcy Court    District of North Dakota | | Date case filed in chapter: 11    1/6/25 |
| Case number: 25–30004 | | Date case converted to chapter: 7    12/31/25 |

Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | The Ruins, LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1405 1st Avenue North<br>Fargo, ND 58102 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Contact phone 701–394–3215<br><br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gene W Doeling<br>Bankruptcy Trustee<br>3429 Interstate Blvd. S.<br>P.O. Box 9231<br>Fargo, ND 58106–9231 | Contact phone 701–232–8757<br><br>Email: heather@kdlawpartners.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102 | Hours open:<br>8:00am–4:30pm Mon–Fri<br><br>Contact phone (701) 297–7100<br><br>Date: 12/31/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 26, 2026 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 980 141 0397, and Passcode 3977356318 OR, call (1) 701–607–6750** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1