United States Bankruptcy Court

District of North Dakota

In re:  
The Ruins, LLC  
    Debtor

Case No. 25-30004-skh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 3  
Date Rcvd: Jan 05, 2026     Form ID: newtr341     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203 |
| cr | | D & M Industries, Inc., c/o John Krings, PO Box 9231, Fargo, ND 58106-9231 |
| cr | + | Diamond Wall Systems, Inc., c/o Bassford Remele, P.A., 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402-1254 |
| cr | | Red River State Bank, Attn: Caren W. Stanley, Vogel Law Firm., PO Box 1389, Fargo, ND 58107-1389 |
| 1111725 | + | B&W CONSTRUCTION, LLC, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109045 | + | Blacktail Investments, LLC, PO Box 628, Fargo, ND 58107-0628 |
| 1109046 | + | Brian's Glass and Door LLC, 533 1st Ave NW, 4, Watertown, SD 57201-2213 |
| 1109049 | + | CP Business Management, Inc., 1401 1st Ave N, Suite B, Fargo, ND 58102-4203 |
| 1109047 | + | Caren Stanley, Esq., Vogel Law Firm, 218 NP Avenue, Fargo, ND 58102-4834 |
| 1111577 | + | City of Watertown, 23 2nd Street NE, PO Box 910, Watertown, SD 57201-0910 |
| 1109048 | + | Codington County Treasurer, 14 1st Ave SE, Watertown, SD 57201-3611 |
| 1109050 | + | Craig Development, LLC, 1405 1st Ave N, Fargo, ND 58102-4203 |
| 1109051 | + | Craig Holdings, LLC, 1405 1st Ave N, Fargo, ND 58102-4203 |
| 1109052 | + | Craig Properties, LLC, 1405 1st Ave N., Fargo, ND 58102-4203 |
| 1109312 | | D & M Industries, Inc., c/o John M. Krings, Jr., Kaler Doeling, PLLP, PO Box 9231, Fargo, ND 58106-9231 |
| 1109053 | + | D&M Industries, 4205 30th Ave S, Moorhead, MN 56560-6024 |
| 1109054 | + | Diamond Wall Systems, 1960 Cliff Lake Road, Ste 129-250, Saint Paul, MN 55122-2476 |
| 1111672 | + | Diamond Wall Systems, Inc., c/o Ken Johnson, 1960 Cliff Lake Road, Suite 129-250, Eagan, MN 55122-2476 |
| 1111544 | + | Diamond Wall Systems, Inc., c/o Jeffrey D. Klobucar, BASSFORD REMELE, P.A., 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402-1254 |
| 1111675 | + | First National Bank & Trust, Bodman PLC, Attn: Darren J. Burmania, 99 Monroe Ave. NW, Suite 300, Grand Rapids, MI 49503-2639 |
| 1109055 | + | Hamlin Building Center, 45002 Hwy 28, PO Box 200, Lake Norden, SD 57248-0200 |
| 1109057 | | Jesse Craig, PO Box 426, Fargo, ND 58107-0426 |
| 1109058 | + | Limoges Construction, 25732 Cottonwood Avenue, Sioux Falls, SD 57107-6402 |
| 1111676 | + | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Avenue, Suite 203, Sioux Falls, SD 57104-6710 |
| 1109059 | + | Performance Spray Foam, LLC, 48667 SD HWY 28, Astoria, SD 57213-5837 |
| 1113572 | | Red River State Bank, c/o Kesha L. Tanabe, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1109115 | | Red River State Bank, c/o: Drew J. Hushka, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1109110 | | Red River State Bank, c/o: Caren W. Stanley, Vogel Law Firm, P.O. Box 1389, Fargo, ND 58107-1389 |
| 1109060 | + | Red River State Bank, 114 N Mill St, PO Box 98, Fertile, MN 56540-0098 |
| 1109073 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415-1320 |
| 1110245 | | Schumacher Elevator Company, One Schumacher Way, Denver, IA 50622 |
| 1109061 | + | South Dakota Department of Revenue, 445 E. Capitol Avenue, Pierre, SD 57501-3100 |
| 1122979 | + | Steven Haugaard, 1601 East 69th Street, Suite 302, Sioux Falls, SD 57108-8322 |
| 1109062 | + | The Roofing Company, 1222 4th Ave N 123, Fargo, ND 58102-4358 |
| 1109063 | + | Top Finish Carpentry, LLC, Steven G. Haugaard Registered Agent, 1601 East 69th Street, Suite 302, Sioux Falls, SD 57108-8322 |
| 1111680 | + | WATERTIGHT, INC., Ogborn Mihm Quaintance, PLLC, 140 N Phillip Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109798 | + | Watertown Development Company, c/o Jordan Feist, PO Box 5027, 300 South Phillips Ave., Suite 300, Sioux Falls, SD 57104-6322 |
| 1109064 | | Watertown Development Company, 1 East Kemp Avenue, Watertown, SD 57201-3606 |
| 1109301 | + | Watertown Development Company, c/o David R. Strait, Austin,Strait,Benson,Thole&Koehn LLP, 25 First Avenue Southwest, Watertown, SD 57201-3507 |
| 1111368 | | Watertown Municipal Utilities, 901 4th Ave SW, Watertown, SD 57201-4106 |
| 1111677 | + | XTREME FIRE PROTECTION, LLC, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109065 | + | Xtreme Fire Protection LLC, 4102 N. Cliff Ave., Sioux Falls, SD 57104-5514 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0868-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: newtr341 | Total Noticed: 43 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 1109056 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2026 18:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Watertown Development Company, 1 East Kemp Avenue, Watertown, SD 57201-3606 |
| 1111679 | *+ | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1111724 | *+ | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com;lstanley@vogellaw.com |
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com;lstanley@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| David R. Strait | on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com |
| Drew J. Hushka | on behalf of Creditor Red River State Bank dhushka@vogellaw.com  sthompson@vogellaw.com,jschares@vogellaw.com |
| Drew J. Hushka | on behalf of Defendant Red River State Bank dhushka@vogellaw.com  sthompson@vogellaw.com,jschares@vogellaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 05, 2026 | Form ID: newtr341 | Total Noticed: 43 |

Erik A. Ahlgren
    trustee@prtel.com
    trustee@prtel.com;erik@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Gene W Doeling
    heather@kdlawpartners.com mn20@ecfcbis.com

Jeffrey Klobucar
    on behalf of Creditor Diamond Wall Systems Inc. jklobucar@bassford.com, jlavaque@bassford.com

John M Krings, Jr.
    on behalf of Creditor D & M Industries Inc. john@kdlawpartners.com, janae@kdlawpartners.com

Jordan J Feist
    on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com bailey.jacobsma@woodsfuller.com

Kesha Tanabe
    on behalf of Creditor Red River State Bank ktanabe@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Kesha Tanabe
    on behalf of Defendant Red River State Bank ktanabe@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
    on behalf of Debtor The Ruins LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff The Ruins LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 22

Form newtr341

# UNITED STATES BANKRUPTCY COURT
### District of North Dakota

In Re:

The Ruins, LLC

Debtor(s)

CHAPTER 7
Bankruptcy No.
*25−30004*

## NOTICE of Rescheduled Meeting of Creditors
## and Appointment of New Trustee

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS GIVEN that a Rescheduled §341 Meeting of Creditors will be held on:

**February 6, 2026** at **11:00 AM**

**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 337 844 7406, and Passcode 1764038045 OR, call (1) 320−409−3411**

Debtor(s), Attorney for Debtor, and Trustee shall be present at said Meeting.

Gene W Doeling has rejected his appointment as trustee in the above−named case. The new trustee in the case is:

Erik A. Ahlgren
Bankruptcy Trustee
220 W. Washington Ave., Suite 105
Fergus Falls, MN 56537

218−998−2775

All other information contained in the original notice remains the same.

Dated: January 5, 2026

**Sara E. Diaz**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932

BY: /s/ Hayley Delorme
Deputy Clerk