UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,

Debtor.

Case No.: 25-30004
Chapter 7

NOTICE OF MOTION AND MOTION TO COMPEL TURNOVER OF RECORDS

TO: Debtor and other entities specified in Local Rule 9013-3

Erik A. Ahlgren (the "Trustee") moves the court for the relief requested below and gives notice of hearing.

## NOTICE OF MOTION

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

## MOTION

1. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bank. P. 5005 and Local Rule 1070-1.  This motion arises under 11 U.S.C. §521, §542, and §543 and Fed. R. Bankr. P. 4003.  This motion is filed under Fed.

R. Bankr. P. 9014 and Local Rules 9013-1. This proceeding is a core proceeding. The case is now pending in this court.

2. On January 6, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in this Court.

3. On December 31, 2025, upon a motion of creditor Red River State Bank, the Court entered an order converting the Chapter 11 Case to a case under Chapter 7 of the Bankruptcy Code [Doc. No. 252] (the "Conversion Order"). Pursuant to the Conversion Order, conversion became effective December 31, 2025.

4. The Trustee was appointed Chapter 7 trustee on January 6, 2026.

5. Upon information and belief, Mindy Craig is Corporate Secretary of Debtor, a principal of CP Business Management, Inc., and the most recent custodian of the records and information which are the subject of this motion.

6. Upon information and belief, Jesse Craig is the sole owner of Craig Development, LLC, ("Craig Development") and, previous to Mindy Craig, the custodian of the records and information which are the subject of this motion.

7. The Trustee has requested access to the financial records of Debtor via (i) Yardi, the software used to electronically store and manage such records by CP Business Management, Inc. (ii) any other software or electronic storage used to manage such records by Craig Development, (iii) any other software or electronic storage used to manage such records by any other Craig related entity or individual, and (iv) any tangible records in the control of CP Business Management, Inc., Craig Development, and any other Craig related entity or individual. The Trustee requests an order requiring the

turnover of all tangible and electronically stored financial records of Debtor including all login credentials to Yardi, the software used to manage Debtor's financial records and any other software used to electronically store such records.

8. Pursuant to 11 U.S.C. §521(3)(4), Debtor is required, among other things, to cooperate with the Trustee as necessary to enable the Trustee to perform the Trustee's duties, and to surrender to the Trustee all property of the estate and any recorded information including books, documents, records, and papers relating to property of the estate. Bankruptcy Rule 4002(4) also requires Debtor to cooperate in the administration of the estate. Further, 11 U.S.C. §542(e), requires a "person that holds recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs, to turnover or disclose such recorded information to the trustee." In this case, those persons are Mindy Craig and Jesse Craig.

9. Pursuant to aforementioned provisions, it is each of Mindy Craig and Jesse Craig's obligation, on behalf of Debtor, to turnover all information within their respective control, and such information includes information that can be requested from a third party. *See, e.g.*, *In re Milhem*, Case No. 02-13423-RS (Bankr. Mass 2007)(Debtor is "obligated to obtain complete records of such accounts from the banks in question upon the trustee's request")

**WHEREFORE**, the Trustee, by and through the undersigned attorney, moves the court for an order of the court directing Mindy Craig and Jesse Craig, on behalf of Debtor, to turnover all tangible and electronically stored financial records of Debtor including all

login credentials to Yardi, and any other software used to electronically store such records.

                                          Ahlgren Law Office, PLLC

Dated: February 3, 2026           /e/Erik A. Ahlgren
                                          Attorney #09561 (ND)
                                          220 West Washington Ave, Ste 105
                                          Fergus Falls, MN 56537
                                          Office: 218-998-2775
                                          Fax: 218-998-6404
                                          erik@ahlgrenlawoffice.net

                                          ATTORNEY FOR TRUSTEE

                                          **<u>Verification</u>**.

I, Erik A. Ahlgren, the moving party named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: February 3, 2026                               Signed: <u>/e/ Erik A. Ahlgren</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                                                 Case No.: 25-30004
                                                                                Chapter 7
         Debtor.

**PROPOSED ORDER**

This matter came before the Court on the Trustee's motion to compel turnover of records in the control or possession of Debtor.

Based upon the files and records,

IT IS ORDERED

Mindy Craig and Jesse Craig, on behalf of Debtor, shall turnover to the Trustee within __ calendar days from the date hereof all tangible and electronically stored financial records of Debtor including all login credentials and access to Yardi, and any other software used to electronically store such records.

Dated: _____

                                                            _____
                                                            Hon. Shon Hastings
                                                            United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                            Case No.: 25-30004
                                                           Chapter 7
            Debtor.

UNSWORN CERTIFICATE OF SERVICE

I, Lisa Ahlgren, declare under penalty of perjury that on February 3, 2026, she caused to be served the following documents via the CM/ECF system to those parties requesting electronic notification.

1. Notice of Motion and Motion to Compel Turnover Records

2. Proposed Order

Executed on : February 3, 2026        Signed: /e/Lisa Ahlgren
                                      Lisa Ahlgren
                                      220 W. Washington Ave, Ste 105
                                      Fergus Falls, MN  56537