UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 25-30004 |
|---|---|
| The Ruins, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 263 |

On 2/4/2026, I did cause a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION TO COMPEL TURNOVER OF RECORDS ECF Docket Reference No. 263

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/4/2026

/s/ Erik Ahlgren
Erik Ahlgren  191814

Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN 56537
218-998-2775
hadley@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>The Ruins, LLC | CASE NO: 25-30004<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 263 |

On 2/4/2026, a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION TO COMPEL TURNOVER OF RECORDS ECF Docket Reference No. 263

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/4/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                     FIRST CLASS                     FIRST CLASS

MINDY CRAIG                     JESSE CRAIG                     CP BUSINESS MANAGEMENT INC.
1405 1ST AVE N                  1405 1ST AVE N                  ATTN OFFICER OR MANAGING AGENT
FARGO ND 58102-4203             FARGO ND 58102-4203             1405 1ST AVE N
                                                                FARGO ND 58102-4203


FIRST CLASS                     FIRST CLASS                     FIRST CLASS

CRAIG DEVELOPMENT LLC           THE RUINS LLC                   SCHWAB, THOMPSON & FRISK
ATTN OFFICER OR MANAGING AGENT  ATTN OFFICER OR MANAGING AGENT  ATTN: DAN FRISK
1405 1ST AVE N                  1405 1ST AVE N                  820 34TH AVENUE EAST, SUITE 200
FARGO ND 58102-4203             FARGO ND 58102-4203             WEST FARGO ND 58078
```