**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No.: 25-30004 |
| | Chapter 7 |
| The Ruins, LLC, | |
| | **NOTICE AND MOTION** |
| | **FOR APPROVAL OF** |
| Debtor. | **SETTLEMENT AGREEMENT** |

Erik Ahlgren, the bankruptcy Trustee in this case, respectfully requests that the Court approve a Settlement Agreement entered into with Red River State Bank ("RRSB") dated February 17, 2026. The Settlement Agreement, in essential part, provides as follows:

The Ruins, LLC (the "Debtor") filed for bankruptcy protection under Chapter 11 of Title 11 of the United State Bankruptcy Code on January 6, 2025 in the District of North Dakota. On December 31, 2025, upon a motion of RRSB, the Court entered an order converting the Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code (the "Conversion Order"). Pursuant to the Conversion Order, conversion became effective December 31, 2025. The Trustee was appointed Chapter 7 trustee on January 6, 2026. Property of the Debtor's bankruptcy estate includes a partially completed mixed use apartment complex located at 315 E Kemp Avenue Watertown, South Dakota 57201 (the "Real Estate"). The Real Estate is secured by RRSB's Mortgage dated March 9, 2022 and recorded on March 10, 2022 at 9:57 a.m. in Book 990 on Page 8555 in the office of the Register of Deeds of Codington County, South Dakota and a Mortgage dated August 1, 2022 and recorded on August 4, 2022 at 11:10 a.m. in Book 990 on Page 9258 in the office of the Register of Deeds of Codington County, South Dakota. (together, the "RRSB Mortgage"). The Real Estate is also secured by Watertown Development Corporation's ("WDC") second priority mortgage (the "WDC Mortgage") which is subordinated to the RRSB Mortgage up to $10,490,000 plus interest (such amount, the "Mortgage Cap") pursuant to the Subordination Agreements dated March 7, 2022 and August 22, 2022 respectively (collectively, the "Subordination Agreement"). In order to provide for the payment of expenses in the Debtor's Chapter 7 case and to afford unsecured creditors an opportunity to participate in any recovery from the sale of the Real Estate, the Trustee and RRSB have agreed to cooperate in the sale of the Real Estate and to provide the bankruptcy estate with 5% of the gross sale price as a stipulated surcharge pursuant to 11 U.S.C. 502(c). Based on this agreement, the proceeds from a sale will be applied in the following order of priorities: (a) unpaid real estate taxes or assessments, and any other liens with priority over the RRSB Mortgage; (b) customary filing fees and closing costs, as agreed upon by buyer of the Real Estate; (c) 5.0% of the gross sales price to be retained by the Trustee on behalf of the Debtor's bankruptcy estate, as a stipulated surcharge pursuant to Section 502(c); (d) brokerage fees as approved by the Bankruptcy Court; (e) the remaining proceeds after (a) - (d), to RRSB to pay the full debt secured by the RRSB Mortgage up to the Mortgage Cap, as required by the Subordination Agreements; (f) the remaining proceeds in excess of the Mortgage Cap, if any, after payment of items (a) – (e), to the WDC to pay the full debt secured by the WDC Mortgage; and (g) the remaining proceeds, if any, after payment of items (a) – (f), to the bankruptcy estate for distribution pursuant to the priorities set for in the Bankruptcy Code and as approved by the Court.

A full copy of the Settlement Agreement may be obtained by contacting the bankruptcy Trustee.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (see address below) |
| 655 First Ave. N. – Suite 210 | Suite 303 | |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | |

DATE OF MAILING: February 17, 2026        /s/ Erik Ahlgren
                                          Erik Ahlgren, Trustee
                                          Ahlgren Law Office, PLLC
                                          220 W Washington Ave. Ste 105
                                          Fergus Falls, MN  56537

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-30004 |
| | ) | Chapter 7 |
| The Ruins, LLC, | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| | ) | |

Hadley Klepper, states under oath that on February 17, 2026, she mailed in first class postage-paid envelopes in Fergus Falls Minnesota, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

to all parties requesting electronic service via cm/ecf, and:

- ERIK A. AHLGREN erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net
- Erik A. Ahlgren trustee@prtel.com, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net
- Christianna A. Cathcart christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com
- Jordan J Feist   jordan.feist@woodsfuller.com, bailey.jacobsma@woodsfuller.com
- Dan Frisk   peggy@stflawfirm.com
- Drew J. Hushka dhushka@vogellaw.com, sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com
- Jeffrey Klobucar   jklobucar@bassford.com, jlavaque@bassford.com
- John M Krings   john@kdlawpartners.com, janae@kdlawpartners.com
- Caren Stanley cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com
- David R. Strait   david@austinlawsd.com, aphillips@austinlawsd.com
- Kesha Tanabe ktanabe@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com
- United States Trustee   USTPRegion12.SX.ECF@usdoj.gov
- Maurice VerStandig mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Sarah J. Wencil   sarah.j.wencil@usdoj.gov

The Office of the U.S. Trustee will be served electronically.

    /s/    Hadley Klepper
    Hadley Klepper