UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

THE RUINS, LLC

CASE NO: 25-30004

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 265

On 2/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement  ECF Docket Reference No. 265

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/17/2026

/s/ Erik Ahlgren
Erik Ahlgren  191814

Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN 56537
218-998-2775
hadley@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>THE RUINS, LLC | CASE NO: 25-30004<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 265 |

On 2/17/2026, a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement  ECF Docket Reference No. 265

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/17/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30004<br>DISTRICT OF NORTH DAKOTA<br>TUE FEB 17 10-46-46 PST 2026 | D M INDUSTRIES INC<br>CO JOHN KRINGS<br>PO BOX 9231<br>FARGO ND 58106-9231 | DIAMOND WALL SYSTEMS INC<br>CO BASSFORD REMELE PA<br>100 SOUTH FIFTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1254 |
| | DEBTOR | ~~EXCLUDE~~ |
| RED RIVER STATE BANK<br>ATTN CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | THE RUINS LLC<br>1405 1ST AVENUE NORTH<br>FARGO ND 58102-4203 | ~~UNITED STATES TRUSTEE~~<br>~~SUITE 1015 US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415-1320~~ |
| | ~~EXCLUDE~~ | |
| WATERTOWN DEVELOPMENT COMPANY<br>1 EAST KEMP AVENUE<br>WATERTOWN SD 57201-3606 | ~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH SUITE 210~~<br>~~FARGO ND 58102-4932~~ | BW CONSTRUCTION LLC<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIPS AVE STE 203<br>SIOUX FALLS SD 57104-6710 |
| BLACKTAIL INVESTMENTS LLC<br>PO BOX 628<br>FARGO ND 58107-0628 | BRIANS GLASS AND DOOR LLC<br>533 1ST AVE NW<br>4<br>WATERTOWN SD 57201-2213 | CP BUSINESS MANAGEMENT INC<br>1401 1ST AVE N<br>SUITE B<br>FARGO ND 58102-4203 |
| CAREN STANLEY ESQ<br>VOGEL LAW FIRM<br>218 NP AVENUE<br>FARGO ND 58102-4834 | CITY OF WATERTOWN<br>23 2ND STREET NE<br>PO BOX 910<br>WATERTOWN SD 57201-0910 | CODINGTON COUNTY TREASURER<br>14 1ST AVE SE<br>WATERTOWN SD 57201-3611 |
| CRAIG DEVELOPMENT LLC<br>1405 1ST AVE N<br>FARGO ND 58102-4203 | CRAIG HOLDINGS LLC<br>1405 1ST AVE N<br>FARGO ND 58102-4203 | CRAIG PROPERTIES LLC<br>1405 1ST AVE N<br>FARGO ND 58102-4203 |
| D M INDUSTRIES INC<br>CO JOHN M KRINGS JR<br>KALER DOELING PLLP<br>PO BOX 9231<br>FARGO ND 58106-9231 | DM INDUSTRIES<br>4205 30TH AVE S<br>MOORHEAD MN 56560-6024 | DIAMOND WALL SYSTEMS<br>1960 CLIFF LAKE ROAD<br>STE 129-250<br>SAINT PAUL MN 55122-2476 |
| DIAMOND WALL SYSTEMS INC<br>CO JEFFREY D KLOBUCAR<br>BASSFORD REMELE PA<br>100 SOUTH FIFTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1254 | DIAMOND WALL SYSTEMS INC<br>CO KEN JOHNSON<br>1960 CLIFF LAKE ROAD SUITE 129-250<br>EAGAN MN 55122-2476 | FIRST NATIONAL BANK TRUST<br>BODMAN PLC<br>ATTN DARREN J BURMANIA<br>99 MONROE AVE NW SUITE 300<br>GRAND RAPIDS MI 49503-2639 |
| HAMLIN BUILDING CENTER<br>45002 HWY 28<br>PO BOX 200<br>LAKE NORDEN SD 57248-0200 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JESSE CRAIG<br>PO BOX 426<br>FARGO ND 58107-0426 |

LIMOGES CONSTRUCTION
25732 COTTONWOOD AVENUE
SIOUX FALLS  SD 57107-6402

MIKE OGBORN
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIPS AVE  STE 203
SIOUX FALLS  SD 57104-6710

EXCLUDE

(D)MIKE OGBORN
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIPS AVE  STE 203
SIOUX FALLS  SD 57104-6710


EXCLUDE

(D)MIKE OGBORN
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIPS AVENUE  SUITE 203
SIOUX FALLS  SD 57104-6710

PERFORMANCE SPRAY FOAM  LLC
48667 SD HWY 28
ASTORIA  SD 57213-5837

RED RIVER STATE BANK
114 N MILL ST
PO BOX 98
FERTILE  MN 56540-0098


RED RIVER STATE BANK
CO KESHA L TANABE
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

RED RIVER STATE BANK
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND  58107-1389

RED RIVER STATE BANK
CO DREW J HUSHKA
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389


SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

SCHUMACHER ELEVATOR COMPANY
ONE SCHUMACHER WAY
DENVER  IA 50622

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E CAPITOL AVENUE
PIERRE  SD 57501-3100


STEVEN HAUGAARD
1601 EAST 69TH STREET  SUITE 302
SIOUX FALLS  SD 57108-8322

THE ROOFING COMPANY
1222 4TH AVE N 123
FARGO  ND 58102-4358

TOP FINISH CARPENTRY  LLC
STEVEN G HAUGAARD  REGISTERED AGENT
1601 EAST 69TH STREET  SUITE 302
SIOUX FALLS  SD 57108-8322


EXCLUDE

UNITED STATES TRUSTEE
300 S 4TH STREET  SUITE 1015
MINNEAPOLIS  MN 55415-3070

WATERTIGHT  INC
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIP AVE  STE 203
SIOUX FALLS  SD 57104-6710

EXCLUDE

(D)WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN  SD 57201-3606


WATERTOWN DEVELOPMENT COMPANY
CO DAVID R STRAIT
AUSTIN STRAIT BENSON THOLEKOEHN LLP
25 FIRST AVENUE SOUTHWEST
WATERTOWN  SD 57201-3507

WATERTOWN DEVELOPMENT COMPANY
CO JORDAN FEIST
PO BOX 5027
300 SOUTH PHILLIPS AVE  SUITE 300
SIOUX FALLS  SD 57104-6322

WATERTOWN MUNICIPAL UTILITIES
901 4TH AVE SW
WATERTOWN  SD 57201-4106


EXCLUDE

CHRISTIANNA A CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO  ND 58102-4246

XTREME FIRE PROTECTION  LLC
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIPS AVE  STE 203
SIOUX FALLS  SD 57104-6710

XTREME FIRE PROTECTION LLC
4102 N CLIFF AVE
SIOUX FALLS  SD 57104-5514


EXCLUDE

ERIK A AHLGREN
BANKRUPTCY TRUSTEE
220 W WASHINGTON AVE  SUITE 105
FERGUS FALLS  MN 56537-2569

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246