UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

---

In re:

The Ruins, LLC,

        Debtor.

Case No.: 25-30004
Chapter 7

---

## RESPONDENTS' OBJECTION TO TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

[¶1]   Jesse Craig and Mulinda "Mindy" Craig (collectively the "Respondents"), by and through their undersigned counsel, hereby object to the Motion to Compel Turnover of Records (the "Motion") filed by Erik A. Ahlgren (the "Trustee"), the duly appointed Chapter 7 Trustee in this case, on February 3, 2026 [Doc. No. 263], and in support thereof state as follows:

### I.    JURISDICTION AND PROCEDURAL BACKGROUND

[¶2]   This Court has jurisdiction over this objection pursuant to 28 U.S.C. §§ 157 and 1334.

### II.    BACKGROUND

[¶3]   Respondents are individuals identified in the Motion as custodians of certain records related to the Debtor. Mindy Craig serves as Corporate Secretary of the Debtor and is the principal of CP Business Management, Inc., a non-debtor entity. Jesse Craig is the sole

owner and member of Craig Development, LLC, also a non-debtor entity. Neither Respondent is a debtor in this bankruptcy case.

### III. THE TRUSTEE'S MOTION

[¶4] The Motion seeks turnover of all tangible and electronically stored financial records of the Debtor, including login credentials to Yardi property management software and other software systems. The Motion does not specify a deadline for compliance or the consequences of non-compliance.

### IV. ARGUMENT

[¶5] Respondents object to the Motion on the following grounds:

#### A. **The Motion Should Be Denied As Moot Because Respondents Have Substantially Complied With The Turnover Requests**

[¶6] Respondents have provided the Trustee with access to substantially all of the requested records in their possession, custody, or control, rendering the Motion moot. Specifically:

- On February 16, 2026, at 5:55 PM Central Time, counsel for Respondents emailed Michael Duffy, counsel for the Trustee, confirming that three separate emails from Yardi Systems, Inc. were sent directly to Mr. Duffy, granting him access to cloud-based portal links for records managed by CP Business Management, Inc. related to the Debtor. Mr. Duffy confirmed receipt on February 17, 2026, at 10:04 AM Central Time, stating, "I received two emails. I may not have time to attempt access for a day or so; if I have any problems gaining access, I will let you know."

- On February 16, 2026, at 7:18 PM Central Time, counsel for Respondents provided Mr. Duffy with a Dropbox link containing financial records from Craig Development, LLC, including: (i) Check No. 11067 in the amount of $80,345.15, with explanation regarding Red River State Bank's interception of said funds; (ii) attorney email communications and invoices related to the Debtor; and (iii) a notation explaining that Red River State Bank statements could not be obtained despite multiple requests to the bank, and that emails between Mac [full name required] and The Ruins, LLC are in the possession of Mac and will be forwarded by Mac directly to the Trustee upon request. Counsel stated in the email: "After you have had an opportunity to review, let me know if you are missing any of the requested information and I'll do my best to get it to you," and offered to seek an extension of any deadline if the production was sufficient.

See copies of these emails attached hereto as Exhibit A.

[¶7]   The foregoing production satisfies Respondents' obligations under 11 U.S.C. 542(e) and 543 to turn over property of the estate in their possession, custody, or control. Custodian has cooperated in good faith and provided access to substantially all records in their possession).

### B. Respondents Lack Possession, Custody, Or Control Of The Remaining Requested Items

[¶8] To the extent any records have not been produced, Respondents lack possession, custody, or control over such items. Specifically:

- Red River State Bank Statements: Respondents do not possess Red River State Bank statements and have made multiple diligent requests to the bank for such statements without success. These records are in the exclusive possession and control of Red River State Bank, a third-party financial institution.

- Mac Emails: Emails between an individual identified as "Mac" and The Ruins, LLC are in the possession and control of Mac, a third party, and not in Respondents' possession or control. Respondents have informed the Trustee that these emails will be forwarded by Mac directly to the Trustee upon request.

[¶9] Respondents request a hearing if factual disputes remain.

[¶10] WHEREFORE, Respondents respectfully request that the Court deny the Motion as moot, or alternatively, modify or deny it, and grant such other relief as the Court deems just and proper.

Dated: February 17, 2026     By:   /s/ Daniel J. Frisk
                                    Daniel J. Frisk (ND ID#05109)
                                    SCHWAB THOMPSON & FRISK
                                    820 34th Avenue E., Ste 200
                                    West Fargo, ND 58078
                                    (701) 365-8088
                                    dan@stf.law
                                    *Attorneys for Jesse Craig and Mulina Craig*