Case No. 25-30004

**From:** Dan Frisk dan@stf.law
**Subject:** The Ruins LLC (Dropbox Link)
**Date:** February 16, 2026 at 7:18 PM
**To:** Michael Duffy michael@ahlgrenlaw.net, Erik Ahlgren erik@ahlgrenlawoffice.net
**Bcc:** Mindy mcraig@cpbusmgt.com

Erik and Michael:

Attached is the dropbox link for the information requested. As we discussed, we do not have the Red River State Bank statements despite multiple requests. The only "The Ruins, LLC" bank account, (other than the DIP) was at Red River State Bank.

As we discussed this morning, relating to the appliance purchases (Dugans) you will see Check 11067 from Craig Development, LLC, pay to the order of "The Ruins" for $80,345.15. On the back-side, you will see the unusual endorsement "Credited To The Account of the Within Payee Red River State Bank." With that endorsement, RRSB intercepted the refund payment for the appliance, so the deposit never showed up in The Ruins, LLC, account. This is why Jesse couldn't find it either. In short, the amount for the appliances was credited to RRSB. We can discuss it more after you have reviewed.

Finally, there are email communications regarding The Ruin between various attorneys, including attorneys invoices. What the current drop box does not contain are the email communications between Mac and The Ruins. Mac will forward those to you upon request.

Other than that, you should have all the requested information.

After you have had an opportunity to review, let me know if you are missing any of the requested information and I'll do my best to get it to you.

Let's touch base in the morning, if the attached is good, I'll ask for that extension on your motion.
https://www.dropbox.com/scl/fo/fl0d60vsa4r16wr3obp8x/ANoCmJQNpqxU8sgMqu4Agg0?rlkey=sra8nuzus9a5cjhhga7c350mi&st=zzkk9dvg&dl=0


Daniel J. Frisk
Attorney at Law
dan@stf.law

Schwab Thompson & Frisk
820 34th Avenue E., Ste 200
West Fargo, ND 58078
(701) 365-8088

Confidentiality Notice: The information in this email (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

**EXHIBIT A**

Case No. 25-30004



**From:** Michael Duffy michael@ahlgrenlaw.net
**Subject:** RE: Yardi Portals
**Date:** February 17, 2026 at 10:04 AM
**To:** Dan Frisk dan@stf.law, Erik Ahlgren erik@ahlgrenlawoffice.net

Dan,

I received two emails. I may not have time to attempt access for a day or so; if I have any problems gaining access, I will let you know.
Many thanks,
Michael

---

**From:** Dan Frisk [mailto:dan@stf.law]
**Sent:** Monday, February 16, 2026 5:55 PM
**To:** Michael Duffy; Erik Ahlgren
**Subject:** Yardi Portals

Michael and Erik:

Michael should have received three emails directly from "YARDI". I do not get cc'd in, they would have gone to Michael from Yardi. Will you confirm that those were received. Michael will simply need to follow the instructions from Yardi, and you will have predetermined links to the portals since it is cloud based.

I'm getting the dropbox link ready to send in a bit.

I'll follow up shortly.


Daniel J. Frisk
Attorney at Law
dan@stf.law

Schwab Thompson & Frisk
820 34th Avenue E., Ste 200
West Fargo, ND 58078
(701) 365-8088

Confidentiality Notice: The information in this email (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.



Schwab, Thompson

**EXHIBIT A**