UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,

          Debtor.

Case No.: 25-30004
Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

[¶1]   I, Daniel J. Frisk, declare under penalty of perjury that on February 17, 2026, he caused to be served the following documents via the CM/ECF system to those parties requesting electronic notification:

**RESPONDENTS' OBJECTION TO TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS**

Dated:  February 17, 2026         By:   */s/ Daniel J. Frisk*
                                                                Daniel J. Frisk (ND ID#05109)
                                                                SCHWAB THOMPSON & FRISK
                                                                820 34th Avenue E., Ste 200
                                                                West Fargo, ND 58078
                                                                (701) 365-8088
                                                                dan@stf.law
                                                                *Attorneys for Jesse Craig and Mulina Craig*