UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

---

In re:

The Ruins, LLC,

        Debtor.

Case No. 25-30004

Chapter 7

---

### NOTICE MOTION AND MOTION FOR REJECTION OF LEASES AND CONTRACTS

---

Trustee Erik A. Ahlgren hereby gives notice of his intention to reject the bankruptcy estate's interest in the following lease:

      Lease with City of Watertown, South Dakota, dated December 22, 2021 for a portion of the premises located at 315 E Kemp Avenue Watertown, South Dakota (the "Lease").

Debtor has ceased operations and the Lease is deemed detrimental to the prospective sale of the premises. Based on this information, the Trustee hereby gives notice of his intent to reject the Lease.

The Trustee requests that the Court authorize rejection of the Lease.

NOTICE: Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the bankruptcy trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N Burdick U.S. Courthouse | 314 S Main Ave. Suite 303 | (See address below) |
| 655 First Ave N – Ste 210 | Sioux Falls SD  57104-6462 | |
| Fargo ND  58107-4932 | | |

Dated: February , 2026

                                                  /s/ Erik A. Ahlgren
                                                Erik A. Ahlgren, Trustee
                                                220 W Washington Ave, Ste 105
                                                Fergus Falls, MN  56537
                                                218-998-2775
                                                erik@ahlgrenlawoffice.net