UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>THE RUINS LLC | CASE NO: 25-30004<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 272 |

On 2/27/2026, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Rejection of Lease and Executory Contract ECF Docket Reference No. 272

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/27/2026

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave
Fergus Falls, MN 56537-2569
218-998-2775
lisa@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>THE RUINS LLC | CASE NO: 25-30004<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 272 |

On 2/27/2026, a copy of the following documents, described below,

Notice of Motion and Motion for Rejection of Lease and Executory Contract ECF Docket Reference No. 272

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/27/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave
Fergus Falls, MN  56537-2569

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30004<br>DISTRICT OF NORTH DAKOTA<br>THU FEB 26 14-27-0 PST 2026 | D M INDUSTRIES INC<br>CO JOHN KRINGS<br>PO BOX 9231<br>FARGO ND 58106-9231 | DIAMOND WALL SYSTEMS INC<br>CO BASSFORD REMELE PA<br>100 SOUTH FIFTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1254 |
| | DEBTOR | ~~EXCLUDE~~ |
| RED RIVER STATE BANK<br>ATTN CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | THE RUINS LLC<br>1405 1ST AVENUE NORTH<br>FARGO ND 58102-4203 | ~~UNITED STATES TRUSTEE~~<br>~~SUITE 1015 US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415-1320~~ |
| | ~~EXCLUDE~~ | |
| WATERTOWN DEVELOPMENT COMPANY<br>1 EAST KEMP AVENUE<br>WATERTOWN SD 57201-3606 | ~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH SUITE 210~~<br>~~FARGO ND 58102-4932~~ | BW CONSTRUCTION LLC<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIPS AVE STE 203<br>SIOUX FALLS SD 57104-6710 |
| BLACKTAIL INVESTMENTS LLC<br>PO BOX 628<br>FARGO ND 58107-0628 | BRIANS GLASS AND DOOR LLC<br>533 1ST AVE NW<br>4<br>WATERTOWN SD 57201-2213 | CP BUSINESS MANAGEMENT INC<br>1401 1ST AVE N<br>SUITE B<br>FARGO ND 58102-4203 |
| CAREN STANLEY ESQ<br>VOGEL LAW FIRM<br>218 NP AVENUE<br>FARGO ND 58102-4834 | CITY OF WATERTOWN<br>23 2ND STREET NE<br>PO BOX 910<br>WATERTOWN SD 57201-0910 | CODINGTON COUNTY TREASURER<br>14 1ST AVE SE<br>WATERTOWN SD 57201-3611 |
| CRAIG DEVELOPMENT LLC<br>1405 1ST AVE N<br>FARGO ND 58102-4203 | CRAIG HOLDINGS LLC<br>1405 1ST AVE N<br>FARGO ND 58102-4203 | CRAIG PROPERTIES LLC<br>1405 1ST AVE N<br>FARGO ND 58102-4203 |
| D M INDUSTRIES INC<br>CO JOHN M KRINGS JR<br>KALER DOELING PLLP<br>PO BOX 9231<br>FARGO ND 58106-9231 | DM INDUSTRIES<br>4205 30TH AVE S<br>MOORHEAD MN 56560-6024 | DIAMOND WALL SYSTEMS<br>1960 CLIFF LAKE ROAD<br>STE 129-250<br>SAINT PAUL MN 55122-2476 |
| DIAMOND WALL SYSTEMS INC<br>CO JEFFREY D KLOBUCAR<br>BASSFORD REMELE PA<br>100 SOUTH FIFTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1254 | DIAMOND WALL SYSTEMS INC<br>CO KEN JOHNSON<br>1960 CLIFF LAKE ROAD SUITE 129-250<br>EAGAN MN 55122-2476 | DOUGLAS MURCH<br>CONMY FESTE LTD<br>3369 45TH STREET SOUTH<br>FARGO ND 58104-8988 |
| FIRST NATIONAL BANK TRUST<br>BODMAN PLC<br>ATTN DARREN J BURMANIA<br>99 MONROE AVE NW SUITE 300<br>GRAND RAPIDS MI 49503-2639 | HAMLIN BUILDING CENTER<br>45002 HWY 28<br>PO BOX 200<br>LAKE NORDEN SD 57248-0200 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| JESSE CRAIG<br>PO BOX 426<br>FARGO ND 58107-0426 | LIMOGES CONSTRUCTION<br>25732 COTTONWOOD AVENUE<br>SIOUX FALLS SD 57107-6402 | MIKE OGBORN<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIPS AVE STE 203<br>SIOUX FALLS SD 57104-6710 |
| ~~EXCLUDE~~<br>~~(D)MIKE OGBORN~~<br>~~OGBORN MIHM QUAINTANCE PLLC~~<br>~~140 N PHILLIPS AVE STE 203~~<br>~~SIOUX FALLS SD 57104-6710~~ | ~~EXCLUDE~~<br>~~(D)MIKE OGBORN~~<br>~~OGBORN MIHM QUAINTANCE PLLC~~<br>~~140 N PHILLIPS AVENUE SUITE 203~~<br>~~SIOUX FALLS SD 57104-6710~~ | PERFORMANCE SPRAY FOAM LLC<br>48667 SD HWY 28<br>ASTORIA SD 57213-5837 |
| RED RIVER STATE BANK<br>114 N MILL ST<br>PO BOX 98<br>FERTILE MN 56540-0098 | RED RIVER STATE BANK<br>CO KESHA L TANABE<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | RED RIVER STATE BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| RED RIVER STATE BANK<br>CO DREW J HUSHKA<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | SCHUMACHER ELEVATOR COMPANY<br>ONE SCHUMACHER WAY<br>DENVER IA 50622 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 | STEVEN HAUGAARD<br>1601 EAST 69TH STREET SUITE 302<br>SIOUX FALLS SD 57108-8322 | THE ROOFING COMPANY<br>1222 4TH AVE N 123<br>FARGO ND 58102-4358 |
| TOP FINISH CARPENTRY LLC<br>STEVEN G HAUGAARD REGISTERED AGENT<br>1601 EAST 69TH STREET SUITE 302<br>SIOUX FALLS SD 57108-8322 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~300 S 4TH STREET SUITE 1015~~<br>~~MINNEAPOLIS MN 55415-3070~~ | WATERTIGHT INC<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIP AVE STE 203<br>SIOUX FALLS SD 57104-6710 |
| ~~EXCLUDE~~<br>~~(D)WATERTOWN DEVELOPMENT COMPANY~~<br>~~1 EAST KEMP AVENUE~~<br>~~WATERTOWN SD 57201-3606~~ | WATERTOWN DEVELOPMENT COMPANY<br>CO DAVID R STRAIT<br>AUSTIN STRAIT BENSON THOLEKOEHN LLP<br>25 FIRST AVENUE SOUTHWEST<br>WATERTOWN SD 57201-3507 | WATERTOWN DEVELOPMENT COMPANY<br>CO JORDAN FEIST<br>PO BOX 5027<br>300 SOUTH PHILLIPS AVE SUITE 300<br>SIOUX FALLS SD 57104-6322 |
| WATERTOWN MUNICIPAL UTILITIES<br>901 4TH AVE SW<br>WATERTOWN SD 57201-4106 | XTREME FIRE PROTECTION LLC<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIPS AVE STE 203<br>SIOUX FALLS SD 57104-6710 | XTREME FIRE PROTECTION LLC<br>4102 N CLIFF AVE<br>SIOUX FALLS SD 57104-5514 |
| CHRISTIANNA A CATHCART<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 FIRST AVE N<br>STE B PMB 24<br>FARGO ND 58102-4246 | ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~220 W WASHINGTON AVE SUITE 105~~<br>~~FERGUS FALLS MN 56537-2569~~ | ~~EXCLUDE~~<br>~~(U)JESSE CRAIG~~ |

~~EXCLUDE~~

**MAURICE VERSTANDIG**  ~~(U)MULINDA AKA MINDY CRAIG~~
**THE DAKOTA BANKRUPTCY FIRM**
**1630 1ST AVENUE N**
**SUITE B PMB 24**
**FARGO ND 58102-4246**