United States Bankruptcy Court
District of North Dakota

In re:  Case No. 25-30004-skh
The Ruins, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 4
Date Rcvd: Feb 27, 2026      Form ID: ntcasset      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203 |
| cr | | D & M Industries, Inc., c/o John Krings, PO Box 9231, Fargo, ND 58106-9231 |
| cr | + | Diamond Wall Systems, Inc., c/o Bassford Remele, P.A., 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402-1254 |
| cr | | Red River State Bank, Attn: Caren W. Stanley, Vogel Law Firm., PO Box 1389, Fargo, ND 58107-1389 |
| 1111725 | + | B&W CONSTRUCTION, LLC, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109045 | + | Blacktail Investments, LLC, PO Box 628, Fargo, ND 58107-0628 |
| 1109046 | + | Brian's Glass and Door LLC, 533 1st Ave NW, 4, Watertown, SD 57201-2213 |
| 1109049 | + | CP Business Management, Inc., 1401 1st Ave N, Suite B, Fargo, ND 58102-4203 |
| 1109047 | + | Caren Stanley, Esq., Vogel Law Firm, 218 NP Avenue, Fargo, ND 58102-4834 |
| 1111577 | + | City of Watertown, 23 2nd Street NE, PO Box 910, Watertown, SD 57201-0910 |
| 1109048 | + | Codington County Treasurer, 14 1st Ave SE, Watertown, SD 57201-3611 |
| 1109050 | + | Craig Development, LLC, 1405 1st Ave N, Fargo, ND 58102-4203 |
| 1109051 | + | Craig Holdings, LLC, 1405 1st Ave N, Fargo, ND 58102-4203 |
| 1109052 | + | Craig Properties, LLC, 1405 1st Ave N., Fargo, ND 58102-4203 |
| 1109312 | | D & M Industries, Inc., c/o John M. Krings, Jr., Kaler Doeling, PLLP, PO Box 9231, Fargo, ND 58106-9231 |
| 1109053 | + | D&M Industries, 4205 30th Ave S, Moorhead, MN 56560-6024 |
| 1109054 | + | Diamond Wall Systems, 1960 Cliff Lake Road, Ste 129-250, Saint Paul, MN 55122-2476 |
| 1111672 | + | Diamond Wall Systems, Inc., c/o Ken Johnson, 1960 Cliff Lake Road, Suite 129-250, Eagan, MN 55122-2476 |
| 1111544 | + | Diamond Wall Systems, Inc., c/o Jeffrey D. Klobucar, BASSFORD REMELE, P.A., 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402-1254 |
| 1111675 | + | First National Bank & Trust, Bodman PLC, Attn: Darren J. Burmania, 99 Monroe Ave. NW, Suite 300, Grand Rapids, MI 49503-2639 |
| 1109055 | + | Hamlin Building Center, 45002 Hwy 28, PO Box 200, Lake Norden, SD 57248-0200 |
| 1109057 | | Jesse Craig, PO Box 426, Fargo, ND 58107-0426 |
| 1109058 | + | Limoges Construction, 25732 Cottonwood Avenue, Sioux Falls, SD 57107-6402 |
| 1111676 | + | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Avenue, Suite 203, Sioux Falls, SD 57104-6710 |
| 1109059 | + | Performance Spray Foam, LLC, 48667 SD HWY 28, Astoria, SD 57213-5837 |
| 1113572 | | Red River State Bank, c/o Kesha L. Tanabe, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1109115 | | Red River State Bank, c/o: Drew J. Hushka, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1109110 | | Red River State Bank, c/o: Caren W. Stanley, Vogel Law Firm, P.O. Box 1389, Fargo, ND 58107-1389 |
| 1109060 | + | Red River State Bank, 114 N Mill St, PO Box 98, Fertile, MN 56540-0098 |
| 1109073 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415-1320 |
| 1110245 | | Schumacher Elevator Company, One Schumacher Way, Denver, IA 50622 |
| 1109061 | + | South Dakota Department of Revenue, 445 E. Capitol Avenue, Pierre, SD 57501-3100 |
| 1122979 | + | Steven Haugaard, 1601 East 69th Street, Suite 302, Sioux Falls, SD 57108-8322 |
| 1109062 | + | The Roofing Company, 1222 4th Ave N 123, Fargo, ND 58102-4358 |
| 1109063 | + | Top Finish Carpentry, LLC, Steven G. Haugaard Registered Agent, 1601 East 69th Street, Suite 302, Sioux Falls, SD 57108-8322 |
| 1126944 | + | United States Trustee, 300 S 4th Street, Suite 1015, Minneapolis, MN 55415-3070 |
| 1111680 | + | WATERTIGHT, INC., Ogborn Mihm Quaintance, PLLC, 140 N Phillip Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109798 | + | Watertown Development Company, c/o Jordan Feist, PO Box 5027, 300 South Phillips Ave., Suite 300, Sioux Falls, SD 57104-6322 |
| 1109064 | | Watertown Development Company, 1 East Kemp Avenue, Watertown, SD 57201-3606 |
| 1109301 | + | Watertown Development Company, c/o David R. Strait, Austin,Strait,Benson,Thole&Koehn LLP, 25 First Avenue Southwest, Watertown, SD 57201-3507 |
| 1111368 | | Watertown Municipal Utilities, 901 4th Ave SW, Watertown, SD 57201-4106 |
| 1111677 | + | XTREME FIRE PROTECTION, LLC, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1109065 | + | Xtreme Fire Protection LLC, 4102 N. Cliff Ave., Sioux Falls, SD 57104-5514 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0868-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: ntcasset | Total Noticed: 45 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 1128471 | + Email/Text: dmurch@conmylaw.com | Feb 27 2026 18:59:00 | Douglas Murch, Conmy Feste Ltd., 3369 45th Street South, Fargo, ND 58104-8988 |
| 1109056 | EDI: IRS.COM | Feb 28 2026 00:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Jesse Craig |
| intp | | Mulinda a/k/a Mindy Craig |
| cr | *+ | Watertown Development Company, 1 East Kemp Avenue, Watertown, SD 57201-3606 |
| 1111679 | *+ | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |
| 1111724 | *+ | Mike Ogborn, Ogborn Mihm Quaintance, PLLC, 140 N. Phillips Ave, Ste 203, Sioux Falls, SD 57104-6710 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Dan Frisk | on behalf of 3rd Pty Defendant Jesse Craig peggy@stflawfirm.com |
| Dan Frisk | |

Case 25-30004   Doc 277   Filed 03/01/26   Entered 03/01/26 23:32:32   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0868-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: ntcasset | Total Noticed: 45 |

|  |  |
|---|---|
|  | on behalf of 3rd Pty Defendant Jordan Horner peggy@stflawfirm.com |
| Dan Frisk |  |
|  | on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com |
| Dan Frisk |  |
|  | on behalf of Interested Party Jesse Craig peggy@stflawfirm.com |
| Dan Frisk |  |
|  | on behalf of 3rd Pty Defendant Craig Properties LLC peggy@stflawfirm.com |
| Dan Frisk |  |
|  | on behalf of 3rd Pty Defendant Craig Development LLC peggy@stflawfirm.com |
| David R. Strait |  |
|  | on behalf of Creditor Watertown Development Company david@austinlawsd.com aphillips@austinlawsd.com |
| Douglas Murch |  |
|  | on behalf of Interested Party Jesse Craig dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Drew J. Hushka |  |
|  | on behalf of Creditor Red River State Bank dhushka@vogellaw.com sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com |
| Drew J. Hushka |  |
|  | on behalf of Defendant Red River State Bank dhushka@vogellaw.com sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com |
| ERIK A. AHLGREN |  |
|  | on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN |  |
|  | on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN |  |
|  | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren |  |
|  | on behalf of Counter-Defendant The Ruins LLC trustee@prtel.com, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren |  |
|  | trustee@prtel.com trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren |  |
|  | on behalf of Plaintiff The Ruins LLC trustee@prtel.com, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Jeffrey Klobucar |  |
|  | on behalf of Creditor Diamond Wall Systems Inc. jklobucar@bassford.com, jlavaque@bassford.com |
| John M Krings, Jr. |  |
|  | on behalf of Creditor D & M Industries Inc. john@kdlawpartners.com, janae@kdlawpartners.com |
| Jordan J Feist |  |
|  | on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com bailey.jacobsma@woodsfuller.com |
| Kesha Tanabe |  |
|  | on behalf of Defendant Red River State Bank ktanabe@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Kesha Tanabe |  |
|  | on behalf of Creditor Red River State Bank ktanabe@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Maurice VerStandig |  |
|  | on behalf of Debtor The Ruins LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig |  |
|  | on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

| District/off: 0868-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: ntcasset | Total Noticed: 45 |

| | |
|---|---|
| Maurice VerStandig | on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 33

Form ntcasset (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

The Ruins, LLC

Debtor(s)

CHAPTER 7
Bankruptcy No.
**25−30004**

# CREDITORS FILE YOUR CLAIMS NOW
# NOTICE TO FILE CLAIMS

The trustee has notified the Court that payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be timely filed by the date listed below.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web Site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. Claims must be filed with the Clerk of Bankruptcy Court at:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
655 1st Ave. N., Suite 210
Fargo, ND 58102−4932
701−297−7100

A Proof of Claim may also be filed electronically on the Court's website at **www.ndb.uscourts.gov**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. There is no fee for filing a Proof of Claim.

DEADLINE TO FILE CLAIMS:

For all creditors (except governmental units): June 1, 2026

For governmental units: 180 days after the Order for Relief or the deadline stated above (whichever is greater)

Dated: February 27, 2026

**Sara E Diaz**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932