UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 25-30004 |
|---|---|
| THE RUINS, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 278 |

On 3/2/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property ECF Docket Reference No. 278

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/2/2026

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537
218-998-2775
lisa@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>THE RUINS, LLC | CASE NO: 25-30004<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 278 |

On 3/2/2026, a copy of the following documents, described below,

Notice and Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property ECF Docket Reference No. 278

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/2/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30004
DISTRICT OF NORTH DAKOTA
MON MAR 2 12-11-48 PST 2026

D M INDUSTRIES INC
CO JOHN KRINGS
PO BOX 9231
FARGO ND 58106-9231

DIAMOND WALL SYSTEMS INC
CO BASSFORD REMELE PA
100 SOUTH FIFTH STREET SUITE 1500
MINNEAPOLIS MN 55402-1254

DEBTOR

EXCLUDE

RED RIVER STATE BANK
ATTN CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

THE RUINS LLC
1405 1ST AVENUE NORTH
FARGO ND 58102-4203

UNITED STATES TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

EXCLUDE

WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN SD 57201-3606

US BANKRUPTCY COURT
655 1ST AVENUE NORTH SUITE 210
FARGO ND 58102-4932

BW CONSTRUCTION LLC
OGBORN MIHM QUAINTANCE PLLC
140 N PHILLIPS AVE STE 203
SIOUX FALLS SD 57104-6710

BLACKTAIL INVESTMENTS LLC
PO BOX 628
FARGO ND 58107-0628

BRIANS GLASS AND DOOR LLC
533 1ST AVE NW
4
WATERTOWN SD 57201-2213

CP BUSINESS MANAGEMENT INC
1401 1ST AVE N
SUITE B
FARGO ND 58102-4203

EXCLUDE

CAREN STANLEY ESQ
VOGEL LAW FIRM
218 NP AVENUE
FARGO ND 58102-4834

CITY OF WATERTOWN
23 2ND STREET NE
PO BOX 910
WATERTOWN SD 57201-0910

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN SD 57201-3611

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO ND 58102-4203

CRAIG HOLDINGS LLC
1405 1ST AVE N
FARGO ND 58102-4203

CRAIG PROPERTIES LLC
1405 1ST AVE N
FARGO ND 58102-4203

D M INDUSTRIES INC
CO JOHN M KRINGS JR
KALER DOELING PLLP
PO BOX 9231
FARGO ND 58106-9231

DM INDUSTRIES
4205 30TH AVE S
MOORHEAD MN 56560-6024

DIAMOND WALL SYSTEMS
1960 CLIFF LAKE ROAD
STE 129-250
SAINT PAUL MN 55122-2476

EXCLUDE

DIAMOND WALL SYSTEMS INC
CO JEFFREY D KLOBUCAR
BASSFORD REMELE PA
100 SOUTH FIFTH STREET SUITE 1500
MINNEAPOLIS MN 55402-1254

DIAMOND WALL SYSTEMS INC
CO KEN JOHNSON
1960 CLIFF LAKE ROAD SUITE 129-250
EAGAN MN 55122-2476

DOUGLAS MURCH
CONMY FESTE LTD
3369 45TH STREET SOUTH
FARGO ND 58104-8988

FIRST NATIONAL BANK TRUST
BODMAN PLC
ATTN DARREN J BURMANIA
99 MONROE AVE NW SUITE 300
GRAND RAPIDS MI 49503-2639

HAMLIN BUILDING CENTER
45002 HWY 28
PO BOX 200
LAKE NORDEN SD 57248-0200

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

| | | |
|---|---|---|
| JESSE CRAIG<br>PO BOX 426<br>FARGO ND 58107-0426 | LIMOGES CONSTRUCTION<br>25732 COTTONWOOD AVENUE<br>SIOUX FALLS SD 57107-6402 | MIKE OGBORN<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIPS AVE STE 203<br>SIOUX FALLS SD 57104-6710 |
| ~~EXCLUDE~~<br>~~(D)MIKE OGBORN~~<br>~~OGBORN MIHM QUAINTANCE PLLC~~<br>~~140 N PHILLIPS AVE STE 203~~<br>~~SIOUX FALLS SD 57104-6710~~ | ~~EXCLUDE~~<br>~~(D)MIKE OGBORN~~<br>~~OGBORN MIHM QUAINTANCE PLLC~~<br>~~140 N PHILLIPS AVENUE SUITE 203~~<br>~~SIOUX FALLS SD 57104-6710~~ | PERFORMANCE SPRAY FOAM LLC<br>48667 SD HWY 28<br>ASTORIA SD 57213-5837 |
| RED RIVER STATE BANK<br>114 N MILL ST<br>PO BOX 98<br>FERTILE MN 56540-0098 | RED RIVER STATE BANK<br>CO KESHA L TANABE<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | RED RIVER STATE BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| RED RIVER STATE BANK<br>CO DREW J HUSHKA<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | SCHUMACHER ELEVATOR COMPANY<br>ONE SCHUMACHER WAY<br>DENVER IA 50622 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 | STEVEN HAUGAARD<br>1601 EAST 69TH STREET SUITE 302<br>SIOUX FALLS SD 57108-8322 | THE ROOFING COMPANY<br>1222 4TH AVE N 123<br>FARGO ND 58102-4358 |
| TOP FINISH CARPENTRY LLC<br>STEVEN G HAUGAARD REGISTERED AGENT<br>1601 EAST 69TH STREET SUITE 302<br>SIOUX FALLS SD 57108-8322 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~300 S 4TH STREET SUITE 1015~~<br>~~MINNEAPOLIS MN 55415-3070~~ | WATERTIGHT INC<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIP AVE STE 203<br>SIOUX FALLS SD 57104-6710 |
| ~~EXCLUDE~~<br>~~(D)WATERTOWN DEVELOPMENT COMPANY~~<br>~~1 EAST KEMP AVENUE~~<br>~~WATERTOWN SD 57201-3606~~ | WATERTOWN DEVELOPMENT COMPANY<br>CO DAVID R STRAIT<br>AUSTIN STRAIT BENSON THOLEKOEHN LLP<br>25 FIRST AVENUE SOUTHWEST<br>WATERTOWN SD 57201-3507 | WATERTOWN DEVELOPMENT COMPANY<br>CO JORDAN FEIST<br>PO BOX 5027<br>300 SOUTH PHILLIPS AVE SUITE 300<br>SIOUX FALLS SD 57104-6322 |
| WATERTOWN MUNICIPAL UTILITIES<br>901 4TH AVE SW<br>WATERTOWN SD 57201-4106 | XTREME FIRE PROTECTION LLC<br>OGBORN MIHM QUAINTANCE PLLC<br>140 N PHILLIPS AVE STE 203<br>SIOUX FALLS SD 57104-6710 | XTREME FIRE PROTECTION LLC<br>4102 N CLIFF AVE<br>SIOUX FALLS SD 57104-5514 |
| ~~EXCLUDE~~<br>~~CHRISTIANNA A CATHCART~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 FIRST AVE N~~<br>~~STE B PMB 24~~<br>~~FARGO ND 58102-4246~~ | ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~220 W WASHINGTON AVE SUITE 105~~<br>~~FERGUS FALLS MN 56537-2569~~ | ~~EXCLUDE~~<br>~~(U)JESSE CRAIG~~ |

~~EXCLUDE~~

**MAURICE VERSTANDIG**  ~~(U)MULINDA AKA MINDY CRAIG~~
**THE DAKOTA BANKRUPTCY FIRM**
**1630 1ST AVENUE N**
**SUITE B PMB 24**
**FARGO  ND 58102-4246**