UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**STIPULATED MOTION TO CONTINUE HEARING ON
MOTION TO COMPEL TURNOVER OF RECORDS**

Trustee Erik A. Ahlgren and Jesse Craig and Mindy Craig, as custodian of certain records sought by the Trustee in his Motion to Compel Turnover of Records (Doc. 263) (the "Motion"), by and through their attorney Douglas Murch of Conmy Feste Ltd., hereby stipulate and move this Court for a continuance of the March 10, 2026, hearing on the Motion.  The parties are cooperating on turnover of the requested documents and information and a continuance of the hearing on the Motion will preserve the resources of the Court and allow the parties further time to cooperate on the information requested.  Accordingly, Trustee Erik A. Ahlgren and Jesse Craig and Mindy Craig ask this Court to continue the hearing to a date after March 31, 2026.

Dated:  March 6, 2026

Ahlgren Law Office, PLLC

*/s/ Erik A. Ahlgren*
Erik A. Ahlgren
Attorney #09561 (ND)
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net

ATTORNEY FOR TRUSTEE

Dated: March 6, 2026

*/s/ Douglas W. Murch*
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND 58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG AND
MINDY CRAIG

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>      Debtor. | Bankruptcy Case No.: 25-30004<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on March 6, 2026, she served a copy of:

**STIPULATED MOTION TO CONTINUE HEARING ON
MOTION TO COMPEL TURNOVER OF RECORDS**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

                                                          /s/ *Leslyn A. Anderson*
                                                          Leslyn A. Anderson