UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>                 Debtor. | Bankruptcy No. 25-30004<br>Chapter 7 |

IN THE MATTER OF:

Motion by Trustee, Erik A. Ahlgren, to Compel Turnover of Records filed February 3, 2026. (Doc. 263)

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for Tuesday, March 10, 2026. The Court finds cause for granting the continuance.

IT IS ORDERED that Trustee Ahlgren's Motion to Compel Turnover of Records (Doc. 263) shall be continued to **Thursday, April 23, 2026, at 2:00 p.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated: March 6, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically March 6, 2026, to Electronic Mail Notice List for Case No. 25-30004.