United States Bankruptcy Court
District of North Dakota

| In re: | The Ruins, LLC | Case No. | 25-30004 |
|---|---|---|---|
| | Debtors | Chapter | 7 |

# **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, the undersigned appears on behalf of interest party, Lessee, City of Watertown, and pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

> Ross H. Espeseth
> Bormann, Myerchin, Espeseth & Edison, LLP
> 418 East Broadway Ave., Suite 240
> PO Box 995
> Bismarck, ND 58502-0995

The foregoing requests include, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and brief in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 6th day of March, 2026.

> BORMANN, MYERCHIN,
> ESPESETH & EDISON, LLP
> Attorney for City of Watertown
> 418 East Broadway Ave., Suite 240
> P.O. Box 995
> Bismarck, ND 58502-0995
> 701-250-8968
> Fax: 701-250-8982
> respeseth@bmellp.com
>
> /s/ Ross H. Espeseth
> Ross H. Espeseth (#03880)

1