United States Bankruptcy Court
District of North Dakota

In re   The Ruins, LLC

Debtors

Case No. 25-30004

Chapter 7

## AFFIDAVIT OF SERVICE

STATE OF NORTH DAKOTA   )
                        ) ss.
COUNTY OF BURLEIGH      )

The undersigned, being first duly sworn, deposes and says that on the 6th day of March, 2026, a true and correct copy of **Notice of Appearance and Request for Service of Papers** was filed and served electronically with the Bankruptcy Court and electronically sent to the following:

Erik A Ahlgren
erik@ahlgrenlawoffice.net

Sara Wencil
Sarah.j.wencil@usdoj.gov

Christianna A. Cathcart
christianna@dakotabankruptcy.com

Maurice VerStandig
mac@mbvesq.com

_Jeannette Marquardt_
Jeannette Marquardt

Subscribed and sworn to before me this 6th day of March, 2026.

(SEAL)

MOLLY R BUSCH
Notary Public
State of North Dakota
My Commission Expires Feb 2, 2030

_Molly R. Busch_
Notary Public
Burleigh County, North Dakota

1