**United States Bankruptcy Court**
**District of North Dakota**

| | | | |
|---|---|---|---|
| In re: | The Ruins, LLC | Case No. | 25-30004 |
| | Debtors | Chapter | 7 |

# RETURN TO MOTION FOR REJECTION OF LEASES AND CONTRACTS

Comes now the City of Watertown, a South Dakota municipal corporation, by and through its attorney, and for its response to the Motion for Rejection of Leases and Contracts (hereinafter Motion), filed by the Chapter 7 Trustee, states and alleges as follows:

1. The City of Watertown entered into a Lease with the Debtor on or about December 22, 2021.
2. The Trustee filed his Motion on February 26, 2026.
3. The City of Watertown opposes the Motion.
4. The Trustee asserts that the Lease is deemed detrimental to the prospective sale of the subject premises.
5. Upon information and belief, City of Watertown asserts that the assumption of the Lease by the Trustee would enhance the prospective sale of the subject premises.

WHEREFORE, City of Watertown prays that this Court deny the relief sought by the Trustee in his Motion, and that this Court grant such other and further relief as may be just and equitable in the premises.

Dated this 12th day of March, 2026.

BORMANN, MYERCHIN
ESPESETH & EDISON, LLP
Attorney for City of Watertown
418 East Broadway Ave., Suite 240
P.O. Box 995
Bismarck, ND 58502-0995
701-250-8968
Fax: 701-250-8982
respeseth@bmellp.com

/s/ Ross H. Espeseth
Ross H. Espeseth (#03880)