United States Bankruptcy Court
District of North Dakota

In re  **The Ruins, LLC**  Case No. **25-30004**

Debtors  Chapter **7**

# AFFIDAVIT OF SERVICE

STATE OF NORTH DAKOTA    )
                          ) ss.
COUNTY OF BURLEIGH        )

The undersigned, being first duly sworn, deposes and says that on the 12th day of March, 2026, a true and correct copy of **Return to Motion for Rejection of Leases and Contracts** was filed and served electronically with the Bankruptcy Court and electronically sent to the following:

Erik A Ahlgren
erik@ahlgrenlawoffice.net

Christianna A. Cathcart
christianna@dakotabankruptcy.com

sara Wencil
Sarah.j.wencil@usdoj.gov

Jordan Feist
Jordan.feist@wondsfuller.com

Drew Hushka
dhushka@vogellaw.com

Jeffrey Klobucar
jklobucar@bassford.com

John Krings, Jr.
john@kdlawpartners.com

Douglas Murch
dmurch@conmylaw.com

Caren Stanley
cstanley@vogellaw.com

Dan Frisk
peggy@stflawfirm.com

David Strait
david@austinlawsd.com

Kesha Tanabe
ktanabe@vogellaw.com

Maurice VerStandig
mac@mbvesq.com

Jeannette Marquardt

Subscribed and sworn to before me this 12th day of March, 2026.

(SEAL)   LINDA M EVANS
         Notary Public
         State of North Dakota
         My Commission Expires Feb 11, 2028

Notary Public
Burleigh County, North Dakota

1