# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:                                                     Bky. Case No. 25-30004
                                                           Chapter 7

The Ruins, LLC,                                            **ORDER**

        Debtor.
_____/

      On February 17, 2026, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement executed by the Trustee and Debtor.  Doc 265.  The Trustee served notice of the motion, which included a summary of the terms of the settlement, on interested parties.  The Court received no objections.  Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement appears to be in the best interest of the bankruptcy estate.  Accordingly, the Trustee's decision to enter into the Settlement Agreement is approved, with the qualification that the Court does not authorize a sale or endorse the proposed distribution of sale proceeds provided in the agreement.  The Court will consider a request to sell and proposed distribution of sale proceeds in the context of a motion to sell.

      Dated this 16th day of March, 2026.

                                                  /s/Shon Hastings
                                                  Shon Hastings, Judge
                                                  United States Bankruptcy Court