UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re:<br><br>The Ruins, LLC,<br><br>        Debtor. | Bankruptcy Case No.: 25-30004<br><br>Chapter 7 |
|---|---|

**OBJECTION OF JESSE CRAIG TO TRUSTEE'S MOTION TO APPROVE BID PROCEDURE AND SET A SALE HEARING DATE FOR
PROPOSED SALE OF REAL PROPERTY**

Interested party Jesse Craig ("Craig") objects to the Trustee's Motion to Approve Bid Procedure and Set Sale Hearing Date for Proposed Sale of Real Property (Doc. 278) (the "Bid Procedure Motion"). Specifically, Craig does not object to the proposed managed bid process (the "Bid Procedure") but objects to the proposed timeline described on Exhibit A of the Bid Procedure Motion because it does not allow sufficient time for highest and best bids to be received.

**BACKGROUND**

On February 27, 2026, the Trustee filed an Application to Employ Real Estate Agents (Doc. 275) (the "Real Estate Agent Application"). Exhibit A of the Real Estate Agent Application is the Real Estate Consulting, Advisory Services, and Co-Broker Agreement (the "Listing Agreement"). The Listing Agreement states, "The bid deadline is anticipated to be on or about April 27, 2026 or within eight (8) weeks after the date hereof." Doc. 275 at 5.

On March 2, 2026, three days after filing the Real Estate Agent Application, the Trustee filed the Bid Procedure Motion. Doc 278. Exhibit A of the Bid Procedure Motion is the proposed timeline for the sale. The proposed timeline shortens the estimated bid deadline to April 16, 2026, with a final runoff auction and bid acceptance on April 23, 2026. Doc. 278 at 5. No explanation or reason was given for why the proposed marketing period was shortened.

1

The proposed Real Estate Purchase and Sale Agreement is attached to the Bid Procedure Motion as Exhibit B. It requires that the sale be on a cash basis and not contingent on obtaining financing, meaning any prospective bidder must have cash available or final approval for financing prior to bidding. This is complicated by the fact that construction of the Real Property is 90% complete, so the successful bidder will also need to have a contractor in place and plan for completing construction by the bidding deadline in order to make a reasonable bid.

The proposed timeline also set a Marketing Launch of March 11, 2026. This Launch Date was prior to the deadline for interested parties to object to either the Real Estate Agent Application or the Bid Procedure Motion and before the Court would enter orders granting either motion. Despite there being no court approval of the employment of real estate agents as required by 11 U.S.C. § 327(a) and no court approval of the Bid Procedure, the Trustee has proceeded ahead with listing of the Real Property (as defined in the Bid Procedure Motion). Attached to this Objection as Exhibit A is a true and complete copy of the online listing of the Real Property downloaded on March 12, 2026. The listing had been active for one day. According to the listing, onsite inspections will be held by appointment only on March 24, April 2, and April 11 at 11:00 a.m. Accordingly, a prospective bidder will have a maximum of only twenty-three days in which to conduct a physical inspection, create a plan for completion of construction, and obtain final approval for financing before the bidder's bid is due.

## ARGUMENT

A trustee has a duty to maximize the value of the bankruptcy estate. Gluckstadt Holdings, L.L.C. v. VCR I, L.L.C. (In re VCR I, L.L.C.), 922 F.3d 323, 327 (5th Cir. 2019). The trustee must be able to show a proposed sale will obtain the highest and best offer, subject to sound business judgment. Id. "[T]he court must be mindful of the interests of unsecured creditors and

2

the goal of maximizing the value of the bankruptcy estate." Am. Plant Food Corp. v. United Agri Prods. (In re Farmland Indus.), 289 B.R. 122, 126 (B.A.P. 8th Cir. 2003).  "[B]ankruptcy courts have wide discretion in structuring sales of estate assets." Wintz v. Am. Freightways, Inc. (In re Wintz Cos.), 219 F.3d 807, 812 (8th Cir. 2000).  Factors courts consider in structuring sales include fairness, finality, integrity, and maximization of assts.  Id.  The court must consider the bidders' reasonable expectations to encourage confidence in the process.  In re Farmland Indus., 289 B.R. at 126.

In this case, the Trustee's proposed timeline does not provide sufficient time to ensure a good pool of qualified bidders will be able to conduct their due diligence, obtain approval for financing, and make plans with contractors to ensure they can complete construction.  First, the Trustee did not even have court approval of its real estate agents or its Bid Procedure before actively listing the Real Property and eating into the marketing time.  Second, because of the requirement for cash-only offers not contingent on financing, bidders have only thirty-five days from the launch of the listing to obtain financing.  In Craig's experience, appraising property for approval of financing itself typically takes forty-five to sixty days, which is simply not feasible in this short timeline.  The short timeline will likely dissuade possible bidders who would need financing, resulting in a smaller pool of bidders with cash reserves in place or creditors who may credit bid on the Real Property.  Third, because construction of the Real Property is only 90% complete, a reasonable bidder will likely want to have a contractor in place to advise on the cost of completing construction.  The rapid timeline will reduce the ability for bidders to coordinate with contractors and complete a construction plan.  All of these factors will likely depress the bids that the Trustee receives.

Instead of the Trustee's proposed timeline, the Court should hold the Trustee and the real estate agents to the bid deadline of April 27, 2026, originally represented to the Court. Doc. 275 at 5. The Court should approve the Bid Procedure but require the Trustee and real estate agents to revise the proposed timeline so that qualifying bids are due April 27, 2026, with a runoff auction to be held one week after receipt of qualifying bids. Doing so will balance the factors of finality with maximizing value and fairness and integrity in the sale process.

## CONCLUSION

For the forgoing reasons, Craig asks the Court to approve the managed bid process proposed by the Trustee but under a modified timeline so that qualifying bids are due April 27, 2026, with a final runoff auction to be held one week later.

Dated this 16th day of March, 2026.

                                                                                        */s/ Douglas W. Murch*
                                                                                        Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG

# 315 E Kemp Ave, Watertown, SD 57201



View Map | Street View | 6 Photos

## Unpriced | 1 day on market | Updated 1 day ago

Newly Constructed, 63-Unit Apartment Complex

**Subscribe** to customize the order of these details

## Details

| | | | |
|---|---|---|---|
| Property Type | Multifamily | Sub Type | Apartment Building |
| Square Footage | 95,544 | Net Rentable (SqFt) | 48,438 |
| Units | 63 | Class | A |
| Year Built | 2025 | Buildings | 1 |
| Stories | 5 | Acreage | 0.840 |
| Zoning | C1 - Community Commercial | Parking Spaces | 64 spaces |
| Parking Per SqFt | 0.67 | | |

## Well Located, Proximate to Commercial Corridor

**Marketing description**

**Bankruptcy Sale:** U.S. Bankruptcy Court District of North Dakota (Fargo) Petition No. 25-30004 In re: The Ruins, LLC

**Bid Deadline:** April 16 by 5:00 p.m. (CT)

**On-Site Inspections:** March 24, April 2 & 11 at 11:00 a.m. (CT), By Appointment Only

This property is a brand new construction offering 63 apartments in a desirable area of Watertown, South Dakota. Sitting at 90% complete, the property was built with lifestyle options in mind, as it is proximate to local and national restaurant chains, local gyms, parks and other community staples.

This is an excellent opportunity for an investor to acquire this asset, finish construction and create a new flourishing community in a growing city.

## Listing Contacts

| | | |
|---|---|---|
| Marcus Benson  PRO | NAI Sioux Falls |  |
| LIC: SD 21232 | | |





(https://maps.google.com/maps?ll=44.899314,-97.108955&z=15&t=m&hl=en-US&gl=US&mapclient=apiv3)  Map data ©2026  Report a map error (https://www.google.com/maps/@44.8993141,-97.1089552,15z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

## Climate Risk for 57201

Unable to load coordinates for this location

## Property History

| | Date | Event | Price | Price/SqFt | Sold by | Sold to |
|---|---|---|---|---|---|---|
| ⌄ | Aug 19, 2022 | Listed for sale | $1,150,000 | $285 | | |
| ⌄ | Mar 22, 2019 | Listing removed | | | | |
| ⌄ | Oct 18, 2018 | Price changed | $1,150,000 | $285 | | |
| ⌄ | Oct 18, 2018 | Price changed | $1,500,000 | $372 | | |
| ⌄ | Aug 30, 2018 | Price changed | $1,200,000 | $298 | | |
| ⌄ | Jul 10, 2018 | Price changed | $1,300,000 | $323 | | |
| ⌄ | Jul 9, 2018 | Price changed | $1,350,000 | $335 | | |
| ⌄ | Jun 15, 2018 | Listed for sale | | | | |

## Tax History

| Year | Property Tax | Land | + | Additions | = | Assessed Value |
|---|---|---|---|---|---|---|
| 2021 | $58,648 | $180,800 | | $770,800 | | $951,600 |
| 2021 | $58,648 | $180,800 | | $770,800 | | $951,600 |
| 2021 | $58,648 | $180,800 | | $770,800 | | $951,600 |
| 2021 | $58,648 | $180,800 | | $770,800 | | $951,600 |
| 2021 | $58,648 | $180,800 | | $770,800 | | $951,600 |

## Demographics

| 1 mile | 3 miles | 5 miles |

### Population



### Household Income



### Age Demographics





**Upgrade to Intelligence**

**Instantly see critical demographics**

Upgrade to see demographic trends including population, income, and more within 1, 3, and 5 miles of your property of interest.

### Number of Employees



### Housing Occupancy Ratio

### Renter to Homeowner Ratio



Case 25-30004    Doc 288    Filed 03/16/26    Entered 03/16/26 13:09:20    Desc Main
Document    Page 10 of 11

## Property Photos

     

## Similar Properties

View All | Card | Table



○ For Sale
**$1,350,000**
Jefferson Court Apartments
Multifamily • 24 Units • $56,250/unit
400 11th St NE, Watertown, Codington County, SD 57201



○ For Sale
**$1,500,000**
Johnson Block Building
Unique mixed-use opportunity in a landmark hist...
117 E 3rd Ave, Mitchell, Davison County, SD 57301



○ For Sale
**$429,000**
Wangsness Building
Multifamily • 6 Units
529 North Main Street, Garretson, Minnehaha, S

## Additional Information

| Name | Marcus Benson | License | 21232 |
|---|---|---|---|
| Brokerage | NAI Sioux Falls | Title | Broker Associate |
| Brokerage Address | 2500 West 49th Street | | |

| Name | Michael Martin | License | SD 16008 |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>　　　　Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on March 16, 2026, she served a copy of:

**OBJECTION OF JESSE CRAIG TO TRUSTEE'S MOTION TO
APPROVE BID PROCEDURE AND SET A SALE HEARING
DATE FOR PROPOSED SALE OF REAL PROPERTY**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

　　　　　　　　　　　　　　　　　　　　/s/ *Leslyn A. Anderson*
　　　　　　　　　　　　　　　　　　　　Leslyn A. Anderson

5