UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                 Bankruptcy No. 25-30004
                                                                       Chapter 7
The Ruins, LLC,


                              Debtor.
_____/
IN THE MATTER OF:

Motion by Trustee Erik A. Ahlgren to Approve
Bid Procedure and Set a Sale Hearing Date
for Proposed Sale of Real Property filed
March 2, 2026. (Doc. 278)

_____/

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for April 2, 2026. The

Court finds cause for granting the continuance.

IT IS ORDERED that Trustee Ahlgren's Motion to Approve Bid Procedure and Set a Sale

Hearing Date for Proposed Sale of Real Property (Doc. 278) is continued to **Monday, April 6, 2026,**

**at 2:00 P.M.**

Video Conference Instructions, **Procedures**, and the link to join are located at:
https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court
to secure video conference service and to test the video conference service from the remote
site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the
connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not
have video conferencing capability or who prefer to appear by video from a federal courthouse
location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100
or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin
N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: March 19, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court


Order served electronically March 19, 2026, to Electronic Mail Notice List for Case No. 25-30004.