UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30004
                                                          Chapter 7
The Ruins, LLC,

                            Debtor.
_____/
IN THE MATTER OF:

Motion by Trustee Erik A. Ahlgren for
Rejection of Leases and Contracts filed
February 26, 2026. (Doc. 272)
_____/

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for <u>April 2, 2026</u>. The

Court finds cause for granting the continuance.

IT IS ORDERED that Trustee Ahlgren's Motion for Rejection of Leases and Contracts (Doc.

272) is continued to **<u>Monday, April 6, 2026, at 2:00 P.M.</u>**

Video Conference Instructions, **Procedures**, and the link to join are located at:
https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.**  To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform.  Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov.  Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: March 19, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically March 19, 2026, to Electronic Mail Notice List for Case No. 25-30004.