**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                             Case No.: 25-30004
                                                            Chapter 7

            Debtor.

### APPLICATION TO EMPLOY YARDI SOFTWARE SPECIALIST

1.      Applicant is the trustee in this case (the "Trustee").

2.      Applicant believes that the employment of Kierstin Schilling, 8361W Lake Drive, Chanhassen MN, 55317, aYardi software specialist, is necessary assist the Trustee as follows: to review and analyze Debtor's financial records that are stored on Yardi software.

3.      Ms. Schilling is qualified by reason of practice and experience to render such representation and assistance.

4.      Proposed compensation and reimbursement of expenses is as follows: $99.00/ hour.

5.      Ms. Schilling has disclosed to the undersigned that she has the following connections with the Debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None except that Erik A. Ahlgren is the Trustee in this case and the Ahlgren Law Office, PLLC regularly represents Ms. Schilling in leasing matters.

6.      The Trustee has asked Ms. Schilling to begin work immediately to expedite analysis of Debtor's financial records. Therefore, the Trustee respectfully requests that the employment be authorized effective as of the date of this application.
WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated: March 26, 2026

                                    /s/ Erik A Ahlgren_____
                                    Erik A Ahlgren, Chapter 7 Trustee
                                    Ahlgren Law Office, PLLC
                                    220 W Washington Ave. Ste 105
                                    Fergus Falls MN  56537

## 2014(a) RULE VERIFICATION

Kierstin Schilling, the proposed professional named in the foregoing application, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.


Dated: March _24_, 2026

Kierstin Schilling

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                                    Case No.: 25-30004
                                                                   Chapter 7

            Debtor.

**NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF YARDI**
**SOFTWARE SPECIALIST**

The Trustee filed and served an Application for Approval of Yardi Software Specialist dated March 26, 2026.  Your rights may be affected in the action.  You should read the papers carefully and discuss the matters with your attorney if you have one.  If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N Burdick U.S. Courthouse | 314 S Main Ave. | (See address below) |
| 655 First Ave N – Ste 210 | Suite 303 | |
| Fargo ND  58107-4932 | Sioux Falls SD  57104-6462 | |

DATE OF MAILING: March 26, 2026                    /s/Erik A Ahlgren
                                                    Erik Ahlgren, Chapter 7 Trustee
                                                   Ahlgren Law Office, PLLC
                                                   220 W Washington Ave. Ste 105
                                                   Fergus Falls MN  56537
                                                   218-998-2775
                                                   erik@ahlgrenlawoffice.net

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                                                 Case No.: 25-30004
                                                                                Chapter 7

        Debtors.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

        I, Lisa Ahlgren, declare under penalty of perjury that on March 26, 2026 that those entities requesting electronic notice were served electronically via CM/ECF:

And by U.S. Mail to:

| | | |
|---|---|---|
| Eric Kaup | Michael Martin | The Ruins, LLC |
| Hilco Real Estate LLC | Sioux Falls Commercial | 1405 1st Ave N |
| 5 Revere Drive, Suite 320 | 2500 W 49th St, Ste 101 | Fargo ND 58102 |
| Northbrook IL  60062 | Sioux Falls SD  57105 | |

Executed on: March 26, 2026        Signed:  /s/ Lisa Ahlgren_____
                                           Lisa Ahlgren
                                           220 W. Washington Ave. Ste 105
                                         Fergus Falls MN  56537