UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>       Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**STIPULATION REGARDING MOTION TO APPROVE BID PROCEDURE AND SET A SALE HEARING DATE FOR PROPOSED SALE OF REAL PROPERTY**

On March 2, 2026, Trustee Erik Ahlgren filed a Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property (Doc. 278) (the "Bid Procedure Motion"). On Exhibit A to the Bid Procedure Motion, the Trustee proposed a timeline for the sale of The Ruins property, as legally described in the Bid Procedure Motion.  This proposed timeline set a deadline of April 16, 2026, for submitting qualifying bids to be followed by a runoff auction on or about April 23, 2026.  The listing of The Ruins property became active on March 11, 2026.

On March 16, 2026, Interested Party Jesse Craig ("Craig") filed an objection to the Bid Procedure Motion (Doc. 288) (the "Objection"), arguing that the proposed timeline was inappropriately short to maximize the value of the bankruptcy estate.  Craig argued that while a longer period may be appropriate, a deadline of April 27, 2026, with a runoff auction one week later was more appropriate.

The Trustee and Craig wish to resolve the Bid Procedure Motion and the Objection as provided in this Stipulation.  Therefore, the Trustee and Craig stipulate as follows.

1.  Craig consents to the managed bid process as proposed in the Bid Procedure Motion except as modified by this Stipulation.

2.  The deadline by which bidder must submit qualifying bids shall be April 27, 2026.

3. The Trustee and his retained real estate agents may hold a runoff auction on May 5, 2026.

4. The other dates and deadlines as provided in the Proposed Timeline shall be extended consistent with the deadlines established in this Stipulation.

5. The bids received must be on an all cash at closing basis and shall not be contingent upon the bidder obtaining financing.

6. The Trustee shall add the mold testing reports dated December 11, 2024, attached to this Stipulation as Exhibit A and Exhibit B to the listing packet available digitally to prospective bidders.

7. Craig agrees that this Stipulation fully resolves all issues raised and arguments made in the Objection and any and all objections to the proposed Bid Procedure as defined in the Bid Procedure Motion; Craig shall file a withdrawal of the Objection prior to the hearing.

8. The Court may enter an order approving the proposed bid procedure for The Ruins as revised by this Stipulation.

Ahlgren Law Office, PLLC

Dated: March 31, 2026

/s/ Erik A. Ahlgren
Attorney #09561 (ND)
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net
ATTORNEY FOR TRUSTEE

Dated: March 31, 2026

_/s/ Douglas W. Murch_
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG



**Prairie**
*Environmental Consulting*

: 605-496-1366
: prairieconsult@gmail.com

December 11, 2024

Jesse Craig
Craig Development

Re:      Mold Testing, The Ruins, 315 E Kemp Ave, Watertown, SD

Mr. Craig:

Our office was contacted on December 6, 2024 regarding mold testing at the partially completed apartment complex known as The Ruins, which is located at 315 E Kemp Ave in Watertown South Dakota. The owner wanted to address some bank and municipal concerns about potential mold exposure in the building following a water intrusion event over the course of the past year.

On December 10, 2024, visual inspections and air testing were conducted in the following units: #403 and #405 on 4th floor; #305, #307, #312, and #321 on 3rd floor; and #203, #207, #209 and the Amenity Room on 2nd floor.  The owner reported that the water intrusion event happened months ago and possibly longer, and that the source of the issue (improper sealing of Tyvek wrap around new window installations) was known and had been fixed.

Water staining was noted around the windows in most of these units, but none of the materials were currently wet. **There was no visible mold in any area of any inspected unit.**  All tested materials where previous water staining was visible (including above the windows and on the floors) contained 0.1 – 0.2% moisture levels, which is very low.  No condensation or other bulk water was observed in any of the windows or on any of the floors.

Air samples were run in a two-unit composite format, as the inspector deemed it unnecessary to run a unique sample in every individual room, since all rooms had similar water staining and no visible mold. There was some spotting above the window in Unit #405, and this area was tested with a tape sample to see if mold was present in that area.  The laboratory results indicated that there was no mold in the tape sample.

The results from the air samples, delivered from Hayes Microbial to Prairie Environmental Consulting on December 11, 2024, indicate **NO CONCERNING LEVELS OF AIRBORNE MOLD SPORES IN ANY OF THE UNITS AT THIS TIME.**  This means that spore counts were close enough to the base line sample to be considered non-concerning at this time. This helps to confirm the conclusion made by the inspector onsite, that mold is not currently an issue in any of the inspected units at this time.

Since the improper sealing of the Tyvek wrap around the windows has been fixed (and was verified during the course of this inspection), and all windows are now properly sealed, and because there is not currently a mold problem within the inspected units, there are no further recommendations at this time.

Photos and the laboratory results are attached below.  Please note that mold spores are ubiquitous in the air, and there will never be a time when a properly run air sample shows zero mold spores.

Thank you for this opportunity to be of service. If you have any questions please feel free to contact me, either by phone (605-496-1366) or by e-mail.

Sincerely,

Jason Biggins
Prairie Environmental Consulting, LLC
Certified Mold Inspector (#CMI-80758)

Certified Mold Remediation Contractor (#CMRC-80689)

**It is important to note** that our findings relating to physical conditions observed during this assessment were not intended nor do they attempt to identify every possible source of contamination, mold or otherwise, in the structure. This inspector is neither insurer nor guarantor against water problems, mold problems, or other defects in the subject property or any of its components.

Any measure results, analysis data and/or physical observations made are valid only for the period in which this inspection was conducted. Any additional degradation of building materials or contamination from new or reactivated sources or areas inaccessible at the time of the inspection is not the responsibility of Prairie Environmental Consulting, LLC.

Historical events or ambient air conditions that may have existed prior to this inspection cannot be correlated in any way with the enclosed data. No warranty, real or implied, is made as to what was or is the exact cause or source that may have adversely affected the indoor air quality.

Please review the following sampling report. If you have any questions, please do not hesitate to call.

We are happy to help, as your good health and comfort is our goal.

**PHOTO LOG FROM MOLD INSPECTION AT 315 E KEMP AVE, WATERTOWN, SD**



Unit #403



Unit #403 - Debris in window (non-microbial), bubbling paint evidence of water intrusion



Unit #405 – water staining is evidence of previous water intrusion



Unit #405 – tape sample of suspect dark spots above window



Unit #307 – Note all inspected units look similar, paint peeled above window because of minor water intrusion, all materials currently dry and not facilitating active microbial growth



Unit #305 – same appearance as other inspected units



Exterior – above window to show proper sealing of Tyvek wrap over window



Exterior, showing proper taping of sides where Tyvek wrap and window meet



Exterior, showing proper taping of sides where Tyvek wrap and window meet

**EXHIBIT B**

# HAYES
## MICROBIAL CONSULTING

**#24055591**

Analysis Report prepared for

# Prairie Environmental Consulting, LLC

**309 N. Duluth Ave. #2**
**Sioux Falls, SD 57104**

Phone: **(605) 496-1366**

Watertown
315 E. Kemp

Collected: **December 10, 2024**
Received: **December 11, 2024**
Reported: **December 11, 2024**

We would like to thank you for trusting Hayes Microbial for your analytical needs!
We received 7 samples by FedEx in good condition for this project on December 11th, 2024.

The results in this analysis pertain only to this job, collected on the stated date, and should not be used in the interpretation of any other job. Information supplied by the customer can affect the validity of results. These results apply only to the samples as received. This report may not be duplicated, except in full, without the written consent of Hayes Microbial Consulting, LLC.

All information provided to Hayes Microbial is confidential information relating to our customers and their clients. We will not disclose, copy, or distribute any information verbally or written, except to those designated by the customer(s). We take confidentiality very seriously. No changes to the distribution list will be made without the express consent of the customer.

This laboratory bears no responsibility for sample collection activities, analytical method limitations, or your use of the test results. Interpretation and use of test results are your responsibility. Any reference to health effects or interpretation of mold levels is strictly the opinion of Hayes Microbial. In no event, shall Hayes Microbial or any of its employees be liable for lost profits or any special, incidental or consequential damages arising out of the use of these test results.

*Stephen N. Hayes*

Steve Hayes, BSMT(ASCP)
Laboratory Director
Hayes Microbial Consulting, LLC.



EPA Laboratory ID: VA01419          Lab ID: #188863          DPH License: #PH-0198

**Jason Biggins**
**Prairie Environmental Consulting, LLC**
309 N. Duluth Ave. #2
Sioux Falls, SD 57104
(605) 496-1366

Watertown
315 E. Kemp

**#24055591**

**Spore Trap**
SOP - HMC#101

| Sample Number* | 1 | W-01 | | 2 | W-02 | | 3 | W-03 | | 4 | W-04 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample Name* | **Rm 403 & 405** | | | **Rm 305 & 307** | | | **Rm 312 & 321** | | | **Rm 209 & 207** | | |
| Sample Volume* | 150 L | | | 150 L | | | 150 L | | | 150 L | | |
| Reporting Limit | 7 spores/m³ | | | 7 spores/m³ | | | 7 spores/m³ | | | 7 spores/m³ | | |
| Background | 3 | | | 3 | | | 2 | | | 3 | | |
| Fragments | 13/m³ | | | ND | | | 7/m³ | | | ND | | |
| Organism | Raw Count | Count / m³ | % of Total | Raw Count | Count / m³ | % of Total | Raw Count | Count / m³ | % of Total | Raw Count | Count / m³ | % of Total |
| Alternaria | | | | 1 | 7 | 50.0% | | | | | | |
| Ascospores | 3 | 20 | 100.0% | 1 | 7 | 50.0% | 1 | 7 | 50.0% | 4 | 27 | 100.0% |
| Aspergillus\|Penicillium | | | | | | | | | | | | |
| Basidiospores | | | | | | | | | | | | |
| Bipolaris\|Drechslera | | | | | | | | | | | | |
| Chaetomium | | | | | | | | | | | | |
| Cladosporium | | | | | | | 1 | 7 | 50.0% | | | |
| Curvularia | | | | | | | | | | | | |
| Epicoccum | | | | | | | | | | | | |
| Fusarium | | | | | | | | | | | | |
| Memnoniella | | | | | | | | | | | | |
| Myxomycetes | | | | | | | | | | | | |
| Pithomyces | | | | | | | | | | | | |
| Stachybotrys | | | | | | | | | | | | |
| Stemphylium | | | | | | | | | | | | |
| Torula | | | | | | | | | | | | |
| Ulocladium | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Total** | 3 | 20 | 100% | 2 | 14 | 100% | 2 | 14 | 100% | 4 | 27 | 100% |

| Water Damage Indicator | Common Allergen | Slightly Higher than Baseline | Significantly Higher than Baseline | Ratio Abnormality |
|---|---|---|---|---|

* indicates data provided by the customer

Collected: **Dec 10, 2024**     Received: **Dec 11, 2024**     Reported: **Dec 11, 2024**



Project Analyst:
Ramesh Poluri, PhD       *P. Ramesh*

Date:
**12 - 11 - 2024**

Reviewed By:
Steve Hayes, BSMT       *Stephen N. Hayes*

Date:
**12 - 11 - 2024**

3005 East Boundary Terrace, Suite F. Midlothian, VA. 23112     (804) 562-3435     contact@hayesmicrobial.com     Page: **2** of **7**

**Jason Biggins**
**Prairie Environmental Consulting, LLC**
309 N. Duluth Ave. #2
Sioux Falls, SD 57104
(605) 496-1366

Watertown
315 E. Kemp

#24055591

**Spore Trap**
SOP - HMC#101

| Sample Number* | 5 | W-05 | | 6 | W-06 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample Name* | **Rm 203 & 2nd Fl Amenity Rm** | | | **Ext Baseline** | | | | | | | | |
| Sample Volume* | 150 L | | | 150 L | | | | | | | | |
| Reporting Limit | 7 spores/m³ | | | 7 spores/m³ | | | | | | | | |
| Background | 2 | | | 2 | | | | | | | | |
| Fragments | ND | | | ND | | | | | | | | |
| Organism | Raw Count | Count / m³ | % of Total | Raw Count | Count / m³ | % of Total | | | | | | |
| Alternaria | | | | | | | | | | | | |
| Ascospores | | | | 4 | 27 | 57.1% | | | | | | |
| Aspergillus\|Penicillium | | | | | | | | | | | | |
| Basidiospores | | | | 3 | 20 | 42.9% | | | | | | |
| Bipolaris\|Drechslera | | | | | | | | | | | | |
| Chaetomium | | | | | | | | | | | | |
| Cladosporium | 20 | 130 | 100.0% | | | | | | | | | |
| Curvularia | | | | | | | | | | | | |
| Epicoccum | | | | | | | | | | | | |
| Fusarium | | | | | | | | | | | | |
| Memnoniella | | | | | | | | | | | | |
| Myxomycetes | | | | | | | | | | | | |
| Pithomyces | | | | | | | | | | | | |
| Stachybotrys | | | | | | | | | | | | |
| Stemphylium | | | | | | | | | | | | |
| Torula | | | | | | | | | | | | |
| Ulocladium | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Total | 20 | 130 | 100% | 7 | 47 | 100% | | | | | | |

| Water Damage Indicator | Common Allergen | Slightly Higher than Baseline | Significantly Higher than Baseline | Ratio Abnormality |
|---|---|---|---|---|

* indicates data provided by the customer

Collected: **Dec 10, 2024**    Received: **Dec 11, 2024**    Reported: **Dec 11, 2024**



Project Analyst:
Ramesh Poluri, PhD    *P. Ramesh*

Date:
**12 - 11 - 2024**

Reviewed By:
Steve Hayes, BSMT    *Stephen N. Hayes*

Date:
**12 - 11 - 2024**

3005 East Boundary Terrace, Suite F. Midlothian, VA. 23112    (804) 562-3435    contact@hayesmicrobial.com    Page: **3** of **7**

**Jason Biggins**
**Prairie Environmental Consulting, LLC**
309 N. Duluth Ave. #2
Sioux Falls, SD 57104
(605) 496-1366

**#24055591**

**Direct Analysis**
SOP - HMC#102

315 E. Kemp

| #7 | Bio-Tape (1.00 cm2*) | Organism | Spore Estimate | Mycelial Estimate |
|---|---|---|---|---|
| W-07 - Rm 405 Tape Sample | | No Fungi Detected | | |

\* indicates data provided by the customer

Collected: **Dec 10, 2024**    Received: **Dec 11, 2024**    Reported: **Dec 11, 2024**



Project Analyst:
Ramesh Poluri, PhD    *P. Ramesh*

Date:
**12 - 11 - 2024**

Reviewed By:
Steve Hayes, BSMT    *Stephen N. Hayes*

Date:
**12 - 11 - 2024**

3005 East Boundary Terrace, Suite F. Midlothian, VA. 23112    (804) 562-3435    contact@hayesmicrobial.com

**Jason Biggins**
**Prairie Environmental Consulting, LLC**
309 N. Duluth Ave. #2
Sioux Falls, SD 57104
(605) 496-1366

Watertown
315 E. Kemp

**#24055591**

**Spore Trap Information**

| | |
|---|---|
| **Reporting Limit** | The Reporting Limit is the lowest number of spores that can be detected based on the total volume of the sample collected and the percentage of the slide that is counted. At Hayes Microbial, 100% of the slide is read so the LOD is based solely on the total volume. Raw spore counts that exceed 500 spores will be estimated. |
| **Blanks** | Results have not been corrected for field or laboratory blanks. |
| **Background** | The Background is the amount of debris that is present in the sample. This debris consists of skin cells, dirt, dust, pollen, drywall dust and other organic and non-organic matter. As the background density increases, the likelihood of spores, especially small spores such as those of Aspergillus and Penicillium may be obscured. The background is rated on a scale of 1 to 5 and each level is determined as follows:<br><br>**NBD:** No background detected due to possible pump or cassette malfunction. Recollect sample. (Field Blanks will display NBD)<br>**1 :** <5% of field occluded. No spores will be uncountable.<br>**2 :** 5-25% of field occluded.<br>**3 :** 25-75% of field occluded.<br>**4 :** 75-90% of field occluded.<br>**5 :** >90% of field occluded. Suggested recollection of sample. |
| **Fragments** | Fragments are small pieces of fungal mycelium or spores. They are not identifiable as to type and when present in very large numbers, may indicate the presence of mold amplification. |
| **Control Comparisons** | There are no national standards for the numbers of fungal spores that may be present in the indoor environment. As a general rule and guideline that is widely accepted in the indoor air quality field, the numbers and types of spores that are present in the indoor environment should not exceed those that are present outdoors at any given time. There will always be some mold spores present in "normal" indoor environments. The purpose of sampling and counting spores is to help determine whether an abnormal condition exists within the indoor environment and if it does, to help pinpoint the area of contamination. Spore counts should not be used as the sole determining factor of mold contamination. There are many factors that can cause anomalies in the comparison of indoor and outdoor samples due to the dynamic nature of both of those environments. |

| | |
|---|---|
| Water Damage Indicator | **Blue:** These molds are commonly seen in conditions of prolonged water intrusion and usually indicate a problem. |
| Common Allergen | **Green:** Although all molds are potential allergens, these are the most common allergens that may be found indoors. |
| Slightly Higher than Baseline | **Orange:** The spore count is slightly higher than the outside count and may or may not indicate a source of contamination. |
| Significantly Higher than Baseline | **Red:** The spore count is significantly higher than the baseline count and probably indicates a source of contamination. |
| Ratio Abnormality | **Violet:** The types of spores found indoors should be similar to the ones that were identified in the baseline sample. Significant increases (more than 25%) in the ratio of a particular spore type may indicate the presence of abnormal levels of mold, even if the total number of spores of that type is lower in the indoor environment than it was outdoors. |
| **Color Coding** | Fungi that are present in indoor samples at levels lower than 200 per cubic meter are not color coded on the report, unless they are one of the water damage indicators. |
| **Significant Figures** | Raw counts and column totals may reflect more than 2 significant figures, but results should only be considered significant to 2 figures. |



3005 East Boundary Terrace, Suite F. Midlothian, VA. 23112      (804) 562-3435      contact@hayesmicrobial.com      Page: **5 of 7**

Jason Biggins
**Prairie Environmental Consulting, LLC**
309 N. Duluth Ave. #2
Sioux Falls, SD 57104
(605) 496-1366

Case 25-30004    Doc 295    Filed 03/31/26    Entered 03/31/26 14:39:47    Desc Main
Document    Page 16 of 18
Watertown
315 E. Kemp

**#24055591**

**Direct Analysis Information**

| Spore Estimate | | Percentages |
|---|---|---|
| ND | None Detected | 0% |
| Rare | Less than 10 spores | < 1% |
| Light | 10 - 99 spores | 1-10% |
| Moderate | 100 - 999 spores | 11-25% |
| Heavy | 1000 - 9999 spores | 26-50% |
| Very Heavy | 10000 or greater spores | 51-100% |

| Mycelial Estimate | |
|---|---|
| ND | None Detected No active growth at site. |
| Trace | Very small amount of Mycelium Probably no active growth at site. |
| Few | Some Mycelium Possible active growth at site. |
| Many | Large amount of Mycelium Probable active growth at site. |



3005 East Boundary Terrace, Suite F. Midlothian, VA. 23112     (804) 562-3435     contact@hayesmicrobial.com

Jason Biggins
**Prairie Environmental Consulting, LLC**
309 N. Duluth Ave. #2
Sioux Falls, SD 57104
(605) 496-1366

Case 25-30004    Doc 295    Filed 03/31/26    Entered 03/31/26 14:39:47    Desc Main
Document      Page 17 of 18
Watertown
315 E. Kemp

**#24055591**

**Analyte Descriptions**

| Alternaria | Habitat: | Commonly found outdoors in soil and decaying plants. Indoors, it is commonly found on window sills and other horizontal surfaces. |
|---|---|---|
| | Health Effects: | A common allergen and has been associated with hypersensitivity pneumonitis. Alternaria is capable of producing toxic metabolites which may be associated with disease in humans or animals. Occasionally an agent of onychomycosis, ulcerated cutaneous infection and chronic sinusitis, principally in the immunocompromised patient. |

| Ascospores | Habitat: | A large group consisting of more than 3000 species of fungi. Common plant pathogens and outdoor numbers become very high following rain. Most of the genera are indistinguishable by spore trap analysis and are combined on the report. |
|---|---|---|
| | Health Effects: | Health affects are poorly studied, but many are likely to be allergenic. |

| Basidiospores | Habitat: | A common group of Fungi that includes the mushrooms and bracket fungi. They are saprophytes and plant pathogens. In wet conditions they can cause structural damage to buildings. |
|---|---|---|
| | Health Effects: | Common allergens and are also associated with hypersensitivity pneumonitis. |

| Cladosporium | Habitat: | One of the most common genera worldwide. Found in soil and plant debris and on the leaf surfaces of living plants. The outdoor numbers are lower in the winter and often relatively high in the summer, especially in high humidity. The outdoor numbers often spike in the late afternoon and evening. Indoors, it can be found growing on textiles, wood, sheetrock, moist window sills and in HVAC supply ducts. |
|---|---|---|
| | Health Effects: | A common allergen, producing more than 10 allergenic antigens and a common cause of hypersensitivity pneumonitis. |



3005 East Boundary Terrace, Suite F. Midlothian, VA. 23112      (804) 562-3435      contact@hayesmicrobial.com      Page: **7 of 7**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>       Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste

Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on March 31, 2026, she served a copy of:

**STIPULATION REGARDING MOTION TO APPROVE BID PROCEDURE AND SET A
SALE HEARING DATE FOR PROPOSED SALE OF REAL PROPERTY**

electronically by Notice of Electronic Filing upon all parties who have requested service in this

case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.


/s/ *Leslyn A. Anderson*
Leslyn A. Anderson