UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30004 |
| | ) | |
| The Ruins, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER REGARDING BID PROCEDURES

Trustee, Erik Ahlgren filed a Motion to Approve Bid Procedure and Set a Hearing Date for Proposed Sale of Real Property. Doc. 278.  Interested Party Jesse Craig filed an Objection to the motion. Doc. 288. On March 31, 2026, Trustee, Erik Ahlgren filed the parties' Stipulation to Resolve the Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property. Doc. 295.  After reviewing the stipulation and other documents filed in the case, the Court finds cause for approving the stipulation and granting the motion consistent with the parties' agreement.  Accordingly, IT IS ORDERED:

1.  The Stipulation Regarding Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property is approved.

2.  The Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property is granted consistent with the motion and as revised by the stipulation.

3.  The hearing on the Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property scheduled for April 6, 2026, is cancelled.

Dated: April 1, 2026.

Shon Hastings, Judge
United States Bankruptcy Court