**United States Bankruptcy Court**
**District of North Dakota**

| | | |
|---|---|---|
| In re **The Ruins, LLC** | Case No. | **25-30004** |
| Debtor | Chapter | **7** |

## CITY OF WATERTOWN LIST OF WITNESSES AND EXHIBITS

[¶1.]   City of Watertown may call the following Witnesses:

Ried Holien:        Mayor of Watertown, South Dakota
Brandi Hanten:    Community Development Manager for City of Watertown, South Dakota
Alan Stager:        City Manager for City of Watertown, South Dakota

[¶2.]   City of Watertown may offer into evidence:

Lease between The Ruins, LLC and City of Watertown, South Dakota

[¶3.]   City of Watertown reserves the right to call witnesses for purposes of rebuttal and to offer exhibits for purposes of rebuttal.

Dated this 1st day of April, 2026.

**BORMANN, MYERCHIN,**
**ESPESETH & EDISON, LLP**
Attorney for City of Watertown
418 East Broadway Ave., Suite 240
P.O. Box 995
Bismarck, ND 58502-0995
701-250-8968
Fax: 701-250-8982
respeseth@bmellp.com

Ross H. Espeseth (#03880)

1

**United States Bankruptcy Court**
**District of North Dakota**

In
re    **The Ruins, LLC**                                    Case No.  **25-30004**

                        Debtors          Chapter    **7**

## AFFIDAVIT OF SERVICE

STATE OF NORTH DAKOTA        )
                             ) ss.
COUNTY OF BURLEIGH           )

The undersigned, being first duly sworn, deposes and says that on the 1st day of April, 2026, a true and correct copy of **City of Watertown List of Witnesses and Exhibits** was filed and served electronically with the Bankruptcy Court and electronically sent to the following:

Erik A Ahlgren
erik@ahlgrenlawoffice.net

Christianna A. Cathcart
christianna@dakotabankruptcy.com

sara Wencil
Sarah.j.wencil@usdoj.gov

Jordan Feist
Jordan.feist@wondsfuller.com

Drew Hushka
dhushka@vogellaw.com

Jeffrey Klobucar
jklobucar@bassford.com

John Krings, Jr.
john@kdlawpartners.com

Douglas Murch
dmurch@conmylaw.com

Caren Stanley
cstanley@vogellaw.com

Dan Frisk
peggy@stflawfirm.com

David Strait
david@austinlawsd.com

Kesha Tanabe
ktanabe@vogellaw.com

Maurice VerStandig
mac@mbvesq.com

Jeannette Marquardt

Subscribed and sworn to before me this 1st day of April, 2026.

(SEAL)

LINDA M EVANS
Notary Public
State of North Dakota
My Commission Expires Feb 11, 2028

Notary Public
Burleigh County, North Dakota

1