**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**EXHIBIT LIST**

Bankruptcy Case No.: 25-30004          Bankruptcy Case Title: The Ruins, LLC
Adversary Case No.: _____          Adversary Case Title: _____

| Ex. No. | Date | Witness | Description | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Lease Between The Ruins, LLC, as Landlord, and City of Watertown SD, as Tenant | May | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* -A – Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**<u>WITNESS LIST</u>**

Bankruptcy Case Name:  <u>The Ruins, LLC</u>                Chapter <u>7</u>
Bankruptcy Case No.: <u>25-30004          </u>

Contested Matter (Y)
Adversary Proceeding No.: <u>      </u>
Adversary Proceeding Title: <u>      </u>

Witness to be called by Debtor

| NAME & ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Jonathan Cuticelli 5 Revere Dr., Suite 410 Northbrook, IL 60026 | Will | Any relevant issues |
| Michael Martin 2500 W. 49th St., Suite 100 Sioux Falls, SD 5705 | May Call | Any relevant issues |
| Erik Ahlgren, Trustee 220 West Washington Ave., Suite 105 Fergus Falls, MN 56537 | May Call | Any relevant issues |

Ahlgren Law Office, PLLC

Dated: April 1, 2026                /e/Erik A. Ahlgren
                                    Attorney #09561 (ND)
                                    220 West Washington Ave, Ste 105
                                    Fergus Falls, MN 56537
                                    Office: 218-998-2775
                                    Fax: 218-998-6404
                                    erik@ahlgrenlawoffice.net

                                    ATTORNEY FOR TRUSTEE