## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                             Case No. 25-30004
                                                            Chapter 7

       Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Hadley Klepper, declare under penalty of perjury that on April 1, 2026, she caused to be served the following documents via the CM/ECF system to those parties requesting electronic notification:

**Doc 298**: Brief *Evidentiary Hearing Brief* Filed by Trustee Erik A. Ahlgren ( related document(s)[272] Motion to Assume/Reject Lease or Executory Contract). (Ahlgren, Erik)

**Doc 299**: Exhibit List , Witness List Filed by Trustee Erik A. Ahlgren ( related document(s)[272] Motion to Assume/Reject Lease or Executory Contract). (Ahlgren, Erik)

Dated: April 1, 2026                    Signed:  /s/Hadley Klepper
                                                 Hadley Klepper
                                                 220 W. Washington Ave, Ste 105
                                                 Fergus Falls, MN  56537