# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                              Case No.: 25-30004
                                                                    Chapter 7

                        Debtor.

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren, Chapter 7 Trustee ("Movant") respectfully moves this Court to enter an Order under Local Rule 5001-2 allowing the appearance by video conference of **Erik Ahlgren** ("Ahlgren") at the hearing scheduled for Monday, April 6, 2026, at 2:00 p.m. CST ("Hearing") respecting the following filings:

- Trustee's Motion to Reject Lease with City of Watertown [Doc 272]; and

- City of Watertown's Response to Trustee's Motion to Reject Lease [Doc 284]

and any other matters scheduled to take place during the Hearing.

1.      Movant makes the request for Ahlgren to appear by video conference at the Hearing to save time and expense by Ahlgren not having to travel from Fergus Falls, Minnesota.

2.      The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

**WHEREFORE**, Movant respectfully requests that Ahlgren be allowed to appear by video conference at the Hearing.

Ahlgren Law Office, PLLC

Dated: April 1, 2026

/e/Erik A. Ahlgren
Attorney #09561 (ND)
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net

ATTORNEY FOR TRUSTEE