## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                                                 Case No.: 25-30004
                                                                                Chapter 7

　　　　　　　　　Debtor.

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren, Chapter 7 Trustee ("Movant")  respectfully moves this Court to enter an Order under Local Rule 5001-2 allowing the appearance by video conference of **Jonathan Cuticelli of Hilco Real Estate** ("Cuticelli") at the hearing scheduled for Monday, April 6, 2026, at 2:00 p.m. CST ("Hearing") respecting the following filings:

- Trustee's Motion to Reject Lease with City of Watertown [Doc 272]; and

- City of Watertown's Response to Trustee's Motion to Reject Lease [Doc 284]

and any other matters scheduled to take place during the Hearing.

1.      Cuticelli is the Director of Real Estate Asset Sales at Hilco. Hilco was employed as a Broker to market certain real estate property of the Bankruptcy Estate [Docs 275 and 287].

2.      Movant makes the request for Cuticelli to appear by video conference at the Hearing to save time and expense by Cuticelli not having to travel from Illinois.

3.      The request to attend the Hearing by video conference will not cause any

undue hardship to the parties herein.

**WHEREFORE**, Movant respectfully requests that Cuticelli be allowed to appear

by video conference at the Hearing.

Ahlgren Law Office, PLLC

Dated: April 1, 2026                    /e/Erik A. Ahlgren
                                        Attorney #09561 (ND)
                                        220 West Washington Ave, Ste 105
                                        Fergus Falls, MN 56537
                                        Office: 218-998-2775
                                        Fax: 218-998-6404
                                        erik@ahlgrenlawoffice.net

                                        ATTORNEY FOR TRUSTEE