**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                                Case No.: 25-30004
                                                                      Chapter 7

                    Debtor.

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren,

Chapter 7 Trustee ("Movant")  respectfully moves this Court to enter an Order under

Local Rule 5001-2 allowing the appearance by video conference of **Jonathan Walker of**

**Sioux Falls Commercial, Inc.** ("Walker") at the hearing scheduled for Monday, April 6,

2026, at 2:00 p.m. CST ("Hearing") respecting the following filings:

- Trustee's Motion to Reject Lease with City of Watertown [Doc 272]; and

- City of Watertown's Response to Trustee's Motion to Reject Lease [Doc

  284]

and any other matters scheduled to take place during the Hearing.

1.      Walker is with Sioux Falls Commercial Inc., which entity was employed as

a co-broker to market certain real estate property of the Bankruptcy Estate [Docs 275

and 287].

2.      Movant makes the request for Walker to appear by video conference at the

Hearing to save time and expense by Walker not having to travel from South Dakota.

3.     The request to attend the Hearing by video conference will not cause any

undue hardship to the parties herein.

**WHEREFORE**, Movant respectfully requests that Walker be allowed to appear by

video conference at the Hearing.

Ahlgren Law Office, PLLC

Dated: April 1, 2026                    /e/Erik A. Ahlgren
                                        Attorney #09561 (ND)
                                        220 West Washington Ave, Ste 105
                                        Fergus Falls, MN 56537
                                        Office: 218-998-2775
                                        Fax: 218-998-6404
                                        erik@ahlgrenlawoffice.net

                                        ATTORNEY FOR TRUSTEE