# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.:  25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

## MOTION FOR LEAVE OF COURT TO APPEAR BY TELEPHONE

Kesha L. Tanabe, counsel to Red River State Bank ("RRSB"), hereby moves this Court for an order pursuant to Local Rule 5001-2 to permit her appearance by video conference or telephone at the hearing set for Monday, April 6, 2026 at 2:00 P.M. ("Hearing").

The Hearing concerns the Trustee's Motion for Rejection of Leases and Contracts [ECF 272] and the City of Watertown's Response [ECF 284]. Counsel does not anticipate an active role in the hearing. The requested relief will enable counsel to observe the hearing on behalf of RRSB without undue burden and expense.

WHEREFORE, Movant requests that Kesha L. Tanabe be allowed to participate by video conference or telephone at the Hearing.

Dated this 2nd day of April, 2026.

**VOGEL LAW FIRM**

*/s/  Kesha L. Tanabe*
BY:  Kesha L. Tanabe (#0387250)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Email:     ktanabe@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK