UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>        Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Jesse Craig and Mindy Craig, Interested Parties, by and through their counsel, and files this motion requesting the court grant Jesse Craig, Mindy Craig and Douglas W. Murch of Conmy Feste Ltd., an order under Local Rule 5001-2 to appear by video conference at the hearing on Trustee's Motion for Rejection of Leases and Contracts ("Motion") [Doc. 272].  The hearing on the Motion is scheduled for April 6, 2026, at 2:00 p.m. ("Hearing").  Counsel does not anticipate participating in the hearing.  The request will allow the Movants to observe the hearing without undue burden and expense.

**WHEREFORE**, Douglas W. Murch, Jesse Craig and Mindy Craig respectfully request this Court to enter an order granting this Motion to allow them to attend by video conference at the aforementioned Hearing and for such other and further relief as the Court deems just and proper.

Dated this 2nd day of April, 2026.

        */s/ Douglas W. Murch*
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG AND
MINDY CRAIG

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re:<br><br>The Ruins, LLC,<br><br>Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |
|---|---|

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on April 2, 2026, she served a copy of:

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson

2