UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 25-30002 |
| | ) | |
| Generations on 1st, LLC | ) | Chapter 11 |
| | ) | |
| Debtor, Jointly Administered. | ) | |

| | | |
|---|---|---|
| Parkside Place, LLC, | ) | Bankruptcy Case No. 25-30003 |
| | ) | |
| Debtor, Jointly Administered. | ) | Chapter 11 |

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 25-30004 |
| | ) | |
| The Ruins, LLC, | ) | Chapter 7 (formerly Chapter11) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| Generations on 1st LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary No. 25-7009 |
| | ) | |
| v. | ) | |
| | ) | |
| Red River State Bank, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| Red River State Bank, | ) | Adversary No. 26-7003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Craig Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR MEDIATION CONFERENCE

**IT IS ORDERED THAT:**

A mediation conference will be held on **May 12, 2026, beginning at 8:30 a.m**. **Central Time at the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.** All parties and their counsel shall appear in person.

The conference shall be attended by an **authorized representative of each party, together with trial counsel for each party.**  An insured party need not attend unless the settlement decision will be made in part by the insured. When the settlement decision will be made in whole or in part by an insurer, the insurer shall send a representative in person with full and complete authority to make settlement decisions.  A corporate party shall send a representative with full and complete authority to bind the company.  A government entity shall send a representative authorized to act on its behalf.  Any deviation from this requirement must be approved by the mediator.

The conference is a closed meeting.  Non-parties and lawyers who are not on the pleadings may not be allowed to attend.  Failure to produce the appropriate person(s) at the conference and/or failure to participate in good faith may result in an award of costs and attorney fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

**Not later than <u>April 28, 2026</u>**, each party must submit a confidential mediation statement to the mediator of no more than three (3) pages (single spaced letter is acceptable).  Please email the mediation statement to my law clerk, Nicholas Armstrong, at **nicholas_armstrong@moeb.uscourts.gov**.  The mediation statement must not be filed with the Court and will not become a part of the file of the case; it is for the exclusive use of the mediator in preparing for and conducting the mediation conference.  **Copies of the mediation statement will not be provided to the other parties in the case**.

In the mediation statement you must include the specific name of each person attending and his/her title and entity.  Please provide a brief overview of the case including the claims, pertinent defenses and key issues in dispute, and identify the major players, strengths, weaknesses, available damages/applicable damage caps and the amounts and/or details of any prior settlement negotiations in the mediation statement.   Also include the important factual and legal issues in the case; a list of factors that may aid or hinder settlement; any monetary and/or

nonmonetary terms that should be considered; any other interests of the parties that are relevant; your position on settlement, including a present mediation proposal; a report on mediation efforts to date; and your candid view of settlement terms.

If not already part of the court file, copies of any critical agreements, business records, photographs or other documents or exhibits, generally not to exceed ten (10) pages, may be attached to the mediation statement.  Please reference docket numbers for all pleadings filed with the Court that you believe are relevant to settlement discussions.  The parties are encouraged to be candid in their statements.

The mediation conference will be conducted in a confidential manner.  The information shared at the mediation conference will not be shared with the judge assigned to the case.  All information obtained in private meetings is confidential unless authorized by any party to make disclosure of the information to other parties attending the mediation conference.

Counsel  is directed to confer with their clients in advance of the conference to explore the party's settlement position prior to the conference, and the parties are encouraged to exchange settlement proposals prior to the conference.  Counsel is further directed to thoroughly consider any potential subrogation interest of any third party prior to the conference. These steps will enable the conference to progress more expeditiously.

If the parties are unable to achieve a full and complete resolution of the issues, the mediator will report only to the referring bankruptcy judge that the matter was not resolved.  The matter may then be rescheduled for further proceedings.

DATED: April 3, 2026

Kathy A. Surratt – States
KATHY A. SURRATT-STATES
United States Bankruptcy Judge
St. Louis, Missouri

3

Desc Main
Document Page 4 of 5

Copies to:

**Christianna A. Cathcart**
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246
Attorney for Generations on 1st, LLC
Attorney for Parkside Place, LLC


**Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
Attorney for Generations on 1st, LLC
Attorney for Parkside Place, LLC


**Drew J. Hushka**
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58102
Attorney for Red River State Bank


**Caren Stanley**
Vogel Law Firm
218 Northern Pacific Avenue
Fargo, ND 55102
Attorney for Red River State Bank


**Kesha Tanabe**
Vogel Law Firm
218 Northern Pacific Avenue
Fargo, ND 58102
Attorney for Red River State Bank


**Erik A. Ahlgren**
Ahlgren Law Office, PLLC
220 W. Washington Ave.
Ste 105
Fergus Falls, MN 56537
Attorney for the Bankruptcy Estate of The Ruins, LLC in Adv. 25-7009

**Dan Frisk**
Schwab Thompson & Frisk
820 34th Avenue East, Suite 200
West Fargo, ND 58078
Attorney for Craig Development, LLC
Attorney for Craig Properties, LLC
Attorney for Craig Holding, LLC
Attorney for Jesse Craig
Attorney for Mulinda Craig
Attorney for CP Business Management
Bankruptcy Case No. 25-30002

**Douglas Murch**
Conmy Feste Ltd
3369 45th Street South
Fargo, ND 58104
Attorney for Jesse Craig
Attorney for Craig Development, LLC in Adv. 26-7003
Attorney for Craig Properties, LLC in Adv. 26-7003
Attorney for Jordan Horner in Adv. 26-7003