United States Bankruptcy Court

District of North Dakota

In re:                                                                                      Case No. 25-30004-skh

The Ruins, LLC                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                              User: admin                                        Page 1 of 3

Date Rcvd: Apr 01, 2026                       Form ID: pdf2some                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

**Recip ID              Recipient Name and Address**
db                  +   The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name                              Email Address**

Caren Stanley
                      on behalf of Defendant Red River State Bank cstanley@vogellaw.com
                      sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley
                      on behalf of Creditor Red River State Bank cstanley@vogellaw.com
                      sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Christianna A. Cathcart
                      on behalf of Debtor The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
                      on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com
                      Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
                      on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com
                      Cathcart.ChristiannaB114029@notify.bestcase.com

District/off: 0868-3                          User: admin                                     Page 2 of 3

Date Rcvd: Apr 01, 2026                       Form ID: pdf2some                               Total Noticed: 1

Dan Frisk
                    on behalf of Interested Party Jesse Craig peggy@stflawfirm.com

Dan Frisk
                    on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com

David R. Strait
                    on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Douglas Murch
                    on behalf of Interested Party Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Drew J. Hushka
                    on behalf of Creditor Red River State Bank dhushka@vogellaw.com
                    sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka
                    on behalf of Defendant Red River State Bank dhushka@vogellaw.com
                    sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN
                    on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
                    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
                    net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
                    on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
                    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
                    net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
                    on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,
                    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
                    net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren
                    trustee@prtel.com
                    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
                    @ahlgrenlawoffice.net

Erik A. Ahlgren
                    on behalf of Plaintiff The Ruins  LLC trustee@prtel.com,
                    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
                    @ahlgrenlawoffice.net

Erik A. Ahlgren
                    on behalf of Counter-Defendant The Ruins  LLC trustee@prtel.com,
                    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
                    @ahlgrenlawoffice.net

Jeffrey Klobucar
                    on behalf of Creditor Diamond Wall Systems  Inc. jklobucar@bassford.com, jlavaque@bassford.com

John M Krings, Jr.
                    on behalf of Creditor D & M Industries  Inc. john@kdlawpartners.com, janae@kdlawpartners.com

Jordan J Feist
                    on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe
                    on behalf of Creditor Red River State Bank ktanabe@vogellaw.com
                    sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
                    on behalf of Defendant Red River State Bank ktanabe@vogellaw.com
                    sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig
                    on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Debtor The Ruins  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

District/off: 0868-3      User: admin      Page 3 of 3

Date Rcvd: Apr 01, 2026      Form ID: pdf2some      Total Noticed: 1

Maurice VerStandig

on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ross H. Espeseth

on behalf of Interested Party City of Watertown respeseth@bmellp.com  jeannette@bmellp.com;r41347@notify.bestcase.com

Sarah J. Wencil

on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 30

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30004 |
| | ) | |
| The Ruins, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER REGARDING BID PROCEDURES

Trustee, Erik Ahlgren filed a Motion to Approve Bid Procedure and Set a Hearing Date for Proposed Sale of Real Property. Doc. 278.  Interested Party Jesse Craig filed an Objection to the motion. Doc. 288. On March 31, 2026, Trustee, Erik Ahlgren filed the parties' Stipulation to Resolve the Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property. Doc. 295.  After reviewing the stipulation and other documents filed in the case, the Court finds cause for approving the stipulation and granting the motion consistent with the parties' agreement.  Accordingly, IT IS ORDERED:

1. The Stipulation Regarding Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property is approved.

2. The Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property is granted consistent with the motion and as revised by the stipulation.

3. The hearing on the Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property scheduled for April 6, 2026, is cancelled.

Dated: April 1, 2026.

Shon Hastings, Judge
United States Bankruptcy Court