**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                                  Case No. 25-30004
                                                                 Chapter 7

                    Debtor.

**UNSWORN CERTIFICATE OF SERVICE**

        I, Lisa Ahlgren, declare under penalty of perjury that on April 16, 2026, she caused to be served the following documents via the U.S. Postal Service first class mail.

Notice of Electronic Filing Order Approving Employment of Kierstin Schilling as Yardi Software Specialist

Eric Kaup                                       Michael Martin
Hilco Real Estate LLC                           Sioux Falls Commercial
5 Revere Drive Suite 320                         2500 W 49th Street, Suite 101
Northbrook IL  60062                             Sioux Falls SD  57105

Kierstin Schilling
8361 W Lake Drive
Chanhassen MN  55317

Dated: April 16, 2026                           Signed:  /s/Lisa Ahlgren
                                                    Lisa Ahlgren
                                                    220 W. Washington Ave, Ste 105
                                                    Fergus Falls, MN  56537