**United States Bankruptcy Court**
**District of North Dakota**

In
re   **The Ruins, LLC** _____   Case No.   **25-30004** _____

                                    Debtors        Chapter   **7** _____

## AFFIDAVIT OF SERVICE

STATE OF NORTH DAKOTA        )
                             ) ss.
COUNTY OF BURLEIGH           )

The undersigned, being first duly sworn, deposes and says that on the 20th day of April, 2026, a true and correct copy of **Post-Hearing Brief of City of Watertown** was filed and served electronically with the Bankruptcy Court and electronically sent to the following:

Erik A Ahlgren
erik@ahlgrenlawoffice.net

Christianna A. Cathcart
christianna@dakotabankruptcy.com

sara Wencil
Sarah.j.wencil@usdoj.gov

Jordan Feist
Jordan.feist@wondsfuller.com

Drew Hushka
dhushka@vogellaw.com

Jeffrey Klobucar
jklobucar@bassford.com

John Krings, Jr.
john@kdlawpartners.com

Douglas Murch
dmurch@conmylaw.com

Caren Stanley
cstanley@vogellaw.com

Dan Frisk
peggy@stflawfirm.com

David Strait
david@austinlawsd.com

Kesha Tanabe
ktanabe@vogellaw.com

Maurice VerStandig
mac@mbvesq.com

_____
Jeannette Marquardt

Subscribed and sworn to before me this 20th day of April, 2026.

LINDA M EVANS
Notary Public
State of North Dakota
My Commission Expires Feb 11, 2028

(SEAL)

Notary Public
Burleigh County, North Dakota

1