UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30004
                                                          Chapter 7
The Ruins, LLC,

                              Debtor.

_____/

## NOTICE OF TELEPHONIC HEARING

Please take note that the Court will hold a telephonic hearing on **Thursday, April 23, 2026,**

**at 10:30 AM (CST)** to consider and act upon the following matters:

***Announce Court Decision on* Trustee, Erik Ahlgren's Motion for Rejection of Leases or Contracts with the City of Watertown filed February 26, 2026. (Doc. 272)**

Please use the following instructions for the phone conference:

**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself after you have joined the conference.

**Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.**

**NOTE:  Parties appearing by telephone are not permitted to offer evidence or cross examine witnesses at the hearing without Court approval and the opposing parties' consent.**  *If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket.  (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.)  The docket number will serve as the exhibit number.  The Court will consider each party's request to offer exhibits at the hearing.  If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference.  The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

Dated: April 21, 2026.                    Sara E. Diaz, Clerk
                                          United States Bankruptcy Court
                                          Quentin N. Burdick United States Courthouse
                                          655 1st Avenue North, Suite 210
                                          Fargo, ND 58102-4932

                              By:    */s/ Sharon Horsager*
                                     Sharon Horsager, Deputy Clerk

Copy served electronically April 21, 2026, to Electronic Mail Notice List for Case No. 25-30004.