UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

The Ruins, LLC

CASE NO: 25-30004

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 324

On 5/6/2026, I did cause a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION FOR SALE OF REAL ESTATE, FREE OF LIENS AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(f) AND DISTRIBUTION OF PROCEEDS FROM THE SALE ECF Docket Reference No. 324

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/6/2026

/s/ Erik Ahlgren
Erik Ahlgren  191814


220 W WASHINGTON AVE Suite 105
FERGUS FALLS, MN 56537
218-998-2775
hadley@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

The Ruins, LLC

CASE NO: 25-30004

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 324

On 5/6/2026, a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION FOR SALE OF REAL ESTATE, FREE OF LIENS AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(f) AND DISTRIBUTION OF PROCEEDS FROM THE SALE ECF Docket Reference No. 324

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren

220 W WASHINGTON AVE Suite 105
FERGUS FALLS, MN  56537

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

BUILD, LLC
ATTN: OFFICER OR MANAGING AGENT
PO BOX 426
FARGO ND 58101

FIRST CLASS

DOUGLAS MURCH
CONMY FESTE LTD.
3369 45TH STREET SOUTH
FARGO ND 58104

FIRST CLASS

ARCHER LAND CO.
ATTN: KELAN BLUDORN
19216 456TH AVE
LAKE NORDEN SD 57248

FIRST CLASS

TIM HOGAN
621 6TH ST.
BROOKINGS SD 57006