UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30004
                                                          Chapter 7
The Ruins, LLC,


                    Debtor.
_____/

IN THE MATTER OF:

Motion by Trustee Erik A. Ahlgren to Authorize
Rule 2004 Examinations filed May 7, 2026.
(Doc. 330)

_____/

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for June 3, 2026. The

Court finds cause for granting the continuance.

IT IS ORDERED that Trustee Ahlgren's Motion to Authorize Rule 2004 Examinations (Doc.

330) is continued to **Monday, June 8, 2026, at 2:00 P.M.**

Video Conference Instructions, **Procedures**, and the link to join are located at:
https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court
to secure video conference service and to test the video conference service from the remote
site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the
connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not
have video conferencing capability or who prefer to appear by video from a federal courthouse
location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100
or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin
N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: May 26, 2026.


                                                  Shon Hastings, Judge
                                                  United States Bankruptcy Court


Order served electronically May 26, 2026, to Electronic Mail Notice List for Case No. 25-30004.