UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>              Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**DECLARATION OF JESSE CRAIG**

Jesse Craig declares as follows:

1. I make this Declaration on my own personal knowledge and submit it in support of my Limited Objection to Motion for Sale of Real Estate, Free of Liens and Encumbrances (Doc. 324) Solely as to Compensation of Real Estate Agents.

2. I am the sole member of Debtor The Ruins, LLC.

3. I am the majority owner of Build, LLC ("Build"), the successful bidder in the sale of the Debtor's real property located at 315 E Kemp Avenue Watertown, South Dakota 57201 and legally described as The Ruins Addition to the City of Watertown, Codington County, South Dakota (the "Real Property").  Build did not retain the services of a buyer's real estate agent as part of the bidding process for the Real Property.

4. Hilco Real Estate, LLC and Sioux Falls Commercial, Inc. dba NAI Sioux Falls' (collectively, "Co-Brokers") listed the Real Property for sale on March 11, 2026.  At no time prior to listing did the Co-Brokers consult with me regarding information about the Real Property or the condition of the Real Property.

5. On January 6, 2026, I told the Trustee by telephone that Tyvek wrap had ripped in multiple places on the building at the Real Property due to the weather and provided him with contact information for the subcontractor who had originally installed the Tyvek to preserve the

1

building.  I have attached as Exhibit A photos of the Tyvek taken on February 27, 2026.  The

Tyvek was repaired sometime after March 13, 2026, while the property was being actively

marketed.  This would have been an easy repair to have made prior to listing the Real Property,

and the listing date could have been postponed to accommodate the repair.

6.	I submitted the necessary information required by the Co-Broker's listing website

to obtain the information being provided to prospective bidders on or about March 12, 2026.

7.	Included in that information was the Debtor's architectural plans for the Real

Property submitted to the City of Watertown (the "City") in order to obtain a building permit.  I

have attached as Exhibit B pages 1 and 2 of those architectural plans which show the initial

proposed floorplan for the Real Property.

8.	These architectural plans were changed prior to the City approving the building

permit for the Real Property.  I have attached as Exhibit C pages 1 and 2 of the revised

architectural plans showing the correct floorplan for the Real Property that the City issued a

building permit for.  To my knowledge, the correct floorplan was not provided to prospective

bidders.

9.	Also included in the information provided to the prospective bidders was the

Affidavit of Matthew Gehrtz ("Gehrtz") in Support of Motion for Relief from Stay filed in this

case as Doc. 60.  This Affidavit attaches various reports about the Real Property.  In Gehrtz's

Affidavit, he references his opinion of possible mold at paragraph 18 of Doc. 60 and on pages

35, 405, 407, 408, and 409 as part of the reports provided as Doc. 60-1.

10.	In December 2024, I had the Real Property tested for mold.  The test report

showed no mold was present in the Real Property.  These reports were included in the

Stipulation Regarding Motion to Approve Bid Procedure and Set a Sale Hearing Date for

Proposed Sale of Real Property (Doc. 295) and provided to the Co-Brokers for inclusion with the information provided to prospective bidders.  After this, I noticed that the Gehrtz Affidavit was removed from the information provided to prospective bidders.

11.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 27th day of May, 2026

_____
Jesse Craig

**Exhibit A**

**February 27, 2026, Photos of Tyvek**







# CRAIG PROPERTIES
# THE RUINS

### 315 EAST KEMP AVENUE
### WATERTOWN, SOUTH DAKOTA 57201

*PROJECT LOCATION MAP*





**STROH**
ARCHITECTS | INTERIORS



8 Seventh St. N.
Fargo, N.D. 58102
Office (701) 239-4198
Fax(701) 239-9643
www.tlstroh.com

Project:



## DRAWING INDEX

| PAGE | SHEET NAME |
|---|---|
| **COVER SHEET** | |
| CS | COVERSHEET |
| **CODE** | |
| CD1 | CODE PLANS |
| CD2 | CODE PLANS |
| **CIVIL** | |
| C1.0 | GENERAL CIVIL NOTES |
| C1.1 | STORM WATER POLLUTION PREVENTION PLAN |
| C2.0 | EXISTING CONDITIONS AND REMOVALS PLAN |
| C3.0 | SITE PLAN |
| C3.1 | UTILITY PLAN AND PROFILE |
| C3.2 | UTILITY PLAN AND PROFILE |
| C4.0 | GARAGE PLAN |
| C4.1 | GARAGE GRADING PLAN |
| C5.0 | STANDARD PLATES AND DETAILS |
| C5.1 | STANDARD PLATES AND DETAILS |
| C5.2 | STANDARD PLATES AND DETAILS |
| **STRUCTURAL** | |
| S001 | STRUCTURAL NOTES |
| S002 | SPECIAL INSPECTIONS |
| S101 | FOOTING AND FOUNDATION PLAN |
| S201 | SECOND FLOOR FRAMING PLAN |
| S202 | THIRD FLOOR FRAMING PLAN |
| S203 | FOURTH FLOOR FRAMING PLAN |
| S204 | ROOF FRAMING PLAN |
| S220 | PRECAST LOADING PLAN |
| S240 | SHEARWALL PLAN AND SCHEDULE |
| S241 | SHEARWALL SECTIONS AND DETAILS |
| S301 | FOUNDATION DETAILS |
| S401 | FRAMING DETAILS |
| S402 | FRAMING DETAILS |
| S403 | FRAMING DETAILS |
| S404 | FRAMING DETAILS |
| **ARCHITECTURAL** | |
| A2.1 | FIRST FLOOR PLAN |
| A2.2 | SECOND FLOOR PLANS |
| A2.3 | THIRD FLOOR PLAN |
| A2.4 | FOURTH FLOOR PLAN |
| A2.5 | ROOF PLAN |
| A2.6 | ENLARGED UNIT PLANS |
| A2.7 | ENLARGED UNIT PLANS |
| A2.8 | ENLARGED UNIT PLANS |
| A2.9 | ENLARGED PLANS |
| A2.10 | RCP |
| A3.1 | BUILDING ELEVATIONS |
| A3.2 | BUILDING ELEVATIONS |
| A3.3 | INTERIOR ELEVATIONS |
| A3.4 | INTERIOR ELEVATIONS / DETAILS |
| A4.0 | BUILDING SECTIONS |
| A4.1 | BUILDING SECTIONS |
| A5.0 | WALL SECTIONS |
| A5.1 | WALL SECTIONS |
| A5.2 | WALL SECTIONS |
| A8.0 | DOOR SCHEDULE, DETAILS, & OPENINGS |
| A8.1 | DETAILS |
| **MECHANICAL** | |
| M0.1 | MECHANICAL SYMBOLS, SCHEDULES, SPECS, AND SEQUENCE OF OPERATIONS |
| M1.0 | FOUNDATION PLAN - UNDERGROUND PLUMBING |
| M1.1 | FIRST FLOOR PLAN - PLUMBING |
| M1.2 | SECOND FLOOR PLAN - PLUMBING |
| M1.3 | THIRD FLOOR PLAN - PLUMBING |
| M1.4 | FOURTH FLOOR PLAN - PLUMBING |
| M1.5 | TYPICAL UNIT PLANS AND PLUMBING RISER DIAGRAMS |
| M1.6 | TYPICAL UNIT PLANS AND PLUMBING RISER DIAGRAMS |
| M2.1 | FIRST FLOOR PLAN - HVAC |
| M2.2 | SECOND FLOOR PLAN - HVAC |
| M2.3 | THIRD FLOOR PLAN -HVAC |
| M2.4 | FOURTH FLOOR PLAN - HVAC |
| M3.1 | FIRST & SECOND FLOOR PLANS - FIRE SPRINKLER |
| M3.2 | THIRD & FOURTH FLOOR PLAN - FIRE SPRINKLER |
| M4.0 | MECHANICAL DETAILS |
| M4.1 | MECHANICAL DETAILS |
| **ELECTRICAL** | |
| E1.0 | ELECTRICAL SYMBOLS LEGEND AND LUMINAIRE SCHEDULE |
| E2.1 | FIRST FLOOR PLAN - LIGHTING |
| E2.2 | SECOND FLOOR PLAN - LIGHTING |
| E2.3 | THIRD & FOURTH FLOOR PLAN - LIGHTING |
| E2.4 | LARGE SCALE TYPICAL UNIT PLANS - LIGHTING |
| E3.1 | FIRST FLOOR PLAN - POWER & SYSTEMS |
| E3.2 | SECOND FLOOR PLAN - POWER & SYSTEMS |
| E3.3 | THIRD & FOURTH FLOOR PLAN - POWER & SYSTEMS |
| E3.4 | LARGE SCALE TYPICAL UNIT PLANS - POWER & SYSTEMS |
| E4.0 | ELECTRICAL RISER DIAGRAM |
| E4.1 | ELECTRICAL SCHEDULES |
| E4.2 | ELECTRICAL SCHEDULES |
| E5.0 | COMMUNICATIONS RISER DIAGRAM |
| E6.0 | ELECTRICAL SPECIFICATIONS |

**THE RUINS**
63 UNIT APARTMENT COMPLEX AND SKATING RINK FACILITIES FOR:
**CRAIG PROPERTIES**
PERMIT SET

Location:
315 East Kemp Ave
Watertown, SD 57201

Drawn By:
MB

Date:
DATE
9/16/2021 10:14:41 AM

Revision Date:

Job Number:
2021.07

Sheet Name:
COVERSHEET

Sheet Number:
## CS

---

## DESIGN TEAM

**ARCHITECT**
T.L. STROH ARCHITECTS, LTD.
8 SEVENTH ST. N.
FARGO, ND 58102
PH: (701) 239-4198
FAX: (701) 239-9643
CONTACT: TERRY STROH

**CIVIL ENGINEER**
INFRASTRUCTURE DESIGN GROUP, INC.
20 S. MAPLE STREET
WATERTOWN, SD 57201
PH: (605) 878-2320
CONTACT: BEAU KOOPAL/VANESSA VICTOR

**MECH./ELEC. ENGINEER**
MBN ENGINEERS
503 7TH ST. N. SUIT 200
FARGO, ND 58102
PH: (701) 478-6336
FAX: (701) 478-6340
CONTACT: PETE ROLLER/LINDI BRAUN

**STRUCTURAL ENGINEER**
SANDMAN STRUCTURAL ENGINEERS
1587 30TH AVE S.
MOORHEAD, MN 56560
PH: (218) 227-0022
FAX: (218) 227-0024
CONTACT: NATHAN HOFFMAN

## DRAWING KEY

BUILDING ELEVATION
ELEVATION ID
SHEET NUMBER

WALL SECTION
SECTION ID
SHEET NUMBER

BUILDING SECTION
SECTION ID
SHEET NUMBER

DETAIL REFERENCE
DETAIL NUMBER
SHEET NUMBER

DETAIL NUMBER
SHEET NUMBER
BOUNDARY OF THE ENLARGED AREA

INTERIOR ELEVATION
ELEVATION NUMBER
SHEET NUMBER

ROOM FINISH TAG
ROOM NAME
ROOM NUMBER
101

WINDOW TAG
WINDOW NUMBER

MATCHLINE

VIEW REFERENCE
VIEW REFERENCE
VIEW REFERENCE OF ADJACENT SHEET

DEMOLITION TAG
DEMOLITION NUMBER

GRID LINES
CONVENTIONAL GRID SYSTEM

ELEVATION DATUMS
BENCH MARK
SPOT ELEVATION (EXISTING)
SPOT ELEVATION (PROPOSED)

LEVEL NAME
ELEV.
LEVEL DATUM

REVISION INDICATOR
REVISION CLOUD
REVISION TAG

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| A.C.T. | ACOUSTICAL CEILING TILE | N.T.S. | NOT TO SCALE |
| ADJ. | ADJUSTABLE | O.C. | ON CENTER |
| ALT. | ALTERNATE | P. | PAINT |
| B.C. | BOTTOM OF CURB | P.L. | PROPERTY LINE |
| CPT. | CARPET | P.T.D. | PAPER TOWEL DISPENSER |
| C.L. | CENTER LINE | ± | PLUS OR MINUS |
| C.T. | CERAMIC TILE | Q.T. | QUARRY TILE |
| C.M.U. | CONCRETE MASONRY UNIT | REV. | REVERSE |
| CONC. | CONCRETE | RM. | ROOM |
| C.J. | CONTROL JOINT | S.V. | SHEET VINYL |
| C.G. | CORNER GUARD | SIM. | SIMILAR |
| DEMO. | DEMOLITION | STRUCT. | STRUCTURAL |
| DRWG. | DRAWING | T.C. | TOP OF CURB |
| ELEC. | ELECTRICAL | T.P.H. | TOILET PAPER HOLDER |
| EQ. | EQUAL | TWL. | TOWEL |
| EXIST. | EXISTING | T.B. | TOWEL BAR |
| F.E. | FIRE EXTINGUISHER | TYP. | TYPICAL |
| G.B. | GRAB BAR | V.B. | VAPOR BARRIER |
| G.W.B. | GYPSUM WALL BOARD | V.C.T. | VINYL COMPOSITION TILE |
| H.M. | HOLLOW METAL | V.W.C. | VINYL WALL COVER |
| K.D. | KNOCK DOWN | V. | VERIFY |
| MECH. | MECHANICAL | W.D. | WELDED |
| N.I.C. | NOT IN CONTRACT | WD. | WOOD |

## MATERIAL SYMBOLS



AGGREGATE
BATT INSULATION
BRICK
BRICK MASONRY
CONCRETE
CONCRETE MASONRY
EARTH
GYPSUM BOARD
METAL/STEEL
PLYWOOD
RIGID INSULATION
WOOD
WOOD BLOCKING
FINISH WOOD

## STANDARD MOUNTING HEIGHTS / ADA REQUIREMENTS



SOAP DISPENSER · PAPER TOWEL DISPENSER · ROBE HOOK OR COAT HOOK · PAPER TOWEL CABINET W/ WASTE RECEPTACLE · FEMININE NAPKIN DISPENSER · MIRROR/ MEDICINE CABINET · TYPICAL LAV · HDCP. LAV · TYPICAL URINAL · HDCP. URINAL (ADA) · TYPICAL TOILET RIM WALL HUNG · HDCP. TYPICAL TOILET RIM WALL HUNG · GRAB BAR / TOWEL BAR · L-SHAPE GRABE BAR

L-SHAPE GRABE BAR · ELECTRIC WATER COOLER (ADA) · TOILET PARTITION · FIRE EXTINGUISHER CABINET · LAVATORY (ADA) · MIRROR · MIRROR · LAVATORY (ADA) · TELEPHONE · SIGNAGE (ADA)

CODE PLAN KEY

- ⊗ EXIT (NOT INDICATION OF EXIT SIGN LOCATIONS)
- PATH OF TRAVEL AND DISTANCE TO EXIT
- 57 ⇨ NUMBER OF EXITING OCCUPANTS
- ● FE FIRE EXTINGUISHER W/ WALL BRACKET
- STAIR ENCLOSER & SHAFT ENCLOSURE: ONE-HOUR FIRE RESISTIVE ENCLOSURE SHALL NOT BE LESS THAN ONE-HOUR FIRE RESISTIVE CONSTRUCTION. ALL OPENING IN SUCH ENCLOSURE SHALL BE PROTECTED BY A FIRE ASSEMBLY HAVING A ONE-HOUR FIRE-PROTECTION RATING.
  402.4.2.1 TENTANT SEPARATIONS EACH TENANT SPACE SHALL BE SEPARATED FROM OTHER TENANT SPACES BY A FIRE PARTITION COMPLYING WITH SECTION 708. A TENANT SEPARATION WALL IS NOT REQUIRED BETWEEN ANY TENANT SPACE AND THE MALL.
- STAIR ENCLOSURE & SHAFT ENCLOSURE: TWO-HOUR FIRE RESISTIVE ENCLOSURE SHALL NOT BE LESS THAN TWO-HOUR FIRE RESISTIVE CONSTRUCTION. ALL OPENING IN SUCH ENCLOSURE SHALL BE PROTECTED BY A FIRE ASSEMBLY HAVING A TWO-HOUR FIRE-PROTECTION RATING.
- STAIR ENCLOSURE & SHAFT ENCLOSURE: THREE-HOUR FIRE RESISTIVE ENCLOSURE SHALL NOT BE LESS THAN THREE-HOUR FIRE RESISTIVE CONSTRUCTION. ALL OPENING IN SUCH ENCLOSURE SHALL BE PROTECTED BY A FIRE ASSEMBLY HAVING A THREE-HOUR FIRE-PROTECTION RATING.
- SMOKE BARRIER

4 — 4TH FIN. FLR. CODE PLAN — CD1 — 1/16" = 1'-0"

3 — 3RD FIN. FLR. CODE PLAN — CD1 — 1/16" = 1'-0"

2 — 2ND FIN. FLR. CODE PLAN — CD1 — 1/16" = 1'-0"

1 — 1ST FIN. FLR. CODE PLAN — CD1 — 1/16" = 1'-0"

STROH
ARCHITECTS | INTERIORS
8 Seventh St. N.
Fargo, N.D. 58102
Office (701) 239-4198
Fax(701) 239-9643
www.tlstroh.com

Project:

THE RUINS
63 UNIT APARTMENT COMPLEX AND SKATING RINK FACILITIES FOR:
CRAIG PROPERTIES
PERMIT SET

Location:
315 East Kemp Ave
Watertown, SD 57201

Drawn By:
MB

Date:
DATE
9/16/2021 10:14:37 AM

Revision Date:

Job Number:
2021.07

Sheet Name:
CODE PLANS

Sheet Number:
CD1

# CRAIG PROPERTIES
# THE RUINS

*315 EAST KEMP AVENUE*
*WATERTOWN, SOUTH DAKOTA 57201*

*PROJECT LOCATION MAP*





**STROH**
ARCHITECTS | INTERIORS

8 Seventh St. N.
Fargo, N.D. 58102
Office (701) 239-4198
Fax(701) 239-9643
www.tlstroh.com

Project:

Location:
315 East Kemp Ave
Watertown, SD 57201

Drawn By:
MB

Date:
DATE
10/29/2021 11:26:35 AM

Revision Date:
1   ASI 001   10/29/21

Job Number:
2021.07

Sheet Name:
COVERSHEET

Sheet Number:
## CS

**THE RUINS**
63 UNIT APARTMENT COMPLEX AND SKATING RINK FACILITIES FOR:
**CRAIG PROPERTIES**
PERMIT SET

## DESIGN TEAM

**ARCHITECT**
T.L. STROH ARCHITECTS, LTD.
8 SEVENTH ST. N.
FARGO, ND 58102
PH: (701) 239-4198
FAX: (701) 239-9643
CONTACT: TERRY STROH

**CIVIL ENGINEER**
INFRASTRUCTURE DESIGN GROUP, INC.
20 S. MAPLE STREET
WATERTOWN, SD 57201
PH: (605) 878-2320
CONTACT: BEAU KOOPAL/VANESSA VICTOR

**MECH./ELEC. ENGINEER**
MBN ENGINEERS
503 7TH ST. N. SUIT 200
FARGO, ND 58102
PH: (701) 478-6336
FAX: (701) 478-6340
CONTACT: PETE ROLLER/LINDI BRAUN

**STRUCTURAL ENGINEER**
SANDMAN STRUCTURAL ENGINEERS
1587 30TH AVE S.
MOORHEAD, MN 56560
PH: (218) 227-0022
FAX: (218) 227-0024
CONTACT: NATHAN HOFFMAN

## DRAWING KEY

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| A.C.T. | ACOUSTICAL CEILING TILE | N.T.S. | NOT TO SCALE |
| ADJ. | ADJUSTABLE | O.C. | ON CENTER |
| ALT. | ALTERNATE | P. | PAINT |
| B.C. | BOTTOM OF CURB | P.L. | PROPERTY LINE |
| CPT. | CARPET | P.T.D. | PAPER TOWEL DISPENSER |
| C.L. | CENTER LINE | ± | PLUS OR MINUS |
| C.T. | CERAMIC TILE | Q.T. | QUARRY TILE |
| C.M.U. | CONCRETE MASONRY UNIT | REV. | REVERSE |
| CONC. | CONCRETE | RM. | ROOM |
| C.J. | CONTROL JOINT | S.V. | SHEET VINYL |
| C.G. | CORNER GUARD | SIM. | SIMILAR |
| DEMO | DEMOLITION | STRUCT. | STRUCTURAL |
| DRWG. | DRAWING | T.C. | TOP OF CURB |
| ELEC. | ELECTRICAL | T.P.H. | TOILET PAPER HOLDER |
| EQ. | EQUAL | TWL. | TOWEL |
| EXIST. | EXISTING | T.B. | TOWEL BAR |
| F.E. | FIRE EXTINGUISHER | TYP. | TYPICAL |
| G.B. | GRAB BAR | V.B. | VAPOR BARRIER |
| G.W.B. | GYPSUM WALL BOARD | V.C.T. | VINYL COMPOSITION TILE |
| H.M. | HOLLOW METAL | V.W.C. | VINYL WALL COVER |
| K.D. | KNOCK DOWN | V. | VERIFY |
| MECH. | MECHANICAL | W.LD. | WELDED |
| N.I.C. | NOT IN CONTRACT | WD. | WOOD |

## STANDARD MOUNTING HEIGHTS / ADA REQUIREMENTS



## MATERIAL SYMBOLS

AGGREGATE
BATT INSULATION
BRICK
BRICK MASONRY
CONCRETE
CONCRETE MASONRY
EARTH
GYPSUM BOARD
METAL/STEEL
PLYWOOD
RIGID INSULATION
WOOD
WOOD BLOCKING
FINISH WOOD

## DRAWING INDEX

| PAGE | SHEET NAME |
|---|---|
| **PLAN** | PLAN |
| **COVER SHEET** | |
| CS | COVERSHEET |
| **CODE** | |
| CD1 | CODE PLANS |
| CD2 | CODE PLANS |
| **CIVIL** | |
| C1.0 | GENERAL CIVIL NOTES |
| C1.1 | STORM WATER POLLUTION PREVENTION PLAN |
| C2.0 | EXISTING CONDITIONS AND REMOVALS PLAN |
| C3.0 | SITE PLAN |
| C3.1 | UTILITY PLAN AND PROFILE |
| C3.2 | UTILITY PLAN AND PROFILE |
| C4.0 | GARAGE PLAN |
| C4.1 | GARAGE GRADING PLAN |
| C5.0 | STANDARD PLATES AND DETAILS |
| C5.1 | STANDARD PLATES AND DETAILS |
| C5.2 | STANDARD PLATES AND DETAILS |
| **STRUCTURAL** | |
| S001 | STRUCTURAL NOTES |
| S002 | SPECIAL INSPECTIONS |
| S101 | FOOTING AND FOUNDATION PLAN |
| S201 | SECOND FLOOR FRAMING PLAN |
| S202 | THIRD FLOOR FRAMING PLAN |
| S203 | FOURTH FLOOR FRAMING PLAN |
| S204 | ROOF FRAMING PLAN |
| S220 | PRECAST LOADING PLAN |
| S240 | SHEARWALL PLAN AND SCHEDULE |
| S241 | SHEARWALL SECTIONS AND DETAILS |
| S301 | FOUNDATION DETAILS |
| S401 | FRAMING DETAILS |
| S402 | FRAMING DETAILS |
| S403 | FRAMING DETAILS |
| S404 | FRAMING DETAILS |
| **ARCHITECTURAL** | |
| A2.1 | FIRST FLOOR PLAN |
| A2.2 | SECOND FLOOR PLANS |
| A2.3 | THIRD FLOOR PLAN |
| A2.4 | FOURTH FLOOR PLAN |
| A2.5 | ROOF PLAN |
| A2.6 | ENLARGED UNIT PLANS |
| A2.7 | ENLARGED UNIT PLANS |
| A2.8 | ENLARGED UNIT PLANS |
| A2.9 | ENLARGED PLANS |
| A2.10 | RCP |
| A3.1 | BUILDING ELEVATIONS |
| A3.2 | BUILDING ELEVATIONS |
| A3.3 | INTERIOR ELEVATIONS |
| A3.4 | INTERIOR ELEVATIONS / DETAILS |
| A4.0 | BUILDING SECTIONS |
| A4.1 | BUILDING SECTIONS |
| A5.0 | WALL SECTIONS |
| A5.1 | WALL SECTIONS |
| A5.2 | WALL SECTIONS |
| A8.0 | DOOR SCHEDULE, DETAILS, & OPENINGS |
| A8.1 | DETAILS |
| **MECHANICAL** | |
| M0.1 | MECHANICAL SYMBOLS, SCHEDULES, SPECS, AND SEQUENCE OF OPERATIONS |
| M1.0 | FOUNDATION PLAN - UNDERGROUND PLUMBING |
| M1.1 | FIRST FLOOR PLAN - PLUMBING |
| M1.2 | SECOND FLOOR PLAN - PLUMBING |
| M1.3 | THIRD FLOOR PLAN - PLUMBING |
| M1.4 | FOURTH FLOOR PLAN - PLUMBING |
| M1.5 | TYPICAL UNIT PLANS AND PLUMBING RISER DIAGRAMS |
| M1.6 | TYPICAL UNIT PLANS AND PLUMBING RISER DIAGRAMS |
| M2.1 | FIRST FLOOR PLAN - HVAC |
| M2.2 | SECOND FLOOR PLAN - HVAC |
| M2.3 | THIRD FLOOR PLAN - HVAC |
| M2.4 | FOURTH FLOOR PLAN - HVAC |
| M3.1 | FIRST & SECOND FLOOR PLANS - FIRE SPRINKLER |
| M3.2 | THIRD & FOURTH FLOOR PLAN - FIRE SPRINKLER |
| M4.0 | MECHANICAL DETAILS |
| M4.1 | MECHANICAL DETAILS |
| **ELECTRICAL** | |
| E1.0 | ELECTRICAL SYMBOLS LEGEND AND LUMINAIRE SCHEDULE |
| E2.1 | FIRST FLOOR PLAN - LIGHTING |
| E2.2 | SECOND FLOOR PLAN - LIGHTING |
| E2.3 | THIRD & FOURTH FLOOR PLAN - LIGHTING |
| E2.4 | LARGE SCALE TYPICAL UNIT PLANS - LIGHTING |
| E3.1 | FIRST FLOOR PLAN - POWER & SYSTEMS |
| E3.2 | SECOND FLOOR PLAN - POWER & SYSTEMS |
| E3.3 | THIRD & FOURTH FLOOR PLAN - POWER & SYSTEMS |
| E3.4 | LARGE SCALE TYPICAL UNIT PLANS - POWER & SYSTEMS |
| E4.0 | ELECTRICAL RISER DIAGRAM |
| E4.1 | ELECTRICAL SCHEDULES |
| E4.2 | ELECTRICAL SCHEDULES |
| E5.0 | COMMUNICATIONS RISER DIAGRAM |
| E6.0 | ELECTRICAL SPECIFICATIONS |

## CODE PLAN KEY

- ⊗ EXIT (NOT INDICATION OF EXIT SIGN LOCATIONS)
- PATH OF TRAVEL AND DISTANCE TO EXIT
- 57 ⇨ NUMBER OF EXITING OCCUPANTS
- FE ● FIRE EXTINGUISHER W/ WALL BRACKET
- — — — STAIR ENCLOSER & SHAFT ENCLOSURE: ONE-HOUR FIRE RESISTIVE ENCLOSURE SHALL NOT BE LESS THAN ONE-HOUR FIRE RESISTIVE CONSTRUCTION. ALL OPENING IN SUCH ENCLOSURE SHALL BE PROTECTED BY A FIRE ASSEMBLY HAVING A ONE-HOUR FIRE-PROTECTION RATING.

  402.4.2.1 TENTANT SEPARATIONS EACH TENANT SPACE SHALL BE SEPARATED FROM OTHER TENANT SPACES BY A FIRE PARTITION COMPLYING WITH SECTION 708. A TENANT SEPARATION WALL IS NOT REQUIRED BETWEEN ANY TENANT SPACE AND THE MALL.
- — · · — STAIR ENCLOSURE & SHAFT ENCLOSURE: TWO-HOUR FIRE RESISTIVE ENCLOSURE SHALL NOT BE LESS THAN TWO-HOUR FIRE RESISTIVE CONSTRUCTION. ALL OPENING IN SUCH ENCLOSURE SHALL BE PROTECTED BY A FIRE ASSEMBLY HAVING A TWO-HOUR FIRE-PROTECTION RATING.
- — · · — STAIR ENCLOSURE & SHAFT ENCLOSURE: THREE-HOUR FIRE RESISTIVE ENCLOSURE SHALL NOT BE LESS THAN THREE-HOUR FIRE RESISTIVE CONSTRUCTION. ALL OPENING IN SUCH ENCLOSURE SHALL BE PROTECTED BY A FIRE ASSEMBLY HAVING A THREE-HOUR FIRE-PROTECTION RATING.
- · · · · · · SMOKE BARRIER

**4 — 4TH FIN. FLR. CODE PLAN** — CD1 — 1/16" = 1'-0"

**3 — 3RD FIN. FLR. CODE PLAN** — CD1 — 1/16" = 1'-0"

**2 — 2ND FIN. FLR. CODE PLAN** — CD1 — 1/16" = 1'-0"

**1 — 1ST FIN. FLR. CODE PLAN** — CD1 — 1/16" = 1'-0"

### Title Block

**STROH**
ARCHITECTS | INTERIORS
8 Seventh St. N.
Fargo, N.D. 58102
Office (701) 239-4198
Fax(701) 239-9643
www.tlstroh.com

REG. NO. 5307 — TERRI L. STROH

Project:
THE RUINS
63 UNIT APARTMENT COMPLEX AND SKATING RINK FACILITIES FOR:
CRAIG PROPERTIES
PERMIT SET

Location:
315 East Kemp Ave
Watertown, SD 57201

Drawn By: MB

Date: 10/29/2021 11:27:48 AM

Revision Date:
1   ASI 001   10/29/21

Job Number: 2021.07

Sheet Name: CODE PLANS

Sheet Number: **CD1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>        Debtor. | Bankruptcy Case No.: 25-30004<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on May 27, 2026, she served a copy of:

**DECLARATION OF JESSE CRAIG**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson

1