## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                             Case No.: 25-30004
                                                                    Chapter 7

                        Debtor.

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren, Chapter 7 Trustee ("Movant")  respectfully moves this Court to enter an Order under Local Rule 5001-2 allowing the appearance by video conference of **Jonathan Cuticelli of Hilco Real Estate, LLC** ("Cuticelli") at the hearing scheduled for Wednesday, June 3, 2026, at 10:00 a.m. CST ("Hearing") respecting the following filings:

- Motion by Trustee, Erik A. Ahlgren, for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed May 5, 2026. (Doc. 324)

- Limited Objection by Interested Person Jesse Craig to Motion for Sale of Real Estate, Free of Liens and Encumbrances Solely as to Compensation of Real Estate Agents filed May 27, 2026. (Doc. 339)

- Reply of Trustee to Objection filed by Jesse Craig (Doc 341)

and any other matters scheduled to take place during the Hearing.

1.      Cuticelli is with Hilco Real Estate, LLC, which entity was employed as a broker to market and sell the real estate property of the Bankruptcy Estate [Docs 275 and 287].

2.      Movant makes the request for Cuticelli to appear by video conference at the Hearing to save time and expense by not having to travel from Connecticut.

3.      The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

**WHEREFORE**, Movant respectfully requests that Cuticelli be allowed to appear by video conference at the Hearing.

Ahlgren Law Office, PLLC

Dated: May 29, 2026.                    /e/Erik A. Ahlgren
                                        Attorney #09561 (ND)
                                        220 West Washington Ave, Ste 105
                                        Fergus Falls, MN 56537
                                        Office: 218-998-2775
                                        Fax: 218-998-6404
                                        erik@ahlgrenlawoffice.net

                                        ATTORNEY FOR TRUSTEE

2