**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

---

In re:

The Ruins, LLC,                                                    Case No.: 25-30004
                                                                          Chapter 7

                                Debtor.

---

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

---

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren,

Chapter 7 Trustee ("Movant") respectfully moves this Court to enter an Order under

Local Rule 5001-2 allowing the appearance by video conference of **Erik Ahlgren**

("Ahlgren") at the hearing scheduled for Monday, June 8, 2026, at 2:00 p.m. CST

("Hearing") respecting the following filings:

- Motion by Trustee, Erik A. Ahlgren, for 2004 Examination filed May 7, 2026.

  (Doc. 330)

- Objection by Interested Parties Jesse Craig and Mulinda Craig to Motion for 2004

  Examination (Doc. 334)

- Reply of Trustee to Objection filed by Jesse Craig and Mulinda Craig (Doc 338)

and any other matters scheduled to take place during the Hearing.

1.      Movant makes the request for Ahlgren to appear by video conference at

the Hearing to save time and expense by Ahlgren not having to travel from Fergus

Falls, Minnesota.

2.      The request to attend the Hearing by video conference will not cause any

undue hardship to the parties herein.

**WHEREFORE**, Movant respectfully requests that Ahlgren be allowed to appear

by video conference at the Hearing.


Ahlgren Law Office, PLLC

Dated: May 29, 2026                     /e/Erik A. Ahlgren
                                        Attorney #09561 (ND)
                                        220 West Washington Ave, Ste 105
                                        Fergus Falls, MN 56537
                                        Office: 218-998-2775
                                        Fax: 218-998-6404
                                        erik@ahlgrenlawoffice.net

                                        ATTORNEY FOR TRUSTEE

2