**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 25-30004 |
| | Chapter 7 |
| The Ruins, LLC, | |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, Attorney **David M. Tanabe** appears in this case on behalf of **Hilco Real Estate, LLC**, the court-approved real estate broker employed in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served, be given and served upon:

David M. Tanabe
Messerli & Kramer P.A.
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
dtanabe@messerlikramer.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this <u>29th</u> day of May, 2026.

**MESSERLI & KRAMER P.A.**

*/S/ DAVID M. TANABE*

BY:   David M. Tanabe (ND #10117)
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com

ATTORNEYS FOR HILCO REAL ESTATE,
LLC

2

## CERTIFICATE OF SERVICE

I, David M. Tanabe, hereby certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to all registered participants.

*/s/ David M. Tanabe*
David M. Tanabe