**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 25-30004 |
| The Ruins, LLC, | Chapter 7 |
| Debtor. | |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

David M. Tanabe, counsel to Hilco Real Estate, LLC ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel to appear at a hearing on June 3, 2026 at 10:00 a.m. ("Hearing") respecting the following matter:

- Motion by Trustee, Erik A. Ahlgren, for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed May 5, 2026. (Doc. 324)

- Limited Objection by Interested Person Jesse Craig to Motion for Sale of Real Estate, Free of Liens and Encumbrances Solely as to Compensation of Real Estate Agents filed May 27, 2026. (Doc. 339)

- Reply of Trustee to Objection filed by Jesse Craig (Doc 341)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing due to the distance between his office in Minneapolis, Minnesota and the Court in North Dakota, and to save time and expense by not having to travel. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that he be allowed to appear by video conference at the Hearing.

Dated this <u>29th</u> day of May, 2026.

**MESSERLI & KRAMER P.A.**

*/S/ DAVID M. TANABE*
BY:  David M. Tanabe (ND #10117)
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com

ATTORNEYS FOR HILCO REAL ESTATE, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ David M. Tanabe*
David M. Tanabe

2