## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                                          Case No.: 25-30004
                                                                              Chapter 7

            Debtor.

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren, Chapter 7 Trustee ("Movant")  respectfully moves this Court to enter an Order under Local Rule 5001-2 allowing the appearance by video conference of **Michael Martin of Sioux Falls Commercial, Inc.** ("Martin") at the hearing scheduled for Wednesday, June 3, 2026, at 10:00 a.m. CST ("Hearing") respecting the following filings:

- Motion by Trustee, Erik A. Ahlgren, for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed May 5, 2026. (Doc. 324)

- Limited Objection by Interested Person Jesse Craig to Motion for Sale of Real Estate, Free of Liens and Encumbrances Solely as to Compensation of Real Estate Agents filed May 27, 2026. (Doc. 339)

- Reply of Trustee to Objection filed by Jesse Craig (Doc 341)

and any other matters scheduled to take place during the Hearing.

1.      Martin is with Sioux Falls Commercial Inc., which entity was employed as a co-broker to market certain real estate property of the Bankruptcy Estate [Docs 275 and 287].

2.      Movant makes the request for Martin to appear by video conference at the Hearing to save time and expense by Walker not having to travel from South Dakota.

3.      The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

        **WHEREFORE**, Movant respectfully requests that Martin be allowed to appear by video conference at the Hearing.

                                Ahlgren Law Office, PLLC

Dated: June 1, 2026.                    /e/Erik A. Ahlgren
                                Attorney #09561 (ND)
                                220 West Washington Ave, Ste 105
                                Fergus Falls, MN 56537
                                Office: 218-998-2775
                                Fax: 218-998-6404
                                erik@ahlgrenlawoffice.net

                                ATTORNEY FOR TRUSTEE

2