**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**WITNESS LIST**

Bankruptcy Case Name:  _The Ruins, LLC                    Chapter 7
Bankruptcy Case No.: 25-30004

Contested Matter (Y)
Adversary Proceeding No.: _____
Adversary Proceeding Title: _____

Witnesses to be called by Trustee:

| NAME & ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Jonathan Cuticelli<br>Hilco Real Estate LLC<br>Connecticut | Will | Any relevant issues |
| Michael Martin<br>NAI Sioux Falls<br>South Dakota | May Call | Any relevant issues |
| Erik Ahlgren, Trustee<br>220 West Washington Ave., Suite 105<br>Fergus Falls, MN 56537 | May Call | Any relevant issues |

Ahlgren Law Office, PLLC

Dated: June 1, 2026          /e/Erik A. Ahlgren
                             Attorney #09561 (ND)
                             220 West Washington Ave, Ste 105
                             Fergus Falls, MN 56537
                             Office: 218-998-2775
                             Fax: 218-998-6404
                             erik@ahlgrenlawoffice.net

                             ATTORNEY FOR TRUSTEE