**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**<u>EXHIBIT LIST</u>**

Bankruptcy Case No.: 25-30004        Bankruptcy Case Title: The Ruins, LLC
Adversary Case No.: _____        Adversary Case Title: _____

| Ex. No. | Date | Witness | Description | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T-1 | | | Application to Employ Real Estate Agent and Exhibit A thereto (Real Estate Consulting, Advisory Services, and Co-Broker Agreement) [ECF Doc. 275] | Will | | | | | | | | |
| T-2 | | | Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property, Exhibit A (Proposed Timeline) and, Exhibit B (Proposed Purchase Agreement) thereto [ECF Doc.278] | | | | | | | | | |
| T-3 | | | Order Approving Application to Employ [ECF Doc. 287] | | | | | | | | | |
| T-4 | | | Objection of Jesse Craig to Bid Procedure Motion and related exhibits [ECF Doc. 288] | | | | | | | | | |
| T-5 | | | Stipulation Regarding Bid Procedure Motion | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | [ECF Doc. 295] | | | | | | | | | |
| T-6 | | | Motion to Sell Property Free and Clear under 363(f) [ECF Doc. 295] | | | | | | | | | |
| T-7 | | | Sale Agreement with Build, LLC [ECF Doc. 327] | | | | | | | | | |
| T-8 | | | April 16, 2026 Status Update Letter from Hilco to Trustee | | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* -A – Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Trustee reserves the right to call any witnesses designated by Jesse Craig or Mulinda Craig, or other interested parties to this contested matter, any rebuttal witnesses, any witnesses necessary for impeachment, and any witnesses necessary to establish foundation and/or authenticity for exhibits

Ahlgren Law Office, PLLC

Dated: June 1, 2026

/e/Erik A. Ahlgren
Attorney #09561 (ND)
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net

ATTORNEY FOR TRUSTEE