**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>                    Debtor. | Case No.: 25-30004<br>Chapter 7 |

**HILCO REAL ESTATE, LLC'S JOINDER IN CHAPTER 7 TRUSTEE'S WITNESS LIST AND EXHIBIT LIST AND RESERVATION OF RIGHTS**

Hilco Real Estate, LLC ("Hilco"), one of the real estate brokers retained by the Chapter 7 Trustee in this case, by and through its undersigned counsel, respectfully submits this Joinder in the Trustee's Witness List (Doc. 353) and Exhibit List (Doc. 354) in connection with the hearing scheduled for June 3, 2026 at 10:00 a.m. CT on the Trustee's Motion for Sale of Real Estate, Free of Liens and Encumbrances (Doc. 324) and the Limited Objection of Jesse Craig (Doc. 339), and states as follows:

1. <u>Joinder</u>. Hilco hereby joins in and adopts the Chapter 7 Trustee's Witness List and Exhibit List, for all purposes in connection with the hearing scheduled for June 3, 2026.

2. <u>Reservation of Rights</u>. Hilco further reserves the right to:

   a. Examine, on direct or re-direct examination through Hilco's separate counsel, any witness identified on the Trustee's Witness List;

   b. Cross-examine any witness called by Jesse Craig or any other interested party;

   c. Call rebuttal or impeachment witnesses as necessary; and

d.      Offer additional exhibits at the hearing related to the scope and reasonableness of the real estate brokers' services and compensation under 11 U.S.C. §§ 328 and 330.

Dated this 1st day of June, 2026.

**MESSERLI & KRAMER P.A.**

*/s/ David M. Tanabe*
David M. Tanabe (ND #10117)
50 South Sixth Street, Suite 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com

Attorneys for Hilco Real Estate, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ David M. Tanabe*
David M. Tanabe

3412869