UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>Debtor. | Bankruptcy Case No.: 25-30004<br><br>Chapter 7 |

**JESSE CRAIG'S WITNESS LIST**

Jesse Craig ("Craig"), by and through his attorney, Douglas W. Murch of Conmy Feste Ltd., hereby identifies its witnesses for the hearing on Motion for Sale of Real Estate, Free of Liens and Encumbrances Solely as to Compensation of Real Estate Agents and Craig's Limited Objection to Motion for Sale of Real Estate scheduled for June 3, 2026.

| Witness | Will/May Call | Testimony Synopsis |
|---|---|---|
| Jesse Craig | Will call | Any relevant issues. |

Craig reserves the right to call witnesses by video conference as allowed by the Court and all witnesses listed on Trustee's Witness List.

Dated: June 1, 2026.

_/s/ Douglas W. Murch_
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND 58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>       Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on June 1, 2026, she served a copy of:

**JESSE CRAIG'S WITNESS LIST**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.


/s/ *Leslyn A. Anderson*
Leslyn A. Anderson