UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>        Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**JESSE CRAIG'S EXHIBIT LIST**

Jesse Craig ("Craig"), by and through his attorney, Douglas W. Murch of Conmy Feste Ltd., hereby identifies on Exhibit A hereto his exhibits for the hearing on Notice of Motion and Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds From the Sale and Craig's Limited Objection to Motion for Sale of Real Estate, Free of Liens and Encumbrances (Doc. 324) Solely as to Compensation of Real Estate Agents scheduled for June 3, 2026.

Craig reserves the right to supplement this Exhibit List as circumstances warrant and necessitate and further reserves the right to offer any exhibits not listed but included on any other parties' exhibit lists and to offer any exhibits not offered for rebuttal purposes.

Dated:  June 1, 2026.

 /s/ Douglas W. Murch
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG

## Exhibit A

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL/ MAY | STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/5/26 | Jesse Craig | Notice of Motion and Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale (Doc 324) | Will | | | | | | | | |
| 2 | 5/27/26 | Jesse Craig | Photos of Tyvek (Doc 340, pages 4, 5 & 6) | Will | | | | | | | | |
| 3 | 5/27/26 | Jesse Craig | Architectural Plans Showing Initial Proposed Floorplan (Doc 340, pages 7 & 8) | Will | | | | | | | | |
| 4 | 5/27/26 | Jesse Craig | Revised Architectural Plans Showing Correct Floorplan (Doc 340, page 9 & 10) | Will | | | | | | | | |
| 5 | 7/15/25 | Jesse Craig | Affidavit of Matthew Gehrtz in Support of Motion for Relief from Stay (Doc 60, pages 1-5; Doc 60-1, pages 35, 405, 407, 408 & 409) | Will | | | | | | | | |
| 6 | 3/31/26 | Jesse Craig | Stipulation Regarding Motion to Approve Bid Procedure and Set a Sale Hearing Date for Proposed Sale of Real Property (Doc 295) | Will | | | | | | | | |
| 7 | 5/6/26 | Jesse Craig | Real Estate Purchase and Sale Agreement (Doc 327) | Will | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>       Debtor. | Bankruptcy Case No.: 25-30004<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on June 1, 2026, she served a copy of:

## JESSE CRAIG'S EXHIBIT LIST

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson