**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                              Bankruptcy No. 25-30004

The Ruins, LLC,                                                  Chapter 7

           Debtor.

_____

IN THE MATTER OF:

Motion by Trustee Erik A. Ahlgren to Authorize
Rule 2004 Examinations filed May 7, 2026.
(Doc. 330)

_____

**MOTION TO APPEAR BY VIDEO CONFERENCE**

_____

1.      D&M Industries, Inc. ("Movant"), respectfully moves this Court to enter an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference on the Motion to Authorize Rule 2004 Examinations (Doc #330) scheduled for June 3, 2026, at 10:00 a.m.

2.      Movant requests that the Court consider savings in travel time and expenses to attend the Motion hearing in person.

WHEREFORE, Movant requests that its counsel be allowed to appear by video conference at the hearing on the Motion to Authorize Rule 2004 Examinations, June 3, 2026, at 10:00 a.m.

Dated: June 1, 2026                          /s/ John M. Krings, Jr._____
                                                        John M. Krings, Jr. (ND Attorney #06845)
                                                        Attorneys for D&M Industries, Inc.
                                                        KD LAW, PLLP
                                                        Fargo, ND  58103
                                                        (701) 232-8757
                                                        john@kdlawpartners.com