**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

---

In re:

The Ruins, LLC,                                                        Case No.: 25-30004
                                                                       Chapter 7

                    Debtor.

---

**ORDER APPROVING MOTION FOR SALE OF REAL ESTATE, FREE OF LIENS AND
ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(f) AND DISTRIBUTION OF
PROCEEDS FROM THE SALE**

---

Bankruptcy Trustee Erik Ahlgren filed a motion for an order approving the sale of

Debtor's real estate free and clear of liens and encumbrances pursuant to 11 U.S.C. §

363(f) and approving his proposed distribution of sale proceeds.  Doc. 324.  Jesse Craig

filed a limited objection.  Doc. 339.  Upon review of the pleadings and evidence received

at the June 3, 2026, hearing,

**IT IS ORDERED** that:

1.      The motion [Doc. 324] is granted in part.

2.      The Trustee is authorized to sell the real property located at 315 E Kemp

        Avenue, Watertown, South Dakota, legally described as "The Ruins

        Addition to the City of Watertown, Codington County, South Dakota" (the

        "Real Property") free and clear of liens and encumbrances pursuant to 11

        U.S.C. § 363(f) to Build, LLC for $11,265,000.00 in accordance with the

        terms of the purchase agreement between the Trustee and Build [Doc.

        327] (the "Build Purchase Agreement").

3. In the alternative, if Build fails to close the sale of the Real Property by the Closing Date (as defined in the Build Purchase Agreement), or otherwise defaults under the Build Purchase Agreement, the Trustee is authorized to sell the Real Property free and clear of liens and encumbrances pursuant to 11 U.S.C. § 363(f) to Archer Land Co., LLC ("Archer") for $6,100,000.00 in accordance with the terms of the purchase agreement between the Trustee and Archer [Doc. 326] (the "Archer Purchase Agreement").

4. The Trustee is authorized to distribute the proceeds of a sale of the Real Estate as follows:

   a. First, to unpaid real estate taxes or assessments, and any other liens with priority over the RRSB Mortgages;

   b. Second, to customary filing fees and closing costs, as agreed upon by the Trustee;

   c. Third, 5.0% of the gross sales price to the Trustee on behalf of the Debtor's bankruptcy estate, as a stipulated surcharge pursuant to Section 502(c);

   d. Fourth, to the real estate broker for fees consistent with the Application to Employ and attached Exhibit A [Doc. 275], which the Court approved;

   e. Fifth, the remaining proceeds after payment of items (a) - (d), to Red River State Bank to pay the debt secured by the Red River State Bank Mortgages up to the Mortgage Cap;

f.      Sixth, the remaining proceeds in excess of the Mortgage Cap, if

any, after payment of items (a) – (e), to the Watertown

Development Company to pay the debt secured by the Watertown

Development Company Mortgages; and

g.      Seventh, the remaining proceeds, if any, after payment of items (a)

– (f), to the bankruptcy estate for distribution pursuant to the

priorities set forth in the Bankruptcy Code and as approved by this

Court.

5.      The Trustee is authorized to execute all documents necessary to

effectuate this Order.

6.      This stay imposed under Federal Rule of Bankruptcy Rule 6004(h) is

waived.  This order is effective immediately.

Dated: June 4, 2026

Shon Hastings, Judge
United States Bankruptcy Court