United States Bankruptcy Court

District of North Dakota

In re:                                                                           Case No. 25-30004-skh

The Ruins, LLC                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                        User: admin                                        Page 1 of 3

Date Rcvd: Jun 04, 2026                     Form ID: pdf2some                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |

District/off: 0868-3                                    User: admin                                    Page 2 of 3
Date Rcvd: Jun 04, 2026                           Form ID: pdf2some                         Total Noticed: 1

Dan Frisk
                    on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com

Dan Frisk
                    on behalf of Interested Party Jesse Craig peggy@stflawfirm.com

David Tanabe
                    on behalf of Broker Hilco Real Estate  LLC dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

David R. Strait
                    on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Douglas Murch
                    on behalf of Interested Party Mulinda a/k/a Mindy Craig dmurch@conmylaw.com
                    rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch
                    on behalf of Interested Party Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Drew J. Hushka
                    on behalf of Defendant Red River State Bank dhushka@vogellaw.com
                    sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka
                    on behalf of Creditor Red River State Bank dhushka@vogellaw.com
                    sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN
                    on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,
                    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
                    net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
                    on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
                    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
                    net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
                    on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
                    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
                    net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren
                    on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
                    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
                    @ahlgrenlawoffice.net

Erik A. Ahlgren
                    on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
                    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
                    @ahlgrenlawoffice.net

Erik A. Ahlgren
                    erik@ahlgrenlawoffice.net
                    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
                    @ahlgrenlawoffice.net

Erik A. Ahlgren
                    on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,
                    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
                    @ahlgrenlawoffice.net

Jeffrey Klobucar
                    on behalf of Creditor Diamond Wall Systems  Inc. jklobucar@bassford.com, jlavaque@bassford.com

John M Krings, Jr.
                    on behalf of Creditor D & M Industries  Inc. john@kdlawpartners.com, janae@kdlawpartners.com

Jordan J Feist
                    on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe
                    on behalf of Defendant Red River State Bank ktanabe@vogellaw.com
                    sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
                    on behalf of Creditor Red River State Bank ktanabe@vogellaw.com
                    sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig
                    on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

District/off: 0868-3                          User: admin                                      Page 3 of 3
Date Rcvd: Jun 04, 2026                       Form ID: pdf2some                                Total Noticed: 1

Maurice VerStandig
                     on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
                     mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                     on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
                     mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                     on behalf of Debtor The Ruins  LLC mac@mbvesq.com,
                     mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                     on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
                     mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ross H. Espeseth
                     on behalf of Interested Party City of Watertown respeseth@bmellp.com  jeannette@bmellp.com;r41347@notify.bestcase.com

Sarah J. Wencil
                     on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee
                     USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 33

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                                                    Case No.: 25-30004
                                                                                            Chapter 7
                                   Debtor.

**ORDER APPROVING MOTION FOR SALE OF REAL ESTATE, FREE OF LIENS AND
ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(f) AND DISTRIBUTION OF
PROCEEDS FROM THE SALE**

Bankruptcy Trustee Erik Ahlgren filed a motion for an order approving the sale of

Debtor's real estate free and clear of liens and encumbrances pursuant to 11 U.S.C. §

363(f) and approving his proposed distribution of sale proceeds.  Doc. 324.  Jesse Craig

filed a limited objection.  Doc. 339.  Upon review of the pleadings and evidence received

at the June 3, 2026, hearing,

**IT IS ORDERED** that:

1.      The motion [Doc. 324] is granted in part.

2.      The Trustee is authorized to sell the real property located at 315 E Kemp

        Avenue, Watertown, South Dakota, legally described as "The Ruins

        Addition to the City of Watertown, Codington County, South Dakota" (the

        "Real Property") free and clear of liens and encumbrances pursuant to 11

        U.S.C. § 363(f) to Build, LLC for $11,265,000.00 in accordance with the

        terms of the purchase agreement between the Trustee and Build [Doc.

        327] (the "Build Purchase Agreement").

3. In the alternative, if Build fails to close the sale of the Real Property by the Closing Date (as defined in the Build Purchase Agreement), or otherwise defaults under the Build Purchase Agreement, the Trustee is authorized to sell the Real Property free and clear of liens and encumbrances pursuant to 11 U.S.C. § 363(f) to Archer Land Co., LLC ("Archer") for $6,100,000.00 in accordance with the terms of the purchase agreement between the Trustee and Archer [Doc. 326] (the "Archer Purchase Agreement").

4. The Trustee is authorized to distribute the proceeds of a sale of the Real Estate as follows:

   a. First, to unpaid real estate taxes or assessments, and any other liens with priority over the RRSB Mortgages;

   b. Second, to customary filing fees and closing costs, as agreed upon by the Trustee;

   c. Third, 5.0% of the gross sales price to the Trustee on behalf of the Debtor's bankruptcy estate, as a stipulated surcharge pursuant to Section 502(c);

   d. Fourth, to the real estate broker for fees consistent with the Application to Employ and attached Exhibit A [Doc. 275], which the Court approved;

   e. Fifth, the remaining proceeds after payment of items (a) - (d), to Red River State Bank to pay the debt secured by the Red River State Bank Mortgages up to the Mortgage Cap;

f.  Sixth, the remaining proceeds in excess of the Mortgage Cap, if any, after payment of items (a) – (e), to the Watertown Development Company to pay the debt secured by the Watertown Development Company Mortgages; and

g.  Seventh, the remaining proceeds, if any, after payment of items (a) – (f), to the bankruptcy estate for distribution pursuant to the priorities set forth in the Bankruptcy Code and as approved by this Court.

5.  The Trustee is authorized to execute all documents necessary to effectuate this Order.

6.  This stay imposed under Federal Rule of Bankruptcy Rule 6004(h) is waived.  This order is effective immediately.

Dated: June 4, 2026

Shon Hastings, Judge
United States Bankruptcy Court