## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

The Ruins, LLC,                                        Case No.: 25-30004
                                                       Chapter 7

                        Debtor.

## MOTION FOR EXPEDITED RELIEF/SHORTEN NOTICE PERIOD, AND MOTION TO LIMIT NOTICE

Erik A. Ahlgren (the "Trustee") in the above-captioned Chapter 7 case, hereby files this Motion to Expedite Relief Pursuant to Federal Rule 9006(c) and Local Bankruptcy Rules 9006-1 and 2002-1, regarding the Trustee's motion to amend the order approving the sale of certain real estate free and clear of liens and encumbrances, pursuant to 11 U.S.C. 363(f) [ECF 368].  The Trustee further moves the court to limit notice under Bankruptcy Rule 9006 and L.R. 2002-1.

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). This Motion arises under Bankruptcy Rule 9006, 9024 and Local Bankruptcy Rules 9006-1 and  9013-1(A).

2.      The Trustee seeks relief herein on an expedited basis and cause exists to reduce the notice period for the Motion.

3.      On May 5, 2026, the Trustee filed his Notice of Motion and Motion for Sale of Real Estate Free and Clear of Liens and Encumbrances pursuant to 11 U.S.C. § 363(f), concerning the real property at 315 E. Kemp Avenue, Watertown, South Dakota, legally

described as "The Ruins Addition to the City of Watertown, Codington County, South Dakota" (the "Sale Motion"). [ECF 324].

4. On June 4, 2026, following a hearing on June 3, 2026, the Court entered its order (the "Sale Order") granting the Trustee authority to sell the property free and clear under § 363(f) to Build, LLC ("Build") for $11,265,000.00, or, alternatively upon default, to Archer Land Co., LLC ("Archer") for $6,100,000.00, and approving a distribution scheme for sale proceeds [ECF 363].

5. Build has not timely closed on the sale, which is a default under the Real Estate Purchase and Sale Agreement entered between the Trustee and Build [ECF No. 327], and the Trustee intends to close on the sale to Archer.

6. On July 7, 2026, the Trustee served a notice of default on Build.

7. Pursuant to the Real Estate Purchase and Sale Agreement entered into with Archer [ECF No. 326], the closing on the sale shall occur within 15 days from the Trustee's notice to Archer of Build's default under Build's purchase agreement, with is July 22, 2026.

8. On July 7, 2026, concurrent with service of the Trustee's notice of default on Build, the Trustee is serving a motion to amend the Sale Order to list all liens and encumbrances that were included in the original motion to sell. [ECF No. 324].

9. The notice period for a motion to amend an order under Bankruptcy Rule 9024 is 14 days pursuant to Local Rule 9013-1(A). However, to facilitate the closing, which is scheduled to occur within 15 days, the Trustee is requesting expedited relief and for a shortened notice period for the motion.

10.     Pursuant to Bankruptcy Rule 9006(c), the court may reduce the time period "for cause shown" with or without motion or notice.

11.     Pursuant to Local Rule 9006-1, the party seeking an expedited hearing or reduced notice period must list the grounds of the motion and recommend a hearing date or notice period.

12.     Here, the Trustee requests an expedited hearing on his motion to amend the Sale Order in order to facilitate the sale of the real estate which, by contract, is to close no later than July 22, 2026.

<u>**REQUESTED RELIEF**</u>

Based on the foregoing, the Trustee requests that the Court:

A.  Reduce the time period for filing objections to the Trustee's motion to sell real estate free and clear of liens and encumbrances pursuant to 11 U.S.C. § 363(f);

B.  If a hearing is necessary, hold a hearing on the Trustee's motion to sell **no later than July 17, 2026.**

Ahlgren Law Office, PLLC

Dated: July 7, 2026

/e/Erik A. Ahlgren
Attorney #09561 (ND)
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net

ATTORNEY FOR TRUSTEE