UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30004 |
| | ) | Chapter 11 |
| The Ruins, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR EXPEDITED RELIEF, SHORTEN NOTICE PERIOD AND MOTION TO LIMIT NOTICE

Trustee Erik A. Ahlgren filed a Motion for Expedited Relief/Shorten Notice Period, seeking to be heard on its Motion to Amend Order Approving Sale Free and Clear of Liens and Encumbrances filed on July 7, 2026. Docs. 368, 369, 370.

IT IS ORDERED that Trustee Erik Ahlgren's Motions for Expedited Relief/ Shortened Notice Period [Docs. 369, 370] are GRANTED. The hearing on Motion to Amend Order Approving Sale Free and clear of Liens and Encumbrances (Doc. 368) will be heard by video conference on **Wednesday, July 15, 2026, at 10:00 a.m. (Central)**.

Video Conference Instructions, **Procedures** and link to join the meeting are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing**. To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Written objections shall be filed by **Tuesday, July 14, 2026**. If the Court receives no objections to the Motion to Amend, it may grant the relief requested and cancel the hearing.

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall

disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the hearing is scheduled on an expedited basis.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: July 8, 2026.

Shon Hastings, Judge
United States Bankruptcy Court