UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

  THE RUINS, LLC

CASE NO: 25-30004

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 368

---

On 7/8/2026, I did cause a copy of the following documents, described below,

Motion to Amend Order Approving Sale Free and Clear of Liens and Encumbrances ECF Docket Reference No. 368

Motion for Expedited Relief/Shorten Notice Period and Motion to Limit Notice 369

Motion for Expedited Relief/Shorten Notice Period and Motion to Limit Notice 370

Order Granting Motion for Expedited Relief, Shorten Notice Period and Motion to Limit Notice 371

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/8/2026

/s/ Erik A Ahlgren
Erik A Ahlgren  191814
Chapter 7 Panel Trustee
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537-2569
218-998-2775
lisa@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

THE RUINS, LLC

CASE NO: 25-30004

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 368

On 7/8/2026, a copy of the following documents, described below,

Motion to Amend Order Approving Sale Free and Clear of Liens and Encumbrances ECF Docket Reference No. 368

Motion for Expedited Relief/Shorten Notice Period and Motion to Limit Notice 369

Motion for Expedited Relief/Shorten Notice Period and Motion to Limit Notice 370

Order Granting Motion for Expedited Relief, Shorten Notice Period and Motion to Limit Notice 371

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/8/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537-2569

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

BUILD LLC
ATTN  OFFICER OR MANAGING AGENT
PO BOX 426
FARGO ND 58101

FIRST CLASS

ARCHER LAND CO
ATTN KELAN BLUDORN
19216 456TH AVE
LAKE NORDEN SD 57248

FIRST CLASS

TIM HOGAN
621 6TH ST
BROOKINGS SD 57006

FIRST CLASS

PERFEKT INC
ATTN  OFFICER OR MANAGING AGENT
PO BOX 667
THERMOPOLIS WY 82443

FIRST CLASS

LAKESIDE CONSTRUCTION  MASONRY LLC
ATTN  OFFICER OR MANAGING AGENT
1513 WEST 1ST ST
WEBSTER SD 57274

FIRST CLASS

JASON BENIKE
1513 WEST 1ST ST
WEBSTER SD 57274

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30004
DISTRICT OF NORTH DAKOTA
WED JUL 8 9-39-22 PST 2026

EXCLUDE

(U)CITY OF WATERTOWN

D  M INDUSTRIES  INC
CO JOHN KRINGS
PO BOX 9231
FARGO  ND 58106-9231

DIAMOND WALL SYSTEMS  INC
CO BASSFORD REMELE  PA
100 SOUTH FIFTH STREET  SUITE 1500
MINNEAPOLIS  MN 55402-1254

EXCLUDE

(U)HILCO REAL ESTATE  LLC

RED RIVER STATE BANK
ATTN  CAREN W STANLEY
VOGEL  LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

DEBTOR

THE RUINS  LLC
1405 1ST AVENUE NORTH
FARGO ND 58102-4203

EXCLUDE

UNITED STATES TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN  SD 57201-3606

EXCLUDE

US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

BW CONSTRUCTION  LLC
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIPS AVE  STE 203
SIOUX FALLS  SD 57104-6710

BLACKTAIL INVESTMENTS  LLC
PO BOX 628
FARGO  ND 58107-0628

BRIANS GLASS AND DOOR LLC
533 1ST AVE NW
4
WATERTOWN  SD 57201-2213

CP BUSINESS MANAGEMENT  INC
1401 1ST AVE N
SUITE B
FARGO  ND 58102-4203

CAREN  STANLEY  ESQ
VOGEL LAW FIRM
218 NP AVENUE
FARGO  ND 58102-4834

CITY OF WATERTOWN
23 2ND STREET NE
PO BOX 910
WATERTOWN  SD 57201-0910

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN  SD 57201-3611

CRAIG DEVELOPMENT  LLC
1405 1ST AVE N
FARGO  ND 58102-4203

CRAIG HOLDINGS  LLC
1405 1ST AVE N
FARGO  ND 58102-4203

CRAIG PROPERTIES  LLC
1405 1ST AVE N
FARGO  ND 58102-4203

D  M INDUSTRIES  INC
CO JOHN M KRINGS  JR
KALER DOELING  PLLP
PO BOX 9231
FARGO  ND 58106-9231

DM INDUSTRIES
4205 30TH AVE S
MOORHEAD  MN 56560-6024

DAVID M TANABE
MESSERLI  KRAMER  PA
50 SOUTH SIXTH STREET
SUITE 2300
MINNEAPOLIS  MN 55402-1550

DIAMOND WALL SYSTEMS
1960 CLIFF LAKE ROAD
STE 129-250
SAINT PAUL  MN 55122-2476

DIAMOND WALL SYSTEMS  INC
CO JEFFREY D KLOBUCAR
BASSFORD REMELE  PA
100 SOUTH FIFTH STREET  SUITE 1500
MINNEAPOLIS  MN 55402-1254

DIAMOND WALL SYSTEMS  INC
CO KEN JOHNSON
1960 CLIFF LAKE ROAD  SUITE 129-250
EAGAN  MN 55122-2476

DOUGLAS MURCH
CONMY FESTE LTD
3369 45TH STREET SOUTH
FARGO  ND 58104-8988

FIRST NATIONAL BANK  TRUST
BODMAN PLC
ATTN DARREN J BURMANIA
99 MONROE AVE NW  SUITE 300
GRAND RAPIDS  MI 49503-2639

HAMLIN BUILDING CENTER
45002 HWY 28
PO BOX 200
LAKE NORDEN  SD 57248-0200

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JESSE CRAIG
PO BOX 426
FARGO  ND 58107-0426

LIMOGES CONSTRUCTION
25732 COTTONWOOD AVENUE
SIOUX FALLS  SD 57107-6402

MIKE OGBORN
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIPS AVE  STE 203
SIOUX FALLS  SD 57104-6710

~~EXCLUDE~~

~~(D)MIKE OGBORN~~
~~OGBORN MIHM QUAINTANCE  PLLC~~
~~140 N PHILLIPS AVE  STE 203~~
~~SIOUX FALLS  SD 57104-6710~~

~~EXCLUDE~~

~~(D)MIKE OGBORN~~
~~OGBORN MIHM QUAINTANCE  PLLC~~
~~140 N PHILLIPS AVENUE  SUITE 203~~
~~SIOUX FALLS  SD 57104-6710~~

PERFORMANCE SPRAY FOAM  LLC
48667 SD HWY 28
ASTORIA  SD 57213-5837

RED RIVER STATE BANK
114 N MILL ST
PO BOX 98
FERTILE  MN 56540-0098

RED RIVER STATE BANK
CO KESHA L TANABE
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

RED RIVER STATE BANK
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND  58107-1389

RED RIVER STATE BANK
CO DREW J HUSHKA
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

ROBERT AGNES
ROSENQUIST LAW OFFICE
2750 S 26TH ST STE C
GRAND FORKS  ND 58201-6432

ROSS ESPESETH
ATTORNEY FOR CITY OF WATERTOWN
418 EAST BROADWAY AVE  SUITE 240
PO BOX 995
BIMARCK  ND 58502-0995

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

SCHUMACHER ELEVATOR COMPANY
ONE SCHUMACHER WAY
DENVER  IA 50622

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E CAPITOL AVENUE
PIERRE  SD 57501-3100

STEVEN HAUGAARD
1601 EAST 69TH STREET  SUITE 302
SIOUX FALLS  SD 57108-8322

THE ROOFING COMPANY
1222 4TH AVE N 123
FARGO  ND 58102-4358

THE ROOFING COMPANY  LLC
ROSENQUIST LAW OFFICE
2750 S 26TH ST STE C
GRAND FORKS  ND 58201-6432

EXCLUDE

TOP FINISH CARPENTRY  LLC
STEVEN G HAUGAARD  REGISTERED AGENT
1601 EAST 69TH STREET  SUITE 302
SIOUX FALLS  SD 57108-8322

UNITED STATES TRUSTEE
300 S 4TH STREET  SUITE 1015
MINNEAPOLIS  MN 55415-3070

WATERTIGHT  INC
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIP AVE  STE 203
SIOUX FALLS  SD 57104-6710

EXCLUDE

(D)WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN  SD 57201-3606

WATERTOWN DEVELOPMENT COMPANY
CO DAVID R STRAIT
AUSTIN STRAIT BENSON THOLEKOEHN LLP
25 FIRST AVENUE SOUTHWEST
WATERTOWN  SD 57201-3507

WATERTOWN DEVELOPMENT COMPANY
CO JORDAN FEIST
PO BOX 5027
300 SOUTH PHILLIPS AVE  SUITE 300
SIOUX FALLS  SD 57104-6322

EXCLUDE

WATERTOWN MUNICIPAL UTILITIES
901 4TH AVE SW
WATERTOWN  SD 57201-4106

(D)WATERTOWN MUNICIPAL UTILITIES
901 4TH AVE SW
WATERTOWN  SD 57201-4106

XTREME FIRE PROTECTION  LLC
OGBORN MIHM QUAINTANCE  PLLC
140 N PHILLIPS AVE  STE 203
SIOUX FALLS  SD 57104-6710

EXCLUDE

XTREME FIRE PROTECTION LLC
4102 N CLIFF AVE
SIOUX FALLS  SD 57104-5514

CHRISTIANNA A CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO  ND 58102-4246

ERIC KAUP
HILCO REAL ESTATE  LLC
5 REVERE DRIVE  SUITE 320
NORTHBROOK  IL 60062-1569

EXCLUDE

ERIK A AHLGREN
BANKRUPTCY TRUSTEE
220 W WASHINGTON AVE  SUITE 105
FERGUS FALLS  MN 56537-2569

EXCLUDE

(U)JESSE CRAIG

EXCLUDE

(U)KIERSTIN SCHILLING

EXCLUDE

(U)MULINDA AKA MINDY CRAIG

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246

MICHAEL MARTIN
SIOUX FALLS COMMERCIAL
2500 W 49TH STREET  SUITE 101
SIOUX FALLS  SD 57105-6559