**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                             Case No.: 25-30004
                                                                      Chapter 7

                          Debtor.

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren,

Chapter 7 Trustee ("Movant") respectfully moves this Court to enter an Order under

Local Rule 5001-2 allowing the appearance by video conference of **Erik Ahlgren**

("Ahlgren") at the hearing scheduled for **Wednesday, July 15, 2026, at 10:00 a.m**. CST

("Hearing") respecting the following filing:

- Trustee's Motion to Amend Order Approving Sale Free and Clear of Liens
  and Encumbances filed on July 7, 2026  [Doc 368]

and any other matters scheduled to take place during the Hearing.

1.      Movant makes the request for Ahlgren to appear by video conference at

the Hearing to save time and expense by Ahlgren not having to travel from Fergus

Falls, Minnesota.

2.      The request to attend the Hearing by video conference will not cause any

undue hardship to the parties herein.

**WHEREFORE**, Movant respectfully requests that Ahlgren be allowed to appear by video conference at the Hearing.

Ahlgren Law Office, PLLC

Dated: July 12, 2026

/e/Erik A. Ahlgren
Attorney #09561 (ND)
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net

ATTORNEY FOR TRUSTEE

2