UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>Debtor. | Bankruptcy Case No.: 25-30004<br><br>Chapter 7 |

### DECLARATION OF JESSE CRAIG IN SUPPORT OF
### OBJECTION TO MOTION TO AMEND ORDER APPROVING
### SALE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

Jesse Craig declares as follows:

1.     I am the president of Build, LLC ("Build") and make this declaration on my own personal knowledge in support of Build's Objection to Motion to Amend Order Approving Sale Free and Clear of Liens and Encumbrances.

2.     Attached as Exhibit A is a true and complete copy of an email from Nancy Hughes of First Dakota Title dated June 23, 2026, stating that its underwriter Chicago Title Insurance Company was "only willing to insure the transaction if Requirements 8 through 23 are carried forward as exceptions in the final policy.  In addition, the underwriter requires a bankruptcy exception in the policy relating to matters arising from or connected with the bankruptcy proceeding."

3.     Attached as Exhibit B is the Chicago Title Insurance Company ALTA Commitment for Title Insurance sent by Ms. Hughes identifying the liens and encumbrances that would be excepted from any title insurance policy issued by Chicago Title Insurance Company.

4.     Attached as Exhibit C is a true and complete copy of the email from Michael Duffy dated June 24, 2026, sent on behalf of Trustee Erik Ahlgren to Douglas Murch inviting "Build LLC to find and use another title company to close the deal."

1

5. Attached as Exhibit D is a true and complete copy of an email from Ms. Hughes providing a new ALTA Commitment for Title Insurance from Old Republic National Title Insurance Company noting the requirement for a updated order of the Bankruptcy Court before it would provide a final title insurance policy.

6. Attached as Exhibit E is a true and complete copy of the ALTA Commitment for Title Insurance from Old Republic National Title Insurance Company dated July 5, 2026.

7. Attached as Exhibit F is a true and complete copy of an email and a letter from Trustee Erik Ahlgren described as a Notice of Default dated July 7, 2026, and sent at 8:55 a.m. The Notice of Default claims that Build is in default of the Purchase Agreement for failing to pay the balance of the purchase price and claims the Trustee, as Seller, is entitled to retain all Earnest Money as liquidated damages.

Under 28 U.S.C. § 1746, I declare that under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 13th day of July, 2026.

_____

Jesse Craig

2

EXHIBIT A
25-30004

| | |
|---|---|
| **From:** | Nancy Hughes |
| **To:** | Michael Duffy; Doug Murch |
| **Cc:** | Jesse Craig; Erik Ahlgren |
| **Subject:** | SD-2687641-CO Title Insurance for The Ruins, LLC SD-2680179 |
| **Date:** | Tuesday, June 23, 2026 8:47:02 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | Rev 1 Commitment.pdf |

Good morning.

*First Dakota Title has reviewed the transaction with its underwriter. Based on the underwriter's evaluation of the transaction, including matters relating to the bankruptcy proceedings and other title-related risks, the underwriter is only willing to insure the transaction if Requirements 8 through 23 are carried forward as exceptions in the final policy.*

*In addition, the underwriter requires a bankruptcy exception in the policy relating to matters arising from or connected with the bankruptcy proceeding.*

*Accordingly, First Dakota Title is unable to issue title insurance for this transaction unless those exceptions are included in the policy.*

Please advise/confirm.

 **Our offices will be closed Friday, July 3rd, in observance of Independence Day.**

**Nancy Hughes**
President **-** Commercial Operations
**Direct:** (605) 977**-**7690
**First Dakota Title**
600 S Main Ave
Sioux Falls, SD 57104
**Office:** (605) 338-6505
**Fax:** (605) 338-0443

 The Title Resource Network ™

**www.thetitleresourcenetwork.com**

American Land Title Association's Best Practice Certified.

**The Title Resource Network Privacy Policy**

**WARNING! CYBER FRAUD ADVISORY: Please remember that we will never ask for a change**

**in wiring instructions leading up to the closing. PLEASE CALL OUR OFFICE PRIOR TO CLOSING TO VERIFY OUR WIRING INSTRUCTIONS.**

NOTICE: This e-mail and any attachment is private and meant for the sole use of the intended recipient. It may contain personally identifiable financial information protected by law. No confidentiality or other legal protection is waived by virtue of this information having been sent by e-mail. Any disclosure, use, dissemination, or copying of the information is strictly prohibited by anyone except the intended recipient or their agent. If you received this e-mail in error please notify us immediately by returning it to the sender, calling 605-338-6505 and immediately deleting this e-mail and any attachments.

**CHICAGO TITLE INSURANCE COMPANY®**

## ALTA COMMITMENT FOR TITLE INSURANCE
### issued by
### CHICAGO TITLE INSURANCE COMPANY

### NOTICE

**IMPORTANT - READ CAREFULLY:** THIS COMMITMENT IS AN OFFER TO ISSUE ONE OR MORE TITLE INSURANCE POLICIES. ALL CLAIMS OR REMEDIES SOUGHT AGAINST THE COMPANY INVOLVING THE CONTENT OF THIS COMMITMENT OR THE POLICY MUST BE BASED SOLELY IN CONTRACT.

THIS COMMITMENT IS NOT AN ABSTRACT OF TITLE, REPORT OF THE CONDITION OF TITLE, LEGAL OPINION, OPINION OF TITLE, OR OTHER REPRESENTATION OF THE STATUS OF TITLE. THE PROCEDURES USED BY THE COMPANY TO DETERMINE INSURABILITY OF THE TITLE, INCLUDING ANY SEARCH AND EXAMINATION, ARE PROPRIETARY TO THE COMPANY, WERE PERFORMED SOLELY FOR THE BENEFIT OF THE COMPANY, AND CREATE NO EXTRACONTRACTUAL LIABILITY TO ANY PERSON, INCLUDING A PROPOSED INSURED.

THE COMPANY'S OBLIGATION UNDER THIS COMMITMENT IS TO ISSUE A POLICY TO A PROPOSED INSURED IDENTIFIED IN SCHEDULE A IN ACCORDANCE WITH THE TERMS AND PROVISIONS OF THIS COMMITMENT. THE COMPANY HAS NO LIABILITY OR OBLIGATION INVOLVING THE CONTENT OF THIS COMMITMENT TO ANY OTHER PERSON.

### COMMITMENT TO ISSUE POLICY

Subject to the Notice; Schedule B, Part I - Requirements; Schedule B, Part II - Exceptions; and the Commitment Conditions, Chicago Title Insurance Company, a Florida corporation (the "Company"), commits to issue the Policy according to the terms and provisions of this Commitment. This Commitment is effective as of the Commitment Date shown in Schedule A for each Policy described in Schedule A, only when the Company has entered in Schedule A both the specified dollar amount as the Proposed Amount of Insurance and the name of the Proposed Insured.

If all of the Schedule B, Part I - Requirements have not been met within 60 after the Commitment Date, this Commitment terminates and the Company's liability and obligation end.

CHICAGO TITLE INSURANCE COMPANY

By: *Michael J. Nolan*
Michael J. Nolan
President

ATTEST: *Marjorie Nemzura*
Marjorie Nemzura
Secretary

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B                                                                ALTA Commitment for Title Insurance (7-1-21)

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



SD-2680179

**COMMITMENT CONDITIONS**

1. DEFINITIONS
   a. "Discriminatory Covenant": Any covenant, condition, restriction, or limitation that is unenforceable under applicable law because it illegally discriminates against a class of individuals based on personal characteristics such as race, color, religion, sex, sexual orientation, gender identity, familial status, disability, national origin, or other legally protected class.
   b. "Knowledge" or "Known": Actual knowledge or actual notice, but not constructive notice imparted by the Public Records.
   c. "Land": The land described in Item 5 of Schedule A and improvements located on that land that by State law constitute real property. The term "Land" does not include any property beyond that described in Schedule A, nor any right, title, interest, estate, or easement in any abutting street, road, avenue, alley, lane, right-of-way, body of water, or waterway, but does not modify or limit the extent that a right of access to and from the Land is to be insured by the Policy.
   d. "Mortgage": A mortgage, deed of trust, trust deed, security deed, or other real property security instrument, including one evidenced by electronic means authorized by law.
   e. "Policy": Each contract of title insurance, in a form adopted by the American Land Title Association, issued or to be issued by the Company pursuant to this Commitment.
   f. "Proposed Amount of Insurance": Each dollar amount specified in Schedule A as the Proposed Amount of Insurance of each Policy to be issued pursuant to this Commitment.
   g. "Proposed Insured": Each person identified in Schedule A as the Proposed Insured of each Policy to be issued pursuant to this Commitment.
   h. "Public Records": The recording or filing system established under State statutes in effect at the Commitment Date under which a document must be recorded or filed to impart constructive notice of matters relating to the Title to a purchaser for value without Knowledge. The term "Public Records" does not include any other recording or filing system, including any pertaining to environmental remediation or protection, planning, permitting, zoning, licensing, building, health, public safety, or national security matters.
   i. "State": The state or commonwealth of the United States within whose exterior boundaries the Land is located. The term "State" also includes the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, and Guam.
   j. "Title": The estate or interest in the Land identified in Item 3 of Schedule A.

2. If all of the Schedule B, Part I - Requirements have not been met within the time period specified in the Commitment to Issue Policy, this Commitment terminates and the Company's liability and obligation end.

3. The Company's liability and obligation is limited by and this Commitment is not valid without:
   a. the Notice;
   b. the Commitment to Issue Policy;
   c. the Commitment Conditions;
   d. Schedule A;
   e. Schedule B, Part I - Requirements; and
   f. Schedule B, Part II - Exceptions; and
   g. a counter-signature by the Company or its issuing agent that may be in electronic form.

4. COMPANY'S RIGHT TO AMEND
   The Company may amend this Commitment at any time. If the Company amends this Commitment to add a defect, lien, encumbrance, adverse claim, or other matter recorded in the Public Records prior to the Commitment Date, any liability of the Company is limited by Commitment Condition 5. The Company is not liable for any other amendment to this Commitment.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B                                                                              ALTA Commitment for Title Insurance (7-1-21)

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and
ALTA members in good standing as of the date of use. All other uses are prohibited.
Reprinted under license from the American Land Title Association.



SD-2680179

**5.** LIMITATIONS OF LIABILITY

a. The Company's liability under Commitment Condition 4 is limited to the Proposed Insured's actual expense incurred in the interval between the Company's delivery to the Proposed Insured of the Commitment and the delivery of the amended Commitment, resulting from the Proposed Insured's good faith reliance to:

   i. comply with the Schedule B, Part I - Requirements;

   ii. eliminate, with the Company's written consent, any Schedule B, Part II - Exceptions; or

   iii. acquire the Title or create the Mortgage covered by this Commitment.

b. The Company is not liable under Commitment Condition 5.a. if the Proposed Insured requested the amendment or had Knowledge of the matter and did not notify the Company about it in writing.

c. The Company is only liable under Commitment Condition 4 if the Proposed Insured would not have incurred the expense had the Commitment included the added matter when the Commitment was first delivered to the Proposed Insured.

d. The Company's liability does not exceed the lesser of the Proposed Insured's actual expense incurred in good faith and described in Commitment Condition 5.a. or the Proposed Amount of Insurance.

e. The Company is not liable for the content of the Transaction Identification Data, if any.

f. The Company is not obligated to issue the Policy referred to in this Commitment unless all of the Schedule B, Part I - Requirements have been met to the satisfaction of the Company.

g. The Company's liability is further limited by the terms and provisions of the Policy to be issued to the Proposed Insured.

**6.** LIABILITY OF THE COMPANY MUST BE BASED ON THIS COMMITMENT; CHOICE OF LAW AND CHOICE OF FORUM

a. Only a Proposed Insured identified in Schedule A, and no other person, may make a claim under this Commitment.

b. Any claim must be based in contract under the State law of the State where the Land is located and is restricted to the terms and provisions of this Commitment. Any litigation or other proceeding brought by the Proposed Insured against the Company must be filed only in a State or federal court having jurisdiction.

c. This Commitment, as last revised, is the exclusive and entire agreement between the parties with respect to the subject matter of this Commitment and supersedes all prior commitment negotiations, representations, and proposals of any kind, whether written or oral, express or implied, relating to the subject matter of this Commitment.

d. The deletion or modification of any Schedule B, Part II - Exception does not constitute an agreement or obligation to provide coverage beyond the terms and provisions of this Commitment or the Policy.

e. Any amendment or endorsement to this Commitment must be in writing and authenticated by a person authorized by the Company.

f. When the Policy is issued, all liability and obligation under this Commitment will end and the Company's only liability will be under the Policy.

**7.** IF THIS COMMITMENT IS ISSUED BY AN ISSUING AGENT

The issuing agent is the Company's agent only for the limited purpose of issuing title insurance commitments and policies. The issuing agent is not the Company's agent for closing, settlement, escrow, or any other purpose.

**8.** PRO-FORMA POLICY

The Company may provide, at the request of a Proposed Insured, a pro-forma policy illustrating the coverage that the Company may provide. A pro-forma policy neither reflects the status of Title at the time that the pro-forma policy is delivered to a Proposed Insured, nor is it a commitment to insure.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B                                                 ALTA Commitment for Title Insurance (7-1-21)

**Copyright 2021 American Land Title Association. All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



SD-2680179

**9.** CLAIMS PROCEDURES

This Commitment incorporates by reference all Conditions for making a claim in the Policy to be issued to the Proposed Insured. Commitment Condition 9 does not modify the limitations of liability in Commitment Conditions 5 and 6.

**10.** CLASS ACTION

ALL CLAIMS AND DISPUTES ARISING OUT OF OR RELATING TO THIS COMMITMENT, INCLUDING ANY SERVICE OR OTHER MATTER IN CONNECTION WITH ISSUING THIS COMMITMENT, ANY BREACH OF A COMMITMENT PROVISION, OR ANY OTHER CLAIM OR DISPUTE ARISING OUT OF OR RELATING TO THE TRANSACTION GIVING RISE TO THIS COMMITMENT, MUST BE BROUGHT IN AN INDIVIDUAL CAPACITY.  NO PARTY MAY SERVE AS PLAINTIFF, CLASS MEMBER, OR PARTICIPANT IN ANY CLASS OR REPRESENTATIVE PROCEEDING.  ANY POLICY ISSUED PURSUANT TO THIS COMMITMENT WILL CONTAIN A CLASS ACTION CONDITION.

**11.** ARBITRATION

The Policy contains an arbitration clause. All arbitrable matters when the Proposed Amount of Insurance is $2,000,000 or less may be arbitrated at the election of either the Company or the Proposed Insured as the exclusive remedy of the parties. A Proposed Insured may review a copy of the arbitration rules at http://www.alta.org/arbitration.

---

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B                                                                                      ALTA Commitment for Title Insurance (7-1-21)

**Copyright 2021 American Land Title Association. All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



SD-2680179



**CHICAGO TITLE INSURANCE COMPANY®**

**Transaction Identification Data, for which the Company assumes no liability as set forth in Commitment Condition 5.e.:**

Issuing Agent:            First Dakota Title
Issuing Office:           168 North Broadway, Watertown, SD 57201
Issuing Office's ALTA® Registry ID:
Commitment No.:           SD-2680179-1
Issuing Office File No.:   SD-2680179
Property Address:         315 East Kemp Avenue, Watertown, SD 57201

## SCHEDULE A

1. Commitment Date:  June 5, 2026 at 07:00 AM
2. Policy to be issued:

   a. 2021 ALTA Owner's Policy (07/01/21)
      Proposed Insured:   Build, LLC
      Proposed Amount of Insurance:      $11,265,000.00
      The estate or interest to be insured:   Fee Simple
3. The estate or interest in the Land at the Commitment Date is:  Fee Simple.

4. The Title is, at the Commitment Date, vested in:  The Ruins, LLC, a South Dakota limited liability company.

5. The Land is described as follows:

   The Ruins Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

CHICAGO TITLE INSURANCE COMPANY

First Dakota Title

_Elizabeth Price_
_____
Authorized Signatory

_This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form._

72C170B41                                                    ALTA Commitment for Title Insurance (7-1-21) w -SD Mod

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and
ALTA members in good standing as of the date of use. All other uses are prohibited.
Reprinted under license from the American Land Title Association.



SD-2680179



# SCHEDULE B, PART I - REQUIREMENTS

All of the following Requirements must be met:

1.  The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Commitment who will obtain an interest in the Land or who will make a loan on the Land.  The Company may then make additional Requirements or Exceptions.

2.  Pay the agreed amount for the estate or interest to be insured.

3.  Pay the premiums, fees, and charges for the Policy to the Company.

4.  Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

5.  Provide the title company with the Operating Agreement for The Ruins, LLC for review. Upon review of the Operating Agreement the title company may also require a written statement from the The Ruins, LLC, in the form of a Resolution, that authorizes the proposed transaction and if necessary, designates the applicable Member(s) or Manager(s) authorized to execute the proposed Deed or Mortgage and all title related documents on behalf of the LLC.  (The resolution from the LLC must be signed by a majority of the controlling Members of the LLC.)

6.  An Order from the South Dakota Bankruptcy Court approving the sale of the property described in Schedule A of this commitment. A Certified Copy of the Order must be provided to the Company prior to closing and is subject to the approval of the Company. BK #25-30004.

7.  Deed executed by Erik Ahlgren, solely in his capacity as trustee for the bankruptcy estate of The Ruins, LLC to Build, LLC  Note:  Certificate of Real Estate Value must accompany the deed for filing.

8.  Satisfaction of a Mortgage dated March 16, 2021, executed by Craig Holdings, LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on March 17, 2021 and recorded in Book 990, page 6316.

    Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556.

    Subordination Agreement dated August 22, 2022, executed by and between  Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B41                                                     ALTA Commitment for Title Insurance (7-1-21) w -SD Mod

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited.
Reprinted under license from the American Land Title Association.



SD-2680179

## SCHEDULE B, PART I
(Continued)

9.     Partial Satisfaction of a Mortgage dated November 1, 2021, executed by Craig Holdings LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on November 4, 2021 and recorded in Book 990, page 7854.

Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556.

Subordination Agreement dated August 22, 2022, executed by and between  Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

10.    Satisfaction of a Mortgage with Future Advance Clause dated August 1, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $2,750,000.00 and interest, filed on August 4, 2022 and recorded in Book 990 of Mortgages on page 9258.

11.    Satisfaction of a Mortgage with Future Advance Clause dated March 9, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $7,740,000.00 and interest, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8555.

12.    Satisfaction of a Mechanic's Lien claim by Xtreme Fire Protection, LLC in the sum of $32,926.36 and interest, if any, filed on February 6, 2023, File No: 202300326, Book 2023 on Page 52.

13.    Satisfaction of a Mechanic's Lien claim by B&W Construction LLC in the sum of $575,722.27 and interest, if any, filed on February 7, 2023, File No: 202300339, Book 2023 on Page 53.

14.    Satisfaction of a Mechanic's Lien claim by Watertight, Inc. in the sum of $247,176.70 and interest, if any, filed on February 24, 2023, File No: 202300499, Book 2023 on Page 68.

15.    Satisfaction of a Mechanic's Lien claim by Perfekt, Inc. in the sum of $286,700.00 and interest, if any, filed on June 23, 2023, File No: 202301940, Book 2023 on Page 188.

16.    Satisfaction of a Mechanic's Lien claim by Performance Spray Foam, LLC in the sum of $151,058.40 and interest, if any, filed on July 19, 2023, File No: 202302299, Book 2023 on Page 224.

17.    Satisfaction of a Mechanic's Lien claim by D & M Industries Inc. in the sum of $258,473.27 and interest, if any, filed on August 18, 2023, File No: 202302685, Book 2023 on Page 277.

18.    Satisfaction of a Mechanic's Lien claim by Top Finish Carpentry, LLC in the sum of $162,900.00 and interest, if any, filed on September 1, 2023, File No: 202302839, Book 2023 on Page 277.

19.    Satisfaction of a Mechanic's Lien claim by Brian's Glass & Door LLC in the sum of $17,720.00 and interest, if any, filed on February 22, 2024, File No: 202400558, Book 2024 on Page 93.

20.    Satisfaction of a Mechanic's Lien claim by Lakeside Construction and Masonry in the sum of $141,954.97 and interest, if any, filed on March 21, 2024, File No: 202400816, Book 2024 on Page 123.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B41                                                                ALTA Commitment for Title Insurance (7-1-21) w -SD Mod

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and
ALTA members in good standing as of the date of use. All other uses are prohibited.
Reprinted under license from the American Land Title Association.



SD-2680179

## SCHEDULE B, PART I
(Continued)

21.     Satisfaction of a Mechanic's Lien claim by The Roofing Company, LLC in the sum of $128,680.73 and interest, if any, filed on April 19, 2024, File No: 202401152, Book 2024 on Page 151.

22.     Satisfaction of an Amendment of  Lis Pendens executed by Diamond Wall Systems, Inc., Plaintiff(s), v. Craig Properties, LLC, a North Dakota limited liability company, Craig Development, LLC, a North Dakota limited liability company, The Ruins, LLC, a South Dakota limited liability company, Craig Holdings, LLC a North Dakota limited liability company, Watertown Development Company, a South Dakota nonprofit corporation. Red River State Bank, a Minnesota, Xtreme Fire Protection, LLC, a South Dakota limited liability company, B & W Construction, LLC, a South Dakota limited liability company, Watertight, Inc., Hamlin  Building Center, Inc., a South Dakota corporation, Performance Spray Foam, LLC, a South Dakota limited liability company, XYZ Corporation; ABS Partnership, Defendant(s), dated September 21, 2023, filed September 21, 2023 and recorded in Book 4 of Lis Pendens on page 10.

23.     Satisfaction of a Lis Pendens executed by Red River State Bank, Plaintiff(s), v. The Ruins, LLC; Watertown Development Company; Watertight, Inc; Hamlin Building Center, Inc.; Xtreme Fire Protection, LLC; Performance Spray Form, LLC; B&W Construction, LLC; Diamond Wall Systems Inc.; D & M Industries, Inc.; Top Finish Carpentry, LLC; Craig Development, LLC; Craig Holdings, LLC; Craig Properties, LLC; Jesse Craig; and Codington County, South Dakota, Defendant(s), dated February 28, 2024, filed March 4, 2024 and recorded in Book 4U of Lis Pendens on page 182.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B41                                                                         ALTA Commitment for Title Insurance (7-1-21) w -SD Mod

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



AMERICAN
LAND TITLE
ASSOCIATION

SD-2680179



## SCHEDULE B, PART II - EXCEPTIONS

**Some historical land records contain Discriminatory Covenants that are illegal and unenforceable by law. This Commitment and the Policy treat any Discriminatory Covenant in a document referenced in Schedule B as if each Discriminatory Covenant is redacted, repudiated, removed, and not republished or recirculated. Only the remaining provisions of the document will be excepted from coverage.**

The Policy will not insure against loss or damage resulting from the terms and conditions of any lease or easement identified in Schedule A, and will include the following Exceptions unless cleared to the satisfaction of the Company:

1. Any defect, lien, encumbrance, adverse claim, or other matter that appears for the first time in the Public Records or is created, attaches, or is disclosed between the Commitment Date and the date on which all of the Schedule B, Part I-Requirements are met.

2. Rights or claims of parties in possession not shown by the public records.

3. Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land.

4. Easements, or claims of easements, not shown by the public records.

5. Any lien, or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

6. Unpatented mining claims; (b) reservations or exception in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.

7. Any right, title, or interest in any minerals, mineral rights, or related matters, including but not limited to oil, gas, coal and other hydrocarbons.

8. Liens or deferred charges for sewer, water mains and service pipes, not shown on the tax rolls.

9. Taxes or special assessments which are not shown as existing by the public records.

10. The 2023 Real Estate Taxes due and payable in 2024 in the amount $32,578.44 are delinquent and have additional interest due. Tax ID # 009352.

11. The 2024 Real Estate Taxes due and payable in 2025 in the amount $57,060.60 are delinquent and have additional interest due. Tax ID # 009352.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B41                                                ALTA Commitment for Title Insurance (7-1-21) w -SD Mod

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



SD-2680179

## SCHEDULE B, PART II
(Continued)

12.     The 2025 Real Estate Taxes due and payable in 2026 in the amount $67,996.25. The 1st half is due April 30, 2026 in the amount of $36,645.62.  The 2nd half is due October 31, 2026 in the amount of $31,350.63. Tax ID # 009352.

13.     County records indicate the property is classified as non-owner occupied status.

14.     Assessments payable at the Office of Finance, City of Watertown, in the amount of $37,454.90 plus interest, if any for Sidewalk, Curb & Gutter, and Asphalt Surfacing Improvements.

15.     Amendment of  Lis Pendens executed by Diamond Wall Systems, Inc., Plaintiff(s), v. Craig Properties, LLC, a North Dakota limited liability company, Craig Development, LLC, a North Dakota limited liability company, The Ruins, LLC, a South Dakota limited liability company, Craig Holdings, LLC a North Dakota limited liability company, Watertown Development Company, a South Dakota nonprofit corporation. Red River State Bank, a Minnesota, Xtreme Fire Protection, LLC, a South Dakota limited liability company, B & W Construction, LLC, a South Dakota limited liability company, Watertight, Inc., Hamlin  Building Center, Inc., a South Dakota corporation, Performance Spray Foam, LLC, a South Dakota limited liability company, XYZ Corporation; ABS Partnership, Defendant(s), dated September 21, 2023, filed September 21, 2023 and recorded in Book 4 of Lis Pendens on page 10.

        Note:  Upon compliance with item 21 of Schedule B-1, this exception will not appear on the final policy.

16.     Lis Pendens executed by Red River State Bank, Plaintiff(s), v. The Ruins, LLC; Watertown Development Company; Watertight, Inc; Hamlin Building Center, Inc.; Xtreme Fire Protection, LLC; Performance Spray Form, LLC; B&W Construction, LLC; Diamond Wall Systems Inc.; D & M Industries, Inc.; Top Finish Carpentry, LLC; Craig Development, LLC; Craig Holdings, LLC; Craig Properties, LLC; Jesse Craig; and Codington County, South Dakota, Defendant(s), dated February 28, 2024, filed March 4, 2024 and recorded in Book 4U of Lis Pendens on page 182.

        Note:  Upon compliance with item 22 of Schedule B-1, this exception will not appear on the final policy.

17.     Any right, title, or interest claimed by any lessee or tenant, or by an assignee of same, in any portion of the subject property by virtue of any unrecorded lease, agreement, or memorandum thereof, including, but not limited to, any option to renew, option to purchase, and restriction against another business of the same nature.

18.     Reservations, Exceptions and Conditions, if any, in the Act of Congress approved March 3, 1857, and in the Acts of March 3, 1865, and July 13, 1866, amendatory thereto, authorizing the Land Grant for the land in 31-117-52. Said Land Grant being recorded January 20, 1881, in Book A of Deeds on Pages 423-450 and a transcript of the approved list of lands subject to said Land Grant being recorded May 7, 1909 at 8:00 a.m. in Book F of Miscellaneous on Pages 603-604.

19.     Memorandum of Service and Easement Agreement dated September 26, 2000, executed by Costello Companies to Midcontinent Communications, filed on October 25, 2000 and recorded in Book 4N of Miscellaneous on page 286-288.

20.     Development Agreement dated May 12, 2021, executed by and between City of Watertown, a South Dakota Municipality and The Ruins, LLC, a South Dakota Limited Liability Company, filed on May 21, 2021 and recorded in Book 4T of Development Agreement on page 8731.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B41                                                                    ALTA Commitment for Title Insurance (7-1-21) w -SD Mod

**Copyright 2021 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and
ALTA members in good standing as of the date of use. All other uses are prohibited.
Reprinted under license from the American Land Title Association.



SD-2680179

## SCHEDULE B, PART II
(Continued)

21.      Easements contained in Plat filed March 7, 2022, and recorded in <u>Book OP of Plats on page 945</u>.

      NOTE: The current vesting document was filed more than 24 months ago. The Ruins, LLC, a South Dakota limited liability company acquired interest by Quit Claim Deed from Craig Holding, LLC, a North Dakota limited liability company recorded on March 7, 2022 in <u>Book 425 of Deeds on Page 7884</u>.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C170B41                                          ALTA Commitment for Title Insurance (7-1-21) w -SD Mod

**Copyright 2021 American Land Title Association. All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and
ALTA members in good standing as of the date of use. All other uses are prohibited.
Reprinted under license from the American Land Title Association.



SD-2680179

| | |
|---|---|
| **From:** | Michael Duffy |
| **To:** | Doug Murch |
| **Cc:** | Erik Ahlgren |
| **Subject:** | The Ruins: Closing |
| **Date:** | Wednesday, June 24, 2026 6:09:34 PM |

Doug,

Thank you for speaking with me today about First Dakota's reluctance to issue a title policy without lien exceptions despite the court order approving a sale free and clear of liens. As we discussed, Erik invites Build LLC to find and use another title company to close the deal.

Best,

Michael

| | |
|---|---|
| **From:** | Nancy Hughes |
| **To:** | Erik Ahlgren; Doug Murch; Kesha L. Tanabe; Caren W. Stanley; M Duffy; Jesse Craig |
| **Cc:** | Cuticelli, Jonathan; Michael Martin; Aaron Fox |
| **Subject:** | RE: SD-2687641-CO Updated Title Commitment w OR as Underwriter - The Ruins, LLC to Build, LLC |
| **Date:** | Monday, July 6, 2026 10:50:04 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | Rev 2 Commitment.pdf |
| | Invoice(1).pdf |

Please see attached updated title commitment with Old Republic as underwriter. (Title premiums did not change)

Please note Requirement 6 for insurance:

**6. An updated order of the Bankruptcy Court specifically identifying the judgments, liens, and lis pendens from which the Property is being sold free and clear, together with sufficient authority for the release of the lis pendens affecting the Property. Proper notice of the order must have been given, and the applicable appeal period must have expired. BK #25-30004.**

**Nancy Hughes**
President - Commercial Operations
**Direct:** (605) 977-7690
**First Dakota Title**
600 S Main Ave
Sioux Falls, SD 57104
**Office:** (605) 338-6505
**Fax:** (605) 338-0443

 The Title Resource Network ™

**www.thetitleresourcenetwork.com**

American Land Title Association's Best Practice Certified.

**The Title Resource Network Privacy Policy**

**WARNING! CYBER FRAUD ADVISORY: Please remember that we will never ask for a change in wiring instructions leading up to the closing. PLEASE CALL OUR OFFICE PRIOR TO CLOSING TO VERIFY OUR WIRING INSTRUCTIONS.**

NOTICE: This e-mail and any attachment is private and meant for the sole use of the intended recipient. It may contain personally identifiable financial information protected by law. No confidentiality or other legal protection is waived by virtue of this information having been sent by e-mail. Any disclosure, use, dissemination, or copying of the information is strictly prohibited by anyone except the intended recipient or their agent. If you received this e-mail in error please notify us immediately by returning it to the sender, calling 605-338-6505 and immediately deleting this e-mail and any attachments.

**From:** Erik Ahlgren <Erik@Ahlgrenlawoffice.net>
**Sent:** Monday, July 6, 2026 10:42 AM
**To:** Doug Murch <dmurch@conmylaw.com>; Kesha L. Tanabe <ktanabe@vogellaw.com>; Caren W. Stanley <cstanley@vogellaw.com>; Nancy Hughes <NHughes@TheTitleResourceNetwork.com>; M Duffy <michael@ahlgrenlaw.net>; Jesse Craig <jcraig@craigprop.com>
**Cc:** Cuticelli, Jonathan <jcuticelli@hilcoglobal.com>; Michael Martin <mmartin@naisiouxfalls.com>
**Subject:** Re: SD-2687641-CO Combined Draft Stlmt Stmt - The Ruins, LLC to Build, LLC

Doug,

The purchase agreement set a 30-day close, which was not subject to financing or any other contingency. Recall that the procedures motion and order provided for a 15-day close, so we have provided an extended time to close but we cannot risk losing Archer as an alternate purchaser and, therefore, must insist on today's closing date.

If you can represent to us that Build LLC is able and intending to close, we will travel to Sioux Falls for the closing. If we do not close, we intend on giving a notice of termination.

Erik

---

**From:** Doug Murch <dmurch@conmylaw.com>
**Sent:** Monday, July 6, 2026 9:59 AM
**To:** Kesha L. Tanabe <ktanabe@vogellaw.com>; Nancy Hughes <NHughes@TheTitleResourceNetwork.com>; M Duffy <michael@ahlgrenlaw.net>; Erik Ahlgren <Erik@Ahlgrenlawoffice.net>; Jesse Craig <jcraig@craigprop.com>
**Cc:** Cuticelli, Jonathan <jcuticelli@hilcoglobal.com>; Michael Martin <mmartin@naisiouxfalls.com>
**Subject:** RE: SD-2687641-CO Combined Draft Stlmt Stmt - The Ruins, LLC to Build, LLC

All,

First Dakota Title does not have an accurate quote for title insurance for the Settlement Statement nor a title insurance commitment with requirements for closing from a title insurance company that is willing to issue title insurance for the property.  Erik asked us to line that up after Chicago Title indicated it would require releases of all filed liens, which we have been working on.  How does anyone expect this to close today under those circumstances?

Doug

**From:** Kesha L. Tanabe <ktanabe@vogellaw.com>
**Sent:** Monday, July 6, 2026 9:22 AM
**To:** Nancy Hughes <NHughes@TheTitleResourceNetwork.com>; Michael Duffy <michael@ahlgrenlaw.net>; Doug Murch <dmurch@conmylaw.com>; erik@ahlgrenlawoffice.net; Jesse Craig <jcraig@craigprop.com>
**Cc:** Cuticelli, Jonathan <jcuticelli@hilcoglobal.com>; Michael Martin <mmartin@naisiouxfalls.com>
**Subject:** RE: SD-2687641-CO Combined Draft Stlmt Stmt - The Ruins, LLC to Build, LLC

Nancy,

The purchase agreement requires the closing to occur by 10am.

Are there funds available to close?

## Kesha L. Tanabe

**Attorney**

**T** 701.237.6983 Ext. 6342 | **TF** 800.677.5024

**D** 701.356.6342 | **F** 701.476.7676

218 NP Avenue | Fargo, ND 58102
P.O. Box 1389 | Fargo, ND 58107

vogellaw.com | ktanabe@vogellaw.com

*Connect with me on LinkedIn.*





This communication is from Vogel Law Firm, Ltd. and may contain information that is privileged, confidential, and protected under attorney-client privilege or attorney work product privilege. If you are not the intended recipient, any disclosure, copying, distribution, or use of this message is strictly prohibited. If you received this email in error, please delete it immediately and notify the sender by replying to this email.

**From:** Nancy Hughes <NHughes@TheTitleResourceNetwork.com>
**Sent:** Monday, July 6, 2026 8:41 AM
**To:** Michael Duffy <michael@ahlgrenlaw.net>; Doug Murch <dmurch@conmylaw.com>; Kesha L. Tanabe <ktanabe@vogellaw.com>; erik@ahlgrenlawoffice.net; Jesse Craig <jcraig@craigprop.com>
**Cc:** Cuticelli, Jonathan <jcuticelli@hilcoglobal.com>; Michael Martin <mmartin@naisiouxfalls.com>
**Subject:** SD-2687641-CO Combined Draft Stlmt Stmt - The Ruins, LLC to Build, LLC

Good morning.

Please find attached a draft combined settlement statement for your review.

Please note the following:

1.  I am waiting on confirmed title insurance policy rate with Old Republic as underwriter – those on the statement are Old Chicago rates.
2.  In South Dakota, commissions are subject to sales tax.  Rate would be 6.2% of commission.  Confirm/advise if I should add sales tax to the settlement statement.
3.  I did not add a Deed Transfer Fee as I believe this transaction would be exempt – confirm.

**Nancy Hughes**
President **-** Commercial Operations
**Direct:** (605) 977**-**7690
**First Dakota Title**
600 S Main Ave
Sioux Falls, SD 57104
**Office:** (605) 338-6505
**Fax:** (605) 338-0443

 The Title Resource Network ™

**www.thetitleresourcenetwork.com**

American Land Title Association's Best Practice Certified.

**The Title Resource Network Privacy Policy**

**WARNING! CYBER FRAUD ADVISORY: Please remember that we will never ask for a change in wiring instructions leading up to the closing. PLEASE CALL OUR OFFICE PRIOR TO CLOSING TO VERIFY OUR WIRING INSTRUCTIONS.**

NOTICE: This e-mail and any attachment is private and meant for the sole use of the intended recipient. It may contain personally identifiable financial information protected by law. No confidentiality or other legal protection is waived by virtue of this information having been sent by e-mail. Any disclosure, use, dissemination, or copying of the information is strictly prohibited by anyone except the intended recipient or their agent. If you received this e-mail in error please notify us immediately by returning it to the sender, calling 605-338-6505 and immediately deleting this e-mail and any attachments.



# ALTA COMMITMENT FOR TITLE INSURANCE

Issued by  OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

## NOTICE

**IMPORTANT—READ CAREFULLY:** THIS COMMITMENT IS AN OFFER TO ISSUE ONE OR MORE TITLE INSURANCE POLICIES. ALL CLAIMS OR REMEDIES SOUGHT AGAINST THE COMPANY INVOLVING THE CONTENT OF THIS COMMITMENT OR THE POLICY MUST BE BASED SOLELY IN CONTRACT.

THIS COMMITMENT IS NOT AN ABSTRACT OF TITLE, REPORT OF THE CONDITION OF TITLE, LEGAL OPINION, OPINION OF TITLE, OR OTHER REPRESENTATION OF THE STATUS OF TITLE. THE PROCEDURES USED BY THE COMPANY TO DETERMINE INSURABILITY OF THE TITLE, INCLUDING ANY SEARCH AND EXAMINATION, ARE PROPRIETARY TO THE COMPANY, WERE PERFORMED SOLELY FOR THE BENEFIT OF THE COMPANY, AND CREATE NO EXTRACONTRACTUAL LIABILITY TO ANY PERSON, INCLUDING A PROPOSED INSURED.

THE COMPANY'S OBLIGATION UNDER THIS COMMITMENT IS TO ISSUE A POLICY TO A PROPOSED INSURED IDENTIFIED IN SCHEDULE A IN ACCORDANCE WITH THE TERMS AND PROVISIONS OF THIS COMMITMENT. THE COMPANY HAS NO LIABILITY OR OBLIGATION INVOLVING THE CONTENT OF THIS COMMITMENT TO ANY OTHER PERSON.

## COMMITMENT TO ISSUE POLICY

Subject to the Notice; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and the Commitment Conditions, Old Republic National Title Insurance Company, (the "Company"), commits to issue the Policy according to the terms and provisions of this Commitment. This Commitment is effective as of the Commitment Date shown in Schedule A for each Policy described in Schedule A, only when the Company has entered in Schedule A both the specified dollar amount as the Proposed Amount of Insurance and the name of the Proposed Insured.

If all of the Schedule B, Part I—Requirements have not been met within 60 after the Commitment Date, this Commitment terminates and the Company's liability and obligation end.

First Dakota Title

*Elizabeth Price*

_____
Authorized Signatory

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**
*A Stock Company*
*1408 North Westshore Blvd., Suite 900, Tampa, Florida 33607*
*(612) 371-1111*                www.oldrepublictitle.com

By   *C Monroe*                                    President

Attest   *Kent Lewis*                               Secretary

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757DD**                                                                                    SD-2680179
**ALTA Commitment for Title Insurance 2021 v. 01.00**
**07/01/2021**

## Commitment Conditions

1. DEFINITIONS
   a. "Discriminatory Covenant": Any covenant, condition, restriction, or limitation that is unenforceable under applicable law because it illegally discriminates against a class of individuals based on personal characteristics such as race, color, religion, sex, sexual orientation, gender identity, familial status, disability, national origin, or other legally protected class.
   b. "Knowledge" or "Known": Actual knowledge or actual notice, but not constructive notice imparted by the Public Records.
   c. "Land": The land described in Item 5 of Schedule A and improvements located on that land that by State law constitute real property. The term "Land" does not include any property beyond that described in Schedule A, nor any right, title, interest, estate, or easement in any abutting street, road, avenue, alley, lane, right-of-way, body of water, or waterway, but does not modify or limit the extent that a right of access to and from the Land is to be insured by the Policy.
   d. "Mortgage": A mortgage, deed of trust, trust deed, security deed, or other real property security instrument, including one evidenced by electronic means authorized by law.
   e. "Policy": Each contract of title insurance, in a form adopted by the American Land Title Association, issued or to be issued by the Company pursuant to this Commitment.
   f. "Proposed Amount of Insurance": Each dollar amount specified in Schedule A as the Proposed Amount of Insurance of each Policy to be issued pursuant to this Commitment.
   g. "Proposed Insured": Each person identified in Schedule A as the Proposed Insured of each Policy to be issued pursuant to this Commitment.
   h. "Public Records": The recording or filing system established under State statutes in effect at the Commitment Date under which a document must be recorded or filed to impart constructive notice of matters relating to the Title to a purchaser for value without Knowledge. The term "Public Records" does not include any other recording or filing system, including any pertaining to environmental remediation or protection, planning, permitting, zoning, licensing, building, health, public safety, or national security matters.
   i. "State": The state or commonwealth of the United States within whose exterior boundaries the Land is located. The term "State" also includes the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, and Guam.
   j. "Title": The estate or interest in the Land identified in Item 3 of Schedule A.

2. If all of the Schedule B, Part I—Requirements have not been met within the time period specified in the Commitment to Issue Policy, this Commitment terminates and the Company's liability and obligation end.

3. The Company's liability and obligation is limited by and this Commitment is not valid without:
   a. the Notice;
   b. the Commitment to Issue Policy;
   c. the Commitment Conditions;
   d. Schedule A;
   e. Schedule B, Part I—Requirements;[ and]
   f. Schedule B, Part II—Exceptions[; and
   g. a counter-signature by the Company or its issuing agent that may be in electronic form].

4. COMPANY'S RIGHT TO AMEND
   The Company may amend this Commitment at any time. If the Company amends this Commitment to add a defect, lien, encumbrance, adverse claim, or other matter recorded in the Public Records prior to the Commitment Date, any liability of the Company is limited by Commitment Condition 5. The Company is not liable for any other amendment to this Commitment.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757DD**                                                                                          SD-2680179
**ALTA Commitment for Title Insurance 2021 v. 01.00**
**07/01/2021**

5.  LIMITATIONS OF LIABILITY
    a.  The Company's liability under Commitment Condition 4 is limited to the Proposed Insured's actual expense incurred in the interval between the Company's delivery to the Proposed Insured of the Commitment and the delivery of the amended Commitment, resulting from the Proposed Insured's good faith reliance to:
        i.   comply with the Schedule B, Part I—Requirements;
        ii.  eliminate, with the Company's written consent, any Schedule B, Part II—Exceptions; or
        iii. acquire the Title or create the Mortgage covered by this Commitment.
    b.  The Company is not liable under Commitment Condition 5.a. if the Proposed Insured requested the amendment or had Knowledge of the matter and did not notify the Company about it in writing.
    c.  The Company is only liable under Commitment Condition 4 if the Proposed Insured would not have incurred the expense had the Commitment included the added matter when the Commitment was first delivered to the Proposed Insured.
    d.  The Company's liability does not exceed the lesser of the Proposed Insured's actual expense incurred in good faith and described in Commitment Condition 5.a. or the Proposed Amount of Insurance.
    e.  The Company is not liable for the content of the Transaction Identification Data, if any.
    f.  The Company is not obligated to issue the Policy referred to in this Commitment unless all of the Schedule B, Part I—Requirements have been met to the satisfaction of the Company.
    g.  The Company's liability is further limited by the terms and provisions of the Policy to be issued to the Proposed Insured.

6.  LIABILITY OF THE COMPANY MUST BE BASED ON THIS COMMITMENT; CHOICE OF LAW AND CHOICE OF FORUM
    a.  Only a Proposed Insured identified in Schedule A, and no other person, may make a claim under this Commitment.
    b.  Any claim must be based in contract under the State law of the State where the Land is located and is restricted to the terms and provisions of this Commitment. Any litigation or other proceeding brought by the Proposed Insured against the Company must be filed only in a State or federal court having jurisdiction.
    c.  This Commitment, as last revised, is the exclusive and entire agreement between the parties with respect to the subject matter of this Commitment and supersedes all prior commitment negotiations, representations, and proposals of any kind, whether written or oral, express or implied, relating to the subject matter of this Commitment.
    d.  The deletion or modification of any Schedule B, Part II—Exception does not constitute an agreement or obligation to provide coverage beyond the terms and provisions of this Commitment or the Policy.
    e.  Any amendment or endorsement to this Commitment must be in writing[ and authenticated by a person authorized by the Company].
    f.  When the Policy is issued, all liability and obligation under this Commitment will end and the Company's only liability will be under the Policy.

7.  IF THIS COMMITMENT IS ISSUED BY AN ISSUING AGENT
    The issuing agent is the Company's agent only for the limited purpose of issuing title insurance commitments and policies. The issuing agent is not the Company's agent for closing, settlement, escrow, or any other purpose.

8.  PRO-FORMA POLICY
    The Company may provide, at the request of a Proposed Insured, a pro-forma policy illustrating the coverage that the Company may provide. A pro-forma policy neither reflects the status of Title at the time that the pro-forma policy is delivered to a Proposed Insured, nor is it a commitment to insure.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757DD**                                                                              SD-2680179
**ALTA Commitment for Title Insurance 2021 v. 01.00**
**07/01/2021**

9.  CLAIMS PROCEDURES
This Commitment incorporates by reference all Conditions for making a claim in the Policy to be issued to the Proposed Insured. Commitment Condition 9 does not modify the limitations of liability in Commitment Conditions 5 and 6.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757DD**                                                                                                      SD-2680179
**ALTA Commitment for Title Insurance 2021 v. 01.00**
**07/01/2021**

**Transaction Identification Data, for which the Company assumes no liability as set forth in Commitment Condition 5.e.:**

Issuing Agent:          First Dakota Title
Issuing Office:          168 North Broadway, Watertown, SD 57201
Issuing Office's ALTA® Registry ID:
Loan ID No.:
Commitment No.:          SD-2680179-1
Issuing Office File No.:  SD-2680179
Property Address:        315 East Kemp Avenue, Watertown, SD 57201

## SCHEDULE A
## COMMITMENT

1.  Commitment Date:  June 5, 2026 at 07:00 AM

2.  Policy to be issued:

    a.  2021 ALTA Owner's Policy (07/01/21)
        Proposed Insured:   Build, LLC
        Proposed Amount of Insurance:       $11,265,000.00
        The estate or interest to be insured:   Fee Simple

3.  The estate or interest in the Land at the Commitment Date is:

    Fee Simple.

4.  The Title is, at the Commitment Date, vested in:

    The Ruins, LLC, a South Dakota limited liability company

5.  The Land is described as follows:

    The Ruins Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

First Dakota Title

*Elizabeth Price*

Authorized Signatory

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**
*A Stock Company*
*1408 North Westshore Blvd., Suite 900, Tampa, Florida 33607*
*(612) 371-1111*                    *www.oldrepublictitle.com*

By   *C Monroe*                          President

Attest   *Kent Lewis*                    Secretary

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757-A**                                                          SD-2680179
**Schedule A-ALTA Commitment for Title Insurance 2021 v. 01.00**
**07/01/2021**

# SCHEDULE B I
COMMITMENT

## REQUIREMENTS

All of the following Requirements must be met:

1.  The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Commitment who will obtain an interest in the Land or who will make a loan on the Land. The Company may then make additional Requirements or Exceptions.

2.  Pay the agreed amount for the estate or interest to be insured.

3.  Pay the premiums, fees, and charges for the Policy to the Company.

4.  Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

5.  Provide the title company with the Operating Agreement for The Ruins, LLC for review. Upon review of the Operating Agreement the title company may also require a written statement from the The Ruins, LLC, in the form of a Resolution, that authorizes the proposed transaction and if necessary, designates the applicable Member(s) or Manager(s) authorized to execute the proposed Deed or Mortgage and all title related documents on behalf of the LLC.  (The resolution from the LLC must be signed by a majority of the controlling Members of the LLC.)

6.  An updated order of the Bankruptcy Court specifically identifying the judgments, liens, and lis pendens from which the Property is being sold free and clear, together with sufficient authority for the release of the lis pendens affecting the Property. Proper notice of the order must have been given, and the applicable appeal period must have expired. BK #25-30004.

7.  Deed executed by Erik Ahlgren, solely in his capacity as trustee for the bankruptcy estate of The Ruins, LLC to Build, LLC  Note:  Certificate of Real Estate Value must accompany the deed for filing.

8.  Satisfaction of a Mortgage dated March 16, 2021, executed by Craig Holdings, LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on March 17, 2021 and recorded in Book 990, page 6316.

    Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556.

    Subordination Agreement dated August 22, 2022, executed by and between  Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757 B I**                                                                                                      SD-2680179
**Schedule B I-ALTA Commitment 2021 v. 01.00**
**07/01/2021**

## SCHEDULE B I

(Continued)

9.     Partial Satisfaction of a Mortgage dated November 1, 2021, executed by Craig Holdings LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on November 4, 2021 and recorded in Book 990, page 7854.

      Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556.

      Subordination Agreement dated August 22, 2022, executed by and between  Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

10.    Satisfaction of a Mortgage with Future Advance Clause dated August 1, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $2,750,000.00 and interest, filed on August 4, 2022 and recorded in Book 990 of Mortgages on page 9258.

11.    Satisfaction of a Mortgage with Future Advance Clause dated March 9, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $7,740,000.00 and interest, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8555.

12.    Satisfaction of a Mechanic's Lien claim by Xtreme Fire Protection, LLC in the sum of $32,926.36 and interest, if any, filed on February 6, 2023, File No: 202300326, Book 2023 on Page 52.

13.    Satisfaction of a Mechanic's Lien claim by B&W Construction LLC in the sum of $575,722.27 and interest, if any, filed on February 7, 2023, File No: 202300339, Book 2023 on Page 53.

14.    Satisfaction of a Mechanic's Lien claim by Watertight, Inc. in the sum of $247,176.70 and interest, if any, filed on February 24, 2023, File No: 202300499, Book 2023 on Page 68.

15.    Satisfaction of a Mechanic's Lien claim by Perfekt, Inc. in the sum of $286,700.00 and interest, if any, filed on June 23, 2023, File No: 202301940, Book 2023 on Page 188.

16.    Satisfaction of a Mechanic's Lien claim by Performance Spray Foam, LLC in the sum of $151,058.40 and interest, if any, filed on July 19, 2023, File No: 202302299, Book 2023 on Page 224.

17.    Satisfaction of a Mechanic's Lien claim by D & M Industries Inc. in the sum of $258,473.27 and interest, if any, filed on August 18, 2023, File No: 202302685, Book 2023 on Page 277.

18.    Satisfaction of a Mechanic's Lien claim by Top Finish Carpentry, LLC in the sum of $162,900.00 and interest, if any, filed on September 1, 2023, File No: 202302839, Book 2023 on Page 277.

19.    Satisfaction of a Mechanic's Lien claim by Brian's Glass & Door LLC in the sum of $17,720.00 and interest, if any, filed on February 22, 2024, File No: 202400558, Book 2024 on Page 93.

20.    Satisfaction of a Mechanic's Lien claim by Lakeside Construction and Masonry in the sum of $141,954.97 and interest, if any, filed on March 21, 2024, File No: 202400816, Book 2024 on Page 123.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

## SCHEDULE B I

(Continued)

21.     Satisfaction of a Mechanic's Lien claim by The Roofing Company, LLC in the sum of $128,680.73 and interest, if any, filed on April 19, 2024, File No: 202401152, Book 2024 on Page 151.

22.     Satisfaction of an Amendment of  Lis Pendens executed by Diamond Wall Systems, Inc., Plaintiff(s), v. Craig Properties, LLC, a North Dakota limited liability company, Craig Development, LLC, a North Dakota limited liability company, The Ruins, LLC, a South Dakota limited liability company, Craig Holdings, LLC a North Dakota limited liability company, Watertown Development Company, a South Dakota nonprofit corporation. Red River State Bank, a Minnesota, Xtreme Fire Protection, LLC, a South Dakota limited liability company, B & W Construction, LLC, a South Dakota limited liability company, Watertight, Inc., Hamlin  Building Center, Inc., a South Dakota corporation, Performance Spray Foam, LLC, a South Dakota limited liability company, XYZ Corporation; ABS Partnership, Defendant(s), dated September 21, 2023, filed September 21, 2023 and recorded in Book 4 of Lis Pendens on page 10.

23.     Satisfaction of a Lis Pendens executed by Red River State Bank, Plaintiff(s), v. The Ruins, LLC; Watertown Development Company; Watertight, Inc; Hamlin Building Center, Inc.; Xtreme Fire Protection, LLC; Performance Spray Form, LLC; B&W Construction, LLC; Diamond Wall Systems Inc.; D & M Industries, Inc.; Top Finish Carpentry, LLC; Craig Development, LLC; Craig Holdings, LLC; Craig Properties, LLC; Jesse Craig; and Codington County, South Dakota, Defendant(s), dated February 28, 2024, filed March 4, 2024 and recorded in Book 4U of Lis Pendens on page 182.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757 B I**                                                                                                                  SD-2680179
**Schedule B I-ALTA Commitment 2021 v. 01.00**
**07/01/2021**

## SCHEDULE B II
## COMMITMENT

Policy No.: SD-2680179-1

## EXCEPTIONS FROM COVERAGE

**Some historical land records contain Discriminatory Covenants that are illegal and unenforceable by law. This Commitment and the policy treat any Discriminatory Covenant in a document referenced in Schedule B as if each Discriminatory Covenant is redacted, repudiated, removed, and not republished or recirculated. Only the remaining provisions of the document will be excepted from coverage.**

The Policy will does not insure against loss or damage resulting from the terms and conditions of any lease or easement identified in Schedule A, and will include the following Exceptions unless cleared to the satisfaction of the company:

1.   Any defect, lien, encumbrance, adverse claim, or other matter that appears for the first time in the Public Records or is created, attaches, or is disclosed between the Commitment Date and the date on which all of the Schedule B, Part I-Requirements are met.

2.   Rights or claims of parties in possession not recorded or filed in the Public Records.

3.   Any encroachment, encumbrance, violation, variation or adverse circumstances affecting Title that would disclosed by an accurate and complete survey of the Land or that could be ascertained by an inspection of the Land.

4.   Easements or claims of easements, not recorded or filed in the Public Records.

5.   Any lien or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not recorded or filed in the Public Records.

6.   Taxes or special assessments which are not recorded or filed in the Public Records.

7.   (a) Unpatented mining claims; (b) reservations or exception in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.

8.   Any right, title, or interest in any minerals, mineral rights, or related matters, including but not limited to oil, gas, coal and other hydrocarbons.

9.   Liens or deferred charges for sewer, water mains and service pipes, not recorded or filed in the tax rolls.

10.  The 2023 Real Estate Taxes due and payable in 2024 in the amount $32,578.44 are delinquent and have additional interest due. Tax ID # 009352.

11.  The 2024 Real Estate Taxes due and payable in 2025 in the amount $57,060.60 are delinquent and have additional interest due. Tax ID # 009352.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757 B II**                                                                                    SD-2680179
**Schedule B II - ALTA Commitment 2021 v. 01.00**
**07/01/2021**

**SCHEDULE B II**

(Continued)

12.    The 2025 Real Estate Taxes due and payable in 2026 in the amount $67,996.25. The 1st half is due April 30, 2026 in the amount of $36,645.62.  The 2nd half is due October 31, 2026 in the amount of $31,350.63. Tax ID # 009352.

13.    County records indicate the property is classified as non-owner occupied status.

14.    Assessments payable at the Office of Finance, City of Watertown, in the amount of $37,454.90 plus interest, if any for Sidewalk, Curb & Gutter, and Asphalt Surfacing Improvements.

15.    Amendment of  Lis Pendens executed by Diamond Wall Systems, Inc., Plaintiff(s), v. Craig Properties, LLC, a North Dakota limited liability company, Craig Development, LLC, a North Dakota limited liability company, The Ruins, LLC, a South Dakota limited liability company, Craig Holdings, LLC a North Dakota limited liability company, Watertown Development Company, a South Dakota nonprofit corporation. Red River State Bank, a Minnesota, Xtreme Fire Protection, LLC, a South Dakota limited liability company, B & W Construction, LLC, a South Dakota limited liability company, Watertight, Inc., Hamlin  Building Center, Inc., a South Dakota corporation, Performance Spray Foam, LLC, a South Dakota limited liability company, XYZ Corporation; ABS Partnership, Defendant(s), dated September 21, 2023, filed September 21, 2023 and recorded in Book 4 of Lis Pendens on page 10.

    Note:  Upon compliance with item 21 of Schedule B-1, this exception will not appear on the final policy.

16.    Lis Pendens executed by Red River State Bank, Plaintiff(s), v. The Ruins, LLC; Watertown Development Company; Watertight, Inc; Hamlin Building Center, Inc.; Xtreme Fire Protection, LLC; Performance Spray Form, LLC; B&W Construction, LLC; Diamond Wall Systems Inc.; D & M Industries, Inc.; Top Finish Carpentry, LLC; Craig Development, LLC; Craig Holdings, LLC; Craig Properties, LLC; Jesse Craig; and Codington County, South Dakota, Defendant(s), dated February 28, 2024, filed March 4, 2024 and recorded in Book 4U of Lis Pendens on page 182.

    Note:  Upon compliance with item 22 of Schedule B-1, this exception will not appear on the final policy.

17.    Any right, title, or interest claimed by any lessee or tenant, or by an assignee of same, in any portion of the subject property by virtue of any unrecorded lease, agreement, or memorandum thereof, including, but not limited to, any option to renew, option to purchase, and restriction against another business of the same nature.

18.    Reservations, Exceptions and Conditions, if any, in the Act of Congress approved March 3, 1857, and in the Acts of March 3, 1865, and July 13, 1866, amendatory thereto, authorizing the Land Grant for the land in 31-117-52. Said Land Grant being recorded January 20, 1881, in Book A of Deeds on Pages 423-450 and a transcript of the approved list of lands subject to said Land Grant being recorded May 7, 1909 at 8:00 a.m. in Book F of Miscellaneous on Pages 603-604.

19.    Memorandum of Service and Easement Agreement dated September 26, 2000, executed by Costello Companies to Midcontinent Communications, filed on October 25, 2000 and recorded in Book 4N of Miscellaneous on page 286-288.

20.    Development Agreement dated May 12, 2021, executed by and between City of Watertown, a South Dakota Municipality and The Ruins, LLC, a South Dakota Limited Liability Company, filed on May 21, 2021 and recorded in Book 4T of Development Agreement on page 8731.

21.    Easements contained in Plat filed March 7, 2022, and recorded in Book OP of Plats on page 945.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

## SCHEDULE B II

(Continued)

NOTE: The current vesting document was filed more than 24 months ago. The Ruins, LLC, a South Dakota limited liability company acquired interest by Quit Claim Deed from Craig Holding, LLC, a North Dakota limited liability company recorded on March 7, 2022 in Book 425 of Deeds on Page 7884.

*This page is only a part of a 2021 ALTA Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757 B II**                                                                      SD-2680179
**Schedule B II-ALTA Commitment 2021 v. 01.00**
**07/01/2021**

## SCHEDULE C

The land referred to in this Commitment is described as follows:

The Ruins Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company.  This Commitment is not valid without the Notice;  the Commitment to Issue Policy;  the Commitment Conditions;  Schedule A;  Schedule B, Part I - Requirements;  and Schedule B, Part II - Exceptions;  and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4757-C**                                                                                                    SD-2680179
**Schedule C-ALTA Commitment  2021 v. 01.00**
**07/01/2021**

| | |
|---|---|
| **From:** | Erik Ahlgren |
| **To:** | Doug Murch |
| **Cc:** | Jesse Craig |
| **Subject:** | Notice of Default under Real Estate Purchase and Sale Agreement for The Ruins |
| **Date:** | Tuesday, July 7, 2026 8:55:19 AM |
| **Attachments:** | 2026-07-07 Ltr to Build LLC.pdf |

Please review the attached notice of default.

## Erik A. Ahlgren | Attorney

Wells Fargo Center
Suite 105 (East Entrance)
220 West Washington Ave
Fergus Falls, MN 56537

Office: 218-998-2775
Fax: 218-998-6404
Cell:  218-205-7356
erik@ahlgrenlawoffice.net

This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. Please notify the sender if this email reaches you and you are not the intended recipient(s). If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act ("UETA") does not apply to this communication.  To comply with IRS requirements, you are informed that any tax advice contained in this communication (including any attachments) cannot be used for the purpose of avoiding tax-related penalties under the Internal Revenue Code.



**Erik A. Ahlgren**
erik@ahlgrenlawoffice.net

July 7, 2026

Build, LLC
Box 426
Fargo, ND 58107
Attn: Jesse Craig, President
Email: jcraig@craigprop.com

                                    VIA EMAIL AND FIRST-CLASS MAIL

Douglas Murch
Conmy Feste Ltd.
3369 45th Street South
Fargo, ND  58104
Email: dmurch@conmylaw.com

      Re: Notice of Default under Real Estate Purchase and Sale Agreement for The Ruins,
        315 E Kemp Avenue, Watertown, South Dakota

Messrs. Craig and Murch:

      Reference is made to the Real Estate Purchase and Sale Agreement dated April 24, 2026, between Erik Ahlgren, in his capacity as trustee for the bankruptcy estate of The Ruins, LLC, as Seller, and Build, LLC, as Purchaser, for the sale of the real property commonly known as "The Ruins" (the "Sale Agreement") [ECF 327]. Capitalized terms used hereinafter and not otherwise defined shall have the meanings assigned to such terms in the Sale Agreement.

      Notice of default is hereby given pursuant to Sections 9 and 19(A) of the Sale Agreement. Section 5 of the Sale Agreement provides that closing shall occur at 10:00 a.m. on or before 30 days from entry of the Approval Order (the "Closing Date"). The Approval Order was entered on June 4, 2026. [ECF 363] Because the 30th day falls on July 4, 2026, which is a Saturday and federal holiday, the last day to close, in accordance with Section 19(R) of the Sale Agreement, is July 6, 2026. Section 19(B) of the Sale Agreement states that time is of the essence. A default has occurred because the Purchaser failed to pay the balance of the purchase price and to execute and deliver customary closing documents, and perform such other obligations of the Purchaser under the Sale Agreement on or before the Closing Date.

      Notice is further given that, in accordance with Section 9 of the Sale Agreement, the Seller is entitled to retain all Earnest Money as liquidated damages.

      Nothing in this notice waives, releases, or limits any rights, remedies, claims, or defenses of the Trustee or the bankruptcy estate, all of which are expressly reserved. Any prior failure to insist on strict compliance does not constitute a waiver, and time is of the essence.

**Ahlgren Law Office, PLLC**
220 W. Washington Avenue  •  Suite 105  •  Fergus Falls, MN 56537
Phone: (218) 998-2775  •  Fax: (218) 998-6404  •  www.ahlgrenlaw.net

The Trustee acts solely in his fiduciary capacity for the bankruptcy estate of The Ruins, LLC, and not in any individual capacity.

Sincerely,

Erik A. Ahlgren
Trustee for the Bankruptcy Estate of The Ruins, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>        Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste

Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 13, 2026, she served a copy of:

**DECLARATION OF JESSE CRAIG IN SUPPORT OF
OBJECTION TO MOTION TO AMEND ORDER APPROVING
SALE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

electronically by Notice of Electronic Filing upon all parties who have requested service in this

case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson