UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**JESSE CRAIG'S EXHIBIT LIST**

Jesse Craig ("Craig"), by and through his attorney, Douglas W. Murch of Conmy Feste Ltd., hereby identifies on Exhibit A hereto his exhibits for the hearing on Motion to Amend Order Approving Sale Free and Clear of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) (Doc. 368) scheduled for July 15, 2026.

Craig reserves the right to supplement this Exhibit List as circumstances warrant and necessitate and further reserves the right to offer any exhibits not listed but included on any other parties' exhibit lists and to offer any exhibits not offered for rebuttal purposes.

Dated:  July 13, 2026.

/s/ Douglas W. Murch
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG

**Exhibit A**

| Ex. No. | Date | Witness | Description | Will/May | Stipulated | Offered | §Objection | Reserved | Overruled | Sustained | Withdrawn | Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/23/26 | Jesse Craig | Email from Nancy Hughes of First Dakota Title dated 6/23/26 (Doc 376, pages 3-4) | Will | | | | | | | | |
| 2 | 6/5/26 | Jesse Craig | Chicago Title Insurance Company ALTA Commitment for Title Insurance (Doc 376, pages 5-15) | Will | | | | | | | | |
| 3 | 6/24/26 | Jesse Craig | Email from Michael Duffy dated 6/24/26 (Doc 376, page 16) | Will | | | | | | | | |
| 4 | 7/6/26 | Jesse Craig | Email from Nancy Hughes providing a new ALTA Commitment for Title Insurance from Old Republic National Title Insurance Company (Doc 376, pages 17-21) | Will | | | | | | | | |
| 5 | 7/5/26 | Jesse Craig | ALTA Commitment for Title Insurance from Old Republic National Title Insurance Company dated 7/5/26 (Doc 376, pages 22-33) | Will | | | | | | | | |
| 6 | 7/7/26 | Jesse Craig | Email and letter from Trustee Erik Ahlgren described as a Notice of Default dated 7/7/26 (Doc 376, pages 34-37)) | Will | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>      Debtor. | Bankruptcy Case No.: 25-30004<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 13, 2026, she served a copy of:

**JESSE CRAIG'S EXHIBIT LIST**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson