UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>        Debtor. | Bankr. No. 25-30004<br><br>Chapter 11 |

### MOTION TO APPEAR BY VIDEO CONFERENCE

1.      Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance by video conference at the hearing set for Wednesday, July 15, 2026, at 10:00 a.m. (CST), on the Trustee's Motion to Amend Order Approving Sale Free and Clear of Liens and Encumbrances (Doc. 368).

2.      An appearance by video conference will allow WDC to save on travel time and expenses related to an in-person appearance at the hearing, as undersigned counsel's office is in Sioux Falls, South Dakota.  Undersigned counsel has personal commitments the week of July 13th that prevent travel to Fargo.

WHEREFORE, undersigned counsel respectfully requests permission to appear at the upcoming hearing by video conference.

Dated this 13th day of July, 2026.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ Jordan J. Feist
        Jordan J. Feist (#08592)
        P.O. Box 5027
        300 South Phillips Avenue, Suite 300
        Sioux Falls, SD 57117-5027
        Phone (605) 336-3890
        Fax (605) 339-3357
        Jordan.Feist@woodsfuller.com
        Attorneys for Watertown Development Company

## CERTIFICATE OF SERVICE

The undersigned states that on the 13th day of July, 2026, I served a copy of the foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations in this case.

/s/ Jordan J. Feist
Attorney for Watertown Development Company