**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**EXHIBIT LIST**

Bankruptcy Case No.: 25-30004    Bankruptcy Case Title: The Ruins, LLC
Adversary Case No.: _____    Adversary Case Title: _____

| Ex. No. | Date | Witness | Description | WILL OR MAY | * STIPULATED | OFFERED | § OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T-1 | | | Sale Agreement with Build, LLC [ECF Doc. 327] | Will | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* -A – Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Trustee reserves the right to call any witnesses designated by Jesse Craig or his counsel, Douglas Murch, or other interested parties to this contested matter, any rebuttal witnesses, any witnesses necessary for impeachment, and any witnesses necessary to establish foundation and/or authenticity for exhibits.

Ahlgren Law Office, PLLC

Dated: July 13, 2026        /e/Erik A. Ahlgren
Attorney #09561 (ND)
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net

ATTORNEY FOR TRUSTEE