**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**WITNESS LIST**

Bankruptcy Case Name: _The Ruins, LLC_                    Chapter 7
Bankruptcy Case No.: 25-30004

Contested Matter (Y)
Adversary Proceeding No.: _____
Adversary Proceeding Title: _____

Witnesses to be called by Trustee:

| NAME & ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Erik Ahlgren, Trustee 220 West Washington Ave., Suite 105 Fergus Falls, MN 56537 | May Call | Any relevant issues |

Ahlgren Law Office, PLLC

Dated: July 13, 2026                    /e/Erik A. Ahlgren
                                        Attorney #09561 (ND)
                                        220 West Washington Ave, Ste 105
                                        Fergus Falls, MN 56537
                                        Office: 218-998-2775
                                        Fax: 218-998-6404
                                        erik@ahlgrenlawoffice.net

                                        ATTORNEY FOR TRUSTEE