**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                              Case No.: 25-30004
                                                             Chapter 7

                        Debtor.

**AMENDED ORDER APPROVING MOTION FOR SALE OF REAL ESTATE, FREE OF
LIENS AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(f) AND DISTRIBUTION
OF PROCEEDS FROM THE SALE**

Bankruptcy Trustee Erik Ahlgren filed a motion for an order approving the sale of

Debtor's real estate free and clear of liens and encumbrances pursuant to 11 U.S.C. §

363(f) and approving his proposed distribution of sale proceeds.  Doc. 324.  Jesse Craig

filed a limited objection.  Doc. 339.  Upon review of the pleadings and evidence received

at the June 3, 2026, hearing,

**IT IS ORDERED** that:

1.      The motion [Doc. 324] is granted in part.

2.      The Trustee is authorized to sell the real property located at 315 E Kemp

        Avenue, Watertown, South Dakota, legally described as "The Ruins

        Addition to the City of Watertown, Codington County, South Dakota" (the

        "Real Property") free and clear of liens and encumbrances pursuant to 11

        U.S.C. § 363(f) to Build, LLC for $11,265,000.00 in accordance with the

        terms of the purchase agreement between the Trustee and Build [Doc.

        327] (the "Build Purchase Agreement").

3. In the alternative, if Build fails to close the sale of the Real Property by the Closing Date (as defined in the Build Purchase Agreement), or otherwise defaults under the Build Purchase Agreement, the Trustee is authorized to sell the Real Property free and clear of liens and encumbrances pursuant to 11 U.S.C. § 363(f) to Archer Land Co., LLC ("Archer") for $6,100,000.00 in accordance with the terms of the purchase agreement between the Trustee and Archer [Doc. 326] (the "Archer Purchase Agreement").

4. The sale approved in this order is free and clear of all liens, claims, interests, and encumbrances within the meaning of 11 U.S.C. § 363(f), with such liens, claims, interests, and encumbrances to attach to the net sale proceeds with the same validity, priority, and extent as they had against the Real Property immediately prior to the sale, including without limitation the following of record:

a. Mortgage dated March 16, 2021, executed by Craig Holdings, LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on March 17, 2021 and recorded in Book 990, page 6316 (the "First WDC Mortgage").

Subject to: Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556; and

Subordination Agreement dated August 22, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

b.      Mortgage dated November 1, 2021, executed by Craig Holdings LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on November 4, 2021 and recorded in Book 990, page 7854 (the "Second WDC Mortgage") (the First WDC Mortgage and the Second WDC Mortgage are collectively referred to herein as the "WDC Mortgages").

Subject to: Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556; and

Subordination Agreement dated August 22, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

c.      Mortgage with Future Advance Clause dated August 1, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $2,750,000.00 and interest, filed on August 4, 2022 and recorded in Book 990 of Mortgages on page 9258 (the "First RRSB Mortgage").

d.      Mortgage with Future Advance Clause dated March 9, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $7,740,000.00 and interest, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8555 (the "Second RRSB Mortgage")(the First RRSB Mortgage and the Second RRSB Mortgage are collectively referred to herein as the "RRSB Mortgages".

e.      Mechanic's Lien claim by Xtreme Fire Protection, LLC in the sum of $32,926.36 and interest, if any, filed on February 6, 2023, File No: 202300326, Book 2023 on Page 52.

f.      Mechanic's Lien claim by B&W Construction LLC in the sum of $575,722.27 and interest, if any, filed on February 7, 2023, File No: 202300339, Book 2023 on Page 53.

g.      Mechanic's Lien claim by Watertight, Inc. in the sum of $247,176.70 and interest, if any, filed on February 24, 2023, File No: 202300499, Book 2023 on Page 68.

h.      Mechanic's Lien claim by Perfekt, Inc. in the sum of $286,700.00 and interest, if any, filed on June 23, 2023, File No: 202301940, Book 2023 on Page 188.

i.      Mechanic's Lien claim by Performance Spray Foam, LLC in the sum of $151,058.40 and interest, if any, filed on July 19, 2023, File No: 202302299, Book 2023 on Page 224.

j.      Mechanic's Lien claim by D & M Industries Inc. in the sum of $258,473.27 and interest, if any, filed on August 18, 2023, File No: 202302685, Book 2023 on Page 277.

k.      Mechanic's Lien claim by Top Finish Carpentry, LLC in the sum of $162,900.00 and interest, if any, filed on September 1, 2023, File No: 202302839, Book 2023 on Page 277.

l.      Mechanic's Lien claim by Brian's Glass & Door LLC in the sum of $17,720.00 and interest, if any, filed on February 22, 2024, File No: 202400558, Book 2024 on Page 93.

m.      Mechanic's Lien claim by Lakeside Construction and Masonry in the sum of $141,954.97 and interest, if any, filed on March 21, 2024, File No: 202400816, Book 2024 on Page 123.

n.      Mechanic's Lien claim by The Roofing Company, LLC in the sum of $128,680.73 and interest, if any, filed on April 19, 2024, File No: 202401152, Book 2024 on Page 151.

o.      Amendment of Lis Pendens executed by Diamond Wall Systems, Inc., Plaintiff(s), v. Craig Properties, LLC, a North Dakota limited liability company, Craig Development, LLC, a North Dakota limited liability company, The Ruins, LLC, a South Dakota limited liability company, Craig Holdings, LLC a North Dakota limited liability company, Watertown Development Company, a South Dakota nonprofit corporation. Red River State Bank, a Minnesota, Xtreme Fire Protection, LLC, a South Dakota limited liability company, B & W Construction, LLC, a South Dakota limited

liability company, Watertight, Inc., Hamlin Building Center, Inc., a South Dakota corporation, Performance Spray Foam, LLC, a South Dakota limited liability company, XYZ Corporation; ABS Partnership, Defendant(s), dated September 21, 2023, filed September 21, 2023 and recorded in Book 4 of Lis Pendens on page 10.

p. Lis Pendens executed by Red River State Bank, Plaintiff(s), v. The Ruins, LLC; Watertown Development Company; Watertight, Inc; Hamlin Building Center, Inc.; Xtreme Fire Protection, LLC; Performance Spray Form, LLC; B&W Construction, LLC; Diamond Wall Systems Inc.; D & M Industries, Inc.; Top Finish Carpentry, LLC; Craig Development, LLC; Craig Holdings, LLC; Craig Properties, LLC; Jesse Craig; and Codington County, South Dakota, Defendant(s), dated February 28, 2024, filed March 4, 2024 and recorded in Book 4U of Lis Pendens on page 182.

5. The Trustee is authorized to distribute the proceeds of a sale of the Real Estate as follows:

a. First, to unpaid real estate taxes or assessments, and any other liens with priority over the RRSB Mortgages;

b. Second, to customary filing fees and closing costs, as agreed upon by the Trustee;

c. Third, 5.0% of the gross sales price to the Trustee on behalf of the Debtor's bankruptcy estate, as a stipulated surcharge pursuant to Section 502(c);

d.  Fourth, to the real estate broker for fees consistent with the Application to Employ and attached Exhibit A [Doc. 275], which the Court approved;

e.  Fifth, the remaining proceeds after payment of items (a) - (d), to Red River State Bank to pay the debt secured by the Red River State Bank Mortgages up to the Mortgage Cap;

f.  Sixth, the remaining proceeds in excess of the Mortgage Cap, if any, after payment of items (a) – (e), to the Watertown Development Company to pay the debt secured by the Watertown Development Company Mortgages; and

g.  Seventh, the remaining proceeds, if any, after payment of items (a) – (f), to the bankruptcy estate for distribution pursuant to the priorities set forth in the Bankruptcy Code and as approved by this Court.

6.  The Trustee is authorized to execute all documents necessary to effectuate this Order.

7.  This stay imposed under Federal Rule of Bankruptcy Rule 6004(h) is waived.  This order is effective immediately.

Dated: July 15, 2026.

Shon Hastings, Judge
United States Bankruptcy Court