United States Bankruptcy Court

District of North Dakota

In re:             Case No. 25-30004-skh

The Ruins, LLC             Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID**            **Recipient Name and Address**
db               +   The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |

District/off: 0868-3                          User: admin                                    Page 2 of 3
Date Rcvd: Jul 15, 2026                       Form ID: pdf2some                              Total Noticed: 1

Dan Frisk
            on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com

Dan Frisk
            on behalf of Interested Party Jesse Craig peggy@stflawfirm.com

David Tanabe
            on behalf of Broker Hilco Real Estate  LLC dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

David R. Strait
            on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Douglas Murch
            on behalf of Interested Party Mulinda a/k/a Mindy Craig dmurch@conmylaw.com
            rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch
            on behalf of Interested Party Build  LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch
            on behalf of Interested Party Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Drew J. Hushka
            on behalf of Defendant Red River State Bank dhushka@vogellaw.com
            sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka
            on behalf of Creditor Red River State Bank dhushka@vogellaw.com
            sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN
            on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,
            lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
            net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
            on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
            lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
            net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
            on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
            lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
            net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren
            on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
            trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
            @ahlgrenlawoffice.net

Erik A. Ahlgren
            on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
            trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
            @ahlgrenlawoffice.net

Erik A. Ahlgren
            erik@ahlgrenlawoffice.net
            trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
            @ahlgrenlawoffice.net

Erik A. Ahlgren
            on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,
            trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
            @ahlgrenlawoffice.net

Jeffrey Klobucar
            on behalf of Creditor Diamond Wall Systems  Inc. jklobucar@bassford.com, jlavaque@bassford.com

John M Krings, Jr.
            on behalf of Creditor D & M Industries  Inc. john@kdlawpartners.com, janae@kdlawpartners.com

Jordan J Feist
            on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe
            on behalf of Defendant Red River State Bank ktanabe@vogellaw.com
            sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
            on behalf of Creditor Red River State Bank ktanabe@vogellaw.com
            sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig

District/off: 0868-3                        User: admin                        Page 3 of 3

Date Rcvd: Jul 15, 2026                    Form ID: pdf2some                   Total Noticed: 1

on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor The Ruins  LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ross H. Espeseth

on behalf of Interested Party City of Watertown respeseth@bmellp.com  jeannette@bmellp.com;r41347@notify.bestcase.com

Sarah J. Wencil

on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 34

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,                                                                          Case No.: 25-30004

                                                                                                  Chapter 7

                          Debtor.

**AMENDED ORDER APPROVING MOTION FOR SALE OF REAL ESTATE, FREE OF
LIENS AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(f) AND DISTRIBUTION
OF PROCEEDS FROM THE SALE**

Bankruptcy Trustee Erik Ahlgren filed a motion for an order approving the sale of

Debtor's real estate free and clear of liens and encumbrances pursuant to 11 U.S.C. §

363(f) and approving his proposed distribution of sale proceeds.  Doc. 324.  Jesse Craig

filed a limited objection.  Doc. 339.  Upon review of the pleadings and evidence received

at the June 3, 2026, hearing,

**IT IS ORDERED** that:

1.      The motion [Doc. 324] is granted in part.

2.      The Trustee is authorized to sell the real property located at 315 E Kemp

         Avenue, Watertown, South Dakota, legally described as "The Ruins

         Addition to the City of Watertown, Codington County, South Dakota" (the

         "Real Property") free and clear of liens and encumbrances pursuant to 11

         U.S.C. § 363(f) to Build, LLC for $11,265,000.00 in accordance with the

         terms of the purchase agreement between the Trustee and Build [Doc.

         327] (the "Build Purchase Agreement").

3.     In the alternative, if Build fails to close the sale of the Real Property by the Closing Date (as defined in the Build Purchase Agreement), or otherwise defaults under the Build Purchase Agreement, the Trustee is authorized to sell the Real Property free and clear of liens and encumbrances pursuant to 11 U.S.C. § 363(f) to Archer Land Co., LLC ("Archer") for $6,100,000.00 in accordance with the terms of the purchase agreement between the Trustee and Archer [Doc. 326] (the "Archer Purchase Agreement").

4.     The sale approved in this order is free and clear of all liens, claims, interests, and encumbrances within the meaning of 11 U.S.C. § 363(f), with such liens, claims, interests, and encumbrances to attach to the net sale proceeds with the same validity, priority, and extent as they had against the Real Property immediately prior to the sale, including without limitation the following of record:

a.     Mortgage dated March 16, 2021, executed by Craig Holdings, LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on March 17, 2021 and recorded in Book 990, page 6316 (the "First WDC Mortgage").

Subject to: Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556; and

Subordination Agreement dated August 22, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

b.      Mortgage dated November 1, 2021, executed by Craig Holdings LLC, to Watertown Development Company of Watertown, South Dakota for the principal sum of $2,275,000.00 and interest thereon, if any, filed on November 4, 2021 and recorded in Book 990, page 7854 (the "Second WDC Mortgage") (the First WDC Mortgage and the Second WDC Mortgage are collectively referred to herein as the "WDC Mortgages").

Subject to: Subordination Agreement dated March 7, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8556; and

Subordination Agreement dated August 22, 2022, executed by and between Watertown Development Company and Red River State Bank, filed on August 26, 2022 and recorded in Book 990 of Mortgages on page 9353.

c.      Mortgage with Future Advance Clause dated August 1, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $2,750,000.00 and interest, filed on August 4, 2022 and recorded in Book 990 of Mortgages on page 9258 (the "First RRSB Mortgage").

d.      Mortgage with Future Advance Clause dated March 9, 2022, executed by The Ruins, LLC, a South Dakota limited liability corporation, to Red River State Bank for the principal sum of $7,740,000.00 and interest, filed on March 10, 2022 and recorded in Book 990 of Mortgages on page 8555 (the "Second RRSB Mortgage")(the First RRSB Mortgage and the Second RRSB Mortgage are collectively referred to herein as the "RRSB Mortgages".

e.      Mechanic's Lien claim by Xtreme Fire Protection, LLC in the sum of $32,926.36 and interest, if any, filed on February 6, 2023, File No: 202300326, Book 2023 on Page 52.

f.      Mechanic's Lien claim by B&W Construction LLC in the sum of $575,722.27 and interest, if any, filed on February 7, 2023, File No: 202300339, Book 2023 on Page 53.

g.      Mechanic's Lien claim by Watertight, Inc. in the sum of $247,176.70 and interest, if any, filed on February 24, 2023, File No: 202300499, Book 2023 on Page 68.

h.      Mechanic's Lien claim by Perfekt, Inc. in the sum of $286,700.00 and interest, if any, filed on June 23, 2023, File No: 202301940, Book 2023 on Page 188.

i.      Mechanic's Lien claim by Performance Spray Foam, LLC in the sum of $151,058.40 and interest, if any, filed on July 19, 2023, File No: 202302299, Book 2023 on Page 224.

j.      Mechanic's Lien claim by D & M Industries Inc. in the sum of

$258,473.27 and interest, if any, filed on August 18, 2023, File No:

202302685, Book 2023 on Page 277.

k.      Mechanic's Lien claim by Top Finish Carpentry, LLC in the

sum of $162,900.00 and interest, if any, filed on September 1, 2023, File

No: 202302839, Book 2023 on Page 277.

l.      Mechanic's Lien claim by Brian's Glass & Door LLC in the

sum of $17,720.00 and interest, if any, filed on February 22, 2024, File No:

202400558, Book 2024 on Page 93.

m.      Mechanic's Lien claim by Lakeside Construction and

Masonry in the sum of $141,954.97 and interest, if any, filed on March 21,

2024, File No: 202400816, Book 2024 on Page 123.

n.      Mechanic's Lien claim by The Roofing Company, LLC in the

sum of $128,680.73 and interest, if any, filed on April 19, 2024, File No:

202401152, Book 2024 on Page 151.

o.      Amendment of Lis Pendens executed by Diamond Wall

Systems, Inc., Plaintiff(s), v. Craig Properties, LLC, a North Dakota limited

liability company, Craig Development, LLC, a North Dakota limited liability

company, The Ruins, LLC, a South Dakota limited liability company, Craig

Holdings, LLC a North Dakota limited liability company, Watertown

Development Company, a South Dakota nonprofit corporation. Red River

State Bank, a Minnesota, Xtreme Fire Protection, LLC, a South Dakota

limited liability company, B & W Construction, LLC, a South Dakota limited

liability company, Watertight, Inc., Hamlin Building Center, Inc., a South
Dakota corporation, Performance Spray Foam, LLC, a South Dakota
limited liability company, XYZ Corporation; ABS Partnership,
Defendant(s), dated September 21, 2023, filed September 21, 2023 and
recorded in Book 4 of Lis Pendens on page 10.

      p.     Lis Pendens executed by Red River State Bank, Plaintiff(s),
v. The Ruins, LLC; Watertown Development Company; Watertight, Inc;
Hamlin Building Center, Inc.; Xtreme Fire Protection, LLC; Performance
Spray Form, LLC; B&W Construction, LLC; Diamond Wall Systems Inc.; D
& M Industries, Inc.; Top Finish Carpentry, LLC; Craig Development, LLC;
Craig Holdings, LLC; Craig Properties, LLC; Jesse Craig; and Codington
County, South Dakota, Defendant(s), dated February 28, 2024, filed
March 4, 2024 and recorded in Book 4U of Lis Pendens on page 182.

5.    The Trustee is authorized to distribute the proceeds of a sale of the Real
Estate as follows:

a.    First, to unpaid real estate taxes or assessments, and any other
liens with priority over the RRSB Mortgages;

b.    Second, to customary filing fees and closing costs, as agreed upon
by the Trustee;

c.    Third, 5.0% of the gross sales price to the Trustee on behalf of the
Debtor's bankruptcy estate, as a stipulated surcharge pursuant to
Section 502(c);

    d.     Fourth, to the real estate broker for fees consistent with the Application to Employ and attached Exhibit A [Doc. 275], which the Court approved;

    e.     Fifth, the remaining proceeds after payment of items (a) - (d), to Red River State Bank to pay the debt secured by the Red River State Bank Mortgages up to the Mortgage Cap;

    f.     Sixth, the remaining proceeds in excess of the Mortgage Cap, if any, after payment of items (a) – (e), to the Watertown Development Company to pay the debt secured by the Watertown Development Company Mortgages; and

    g.     Seventh, the remaining proceeds, if any, after payment of items (a) – (f), to the bankruptcy estate for distribution pursuant to the priorities set forth in the Bankruptcy Code and as approved by this Court.

6. The Trustee is authorized to execute all documents necessary to effectuate this Order.

7. This stay imposed under Federal Rule of Bankruptcy Rule 6004(h) is waived.  This order is effective immediately.

Dated: July 15, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court