UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                    Bankruptcy No. 25-30004
                                                                          Chapter 11

The Ruins, LLC,

                          Debtor.

_____/

## NOTICE OF HEARING

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States</u>

<u>Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **<u>Tuesday, August 18, 2026, at 2:00</u>**

**<u>P.M.</u>** to consider and act upon the following matters:

- **Expedited Motion by Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed July 20, 2026. (Doc. 391)**

  **Response by Build, LLC in Opposition to Expedited Motion of Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed July 21, 2026. (Doc. 392)**

  ***Interested parties are granted until <u>August 4, 2026</u>, to respond to the motion.***

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: July 22, 2026.                                    Sara E. Diaz, Clerk
                                                         United States Bankruptcy Court
                                                         Quentin N. Burdick United States Courthouse
                                                         655 1st Avenue North, Suite 210
                                                         Fargo, ND 58102-4392

                                          By:    /s/   *Sharon Horsager*
                                                         Sharon Horsager, Deputy Clerk

Copy served electronically July 22, 2026, to Electronic Mail Notice List for Case No. 25-30004.