UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>        Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

**BUILD, LLC'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO EXPEDITED MOTION OF RED RIVER STATE BANK TO ENFORCE THE AMENDED ORDER APPROVING MOTION FOR SALE OF REAL ESTATE, FREE OF LIENS AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(F) AND DISTRIBUTION OF PROCEEDS FROM THE SALE**

Build, LLC ("Build"), by and through undersigned counsel, respectfully submits this Supplemental Response in Opposition to the Expedited Motion of Red River State Bank ("RRSB") to Enforce the Amended Sale Order (Doc. 391) (the "Motion").  On July 22, 2026, this Court entered an Order in the adversary proceeding Build, LLC v. Ahlgren, Adversary Case No. 26-07014, at Doc. 17 (the "Adversary Order").  The Adversary Order was entered following the stipulation of Build and the Chapter 7 Trustee, establishes the procedure governing the parties' respective rights and obligations, and extended Build's closing of The Ruins Property to any time prior to Friday, August 14, 2026, at 11:59 p.m.  The Adversary Order also establishes the procedure that governs The Ruins Property if the sale does not close on or before August 14, 2026, for any reason other than the Trustee's failure to perform or comply with his obligations under the Build Purchase Agreement, the Sale Order (as amended), or that Order.

The Adversary Order supersedes the relief requested in the Motion by establishing the governing procedure and consequences relating to Build's closing of the sale. Accordingly, there is no longer a live controversy presented by the Motion, and it should be denied as moot.

1

Build incorporates by reference its previously filed objection to the Motion. This supplemental response is submitted solely to address the effect of the Adversary Order on the Motion.

Therefore, Build requests this Court to deny the Motion as moot.

Dated this 4th day of August, 2026.

/s/ Douglas W. Murch
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR BUILD, LLC

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>　　　　　　　Debtor. | Bankruptcy Case No.:  25-30004<br><br>Chapter 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on August 4, 2026, she served a copy of:

**BUILD, LLC'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO EXPEDITED MOTION OF RED RIVER STATE BANK TO ENFORCE THE AMENDED ORDER APPROVING MOTION FOR SALE OF REAL ESTATE, FREE OF LIENS AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. 363(F) AND DISTRIBUTION OF PROCEEDS FROM THE SALE**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson

3