**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  25-30004 |
| The Ruins, LLC, | Chapter 7 |
| Debtor. | |

**RRSB'S WITNESS LIST (RE: MOTION TO ENFORCE SALE ORDER)**

Creditor Red River State Bank ("RRSB") hereby provides the following Witness List

with respect to the following matter(s):

- Expedited Motion by Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free and Clear of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed July 20, 2026 (Doc. 391)

set for hearing on **August 18, 2026, at 2:00 p.m. CST**.

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Kelan Bludorn<br>Archer Land Co. LLC<br>Lake Norden, SD | Will | Sale process, readiness to close, costs incurred by delay |
| Dustin Kopman<br>Archer Land Co. LLC<br>Brookings, SD | Will | Sale process, readiness to close, costs incurred by delay |
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | Will | Sale process, issues with closing, costs incurred by delay |
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | Will | Sale process, issues with closing, costs incurred by delay |
| Jonathan Cuticelli,<br>Hilco Real Estate | Will | Sale process, evaluation of readiness to close, costs incurred by delay |
| Benjamin Zaslav<br>Hilco Real Estate | Will | Sale process, evaluation of readiness to close, costs incurred by delay |
| Michael Duffy<br>Chapter 7 Trustee's Office | May | Sale process, issues with closing |

Dated: August 14, 2026

**VOGEL LAW FIRM**

BY:

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe
ktanabe@vogellaw.com
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

Re:     **The Ruins, LLC**
        **Case No. 25-30004**

## DECLARATION RE SERVICE

The undersigned, under penalty of perjury, states that on August 14, 2026, she caused the following document(s):

**RRSB'S WITNESS LIST (RE: MOTION TO ENFORCE SALE ORDER)**

to be served electronically to the following:

*All ECF Filing Participants*

Dated August 14, 2026.

*/s/ Kesha L. Tanabe*

2