**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>The Ruins, LLC,<br><br>          Debtor. | Case No. 25-30004<br><br>Chapter 7 |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the following witnesses by video conference at the hearing on August 18, 2026 at 2:00 p.m. CST ("Hearing") respecting Red River State Bank's Expedited Motion to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free and Clear of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale (Doc. 391), and any other matters scheduled to take place during the Hearing.

The witnesses respectfully requesting appearance by video conference are as follows:

1. Kelan Bludorn, Archer Land Co. LLC;

2. Dustin Kopman, Archer Land Co. LLC;

3. Danielle Harless, Red River State Bank

4. Charles Aarestad, Red River State Bank

5. Jonathan Cuticelli, Hilco Real Estate;

6. Benjamin Zaslav, Hilco Real Estate; and

7. Michael Duffy, Chapter 7 Trustee's Office.

The undersigned makes the request for the foregoing witnesses to appear by video conference at the Hearing to save time and expense associated with physical travel to the hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that the foregoing witnesses be allowed to appear by video conference at the Hearing.

Dated: August 14, 2026.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Email: ktanabe@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe

2