**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Case No. 25-30004 |
| The Ruins, LLC, | Chapter 7 |
| Debtor. | |

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel by video conference at the hearing on August 18, 2026 at 2:00 p.m. ("Hearing") respecting the following matter:

- Expedited Motion by Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free and Clear of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale (Doc. 391)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing to save time and expense associated with physical travel to the Hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated: August 14, 2026.          **VOGEL LAW FIRM**

        BY:  */s/ Kesha L. Tanabe*
           Kesha L. Tanabe
           218 NP Avenue
           PO Box 1389
           Fargo, ND  58107-1389
           Telephone:  (701) 237-6983
           Email: ktanabe@vogellaw.com
           ATTORNEYS FOR RED RIVER STATE BANK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

          */s/ Kesha L. Tanabe*
          Kesha L. Tanabe

2