UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 25-30004 |
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

### MOTION TO APPEAR BY VIDEO CONFERENCE

1.      Jordan J. Feist, counsel for Watertown Development Company ("WDC"),

respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance

by video conference at the hearing set for Tuesday, August 18, 2026, at 2:00 p.m. (CST), on the:

- **Expedited Motion by Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed July 20, 2026. (Doc. 391); and**

- **Response by Build, LLC in Opposition to Expedited Motion of Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed July 21, 2026. (Doc. 392)**

2.      An appearance by video conference will allow WDC to save on travel time and

expenses related to an in-person appearance at the hearing, as undersigned counsel's office is in

Sioux Falls, South Dakota.

WHEREFORE, undersigned counsel respectfully requests permission to appear at the

upcoming hearing by video conference.

1

Bankr. No. 25-30004
Motion to Appear at Hearing by Video Conference

Dated this 14th day of August, 2026.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ Jordan J. Feist
    Jordan J. Feist (#08592)
    P.O. Box 5027
    300 South Phillips Avenue, Suite 300
    Sioux Falls, SD 57117-5027
    Phone (605) 336-3890
    Fax (605) 339-3357
    Jordan.Feist@woodsfuller.com
    Attorneys for Watertown Development Company

## CERTIFICATE OF SERVICE

The undersigned states that on the 14th day of August, 2026, I served a copy of the

foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations

in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company

2