**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:

The Ruins, LLC,                                                    Case No.: 25-30004
                                                                              Chapter 7

                              Debtor.

---

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

---

Erik A. Ahlgren of Ahlgren Law Office, PLLC, as attorney for Erik A. Ahlgren,

Chapter 7 Trustee ("Movant") respectfully moves this Court to enter an Order under

Local Rule 5001-2 allowing the appearance by video conference of **Erik Ahlgren**

("Ahlgren") at the hearing scheduled for Tuesday, August 18, 2026, at 2:00 p.m. CST

("Hearing") respecting the following filings:

- Expedited Motion by Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed July 20, 2026. (Doc. 391); and

- Response by Build, LLC in Opposition to Expedited Motion of Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. 363(f) and Distribution of Proceeds from the Sale filed July 21, 2026. (Doc. 392)

and any other matters scheduled to take place during the Hearing.

Movant makes the request for Ahlgren to appear by video conference at the

Hearing to save time and expense by Ahlgren not having to travel from Fergus Falls,

Minnesota.

The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

**WHEREFORE**, Movant respectfully requests that Ahlgren be allowed to appear by video conference at the Hearing.

<div style="margin-left: 45%;">

Ahlgren Law Office, PLLC

</div>

Dated: August 14, 2026                    /s/Erik A. Ahlgren
                                          Attorney #09561 (ND)
                                          220 West Washington Ave, Ste 105
                                          Fergus Falls, MN 56537
                                          Office: 218-998-2775
                                          Fax: 218-998-6404
                                          erik@ahlgrenlawoffice.net

                                          ATTORNEY FOR TRUSTEE

2