**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Ruins, LLC,
Debtor.

Case No.: 25-30004
Chapter 7

---

Build, LLC,

Plaintiff,

v.

Adversary Case No.: 26-07014

Erik A. Ahlgren, solely in his capacity
as the duly appointed Chapter 7 Trustee,

Defendant.

---

**ORDER**

---

On August 17, 2026, Defendant Erik A. Ahlgren, in his capacity as the duly appointed Chapter 7 Trustee in In re Ruins, LLC, Bankruptcy Case No. 25-30004, filed a Certification in Compliance with the Court's Order dated July 22, 2026. Doc. 19. The certification relates to compliance with the terms of a stipulation the parties entered at or just prior to the July 21, 2026, hearing on Plaintiff Build, LLC's Motion for Temporary Restraining Order, Preliminary Injunction, Expedited Hearing, and Related Relief. Ahlgren and Build, LLC, stipulated as follows:

1. The Trustee is temporarily enjoined and shall not sell, convey, transfer or otherwise dispose of the property located at 315 East Kemp Avenue, Watertown, South Dakota (the "Property") to any person other than Build prior to 11:59 p.m. on Friday, August 14, 2026.

2. Build may close on the sale of the Property at any time prior to Friday, August 14, 2026, at 11:59 p.m. at a title company mutually selected by the parties or, failing agreement, First Dakota Title or such other title company designated by the Court, and on a date and time mutually acceptable to the parties. The sale shall be deemed closed upon delivery of the purchase price and closing documents into escrow and satisfaction or waiver of the conditions to closing pursuant to the Build Purchase Agreement [Doc. 327].
3. Unless otherwise ordered by the Court upon motion, if the sale of the Property to Build does not close on or before 11:59 p.m. on Friday, August 14, 2026, for any reason other than the Trustee's failure to perform or comply with his obligations under the Build Purchase Agreement, the Sale Order, or this Order, the Trustee may file a notice with the Court certifying that the sale did not timely close through for reasons not attributable to the Trustee ("Notice of Non-Closing") and, upon the filing of such notice, the Court will issue an order (a) authorizing the sale of the Property to Archer land co llc, (b) dismissing with prejudice Adversary Case No.: 26-07014, and (c) ordering the turnover of the Earnest Money of $1,126,500.00 to the Trustee.

In his verified Certification, the Trustee certified:

> (a) that Build, LLC ("Build") did not close on the purchase of the real property located at 315 East Kemp Avenue, Watertown, South Dakota (the "Property") prior to Friday, August 14, 2026, at 11:59 p.m., and (b) that Build's failure to close was not attributable to the actions or inactions of the Trustee.

Doc. 19.

The Court approved the parties' stipulation. Doc. 17.

Based on the stipulation and the order approving it,

IT IS ORDERED:

(a) The Trustee is authorized to sell the Property to Archer land co. llc pursuant to the terms of the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. § 363(f) and Distribution of Proceeds from the Sale and related documents [Bankr. Case No. 25-30004, Doc. 387];

(b) Adversary Case No. 26-07014 is dismissed with prejudice and without costs to either party;

(c) The Earnest Money of $1,126,500.00 paid by Build, LLC, shall be turned over to the Trustee,

(d) The stay imposed under Federal Rule of Bankruptcy Procedure 6004(h) is waived, and

(e) The Expedited Motion of Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. § 363(f) and Distribution of Proceeds from the Sale [Bankr. Case No. 25-30004, Doc. 391] is moot. The hearing scheduled for August 18, 2026, is cancelled.

Dated: August 17, 2026.

Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court