United States Bankruptcy Court
District of North Dakota

In re: Case No. 25-30004-skh
The Ruins, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 3
Date Rcvd: Aug 17, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Ruins, LLC, 1405 1st Avenue North, Fargo, ND 58102-4203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor The Ruins LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |

| | |
|---|---|
| Dan Frisk | on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com |
| Dan Frisk | on behalf of Interested Party Jesse Craig peggy@stflawfirm.com |
| David Tanabe | on behalf of Broker Hilco Real Estate LLC dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com |
| David R. Strait | on behalf of Creditor Watertown Development Company david@austinlawsd.com aphillips@austinlawsd.com |
| Douglas Murch | on behalf of Interested Party Mulinda a/k/a Mindy Craig dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Interested Party Build LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Interested Party Jesse Craig dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Plaintiff Build LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com |
| Drew J. Hushka | on behalf of Defendant Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| Drew J. Hushka | on behalf of Creditor Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN | on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN | on behalf of Defendant Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | erik@ahlgrenlawoffice.net trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Jeffrey Klobucar | on behalf of Creditor Diamond Wall Systems Inc. jklobucar@bassford.com, jlavaque@bassford.com |
| John M Krings, Jr. | on behalf of Creditor D & M Industries Inc. john@kdlawpartners.com, janae@kdlawpartners.com |
| Jordan J Feist | on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com bailey.jacobsma@woodsfuller.com |
| Kesha Tanabe | on behalf of Defendant Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |

Kesha Tanabe
on behalf of Creditor Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig
on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Debtor The Ruins LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ross H. Espeseth
on behalf of Interested Party City of Watertown respeseth@bmellp.com jeannette@bmellp.com;r41347@notify.bestcase.com

Sarah J. Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 36

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Case No.: 25-30004
Chapter 7

The Ruins, LLC,
Debtor.

---

Build, LLC,

Plaintiff,

v.

Adversary Case No.: 26-07014

Erik A. Ahlgren, solely in his capacity
as the duly appointed Chapter 7 Trustee,

Defendant.

---

**ORDER**

---

On August 17, 2026, Defendant Erik A. Ahlgren, in his capacity as the duly appointed Chapter 7 Trustee in In re Ruins, LLC, Bankruptcy Case No. 25-30004, filed a Certification in Compliance with the Court's Order dated July 22, 2026. Doc. 19. The certification relates to compliance with the terms of a stipulation the parties entered at or just prior to the July 21, 2026, hearing on Plaintiff Build, LLC's Motion for Temporary Restraining Order, Preliminary Injunction, Expedited Hearing, and Related Relief. Ahlgren and Build, LLC, stipulated as follows:

1. The Trustee is temporarily enjoined and shall not sell, convey, transfer or otherwise dispose of the property located at 315 East Kemp Avenue, Watertown, South Dakota (the "Property") to any person other than Build prior to 11:59 p.m. on Friday, August 14, 2026.

2. Build may close on the sale of the Property at any time prior to Friday, August 14, 2026, at 11:59 p.m. at a title company mutually selected by the parties or, failing agreement, First Dakota Title or such other title company designated by the Court, and on a date and time mutually acceptable to the parties. The sale shall be deemed closed upon delivery of the purchase price and closing documents into escrow and satisfaction or waiver of the conditions to closing pursuant to the Build Purchase Agreement [Doc. 327].
3. Unless otherwise ordered by the Court upon motion, if the sale of the Property to Build does not close on or before 11:59 p.m. on Friday, August 14, 2026, for any reason other than the Trustee's failure to perform or comply with his obligations under the Build Purchase Agreement, the Sale Order, or this Order, the Trustee may file a notice with the Court certifying that the sale did not timely close through for reasons not attributable to the Trustee ("Notice of Non-Closing") and, upon the filing of such notice, the Court will issue an order (a) authorizing the sale of the Property to Archer land co llc, (b) dismissing with prejudice Adversary Case No.: 26-07014, and (c) ordering the turnover of the Earnest Money of $1,126,500.00 to the Trustee.

In his verified Certification, the Trustee certified:

> (a) that Build, LLC ("Build") did not close on the purchase of the real property located at 315 East Kemp Avenue, Watertown, South Dakota (the "Property") prior to Friday, August 14, 2026, at 11:59 p.m., and (b) that Build's failure to close was not attributable to the actions or inactions of the Trustee.

Doc. 19.

The Court approved the parties' stipulation. Doc. 17.

Based on the stipulation and the order approving it,

IT IS ORDERED:

(a) The Trustee is authorized to sell the Property to Archer land co. llc pursuant to the terms of the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. § 363(f) and Distribution of Proceeds from the Sale and related documents [Bankr. Case No. 25-30004, Doc. 387];

(b) Adversary Case No. 26-07014 is dismissed with prejudice and without costs to either party;

(c) The Earnest Money of $1,126,500.00 paid by Build, LLC, shall be turned over to the Trustee,

(d) The stay imposed under Federal Rule of Bankruptcy Procedure 6004(h) is waived, and

(e) The Expedited Motion of Red River State Bank to Enforce the Amended Order Approving Motion for Sale of Real Estate, Free of Liens and Encumbrances, Pursuant to 11 U.S.C. § 363(f) and Distribution of Proceeds from the Sale [Bankr. Case No. 25-30004, Doc. 391] is moot. The hearing scheduled for August 18, 2026, is cancelled.

Dated: August 17, 2026.

Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court